**Docket No. 15-56452**

*In the*

# United States Court of Appeals

*for the*

# Ninth Circuit

———— • ————

E.F., a Minor, By and Through His Parents Eric Fulsang and Aneida Fulsang,
ERIC FULSANG and ANEIDA FULSANG,

*Plaintiffs-Appellants,*

v.

NEWPORT MESA UNIFIED SCHOOL DISTRICT,

*Defendant-Appellee.*

_____

*Appeal from a Decision of the United States District Court for the Central District of California,
No. 8:14-cv-00455-CJC-RNB · Honorable Cormac J. Carney*

## SUPPLEMENTAL EXCERPTS OF RECORD
## VOLUME II OF IV – Pages 282 to 554

S. DANIEL HARBOTTLE, ESQ.
SYDNEY BLAAUW, ESQ.
HARBOTTLE LAW GROUP
18401 Von Karman Avenue, Suite 200
Irvine, California 92612
(949) 428-8780 Telephone
(949) 428-8779 Facsimile
dharbottle@harbottlelaw.com
sblaauw@harbottlelaw.com

*Attorneys for Appellee,
Newport Mesa Unified School District*

 COUNSEL PRESS · (800) 3-APPEAL

PRINTED ON RECYCLED PAPER 

# TABLE OF CONTENTS

Docket   Description                                                                 Page
Entry

## VOLUME I OF IV – Pages 1 to 281

| Docket Entry | Description | Page |
|---|---|---|
| 46 | Declaration of S. Daniel Harbottle in Support of Newport-Mesa Unified School District's Motion for Summary Judgment, Filed July 14, 2015 | 1 |
| | Exhibit A | 5 |
| | Exhibit B | 68 |
| | Exhibit C | 74 |
| | Exhibit D | 83 |
| | Exhibit E | 88 |
| | Exhibit F | 91 |
| | Exhibit G | 97 |
| | Exhibit H | 108 |
| | Exhibit I | 121 |
| | Exhibit J | 133 |
| | Exhibit K | 144 |
| | Exhibit L | 156 |
| | Exhibit M | 169 |
| | Exhibit N | 173 |
| 45 | Newport-Mesa Unified School District's Statement of Uncontroverted Facts and Conclusions of Law in Support of its Motion for Summary Judgment, Filed July 14, 2015 | 201 |
| 13 | Notice of Lodging Administrative Record, Filed August 18, 2014 | |
| | Complaint | 210 |
| | Stipulation Motion to Amend with First Amended Request for Due Process Hearing | 241 |

(CONTINUED IN VOLUME II)

**VOLUME II OF IV – Pages 282 to 554**

13    Notice of Lodging Administrative Record,
      Filed August 18, 2014 (CONTINUED FROM VOLUME I)

     Student's Prehearing Conference Statement                          282

     Hearing Exhibit List                                               292

     Student's Exhibit S1 – IEP Dated 2/9/10                            296

     Student's Exhibit S2 – IEP Addendum Dated 4/15/10                  329

     Student's Exhibit S7 – IEP Addendum Dated 6/21 110                 363

     Student's Exhibit S9 – IEP Addendum Dated 11 /23/10                399

     Student's Exhibit 12 – District's Multidisciplinary Assessment     435

     Student's Exhibit S13 – IEP Dated 2/4/ 11                          483

     Student's Exhibit S14 – Letter Dated 2/16/11                       517

     Student's Exhibit S15 – IEP Addendum Dated 3/8/11                  521

    (CONTINUED IN VOLUME III)

**VOLUME III OF IV – Pages 555 to 834**

13    Notice of Lodging Administrative Record,
      Filed August 18, 2014 (CONTINUED FROM VOLUME II)

     Student's Exhibit Sl7 – IEP Addendum Dated 4/19/11                 555

     Student's Exhibit Sl8 – Progress Report On Goals                   591

     Student's Exhibit S20 – IEP Dated 2/1/12 & 2/29/12                 595

     Student's Exhibit S23 – Letter Dated 4/ 17/12                      628

     Student's Exhibit S25 – Interim Settlement Agreement               633

     Student's Exhibit S26 – Augmentative and Alternative               635
     Communication Evaluation of Ms. Seldin

     Student's Exhibit S27 – IEP dated 1/23/13                          645

     Student's Exhibit S29 – Occupational Therapy I Sensory Diet        683

     Student's Exhibit S30 – District's Functional Behavioral           686

     Assessment Report

     Student's Exhibit S31 – District's Independence Facilitator        697
     Assistance Evaluation

     Student's Exhibit S36 – Kindergarten Report Card                   708

District's Exhibit D7 = IEP Addendum dated 5/21/10   709

District's Exhibit Dl2 – Progress Report on Goals   744

District's Exhibit Dl6 – Assessment Plan dated 12/6/l0   748

District's Exhibit D24 – Progress Report on Goals   750

District's Exhibit D28 – Progress Report on Goals   753

District's Exhibit D41 – Email dated 1/29/13   757

District's Exhibit D45 – IEP Addendum dated 5/2/13   759

District's Exhibit D46 – Progress Report on Goals   801

District's Exhibit D47 – AAC training for Student   804

District's Exhibit D48 – Resume of Karrie Anderson   806

District's Exhibit D50 – Resume of Lucinda Bottorf   812

District's Exhibit D51 – Resume of Katherine Bums   814

District's Exhibit D52 – Resume of Tim Chen   815

District's Exhibit D53 – Resume of Maureen B. Cottrell   817

District's Exhibit D55 – Resume of Bonnie C. Hinton   819

District's Exhibit D56 – Resume of Eby I. Kent   826

District's Exhibit D57 – Resume of Daniela Angela Manea   829

District's Exhibit D58 – Resume of Kathleen Mulligan Murphy   830

(CONTINUED IN VOLUME IV)

**VOLUME IV OF IV – Pages 835 to 1069**

13   Notice of Lodging Administrative Record, Filed August 18, 2014 (CONTINUED FROM VOLUME II)

District's Exhibit D59 – Resume of Jennie Wong Ni   835

District's Exhibit D60 – Resume of Lila Seldin   837

District's Exhibit D61 – Resume of Leah DeNisi   839

Transcript of: Due Process Hearing Before ALJ Darrell Lepkowsky – Witnesses for Student: 1. Eric Fulsang; 2. Katherine Bums   840

Transcript of: Due Process Hearing Before ALJ                                887
Darrell Lepkowsky – Witnesses for Student: 1. Aneida
Fulsang; 2. Elizabeth Hughes

Transcript of: Due Process Hearing Before ALJ                                922
Darrell Lepkowsky – Witnesses for Student: 1. Cynthia
Cottier; 2. Lila Seldin; 3. Tim Chia Chen

Transcript of: Due Process Hearing Before ALJ                                942
Darrell Lepkowsky – Witnesses for Student: 1. Aneida
Fulsang; 2. Kathleen Mulligan Murphy

Transcript of: Due Process Hearing Before ALJ                                957
Darrell Lepkowsky – Witnesses for Student: 1. Kathleen
Murphy; 2. Leah Steinman-DeNisi;  3. Karrie Anderson;
4. Maureen Cottrell

Transcript of: Due Process Hearing Before ALJ                               1028
Darrell Lepkowsky – Witnesses for Student: 1. Katherine
Bums – Witnesses for District: 2. Donna Manea; 3. Jennie Ni;
4. Eby Kent; 5. Lucinda Bottorf

Transcript of: Due Process Hearing Before ALJ                               1054
Darrell Lepkowsky – Witnesses for Student: 1. Aneida
Fulsang;  2. Eric Fulsang – Witnesses for District: 3. Bonnie
Hinton; 4. Maureen Cottrell,  5 . Tammy White

SEP. 27. 2013  3:57PM    LAW OFFICES OF K.M. LOYER                    NO. 3633   P. 1

ADMINISTRATIVE RECORD FOR MATTER 2012050785        02/25/2014                    295 of 1332

# LAW OFFICES OF KATHLEEN M. LOYER
### 940 Calle Amanecer, Suite L • San Clemente, CA 92673
#### Phone: 949-369-1082
#### Fax 949-366-6836
#### E-mail: kmloyer@education-law.com

## FACSIMILE COVER SHEET

## CONFIDENTIAL

**TO:**
OAH
(916)376-6319

Harbottle Law Group
Attn: Dan Harbottle, Esq.
(949)428-8779

**FROM:**
I am employed in the County of Orange, State of California; I am over the age of 18.  On September 27, 2013, I served the foregoing document described as Petitioner's Prehearing Conference Statements, to the interested parties in this action by FACSIMILE TRANSMISSION: The facsimile machine I used complied with Rule 2003.3, and the machine reported no error.  Pursuant to Rule 2008(e)(3), I  caused the machine to print a record of the transmission, Executed on September 27, 2013 at Orange County, California.  See mailing/facsimile list to the left.

By: _D. Banuelos_

**FAX NUMBER:**
See Above

**DATE:**
September 27, 2013

**RE:**
E. FULSANG V. NEWPORT-MESA
UNIFIED SCHOOL DISTRICT
OAH CASE NO. 2012050785

**TOTAL NO. OF PAGES INCLUDING COVER:**

10 PAGES

PLEASE CALL 949-369-1082 IMMEDIATELY IF YOU DO NOT RECEIVE ALL PAGES.  THIS TRANSMITTAL CONTAINS CONFIDENTIAL INFORMATION INTENDED FOR THE ADDRESSEE ONLY.  PLEASE NOTE THAT ANY USE OF THIS INFORMATION IF YOU ARE NOT THE INTENDED RECIPIENT IS PROHIBITED.  IF YOU HAVE RECEIVED THIS TRANSMITTAL IN ERROR, PLEASE NOTIFY THIS OFFICE.

NOTES/COMMENTS:

**PLEASE SEE ATTACHED:**

Petitioner's Prehearing Conference Statement

282

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    296 of 1332

1

KATHLEEN M. LOYER #188741

2   LAW OFFICES OF KATHLEEN M. LOYER, INC.
    A PROFESSIONAL CORPORATION
3   940 Calle Amanecer, Suite L
    San Clemente, CA 92673
4   Phone: 949-369-1082  Fax: 949-366-6836
    E-mail: kmloyer@education-law.com
5
    Attorney for the:  Petitioner
6
           BEFORE THE CALIFORNIA DEPARTMENT OF EDUCATION
7               Superintendent of Public Instruction And the
           OFFICE OF ADMINISTRATIVE HEARINGS –ATTN: SPECIAL EDUCATION DIV.
8
    ████████ Fulsang, by and through his          )
9   parents Eric and Aneida Fulsang for           )   Case # 2012050785
    themselves and on behalf of their             )
10  minor son,                                    )   Petitioner's  Prehearing  Conference
                                                  )   Statement
11                            Petitioner          )
                                                  )
12  v.                                            )
                                                  )
13  Newport Mesa Unified School District          )
                                                  )
14                            Respondent          )

15  Petitioner submits the following Prehearing Conference Statement:

16    a.  Estimated Time Necessary to complete the Due process Hearing:
17
         6 days
18
      b.  Statement of issues that remain to be decided at the Due process hearing,
19        proposed resolution:

20  Issue #1 for entire SOL beginning May 2010 to present:

21  Petitioner contends that the District violated IDEA and denied FAPE under related

22  special education state laws which resulted in a loss of educational opportunity, when it

23  failed to provide appropriate assessments in all areas of identified/suspected need, to

24  include but not be limited to cognitive ability, functional communication, need for

25  assistive technology, and social integration and behavioral analysis.

26

27                              -1 of 9 -
                              Fulsang v. NMUSD
28                          OAH CASE NO. 2012050785
                              Petitioner's PHCS

AR 0296

**Proposed Resolutions to the extent known and available at this time, reserving right to revise as appropriate:**

An order

1.  Whereby the District must fund a full battery of Independent Educational evaluations (IEEs) to include, but not be limited to academic achievement, cognitive functioning, social emotional functioning (FBA), auditory processing (including Audiological evaluation), speech and language assessment, functional communication assessment, assistive technology assessment to include augmentative communication, etc.

2.  Whereby, once IEEs are completed, the District must convene a full IEP team meeting to include all private assessors where a comprehensive IEP with appropriate DIS services should be developed and compensatory services awarded as per recommendations of the private assessors.

**ISSUE #2**

Petitioner contends that the District violated IDEA and denied FAPE under both IDEA and related special education state laws, causing a loss of educational opportunity when it :

1.  Failed develop a comprehensive, appropriate IEP, to address all of ▮▮▮ identified unique needs (including but not limited to communication, social emotional behavior, self help skills, sensory integration, S&L).

2.  Failed to meet the requirements of the IDEA in that the goals written were not comprehensive, were cursory, consistently failed to establish baselines to allow for meaningful measurement of progress thereby permitting a misleading showing of educational progress.

-2 of 9 -
Fulsang v. NMUSD
OAH CASE NO. 2012050785
Petitioner's PHCS

284

AR 0297

3. Failed to provide appropriate placement and support services in the Least Restrictive Environment (LRE).

4. Failed to provide appropriate behavioral support services/interventions (including but not limited to behavioral analysis, clinic based ABA services, ABA home program to assure success and consistency across environments, direct ABA services and 1:1 trained aide support throughout his school day to address social, emotional and academic needs).

5. Failed to provide sufficient levels of S&L services.

6. Failed to provide parent training.

7. Failed to provide appropriate levels of Occupational Therapy to address sensory needs and fine motor.

8. Failed to provide appropriate assistive technology assessment, services and equipment.

9. Failed to provide highly qualified staff to assess, develop and implement appropriate IEP to include, but not be limited to, accommodations across environments (including but not limited to behaviorist, inclusion specialist, assistive technology consult, aide support, social skills facilitation, etc).

10. Failed to provide appropriate level of support services including the provision trained ABA/academic instructional aide, DIS services in the areas to include, but not be limited to functional communication, meaningful social skills interventions and behavioral support services.

11. An order whereby parents are fully reimbursed for out of pocket costs related to all educationally related services/expenses according to proof, for entire statute of limitations.

12. An order whereby the District must provide compensatory services in the form of clinic based and home based ABA services to include regular staff meetings, supervision, parent training, individual and group social skills training frequency and duration TBD as per private assessors recommendations.

13. An order of an award of compensatory services (TBD) in the areas of S&L therapy, OT, and direct ABA services by the private service provider of the parent' choice, to include home based program with clinic meetings and supervision, assistive technology equipment, training and support services according to recommendations of private assessor..

14. An order whereby District must fund a private Augmentative Communication assessment to include participation at the IEP team meeting and consultation as to appropriate equipment, training and goal development to assure instruction sufficient to follow hierarchy of language development.

15. A finding that the Petitioners prevailed on all issues presented.

16. Any other award as deemed appropriate by the ALJ.

**Issue #3**

Petitioner contends that the District violated IDEA, and denied FAPE under both IDEA and special education state laws, causing a loss of educational opportunity when it failed to provide highly qualified staff to assess, provide services and implement appropriate accommodations across environments (including but not limited to behaviorist, inclusion specialist, assistive technology, individual aide support, autism specialist).

**Proposed Resolution Known at this Time:**

A finding that the District violated procedural safeguards of the IDEA when it failed to provide highly trained staff to assess for and provide appropriate service to address all of ▇▇▇ known/suspected deficits necessary to improve his academic

-4 of 9 -
Fulsang v. NMUSD
OAH CASE NO. 2012050785
Petitioner's PHCS

SEP. 27. 2013  3:58PM    LAW OFFICES OF K. M. LOYER                    NO. 3633   P. 6

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    300 of 332

1     achievement and functional performance.  An order for private assessments,

2     compensatory services and reimbursement as detailed supra. .

3

4     **c. Witness List – expected testimony (includes but is not limited to)**

5

| Name | Areas of Testimony |
|---|---|
| Aneida Fulsang – parent | Student's unique needs, educational history, PLPs, IEP team process |
| Eric Fulsang - parent | Student's unique needs, educational history, PLPs, IEP team process |
| Cheryl Beck – NMUSD Administrator | Assessment, student's unique needs, educational recommendations |
| Maureen Cottrell – NMUSD Administrator | Assessment, student's unique needs, educational recommendations |
| Pam Coughlin – NMUSD Administrator | Assessment, student's unique needs, educational recommendations |
| Denise Ellis – NMUSD Nurse | Assessment, student's unique needs, educational recommendations |
| Scott Huffman – NMUSD Program Specialist | Assessment, student's unique needs, educational recommendations |
| Linda Natzmer – NMUSD Nurse | Assessment, student's unique needs, educational recommendations |
| Bethany Allen – NMUSD General Ed. Teacher | Assessment, student's unique needs, educational recommendations |
| Kristy Becker – NMUSD School Psychologist | Assessment, student's unique needs, educational recommendations |
| Katherine Burns – NMUSD Special Ed. Teacher | Assessment, student's unique needs, educational recommendations |
| Donna Manea – NMUSD Special Ed. Teacher | Assessment, student's unique needs, educational recommendations |
| Leah Steinman – NMUSD Special Ed. Teacher | Assessment, student's unique needs, educational recommendations |
| Alexandra Sweany – NMUSD Occupational Therapist | evaluate health condition, student's unique needs, educational recommendations |
| Brooke Beverage – NMUSD Occupational Therapist | Assessment, student's unique needs, educational recommendations |
| Tim Chen – NMUSD Occupational Therapist | evaluate health condition, student's unique needs, educational recommendations |
| Lucinda Bottrof – NMUSD Speech and Lanugage Pathologist | Assessment, student's unique needs, educational recommendations |
| Caitlin Johnson – NMUSD Speech and Language Pathologist | Assessment, student's unique needs, educational recommendations |
| Jennie Ni – NMUSD Occupational Therapist | Assessment, student's unique needs, educational recommendations |
| Kathy Murphy – NMUSD Speech and Language Pathologist | Assessment, student's unique needs, educational recommendations |

AR 0300

287

SEP. 27. 2013  3:58PM   LAW OFFICES OF K.M. LOYER                    NO. 3633   P. 7

| | |
|---|---|
| Heather Mans – NMUSD General Ed. Teacher | Assessment, student's unique needs, educational recommendations |
| Juliet Hilde – NMUSD General Ed. Teacher | Assessment, student's unique needs, educational recommendations |
| Eby Kent – NMUSD School Psychologist | Assessment, student's unique needs, educational recommendations |
| Lila Seldin – NMUSD Assistive Technology Specialist | Assessment, student's unique needs, educational recommendations |
| Melissa Wiley – NMUSD Speech and Language Pathologist | Assessment, student's unique needs, educational recommendations |
| Dr. Lauren Franke – Speech and Language Pathologist | Assessment, student's unique needs, educational recommendations |
| Cynthia Cottier – Speech and Language Pathologist | Assessment, student's unique needs, educational recommendations |
| Karrie Anderson – NMUSD School Psychologist | Assessment, student's unique needs, educational recommendations |
| Eliza DelPizzo – Autism Specialist | Assessment, student's unique needs, educational recommendations |
| Dr. Robert Patterson - Psychologist | Unique needs of student recommended support services and placement |
| Elizabeth Hughes, Ph. D – Private Service Provider | Assessment, student's unique needs, functional behavior and support plan recommendations |
| Laura Hernandez, Psy. D - Private Service Provider | Assessment, student's unique needs, functional behavior and support plan recommendations |
| Danette Montiel, M.A. - Private Service Provider | Assessment, student's unique needs, functional behavior and support plan recommendations |
| Allison Lazar, M.A., BCBA - Private Service Provider | Assessment, student's unique needs, functional behavior and support plan recommendations |
| Sonia Venegas, M.A., BCBA - Private Service Provider | Assessment, student's unique needs, functional behavior and support plan recommendations |
| Elena Huerta, B.A. - Private Service Provider | Assessment, student's unique needs, functional behavior and support plan recommendations |
| Deysi Zendejas, Psy. D. - Private Service Provider | Assessment, student's unique needs, functional behavior and support plan recommendations |
| Chris Beltz - Private Service Provider | Assessment, student's unique needs, functional behavior and support plan recommendations |
| Rebuttal Witness TBD | TBD |

Petitioner hereby reserves the right to call any witness not listed herein considered necessary to rebut any allegation or representation made by District and does hereby request the ALJ's approval to provide telephonic testimony where witnessess are out of the immediate georgraphic area.

-6 of 9 -
Fulsang v. NMUSD
OAH CASE NO. 2012050785
Petitioner's PHCS

288

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    302 of 1332

d. **Expert Witness List – None**

e. **Evidence List –**

| Tab # | Document Description | Date |
|---|---|---|
| 1 | NMUSD Annual IEP | 2/9/2010 |
| 2 | NMUSD IEP Addendum | 4/15/2010 |
| 3 | Letter from parents requesting IEP meeting | 4/15/2010 |
| 4 | Letter from parents requesting Mr. Steinman as teacher | 6/2/2010 |
| 5 | NMUSD IEP Progress Report | 3/8/2010 |
| 6 | NMUSD IEP Progress Report | 6/10/2010 |
| 7 | NMUSD IEP Addendum | 6/21/2010 |
| 8 | NMUSD Progress Report | 11/17/2010 |
| 9 | NMUSD IEP Addendum | 11/23/2010 |
| 10 | NMUSD Assessment Plan | 12/6/2010 |
| 11 | NMUSD Triennial Report Student Health Information | 1/26/2011 |
| 12 | NMUSD Multidisciplinary Assessment | 2/4/2011 |
| 13 | NMUSD IEP Annual | 2/4/2011 |
| 14 | Letter from District Denying Increse of Speech and Language Services | 2/16/2011 |
| 15 | NMUSD IEP Addendum | 3/8/2011 |
| 16 | NMUSD IEP Progress Report | 3/10/2011 |
| 17 | NMUSD IEP Addendum | 4/19/2011 |
| 18 | NMUSD IEP Progress Report | 6/24/2011 |
| 19 | NMUSD IEP Progress Report | 11/14/2011 |
| 20 | NMUSD IEP Annual | 2/1/2012 & 2/29/2012 |
| 21 | NMUSD IEP Progress Report | 3/12/2012 |

**AR 0302**

289

SEP. 27. 2013  3:58PM    LAW OFFICES OF K. M. LOYER                    NO. 3633    P. 9

ADMINISTRATIVE RECORD FOR MATTER 2012050785        02/25/2014                    303 of 1332

| Tab # | Document Description | Date |
|-------|---------------------|------|
| 22 | Letter from parents requesting 1:1 aide | 4/5/2012 |
| 23 | Letter from District denying request for 1:1 aide | 4/17/2012 |
| 24 | Augmentative Communication Evaluation by Cottier | 7/18/2012 |
| 25 | Interim Settlement Agreement | 11/2012 |
| 26 | Augmentative and Alternative Communication Consultation Report | 11/27/12 & 12/6/2012 |
| 27 | NMUSD IEP Annual (Draft) | 1/23/2013 |
| 28 | NMUSD Assessment Plan | 1/24/2013 |
| 29 | NMUSD Sensory Diet Report | 5/1/2013 |
| 30 | NMUSD Functional Behavioral Assessment Report | 5/1/2013 |
| 31 | NMUSD Evaluation to Determine the Need for Special Circumstance  Assistance Independence Facilitator Assistance | 5/1/2013 |
| 32 | Occupational Therapy Progress Reports | |
| 33 | Occupational Therapy Data Logs | |
| 34 | Speech Therapy Data Logs | |
| 35 | Parent Receipts | |
| 36 | Report Cards/Progress Reports | |
| 37 | NMUSD IEP | 5/2/13 |
| 38 | Regional Center Annual Review Update | 2/18/10 |
| 39 | Communication | |
| 40 | Data Sheets | |
| 41 | Curriculum Vitae's | |
| 42 | IABA – Comprehensive Functional Behavioral Assessment Report and Recommended Support Plan | 9/17/13 |
| 43 | TDB | |

Petitioner hereby reserves the right to introduce any evidence not listed herein
considered by Petitioner necessary to rebut any allegation or representation made by
District. And further reserves the right not to introduce any of the exhibits listed herein

-8 of 9 -
Fulsang v. NMUSD
OAH CASE NO. 2012050785
Petitioner's PHCS

AR 0303

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    304 of 332

and reserves the right to object to the introduction of said exhibits by District or any party other than the Petitioner.

    f.  **Need for Interpreter – YES - BRAZILIAN PORTUGUESE**

Respectfully Submitted by:

_Kathleen M. Loyer_                                    DATE:  9/27/2013

Kathleen M. Loyer, Attorney for Petitioner

AR 0304

291

ADMINISTRATIVE RECORD FOR MATTER 2012050785        02/25/2014        547 of 1332

*EXHIBIT LIST*                               *OFFICE OF ADMINISTRATIVE HEARINGS*

| ALJ: DARRELL LEPKOWSKY DATE: Oct. 15-17, and 21-24, 2013 | | OAH NO. 2012050785 | | |
|---|---|---|---|---|
| STUDENT'S NAME: FULSANG | | | DISTRICT'S NAME: NEWPORT-MESA UNIFIED SCHOOL DISTRICT | |
| STUDENT'S ATTY/REP: KATHLEEN LOYER | ID | EVID. | DISTRICT'S ATTY/REP: ALEFIA MITHAIWALA | ID | EVID. |
| 1. IEP Dated 2/9/10 | | 10/15/13 | 1. Withdrawn | | |
| 2. IEP Addendum Dated 4/15/10 | | 10/24/13 | 2. Withdrawn | | |
| 3. Letter Dated 5/5/10 | | 10/15/13 | 3. Withdrawn | | |
| 4. Letter Dated 6/2/10 | | 10/24/13 | 4. Withdrawn | | |
| 5. Withdrawn | | | 5. Withdrawn | | |
| 6. Withdrawn | | | 6. Withdrawn | | |
| 7. IEP Addendum Dated 6/21/10 | | 10/15/13 | 7. IEP Addendum dated 5/21/10 | | 10/24/13 |
| 8. Withdrawn | | | 8. Letter dated 6/2/10 | | 10/15/13 |
| 9. IEP Addendum Dated 11/23/10 | | 10/15/13 | 9. Withdrawn | | |
| 10. Withdrawn | | | 10. IEP Meeting Notice dated 6/21/10 | | 10/24/13 |
| 11. Withdrawn | | | 11. Withdrawn | | |
| 12. District's Multidisciplinary Assessment | | 10/15/13 | 12. Progress Report on Goals | | 10/24/10 |
| 13. IEP Dated 2/4/11 | | 10/15/13 | 13. IEP Meeting Notice dated 11/23/10 | | 10/24/10 |
| 14. Letter Dated 2/16/11 | | 10/15/13 | 14. Withdrawn | | |
| 15. IEP Addendum Dated 3/8/11 | | 10/15/13 | 15. Withdrawn | | |
| 16. Withdrawn | | | 16. Assessment Plan dated 12/6/10 | | 10/24/15 |
| 17. IEP Addendum Dated 4/19/11 | | 10/15/13 | 17. Withdrawn | | |
| 18. Progress Report On Goals | | 10/24/13 | 18. Withdrawn | | |
| 19. Withdrawn | | | 19. Withdrawn | | |
| 20. IEP Dated 2/1/12 & 2/29/12 | | 10/15/13 | 20. Withdrawn | | |
| 21. Withdrawn | | | 21. Withdrawn | | |
| 22. Letter Dated 4/5/12 | | 10/15/13 | 22. Withdrawn | | |
| 23. Letter Dated 4/17/12 | | 10/15/13 | 23. Withdrawn | | |
| 24. Augmentative Communication Evaluation Report of Ms. Cottier | | 10/24/13 | 24. Progress Report on Goals | | 10/24/13 |

AR 0547

292

| | | | |
|---|---|---|---|
| 25. Interim Settlement Agreement | 10/15/13 | 25. Withdrawn | |
| 26. Augmentative and Alternative Communication Evaluation of Ms. Seldin | 10/24/13 | 26. Withdrawn | |
| 27. IEP dated 1/23/13 | 10/15/13 | 27. Withdrawn | |
| 28. Withdrawn | | 28. Progress Report on Goals | 10/24/13 |
| 29. Occupational Therapy /Sensory Diet | 10/17/13 | 29. Withdrawn | |
| 30. District's Functional Behavioral Assessment Report | 10/24/13 | 30. Withdrawn | |
| 31. District's Independence Facilitator Assistance Evaluation | 10/24/13 | 31. Withdrawn | |
| 32. Withdrawn | | 32. Withdrawn | |
| 33. Withdrawn | | 33. Withdrawn | |
| 34. Withdrawn | | 34. Withdrawn | |
| 35. Receipts and Invoices for Private Services | 10/21/13 | 35. Withdrawn | |
| 36. Kindergarten Report Card | 10/16/13 | 36. Withdrawn | |
| 37. IEP Addendum dated 5/2/13 | Not admitted; see D-45 | 37. Withdrawn | |
| 38. Withdrawn | | 38. Withdrawn | |
| 39. Withdrawn | | 39. Withdrawn | |
| 40. Withdrawn | | 40. Withdrawn | |
| 41. Withdrawn | | 41. Email dated 1/29/13 | 10/24/13 |
| 42. Functional Behavior Assessment Report by IABA | 10/16/13 | 42. Withdrawn | |
| 43. Resume of Dr. Elizabeth Hughes | Not admitted; District's objection sustained | 43. Withdrawn | |
| 44. Invoices and cancelled checks | Not admitted; District's objection sustained | 44. Withdrawn | |
| | | 45. IEP Addendum dated 5/2/13 | 10/15/13 |
| | | 46. Progress Report on goals | 10/16/13 |
| | | 47. AAC training for Student | 10/24/13 |
| | | 48. Resume of Karrie Anderson | 10/24/13 |
| | | 49. Withdrawn | |
| | | 50. Resume of Lucinda Bottorf | 10/24/13 |
| | | 51. Resume of Katherine Burns | 10/24/13 |

| | | | | |
|---|---|---|---|---|
| | | 52. Resume of Tim Chen | 10/24/13 |
| | | 53. Resume of Maureen B. Cottrell | 10/24/13 |
| | | 54. Withdrawn | |
| | | 55. Resume of Bonnie C. Hinton | 10/24/13 |
| | | 56. Resume of Eby I. Kent | 10/24/13 |
| | | 57. Resume of Daniela Angela Manea | 10/24/13 |
| | | 58. Resume of Kathleen Mulligan Murphy | 10/24/13 |
| | | 59. Resume of Jennie Wong Ni | 10/24/13 |
| | | 60. Resume of Lila Seldin | 10/24/13 |
| | | 61. Resume of Leah DeNisi | 10/24/13 |
| | | 62. Withdrawn | |
| | | | |

294

ADMINISTRATIVE RECORD FOR MATTER 2012050785      02/25/2014      550 of 1332

*WITNESS LIST*          *OFFICE OF ADMINISTRATIVE HEARINGS*

| | |
|---|---|
| ALJ: LEPKOWSKY<br>DATE: OCTOBER 15, 16, 1 | OAH CASE NO: 2012050785 |
| STUDENT'S NAME:<br>EJENR FULSANG | DISTRICT'S NAME:<br>NEWPORT MESA UNIFIED SCHOOL DISTRICT |
| STUDENT'S ATTY/REP:<br>KATHLEEN LOYER | DISTRICT'S ATTY/REP:<br>ALEFIA MITHAIWALA |
| 1.<br>FATHER (ERIC FULSANG) | 1.<br>DONNA MANEA |
| 2.<br>KATHERINE BURNS | 2.<br>LUCINDA BOTTORF |
| 3.<br>MOTHER (ANEIDA FULSANG) | 3.<br>JENNIE NI |
| 4.<br>DR. ELIZABETH HUGHES | 4.<br>EBY KENT |
| 5.<br>CYNTHIA COTTIER | 5.<br>BONNIE HINTON |
| 6.<br>LILA SELDIN | 6.<br>TAMMY WHITE |
| 7.<br>TIM CHEN | 7. |
| 8.<br>DR. KATHLEEN MURPHY | 8. |
| 9.<br>LEAH STEINMAN DENISI | 9. |
| 10.<br>KARRIE ANDERSON | 10.<br>) |
| 11.<br>MAUREEN COTTTRELL | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |
| 18. | 18. |
| 19. | 19. |
| 20. | 20. |
| 21. | 21. |
| 22. | 22. |
| 23. | 23. |
| 24. | 24. |
| 25. | 25. |

AR 0550

Newport-Mesa Unified School District
Individualized Education Program

Page 1 of 33

**COVER PAGE**

**Student Information**

| | |
|---|---|
| Name: First: Fulsang | Last: | Middle: J. |
| | DOB: 03/14/2006 | Age: 3 |
| | Grade: Pre | Gender: Male |
| Social Security/#: | Student ID #: 145763 | |
| Address: 5016 River Av | Apt. #: | |
| Newport Beach CA 92663 | | City/State/Zip |
| Newport-Mesa Unified School District | | |
| District of Residence: Local School (based on residence): Newport Elementary | | |
| Newport-Mesa Unified School District | | |
| District of Attendance: Harper Preschool | School of Attendance: | |

**A. Initial Entry into Special Ed.:** 02/12/2009
(This date will not change and reflects FIRST IEP date in district where initial placement was made.)

**B. Timeline Information (Dates)**
- Next Meeting Date: 02/09/2010
  02/09/2011
  (See Meeting Notes page for details)
- Next Annual Review: 02/09/2010
- Date of Last Evaluation: 02/17/2009
  (Date that IEP team met to consider eligibility)
- Next 3 yr. Review Due: 02/12/2012

**C. Purpose of Meeting**
- Primary: Annual Review
- Secondary:

Meeting Tape Recorded? ☐ Yes ☑ No

**Parent/Guardian Information**

Eric Fulsang

Name of Parent/Surrogate/Guardian
5016 River Av, Newport Beach, CA 92663
Address

| Telephone | 949-838-4139 | (home) |
| | | (work) |
| | | (cell) |

Aneida Fulsang
Name of Parent/Surrogate/Guardian
5016 River Av, Newport Beach, CA 92663
Address

| Telephone | 949-838-4139 | (home) |
| | | (work) |
| | | (cell) |

Registration materials: English
Determined by:

Student's Primary Language: English

**D. Eligible** ☑ Yes ☐ No
Primary Disability: AUT-Autistic-Like

Eligible for mental health services: ☐ Yes ☑ No
Mental health services language included: ☐ Yes ☑ No

**E. Educational Rights Held by:** Parent

**F. Assessment (Accommodation page, section C)**
Participation in Statewide assessment programs:
CAHSEE: Not to participate at all in a
STAR:

**Home Language:** English ☐ Yes ☑ No

**G. English Language Learner:** English Language Level:

**H. Interpreter / Translation Request**
Interpreter Requested? ☐ Yes ☑ No
Translation of IEP Requested? ☐ Yes ☑ No

**I. Residence** — Parent or legal guardian
**J. Ethnicity** — White
**K. Preschool Setting** — Early childhood special education
**K. Agency Services** ☐ Yes ☑ No

**Additional Meeting(s)**

Page 1 of 33

Draft

**H. Program and Services Recommended and Offered** ☑ Offer declined. See section "SE 16 – PARTICIPANTS and CONSENT" for details.
* Indicates Primary Service

| Program/Service | Projected Start | End | Location (Site) | Setting | Mode (Instruction/Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 15) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 02/09/2010 | 02/09/2011 | Public-Preschool | Special Ed | Group: Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | * 02/09/2010 | 02/09/2011 | Public-Preschool | Special Ed | Group: Direct | 2 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public-Preschool | Special Ed | Group: Direct | 1 | per week | 45 min = 0.75 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public-Preschool | Special Ed | Individual: Direct | 1 | per week | 30 min = 0.50 hrs | Yes |

(Services provided per school schedule and calendar. Non-student days are excluded.)

IEP not required for this student.

Special Transportation: ☐ No ☑ Yes, specify: Curb to Curb (Round Trip)
Extended School Year/ESYt: ☐ No ☑ Yes On the Notes Page (SE 16) identify details of the ESY Offer; or reason why ESY is not offered. See Notes Page

┌─────────────────────────────────────────────────────────────────┐
│ *Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special │
│ Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupils progress. EC, 56345.10 │
└─────────────────────────────────────────────────────────────────┘

EXHIBIT
S-1
10/15/12

SE 9 (8-07)

PMAD 806-681-6889

P1

Newport-Mesa Unified School District
Individualized Education Program

Page __2__ of __33__

**INFORMATION CONSIDERED**

Student: Fulsang

Present performance includes results of the most recent assessments:
☐ State  ☐ District-wide  ☑ Classroom  ☐ Alternate Assessments  ☐ IEE

Describe how student's identified disability affects involvement & progress in general curriculum.
Or, for preschooler, how the disability affects the child's participation in appropriate activities:

Eijer has deficits and limits, in having identified unique educational needs, and he cannot fully benefit from a general education setting.

**Special factors related to low incidence disabilities were considered:** ☑ N/A  ☐ Yes

Documentation of General Education Interventions
Initial Placement:    ☑ No  ☐ Yes    If yes is checked, this section must be addressed.
The following general education resources were utilized or considered prior to placement to Special Education

Referred By:  Parent                                    Referral Date:  09/02/2008

Date Parent Consent Received:  12/08/2008              ☐ Early Intervention

Evaluation Delay Reason:  Official school break of more than five days

Evaluation Delay Other Reason:

Third Birthday Delay Reason:

Third Birthday Delay Other Reason:

Infant Referred By:                                     Infant Referral Date:

Infant Date Parent Consent Received:

Infant Initial Evaluation Date:

**Health/Medical:**
See SE 33 Form for Health Summary.

Vision:    R: UTT; L: UTT; Both: 20/40, per             Date of Testing:  01/16/2008
           McDowell Vision Screening Kit.
Hearing:   R: pass; L: pass, per The Hear Kit.           Date of Testing:  01/16/2008

**Parent concerns and priorities for the education of the student:**
Mr. and Mrs. Fulsang had concerns of Eijer's tantrums developing into aggression. Eijer has begun to lay on the floor and kick the adult near him when he tantrums. They felt that it may be due to a lack of communication skills.

**Input from General Education Teacher:**
A general education teacher was present to address any parent questions or concerns.

SE 11 (8-06)

P2

Draft

**AR 0564**

297

Page __3__ of __33__

Draft

## Newport-Mesa Unified School District
### Individualized Education Program
### INFORMATION CONSIDERED

**Student:** Fuhcantg[redacted]r-J

**Student Learning Strategies/Preferences:**

...is able to hold onto an object while transition throughout the classroom environment. He will look surroundings and the people around him. He is more aware of his communication partner 40% of the time, when his name is called. He enjoys the magna doodle, the View finder, ball popper, cars and plastic tubes. Ejzar is beginning to manipulate objects and toys throughout his educational day.

**Behavior:**

Currently, student's behavior impedes learning of self or others and behavior:
Intervensions are needed: [ ] No [x] Yes

[x] Regular district discipline procedures apply
[ ] Behavior Support Plan
[ ] Behavioral contract
[ ] Hughes Plan

SE 11 (8-06)

P8

AR 0565

298

**NMUSD**

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 4 of 33

Student: Fulsang,

AREA OF NEED: Readiness

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| R- Matching | Will match 6, 2-dimensional common object pictures to the corresponding 2-dimensional picture from a field of 4, with 80% accuracy across 3 data collection sessions. | Met | |
| R- Motor Imitation | Will imitate 3 familiar non-verbal actions without prompts, in 4/5 opportunities across 3 data collection sessions. | Progressing Towards | 48 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| _____ has increased his attention during large and small group activities. He is able to scan across objects on a table to match the corresponding object or picture. He is able to match primary colors. He is beginning to ask for help by taking the adults hand when something is too difficult for him. | _____ imitates 2 non verbal actions (eat & more). He is unable to distinguish the difference in sizes when presented with small and big items _____ has a difficult time putting together a puzzle with 3 interconnected pieces. |

Goal(s) Needed? Yes

---

Goal #: 1    Goal Name: Sorting by size.

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
_____ is able to sort objects by primary color. He will scan objects across a table top and sort correctly, he will also self correct if he inserts an object into the incorrect container. He is unable to sort by size at this time.

Begin Date: 02/09/2010    End Date: 02/08/2011

Content Standard:

**Evaluation Method(s):**
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**ANNUAL GOAL:**
_____ will sort 10 items or objects that are different sizes (i.e. big/little) in 80% of opportunities across 3 days of data collection.

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | _____ will sort 6 items or objects that are different sizes (i.e. big/little) in 80% of opportunities across 3 days of data collection. | 06/25/2010 |
| B | _____ will sort 8 items or objects that are different sizes (i.e. big/little) in 80% of opportunities across 3 days of data collection. | 11/30/2010 |

*Notices: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-05)    Draft

P4

AR 0566

299

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, J                                                                    Page    5    of   33

AREA OF NEED: Readiness

Goal # 2          Goal Name: Puzzle

Baseline Performance:(Quantative data from assessment, observation, work samples and/or progress on prior goals)
is able to complete a board puzzle up to 6 pieces. He is able to manipulate the pieces to
make them fit into the correct shape. He has a difficult time connecting interconnected puzzle
pieces together. is currently connecting two pieces together with positioning and gesture
prompts.

ANNUAL GOAL:
Ejner will demonstrate understanding of completing 5, three piece interconnected puzzles in 80%
of opportunities across 3 days of data collection.

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | will demonstrate understanding of completing 1, three piece interconnected puzzle in 80% of opportunities across 3 days of data collection. | 06/25/2010 |
| B | will demonstrate understanding of completing 3, three piece interconnected puzzles in 80% of opportunities across 3 days of data collection. | 11/30/2010 |

Begin Date: 02/09/2010          End Date: 02/08/2011

Content Standard:

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work-Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☑ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

P5

AR 0567

Student: Fulsang, ███

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page    6    of    33

**AREA OF NEED: Self Help/Domestic**

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| SH• Toileting Routi | ███ will participate in a toileting routine in his educational setting (go to the restroom calmly, pull down pants, sit on/stand at the toilet, pull pants up) in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 44 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ███ is able to complete 2 out of the 4 toileting routine actions (go to the bathroom calmly, stand by toilet). He is also able to begin his hand washing routine. ███ will get the soap, stand on stool and begin to wet his hands. | ███ needs physical prompting in order to complete the bathroom routine. He has a difficult time pulling his pants down and back up after his urinates. He also requires physical and gesture prompting to complete the hand washing routine. |

Goal(s) Needed?    Yes

**Goal #    1         Goal Name:   Hand Washing Routine**

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* ███ will walk over to the sink and wait for someone to point to the soap to get him started. He needs gesture prompting to complete the entire hand washing routine.

**ANNUAL GOAL:**
███ will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 4/5 opportunities across 3 days of data collection.

Begin Date: 02/09/2010    End Date: 02/08/2011

**Content Standard:**

**Evaluation Method(s):**
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | ███ will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| B | ███ will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

*Note: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-05)

P6

Draft

301

ADMINISTRATIVE RECORD FOR MATTER 2012050785      02/25/2014      569 of 1332

Page ___7___ of 33

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fuisang,

AREA OF NEED: Self Help/Domestic

Goal # 2      Goal Name: Toileting Routine

Begin Date: 02/09/2010      End Date: 02/08/2011

Baseline Performance: *Quantative data from assessment, observation, work samples and/or progress on prior goals)*
is beginning to understand his bathroom routine. He will walk into the bathroom and stand by the urinal. He needs physical prompting to pull his pants up and down. He is at 44% accuracy of completing his bathroom routine.

Content Standard:

ANNUAL GOAL:
will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 4/5 opportunities across 3 data collection sessions.

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☑Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 2/5 opportunities across 3 data collection sessions. | 06/25/2010 |
| B | will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 3/5 opportunities across 3 data collection sessions. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress, E.C. 56345.10*

SE 12 (8-06)

Draft

P7

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page   8   of   33

Student: Fulsang,

**AREA OF NEED:** Behavior

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| B- Response to Name | will respond when his name is called by pausing his activity and looking to the speaker in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 48 |
| B- Safety Awareness | will orient toward the speakers face when commanded stop, no, or other relevant instruction, without adult prompting, across 5 data collection sessions. | Progressing Towards | 66 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| When an adult is positioned in front of him and his name is called, ___ will look in the direction of the speaker's face 90% of the time. He will also look in the direction of any loud noise including music or his peers. | ___ has recently (within the past 3 months) began to cry, kick and push anyone near him during a tantrum. He begins to cry during his educational day with no apparent antecedent. He exhibits a loud cry for up to 10 minutes at a time. During his tantrum his is non compliant and aggressive. |

**Goal(s) Needed?   Yes**

**Goal #   1      Goal Name:**  Calming Strategy

Begin Date: 02/09/2010      End Date: 02/08/2011

**Baseline Performance:** *Quantitative data from assessment, observation, work samples and/or progress on prior goals*
Ejner will calm down when an adult takes him for a walk outside of the classroom.  He is unable to calm him self down when an adult asks him to do so.

Content Standard:

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**ANNUAL GOAL**
___ use a calming strategy (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 80% of the time across 3 days of data collection.

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A. | ___ will use a calming strategy (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 60% of the time across 3 days of data collection. | 06/25/2010 |
| B | ___ will use a calming strategy (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 70% of the time across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.010*

SE 12 (8-06)

Draft

P8

AR 0570

303

Page 9 of 33

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fuisang

AREA OF NEED: Behavior

| Goal # : 2 | Goal Name: Safty Awareness | Begin Date: 02/09/2010 | End Date: 02/08/2011 |
| --- | --- | --- | --- |

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
____ will look in the direction of the speaker 65% of the time when he is asked to stop or when someone says no with gesture prompts.

Content Standard:

ANNUAL GOAL:
____ Will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 80% of the time across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Citation Ref. Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Special Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
| --- | --- | --- |
| A | ____ will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 60% of the time across 3 days of data collection. | 06/25/2010 |
| B | ____ will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 70% of the time across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parent will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

Case: 15-56452, 07/05/2016, ID: 10039501, DktEntry: 21-1, Page 29 of 278

Page 10 of 33

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Behavior

Goal # 3    Goal Name: Respond to name    Begin Date: 02/09/2010    End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
respond to his name 45% of the time. He has a difficult time looking at his
communication partner while he is engaged with a toy or activity.

Content Standard:

ANNUAL GOAL:
will respond when his name is called by pausing his activity and looking to the speaker when
the speaker is within 3 steps of him in 4/5 opportunities across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| B | will respond when his name is called by pausing his activity and looking to the speaker when the speaker's within 3 steps of him in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Note: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-05)

Draft

P10

305

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 11 of 33

Student: Fuisang,

AREA OF NEED: Social/Emotional

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/E- Cause and Effect | will increase his repertoire of independent play to include 6 different cause and effect toys (used as intended), across 5 data collection sessions. | Met | |
| S/E- Visual Regard | will look at his communication partner when showing or requesting an object (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 43 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

**Strengths**

has increased his desire to explore cause and effect toys throughout his educational setting. He will pick a toy up and begin to play with it independently. If something is too difficult for him to open or put together he will pull an adult's hand and place it on the item. is aware of his peers during large group activities. He will look in the direction of a peer when they are making loud noises.

**Needs**

look at his communication partner while requesting or showing an object 43% of the time. During the classroom day when he requests an object the adult praises and will physically prompt him by moving his shoulders to look at them. does not pass objects to his peers when asked to do so. He will drop them on the floor or hold on to them until he is physically prompted to give something to his peer.

Goal(s) Needed?    Yes

SE 12 (8-06)

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Draft

P11

AR 0573

306

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 12 of 33

Student: Fulsang,

AREA OF NEED: Social/Emotional

Goal # 1    Goal Name: Visual Regard    Begin Date: 02/09/2010    End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)  Content Standard:
When ___ is prompted to look, by the adult pausing and physically turning his body, he will look at his communication partner in the eye 50% of the time.

ANNUAL GOAL:
___ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | ___ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| B | ___ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

SE 12 (8-06)

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Draft

P12

AR 0574

307

Page __13__ of __33__

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, ▮▮▮

AREA OF NEED: Social/Emotional

Goal # 2          Goal Name: Peer interaction

Begin Date: 02/09/2010          End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
▮▮ will look in the direction of a peer when they are making loud noises. He needs hand over hand prompting to pass an object to a peer.

Content Standard:

ANNUAL GOAL:
▮▮ will hand a peer an object given one verbal instruction 80% of the time across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | ▮▮ will hand a peer an object given one verbal instruction 60% of the time across 3 days of data collection. | 06/25/2010 |
| B | ▮▮ will hand a peer an object given one verbal instruction 70% of the time across 3 days of data collection. | 11/30/2010 |

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

P13

Draft

Newport-Mesa Unified School District
*Individualized Education Program*
NEEDS/GOALS

Page ___14___ of 33

Student: Fulsang,

AREA OF NEED: Speech and Language

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/L- Expressive Voca | will use speech, signs or picture icons to label (e.g., What is this?) or request (e.g. What do you want?) 8/10 objects or actions during structured activities across 3 educational sessions. | Met | |
| S/L- Following Direc | will correctly follow 4/5 routine, single step verbal commands after no more than 2 presentations during educational activities (e.g., Sit down on the rug) across 5 sessions. | Met | |
| S/L- Gestures | will increase his use of communicative gestures to include 2 movements/signals (e.g., pointing, patting, extended open palm) and use them appropriately as observed at least 3 times per educational sessions across 3 sessions. | Met | |
| S/L- Receptive Vocab | will demonstrate understanding of 10 object labels by pointing to pictures or handling objects after Show me ___ 80% correct across 3 educational sessions. | Progressing Towards | 20 |
| S/L- Requesting | will use a word, sign or gesture to request (more/ of something or indicate /all gone/ when he is finished with an activity after a verbal prompt (e.g., What do you want?) in 4/5 opportunities during structured activities of at least 5 minutes as observed across 3 educational sessions. | Progressing Towards | 50 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

Strengths
has increased his use of gestures and pictures to communicate with others. His rate of communication has also increased. He demonstrates increased attention to play and language activities. During snack and lunch, scans picture cards to request desired items. He is beginning to select the picture and pair it with a sign to request. is imitating gestures during preferred speech activities (i.e. slinkies) and is beginning to move his mouth like the adult in familiar lang activities (i.e slinkies and old macdonald song).

Needs
is not yet demonstrating verbal imitation. He is not yet identifying objects from a field of 3 when asked. He demonstrates limited means to communicate with others. He requires multiple repitions paired with highly motivating items to acquire new skills.

Goal(s) Needed?  Yes

SE 12 (8-06)

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward annual goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Draft

P14

309

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page 15 of 33

Student: Fulsang,

AREA OF NEED: Speech and Language

Goal # 1    Goal Name:  S/L receptive vocabulary    Begin Date: 02/09/2010    End Date: 02/08/2011

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)    Content Standard:
demonstrates understanding of "slinky" from a field of 3 when asked to identify.

ANNUAL GOAL:
will demonstrate understanding of 5 familiar objects from a field of 3 when asked, in 80% of
opportunities, across 3 days of data collection.

| Benchmarks/Objectives | | |
|---|---|---|
| Name | Description | Target Date |
| A. | will demonstrate understanding of 3 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | 06/25/2010 |
| B. | will demonstrate understanding of 4 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | 11/30/2010 |

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☑Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (6-06)    Draft

P15

AR 0577

310

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page    16    of    33

Student: Fulsang,

AREA OF NEED: Speech and Language

Goal # 2          Goal Name:  S/L exp pictures

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
uses up to 10 picture symbols during snack and lunch activities to request food items.

Begin Date: 02/09/2010          End Date: 02/08/2011

Content Standard:

ANNUAL GOAL:
will increase his use of picture symbols to include 7 toys, 3 people, and 3 action words.

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A. | will increase his use of picture symbols to include 3 toys, 1 people, and 1 action words. | 06/25/2010 |
| B. | will increase his use of picture symbols to include 5 toys, 2 people, and 2 action words. | 11/30/2010 |

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

Page 17 of 33

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Speech and Language

Goal # 3    Goal Name: S/L exp phrases

Begin Date: 02/09/2010    End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
hands single pictured objects to an adult to request desired food items.

Content Standard:

**ANNUAL GOAL:**
will combine two pictures on a sentence strip to request preferred items 6 times during an activity, across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A. | will combine two pictures on a sentence strip to request preferred items 2 times during an activity, across 3 days of data collection. | 06/25/2010 |
| B. | will combine two pictures on a sentence strip to request preferred items 4 times during an activity, across 3 days of data collection. | 11/30/2010 |

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

P17

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 18 of 33

Student: Fulsang [redacted]

AREA OF NEED: Speech and Language

Goal # 4          Goal Name: S/L rate of comm

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
is/will uses a rate of communication of 1 act every 2 minutes to request snack and lunch items. He is/will maintaining this rate across school day activities.

Begin Date: 02/09/2010          End Date: 02/08/2011

Content Standard:

ANNUAL GOAL:
[redacted] will increase his rate of communication across school day activities, by maintaining a rate of meeting 1 act per 2 minutes across 4 various activities.

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☑Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A. | [redacted] will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 2 activities. | 06/25/2010 |
| B. | [redacted] will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 3 various activities. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

P18

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 19 of 33

Student: Fuisang,

AREA OF NEED: Fine Motor

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Pincer Grasp | ▮ will use a refined pincer grasp when picking up 20 pinto beans, individually, off a table, 4 out of 6 opportunities. | Met | |
| Prewriting | ▮ will imitate vertical and horizontal strokes, 4 out of 5 opportunities. | Progressing Towards | 30 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

**Strengths**
▮ is able to pick up objects with his fingers. He is able to make circular scribbles on paper and is beginning to visually attend more to his paper during art projects. ▮ has demonstrated interest in using loop scissors and is able to snip one time before letting go of the scissors.

**Needs**
▮ needs to improve on his scissor use, ▮ continues to need to work on his prewriting strokes.

Goal(s) Needed?   Yes

Goal # 1    Goal Name: F/M Prewiting

Begin Date: 02/09/2010     End Date: 02/08/2011

Content Standard:

Baseline Performance: *Quantitative data from assessment, observation, work samples and/or progress on prior goal)*
▮ is able to imitate a vertical line with about 40% accuracy. He is able to imitate a horizontal line with about 20% accuracy. He is able to make circular scribbles, but is not yet able to make a circle.

**ANNUAL GOAL:**
▮ will be able to trace a vertical line, horizontal line, and circle on the line with verbal prompts, 4 out of 5 trials over charted opportunities.

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | ▮ will be able to trace a vertical line and horizontal line, with 1 physical prompt, 3 out of 5 trials over charted opportunities. | 08/25/2010 |
| B | ▮ will be able to trace a vertical line, horizontal line, and circle on the line with 1 physical prompt, 4 out of 5 trials over charted opportunities. | 11/30/2010 |

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☑ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☑ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent:
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, Via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Draft

P19

AR 0581

314

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page __20__ of __33__

Student: Fulsang,

AREA OF NEED: Fine Motor

**Goal # 2**     **Goal Name:** F/M Scissors

**Begin Date:** 02/09/2010     **End Date:** 02/08/2011

**Baseline Performance:** (Quantitative data from assessment, observation, work samples and/or progress on prior goals) is able to hold loop scissors on his own and with guidance to hold the paper, and is able to snip one time.

**Content Standard:**

**ANNUAL GOAL:** will be able to use loop scissors to make 5 continuous cuts across paper independently, 4 out of 5 trials across 3 educational sessions.

**Evaluation Method(s):**
☑ Observation (documentation)
☐ Pre-/Post testing
☑ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☑ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Department of Rehab
☐ Regional Center
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| A | will be able to use loop scissors to make 3 snips on paper after initial set-up, 4 out of 5 trials across 3 educational sessions | 05/25/2010 |
| B | will be able to use loop scissors to make 3 continuous cuts across paper after initial set-up, 4 out of 5 trials across 3 educational sessions. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward annual goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Draft

P20

**AR 0582**

315

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  21  of  33

**Student:** Fuisang, [redacted]

**AREA OF NEED:** Sensory Processing

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Arousal | [redacted] will increase the number of signs of increased arousal (smile, eye contact, vocalizes, plays with peers, refrain from putting his head on the table) when provided with gross motor activities (such as movement on a therapy ball) in 4 out of 5 opportunities. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| [redacted] has demonstrated a much better arousal level and is more aware of his surroundings. He is now able to jump on a trampoline with two feet demonstrating better bilateral coordination skills. He is demonstrating improved ideation and motor planning to initiate a variety of activities in the clinic and participate appropriately, including swings, trapeze, scooterboard, and obstacle course. He has also demonstrated much improved postural control on a variety of swings. | [redacted] continues to need to work on his visual attention and higher level motor planning skills. |

**Goal(s) Needed?**  Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. (EC. 56345.10)

SE-12 (8-06)

Draft

P21

**AR 0583**

316

Page __22__ of __33__

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, ▮

AREA OF NEED: Sensory Processing

| Goal # 1 | Goal Name: S/P Motor Planning | | |

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
▮ does not consistently imitate simple motor actions. He is just beginning to imitate rolling playdough. He has a difficult time imitating actions that relate to his own body, such as clapping hands, or touching his head.

Begin Date: 02/09/2010
End Date: 02/08/2011

Content Standard:

ANNUAL GOAL:
In order to demonstrate improved motor planning skills for classroom activities, ▮ will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration and verbal prompting with 80% accuracy over charted opportunities.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | In order to demonstrate improved motor planning skills for classroom activities, ▮ will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration and 3 physical prompts with 50% accuracy over charted opportunities. | 05/25/2010 |
| B | In order to demonstrate improved motor planning skills for classroom activities, ▮ will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration 1 physical prompt with 65% accuracy over charted opportunities. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

SE 12 (9-06)

Draft

P22

317

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 23 of 33

Student: Fuisang, ████

AREA OF NEED: Sensory Processing

| Goal # 2 | Goal Name: S/P Visual Attention | Begin Date: 02/08/2010 | End Date: 02/08/2011 |

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* ████ does not always look when throwing at a target, and he does not always throw his beanbag at the right time while swinging on a swing. ████ accuracy ranges from 30% to 50% accuracy when throwing at a target.

Content Standard:

**ANNUAL GOAL:**
In order to demonstrate improved visual attention and motor planning, ████ will be able to throw a beanbag into a target while swinging on a swing independently with 80% accuracy over charted opportunities.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☑ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| A | In order to demonstrate improved visual attention and motor planning, ████ will be able to throw a beanbag into a target while swinging on a swing with verbal prompts as needed to attend to the target with 60% accuracy over charted opportunities. | 06/25/2010 |
| B | In order to demonstrate improved visual attention and motor planning ████ will be able to throw a beanbag into a target while swinging on a swing with two verbal prompts after initial instruction, 70% accuracy over charted opportunities. | 11/30/2010 |

Person(s) Responsible:
☐ Student
☐ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.010*

SE 12 (8-06)

Draft

P23

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     586 of 1332

**Newport-Mesa Unified School District**
**Individualized Education Program**
**PROGRAM CONSIDERATIONS**

Page 24 of 33

Draft

Student: Fulsang,

**A. Federal Setting**

Federal Setting School:

Federal Setting Preschool: Separate Class

**B. Assessment Information**

The following ☑tests ☑evaluations ☑records ☑reports were used to determine the student's eligibility and/or Special Education services:

Carolina Curriculum for Infants and Toddlers with Special Needs; (Third Edition)
Review Records
DRDP

**C. Support for Transition**

ITP not required for this student.

Grade Level Change: N/A    Program Type: N/A
School Type: N/A

Description of supports for transition:

**D. Participation in General Education**
☑Lunch, Recess, Passing Periods ☑School Day Activities
☐Other

To what extent is the student not in the general education setting? In your discussion, include such things as: class activities, school activities, issues related to possible "harmful effects" of placement.

General education limits Elvira's ability to participate, and he requires additional support and smaller class size.

Explain why services that the student is to receive can not be provided in the general education setting.

deficits and identified unique educational needs require intensive specialized instruction that cannot be fully addressed through participation in general education. Due to these deficits Elvira cannot fully benefit from a general education setting.

82 % of time outside the regular education classroom for special education services

**E. English Language Learner Information:** ☑No ☐Yes

**F. Options**

| Considered | | Recommended |
|---|---|---|
| ☑ | General Education | ☐ |
| ☑ | Designated Instruction and Services | ☐ |
| ☐ | Resource Services (consult/collaborative) | ☐ |
| ☐ | Resource Specialist Program | ☐ |
| ☐ | Special Day Class | ☐ |
| ☑ | Referral for County Program Consideration | ☐ |
| ☐ | Non-Public School | ☐ |
| ☐ | State Special School Referral | ☐ |
| ☐ | Home/Hospital | ☐ |
| ☐ | Instruction in non-classroom setting | ☐ |
| ☐ | Alternative Education | ☐ |
| ☐ | Other | ☐ |

SE 13 (8-03)

P24

AR 0586

319

ADMINISTRATIVE RECORD FOR MATTER 2012050785        02/25/2014        587 of 1332

# Newport-Mesa Unified School District
## Individualized Education Program
### PROGRAM CONSIDERATIONS

Page 25 of 33

Student: Fulsang,

G. Discussion of LRE and Placement

| Program/Service *Indicates Primary Service | | Projected Start | End | Location (Site) | Setting | Mode (Instruction; Delivery) | Frequency | | Minutes Per Session | See Notes (SE 15) |
|---|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 6.25 hrs | Yes |
| Language and speech | * | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 2 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 45 min = 0.75 hrs | Yes |
| Occupational therapy | | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |

(Services provided per school schedule and calendar, Non-student days are excluded.)

| Service | Notes: |
|---|---|
| SDC public integrated | 2/9/2010–2/9/2011: Participation in ABA (Scherling) SDC classroom on the Harper campus for 6 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar with mainstreaming occurring 2 days a week (Tuesdays and Thursdays) for 3.76 hours each day (9-12:45pm). |
| Language and speech | 2/9/2010–2/9/2011: Group speech therapy 2 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar. Group size not to exceed 3 children including Ejner. |
| Occupational therapy | 2/9/10–2/9/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. |
| Occupational therapy | 2/9/10–2/9/11: Individual Occupational Therapy 1 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar. |

Program setting for infant service (for ages 0-2 only):

SE 13 (8-03)

Draft

P25

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    588 of 1332

**Newport-Mesa Unified School District**
**Individualized Education Program**
**ACCOMMODATIONS, SUPPORTS AND SERVICES**

Page 26 of 33

Student: Fullsang,

**A. Participation in Statewide and District Assessment Programs:**

Participation in Statewide assessment programs:

CAHSEE: Not to participate at all in any statewide assessment program

STAR Math: Not to participate at all in any statewide assessment program

STAR Science: Not to participate at all in any statewide assessment program

STAR English Language Arts: Not to participate at all in any statewide assessment program

STAR History: Not to participate at all in any statewide assessment program

STAR Writing: Not to participate at all in any statewide assessment program

Tests identified accommodations/modifications are necessary for enabling the student to demonstrate knowledge, ability, skills, or mastery, and should be consistent with those identified in the instructional setting to give the student access to the curriculum.

Specific variations, accommodations and modifications to be used in testing:

| Type of Variation, Accommodation or Modification | CAHSEE | English Lang Arts | Math | Science | History | Writing | CELDT | District Testing | Classroom Tests |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

☐ Student will take the Standards-based Tests in Spanish (STS) using CST variations/accommodations/modifications listed above.

Note: Students participation in the California Physical Fitness Tests will receive the Variations, Accommodations, or Modifications listed above, if they directly apply to the testing situation. (Refer to the Testing Variations, Accommodations, and Modifications chart published by the California Department of Education)

☐ Desired Results Developmental Profile to be used (Ages 3-5)    Test Type:

Adaptations allowed:

**B. Program modification, supplementary aids, and accommodations (including effect on grading) for the student to progress in general education and/or activities:**

ABA Seahorse classroom
Care plan for monitoring by school nurse

**C. Supports / modifications provided to school personnel or on behalf of the student to advance student toward attaining annual goals, progress in general education and/or activities, and be educated and participate with other children with and without disabilities (i.e. trainings, materials):**

Considered but not required

SE 13 (8-03)

Draft

P26

AR 0588

321

**Newport-Mesa Unified School District**
**Individualized Education Program**
**ACCOMMODATIONS, SUPPORTS AND SERVICES**

Page ___27___ of ___33___

Student: Fulsang
D. Physical Education:
General Ed

E. Low Incidence Disability: ☑ No ☐ Yes, see Notes Page

F. Consideration of Assistive Devices and Services:
Does the student require assistive devices and/or services to make progress toward IEP goals at this time? ☑ No ☐ Yes, the following is/are recommended:

Devices, services and curricular interventions currently available at the school site can meet the student's needs at this time: ☐ Yes ☐ No, see Notes page.

G. Promotion/Retention (Grades 2 - 8):
Not Applicable (outside of grade range)

Current Performance (Grades 2 - 8):
Student is meeting the standards identified above: ☐ Yes ☐ No, see Notes page.

H. High School Completion Plan (must be 16 years old or younger if appropriate)
☑ Not Applicable
- Notice: Algebra I or the equivalent is required to earn a regular high school diploma.
- Notice: Effective with the graduating class of 2006, in addition to completing the district course of study, all students in California must pass the California High School Exit Exam (CAHSEE) to earn a regular high school diploma.

1. The requirements for high school graduation have been explained to me:
☐ Student initials (if appropriate) _____ Date: _____
☐ Parent initials _____ Date: _____

2. At this time, student is working toward earning:
☐ Certificate: will have completed course of study or reached maximum age
☐ Diploma: will have met all general education graduation requirements

REQUIREMENTS FOR GRADUATION WITH A DIPLOMA
1. Credits: Total required: _____ Currently has earned: _____

2. California High School Exit Exam (CAHSEE):
| Area | Pass OR Waiver | | Date |
|------|------|------|------|
| Math | ☐ Pass | ☐ Waiver | _____ |
| English/Language Arts | ☐ Pass | ☐ Waiver | _____ |

3. Anticipated date of high school completion: _____

Draft

SE 13 (8-03)

P27

AR 0589

322

Page 28 of 33

Newport-Mesa Unified School District
Individualized Education Program
**MEETING NOTES**

Student: Fulsang,

**MEETING SUMMARY**

**TAPE RECORDING (SE 8):**
Meeting Tape Recorded?   ☐ Yes   ☒ No

**MEETING DURATION (SE 8):**
Scheduled: Tuesday February 9, 2009
Start: 2:30PM
End: 3:30PM

**INTRODUCTIONS (SE 8):**
Introductions were made at the beginning of the meeting. The following team members were present: Donna Manza, special education teacher; Heather Means, general education teacher; Melissa Wiley, speech therapist; Maureen Cottrell, special education coordinator/principal.

**REVIEW OF PARENTAL PROCEDURAL SAFEGUARDS (SE 16 has Parental Acknowledgement)**
☒ Parent waived reading and/or review of Parental Procedural Safeguards
Presented previously and reviewed

**PURPOSE OF THE MEETING (SE 4, SE 8):**
Conduct Annual IEP meeting

**STUDENT AND PARENT/GUARDIAN INFORMATION VERIFICATION (SE 9):**
Birth certificate and proof of residency on file with the district

**PROGRESS ON PRIOR GOALS (SE 10):**
Progress on prior goals were reviewed.

**EVALUATION RESULTS – Summary of Outcomes from:**
SE 7 Assessment Plan
SE 32 Multidisciplinary Team Assessment Report
SE 33 Assessment Documentation – Specialist
SE 34 Assessment Documentation – Teacher
SE 35 Documentation of Learning Disability Discrepancy using Non-Standardized Assessment Data

Multidisciplinary Team Assessment Report

**PRESENT LEVELS OF PERFORMANCE (SE 11):**
Reviewed by specialist.

**ELIGIBILITY SUMMARY (for table and Triennials (SE 19 – 22):**
meets eligibility for Autistic-like behaviors under the California Education Code.

SE 13 (8-03)

Draft

P28

**AR 0590**

323

**Newport-Mesa Unified School District**
**Individualized Education Program**
**MEETING NOTES**

Page 29 of 33

Draft

Student: Fulisang, [redacted]

**GOALS AND OBJECTIVES (SE 12):**
Goals/benchmarks were generated and incorporated into this document for all areas for suspected disability

**PROGRAM CONSIDERATIONS** – Consideration of General Ed Participation, Placement, Services, Transition, LRE and ELL (SE 13):

Classroom:
2/28/10 – 2/28/11: Participation in ABA (Gaghean) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar. Mainstreaming occurs every Tuesday and Thursday with neighborhood friends from 9am-12:45pm (3 hrs, 45 minutes), and daily for 30 minutes during gross motor/outdoor play.

Speech Services:
2/28/10 – 2/28/11: Group speech therapy 2 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar.

Occupational Therapy:
2/28/10 – 2/28/11: Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. Individual occupational therapy 1 x 30 minutes per week at Harper Preschool, as per the traditional school year calendar.

ESY:
6/28/10-7/27/10 ABA SDC class for 5 days a week/4 hours daily.

6/28/10-7/27/10 DIS Speech to occur one time per week, 30 min. group sessions.

6/28/10-7/27/10 OT to occur one time per week, 30 min. group sessions.

7/28/10-8/12/10 ABA SDC class for 2 days a week/4 hours daily.

**ACCOMMODATIONS, SUPPORTS AND SERVICES (SE 14):**
Section F. CONSIDERATION OF ASSISTIVE DEVICES AND SERVICES.

**SPECIAL TRANSPORTATION (SE 9):**
Rationale: qualifies for curb to curb transportation due to age and disability

**EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES RECOMMENDED AND OFFERED (SE 9):**
Rationale: qualifies for Extended School Year (ESY) as maintenance for Summer 2010.

| Program/Service *indicates Primary Service | Projected Start | End | Anticipated Location (Site) | Setting | Mode | Frequency | | Mins/Hrs Per Session |
|---|---|---|---|---|---|---|---|---|
| SDC public integrated | 06/30/2009 | 07/28/2009 | Public | Special Ed | Group; Direct | 5 | per week | 240 min = 4.00 hrs |
| Specialized academic instruction | 07/28/2009 | 08/13/2009 | Public | Special Ed | Individual and Group; Direct | 2 | per week | 240 min = 4.00 hrs |
| Language and speech | 06/28/2010 | 07/27/2010 | Public | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs |
| Occupational therapy | 06/28/2010 | 07/27/2010 | Public | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs |

NOTICE: An IEP Addendum meeting will be held in the event that a change to the above-detailed Program/Services is necessary.

SE 15 (8-03)

P29

324



Page __30__ of __33__

Draft

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Student: Futsang

NEXT IEP MEETING (SE 9):
Next Annual IEP to be held on or before 2/08/2011.

SE 15 (8-03)

P30

AR 0592

Page __31__ of __33__

Draft

**Newport-Mesa Unified School District**
**Individualized Education Program**
**MEETING NOTES**

**Student:** Fuileang ████

**ADDITIONAL NOTES:**

An annual IEP was held today for ████ Fuileang, Donna Manes, special ed preschool teacher, reviewed ████ progress on current goals. ████ has met 1 out of 2 readiness goals, ████ ████ ████ Manes noted that ████ has been ████ ████ing options more completely and using signs more precisely. She reported that he has met 1 out of 2 of his social goals. Ms. Manes said that ████ is not yet looking at a ████ communication partner even though he is handing picture cards or materials. Mrs. Fuileang described that if she has ████ with him he will make eye contact to request. Mr. Fuileang said that if ████ wants food (e.g. cheerios) he will look but not to voices or other sounds. Linda Nalzmer, school nurse, reviewed ████ past audiological results and parents concerns. She said that ████ may be more responsive to audiological testing at this time and that family might consider an new referral for a hearing test. ████ did not meet his 2

Melissa Wiley, SLP, reported on ████ progress on his Speech and Language goals. He has met 3 out of 5 speech goals, including using PECS to request items, following routine ████ ████ directions, and using simple gestures. Ms. Wiley reported that ████ is making progress in receptive vocabulary but has not yet been able to point to 5/10 items named. She said that Speech group ████ ████ consistently using a sign for more at school. Mrs. Fuileang said ████ is beginning to sign all done at home. She also said that he is beginning to make new sounds at home which appear to be his attempt to sing songs and say Mom. Ms. Manes stated that ████ appears to be very interested in music and singing in the classroom.

Jennie N, OT, reported that ████ has met 1 out of 2 fine motor goals and the met his sensory processing goal. He is able to use a pincer grasp and can imitate a vertical stroke, but not yet a horizontal stroke. Ms. N reported that ████ met his sensory goal of around and said that he is responding sooner and more consistently to input in the environment and does not require extra movement in stay alert and partic ████

The following unique educational needs were identified and reviewed with Mr. and Mrs. Fuileang:

*Readiness
  -Sorting by Size
  -Puzzles
          *Self-Help
  -Toileting Routine
  -Hand Washing Routine

*Behavior
  -Calming Strategy
  -Safty Awareness
  -Respond to Name

*Social/Emotional
  -Visual Regard
  -Peer Interaction

*Receptive Language
  -R/Vocabulary
  *Expressive Language
  -E/Picture
  -E/Phrases
  *Pragmatic Language
  -Rate of Communication
  -Fine Motor
  -Scissors
  -Prepelling

*Sensory Processing
  -Need/Attention
  -Motor Planning

Ms. Manes reviewed the proposed goals for this IEP. For Readiness, his goals include sorting objects by size and completing 3 piece puzzles. For Self Care, ████ will be working toward participating in the hand washing routine as well as toileting routine. In behavior, Ms. Manes described the goals for use of a calming strategy, safety awareness, and response to name. Under Social/Emotional, ████ goals include increasing his visual regard during communication acts and attending to objects in peers. Ms. Wiley presented the new goals for Speech and Language, including receptive ████ vocabulary, use of picture symbols, combining 2 symbols on a sentence strip, and increasing his rate of initiating communication. Ms. N described ████ proposed fine

SE 15 (8-03)

P31

AR 0593

326

Newport-Mesa Unified School District
Individualized Education Program

Page   32   of   33

**MEETING NOTES**

Student: Fuleang,■

Ms. Manea reviewed the proposed goals for this IEP. For Readiness, his goals include sorting objects by size and completing 3 piece puzzles. For Self Care, ■ will be working toward participating in the hand washing routine as well as toileting routine. In Behavior, Ms. Manea described the goals for use of a calming strategy, safety awareness, and response to name. Under Social/Emotional ■ goals include increasing his visual regard during communication acts and handing objects to peers. Ms. Wiley prescribed the new goals for Speech and Language, including receptive vocabulary, use of picture symbols, combining 2 symbols on a sentence strip, and increasing his rate of initiating communication. Ms. Ni described ■ proposed fine motor and sensory processing goals, including tracing lines, using scissors, motor planning and visual attention.

The IEP team recommends the following Free Appropriate Public Education (FAPE) offer:

**Classroom:**
2/09/10 - 2/09/11: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar. Mainstreaming occurs every Tuesday and Thursday with neighborhood friends from 8am-12:45pm (3 hrs. 45 minutes); and daily for 30 minutes during gross motor/outdoor play.

**Speech Services:**
2/09/10 - 2/09/11: Small group speech therapy 2 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar.

**Occupational Therapy:**
2/09/10 - 2/09/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as-per the traditional school year calendar. Individual occupational therapy 1 x 30 minutes per week at Harper Preschool, as per the traditional school year calendar.

**ESY:**
6/28/10-7/22/10 ABA SDC class for 5 days a week/4 hours daily.

6/28/10-7/22/10 DIS Speech to occur one time per week, 30 min. group sessions.

6/28/10-7/22/10 OT to occur one time per week, 30 min. group sessions.

7/28/10- 8/12/10 ABA SDC class for 2 days a week/4 hours daily.

The DRDP assessment is given twice a year, in October and March, and it is given to 3, 4, and 5 year old preschool children.

There are two formats:

1. DRDP-R (Revised), for preschool to Kindergarten
2. DRDP access, birth to Kindergarten

Which ever test is given in the fall, must be administered in the spring. We are to select the developmentally appropriate test.

Test selection: DRDP-A

Participation in the DRDP assessment allows California to comply with the federal law, allow educators to better monitor programs by tailoring education and training programs for staff, to assist teachers in providing parents with additional information regarding their child's growth and development.

■ qualifies for curb transportation due to age and disability.

| FOLLOW-UP ACTIVITY | PERSON RESPONSIBLE | DATE DUE |
|---|---|---|
| | | |

SE 15 (5-03)     Draft

P32

**AR 0594**

327

Newport-Mesa Unified School District
Individualized Education Program
PARTICIPANTS AND CONSENT

Page  33  of  33

Draft

Student: Fulsang

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Educational Program;    ** indicates participants not required if student is attending Adult Transition program.

| | Signature | | Signature |
|---|---|---|---|
| Fulsang, Eric | | Fulsang, Amelda | |
| Father | | Mother | |
| Natzmer, Linda | Signature | Witley, Melissa | Signature |
| School Nurse | | Speech/Language | |
| Bottorf, Lucinda | Signature | Ni, Jamila | Signature |
| Administrator | | Occupational Therapist | |
| MANS, HEATHER M. | Signature | Marra, Donna | Signature |
| General Ed Teacher | | Special Ed Teacher | Case Carrier |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION.**    Please initial each applicable statement below:

☑ I have been advised of and given a copy of the special Education Procedural Safeguards.    ☑ I CONSENT to this Individualized Education Program.
☑ I had an opportunity to participate and help develop the IEP.    ☐ I CONSENT to this Individualized Education Program EXCEPT for the
☑ I request a copy of this Individualized Education Program to be provided in my primary language.    following:
☑ I have received a copy of the IEP and assessments (if any).    ☐ I DO NOT CONSENT to this Individualized Education Program.

Did the school district facilitate parent involvement as a means of improving services and
results for your child?:

☐ Yes    ☐ No    ☐ No Response

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this
notice of consent in writing in my native language; if my native language is not written, this information will be translated orally or manually.

Parent/Guardian: _____    Dates: 02/09/2010
Parent/Guardian: _____    Dates: _____

**C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS**

☐ Parent/Guardian agreed to waive advanced written notice
☑ IEP Meeting Notice sent on: 11/04/2009    Follow-up notice: ___    Final Notice Letter: ___
☐ Parent/Guardian unable to attend and was sent a copy of IEP, Parent Rights and Procedural Safeguards.    Date: ___

SE 15 (8-03)

P33

AR 0595

328



**EXHIBIT**

S-2
10/24/13

Current

Newport-Mesa Unified School District
Individualized Education Program
Addendum to Individualized Education Program
Dated: 02/03/2010

Page 1 of 34

Student: Fulsang

School of Attendance: Harper Preschool          Grade: Pre

Date of Meeting: 04/15/2010
Additional Purpose:

District of Attendance: Newport-Mesa Unified School District

Meeting Notification Sent: 04/15/2010
Meeting Tape Recorded: No

Summary of Additions, Deletions, Changes (if any) made to the original pages of the IEP. The amended IEP follows.

| IEP Page | Section or Location | Action | Summary of Change | Change Date |
|---|---|---|---|---|
| Needs/Goals Page(s) | Area of Need/Readiness | Deletion | Goal Met | 04/15/2010 |

Additional notes:
Parents waived the right to a full IEP meeting. An addendum IEP was sent home to ___ back pack ___ As sort by size goal and it needed to be taken out of his IEP.

Goals Deleted:
Readiness
1. Sort by size

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 9-Addendum (8-03)

P34

329

AR 0596

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    597 of 1332

Newport-Mesa Unified School District
Individualized Education Program
COVER PAGE

Page    2    of    34

**Student Information**

| | | | |
|---|---|---|---|
| Name: First | Fulsang | | |
| | Last | Middle | 02/14/2006    4 |
| | | | DOB        Age |
| Social Security # | Student ID # | | Pre        Male |
| 145793 | | | Grade      Gender |
| Address | Apt. # | | Newport Beach    CA    92663 |
| 5016 River Av | | | City/State/Zip |
| District of Residence | | | |
| Newport-Mesa Unified School District | | | |
| District of Attendance | | | |
| Newport-Mesa Unified School District | | | |
| | | | Local School (based on residence) |
| | | | Newport Elementary |
| | | | School of Attendance |
| | | | Harper Preschool |

**A.** Initial Entry Into Special Ed.: _02/12/2008_
(This date will not change and reflects FIRST IEP date
in deficit where initial placement was made)

**B.** Timeline Information (Dates)
Date of This Meeting:          _02/09/2010_
Next Meeting Date:             _02/09/2011_
(See Meeting Notes page for details)
Next Annual Review:            _02/09/2011_
Date of Last Evaluation:       _02/12/2009_
(Date that IEP team met to consider eligibility)
Next 3 Yr. Review Due:        _02/10/2012_

**C.** Purpose of Meeting
Primary:    Annual Review
Secondary:

Meeting Tape Recorded?    ☐Yes    ☒No

**Parent/Guardian Information**
Eric Fulsang

Name of Parent/Surrogate/Guardian
5016 River Av, Newport Beach, CA, 92663
Address
Name of Parent/Surrogate/Guardian
Areliza Fulsang
5016 River Av, Newport Beach, CA, 92663
Address
Registration materials     Determined by
Student's Primary Language     English

**D.** Eligible    ☒Yes    ☐No
Primary Disability:  AUT-Autistic Like

Eligible for mental health services:    ☐Yes    ☒No
Mental health services language included:    ☐Yes    ☒No
CMAC:

**E.** Educational Rights Held by:
Parent

**F.** Assessment (Accommodations page; section C)
Participation in Statewide assessment programs:
CAHSEE: No to participate at all in a
STARC:

☐Offer declined. See section "SE 16 - PARTICIPANTS and CONSENT" for details.

| (none) | 949-430-4139 | (work) |
| | | (cell) |
| | | Telephone |
| (none) | 949-338-4139 | (work) |
| | | (cell) |
| | | Telephone |
| | | Home Language |
| | | English |

**G.** English Language Learner:    ☐Yes    ☒No
English Language Level:

**H.** Interpreter / Translation Request
Interpreter Requested?    ☐Yes    ☒No
Translation of IEP Requested?    ☐Yes    ☒No
Parent or legal guardian

**I.** Residence    White
**J.** Ethnicity
**K.** Preschool Setting    Early childhood special education
**L.** Agency Services    ☐Yes    ☒No

**M. Program and Services Recommended and Offered**
* Indicates Primary Service

| Program/Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction; Delivery) | Frequency | | Min/Hrs. Per Session | See Notes (SE 16) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | .5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 2 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 45 min = 0.75 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |

ITP not required for this student.

Special Transportation:    ☐No    ☐Yes, specify: Curb to Curb (Round Trip)    See Notes Page

Extended School Year (ESY):    ☐No    ☒Yes   On the Notes Page (SE 15) identify details of the ESY Offer, or reason why ESY is not offered.

(Services provided per school schedule and calendar. Non-student days are excluded.)

**Additional Meeting(s)**

Current

SE 9 (3-03)

P35

AR 0597

330

Newport-Mesa Unified School District

Individualized Education Program

Page __3__ of __34__

**INFORMATION CONSIDERED**

Student: Fuisang,

Present performance includes results of the most recent assessments:

☐ State ☐ District-wide ☐ Classroom ☑ Alternate Assessments ☐ IEE

Describe how student's identified disability affects involvement & progress in general curriculum. Or, for preschoolers, how the disability affects the child's participation in appropriate activities:

___ has deficits and fine[m], in having identified unique educational needs, and he cannot fully benefit from a general education setting.

**Health/Medical:**
See SE 33 Form for Health Summary.

**Vision:** R:LUTT;1: LUTT: Both: 20/40, per McDowell Vision Screening Kit.

**Hearing:** Pass; 1 pass; per The Hear Kit

**Parent concerns and priorities for the education of this student:**
Mr. and Mrs. Fulsang had concerns of ___'s tantrums developing into aggression. ___ begun to lay on the floor and kick the adult near him when he tantrums. They felt that it may be because of lack of communication skills.

**Input from General Education Teacher:**
A general education teacher was present to address any parent questions or concerns.

Special factors related to low incidence disabilities were considered:  ☑ N/A ☐ Yes

Documentation of General Education Interventions:
Initial Placement: ☑ No ☐ Yes     If yes is checked, this section must be addressed.
The following general education resources were utilized or considered prior to placement in Special Education

Referred By:   Parent     Referral Date:   09/02/2008

Date Parent Consent Received:   12/08/2008     ☐ Early Intervention

Evaluation Delay Reason: ___ Official school break of more than five days

Third Birthday Other Reason: ___

Third Birthday Delay Reason: ___

Third Birthday Delay Other Reason: ___

Infant Referred By: ___     Infant Referral Date: ___

Infant Delay Parent Consent Received: ___

Infant Initial Evaluation Date: ___

Date of Testing:   01/16/2009

Date of Testing:   01/16/2009

Current

SE 11 (8-06)

P36

AR 0598

331

Page  4  of  34

Current

Newport-Mesa Unified School District
Individualized Education Program
INFORMATION CONSIDERED

**Student: Fulsang** [redacted]

**Student Learning Strengths/Preferences:**
[redacted] is able to hold onto an object while transition throughout the classroom environment. He will look at the communication partner 40% of the time, when his name is called. He is more aware of his surroundings and the people around him. He enjoys the magna doodle, the view finder, ball popper, cars and plastic tubes. [redacted] is beginning to manipulate objects and toys throughout his educational day.

**Behavior:**
Currently, student's behavior impedes learning of self or others and behavior interventions are needed:   ☐ No   ☑ Yes

☑ Regular district discipline procedures apply     ☐ Behavioral contract
☐ Behavior Support Plan                            ☐ Hughes Plan

SE-11 (8-06)

P37

332

# Newport-Mesa Unified School District
## Individualized Education Program
### NEEDS/GOALS

Page 5 of 34

Student: Fulsang,

**AREA OF NEED: Readiness**

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| R- Matching | will match 6, 2-dimensional common object pictures to the corresponding 2-dimensional picture from a field of 4, with 80% accuracy across 3 data collection sessions. | Met | 48 |
| R- Motor Imitation | will imitate 3 familiar non-verbal actions without prompts, in 4/5 opportunities across 3 data collection sessions. | Progressing Towards | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| has increased his attention during large and small group activities. He is able to scan across objects on a table to match the corresponding object or picture. He is able to match primary colors. He is beginning to ask for help by taking the adult's hand when something is too difficult for him. | imitates 2 non verbal actions (eat & more). He is unable to distinguish the difference in sizes when presented with small and big items. Ejner has a difficult time putting together a puzzle with 3 interconnected pieces. |

**Goal(s) Needed?** Yes

**Goal # 1    Goal Name: Puzzle**

Begin Date: 02/09/2010    End Date: 02/08/2011

**Baseline Performance:** *(quantifiable data from assessment, observation, work samples and/or progress on prior goals)*
Is able to complete a board puzzle up to 8 pieces. He is able to manipulate the pieces to make them fit into the correct shape. He has a difficult time connecting interconnected puzzle pieces together. is currently connecting two pieces together with positioning and gesture prompts.

Content Standard:

**ANNUAL GOAL:**
will demonstrate understanding of completing 5, three piece interconnected puzzles in 80% of opportunities across 3 days of data collection.

**Evaluation Method(s):**
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | demonstrate understanding of completing 1, three piece interconnected puzzle in 80% of opportunities across 3 days of data collection. | 06/25/2010 |
| B | will demonstrate understanding of completing 3, three piece interconnected puzzles in 80% of opportunities across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-05)

P38

Current

**AR 0600**

333

Page 6 of 34

Current

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang

Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.D. 56345.10

SE 12 (8-06)

P39

AR 0601

334

ADMINISTRATIVE RECORD FOR MATTER 2012050785      02/25/2014      602 of 1332

**Newport-Mesa Unified School District**
Individualized Education Program
**NEEDS/GOALS**

Page 7 of 34

Student: Fulsang,

**AREA OF NEED:** Self Help/Domestic

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/H- Toileting Routi | will participate in a toileting routine in his educational setting (go to the restroom calmly, pull down pants, sit on/stand at the toilet, pull pants up) in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 44 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| is able to complete 2 out of the 4 toileting routine actions (go to the bathroom calmly, stand by toilet). He is also able to begin his hand washing routine will get the soap, stand on stool and begin to wet his hands. | needs physical prompting in order to complete the bathroom routine. He has a difficult time pulling his pants down and back up after he urinates. He also requires physical and gesture prompting to complete the hand washing routine. |

**Goal(s) Needed?** Yes

**Goal # 1**     **Goal Name:** Hand Washing Routine.

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
will walk over to the sink and wait for someone to point to the soap to get him started. He needs gesture prompting to complete the entire hand washing routine.

**ANNUAL GOAL:**
will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 4/5 opportunities across 3 days of data collection.

Begin Date: 02/09/2010     End Date: 02/09/2011

Content Standard:

**Evaluation Method(s):**
- ☑ Observation (documentation)
- ☐ Pre-/Post testing
- ☐ Work Samples
- ☐ Curriculum-Based Assessment
- ☐ Criterion Ref. Test(s)
- ☐ Data Collection
- ☐ Other

**Person(s) Responsible:**
- ☐ Student
- ☑ Special Education Teacher
- ☐ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Regional Center
- ☐ Department of Rehab
- ☐ Parent
- ☐ Mental Health Provider
- ☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 2/5 opportunities across 3 days of data collection. | 05/25/2010 |
| B | will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress, E.C. 56345.10*

SE 12 (8-06)

Current

P40

AR 0602

335

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     603 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page ____8____ of ___34___

Student: Fudsang, ■

AREA OF NEED: Self Help/Domestic

Goal # 2    Goal Name: Toileting Routine

Begin Date: 02/09/2010    End Date: 02/08/2011

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
■ is beginning to understand his bathroom routine. He will walk into the bathroom and stand by the urinal. He needs physical prompting to pull his pants up and down. He is at 44% accuracy of completing his bathroom routine.

Content Standard:

ANNUAL GOAL:
■ will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 4/5 opportunities across 3 data collection sessions.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | ■ will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 2/5 opportunities across 3 data collection sessions. | 06/25/2010 |
| B | ■ will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 3/5 opportunities across 3 data collection sessions. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE-12 (8-06)

Current

P41

AR 0603

336

Student: Fulsang, ▮

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page __9__ of __34__

AREA OF NEED: Behavior

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| B- Response to Name | Will respond when his name is called by pausing his activity and looking to the speaker in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 46 |
| B- Safety Awareness | Will orient toward the speakers face when commanded stop, no, or other relevant instruction, without adult prompting, across 5 data collection sessions. | Progressing Towards | 65 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| When an adult is positioned in front of him and his name is called, ▮ look▮ in the direction of the speaker's face 90% of the time. He will also look▮ in the direction of any loud noise including music or his peers. | ▮ has recently (within the past 3 months) began to cry, kick and push anyone near him during a tantrum. He begins to cry during his educational day with no apparent antecedent. He exhibits a loud cry for up to 10 minutes at a time. During his tantrum his is non compliant and aggressive. |

Goal(s) Needed?    Yes

| Goal# 1 | Goal Name: Calming Strategy | Begin Date: 02/09/2010 | End Date: 02/08/2011 |
|---|---|---|---|

Content Standard:

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
▮ will calm down when an adult takes him for a walk outside of the classroom. He is unable to calm him self down when an adult asks him to do so.

ANNUAL GOAL:
▮ will use a calming strategy (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 80% of the time across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref-Test(s)
☐ Data Collection
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | ▮ will use a calming strategy (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 60% of the time across 3 days of data collection. | 06/25/2010 |
| B | ▮ will use a calming strategy (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 70% of the time across 3 days of data collection. | 11/30/2010 |

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☑ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-05)

Current

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 10 of 34

Student: Fuisang,

AREA OF NEED: Behavior

Goal # 2      Goal Name: Safty Awareness

Begin Date: 02/09/2010      End Date: 02/08/2011

Content Standard:

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
will look in the direction of the speaker 65% of the time when he is asked to stop or when someone says no with gesture prompts.

ANNUAL GOAL:
will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 80% of the time across 3 days of data collection.

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | Will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 50% of the time across 3 days of data collection. | 06/25/2010 |
| B | Will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 70% of the time across 3 days of data collection. | 11/30/2010 |

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Current

P48

338

Page __11__ of __34__

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, [redacted]

AREA OF NEED: Behavior

**Goal # 3          Goal Name:  Respond to name**

Baseline Performance:*(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
[redacted] will respond to his name 48% of the time. He has a difficult time looking at his communication partner while he is engaged with a toy or activity.

**ANNUAL GOAL:**
[redacted] will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 4/6 opportunities across 3 days of data collection.

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | [redacted] will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 2/6 opportunities across 3 days of data collection. | 06/25/2010 |
| B | [redacted] will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 3/6 opportunities across 3 days of data collection. | 11/30/2010 |

Begin Date: 02/09/2010          End Date: 02/08/2011

Content Standard:

**Evaluation Method(s):**
☑ Observation (documentation)
☐ Pre-Post Testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Current

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward annual goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (5-05)

ADMINISTRATIVE RECORD FOR MATTER 2012050785 .02/25/2014 607 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 12 of 34

Student: Fuisang, ▮▮▮

AREA OF NEED: Social/Emotional

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|------|-------------|----------|------------|
| S/E- Cause and Effect | ▮▮▮ will increase his repertoire of independent play to include 6 different cause and effect toys (used as intended), across 5 data collection sessions. | Met | |
| S/E- Visual Regard | ▮▮▮ will look at his communication partner when showing or requesting an object (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 43 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|-----------|-------|
| ▮▮▮ has increased his desire to explore cause and effect toys throughout his educational setting. He will pick a toy and begin to play with it independently. If something is too difficult for him to open or put together he will put an adult's hand and place it on the item. Eisner is aware of his peers during large group activities. He will look in the direction of a peer when they are making loud noises. | ▮▮▮ will look at his communication partner while requesting or showing an object 43% of the time. During the classroom day when he requests an object the adult pauses and will physically prompt him by moving his shoulders to look at them. ▮▮▮ does not pass objects to his peers when asked to do so. He will drop them on the floor or hold on to them until he is physically prompted to give something to his peer. |

Goal(s) Needed?   Yes

SE 12 (8-06)

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. EC 56345(10)

Current

P45

AR 0607

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page ___13___ of ___34___

Student: Fulsang, ▮▮▮

AREA OF NEED: Social/Emotional

**Goal # 1      Goal Name:** Visual Regard

Begin Date: 02/09/2010      End Date: 02/08/2011

Baseline Performance: *Quantitative data from assessment, observation, work samples and/or progress on prior goal(s)*
When ▮▮▮ prompted to look, by the adult pausing and physically turning his body, he will look his communication partner in the eye 50% of the time.

Content Standard:

**ANNUAL GOAL:**
▮▮▮ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post Testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| A | ▮▮▮ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| B | ▮▮▮ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress, E.C. 56345.10*

SE 12 (8-06)

Current

P46

AR 0608

341

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page __14__ of __34__

Student: Fulsang, ▮

AREA OF NEED: Social/Emotional

Goal # 2    Goal Name: Peer interaction

Begin Date: 02/09/2010          End Date: 02/08/2011

Content Standard:

Baseline Performance: *Quantitative data from assessment, observation, work samples and/or progress on prior goals*
▮ will look in the direction of a peer when they are making loud noises.  He needs hand over hand prompting to pass an object to a peer.

ANNUAL GOAL:
▮ will hand a peer an object given one verbal instruction 80% of the time across 3 days of data collection.

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | ▮ hand a peer an object given one verbal instruction 60% of the time across 3 days of data collection. | 08/25/2010 |
| B | ▮ will hand a peer an object given one verbal instruction 70% of the time across 3 days of data collection. | 11/30/2010 |

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post Testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☑ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab.
☐ Parent
☐ Mental Health Provider
☐ Other

Current

*Note: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-05)

P47

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page __15__ of __34__

Student: Fulsang,

AREA OF NEED: Speech and Language

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/L– Expressive Voca | will use speech, signs or picture icons to label (e.g., What is this?) or request (e.g. What do you want?) 8/10 objects or actions during structured activities across 3 educational sessions. | Met | |
| S/L– Following Direc | will correctly follow 4/5 routine, single step verbal commands after no more than 2 presentations during educational activities (e.g., Sit down on the rug) across 5 sessions. | Met | |
| S/L– Gestures | will increase his use of communicative gestures to include 2 movements/signals (e.g., pointing, patting, extended open palm) and use them appropriately as observed at least 3 times per educational sessions across 3 sessions. | Met | |
| S/L–Receptive Vocab | will demonstrate understanding of 10 object labels by pointing to pictures or handing objects after Show me ____ 80% correct across 3 educational sessions. | Progressing Towards | 20 |
| S/L– Requesting | use a word, sign or gesture to request /more/ of something or indicate /all done/ when he is finished with an activity after a verbal prompt (e.g., What do you want?) in 4/5 opportunities during structured activities of at least 5 minutes as observed across 3 educational sessions. | Progressing Towards | 50 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| has increased his use of gestures and pictures to communicate with others. His rate of communication has also increased. He demonstrates increased attention to play and language activities. During snack and lunch, Either scans picture cards to request desired items. He is beginning to select the picture and pair it with a sign to request. is imitating gestures during preferred speech activities (i.e. slinkies) and is beginning to move his mouth like the adult in familiar lang activities (i.e. slinkies and old macdonald song). | is not yet demonstrating verbal imitation. He is not yet identifying objects from a field of 3 when asked. He demonstrates limited means to communicate with others. He requires multiple repititions paired with highly motivating items to acquire new skills. |

Goal(s) Needed?   Yes

*Notice: A pupil's parents will be regularly informed via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. ECC. 56345.10

SE 12 (3-06)                                                          Current

P48

AR 0610

343

Page 16 of 34

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Futsang,

AREA OF NEED: Speech and Language

Goal # 1    Goal Name: S/L receptive vocabulary     Begin Date: 02/09/2010     End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
demonstrates understanding of "slinky" from a field of 3 when asked to identify.

Content Standard:

**ANNUAL GOAL:**
demonstrate understanding of 5 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection.

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A. | will demonstrate understanding of 3 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | 06/25/2010 |
| B. | will demonstrate understanding of 4 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | 11/30/2010 |

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Current

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

P49

AR 0611

344

Page 17 of 34

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, ▮

AREA OF NEED: Speech and Language

Goal # 2     Goal Name: S/L exp pictures

Begin Date: 02/09/2010          End Date: 02/08/2011

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
uses up to 10 picture symbols during snack and lunch activities to request food items.

Content Standard:

ANNUAL GOAL:
Will increase his use of picture symbols to include 7 toys, 3 people, and 3 action words.

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A. | ▮ will increase his use of picture symbols to include 3 toys, 1 people, and 1 action words. | 06/25/2010 |
| B. | ▮ will increase his use of picture symbols to include 5 toys, 2 people, and 2 action words. | 11/30/2010 |

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☑Speech/Language
Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Current

SE 12 (8-06)

"Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Reports/Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. EC. 56345.10

P50

AR 0612

345

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 18 of 34

Student Fuisang, [redacted]

AREA OF NEED: Speech and Language

Goal # 3     Goal Name: S/L exp phrases     Begin Date: 02/09/2010     End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals) [redacted] hands single pictured objects to an adult to request desired food items.

Content Standard:

ANNUAL GOAL: [redacted] will combine two pictures to request preferred items 6 times during an activity, across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A. | [redacted] will combine two pictures on a sentence strip to request preferred items 2 times during an activity, across 3 days of data collection. | 06/25/2010 |
| B. | [redacted] will combine two pictures on a sentence strip to request preferred items 4 times during an activity, across 3 days of data collection. | 11/30/2010 |

Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Current

SE 12 (8-05)

P51

346

Page 19 of 34

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Speech and Language

| Goal # 4 | Goal Name: S/L rate of comm | Begin Date: 02/09/2010 | End Date: 02/08/2011 |

Content Standard:

Baseline Performance: *Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
uses a rate of communication of 1 act every 2 minutes to request snack and lunch items. He
is not maintaining this rate across school day activities.

ANNUAL GOAL:
will increase his rate of communication across school day activities, by maintaining a rate of
initiating 1 act per 2 minutes across 4 various activities.

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☑Work Samples
☐Curriculum-Based Assessment
☑Criterion Ref. Test(s)
☐Data Collection
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A. | will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 2 activities. | 06/25/2010 |
| B. | will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 3 various activities. | 11/30/2010 |

Person(s) Responsible:
☐Student
☑Special Education Teacher
☑Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special
Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (9-05)

Current

P52

**AR 0614**

347

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 20 of 34

Student: Fulsang, ███

AREA OF NEED: Fine Motor

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Pincer Grasp | ███ will use a refined pincer grasp when picking up 20 pinto beans, individually, off a table, 4 out of 5 opportunities. | Met | |
| Prewriting | ███ will imitate vertical and horizontal strokes, 4 out of 5 opportunities. | Progressing Towards | 30 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ███ is able to pick up objects with his fingers. He is able to make circular scribbles on paper and is beginning to visually attend more to his paper during art projects. ███ has demonstrated interest in using loop scissors and is able to snip one time before letting go of the scissors. | ███ needs to improve on his scissor use, ███ continues to need to work on his prewriting strokes. |

Goal(s) Needed?  Yes

Goal # 1          Goal Name: F/M Prewriting

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* ███ is able to imitate a vertical line with about 40% accuracy. He is able to imitate a horizontal line with about 20% accuracy. He is able to make circular scribbles, but is not yet able to make a circle.

**ANNUAL GOAL:** ███ will be able to trace a vertical line, horizontal line, and circle on the line with verbal prompts, 4 out of 5 trials over charted opportunities.

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | ███ will be able to trace a vertical line and horizontal line, with 1 physical prompt, 3 out of 5 trials over charted opportunities. | 06/25/2010 |
| B | ███ will be able to trace a vertical line, horizontal line, and circle on the line with 1 physical prompt, 4 out of 5 trials over charted opportunities. | 11/30/2010 |

Begin Date: 02/09/2010          End Date: 02/08/2011

Content Standard:

Evaluation Method(s):
- ☑ Observation (documentation)
- ☐ Pre-Post testing
- ☑ Work Samples
- ☐ Curriculum-Based Assessment
- ☐ Criterion Ref. Test(s)
- ☐ Data Collection
- ☐ Other

Person(s) Responsible:
- ☐ Student
- ☑ Special Education Teacher
- ☑ Speech/Language Pathologist
- ☑ Occupational Therapist
- ☑ Adapted PE Teacher
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Regional Center
- ☐ Department of Rehab
- ☐ Parent
- ☐ Mental Health Provider
- ☐ Other

Current

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE'17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

P53

348

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, [redacted]

Page: 21 of 34

AREA OF NEED: Fine Motor

Goal # 2   Goal Name: F/M-Scissors

Begin Date: 02/09/2010   End Date: 02/08/2011

Baseline Performance: *Quantitative data from assessment, observation, work samples and/or progress on prior goals*
[redacted] able to hold loop scissors on his own and with guidance to hold the paper, and is able to snip one time.

Content Standard:

ANNUAL GOAL:
[redacted] be able to use loop scissors to make 5 continuous cuts across paper independently, 4 out of 5 trials across 3 educational sessions.

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☑Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | will be able to use loop scissors to make 3 snips on paper after initial set-up, 4 out of 5 trials across 3 educational sessions | 06/25/2010 |
| B | will be able to use loop scissors to make 3 continuous cuts across paper after initial set-up, 4 out of 5 trials across 3 educational sessions. | 11/30/2010 |

Person(s) Responsible:
☐Student
☐Special Education Teacher
☑Speech/Language Pathologist
☐Adapted PE Teacher
☑Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward annual goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10*

SE 12 (8-05)   Current

P54

**AR 0616**

349

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          617 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 22 of 34

Student: Fulsang,

AREA OF NEED: Sensory Processing

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|------|-------------|----------|------------|
| Arousal | ☐ will increase the number of signs of increased arousal (smile, eye contact, vocalizes, plays with peers, refrain from putting his head on the table) when provided with gross motor activities (such as movement on a therapy ball) in 4 out of 5 opportunities. | Met | |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|-----------|-------|
| ☐ has demonstrated a much better arousal level and is more aware of his surroundings. He is now able to jump on a trampoline with two feet demonstrating improved ideation and better bilateral coordination skills. He is demonstrating improved ideation and motor planning to initiate a variety of activities in the clinic and participate appropriately, including swings, trapeze, scooterboard, and obstacle course. He has also demonstrated much improved postural control on a variety of swings. | ☐ continues to need to work on his visual attention and higher level motor planning skills. |

Goal(s) Needed?    Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)                                                                                    Current

P55

**AR 0617**

350

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page    23    of    34

Student: Fulsang, ▮

AREA OF NEED: Sensory Processing

Goal # 1    Goal Name:   S/P Motor Planning    Begin Date: 02/09/2010    End Date: 02/08/2011

Baseline Performance: *Qualitative data from assessment, observation, work samples and/or progress on prior goals*    Content Standard:
▮ does not consistently imitate simple motor actions. He is just beginning to imitate rolling
playdough. He has a difficult time imitating actions that relate to his own body, such as clapping
hands, or touching his head.

ANNUAL GOAL:
In order to demonstrate improved motor planning skills for classroom activities, ▮ will be able to
imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping
feet, clapping hands), given one demonstration and verbal prompting with 80% accuracy over
charted opportunities.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language
    Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | In order to demonstrate improved motor planning skills for classroom activities, ▮ will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration and 3 physical prompts with 50% accuracy over charted opportunities. | 06/25/2010 |
| B | In order to demonstrate improved motor planning skills for classroom activities, ▮ will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration 1 physical prompt with 65% accuracy over charted opportunities. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special
Education Goals (SE 17), at least as often as parent are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

P56

AR 0618

351

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 24 of 34

Student: Fulsang,

AREA OF NEED: Sensory Processing

Goal # 2    Goal Name: S/P Visual Attention

Begin Date: 02/09/2010    End Date: 02/08/2011

Baseline Performance:*Quantitative data from assessment, observation, work samples and/or progress on prior goals* does not always look when throwing at a target; and he does not always throw his beanbag at the right time while swinging on a swing. Ejner's accuracy ranges from 30% to 50% accuracy when throwing at a target.

Content Standard:

ANNUAL GOAL:
In order to demonstrate improved visual attention and motor planning, ███ will be able to throw a beanbag into a target while swinging on a swing independently with 80% accuracy over charted opportunities.

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post Testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

Person(s) Responsible:
☐Student
☐Special Education Teacher
☐Speech/Language Pathologist
☐Adapted PE Teacher
☑Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | In order to demonstrate improved visual attention and motor planning, ███ will be able to throw a beanbag into a target while swinging on a swing with verbal prompts as needed to attend to the target with 60% accuracy over charted opportunities. | 06/25/2010 |
| B | In order to demonstrate improved visual attention and motor planning, ███ will be able to throw a beanbag into a target while swinging on a swing with two verbal prompts after initial instruction, 70% accuracy over charted opportunities. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupils progress toward annual goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. EC. 56345.10

SE 12 (8-05)

P57

Current

AR 0619

352

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS.

Page 25 of 34

Student: Fulisang,

**A. Federal Setting**

Federal Setting School:

Federal Setting Preschool: Separate Class

**B. Assessment Information**

The following ☐ tests ☐ evaluations ☐ records ☐ reports were used to determine the students eligibility and/or Special Education services:
Carolina Curriculum for Infants and Toddlers with Special Needs (Third Edition)
Review Records
DROP

**C. Support for Transition**

ITP not required for this student.
Grade Level Change N/A
School Type: N/A     Program Type: N/A

Description of supports for transition:

**D. Participation in General Education**

☑ Lunch, Recess, Passing ☑ School Day Activities
Periods
☐ Other

To what extent is the student not in the general education setting? In your discussion, include such things as: class activities, school activities, issues related to possible "harmful effects" of placement:
General education limits ███ ability to participate, and he requires additional support and smaller class size.

Explain why services that the student is to receive can not be provided in the general education setting.
███ deficits and idealized unique educational needs require intensive specialized instruction that be fully addressed through participation in general education. Due to these deficits, cannot fully benefit from a general education setting.

**E. English Language Learner Information:** ☑ No ☐ Yes

62     % of time outside the regular education classroom for special education services

**F. Options**

| | Considered | Recommended |
|---|---|---|
| General Education | ☑ | ☐ |
| Designated Instruction and Services | ☑ | ☑ |
| Resource Services (consult/collaborative) | ☐ | ☑ |
| Resource Specialist Program | ☐ | ☑ |
| Special Day Class | ☐ | ☑ |
| Referral for County Program Consideration | ☐ | ☐ |
| Non-Public School | ☐ | ☐ |
| State Special School Referral | ☐ | ☐ |
| Home/Hospital | ☐ | ☐ |
| Instruction in non-classroom setting | ☐ | ☐ |
| Alternative Education | ☐ | ☐ |
| Other | ☐ | ☐ |

Current

SE 13 (8-03)

P58

AR 0620

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     621 of 1332

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS

Page 26 of 34

Student: Fulsang, ▮▮▮▮

G. Discussion of LRE and Placement

| Program/Service *Indicates Primary Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction; Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 15) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 2 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 45 min = 0.75 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |

(Services provided per school schedule and calendar; Non-student days are excluded.)

| Service | Notes: |
|---|---|
| SDC public integrated | 2/09/2010-2/09/2011: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar with mainstreaming occuring 2 days a week (Tuesdays and Thursdays) for 3.75 hours each day (9-1245pm). |
| Language and speech | 2/9/10-2/9/11: Group speech therapy 2 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar. Group size not to exceed 3 children including ▮▮▮▮. |
| Occupational therapy | 2/9/10 – 2/9/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. |
| Occupational therapy | 2/9/10 – 2/9/11: Individual Occupational Therapy 1 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar. |

Program setting for infant service (for ages 0-2 only): _____

Current

SE 13 (8-03)

P59

ADMINISTRATIVE RECORD FOR MATTER 2012050785    02/25/2014    622 of 1332

Page 27 of 34

**Newport-Mesa Unified School District**
Individualized Education Program
ACCOMMODATIONS, SUPPORTS AND SERVICES

Student: Fuisang,

**A. Participation in Statewide and District Assessment Programs:**

Participation in Statewide assessment programs:

CAHSEE:    Not to participate at all in any statewide
           assessment program

STAR English Language Arts:    Not to participate at all in any statewide
                               assessment program

STAR Math:    Not to participate at all in any statewide
              assessment program

STAR History:    Not to participate at all in any statewide
                 assessment program

STAR Science:    Not to participate at all in any statewide
                 assessment program

STAR Writing:    Not to participate at all in any statewide
                 assessment program

Tests identified accommodations/modifications are necessary for enabling the student to demonstrate knowledge, ability, skills, or mastery, and should be consistent with those identified in the instructional setting to give the student access to the curriculum.

Specific variations, accommodations and modifications to be used in testing:

| Type of Variation, Accommodation or Modification | CAHSEE | English Lang Arts | Math | Science | History | Writing | CELDT | District Testing | Classroom Tests |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

☐ Student will take the Standards-based Tests in Spanish (STS) using CST variations/accommodations/modifications listed above.

Note: Students participation in the California Physical Fitness Tests will receive the Variations, Accommodations, or Modifications listed above, if they directly apply to the testing situation. (Refer to the Testing Variations, Accommodations, and Modifications chart published by the California Department of Education.)

☐ Desired Results Developmental Profile to be used (Ages 3-5)    Test Type: _____

Adaptations allowed:

**B. Program modifications, supplementary aids, and accommodations** (including effect on grading) for the student to progress in general education and/or activities:

ABA, Seahorse classroom
Care plan for nutrition by school nurse

**C. Supports / modifications provided to school personnel to enable student to advance toward attaining annual goals, progress in general education and/or activities, and to be educated and participate with other children with and without disabilities (i.e. trainings, materials):**

Considered but not needed

SE 13 (8-03)

Current

P60

AR 0622

355

Page 28 of 34

**Newport-Mesa Unified School District**
**Individualized Education Program**
**ACCOMMODATIONS, SUPPORTS AND SERVICES**

Student: Fuisang,
D. Physical Education:
General Ed

E. Low Incidence Disability: ☑ No ☐ Yes, see Notes Page

F. Consideration of Assistive Devices and Services:
Does the student require assistive devices and/or services to make progress toward IEP goals at this time? ☑ No ☐ Yes, the following is/are recommended:

Devices, services and curricular interventions currently available at the school site can meet the student's needs at this time: ☐ Yes ☐ No, see Notes page.

G. Promotion/Retention (Grades 2 - 9):
Not Applicable (outside of grade range)

Current Performance (Grades 2 - 9):
Student is meeting the standards identified above: ☐ Yes ☐ No, see Notes page.

H. High School Completion Plan (must be 16 years old or younger if appropriate)
☑ Not Applicable
- Notice: Algebra I or the equivalent is required to earn a regular high school diploma.
- Notice: Effective with the graduating class of 2006, in addition to completing the desired course of study, all students in California must pass the California High School Exit Exam (CAHSEE) to earn a regular high school diploma.

1. The requirements for high school graduation have been explained to me:
☐ Student initials (if appropriate) _____ Date: _____
☐ Parent Initials _____ Date: _____

2. At this time, student is working toward earning:
☐ Certificate: will have completed course of study or reached maximum age
☐ Diploma: will have met all general education graduation requirements

REQUIREMENTS FOR GRADUATION WITH A DIPLOMA
1. Credits: Total required: _____ Currently has earned: _____

2. California High School Exit Exam (CAHSEE)

| Area: | Pass OR Waiver | | Date |
|---|---|---|---|
| Math | ☐ Pass | ☐ Waiver | |
| English/Language Arts | ☐ Pass | ☐ Waiver | |

3. Anticipated date of high school completion: _____

SE 13 (8-03)

P61

Current:

AR 0623

356

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          624 of 1332



Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Page 29 of 34

Student: Fulsang,

**MEETING SUMMARY**

**TAPE RECORDING (SE 9):**
Meeting Tape Recorded?   ☐Yes  ☑No

**MEETING DURATION (SE 9):**
Scheduled:Tuesday February 3, 2009
Start: 2:30PM
End: 3:30PM

**INTRODUCTIONS (SE 9):**
Introductions were made at the beginning of the meeting. The following team members were present: Donna Manes, special education teacher; Heather Manes, general education teacher;
Melissa Wiley, speech therapist; Maureen Cabral, special education coordinator/principal.

**REVIEW OF PARENTAL PROCEDURAL SAFEGUARDS (SE 9) has Parental Acknowledgment)**
☑Parent waived reading and/or review of Parental Procedural Safeguards
Presented previously and reviewed

**PURPOSE OF THE MEETING (SE 8, SE 9):**
Conduct Annual IEP meeting

**STUDENT AND PARENT/GUARDIAN INFORMATION VERIFICATION (SE 9):**
Birth certificate and proof of residency on file with the district

**PROGRESS ON PRIOR GOALS (SE 10):**
Progress on prior goals were reviewed.

**EVALUATION RESULTS - Summary of Outcomes from:**
SE 7 Assessment Plan
SE 32 Multidisciplinary Team Assessment Report
SE 33 Assessment Documentation - Specialist
SE 34 Assessment Documentation - Teacher
SE 35 Documentation of Learning Disability Discrepancy using Non-standardized Assessment Data

Multidisciplinary Team Assessment Report

**PRESENT LEVELS OF PERFORMANCE (SE 11):**
Reviewed by specialist.

**ELIGIBILITY SUMMARY (for Initials and Triennials (SE 19 - 22):**
meets eligibility for Autistic-like behaviors under the California Education Code.

SE 13 (6-03)

Current

P62

# Newport-Mesa Unified School District
## Individualized Education Program
### MEETING NOTES

Page 30 of 34

Current

**Student:** Fulsang,

**GOALS AND OBJECTIVES (SE 12):**
Goals/benchmarks were presented and incorporated into this document for all areas for suspected disability

**PROGRAM CONSIDERATIONS - Consideration of General Ed Participation, Placement, Services, Transition, LRE and ELL (SE 18):**
Classroom:
2/09/10 - 2/09/11: Participation in ABA (Sp-shrops) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar. Mainstreaming occurs every Tuesday and Thursday with neighborhood friends from 9am-12:45pm (3 hrs, 45 minutes); and daily for 30 minutes during gross motor/outdoor play.

Speech Services:
2/09/10 - 2/09/11: Group speech therapy 2 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar.

Occupational Therapy:
2/9/10 - 2/9/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. Individual occupational therapy 1 x 30 minutes per week at Harper Preschool, as per the traditional school year calendar.

ESY:
6/23/10-7/27/10 ABA SDC class for 5 days a week/4 hours daily.

6/23/10-7/27/10 DIS Speech to occur one time per week, 30 min. group sessions.

6/23/10-7/27/10 OT to occur one time per week, 30 min. group sessions.

7/22/10- 8/12/10 ABA SDC class for 2 days a week/4 hours daily.

**ACCOMMODATIONS, SUPPORTS AND SERVICES (SE 14):**
Section F, CONSIDERATION OF ASSISTIVE DEVICES AND SERVICES

**SPECIAL TRANSPORTATION (SE 9):**
Rationale:
qualifies for curb to curb transportation due to age and disability

**EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES RECOMMENDED AND OFFERED (SE 9):**
Rationale:
qualifies for Extended School Year (ESY) as maintenance for Summer 2010.

| Program/Service *indicates Primary Service | Projected Start | End | Anticipated Location (Site) | Setting | Mode | Frequency | | Minutes Per Session |
|---|---|---|---|---|---|---|---|---|
| SDC public Integrated | * 06/30/2009 | 07/28/2009 | Public | Special Ed | Group; Direct | 5 | per week | 240 min = 4.00 hrs |
| Specialized academic Instruction | 07/29/2009 | 08/12/2009 | Public | Special Ed | Direct | 2 | per week | 240 min = 4.00 hrs |
| Language and speech | 06/29/2010 | 07/27/2010 | Public | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs |
| Occupational therapy | 06/29/2010 | 07/27/2010 | Public | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs |

NOTICE: An IEP Addendum meeting will be held in the event that a change to the above-described Program/Services is necessary.

SE 15 (8-03)

P63

AR 0625

358

Case: 15-56452, 07/05/2016, ID: 10039501, DktEntry: 21-1, Page 83 of 278



Page 31 of 34

Current

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Student: Fuisang,

NEXT IEP MEETING (SE 9):
Next Annual IEP to be held on or before 2/09/2011.

SE 15 (8-03)

P64

# Newport-Mesa Unified School District
## Individualized Education Program
### MEETING NOTES

Page __32__ of __34__

Student: Fulsang,  ▮▮▮

**ADDITIONAL NOTES:**

An annual IEP was held today for ▮▮▮ Fulsang, Donna Manea, special ed preschool teacher, reviewed ▮▮▮ progress on current goals. ▮▮▮ has met 1 out of 2 readiness goals, and Ms. Manea noted that ▮▮▮ has been matching options more completely and using signs more precisely. She reported that he has met 1 out of his social goals. Ms. Manea said that ▮▮▮ not yet looking at the communication partner even though he is handing picture cards or materials. Mrs. Fulsang described that if she has food for him he will make eye contact to request. Mr. Fulsang said that ▮▮▮ loves food (e.g. crunching) he will look but not to voices or other sounds. Linda Natzmer, school nurse, reviewed ▮▮▮ past audiological test results and parents concerns. She suggested that ▮▮▮ may be more responsive to audiological testing at this time and that family might consider an new referral for a hearing test. ▮▮▮ did not meet his 2 ▮▮▮ behavior goals and help goals.

Melissa Wiley, SLP, reported on ▮▮▮ progress on his Speech and Language goals. He has met 3 out of 5 speech goals, including using PECS to request items, following routine one-step directions, and using simple gestures. Ms. Wiley reported that ▮▮▮ is beginning to point to 8/10 items named. She said that ▮▮▮ is consistently using a sign to request more at school. Mrs. Fulsang said ▮▮▮ is beginning to sign all done at home. She also said that he is beginning to make new sounds at home which appear to be his attempt to sing songs and say Mom. Ms. Manea stated that ▮▮▮ appears to be very interested in music and singing in the classroom.

Jennie Ni, OT, reported that ▮▮▮ met 1 out of 2 fine motor goals and he met his sensory processing goal. He is able to use a pincer grasp and can imitate a vertical stroke, but not yet a horizontal stroke. Ms. Ni reported that ▮▮▮ has met his sensory goal of arousal and said that he is responding sooner and more consistently to input in the environment and does not require extra movement to stay alert and participate.

The following unique educational needs were identified and reviewed with Mr. and Mrs. Fulsang:

*Readiness
 -Sorting by Size
 -Puzzles
       *Self-Help
 -Toileting Routine
 -Hand Washing Routine

*Behavior
 -Calming Strategy
 -Safty Awareness
 -Respond to Name

*Social/Emotional
 -Visual Regard
 -Peer Interaction

*Receptive Language
 -Vocabulary
*Expressive Language
 -EPicture
 -EPhrases
 -Pragmatic Language
 -Rate of Communication
*Fine Motor
 -Scissors
 -Prewriting

*Sensory Processing
 -Visual Attention
 -Motor Planning

Ms. Manea reviewed the proposed goals for the IEP. For Readiness, his goals include sorting objects by size and completing 3 piece puzzles. For Self Care, ▮▮▮ will be working toward participating in the hand washing routine as well as toileting routine. In Behavior, Ms. Manea described the goals for use of a calming strategy, safety awareness and response to name. Under Social/Emotional, ▮▮▮ goals include increasing his visual regard during communication acts and handling objects to peers. Ms. Wiley presented the new goals for Speech and Language, including receptive vocabulary, use of picture symbols, combining 2 symbols on a sentence strip, and increasing his rate of initiating communication. Ms. Ni described ▮▮▮ proposed fine

Current

SE 15 (8-03)

P65

Case: 15-56452, 07/05/2016, ID: 10039501, DktEntry: 21-1, Page 85 of 278

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Student: Fulsang,

Ms. Manea reviewed the proposed goals for this IEP. For Readiness, his goals include sorting objects by size and completing 3 piece puzzles. For Self Care, Ejner will be working toward participating in the hand washing routine as well as toileting routine. In Behavior, Ms. Manea described the goals for use of a calming strategy, safety awareness, and response to name. Under Social/Emotional, Ejners goals include increasing his visual regard during communication acts and handling objects to peers. Ms. Wiley presented the new goals for Speech and Language, including receptive vocabulary, use of picture symbols, combining 2 symbols on a sentence strip, and increasing his rate of initiating communication. Ms. Hi described ▇ proposed fine motor and sensory processing goals, including tracing lines, using scissors, motor planning and visual attention.

The IEP team recommends the following Free Appropriate Public Education (FAPE) offer:

Classroom:
2/09/10 - 2/09/11: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar.
Mainstreaming occurs every Tuesday and Thursday with neighborhood friends from 9am-12:45pm (3 hrs. 45 minutes); and daily for 30 minutes during gross motor/outdoor play.

Speech Services:
2/09/10 - 2/09/11: Small group speech therapy 2 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar.

Occupational Therapy:
2/9/10 - 2/9/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. Individual occupational therapy 1 x 30 minutes per week at Harper Preschool, as per the traditional school year calendar.

ESY:
6/29/10-7/27/10 ABA SDC class for 5 days a week/4 hours daily.

6/29/10-7/27/10 DIS Speech to occur one time per week, 30 min. group sessions.

6/29/10-7/27/10 OT to occur one time per week, 30 min. group sessions.

7/22/10 - 8/12/10 ABA SDC class for 2 days a week/4 hours daily.

The DRDP assessment is given twice a year, in October and March, and it is given to 3, 4, and 5 year old preschool children.

There are two formats:

1. DRDP-R (Revised), for preschool to Kindergarten
2. DRDP access, birth to Kindergarten

Which ever test is given in the fall, must be administered in the spring.  We are to select the developmentally appropriate test.

Test selection: DRDP-A

Participation in the DRDP assessment allows California to comply with the federal law, allow educators to better monitor programs by tracking education and training programs for staff, to assist teachers in providing parents with additional information regarding their child's growth and development.

▇ qualifies for curb to curb transportation due to age and disability.

| FOLLOW-UP ACTIVITY | PERSON RESPONSIBLE | DATE DUE |
|---|---|---|
| | | |

SE 15 (8-03)

P66

Current

AR 0628

361

ADMINISTRATIVE RECORD FOR MATTER 2012050785    02/25/2014    629 of 1332

# Newport-Mesa Unified School District
## Individualized Education Program
### PARTICIPANTS AND CONSENT

Page 34 of 34

Draft

**Student: Fulsang,**

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Educational Program:

*Indicates participant is not required if student is attending Adult Transition program.

| | Signature | | Signature |
|---|---|---|---|
| Fulsang, Anelda | | Cottrell, Maureen | |
| Mother | Signature | Administrator | Signature |
| Ni, Jennie | | Manea, Doug | |
| Occupational Therapist | Signature | Special Ed Teacher | Case Carrier |
| Wiley, Melissa | | | Signature |
| Speech Pathologist | Signature | | |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION** *Please initial each applicable statement below:*

☐ I have been advised of and given a copy of the special Education Procedural Safeguards.    ☑ I CONSENT to this Individualized Education Program.

☐ I had an opportunity to participate in and help develop the IEP.    ☐ I CONSENT to this Individualized Education Program EXCEPT for the following:

☐ I request a copy of this Individualized Education Program to be provided in my primary language.

☐ I have received a copy of the IEP and assessments (if any).    ☐ I DO NOT CONSENT to this Individualized Education Program.

Did this school district facilitate parent involvement as a means of improving services and results for your child?:

☑ Yes    ☐ No    ☐ No Response

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language; if my language is not written, this information will be translated orally or manually.

Parent/Guardian: _____ Date: _____

Parent/Guardian: _____ Date: 4/10/10

**C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS**

☐ Parent/Guardian signed to waive advanced written notice

☐ IEP Meeting Notice sent on: _____ Follow-up notice: _____ Final Notice Letter: _____

☐ Parent/Guardian unable to attend and was sent a copy of IEP, Parent Rights and Procedural Safeguards. Date: _____

SE 15 (8-03)

P67

**AR 0629**

362



EXHIBIT
5-7
6/15/13
PSEUSD 000-631-000

Draft

Page 1 of 34

**Newport-Mesa Unified School District**
**Individualized Education Program**
**Addendum to Individualized Education Program**
Dated: 02/09/2010

Student: Fulsang
School of Attendance: Harper Preschool
District of Attendance: Newport-Mesa Unified School District    Grade: Pre

Date of Meeting: 06/21/2010    Meeting Notification Sent: 06/21/2010
Additional Purpose:    Meeting Tape Recorded: No

Summary of Additions, Deletions, Changes (if any) made to the original pages of the IEP. The amended IEP follows.

| IEP Page | Section or Location | Action | Summary of Change | Change Date |
|---|---|---|---|---|
| Program Considerations Page | Program/Services | Change | 2010-2011 School Year | 06/21/2010 |

Additional notes:
Fulsang's program and services will not be provided at Harper Preschool next year. The program and services will be provided at Mariner's Elementary effective 9/07/10 and continue through the annual review. Parents gave permission to waive a full team IEP meeting, including having a general ed teacher present. They agreed to having this Addendum presented to them for their review.

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. EC. 56345.10

SE 9-Addendum (8-03)

P76

AR 0632

363

Newport-Mesa Unified School District
Individualized Education Program
COVER PAGE

Page 2 of 34

Draft

**Student Information**

Student: Fulsang,

Name: First: J.   Middle:   Last: Fulsang

Social Security #:   Student ID #: 145783   DOB: 02/14/2006   Age: 4   Gender: Male

Address: 5016 River Av   Apt. #   Grade: Pre   City/State/Zip: Newport Beach, CA 92663

District of Residence: Newport-Mesa Unified School District   Local School (based on residence): Newport Elementary

District of Attendance: Newport-Mesa Unified School District   School of Attendance: Harper Preschool

**Parent/Guardian Information**

Eric Fulsang
Name of Parent/Surrogate/Guardian
Address: 5016 River Av, Newport Beach, CA, 92663   Telephone 949-838-4139 (home) (work) (cell)

Angela Fulsang
Name of Parent/Surrogate/Guardian
Address: 5016 River Av, Newport Beach, CA, 92663   Telephone 949-838-4139 (home) (work) (cell)

Registration materials: English   Home Language: English

Student's Primary Language: English   Determined by: _____

**A. Initial Entry into Special Ed.:** 02/12/2009
(This date will not change and reflects FIRST date in district where initial placement was made)

**B. Timeline Information (Dates)**
Date of This Meeting: 02/09/2010
Next Meeting Date: 02/09/2011
(30/60 Meeting/Notes page for details)
Next Annual Review: 02/09/2011
Date of Last Evaluation: 02/12/2009
(Date of last IEP team met to consider eligibility)
Next 3 yr. Review Due: 02/12/2012

**C. Purpose of Meeting**
Primary: Annual Review
Secondary:

Meeting Tape Recorded? ☐ Yes ☑ No

**D. Eligible**
Primary Disability: AUT–Autistic Like

**E. Educational Rights Held by:** Parent

**F. Assessment** (Accommodations page, section C)
☐ Participation in Statewide assessment program:
CA=SEE: Not to participate at all in any statewide assessment
STAR: See Accommodations Supports and Services

Eligible for mental health services: ☐ Yes ☑ No
Mental health services language included: ☐ Yes ☑ No

**G. English Language Learner:** English Language Level:

**H. Interpreter / Translation Request**
Interpreter Requested? ☐ Yes ☑ No
Translation of IEP Requested? ☐ Yes ☑ No

I. Residence: Parent or legal guardian
J. Ethnicity: White
K. Preschool Setting: Early childhood special education
L. Agency Services:

☐ Yes ☑ No

**M. Program and Services Recommended and Offered**
* indicates Primary Service

☑ Offer declined. See section *SE 16 – PARTICIPANTS and CONSENT* for details.

| Program/Service | Projected Start | End | Location (Site) | Setting | Mode (Instruction, Delivery) | Frequency | | Minutes Per Session | See Notes (SE 16) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group, Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group, Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual, Direct | 2 | per week | 20 min = 0.33 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group, Direct | 1 | per week | 45 min = 0.75 hrs | Yes |
| Language and speech | 05/21/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual, Direct | 2 | per week | 15 min = 0.25 hrs | Yes |
| SDC public integrated | 09/07/2010 | 02/09/2011 | Public Preschool | Special Ed | Group, Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | 09/07/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual, Direct | 2 | per week | 15 min = 0.25 hrs | Yes |
| Language and speech | 09/07/2010 | 02/09/2011 | Public Preschool | Special Ed | Group, Direct | 1 | per week | 30 min = 0.50 hrs | Yes |

ITP not required for this student.

Special Transportation? ☑ Yes, specify: Curb to Curb (Round Trip) ☐ No   See Notes Page

Extended School Year /ESY?: ☑ Yes: On the Notes Page (SE 15) identify details of the ESY Offer, or Reason why ESY is not offered. ☐ No

SE 9 (3-03)

P77

AR 0633

364

Newport-Mesa Unified School District
Individualized Education Program
INFORMATION CONSIDERED

Page 3 of 34

Student: Fuisang

Present performance includes results of the most recent assessments:
☐ State   ☐ District-wide   ☑ Classroom   ☑ Alternate Assessments   ☐ IEE

Describe how student's identified disability affects involvement & progress in general curriculum. Or, for preschooler, how the disability affects the child's participation in appropriate activities:
▓▓ has deficits and tests, in having identified unique educational needs, and he cannot fully benefit from a general education setting.

Special factors related to low incidence disabilities were considered: ☑ N/A   ☐ Yes

Documentation of General Education Interventions
Initial Placement:   ☑ No   ☐ Yes   If yes is checked, this section must be addressed.
*The following general education resources were utilized or considered prior to placement in Special Education*

Referred By: _____ Parent   Referral Date: 09/02/2008

Date Parent Consent Received: 12/08/2008

Evaluation Delay Reason: Official school break of more than five days.

Evaluation Delay Other Reason: _____

Third Birthday Delay Reason: _____

Third Birthday Delay Other Reason: _____

Infant Referred By: _____   Infant Referral Date: _____

Infant Date Parent Consent Received: _____

Infant Initial Evaluation Date: _____

☐ Early Intervention

Health/Medical:
See SE 33 Form for Health Summary.

Vision:   R: UT?; L: UT?; Both: 20/40, per   Date of Testing: 01/16/2009
McDowell Vision Screening Kit.

Hearing:   R: pass | L: pass, per The Hear Kit.   Date of Testing: 01/16/2009

Parent concerns and priorities for the education of the student:
Mr. and Mrs. Fuisang had concerns of ▓▓ tantrums developing into aggression. ▓▓ has begun to
leg on the floor and kick the adult near him when he tantrums. They felt that it may be due to a lack of
communication skills.

Input from General Education Teacher:
A general education teacher was present to address any parent questions or concerns.

SE 11 (8-06)

P78

Draft

AR 0634

365

Page 4 of 34

Draft

Newport-Mesa Unified School District
Individualized Education Program
INFORMATION CONSIDERED

Student: Fulsang,

Student Learning Strengths/Preferences:
☐ is able to hold onto an object while transition throughout the classroom environment. He will look at his communication partner 40% of the time, when his name is called. He is more aware of his surroundings and the people around him. He enjoys the magna doodle, the View finder, ball popper, cars and plastic tubes ☐ is beginning to manipulate objects and toys throughout his educational day.

Behavior:
Currently, student's behavior impedes learning of self or others and behavior
interventions are needed:   ☐ No   ☑ Yes
☑ Regular district discipline procedures apply    ☐ Behavioral contract
☐ Behavior Support Plan    ☐ Hughes Plan

SE 11 (8-05)

P79

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 5 of 34

Student: Fulsar

**AREA OF NEED: Readiness**

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| R- Matching | will match 6, 2-dimensional common object pictures to the corresponding 2-dimensional picture from a field of 4, with 80% accuracy across 3 data collection sessions. | Met | 48 |
| R- Motor Imitation | will imitate 3 familiar non-verbal actions without prompts, in 4/5 opportunities across 3 data collection sessions. | Progressing Towards | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

**Strengths**
has increased his attention during large and small group activities. He to scan across objects on a table to match the corresponding object or picture. He is able to match primary colors. He is beginning to ask for help by taking the adult's hand when something is too difficult for him.

**Needs**
imitates 2 non verbal actions (eat & more). He is unable to distinguish the difference in sizes when presented with small and big items, has a difficult time putting together a puzzle with 3 interconnected pieces.

**Goal(s) Needed?  Yes**

**Goal #  1     Goal Name:  Puzzle**

Begin Date: 02/09/2010     End Date: 02/08/2011

**Content Standard:**

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
is able to complete a board puzzle up to 6 pieces. He is able to manipulate the pieces to make them fit into the correct shape. He has a difficult time connecting interconnected puzzle pieces together. is currently connecting two pieces together with positioning and gesture prompts.

**ANNUAL GOAL:**
will demonstrate understanding of completing 5, three piece interconnected puzzles in 80% of opportunities across 3 days of data collection.

**Evaluation Method(s):**
- ☑ Observation (documentation)
- ☐ Pre-/Post testing
- ☐ Work Samples
- ☐ Curriculum-Based Assessment
- ☐ Criterion Ref. Test(s)
- ☐ Data Collection
- ☐ Other

**Person(s) Responsible:**
- ☐ Student
- ☑ Special Education Teacher
- ☐ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Regional Center
- ☐ Department of Rehab
- ☐ Parent
- ☐ Mental Health Provider
- ☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | will demonstrate understanding of completing 1, three piece interconnected puzzle in 80% of opportunities across 3 days of data collection. | 06/25/2010 |
| B | demonstrate understanding of completing 3, three piece interconnected puzzles in 80% of opportunities across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE"7"), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.50*

SE 12 (8-06)

Draft

P80

AR 0636

367

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     637 of 1332

Page ___6___ of ___34___

Draft

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student Fulsang

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

P81



AR 0637

368

Page 7 of 34

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Self Help/Domestic

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/H- Toileting Routi | will participate in a toileting routine in his educational setting (go to the restroom calmly, pull down pants, sit on/stand at the toilet, pull pants up) in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 44 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| is able to complete 2 out of the 4 toileting routine actions (go to the bathroom calmly, stand by toilet). He is also able to begin his hand washing routine, will get the soap, stand on stool and begin to wet his hands. | needs physical prompting in order to complete the bathroom routine. He has a difficult time pulling his pants down and back up after he urinates. He also requires physical and gesture prompting to complete the hand washing routine. |

Goal(s) Needed?   Yes

Goal # 1     Goal Name: Hand Washing Routine     Begin Date: 02/09/2010     End Date: 02/08/2011

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*     Content Standard:
walk over to the sink and wait for someone to point to the soap to get him started. He needs gesture prompting on the entire hand washing routine.

**ANNUAL GOAL:**
will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 4/5 opportunities across 3 days of data collection.

Evaluation Method(s):
- ☑ Observation (documentation)
- ☐ Pre-Post testing
- ☐ Work Samples
- ☐ Curriculum-Based Assessment
- ☐ Criterion Ref. Test(s)
- ☐ Data Collection
- ☐ Other

Person(s) Responsible:
- ☐ Student
- ☑ Special Education Teacher
- ☐ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Regional Center
- ☐ Department of Rehab
- ☐ Parent
- ☐ Mental Health Provider
- ☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| | | - - - |
| B | will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

[Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10]

SE 12 (8-06)     Draft

P82

AR 0638

369

ADMINISTRATIVE RECORD FOR MATTER 2012050785      02/25/2014      639 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 8 of 34

Student: Fulsang,

AREA OF NEED: Self Help/Domestic

Goal # 2      Goal Name: Toileting Routine      Begin Date: 02/09/2010      End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals) _____ is beginning to understand his bathroom routine. He will walk into the bathroom and stand by the urinal. He needs physical prompting to pull his pants up and down. He is at 44% accuracy of completing his bathroom routine.

Content Standard:

ANNUAL GOAL:

_____ will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 4/5 opportunities across 3 data collection sessions.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-/Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criteria Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☐ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab:
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | _____ will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 2/5 opportunities across 3 data collection sessions. | 06/25/2010 |
| B | _____ will participate in a toileting routine in this educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 3/5 opportunities across 3 data collection sessions. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-05)

Draft

P83

Page   9   of   34

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Behavior

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| B- Response to Name | respond when his name is called by pausing his activity and looking to the speaker in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 48 |
| B- Safety Awareness | orient toward the speakers face when commanded stop, no, or other relevant instruction, without adult prompting, across 5 data collection sessions. | Progressing Towards | 65 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| When an adult is positioned in front of him and his name is called, ▮ will look in the direction of the speaker's face 90% of the time. He will also ▮ orient the direction of any loud noise including music or his peers. | ▮ has recently (within the past 3 months) began to cry, kick and push anyone ▮ him during a tantrum. He begins to cry during his educational day with no apparent antecedent. He exhibits a loud cry for up to 10 minutes at a time. During his tantrum his is non compliant and aggressive. |

Goal(s) Needed?   Yes

Goal # 1     Goal Name: Calming Strategy

Baseline Performance:(*Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
▮ will calm down when an adult takes him for a walk outside of the classroom. He is unable to calm him self down when an adult asks him to do so.

**ANNUAL GOAL:**
▮ will use a calming strategy (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 80% of the time across 3 days of data collection.

Begin Date: 02/09/2010     End Date: 02/08/2011

Content Standard:

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | ▮ use a calming strategy, (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 60% of the time across 3 days of data collection. | 06/25/2010 |
| B | ▮ will use a calming strategy (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 70% of the time across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Draft

P84

AR 0640

371

**Newport-Mesa Unified School District**
**Individualized Education Program**
**NEEDS/GOALS**

Page 10 of 34

Student: Fulsang,

AREA OF NEED: Behavior

Goal # 2     Goal Name: Safty Awareness

Begin Date: 02/09/2010     End Date: 02/08/2011

Content Standard:

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
will look in the direction of the speaker 65% of the time when he is asked to stop or when someone says he no with gesture prompts.

ANNUAL GOAL:
will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 80% of the time across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post Testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 60% of the time across 3 days of data collection. | 06/25/2010 |
| B | will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 70% of the time across 3 days of data collection. | 11/30/2010 |

SE*12 (8-06)

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress, E.C. 56345.10

Draft

P85

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          642 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page ___11___ of __34__

Student: Fulsang,

AREA OF NEED: Behavior

Goal # 3          Goal Name:  Respond to name

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
respond to his name 48% of the time. He has a difficult time looking at his
communication partner while he is engaged with a toy or activity.

Begin Date: 02/09/2010          End Date: 02/08/2011

Content Standard:

ANNUAL GOAL:
respond when his name is called by pausing his activity and looking to the speaker when
the speaker is within 3 steps of him in 4/5 opportunities across 3 days of data collection.

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☐Speech/Language
  Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| B | r will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

SE 12 (8-06)

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Draft

P86

AR 0642

373

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 12 of 34

Student: Fuisang,

AREA OF NEED: Social/Emotional

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/E- Cause and Effec | ██ will increase his repertoire of independent play to include 6 different cause and effect toys (used as intended), across 5 data collection sessions. | Met. | |
| S/E- Visual Regard | ██ look at his communication partner when showing or requesting an object (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 43 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ██ has increased his desire to explore cause and effect toys throughout his ██ational setting. He will pick a toy up and begin to play with it independently. If something is too difficult for him to open or put together he will pull an adult's hand and place it on the item. ██ aware of his peers during large group activities. He will look in the direction of a peer when they are making loud noises. | ██ will look at his communication partner while requesting or showing an object ██ 43% of the time. During the classroom day when he requests an object the adult pauses and will physically prompt him by moving his shoulders to look at them. ██ does not pass objects to his peers when asked to do so. He will drop them on the floor or hold on to them until he is physically prompted to give something to his peer. |

Goal(s) Needed?    Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

P87

Draft

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  13  of  34

Student: Fulsang,

AREA OF NEED: Social/Emotional

Goal # 1      Goal Name:  Visual Regard

Begin Date: 02/09/2010      End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
When [ ] is prompted to look, by the adult pausing and physically turning his body, he will look his communication partner in the eye 50% of the time.

Content Standard:

ANNUAL GOAL:
[ ] make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref./Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech-Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| B | will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

*Note: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (5-06)

Draft

P88

AR 0644

375

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page __14__ of __34__

Student: Fulsang, ▓▓▓▓

AREA OF NEED: Social/Emotional

Goal # 2    Goal Name:  Peer interaction    Begin Date: 02/09/2010    End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
▓▓▓ will look in the direction of a peer when they are making loud noises.  He needs hand over hand prompting to pass an object to a peer.

Content Standard:

ANNUAL GOAL:
▓▓▓ will hand a peer an object given one verbal instruction 80% of the time across 3 days of data collection.

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☐Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | ▓▓ Will hand a peer an object given one verbal instruction 60% of the time across 3 days of data collection. | 06/25/2010 |
| B | ▓▓ will hand a peer an object given one verbal instruction 70% of the time across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.510

SE 12 (8-06)

Draft

P89

AR 0645

376

Newport-Mesa Unified School District

Individualized Education Program

NEEDS/GOALS

Page 15 of 34

Student: Fulsang,

AREA OF NEED: Speech and Language

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|------|-------------|----------|------------|
| S/L- Expressive Voca | will use speech, signs or picture icons to label (e.g., What is this?) or request (e.g., What do you want?) 8/10 objects or actions during structured activities across 3 educational sessions. | Met | |
| S/L- Following Direc | correctly follow 4/5 routine, single step verbal commands after no more than 2 presentations during educational activities (e.g., Sit down on the rug) across 5 sessions. | Met | |
| S/L- Gestures | will increase his use of communicative gestures to include 2 movements/signals (e.g., pointing, patting, extended open palm) and use them appropriately as observed at least 3 times per educational sessions across 3 sessions. | Met | |
| S/L- Receptive Vocab | will demonstrate understanding of 10 object labels by pointing to pictures or handing objects after Show me _____ 80% correct across 3 educational sessions. | Progressing Towards | 20 |
| S/L- Requesting | will use a word, sign or gesture to request (more/ of something or indicate or indicate /all done/ when he is finished with an activity after a verbal prompt (e.g., What do you want?) in 4/5 opportunities during structured activities of at least 5 minutes as observed across 3 educational sessions. | Progressing Towards | 50 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|-----------|-------|
| has increased his use of gestures and pictures to communicate with others. His rate of communication has also increased. He demonstrates increased attention to play and language activities. During snack and lunch, ▆ scans picture cards to request desired items. He is beginning to select the picture and pair it with a sign to request. ▆ is imitating gestures during preferred speech activities (i.e. slinkies) and is beginning to move his mouth like the adult in familiar lang activities (i.e slinkies and old macdonald song). | ▆ is not yet demonstrating verbal imitation. He is not yet identifying objects from a field of 3 when asked. He demonstrates limited means to communicate with others. He requires multiple repitions paired with highly motivating items to acquire new skills. |

Goal(s) Needed?  Yes.

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

P90

AR 0646

377

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  16  of  34

Student: Fulsang,

AREA OF NEED: Speech and Language

| Goal # 1 | Goal Name:  S/L receptive vocabulary | Begin Date: 02/09/2010 | End Date: 02/08/2011 |

Baseline Performance:(quantitative data from assessment, observation, work samples under progress or prior goals)  demonstrates understanding of "slinky" from a field of 3 when asked to identify.

Content Standard:

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

ANNUAL GOAL:
 will demonstrate understanding of 5 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A. | will demonstrate understanding of 3 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | 06/25/2010 |
| B. | will demonstrate understanding of 4 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

P91

AR 0647

378

Page 17 of 34

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Futsang,

AREA OF NEED: Speech and Language

Goal # 2    Goal Name: S/L exp pictures

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
...ises up to 10 picture symbols during snack and lunch activities to request food items.

ANNUAL GOAL:
...will increase his use of picture symbols to include 7 toys, 3 people, and 3 action words.

Begin Date: 02/09/2010

Content Standard:

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

End Date: 02/08/2011

Person(s) Responsible:
☐Student
☑Special Education Teacher
☑Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A. | Increase his use of picture symbols to include 3 toys, 1 people, and 1 action words. | 06/25/2010 |
| B. | will increase his use of picture symbols to include 5 toys, 2 people, and 2 action words. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

P92

Page 18 of 34

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fuisang,

AREA OF NEED: Speech and Language

| Goal #: 3 | Goal Name: S/L exp phrases | Begin Date: 02/09/2010 | End Date: 02/08/2011 |

Baseline Performance (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
___ hands single pictured objects to an adult to request desired food items.

Content Standard:

ANNUAL GOAL:
___ will combine two pictures on a sentence strip to request preferred items 6 times during an activity, across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☑ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A. | ___ will combine two pictures on a sentence strip to request preferred items 2 times during an activity, across 3 days of data collection. | 06/25/2010 |
| B. | ___ will combine two pictures on a sentence strip to request preferred items 4 times during an activity, across 3 days of data collection. | 11/30/2010 |

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (6-06)

Draft

P93

AR 0649

380

Page ___19___ of ___34___

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Speech and Language

Goal # 4      Goal Name: S/L rate of comm

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals) uses a rate of communication of 1 act every 2 minutes to request snack and lunch items. He is not maintaining this rate across school day activities.

ANNUAL GOAL:
will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 4 various activities.

Begin Date: 02/09/2010

Content Standard:

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

End Date: 02/08/2011

Person(s) Responsible:
☐Student
☑Special Education Teacher
☑Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A. | will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 2 activities. | 06/25/2010 |
| B. | will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 3 various activities. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE.12 (8-06)

P94

Draft.

381

ADMINISTRATIVE RECORD FOR MATTER 2012050785 - - - - 02/25/2014 - - - - - - 651 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 20 of 34

Student: Fuisang, ▉

AREA OF NEED: Fine Motor

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Pincer Grasp | ▉ will use a refined pincer grasp when picking up 20 pinto beans, individually, off a table, 4 out of 5 opportunities. | Met | |
| Prewriting | ▉ initiate vertical and horizontal strokes, 4 out of 5 opportunities. | Progressing Towards | 30 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▉ able to pick up objects with his fingers. He is able to make circular scribbles on paper and is beginning to visually attend more to his paper during art projects. ▉ has demonstrated interest in using loop scissors and is able to snip one time before letting go of the scissors. | ▉ needs to improve on his scissor use, ▉ continues to need to work on his prewriting strokes. |

Goal(s) Needed?  Yes

Goal #  1         Goal Name:  F/M Prewriting

Begin Date: 02/09/2010         End Date:02/08/2011

Baseline Performance:*Quantitative data from assessment, observation, work samples and/or progress on prior goals)* ▉ is able to imitate a vertical line with about 40% accuracy. He is able to imitate a horizontal line with about 20% accuracy. He is able to make circular scribbles, but is not yet able to make a circle.

ANNUAL GOAL: ▉ able to trace a vertical line, horizontal line, and circle on a raised border (wikki stix, glue) line with verbal prompts, 4 out of 5 trials over charted opportunities.

Content Standard:

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☑Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☑Speech/Language Pathologist
☑Adapted PE Teacher
☑Occupational Therapist
☑Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | ▉ will be able *to trace* a vertical line and horizontal line on a raised border (wikki stix, glue)line, with 1 physical prompt, 3 out of 5 trials over charted opportunities. | 05/25/2010 |
| B | ▉ will be able to trace a vertical line, horizontal line, and circle on a raised border (wikki stix, glue) line with 1 physical prompt, 4 out of 5 trials over charted opportunities. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

SE 12 (8-06)

Draft

P95

AR 0651

382

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 21 of 34

Student: Futsang,

AREA OF NEED: Fine Motor

| Goal # 2 | Goal Name: FM Scissors | Begin Date: 02/09/2010 | End Date: 02/08/2011 |

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals) is able to hold loop scissors on his own and with guidance to hold the paper, and is able to snip one time.

Content Standard:

ANNUAL GOAL:
be able to use loop scissors to make 5 continuous cuts across paper independently, 4 out of 5 trials across 3 educational sessions.

Evaluation Method(s):
- ☑ Observation (documentation)
- ☐ Pre-Post testing
- ☑ Work Samples
- ☐ Curriculum-Based Assessment
- ☐ Criterion Ref. Test(s)
- ☐ Data Collection
- ☐ Other

Person(s) Responsible:
- ☐ Student
- ☑ Special Education Teacher
- ☐ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☑ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Regional Center
- ☐ Department of Rehab
- ☐ Parent
- ☐ Mental Health Provider
- ☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | will be able to use loop scissors to make 3 snips on paper after initial set-up, 4 out of 5 trials across 3 educational sessions | 06/25/2010 |
| B | will be able to use loop scissors to make 3 continuous cuts across paper after initial set-up, 4 out of 5 trials across 3 educational sessions. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12/(8-06)

Draft

P96

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  22  of  34

Student: Fulsang,

AREA OF NEED: Sensory Processing

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Arousal | will increase the number of signs of increased arousal (smile, eye contact, vocalizes, plays with peers, refrain from putting his head on the table) when provided with gross motor activities (such as movement on a therapy ball) in 4 out of 5 opportunities. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| has demonstrated a much better arousal level and is more aware of his surroundings. He is now able to jump on a trampoline with two feet demonstrating better bilateral coordination skills. He is demonstrating improved ideation and motor planning to initiate a variety of activities in the clinic and participate appropriately including swings, trapeze, scooterboard, and obstacle course. He has also demonstrated much improved postural control on a variety of swings. | continues to need to work on his visual attention and higher level motor planning skills. |

Goal(s) Needed?    Yes

*NoCarc: A pupil's parents will be regularly informed of the pupil's progress forward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE-12 (8-06)

Draft

P97

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                              654 of 1332

Page  23  of  34

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fudsang, ███

AREA OF NEED: Sensory Processing

Goal # 1          Goal Name: S/P Motor Planning          Begin Date: 02/09/2010          End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
███ does not consistently imitate simple motor actions. He is just beginning to imitate rolling playdough. He has a difficult time imitating actions that relate to his own body, such as clapping hands, or touching his head.

Content Standard:

ANNUAL GOAL:
In order to demonstrate improved motor planning skills for classroom activities, ███ will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration and verbal prompting with 80% accuracy over charted opportunities.

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☐Speech/Language Pathologist
☐Adapted PE Teacher
☑Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | In order to demonstrate improved motor planning skills for classroom activities, ███ be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration and 3 physical prompts with 50% accuracy over charted opportunities. | 06/25/2010 |
| B | In order to demonstrate improved motor planning skills for classroom activities, ███ will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration 1 physical prompt with 65% accuracy over charted opportunities. | 11/30/2010 |

*Note: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (3-06)

Draft

P98

AR 0654

385

Page 24 of 34

**Newport-Mesa Unified School District**
**Individualized Education Program**
**NEEDS/GOALS**

Student: Fulsang,

AREA OF NEED: Sensory Processing

Goal # 2    Goal Name: S/P Visual Attention

Begin Date: 02/09/2010    End Date: 02/08/2011

· Content Standard:

**Baseline Performance:**(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
■ does not always look when throwing at a target, and he does not always throw his beanbag at the right time while swinging on a swing. His accuracy ranges from 30% to 50% accuracy when throwing at a target.

**ANNUAL GOAL:**
In order to demonstrate improved visual attention and motor planning, ■ will be able to throw a beanbag into a target while swinging on a swing independently with 80% accuracy over charted opportunities.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☐ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| A | In order to demonstrate improved visual attention and motor planning, ■ will be able to throw a beanbag into a target while swinging on a swing with verbal prompts as needed to attend to the target with 60% accuracy over charted opportunities. | 06/25/2010 |
| B | In order to demonstrate improved visual attention and motor planning, ■ will be able to throw a beanbag into a target while swinging on a swing with two verbal prompts after initial instruction, 70% accuracy over charted opportunities. | 11/30/2010 |

*Notice: A quality partner will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10.

SE 12 (8-06)

P99

Draft

386

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS

Page ___ 25 ___ of ___ 34 ___

**Student:** Fulsang, ▮

**A. Federal Setting**

Federal Setting School:

Federal Setting Preschool:   Separate Class

**B. Assessment Information**

The following ☐tests ☐evaluations ☐records ☐reports were used to determine the student's eligibility and/or Special Education services:

Carolina Curriculum for Infants and Toddlers with Special Needs; (Third Edition)
Review Records
DRDP

**C. Support for Transition**

ITP not required for this student.

Grade Level Change N/A         Program Type: N/A

School Type: N/A

Description of supports for transition:

**D. Participation in General Education**

☑Lunch, Recess, Passing    ☑School Day Activities
   Periods
☐Other

To what extent is the student not in the general education setting? In your discussion, include such things as: class activities, school activities, issues related to possible "harmful effects" of placement.
General education limits ▮▮▮ ability to participate, and he requires additional support and smaller class size.

Explain why services that the student is to receive can not be provided in the general education setting.

▮▮▮ deficits and identified unique educational needs require intensive specialized instruction that can not be fully addressed through participation in general education. Due to these deficits ▮▮▮ cannot fully benefit from a general education setting.

62: ___ % of time outside the regular education classroom for special education services

**E. English Language Learner Information:**     ☑No     ☐Yes

**F. Options**
Considered        Recommended

☑ General Education                              ☑
☑ Designated Instruction and Services            ☑
☑ Resource Services (consult/collaborative)      ☐
☐ Resource Specialist Program                    ☐
☐ Special Day Class                              ☐
☐ Referral for County Program Consideration      ☐
☐ Non-Public School                             ☐
☐ State Special School Referral                  ☐
☐ Home/Hospital                                 ☐
☐ Instruction in non-classroom setting          ☐
☐ Alternative Education                          ☐
☐ Other                                         ☐

SE 13 (8-03)

P100                                            Draft

ADMINISTRATIVE RECORD FOR MATTER 2012050785___ .02/25/2014... 657 of 1332

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS

Page 26 of 34

Student: Fuisang,

### G. Discussion of LRE and Placement

| Program/Service *Indicates Primary Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 15) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual Direct | 2 | per week | 20 min = 0.33 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group Direct | 1 | per week | 45 min = 0.75 hrs | Yes |
| Language and speech | 05/21/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual Direct | 2 | per week | 15 min = 0.25 hrs | Yes |
| SDC public integrated | 09/07/2010 | 02/09/2011 | Public Preschool | Special Ed | Group Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | 09/07/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual Direct | 2 | per week | 15 min = 0.25 hrs | Yes |
| Language and speech | 09/07/2010 | 02/09/2011 | Public Preschool | Special Ed | Group Direct | 1 | per week | 30 min = 0.50 hrs | Yes |

(Services provided per school schedule and calendar. Non-student days are excluded.)

| Service | Notes |
|---|---|
| SDC public integrated | 2/09/2010-2/09/2011: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar with mainstreaming occuring 2 days a week (Tuesdays and Thursdays) for 3.75 hours each day (9-12:45pm). |
| Language and speech | 2/9/10-2/9/11: Group speech therapy 1 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar. |
| Occupational Therapy | 2/9/10 - 2/9/11: Individual Occupational Therapy 1x30 minutes per week at the Harper Preschool, as per the traditional school year calendar. |
| Occupational Therapy | 2/9/10 - 2/9/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. |
| Language and speech | 5/21/10-2/9/11: Individual speech therapy 2 x 15 minutes per week |
| SDC public integrated | 9/07/10-2/09/2011: Participation in ABA (Seahorse) SDC classroom at Mariners Elementary site for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar with mainstreaming occuring 2 days a week (Tuesdays and Thursdays) for 3.75 hours each day (9-12:45pm). |
| Language and speech | 9/07/10-2/9/11: Individual speech therapy 2 x 15 minutes per week at the Mariner's Elementary School, as per the traditional school year calendar. |
| Language and speech | 9/07/10-2/9/11: Group speech therapy 1 x 30 minutes per week at the Mariner's Elementary School, as per the traditional school year calendar. Group size not to exceed 3 children including Elijah. |

Program setting for infant service (for ages 0-2 only):

SE 13 (6-03)

Draft

P101

AR 0657

388

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          658 of 1332

Page 27 of 34

**Newport-Mesa Unified School District**
Individualized Education Program
ACCOMMODATIONS, SUPPORTS AND SERVICES

Student: Fulsang,

**A. Participation in Statewide and District Assessment Programs:**

Participation in Statewide assessment programs:

CAHSEE:  Not to participate at all in any statewide assessment program

STAR English Language Arts:  Not to participate at all in any statewide assessment program

STAR Math:  Not to participate at all in any statewide assessment program

STAR History:  Not to participate at all in any statewide assessment program

STAR Science:  Not to participate at all in any statewide assessment program

STAR Writing:  Not to participate at all in any statewide assessment program

Tests identified accommodations/modifications are necessary for enabling the student to demonstrate knowledge, ability, skills, or mastery, and should be consistent with those identified in the instructional setting to give the student access to the curriculum.

Specific variations, accommodations and modifications to be used in testing:

| Type of Variation, Accommodation or Modification | CAHSEE | English Lang Arts | Math | Science | History | Writing | CELDT | District Testing | Classroom Tests |
|---|---|---|---|---|---|---|---|---|---|

☐ Student will take the Standards-based Tests in Spanish (STS) using CST variations/accommodations/modifications listed above.

Note: Students participation in the California Physical Fitness Tests will receive the Variations, Accommodations, or Modifications listed above, if they directly apply to the testing situation. (Refer to the Testing Variations, Accommodations, and Modifications chart published by the California Department of Education.)

☐ Desired Results Developmental Profile to be used (Ages 3-5)          Test Type:

Adaptations allowed:

**B. Program modifications, supplementary aids, and accommodations: (including effect on grading) for the student, to progress in general education and/or activities:**

ABA Seahorse classroom
Care plan for modifying by school nurse

**C. Supports / modifications provided to school personnel to enable student to advance toward attaining annual goals, progress in general education and/or activities, and be educated and participate with other children with and without disabilities (i.e. trainings, materials):**
Considered but not required

SE 13 (8-03)

Draft

P102

AR 0658

389

Newport-Mesa Unified School District
Individualized Education Program
ACCOMMODATIONS, SUPPORTS AND SERVICES

Page    28    of    34

**Student: Fulsang,**

D. Physical Education:
General Ed

E. Low Incidence Disability:    ☒ No    ☐ Yes, see Notes Page

F. Consideration of Assistive Devices and Services:
Does the student require assistive devices and/or services to make progress toward IEP goals at this time?
☒ No    ☐ Yes, the following future recommended:

Devices, services and curricular interventions currently available at the school site can meet the student's needs at this time:
☐ Yes    ☐ No, see Notes page.

G. Promotion/Retention (Grades 2 - 9):
Not Applicable (outside of grade range)

Current Performance (Grades 2-9):
Student is meeting the standards identified above: ☐ Yes    ☐ No, see Notes page.

H. High School Completion Plan (must be 16 years old or younger if appropriate)
☒ Not Applicable

- Notice: Algebra I or the equivalent is required to earn a regular high school diploma.
- Notice: Effective with the graduating class of 2006, in addition to completing the district course of study, all students in California must pass the California High School Exit Exam (CAHSEE) to earn a regular high school diploma.

1. The requirements for high school graduation have been explained to me:
☐ Student Initials (if appropriate) _____    Date: _____
☐ Parent Initials _____    Date: _____

2. At this time, student is working toward earning:
☐ Certificate: will have completed course of study or reached maximum age
☐ Diploma: will have met all general education graduation requirements

REQUIREMENTS FOR GRADUATION WITH A DIPLOMA:

1. Credits: Total required: _____    Currently has earned: _____

2. California High School Exit Exam (CAHSEE):

| Area | Pass OR Waiver | | Date |
|---|---|---|---|
| Math | ☐ Pass | ☐ Waiver | |
| English/Language Arts | ☐ Pass | ☐ Waiver | |

3. Anticipated date of high school completion: _____

Draft

SE 13 (8-03)

P103

# Newport-Mesa Unified School District
## Individualized Education Program
### MEETING NOTES

Page 29 of 34

Draft

Student: Futsang,

## MEETING SUMMARY

**TAPE RECORDING (SE 9):**
Meeting Tape Recorded? ☐Yes ☑No

**MEETING DURATION (SE 8):**
Scheduled: Tuesday February 9, 2009
Start: 2:30PM
End: 3:30PM

**INTRODUCTIONS (SE 8):**
Introductions were made at the beginning of the meeting. The following team members were present: Donna Manea, special education teacher; Heather Manea, general education teacher; Melissa Wiley, speech therapist; Maureen Cottrell, special education coordinator/principal.

**REVIEW OF PARENTAL PROCEDURAL SAFEGUARDS (SE 16 has Parental Acknowledgement)**
☑Parent waived reading and/or review of Parental Procedural Safeguards
Presented previously and reviewed

**PURPOSE OF THE MEETING (SE 8, SE 9):**
Conduct Annual IEP meeting

**STUDENT AND PARENT/GUARDIAN INFORMATION VERIFICATION (SE 9):**
Birth certificate and proof of residency on file with the district

**PROGRESS ON PRIOR GOALS (SE 10):**
Progress on prior goals were reviewed.

**EVALUATION RESULTS --Summary of Outcomes from:**
SE 7 Assessment Plan
SE 23 Multidisciplinary Team Assessment Report
SE 33 Assessment Documentation - Specialist
SE 34 Assessment Documentation - Teacher
SE 35 Documentation of Learning Disability Discrepancy using Non-Standardized Assessment Data

*Multidisciplinary Team Assessment Report*

**PRESENT LEVELS OF PERFORMANCE (SE 11):**
Reviewed by specialist.

**ELIGIBILITY SUMMARY (for Initials and Triennials (SE 19 - 22)):**
☐ meets eligibility for Autistic-like behaviors under the California Education Code.

SE 13 (8-03)

P104

AR 0660

391

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          661 of 1332

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Page 30 of 34

Draft

Student: Fuisang,

**GOALS AND OBJECTIVES (SE 12):**
Goals/benchmarks were presented and incorporated into this document for all areas for suspected disability

**PROGRAM CONSIDERATIONS - Consideration of General Ed Participation, Placement, Services, Transition, LRE and ELL (SE 13):**
Classroom:
2/09/10 – 2/09/11: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar. Mainstreaming occurs every Tuesday and Thursday with neighborhood friends from 9am-12:45pm (3 hrs. 45 minutes), and daily for 30 minutes during gross motor/outdoor play.

Speech Services:
2/09/10 – 2/09/11: Group speech therapy 2 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar. Group size not to exceed 3 children including

Occupational Therapy:
2/9/10 – 2/9/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. Individual occupational therapy 1 x 30 minutes per week at Harper Preschool, as per the traditional school year calendar.

ESY:
6/29/10-7/27/10 ABA SDC class for 5 days a week/44 hours daily.

6/29/10-7/27/10 DIS Speech to occur one time per week, 30 min. group sessions.

6/29/10-7/27/10 OT to occur one time per week, 30 min. group sessions.

7/28/10- 8/13/10 ABA SDC class for 2 days a week/44 hours daily.

**ACCOMMODATIONS, SUPPORTS AND SERVICES (SE 14):**
Section F, CONSIDERATION OF ASSISTIVE DEVICES AND SERVICES.

**SPECIAL TRANSPORTATION (SE 9):**
Rationale:
qualifies for curb to curb transportation due to age and disability

**EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES RECOMMENDED AND OFFERED (SE 9):**
Rationale:
qualifies for Extended School Year (ESY) as maintenance for Summer 2010.

| Program/Service * Indicates Primary Service | Projected Start | End | Anticipated Location (Site) | Setting | Mode | Frequency | | Min/Hrs-Per Session |
|---|---|---|---|---|---|---|---|---|
| SDC public integrated* | 02/09/2009 | 07/28/2009 | Public | Special Ed | Group-Direct | 5 | per week | 240 min = 4.00 hrs |
| Specialized academic instruction | 07/28/2009 | 08/13/2009 | Public | Special Ed | -Direct | 4 | per week | 240 min = 4.00 hrs |
| Occupational therapy | 02/25/2010 | 07/27/2010 | Public | Special Ed | Group-Direct | 1 | per week | 30 min = 0.50 hrs |
| Language and speech | 02/25/2010 | 07/27/2010 | Public | Special Ed | Group-Direct | 1 | per week | 30 min = 0.50 hrs |
| Language and speech | 02/25/2010 | 07/27/2010 | Public | Special Ed | Individual-Direct | 1 | per week | 15 min = 0.25 hrs |

NOTICE: An IEP Addendum meeting will be held in the event that a change to the above-described Program/Services is necessary.

SE 15 (8-03)

P105

AR 0661

392

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          662 of 1332



Page 31 of 34

Draft

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Student: Fulsang

NEXT IEP MEETING (SE-9):
Next Annual IEP to be held on or before 2/09/2011.

SE 15 (3-03)

P106

AR 0662

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Page 32 of 34

Draft

Student: Fuisang:

ADDITIONAL NOTES:

An annual IEP was held today for ██████ Fuisang. Donna Manea, special ed preschool teacher, reviewed ██████ progress on current goals. ██████ has met 1 out of 2 readiness goals, and ██ Manea noted that ██████ has been handling options more completely and using signs more precisely. She reported that he has met 1 out of 2 of his social goals. Ms. Manea said that ██████ is not yet looking at ██ communication partner even though he is handing picture cards or materials. Mrs. Fuisang described that if she has control of him he will make eye contact to request. Mr. Fuisang said that ██ heard food (e.g. crunching) he will look but not to voices or other sounds. Linda Nuzman, school nurse, reviewed the past audiological test result and parental concerns. She suggested that ██████ may be more responsive to audiological testing at this time and that family might consider an new referral for a hearing test. ██████ did not meet 2 behavior goals and self help goal.

Melissa Wiley, SLP, reported on ██ progress on his Speech and Language goals. He has met 4 out of 5 speech goals, including using PECS to request items, following routine one sign directions, and using simple positive. Ms. Wiley reported that ██████ is making progress in receptive vocabulary but has not yet been able to point to 8/10 items named. She said that ██ is considerably using a sign for more at school. Mrs. Fuisang said he is beginning to sign all done at home. She also said that he is beginning to make new sounds at home which appear to be his attempt to sing songs and say Mom. Ms. Manea stated that ██████ appears to be very interested in music and singing in the classroom.

Jenele Ni, OT, reported that ██ has met 1 out of 2 fine motor goals and he met his sensory processing goal. He is able to use a pincer grasp and can imitate a vertical stroke, but not yet a horizontal stroke. Ms. Ni reported that ██████ has met 1 sensory goal of arousal and said that he is responding sooner and more consistently to input in the environment and does not require extra movement to stay alert and participant.

The following unique educational needs were identified and reviewed with Mr. and Mrs. Fuisang:

*Readiness
  -Sorting by Size
  -Puzzles
  -Self-Help
  -Toileting Routine
  -Hand Washing Routine

*Behavior
  -Calming Strategy
  -Safety Awareness
  -Respond to Name

*Social/Emotional
  -Visual Regard
  -Peer Interaction

*Receptive Language
  -#Vocabulary

*Expressive Language
  -#Picture
  -#Phrases
  -Pragmatic Language
  -Rate of Communication
  -Fine Motor
  -Scissors
  -Prewriting

*Sensory Processing
  -Visual Attention
  -Motor Planning

Ms. Manea reviewed the proposed goals for his IEP. For Readiness, his goals include sorting objects by size and completing 3 piece puzzles. For Self Care, ██ will be working toward participating in the hand washing routine as well as toileting routine. In Behavior, Ms. Manea described the goals for use of a calming strategy, safety awareness, and response to name. Under Social/Emotional ██████ goals include increasing his visual regard and handling objects to peers. Ms. Wiley presented the new goals for Speech and Language, including receptive ██████ vocabulary, use of picture symbols, combining 2 symbols on a sentence strip, and increasing his rate of initiating communication. Ms. Ni described ██████ proposed fine

SE 15 (8-03)

P107

AR 0663

394

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Page  33  of  34

Student: Fulsang,

Ms. Manea reviewed the proposed goals for the IEP. For Readiness, his goals include sorting objects by size and completing 3 piece puzzles. For Self Care, [ ] be working toward participating in the hand washing routine as well as toileting routine. In Behavior, Ms. Manea described the goals for use of a calming strategy, safety awareness, and response to name. Under Social/Emotional, [ ] goals include decreasing his non-verbal behaviors during communication acts and handling objects in peers. Ms. Wiley presented the new goals for Speech and Language, including receptive vocabulary, use of picture symbols, combining 2 symbols on a sentence strip, and increasing his rate of initiating communication. Ms. N described Epen's proposed fine motor and sensory processing goals, including tracing lines, using scissors, motor planning and visual attention.

The IEP team recommends the following Free Appropriate Public Education (FAPE) offer:

Classroom:
2/09/10 - 2/09/11: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 3 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar. Mainstreaming occurs every Tuesday and Thursday with neighborhood friends from 9am-12:45pm (3 hrs, 45 minutes); and daily for 30 minutes during gross motor/outdoor play.

Speech Services:
2/09/10 - 2/09/11: Small group speech therapy 2 x 30 minutes per week, at the Harper Preschool, as per the traditional school year calendar.

Occupational Therapy:
2/09/10 - 2/09/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. Individual occupational therapy 1 x 30 minutes per week at Harper Preschool, as per the traditional school year calendar.

ESY:
6/23/10-7/27/10 ABA SDC class for 5 days a week/4 hours daily.

6/23/10-7/27/10 DIS Speech to occur one time per week, 30 min. group sessions.

6/23/10-7/27/10 OT to occur one time per week, 30 min. group sessions.

7/28/10- 8/12/10 ABA SDC class for 2 days a week/4 hours daily.

The DRDP assessment is given twice a year, in October and March, and is given to 3, 4, and 5 year old preschool children.

There are two formats:
1. DRDP-R (Revised), for preschool to Kindergarten
2. DRDP access, birth to Kindergarten

Which ever test is given in the fall, must be administered in the spring. We are to select the developmentally appropriate test.

Test selection: DRDP-A

Participation in the DRDP assessment allows California to comply with the federal law, allow educators to better monitor programs by tailoring education and training programs for staff, to assist teachers in providing parents with additional information regarding their child's growth and development.

[ ] qualifies for curb to curb transportation due to age and disability.

| FOLLOW-UP ACTIVITY | PERSON RESPONSIBLE | DATE DUE |
|---|---|---|

SE #15.(8-03)

Draft

P108

**AR 0664**

395

Page __34__ of __34__

**Newport-Mesa Unified School District**
**Individualized Education Program**
**PARTICIPANTS AND CONSENT**

Student: Fulsang, ▇

**A. PARTICIPANTS**
The following were participants in the development of this Individualized Educational Program:     ** Indicates participants not required if student is attending Adult Transition program.

| | Signature | | Signature |
|---|---|---|---|
| Fulsang, Aneida | | Maxo, Donna | |
| Mother | Signature | Special Ed Teacher | case carrier | Signature |
| Cotrell, Maureen | | | |
| Administrator | Signature | | |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION**     *Please initial each applicable statement below:*

☐ I have been advised of and given a copy of the special Education Procedural Safeguards;     ☐ I CONSENT to this Individualized Education Program,
☐ I had an opportunity to participate and help develop the IEP.     ☐ I CONSENT to this Individualized Education Program EXCEPT for the
☐ I request a copy of this Individualized Education Program to be provided in my primary language,          following:
☐ I have received a copy of the IEP and assessments (if any).     ☐ I DO NOT CONSENT to this Individualized Education Program.

Did the school district facilitate parent involvement as a means of improving services and
results for your child?:
☐ Yes     ☐ No     ☐ No Response

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this
notice of consent in writing in my native language; if my language is not written, this information will be translated orally or manually.

Parent/Guardian: _____     Date: _____
Parent/Guardian: _____     Date: _____

**C. DOCUMENTED EFFORTS TO CONTACT PARENTS/GUARDIANS**
☐ Parent/Guardian agreed to waive advanced written notice
☐ IEP Meeting Notice sent on 06/21/2010     Follow-up notice: _____     First Notice Letter: _____
☐ Parent/Guardian unable to attend and was sent a copy of IEP, Parent Rights and Procedural Safeguards.     Date: _____

Draft

SE 15 (8-03)

P109

Newport-Mesa Unified School District
Individualized Education Program
PARTICIPANTS AND CONSENT

Page    34    of    34

Student: Fulsang,

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Educational Program:    ** indicates participants not required if student is attending Adult Transition program.

| | |
|---|---|
| Fulsang, Aneida | |
| Mother | Signature |
| Cottrell, Maureen | |
| Administrator | Signature |

| | |
|---|---|
| Manea, Donna | |
| Special Ed Teacher | case carrier    Signature |

**B.** INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION    Please initial each applicable statement below:

☑ I have been advised of and given a copy of the special Education Procedural Safeguards.    ☑ I CONSENT to this Individualized Education Program.

☑ I had an opportunity to participate and help develop the IEP.    ☐ I CONSENT to this Individualized Education Program EXCEPT for the following:

☑ I request a copy of this Individualized Education Program to be provided in my primary language.

☑ I have received a copy of the IEP and assessments (if any).    ☐ I DO NOT CONSENT to this Individualized Education Program.

Did the school district facilitate parent involvement as a means of improving services and results for your child?

☐ Yes    ☐ No    ☐ No Response

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my primary language; if my language is not written, this information will be translated orally or manually.

| | |
|---|---|
| Parent/Guardian: | Date: 06/25/10 |
| Parent/Guardian: | Date: |

**C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS**

☐ Parent/Guardian agreed to waive advanced written notice

☐ IEP Meeting Notice sent on:06/21/2010    Follow-up notice:    Final Notice Letter:

☐ Parent/Guardian unable to attend and was sent a copy of IEP, Parent Rights and Procedural Safeguards.    Date:

Draft

SE 15 (8-03)

P110

AR 0666

397

Page __34__ of __34__

Newport-Mesa Unified School District
Individualized Education Program
PARTICIPANTS AND CONSENT

Student: Fuhsang

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Educational Program:

| | Signature | | | Signature |
|---|---|---|---|---|
| Father | | Botturf, Lucinda | | |
| Fuhsang, Eric | | Speech/Language | | |
| Administrator | | Manos, Donna | | |
| Cottrell, Maureen | | Case Carrier | | |
| NI, Jennie | | Wiley, Melissa | | |
| Occupational Therapist | | Speech Pathologist | | |

*Indicates participants not required if student is attending Adult Transition program.

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION**     Please initial each applicable appropriate below:

☐ I have been advised of and given a copy of the special Education Procedural Safeguards.     ☐ I CONSENT to this Individualized Education Program.

☐ I had an opportunity to participate and help develop the IEP.     ☐ I CONSENT to this Individualized Education Program EXCEPT for the following:

☐ I request a copy of this Individualized Education Program to be provided in my primary language.

☐ I have received a copy of the IEP and assessments (if any).     ☐ I DO NOT CONSENT to this Individualized Education Program.

Did the school district facilitate parent involvement as a means of improving services and results for your child?:

☒ Yes      ☐ No      ☐ No Response

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language; if my language is not written, this information will be translated orally or manually.

Parent/Guardian: _____     Date: _____

Parent/Guardian: _____     Date: __5/24/10__

**C. DOCUMENTED EFFORTS TO CONTACT PARENTS/GUARDIANS**

☐ Parent/Guardian agreed to waive advanced written notice

☐ IEP Meeting Notice sent on:05/10/2010     Follow-up notice:     Final Notice Letter:

☐ Parent/Guardian unable to attend and was sent a copy of IEP, Parent Rights and Procedural Safeguards.     Date:

SE.15 (8-03)

Draft

P111

AR 0667

398

ADMINISTRATIVE RECORD FOR MATTER 2012050785        02/25/2014        668 of 1332

Page __1__ of __36__

**Newport-Mesa Unified School District**
**Individualized Education Program**
**Addendum to Individualized Education Program**
Dated: 02/09/2010

Student: Fulsang, [redacted]

School of Attendance: Harper Preschool        District of Attendance: Newport-Mesa Unified School District        Grade: Pre

Date of Meeting: 11/22/2010        Meeting Notification Sent: 11/22/2010
Additional Purpose: Revise speech and behavior goals        Meeting Tape Recorded: No

Summary of Additions, Deletions, Changes: (If any) made to the original pages of the IEP. The amended IEP follows.

| IEP Page | Section or Location | Action | Summary of Change | Change Date |
|---|---|---|---|---|
| Program Considerations Page | | Change | 2010-2011 School Year | 06/21/2010 |
| Needs/Goals Page(s) | Speech/ Language | Addition | added two goals | 11/22/2010 |
| Needs/Goals Page(s) | Fine Motor | Change | deleted prewriting and added visual situation | 11/22/2010 |
| Needs/Goals Page(s) | Speech/ Language | Deletion | deleted two goals | 11/22/2010 |
| Needs/Goals Page(s) | Behavior | Change; | revised goal | 11/22/2010 |

**Additional notes:**

**11/22/2010**
The meeting began at 1:30 p.m.; those in attendance included classroom teacher Leah Steinman, Speech-language pathologist Kathy Murphy, Occupational therapist Jennie Ni and parents. An addendum IEP was added to the scheduled parent conference to review progress during the previous reporting period, discuss concerns, and to review proposed changes and/or new goals. The parents waived participation of the full IEP team; the principal and general ed teacher were not present. Parents waived an explanation and an additional copy of parent procedural safeguards.

Teacher Leah Steinman presented parents with progress notes from the recent reporting period, reviewing individual goals. She explained that this meeting was a great opportunity to compare observations/ progress across settings and with the prior year. [redacted] has made limited progress with most current goals; she specifically asked about behaviors observed at home for the toileting goal. The father explained it seems to be dependent on adult-initiated schedule. [redacted] because Ejnel has expressed a need. They also explained he is only using a toileting routine for urinating and depends on a diaper for bowel movements.

Leah explained that much limited progress for many goals seems to be due to poor motivation in demonstrating independence across skill areas. As will be discussed in goals to be changed, [redacted] requires much adult support and prompting to perform tasks across domains. An increased rate of maladaptive behaviors are frequently observed when demands are placed, even during routine and/or preferred activities. These include high pitch screaming, swiping, and collapsing of body posture. In addition, [redacted] is demonstrating difficulty in retaining skills across a data collection period without high levels of instructional adult support.

Leah discussed these recurring concerns with parents. Leah explained that many behaviors serve to avoid the demand and have decreased in frequency and duration; parents explained that they are also not responding to [redacted] screams and typically sending him to his room. [redacted] mother mentioned that she is observing increased sensory-seeking behaviors and additional strategies were discussed. It was shared how he is including his additional behaviors in having paper into small pieces (specifically pages in books) and picking/ tearing apart levels off the bodies. Staff made some suggestions for the home environment, prompting additional appropriate strategies within some routines of less structured times. The parents expressed concern for weekends, holidays, and after 5:00 p.m. Teacher Leah reviewed each goal with parents, and they shared strategies and observations across environments.

OT Jennie Ni reviewed [redacted] progress and proposed changes to current goals, specifically detailing his prewriting goal. First, she shared that he has made strong progress with scissor cut goal, and cutting [redacted] has become a preferred activity. Jennie then shared progress on tracing and expressed her concerns with his attending. She shared that it takes much effort and support for him to attend before participating in task. She proposed deleting the pre-writing goal and adding a goal targeting visual attention in art projects goal in order to work more on the foundational skill, visual attention. Jennie completed her review of goals and emphasized the significant progress with motor planning and motor imitation skills. Parents agreed with strength of motor skills but did agree that he does not seek fine motor drawing tasks with available tools in the home.

The SLP Kathy Murphy also discussed [redacted] progress with current goals, [redacted] made limited progress with two goals and did not make progress on two goals, although it was noted in prior progress notes that [redacted] had surpassed two goals. Kathy shared how [redacted] has now surpassed two additional goals as noted over this reporting period; those annual goals as well are being deleted. Please see two new goals for specific details; proposed goals are to replace those targeting PECS picture symbols and use of a sentence strip. New goals will target functional and consistent use of communicative gestures (more, want, eat, my turn, and indicative point) and matching of 2-D photos to 3-D objects.

Due to limited progress, additional concerns and questions regarding levels of functioning, the IEP classroom team is recommending a full re-evaluation to be completed by site team prior to June 2011; parents were in agreement; an assessment plan should be sent home in early December.

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward annual goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

(6-03)

EXHIBIT
G-9
10|13 | 13

P116

AR 0668

399

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     669 of 1332

Newport-Mesa Unified School District
Individualized Education Program
Addendum to Individualized Education Program

Page ___2___ of ___36___

Student: Fulsang, E

did not demonstrate any relative progress in one behavior goal, calming strategies. Leah proposed and revised the behavior goal, calming strategies. See goal for details and baseline levels.

FAPE (no change):
Classroom:
22/09/10 - 2/09/11: Participation in ABA (Seahorse) SDC classroom on the Mariners campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar. Mainstreaming occurs every Tuesday, Wednesday, Thursday with neighborhood friends who participate fully in the school day activities from arrival-12:45pm.

Speech Services:
22/09/10 - 2/09/11: Small group speech therapy 1 x 30 minutes and 2x15 individual sessions per week within functional classroom activities, as per the traditional school year calendar.

Occupational Therapy:
22/09/10 - 2/09/11: Large Group occupational therapy 1 x 45 minutes large group per week at the Harper Preschool, as per the traditional school year calendar. Individual occupational therapy 2 x 20 minutes per week, as per the traditional school year calendar.

The meeting was adjourned at 3: 25 p.m.
The parents provided full consent.

Current

SE 9-Addendum (8-03)

P117

AR 0669

400

# Newport-Mesa Unified School District
## Individualized Education Program
### COVER PAGE

Page 3 of 36

**Student Information**

| Name: First | Middle | Last |
|---|---|---|
| | Fulsang | |

| DOB | Age |
|---|---|
| 03/14/2006 | 4 |

| Grade | Gender |
|---|---|
| Pre | Male |

Social Security #
Student ID # 145793
Apt. #

Address: 5016 River Av, Newport Beach, CA 92663

District of Residence: Newport-Mesa Unified School District
District of Attendance: Newport-Mesa Unified School District

Local School (based on residence): Newport Elementary
School of Attendance: Harper Preschool

**Parent/Guardian Information**
Eric Fulsang

Name of Parent/Surrogate/Guardian: Eric Fulsang
Address: 5016 River Av, Newport Beach, CA 92663

Name of Parent/Surrogate/Guardian: Aneda Fulsang
Address: 5016 River Av, Newport Beach, CA 92663

Registration materials Determined by

Telephone: 949-838-4139 (home) (work) (cell)
Telephone: 949-838-4139 (home) (work) (cell)

Student's Primary Language: English
Home Language: English

G. English Language Learner: ☑Yes ☐No
English Language Level:

H. Interpreter / Translation Request?
Interpreter Requested? ☐Yes ☑No
Translation of IEP Requested? ☐Yes ☑No

**A. Initial Entry into Special Educ.** 02/12/2009
(This date will not change and reflects FIRST IEP date in district where initial placement was made)

**B. Timeline Information (Dates)**
Date of This Meeting: 02/09/2010
Next Meeting Date: 02/08/2011
(See Meeting Notes page for details)
Next Annual Review: 02/09/2011
Date of Last Evaluated: 02/12/2009
(Date that IEP team met to consider eligibility)
Next 3 yr. Review Due: 02/12/2012

**C. Purpose of Meeting**
Primary: Annual Review
Secondary:

Meeting Tape Recorded? ☐Yes ☑No

D. Eligible ☑Yes ☐No
Primary Disability: AUT–Autistic Like

J. Residence
J. Ethnicity: White
K. Preschool Setting: Early childhood special education
L. Agency Services

Parent or legal guardian

Eligible for mental health services: ☐Yes ☑No
Mental health services language included: ☐Yes ☑No

E. Educational Rights Held by:
Parent

F. Assessment (Accommodations page, section C)
☐ Participation in Statewide assessment programs:
CAHSEE: Not to participate at all in any statewide assessment STAR: See Accommodations Supports and Services

**M. Program and Services Recommended and Offered**
* = indicates Primary Service

☐ Offer declined. See section SE 16 – PARTICIPANTS and CONSENT for details.

| Program/Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction; Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 15) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 20 min = 0.33 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 45 min = 0.76 hrs | Yes |
| Language and speech | 05/21/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 1 | per week | 15 min = 0.25 hrs | Yes |
| SDC public integrated | 09/07/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | 09/07/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 15 min = 0.25 hrs | Yes |
| Language and speech | 09/07/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |

ITP not required for this student.

Special Transportation: ☑Yes, specify: Curb to Curb (Round Trip)  ☐No
Extended School Year (ESY): ☑Yes On the Notes Page (SE 15) identify details of the ESY Offer, or reason why ESY is not offered.  ☐No

See Notes Page

SE 9 (8-03)

Current:

P118

**AR 0670**

401

Page 4 of 36

**Newport-Mesa Unified School District**
**Individualized Education Program**
**INFORMATION CONSIDERED**

Student: Fulsang, ▮

Special factors related to low incidence disabilities were considered:  ☑ N/A  ☐ Yes

Present performance includes results of the most recent assessments:
☐ State  ☐ District-wide  ☑ Classroom  ☐ Alternate Assessments  ☐ IEE

Describe how student's identified disability affects involvement & progress in general curriculum. Or, for preschoolers, how the disability affects the child's participation in appropriate activities:

▮ deficits and limits, in having identified unique educational needs, and he cannot fully benefit from a general education setting.

Documentation of General Education Interventions
Initial Placement:   ☑ No  ☐ Yes   *If yes is checked, this section must be addressed. The following general education resources were utilized or considered prior to placement in Special Education*

Referral By: Parent                                    Referral Date: 09/02/2008

Date Parent Consent Received:   12/08/2008       ☐ Early Intervention

Evaluation Delay Reason:           Official school break of more than five days _____

Evaluation Delay Other Reason: _____

Third Birthday Delay Reason: _____

Third Birthday Delay Other Reason: _____

Infant Referred By: _____            Infant Referral Date: _____

Infant Date Parent Consent Received: _____

Infant Initial Evaluation Date: _____

**Health/Medical:**
See SE 33 Form for Health Summary.

- **Vision:** R:UTT; L:UTT; Both: 20/40, per McDowell Vision Screening Kit
- **Hearing:** R:pass; L: pass, per The Hear Kit.

**Parent concerns and priorities for the education of the student:**
Mr. and Mrs. Fulsang had concerns of ▮ tantrums developing into aggression, ▮ has begun to lay on the floor and kick the adult near him. When he tantrums, They felt that it may be due to a lack of communication skills.

**Input from General Education Teacher:**
A general education teacher was present to address any parent questions or concerns.

SE 11 (8-06)

Current

P119

402

**AR 0671**

Page 5 of 36

Current

**Newport-Mesa Unified School District**
Individualized Education Program
INFORMATION CONSIDERED

Student: Fulisang:

Student Learning Strengths/Preferences:
[ ] is able to hold onto an object while transition throughout the classroom environment. He will look at his communication partner 40% of the time, when his name is called. He is more aware of his surroundings and the people around him. He enjoys the magna doodle, the view finder, ball popper, cars and plastic tubes. [ ] is beginning to manipulate objects and toys throughout his educational day.

Behavior:
Currently, student's behavior impedes learning of self or others and behavior interventions are needed:
[ ] No  [X] Yes
[X] Regular district discipline procedures apply  [ ] Behavioral contract
[ ] Behavior Support Plan  [ ] Behavior Intervention Plan

SE 11 (8-06)

P120

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 6 of 36

Student: Fulsang, ▮▮▮▮

AREA OF NEED: Readiness

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| R- Matching | ▮▮▮ will match 6, 2-dimensional common object pictures to the corresponding 2-dimensional picture from a field of 4, with 80% accuracy across 3 data collection sessions. | Met | |
| R- Motor Imitation | ▮▮▮ will imitate 3 familiar non-verbal actions without prompts, in 4/5 opportunities across 3 data collection sessions. | Progressing Towards | 48 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮▮▮ has increased his attention during large and small group activities. He is able to scan across objects on a table to match the corresponding object or picture. He is able to match primary colors. He is beginning to ask for help by taking the adult's hand when something is too difficult for him. | ▮▮▮ imitates 2 non verbal actions (eat & more). He is unable to distinguish the difference in sizes when presented with small and big items. ▮▮▮ has a difficult time putting together a puzzle with 3 interconnected pieces. |

Goal(s) Needed?   Yes

Goal #   1     Goal Name: Puzzle     Begin Date: 02/09/2010     End Date: 02/08/2011

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* ▮▮▮ is able to complete a board puzzle up to 6 pieces. He is able to manipulate the pieces to make them fit into the correct shape. He has a difficult time connecting interconnected puzzle pieces together. ▮▮▮ is currently connecting two pieces together with positioning and gesture prompts.

ANNUAL GOAL:
▮▮▮ will demonstrate understanding of completing 5, three-piece interconnected puzzles in 80% of opportunities across 3 days of data collection.

Content Standard:

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Physical Therapist
☐ Occupational Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | ▮▮▮ will demonstrate understanding of completing 1, three piece interconnected puzzle in 80% of opportunities across 3 days of data collection. | 06/25/2010. |
| B | ▮▮▮ will demonstrate understanding of completing 3, three piece interconnected puzzles in 80% of opportunities across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward annual goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

P121

Current

AR 0673

404

Page 7 of 36

Current

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

NMUSD

Student: Fulsang,

SE 12 (8-06)

P122

AR 0674

405

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          675 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  8  of  36

Student: Fulsang,

AREA OF NEED: Self Help/Domestic

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/H- Toileting Routi | will participate in a toileting routine in his educational setting (go to the restroom calmly, pull down pants, sit on/stand at the toilet, pull pants up) in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 44 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| is able to complete 2 out of the 4 toileting routine actions (go to the bathroom calmly, stand by toilet). He is able to begin his hand washing routine. He will get the soap, stand on stool and begin to wet his hands. | needs physical prompting in order to complete the bathroom routine. He has a difficult time pulling his pants down and back up after he urinates. He also requires physical and gesture prompting to complete the hand washing routine. |

Goal(s) Needed?  Yes

Goal # 1          Goal Name:  Hand Washing Routine

Begin Date: 02/09/2010          End Date: 02/08/2011

Content Standard:

Baseline Performance: *(Complete data from assessment, observation, work samples and/or progress on prior goals)* will walk over to the sink and wait for someone to point to the soap to get him started. He needs gesture prompting to complete the entire hand washing routine.

**ANNUAL GOAL:**
will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 2/5 opportunities across 3 days of data collection.

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☐Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| B | will participate in a hand washing routine in his educational setting (i.e. get soap, turn water off, wet hands, turn water off, dry hands) in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current.

P123

AR 0675

**Newport-Mesa Unified School District**
**Individualized Education Program**
**NEEDS/GOALS**

Page ___9___ of ___36___

Student: Fulsang

AREA OF NEED: Self Help/Domestic

| Goal # 2 | Goal Name: Toileting Routine | Begin Date: 02/09/2010 | End Date: 02/08/2011 |
|---|---|---|---|

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
is beginning to understand his bathroom routine. He will walk into the bathroom and stand by the urinal. He needs physical prompting to pull his pants up and down. He is at 44% accuracy of completing his bathroom routine.

ANNUAL GOAL:
will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 4/5 opportunities across 3 data collection sessions.

Content/Standard:

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language
   Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 2/5 opportunities across 3 data collection sessions. | 06/25/2010 |
| B | will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 3/5 opportunities across 3 data collection sessions. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-05)

Current

P124

AR 0676

407

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 10 of 36

Student: Fulsang,

**AREA OF NEED: Behavior**

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| B- Response to Name | will respond when his name is called by pausing his activity and looking to the speaker in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 48 |
| B- Safety Awareness | will orient toward the speakers face when commanded stop, no, or other relevant instruction, without adult prompting, across 5 data collection sessions. | Progressing Towards | 65 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| When an adult is positioned in front of him and his name is called, will look in the direction of the speaker's face 90% of the time. He will also look in the direction of any loud noise including music or his peers. | has recently (within the past 3 months) began to cry, kick and push anyone him during a tantrum. He begins to cry during his educational day with no apparent antecedent. He exhibits a loud cry for up to 10 minutes at a time. During his tantrum his is non compliant and aggressive. |

Goal(s) Needed?   Yes

**Goal # 1     Goal Name:** Calming Strategy

**Begin Date:** 11/23/2009     **End Date:** 02/08/2011

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
will calm self down when an adult takes him for a walk outside of the classroom. He is unable to calm him self down when an adult asks him to do so.

**Content Standard:**

11/23 is screaming behaviors occur throughout the day on an average of 2-3 times every 30 minutes. The duration of the behavior (high shrill screaming, collapsing body to avoid demand, and swiping objects and staff) has been observed to be as short as 2-3 minutes long, but can go for as long as 10 minutes long. The frequency of these behaviors increase during the toileting routine, snack, and circle time, and transitions throughout the day. There seems to be no predictable antecedent. He has also been observed to have the screaming behaviors during a times of reinforcement. E     is currently unable to imitate calming strategies.

**Evaluation Method(s):**
☒ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

**Person(s) Responsible:**
☐ Student
☒ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted P/E Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**ANNUAL GOAL:**
will imitate take deep breathes (i.e. calming strategy) during a structured setting 50% of the time across 3 days of data collection.

**Benchmarks/Objectives**

| Name | Description | No Benchmarks/Objectives | Target Date |
|---|---|---|---|

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. §§56345:10.*

SE 12 (8-05)

P125

AR 0677

408

ADMINISTRATIVE RECORD FOR MATTER 2012050785        02/25/2014        678 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 11 of 36

Student: Fulsang,

AREA OF NEED: Behavior

Goal # 2        Goal Name: Safety Awareness        Begin Date: 02/09/2010        End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
will look in the direction of the speaker 65% of the time when he is asked to stop or when someone says no with gesture prompts.

Content Standard:

ANNUAL GOAL:
stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 80% of the time across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 60% of the time across 3 days of data collection. | 06/25/2010 |
| B | will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 70% of the time across 3 days of data collection. | 11/30/2010 |

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

* Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special
Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.510

SE 12 (6-06)                                                                                     Current

P126

**AR 0678**

409

Page __12__ of __36__

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, ███████

AREA OF NEED: Behavior

| Goal # 3 | Goal Name: Respond to name |
|---|---|

Begin Date: 02/08/2010      End Date: 02/08/2011

Content Standard:

Baseline Performance:*(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
███████ respond to his name 48% of the time. He has a difficult time looking at his communication partner while he is engaged with a toy or activity.

ANNUAL GOAL:
███████ will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 4/5 opportunities across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | ███████ respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| B | ███████ will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10*

SE 12 (8-06)

Current

P127

410

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 13 of 36

Student: Fulsail

AREA OF NEED: Social/Emotional

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|------|-------------|----------|------------|
| S/E- Cause and Effec | will increase his repertoire of independent play to include 6 different cause and effect toys (used as intended), across 5 data collection sessions. | Met | |
| S/E- Visual Regard | will look at his communication partner when showing or requesting an object (using structured activities lasting at least 5 minutes) in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 43 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|-----------|-------|
| has increased his desire to explore cause and effect toys throughout his educational setting. He will pick a toy up and begin to play with it independently. If something is too difficult for him to open or put together he will pull an adults hand and place it on the item. Is aware of his peers during large group activities. He will look in the direction of a peer when they are making loud noises. | will look at his communication partner while requesting or showing an object 43% of the time. During the classroom day when he requests an object the adult pauses and will physically prompt him by moving his shoulders to look at them. does not pass objects to his peers when asked to do so. He will drop them on the floor or hold on to them until he is physically prompted to give something to his peer. |

Goal(s) Needed?    Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (9-06)

Current

P128

**Newport-Mesa Unified School District**
**Individualized Education Program**
**NEEDS/GOALS**

Page __14__ of __36__

Student: Fulsang,

AREA OF NEED: Social/Emotional

Goal #: 1      Goal Name: Visual Regard

Begin Date: 02/09/2010      End Date: 02/08/2011

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
When ▮▮▮ is prompted to look, by the adult pausing and physically turning his body, he will look at his communication partner in the eye 50% of the time.

**Content Standard:**

ANNUAL GOAL:
▮ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 3 days of data collection.

**Evaluation Method(s):**
☑ Observation (documentation)
☐ Pre-Post Testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Citation Ref. Test(s)
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | ▮▮▮ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| B | ▮▮▮ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

*Notice:A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

P129

Current

412

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  15  of  36

Student: Fuisang,

AREA OF NEED: Social/Emotional

| Goal # 2 | Goal Name:  Peer Interaction | Begin Date: 02/09/2010 | End Date: 02/08/2011 |

Baseline Performance: *(Quantative data from assessment, observation, work samples and/or progress on prior goals)* look in the direction of a peer when they are making loud noises.  He needs hand over hand prompting to pass an object to a peer.

**ANNUAL GOAL:**
_____ will hand a peer an object given one verbal instruction 80% of the time across 3 days of data collection.

**Content Standard:**

**Evaluation Method(s):**
☑ Observation (documentation)
☐ Pre-/Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| A | ▮ will hand a peer an object given one verbal instruction 60% of the time across 3 days of data collection. | 06/25/2010 |
| B | ▮ will hand a peer an object given one verbal instruction 70% of the time across 3 days of data collection. | 11/30/2010 |

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Current

P130

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 16 of 35

Student: Fulsang,

AREA OF NEED: Speech and Language

### Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/L- Expressive Voca | will use speech, signs or picture icons to label (e.g., What is this?) or request (e.g. What do you want?) 8/10 objects or actions during structured activities across 3 educational sessions. | Met | |
| S/L- Following Direc | will correctly follow 4/5 routine, single step verbal commands after no more than 2 presentations during educational activities (e.g., Sit down on the rug) across 5 sessions. | Met | |
| S/L- Gestures | Will increase his use of communicative gestures to include 2 movements/signals (e.g., pointing, patting, extended open palm) and use them appropriately as observed at least 3 times per educational sessions. | Met | |
| S/L- Receptive Vocab | Will demonstrate understanding of 10 object labels by pointing to pictures or handling objects after Show me _____ 80% correct across 3 educational sessions. | Progressing Towards | 20 |
| S/L- Requesting | will use a word, sign or gesture to request (more) of something or indicate all done/ when he is finished with an activity after a verbal prompt (e.g., What do you want?) in 4/5 opportunities during structured activities of at least 5 minutes as observed across 3 educational sessions. | Progressing Towards | 50 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| has increased his use of gestures and pictures to communicate with others. His rate of communication has also increased. He demonstrates increased attention to play and language activities. During educational activities, Eric is beginning to play and tap back and forth. He is beginning to select the picture and pair it with a sign to request. is imitating gestures during preferred speech activities (i.e. slinkies) and is beginning to move his mouth like the adult in familiar lang activities (i.e.slinkies and 'old macdonald song). | E_____ not yet demonstrating verbal imitation. He is not yet identifying objects from a field of 3 when asked. He demonstrates limited means to communicate with others. He requires multiple repetitions paired with highly motivating items to acquire new skills. |

Goal(s) Needed?   Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE-12 (8–06)

Current

P131

AR 0683

414

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 17 of 36

Student: Fulsang,

AREA OF NEED: Speech and Language

Goal # 1     Goal Name: S/L functional communication     Begin Date: 11/23/2010     End Date: 02/08/2011

Baseline Performance:(*Quantitative data from assessment, observation, work samples and/or progress on prior goals*)
is now using sign to communicate his needs effectively but demonstrates confusion and displays several communicative gestures to signal needs and preferences. He is able to use several signs after an adult model, but he is not yet combining any communicative gestures independently and successfully. Targeted set to include an indicating point, more, want, no/ all done (protesting), eating/ food.

Content Standard:

ANNUAL GOAL:
During familiar semi-structured activities (snack and choice making) following one presentation of expected communicative behaviors, will independently combine two communicative gestures (from a set of five targeted behaviors) to request or indicate choices in three out of five opportunities across three data collection sessions.

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☑Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward annual goals, via the Progress Report of Annual Special Education Goals (SE-17) at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

P132

415

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page __18__ of __35__

Student: Fulsang,

AREA OF NEED: Speech and Language

Goal # 2     Goal Name: S/L matching pictures/ objects

Begin Date: 11/23/2010     End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals) is inconsistent in his ability to finding the object to match with a photo.

**ANNUAL GOAL:**
will independently match a real object (3-D) with a photograph of that item (2-D), using 3 foods and 3 toys, in 4/5 opportunities across three data collection sessions.

Content Standard:

Evaluation Method(s):
- [x] Observation (documentation)
- [ ] Pre-Post testing
- [ ] Work Samples
- [ ] Curriculum-Based Assessment
- [ ] Criterion Ref. Test(s)
- [ ] Other

Person(s) Responsible:
- [ ] Student
- [x] Special Education Teacher
- [x] Speech/Language Pathologist
- [ ] Adapted PE Teacher
- [ ] Occupational Therapist
- [ ] Physical Therapist
- [ ] General Education Teacher
- [ ] Regional Center
- [ ] Department of Rehab
- [ ] Parent
- [ ] Mental Health Provider
- [ ] Other

Benchmarks/Objectives:

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE.12 (8-06)

P133

Current

AR 0685

416

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 19 of 36

Student: Fulsang, ███

AREA OF NEED: Speech and Language

Goal # 3     Goal Name: S/L receptive vocabulary

Begin Date: 02/09/2010     End Date: 02/08/2011

Baseline Performances: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
██ demonstrates understanding of "slinky" from a field of 3 when asked to identify.

Content Standard:

ANNUAL GOAL:
██ will demonstrate understanding of 5 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref./Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Department of Rehab
☐ Regional Center
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A. | ██ will demonstrate understanding of 3 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | 06/25/2010 |
| B. | ██ will demonstrate understanding of 4 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE'17), at least as often as parents are informed of their non-disabled pupil's progress. EC. 56345.10*

SE 12 (8-05)

Current

P134

417

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 20 of 35

Student: Fulsang

AREA OF NEED: Speech and Language

Goal # 4    Goal Name:  S/L rate of comm

Begin Date: 02/09/2010    End Date: 02/08/2011

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
___ uses a rate of communication of 1 act every 2 minutes to request snack and lunch items. He is not maintaining this rate across school day activities.

Content Standard:

ANNUAL GOAL:
___ will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 4 various activities.

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A. | ___er will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 2 activities. | 06/25/2010 |
| B. | ___ will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 3 various activities. | 11/30/2010 |

Evaluation Method(s):
- ☑ Observation (documentation)
- ☐ Pre-Post testing
- ☐ Work Samples
- ☐ Curriculum-Based Assessment
- ☐ Criterion Ref. Test(s)
- ☐ Other

Person(s) Responsible:
- ☐ Student
- ☑ Special Education Teacher
- ☑ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Regional Center
- ☐ Department of Rehab
- ☐ Parent
- ☐ Mental Health Provider
- ☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Current

P135

AR 0687

418

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  21  of  36

Student: Fuisang, ▉

AREA OF NEED: Fine Motor

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Pincer Grasp | ▉ will use a refined pincer grasp when picking up 20 pinto beans, individually, off a table, 4 out of 5 opportunities. | Met | |
| Prewriting | ▉ will imitate vertical and horizontal strokes, 4 out of 5 opportunities. | Progressing Towards | 30 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▉ is able to pick up objects with his fingers. He is able to make circular scribbles on paper and is beginning to visually attend more to his paper during art projects. ▉ has demonstrated interest in using loop scissors and is able to snip one time before letting go of the scissors. | ▉ needs to improve on his scissor use, ▉ continues to need to work on his prewriting strokes.

▉ has decreased attention to task for art projects in the classroom. |

Goal(s) Needed?  **Yes**

Goal # **1**     Goal Name:  **F/M Scissors**     Begin Date: 02/09/2010     End Date: 02/08/2011

Baseline Performance: *(quantitative data from assessment, observation, work samples and/or progress on prior goals)* ▉ is able to hold loop scissors on his own and with guidance to hold the paper, and is able to snip one time.

Content Standard:

**ANNUAL GOAL:**
▉ able to use loop scissors to make 5 continuous cuts across paper independently, 4 out of 5 trials across 3 educational sessions.

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | ▉ will be able to use loop scissors to make 3 snips on paper after initial set-up, 4 out of 5 trials across 3 educational sessions | 06/25/2010 |
| B | ▉ will be able to use loop scissors to make 3 continuous cuts across paper after initial set-up, 4 out of 5 trials across 3 educational sessions. | 11/30/2010 |

Evaluation Method(s):
☒Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Other

Person(s) Responsible:
☐Student
☒Special Education Teacher
☐Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

Current.

SE 12 (8-06)

P136

AR 0688

419

Student: Fulsang [redacted]

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 22 of 35

End Date: 02/08/2011

AREA OF NEED: Fine Motor

Goal # 2          Goal Name: Visual Attention to Projects

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
[redacted] currently is able to attend to his paper for painting and coloring activities for 3 to 5 seconds at a time.

ANNUAL GOAL:-
[redacted] will demonstrate improved visual attention and appropriate use of materials to be able to participate in a painting and/or coloring art project for 7 seconds independently, 3 out of 5 trials across 3 educational sessions.

Begin Date: 11/23/2010

Content Standard:

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech-Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice:A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Current

SE 12 (8-06)

P137

AR 0689

420

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 23 of 36

Student: Fulsang,

AREA OF NEED: Sensory Processing

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Arousal | _____ will increase the number of signs of increased arousal (smile, eye contact, vocalizes, plays with peers, refrain from putting his head on the table) when provided with gross motor activities (such as movement on a therapy ball) in 4 out of 5 opportunities. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs: |
|---|---|
| _____ has demonstrated a much better arousal level and is more aware of his surroundings. He is now able to jump on a trampoline with two feet demonstrating better bilateral coordination skills. He is demonstrating improved ideation and motor planning to initiate a variety of activities in the clinic and participate appropriately, including swings, trapeze, scooterboard, and obstacle course. He has also demonstrated much improved postural control on a variety of swings. | _____ continues to need to work on his visual attention and higher level motor planning skills. |

Goal(s) Needed?  Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

SE 12 (8-06)

P138

Current

AR 0690

421

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  24  of  36

Student: Fulsang,

AREA OF NEED: Sensory Processing

Goal # 1    Goal Name: S/P Motor Planning    Begin Date: 02/09/2010    End Date: 02/08/2011

Baseline Performance: *Quantitative data from assessment, observation, work samples and/or progress on prior goals)    Content Standard:

[blank] does not consistently imitate simple motor actions. He is just beginning to imitate rolling playdough. He has a difficult time imitating actions that relate to his own body, such as clapping hands, or touching his head.

ANNUAL GOAL:

In order to demonstrate improved motor planning skills for classroom activities, [blank] will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration and verbal prompting with 80% accuracy over charted opportunities.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | In order to demonstrate improved motor planning skills for classroom activities, [blank] will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration and 3 physical prompts with 50% accuracy over charted opportunities. | 06/25/2010 |
| B | In order to demonstrate improved motor planning skills for classroom activities, [blank] will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration 1 physical prompt with 65% accuracy over charted opportunities. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as his parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)    Current

P139

422

ADMINISTRATIVE RECORD FOR MATTER 2012050785       02/25/2014              692 of 1332

Page 25 of 36

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

· Student: Fuisang,

AREA OF NEED: Sensory Processing

Goal # 2      Goal Name: S/P Visual Attention      Begin Date: 02/09/2010      End Date: 02/08/2011

Baseline Performance:*(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
___ does not always look when throwing at a target, and he does not always throw his beanbag at the right time while swinging on a swing. ___ accuracy ranges from 30% to 50% accuracy when throwing at a target.

**Content Standard:**

**ANNUAL GOAL:**
In order to demonstrate improved visual attention and motor planning, ___ will be able to throw a beanbag into a target while swinging on a swing independently with 80% accuracy over charted opportunities.

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Other

Person(s) Responsible:
☐Student
☐Special Education Teacher
☐Speech/Language Pathologist
☐Adapted PE Teacher
☑Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | In order to demonstrate improved visual attention and motor planning, ___ be able to throw a beanbag into a target while swinging on a swing with verbal prompts as needed to attend to the target with 60% accuracy over charted opportunities. | 06/25/2010 |
| B | In order to demonstrate improved visual attention and motor planning, ___ will be able to throw a beanbag into a target while swinging on a swing with two verbal prompts after initial instruction, 70% accuracy over charted opportunities. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

-SE 12 (6-06)

Current

P140

**AR 0692**

423

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS

Page 26 of 36

Student: Fulsang,

**A. Federal Setting**

Federal Setting School:

Federal Setting Preschool: Separate Class

**B. Assessment Information**

The following ☐ tests ☐ evaluations ☐ records ☐ reports were used to determine the students eligibility and/or Special Education services:
Carolina Curriculum for Infants and Toddlers with Special Needs; (Third Edition)
Review Records
DRDP

**C. Support for Transition**

ITP not required for this student.
Grade Level Change N/A    Program Type: N/A
School Type: N/A

Description of supports for transition:

**D. Participation in General Education**

☒ Lunch, Recess, Passing    ☒ School Day Activities
    Periods
☐ Other

To what extent is the student not in the general education setting? In your discussion, include such things as: class activities, school activities, issues related to possible "harmful effects" of placement:
General education limits ████ ability to participate, and he requires additional support and smaller class size.

Explain why services that the student is to receive can not be provided in the general education setting.

████ disable and identified unique educational needs require intensive specialized instruction that cannot be fully addressed through participation in general education. Due to these deficit cannot fully benefit from a general education setting.

62   % of time outside the regular education classroom for special education services

**E. English Language Learner Information:**    ☒ No    ☐ Yes

**F. Options**

| | Considered | Recommended |
|---|---|---|
| General Education | ☒ | ☒ |
| Designated Instruction and Services | ☒ | ☒ |
| Resource Services (consult/collaborative) | ☐ | ☐ |
| Resource Specialist Program | ☐ | ☐ |
| Special Day Class | ☒ | ☒ |
| Referral for County Program Consideration | ☐ | ☐ |
| Non-Public School | ☐ | ☐ |
| State Special School Referral | ☐ | ☐ |
| Home/Hospital | ☐ | ☐ |
| Instruction in non-classroom setting | ☐ | ☐ |
| Alternative Education | ☐ | ☐ |
| Other | ☒ | ☐ |

Current

SE 13 (8-03)

424

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS

Page 27 of 36

Student: Fulsang, ▮

## G. Discussion of LRE and Placement

| Program/Service *Indicates Primary Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction, Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 16) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated * | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech ✓ | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 20 min = 0.33 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 45 min = 0.75 hrs | Yes |
| Language and speech | 05/21/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 15 min = 0.25 hrs | Yes |
| SDC public integrated | 09/07/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | 09/07/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 15 min = 0.25 hrs | Yes |
| Language and speech | 09/07/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |

(Services provided per school schedule and calendar. Non-student days are excluded.)

| Service | Notes: |
|---|---|
| SDC public integrated | 02/09/2010-02/09/2011: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 3 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar with mainstreaming occuring 2 days a week (Tuesdays and Thursdays) for 3.75 hours each day (9-12:45pm). |
| Language and speech | 2/9/10-2/9/11: Group speech therapy 1 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar. Group size not to exceed 3 children including ▮ |
| Occupational therapy | 2/9/10 - 2/9/11: Individual Occupational Therapy 1 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar. |
| Occupational therapy | 2/9/10 - 2/9/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. |
| Language and speech | 5/21/10-2/9/11: Individual speech therapy 2 x 15 minutes per week at the Harper Preschool, as per the traditional school year calendar. |
| SDC public integrated | *9/07/10-2/09/2011: Participation in ABA (Seahorse) SDC classroom at Mariners Elementary site for 6 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar with mainstreaming occuring 2 days a week (Tuesdays and Thursdays) for 3.75 hours each day (9-12:45pm). |
| Language and speech | 9/07/10-2/09/11: Individual speech therapy 2 x 15 minutes per week at the Mariner's Elementary School, as per the traditional school year calendar. |
| Language and speech | 9/07/10-2/09/11: Group speech therapy 1 x 30 minutes per week at the Mariner's Elementary School, as per the traditional school year calendar. Group size not to exceed 3 children including ▮ |

Program setting for infant service (for ages 0-2 only):

SE 13; (8-03)

Current

P142

425

Newport-Mesa Unified School District
Individualized Education Program
ACCOMMODATIONS, SUPPORTS AND SERVICES

Page 28 of 36

Student: Fuisang

**A. Participation in Statewide and District Assessment Programs:**

Participation in Statewide assessment programs:

CAHSEE:  Not to participate at all in any statewide assessment program

STAR English Language Arts:  Not to participate at all in any statewide assessment program

STAR Math:  Not to participate at all in any statewide assessment program

STAR History:  Not to participate at all in any statewide assessment program

STAR Science:  Not to participate at all in any statewide assessment program

STAR Writing:  Not to participate at all in any statewide assessment program

Tests identified accommodations/modifications are necessary for enabling the student to demonstrate knowledge, ability, skills, or mastery, and should be consistent with those identified in the instructional setting to give the student access to the curriculum.

Specific variations, accommodations and modifications to be used in testing:

| Type of Variation, Accommodation or Modification | CAHSEE | English Lang Arts | Math | Science | History | Writing | CELDT | District Testing | Classroom Tests |
|---|---|---|---|---|---|---|---|---|---|

☐ Student will take the Standards-based Tests in Spanish (STS) using CST variations/accommodations/modifications listed above.

Note: Students participation in the California Physical Fitness Tests will receive the Variations, Accommodations, or Modifications listed above, if they directly apply to the testing situation. (Refer to the Testing Variations, Accommodations, and Modifications chart published by the California Department of Education.)

☐ Desired Results Developmental Profile to be used (Ages 3-5)      Test Type:

Adaptations allowed:

**B.** Program modifications, supplementary aids, and accommodations (including effect on grading) for the student to progress in general education and/or activities:

ABA Shadows classroom
Care Plan for mouthing by school nurse

**C.** Supports / modifications provided to school personnel to enable student to advance toward attaining annual goals, progress in general education, and/or participate in general education and/or activities, and be educated and participate with other children with and without disabilities (i.e. trainings, materials):

Considered but not required

SE 13 (8-03)

P143

AR 0695

426

Newport-Mesa Unified School District
Individualized Education Program
ACCOMMODATIONS, SUPPORTS AND SERVICES

Page    29    of    36

Student: Fuisang,
D. Physical Education:
General Ed

E. Low Incidence Disability: ☑ No    ☐ Yes, see Notes Page

F. Consideration of Assistive Devices and Services:
Does the student require assistive devices and/or services to make progress toward IEP goals at this time?    ☑ No    ☐ Yes, the following is/are recommended:
-Devices, services and curricular interventions currently available at the school site can meet the student's needs at this time:    ☐ Yes    ☐ No, see Notes page.

G. Promotion/Retention (Grades 2 - 9):

Not Applicable (outside of grade range)

Current Performance (Grades 2 - 9):

Student is meeting the standards identified above: ☐ Yes    ☐ No, see Notes page.

H. High School Completion Plan (must be 16 years old or younger if appropriate)

☑ Not Applicable
- Notice: Algebra I or the equivalent is required to earn a regular high school diploma.
- Notice: Effective with the graduating class of 2006, in addition to completing the district course of study, all students in California must pass the California High School Exit Exam (CAHSEE) to earn a regular high school diploma.

1. The requirements for high school graduation have been explained to me:
    ☐ Student Initials (if appropriate) _____    Date: _____
    ☐ Parent Initials _____    Date: _____

2. At this time, student is working toward earning:
    ☐ Certificate: will have completed course of study or reached maximum age
    ☐ Diploma: will have met all general education graduation requirements

REQUIREMENTS FOR GRADUATION WITH A DIPLOMA
    1. Credits: Total required: _____    Currently has earned: _____
    2. California High School Exit Exam (CAHSEE)

| Area | Pass OR Waiver | | Date |
|------|------|------|------|
| Math | ☐ Pass | ☐ Waiver | _____ |
| English-Language Arts | ☐ Pass | ☐ Waiver | _____ |

    3. Anticipated date of high school completion: _____

Current

SE-13 (8-03)

P144

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     697 of 1332

Page  30  of  36

Current

**Newport-Mesa Unified School District**
Individualized Education Program
MEETING NOTES

Student: Fulsang, _____

**MEETING SUMMARY**

**TAPE RECORDING (SE 9):**
Meeting Tape Recorded?   ☐ Yes   ☒ No

**MEETING DURATION (SE 9):**
Scheduled: Tuesday February 9, 2009
Start: 2:30PM
End: 3:30PM

**INTRODUCTIONS (SE 8):**
Introductions were made at the beginning of the meeting. The following team members were present: Donna Manea, special education teacher; Heather Manns, general education teacher; Melissa Wiley, speech therapist; Maureen Cottrell, special education coordinator/principal.

**REVIEW OF PARENTAL PROCEDURAL SAFEGUARDS (SE 8/ has Parental Acknowledgement)**
☑ Parent waived reading and/or review of Parental Procedural Safeguards
Presented previously and reviewed'

**PURPOSE OF THE MEETING (SE 8, SE 9):**
Conduct Annual IEP meeting

**STUDENT AND PARENT/GUARDIAN INFORMATION VERIFICATION (SE 9):**
Birth certificate and proof of residency on file with the district

**PROGRESS ON PRIOR GOALS (SE 10):**
Progress on prior goals were reviewed.

**EVALUATION RESULTS - Summary of Outcomes from:**
SE  7 Assessment Plan
SE 32 Multidisciplinary Team Assessment Report
SE 33 Assessment Documentation - Specialist
SE 34 Assessment Documentation - Teacher
SE 35 Documentation of Learning Disability Discrepancy using Non-standardized Assessment Data

Multidisciplinary Team Assessment Report

**PRESENT LEVELS OF PERFORMANCE (SE 11):**
Reviewed by specialist.

**ELIGIBILITY SUMMARY (for Initials and Triennials (SE 19 - 22):**
☐ meets eligibility for Autistic-like behaviors under the California Education Code.

SE 13 (8-03)

P145

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Page 31 of 36

Student: Fulsang,

**GOALS AND OBJECTIVES (SE 12):**
Goals/benchmarks were presented and incorporated into this document for all areas for suspected disability.

**PROGRAM CONSIDERATIONS – Consideration of General Ed Participation, Placement, Services, Transition, LRE and ELL (SE 13):**

Classroom:
2/09/10 - 2/09/11: Participation in ABA (Seaborne) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar. Mainstreaming occurs every Tuesday and Thursday with neighborhood friends from 9am-12:45pm (3 hrs, 45 minutes) and daily for 30 minutes during gross motor/outdoor play.

Speech Services:
2/09/10 - 2/09/11: Group speech therapy 2 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar.

Occupational Therapy:
2/9/10 - 2/9/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. Individual occupational therapy 1 x 30 minutes per week at Harper Preschool, as per the traditional school year calendar.

ESY:
6/29/10-7/27/10 ABA SDC class for 5 days a week/4 hours daily.

6/29/10-7/27/10 DIS Speech to occur one time per week, 30 min, group sessions

6/29/10-7/27/10 OT to occur one time per week, 30 min, group sessions.

7/22/10- 8/12/10 ABA SDC class for 2 days a week/4 hours daily.

**ACCOMMODATIONS, SUPPORTS AND SERVICES (SE 14):**
Section F. CONSIDERATION OF ASSISTIVE DEVICES AND SERVICES

**SPECIAL TRANSPORTATION (SE:9):**
Rationale: qualifies for curb to curb transportation due to age and disability

**EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES RECOMMENDED AND OFFERED (SE 9):**
Rationale: qualifies for Extended School Year (ESY) as maintenance for Summer 2010.

| Program/Service * Indicates Primary Service | Projected Start | End | Anticipated Location (Site) | Setting | Mode | Frequency | | Min/Hrs Per Session |
|---|---|---|---|---|---|---|---|---|
| SDC public-integrated | * 06/30/2009 | 07/28/2009 | Public | Special Ed | Group; Direct | 5 | per week | 240 min = 4.00 hrs |
| Specialized academic instruction | 07/28/2009 | 09/13/2009 | Public | Special Ed | ; Direct | 4 | per week | 240 min = 4.00 hrs |
| Language and speech | 06/29/2010 | 07/27/2010 | Public | Special Ed | Individual; Direct | 1 | per week | 15 min = 0.25 hrs |
| Occupational therapy | 06/29/2010 | 07/27/2010 | Public | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs |
| Language and speech | 06/29/2010 | 07/27/2010 | Public | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs |

NOTICE: An IEP Addendum meeting will be held in the event that a change in the above-described Program/Services is necessary.

SE 15 (8-03)

Current

P146

AR 0698

429



Page: 32 of 36

Current

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Student: FuiSang,
NEXT IEP MEETING (SE 9):
Next Annual IEP to be held on or before 2/09/2011.

SE 15 (8-03)

P147

AR 0699

Newport-Mesa Unified School District

Individualized Education Program

MEETING NOTES

Page ___33___ of ___36___

Student: Fulsang ███████

**ADDITIONAL NOTES:**

An annual IEP was held today for ██ Fulsang. Donna Manea, special ed preschool teacher, reviewed ██ progress on current goals. ██ has met 1 out of 2 readiness goals, and Ms. Manea noted that ██ has been ████ing options more completely and using signs more precisely. SHE reported that he has met 1 out of 2 his social goals. Ms. Manea said that ██ is not yet looking at his communication partner even though he is handing picture cards or materials. Ms. Fulsang described that if she has food for him he will make eye contact to request. Mr. Fulsang said that ██ hears food (e.g. crunching) he will look but not to videos or other sounds. Linda Názquez, school nurse, reviewed ██ past audiological test results and parents' concerns. She suggested that ██ may be more responsive to audiological testing at this time and that family might consider an new reference of a hearing test. ██ did not meet his 2 behavior goals and self help goals.

Melissa Wiley, SLP, reported on ██ progress on his Speech and Language goals. He has met 3 out of 5 speech goals, including using PECS to request items, following routine one step directions, and using simple gestures. Ms. Wiley reported that ██ is making progress in receptive vocabulary but has not yet been able to point to 8/10 items named. She said that ██ is consistently using a sign for more at school. Mrs. Fulsang said ██ is beginning to sign all done at home. She also said that ██ is beginning to make new sounds at home which appear to be his attempt to sing songs and say Mom. Ms. Manea stated that ██ appears to be very interested in music and singing in the classroom.

Jennie Ni, OT, reported that ██ has met 1 out of 2 fine motor goals and he met his sensory processing goal. He is able to use a pincer grasp and can initiate a vertical stroke, but not yet a horizontal stroke. Ms. Ni reported that ██ has met his 2 gross motor goals. She said that he is responding sooner and more consistently to input in the environment and does not require extra movement to stay alert and partici██

The following unique educational needs were identified and reviewed with Mr. and Mrs. Fulsang:

*Readiness
  --Sorting by Size
  --Puzzles
*Self-Help
  --Toileting Routine
  --Hand Washing Routine
*Behavior
  --Calming Strategy
  --Safety Awareness
  --Respond to Name
*Social/Emotional
  --Visual Regard
  --Peer Interaction
*Receptive Language
*Vocabulary
*Expressive Language
*Fine Motor
  --Emotions
*Pragmatic Language
*Rate of Communication
*Fine Motor
  --Scissors
  --Prewriting
*Sensory Processing
  --Visual Attention
  --Motor Planning

Ms. Manea reviewed the proposed goals for this IEP. For Readiness, ██ goals include sorting objects by size and completing 3 piece puzzles. For Self Care, ██ will be working toward participating in the hand washing routine as well as toileting routine. In Behavior, Ms. Manea described the goals for use of a calming strategy, safety awareness, and response to name. Under Social/Emotional, ██ goals include increasing his visual regard during communication acts and handing objects to peers. Mrs. Wiley presented the new goals for Speech and Language, including receptive vocabulary, use of picture symbols, combining 2 symbols on a sentence strip, and increasing his rate of initiating communication. Ms. Ni described ██ proposed fine

SE 15 (8-03)

Current

Newport-Mesa Unified School District

Individualized Education Program

Page 34 of 36

**MEETING NOTES**

Student: Fuisang,

Ms. Manoa reviewed the proposed goals for this IEP. For Readiness, his goals include sorting objects by size and completing 3 piece puzzles. For Self Care, ████ will be working toward participating in the hand washing routine as well as toileting routine. In Behavior, Ms. Manoa described the goals for use of a calming strategy, safety awareness and response to name. Under Social/Emotional, ████ goals include increasing his visual regard during communication acts and handling objects to peers. Ms. Wiley presented the new goals for Speech and Language, including receptive vocabulary, use of picture symbols, combining 2 symbols on a sentence strip, and increasing his rate of initiating communication. Ms. Ni described ████ proposed fine motor and sensory processing goals, including tracing lines, using scissors, motor planning and visual attention.

The IEP team recommends the following Free Appropriate Public Education (FAPE) offer:

**Classroom:**
2/9/10 - 2/08/11: Participation in ABA (Scaforce) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar. Mainstreaming occurs every Tuesday and Thursday with neighborhood friends from 9am-12:45pm (3 hrs, 45 minutes); and daily for 30 minutes during gross motor/outdoor play.

**Speech Services:**
2/9/10 - 2/08/11: Small group speech therapy 2 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar.

**Occupational Therapy:**
2/9/10 - 2/8/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. Individual occupational therapy 1 x 30 minutes per week at Harper Preschool, as per the traditional school year calendar.

**ESY:**
6/29/10-7/22/10 ABA SDC class for 5 days a week/4 hours daily.

6/29/10-7/22/10 DIS Speech to occur one time per week, 30 min. group sessions

6/29/10-7/22/10 OT to occur one time per week, 30 min. group sessions.

7/22/10- 8/12/10 ABA SDC class for 2 days a week/4 hours daily.

The DRDP assessment is given twice a year, in October and March, and it is given to 3, 4, and 5 year old preschool children.

There are two formats:

1. DRDP-R (Revised), for preschool to Kindergarten
2. DRDP access, birth to Kindergarten

Which ever test is given in the fall, must be administered in the spring. We are to select the developmentally appropriate test.

Test selection: DRDP-A

Participation in the DRDP assessment allows California to comply with the federal law, allow educators to better monitor programs by tailoring education and training programs for staff, to assist teachers in providing parents with additional information regarding their child's growth and development.

████ qualifies for curb to curb transportation due to age and disability.

████ ████ Fuisang's program and services will not be provided at Harper Preschool next year. The program and services will be provided at Mariner's Elementary effective 9/07/10 and continue through the annual review. Parents gave permission to waive a full team IEP meeting, including having a general and teacher present. They agreed to having this Addendum presented to them for their review.

| | PERSON RESPONSIBLE | DATE DUE |
|---|---|---|

**FOLLOW-UP ACTIVITY**

SE 15 (8-03):                                                                                                                Current

P149

432

Page 35 of 36

Current

Newport-Mesa Unified School District
Individualized Education Program

SE 15 (8-03)

P150

Page 35 of 35

**Newport-Mesa Unified School District**
**Individualized Education Program**
**PARTICIPANTS AND CONSENT**

Student: Fulsang,

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Education Program:

* Indicates participants not required if student is attending Adult Transition program.

| Name | Role | Signature |
|------|------|-----------|
| Fulsang, Eric | Father | |
| Murphy, Kathy M. | Administrator | |
| | Speech-Language Pathologist | |
| Steinman, Leah | Special Ed Teacher | |
| | Classroom teacher | |
| Fulsang, Amelia | Mother | |
| N. Jennie- | Occupational Therapist | |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION**    *Please initial each applicable statement below:*

☑ I have been advised of and given a copy of the special Education Procedural Safeguards.

☑ I had an opportunity to participate and help develop the IEP.

☑ I request a copy of this Individualized Education Program to be provided in my primary language.

☑ I have received a copy of the IEP and assessments (if any).

Did the school district facilitate parent involvement as a means of improving services and results for your child?

☑ Yes    ☐ No    ☐ No Response

☐ I CONSENT to this Individualized Education Program.

☐ I CONSENT to this Individualized Education Program EXCEPT for the following:

☐ I DO NOT CONSENT to this Individualized Education Program.

☐ Meeting was not completed and a follow up will/has been scheduled to finalize IEP

☐ Meeting completed, parents will review documents and provide a response to the offer of FAPE.

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language; if my language is not written, this information will be translated orally or manually.

Parent/Guardian: _____    Date: 11/23/10

Parent/Guardian: _____    Date: 11/23/10

**C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS**

☐ Parent/Guardian agreed to waive advanced written notice    Final Notice Letter:

☑ IEP Meeting Notice sent on: 11/23/2010    Follow-up notice:

☐ Parent/Guardian unable to attend and was sent a copy of IEP, Parent Rights and Procedural Safeguards.    Date:

SE 15 (8-03)

P151

AR 0703

434

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsang,
Date of Birth: 03/14/2006

## Newport-Mesa Unified School District

### PSYCHOLOGICAL-EDUCATIONAL MULTIDISCIPLINARY ASSESSMENT





EXHIBIT

5-12

10 | 15 | 13

### CONFIDENTIAL

STUDENT: ████ Fulsang                 DOB: 3/14/06       CA: 4-10
LANGUAGE: English                        PARENTS: Eric and Aneida Fulsang
DATE OF REPORT: 02/04/2011          GRADE: Preschool
DATE(S) OF ASSESSMENT: 1/7, 1/13, 1/18, 1/20, 1/26, 1/27, 1/28/2011

### MULTIDISCIPLINARY TEAM

SCHOOL PSYCHOLOGIST: Eby Kent
PRESCHOOL TEACHER: Leah Steinman
SCHOOL NURSE: Denise Ellis
SPEECH PATHOLOGIST: Kathy Murphy
OCCUPATIONAL THERAPIST: Jennie Ni
OCCUPATIONAL THERAPIST STUDENT: Brooke Beverage

*Please note: It is difficult to measure the abilities of young children accurately; they do not always understand the need to "do their best" and they develop rapidly in many ways. Yet, it is necessary to attempt such a measurement to provide service to a child suspected of having a developmental delay. It is therefore important to stress that the information and determination contained within this report is to be used to provide appropriate programming for your child at this point in time. It is not intended to make predictions about his or her future.*

### REASON FOR REFERRAL

The Newport-Mesa Unified School District conducted an initial assessment of ████ in 2009 to determine his eligibility for special education and related services. This referral for additional assessment is based on a referral from the IEP team, due to limited academic and social progress. This information will be used to update present levels of performance and make educational decisions about ███'s program. The assessment results shall be shared with the IEP team and ████'s IEP will be revised to the extent appropriate at that time.

Based on the relevant information which has been made available to the District to date, it is suspected that ████ has one of more impairments in the areas(s) of:

Page 1 of 48

P155

Confidential Pupil Record                                                      Fulsang, ██████
Date of Report: 02/04/2011                                    Date of Birth: 03/14/2006

speech, receptive language, expressive language, including morphology, syntax, semantics or pragmatics, general intelligence, cognitive abilities, including association, conceptualization and expression, fine motor, sensory processing, sensory-motor processing, attention, behavior, social skills, social-emotional functioning, autistic-like behaviors, self-help/adaptive behaviors

Further data will be obtained from concurrent assessment(s) conducted by the School Nurse, School Psychologist, Speech and Language Pathologist, Occupational Therapist, and Preschool Special Education Teacher.

| PRIMARY LANGUAGE OR OTHER MODE OF COMMUNICATION |
|---|

According to the Newport-Mesa Unified School District (N-MUSD) Home Language Survey, parents indicated that ██████ primary language is English. He was assessed by the clinicians in his primary language.

| BACKGROUND INFORMATION |
|---|

A.    Educational History
██████ is currently a preschool student in Mrs. Steinman's ABA Special Day Class at Mariner's Elementary School (N-MUSD).

Parents were first concerned with ██████'s development at nine months of age as they noted some atypical behaviors such as head banging, odd repetitive behaviors, delayed speech, and limited eye contact. Parents also noted that the head banging behaviors no longer existed after that period. ██████ was referred to Regional Center of Orange County (RCOC) by their neighbors and pediatrician. He met eligibility for Early Start services on in June of 2008 under the category Developmental Delay.

He began receiving the following services through ACES; 10 hours of direct in home ABA therapy services, one hour of individual speech therapy, and one hour for parent trainings. He also received one hour of occupational therapy provided by United Cerebral Palsy (UCP). ██████ has no history of attending a preschool setting to date.

After his initial assessment by the NMUSD, ██████ began attending an SDC class in March of 2009 for 5 days per week for 315 minutes per day. He also received occupational therapy (OT) 1 time per week for 45 minutes (group; direct) and 1 time per week for 45 minutes (individual; direct) and language and speech services 2 times per week for 30 minutes each. The team recommended that ██████ attend ESY for the summer of 2009 with the following services; (6/30/2009-7/28/2009) ABA SDC class for 5 days a week for 240 minutes each, DIS Speech one time per week for 30 minutes group sessions, OT one time per week for 30 minutes group sessions and OT one time per week for 30 minutes individual sessions, and (7/29/09- 8/13/09) ABA SDC class for 2 days a week for 24 minutes each.

An addendum IEP was held on May 21, 2010. The following services were recommended; SDC class 5 days per week for 315 minutes per day, OT 1 time per week for 45 minutes (group; direct) and 2 times per week for 20 minutes each (individual; direct), and language and speech services 1 time per week for 30 minutes (group; direct) and 2 times per week for 15 minutes each (individual; direct). The team recommended that ██████ attend

Page 2 of 48

P156

AR 0705

436

Confidential Pupil Record                                                                                         Fulsang,
Date of Report: 02/04/2011                                                              Date of Birth: 03/14/2006

ESY for the summer of 2010 with the following services; (6/29/2010-7/27/2010) ABA SDC class for 5 days a
week for 4 hours daily, DIS Speech one time per week for 30 minutes group sessions, OT one time per week for
30 minutes group sessions and (7/28/10- 8/12/10) ABA SDC class for 2 days a week/4 hours daily,

## CURRENT TESTING AND ASSESSMENT MATERIALS

The testing and assessment materials and procedures used for this assessment were selected and administered so
as not to be racially, culturally, or sexually discriminatory. The tests and other assessment materials have been
validated for the specific purpose for which they were used, and were administered in conformance with the
instructions for the test or other assessment materials. The tests and other assessment materials include those
tailored to assess specific areas of educational need. No single procedure was used to analyze a child's
eligibility for special education or determine appropriate educational programming.

Review of N-MUSD Confidential File
- IEP Document 02/2009, 05/2009, 02/2010, 04/2010, 15/2010, 06/2010, 11/2010.
- Developmental Assessment from Interagency Assessment Center; 06/2008
- Progress Report from ACES, Inc. (Aces Comprehensive Educational Services); 12/2008
- Progress Report from ACES, Inc.; 02/2009
- NMUSD Preschool Multidisciplinary Evaluation; 02/2009
- NMUSD Care Plan- Mouthing Objects; 02/2009

Review of Health and Developmental Records
- Newport-Mesa Audiology, Balance & Ear Institute, Inc., report of a Diagnostic Pediatric Audiological
  Evaluation dated 5/7/08
- Hoag Memorial Hospital report of a Newborn Physical/Progress Notes dated 3/18/06

Review of Health and Developmental History
Parent Interview
- Interview with Mr. and Mrs. Fulsang with School Nurse on 1/26/2011
- Interview with Mrs. Fulsang with School Psychologist on 1/28/2011

School Staff Interview
- Interview with Mrs. Steinman with School Psychologist on 1/27/2011

Clinical Observations
- Classroom observation by School Psychologist on 1/13 and 1/27/2011
- Classroom observation by Special Day Class Teacher on 1/27 and 1/28/2011
- Recess observation by School Psychologist on 1/31/2011

Assessments Administered:
- Adaptive Behavior Assessment System-2nd Edition (ABAS-II)
- Childhood Autism Rating Scale- 2nd Edition Standard Version (CARS-2ST)
- Clinical observations of eye/hand usage, postural responses, attention to task, neuromuscular
  development, sensory processing (registration, integration and modulation), motor planning and
  environmental interactions.
- Communication and Symbolic Behavior Scales Developmental Profile (CSBS DP)
- Developmental Assessment of Young Children (DAYC)
- The HELP (derived from "Hawaii Early Learning Profile")
- Mullen Scales of Early Learning AGS Edition

Page 3 of 48

P157

**AR 0706**

437

ADMINISTRATIVE RECORD FOR MATTER 2012050785 ... 02/25/2014 ...          707 of 1332

Confidential Pupil Record                                              Fulsang,
Date of Report: 02/04/2011                                   Date of Birth: 03/14/2006

- The Peabody Developmental Motor Scales-2 (PDMS-2), the fine motor subtests (grasping and visual motor integration).
- Preschool Functional Educational Checklist completed by Leah Steinman, ▮ teacher.
- Preschool Language Scales-Fourth Edition (PLS-4)
- Sensory Processing Measure – Preschool School Form completed by Leah Steinman, ▮'s teacher.
- Sensory Processing Measure – Preschool Home Form completed by Eric Fulsang, ▮'s father.
- Sensorimotor History Questionnaire for Preschoolers completed by Leah Steinman, ▮'s teacher.
- Symbolic Play Scale

| HEALTH AND DEVELOPMENTAL HISTORY/MEDICAL FINDINGS |
|---|

Name: ▮ Fulsang     DOB: 3-14-06     Date: 1-26-11
School: Mariners Elementary School     Grade: Pre-K

Triennial Report

**Summary of significant medical or health findings:**
Information obtained from school health records, observation during screening, and parent phone interview on 1-26-11.

- ▮ is a 4 yr 10 mo old who attends Pre-Kindergarten at Mariners Elementary School.
- He is in good general health, has no known allergies, and takes no daily medications. Mother states he is a "good eater and likes school very much".
- There have been no new health issues since the last assessment was completed on 1-16-09. ▮ has been to his Dentist in the last month without any concerns. He has not required a sick visit to his Primary Care Physician in over a year.
- Vision screening consisted of tracking a bright light right to left, left to right and up and down. Convergence was observed when both eyes simultaneously moved inward as object moved closer to his nose. Mother has no concern about his vision.
- Hearing screening results were difficult to obtain with state mandated headphone screening; ▮ was not a candidate to wear the headphones due to his inability to comprehend the rationale for the testing. He was sensitive to the door opening and turned his gaze towards the door as it was opening. He also looked right when he heard a desk drawer close. His health file has a report from Newport Audiology dated 5-7-08 indicates a speech and language delay with normal middle ear function bilaterally. According to ▮ initial NMUSD Health and Developmental History dated 1-16-09, results from the Newport Audiology evaluation were "sufficient to rule out a hearing loss". Parent agrees his hearing to be intact.
- Dental screening results reveal no visible caries or gum disease.
- The school nurse will provide ongoing health assessments and medical/nursing services as needed for this student.

Page 4 of 48

P158

AR 0707

438

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    708 of 1332

Confidential Pupil Record                                                    Fuisang,
Date of Report: 02/04/2011                                          Date of Birth: 03/14/2006

## OBSERVATIONS

**A.    Test Behavior**

    ■ was observed by the School Psychologist over one formal testing session. Testing was conducted at Mariners Elementary School (N-MUSD) with a variety of psycho-educational measures administered on an individual basis. ■ transitioned easily to the testing room with the School Psychologist. He walked to the other side of the campus while holding the examiner's hand. The examiner used his token board and two reinforcers (ball and dinosaur) to reinforce ■ for his appropriate behavior throughout the session. ■ responded well to physical and tangible reinforcers. He would transition back after a reinforcement period when the examiner said "all done" and held out her hand. ■ demonstrated inconsistent eye contact toward the examiner and toward the stimuli. He attempted all items, but did not always understand the tasks presented. ■ demonstrated appropriate effort throughout the session. On two occasions, he needed a reminder to sit down and was compliant to the directive. He was able to use the restroom with minimal supervision during the testing session. He needed a reminder to wash his hands, but was able to pull his pants up and down independently. ■ demonstrated self-stimulatory behavior (i.e. handflapping, head shaking, and vocalizations) during the assessment process. The results of the assessment are judged to be a valid estimation of his abilities at this time.

**B.    Classroom Observation**

Classroom Observation 1.13.2011 10:02-10:34

10:02 – ■ was observed in his classroom during Centers. He was at a table with Ms. Leah and one other student. ■ was working on matching. Ms. Leah indicated that they had been working on this skill for approximately two weeks. ■ was in reinforcement time when Ms. Leah indicated "all-done". ■ complied by handing over his reinforcer. Ms. Leah reminded ■ that he was working for tokens. Ms. Leah presented a field of 3 animals, naming the animals as she placed them in front of ■ While holding a book up, with a picture of one of the animals, she said, "give me ___ (and would name the item)". ■ was able to choose the correct animal on the first choice in 1 out of 5 trials (20%). When given one additional prompt, his success increased to 40% and with two additional prompts he was able to choose the correct animal 100% of the time. The prompts included a verbal "no" to indicate a wrong choice, a physical cue to stop his hand from giving the wrong animal, and/or a gestural cue toward the correct animal. ■ required 7 reminders to not grab the animals and crunch them up.

10:05 – ■ was given reinforcement time after earning 5 tokens. He chose a reinforcer from a field of two. ■ transitioned back from reinforcement time easily.

10:08 – ■ was presented with the matching task again; however the field was reduced to two animals. ■ was able to successfully choose the correct animal 2 out of the 4 trials (50%) and when given one additional prompt his success increased to 100%. When presented with a field of 3, ■ required two prompts prior to picking the correct animal. He appeared very attentive to the animal in the book, but required prompting to look at the field of choices. ■ was reinforced verbally and with tokens for being calm (not grabbing choices) and for good work.

10:11 – ■ was given reinforcement time after earning 5 tokens. He tried to choose both reinforcers, but was prompted to choose one. He complied (+)

Page 5 of 48

P159

**AR 0708**

439

Confidential Pupil Record                                                                                            Fulsang,
Date of Report: 02/04/2011                                                                            Date of Birth: 03/14/2006

10:15 – The class was given a one minute warning. Ms. Leah asked ⬛ by saying *do this*, to imitate movements. She had him touch head (+), bounce hands on table (+), put hands in air (-), additional prompt to put hands in air (P+), and touch nose (+). She then verbally instructed ⬛ *touch nose* without providing a visual cue, but ⬛ did not comply (-). She imitated touching nose and said *do this* and ⬛ complied (+), verbal request to *touch nose* (-) and then gave hand over hand assistance (P+), imitative request to touch nose (+), and touch head (+). ⬛ imitated successfully without additional prompts 85.7% of trials, but was not able to successfully point to body parts when verbally requested without given a visual cue.

10:17 – ⬛ required an additional prompt to transition. When he sat down at the table, he was shown a reinforcement ball. ⬛ pointed at the ball. He was verbally reinforced and then given the ball. Again he was at a table with one adult and one peer.

10:21 – The aide indicated while holding out her hand, *my turn*, and ⬛ gave the ball to her. The aide requested, ⬛ *stand up* and he complied (+). Then requested *Come here*, but he did not comply and required a physical redirection before complying. (-P+) The activity was to make a monkey and the first step was to cut out the body of the monkey. ⬛ was handed a pair of scissors, but he had difficulty placing his fingers in the scissors correctly and had the scissors upside down. He was given two additional prompts (PP). ⬛ was directed to hold the paper up (-P+) and to look at the paper (-). The aide moved the paper in ⬛ line of vision to gain his attention. He required hand over hand assistant, but was able to squeeze independently when given verbal prompts. He dropped the paper in the garbage and was verbally directed *not done pick up*, however he required additional prompts and then hand over hand assistance to get his paper (-P-P-). ⬛ began to get the hang of the cutting activity and had a smile on his face. He continued to need verbal prompts to look at the paper. He attempted to sit or lean on the aide while cutting, but was encouraged to stand. ⬛ dropped the scissors on the ground. The aide directed him *get scissors* while giving him a gestural prompt and ⬛ complied (+). When he completed the cutting activity, he turned to the aide and vocalized with a smile on his face. ⬛ appeared happy when he obtained a token for working. ⬛ was instructed to *sit down* while given a gestural cue and he complied (+). The aide told ⬛ *do this* while imitating different movements; hands up (+), and nose (+).

10:26 – When shown the reinforcement ball, ⬛ pointed to the ball. He was reinforced for pointing and looking.

10:30 – The aide indicated *my turn* and ⬛ returned the reinforcer. He was given a token and verbally reinforced. The aide demonstrated how to draw eyes and then told ⬛ *you do* and then demonstrated a mouth and said *you do*. ⬛ drew marks each time (++). He then was directed to put glue on the paper, ⬛ was able to independently squeeze the glue on the paper (+). He was given the head to put on, but required assistance to place it correctly (-P+). He was given the arms to put on and was successful (+). He had some difficulty placing the glue on the correct portion of the paper.

10:32 – ⬛ was given a choice of the ball or the character Sniper for reinforcement. ⬛ pointed to the ball.

10:34 – ⬛ was given the legs of the monkey and instructed *put on* (+). After he was handed the glue, he began putting glue on the paper and was instructed to use two hands (+). He put the second leg on independently (+). He was handed the tail, but he placed it on the portion of the monkey that did not have glue.

Page 6 of 48.

P160

AR 0709

440

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsang,
Date of Birth: 03/14/2006

He was prompted and placed it in the correct place (-P+). He appeared to zone out while smiling. He was directed to *put up to dry* while given a gestural cue towards the racks. ▮ complied (+); however, prior to sitting back down, he grabbed a dinosaur sitting on the shelf. When the toy was taken away, ▮ jumped up and down. The aide instructed *do this* while demonstrating movements; bouncing hands on table (+), touching shoulders (+), nose (+), and tummy (+).

10:36 ▮ was given a choice of the ball or the dinosaur for reinforcement and he grabbed the dinosaur.

Mrs. Steinman's class is extremely structured with reinforcement given consistently. There are class wide directions used (i.e. freeze), verbal and tangible reinforcement used, and clear classroom expectations (i.e. checking in with card at next center). The students appear to respond well to the staff. Throughout the observation, ▮ remained in his seat during each reinforcement time without additional prompting. He demonstrated 3 episodes of self-stimulatory (handflapping) behavior and 7 episodes of not calm hands (crunching animals and vocalizing) during the first 15 minutes of the observation and 9 episodes of self-stimulatory behavior during the last 19 minutes of the observation. ▮ received reinforcement throughout the observation.

Classroom Observation 1.13.2011 10:02-10:34
▮ was observed in his ABA-SDC classroom. The students were at carpet time when the observation began. ▮ was sitting on the carpet and showed intermittent engagement. Mrs. Steinman introduced the characters (tangible stimuli placed in front of the students) of the book, Brown Bear Brown Bear, before beginning to read the story. With student participation, she discussed the name of each animal and the sound that the animals made. While reading the book, Mrs. Steinman allowed the students to choose the animal that matched the picture in the book. ▮ was observed to pinch a student on the cheek that was seated next to him and made the student cry. When it was ▮ turn, he was asked to choose (field of 1) the animal that matched the picture in the book. ▮ complied but shortly after had difficulty staying calm. ▮ was taken to an area within the classroom to be calm and was shown a tangible cue to "be calm". As ▮ began to calm down, he was allowed to rejoin the group; however he would begin to escalate prior to rejoining. He was instructed to go back to the calm area again. He was given many opportunities to rejoin his peers at the center. ▮ was able to rejoin after approximately 20 minutes.

C.    Recess Observation 1.31.11 1:30 to 1:50 pm
▮ was observed at afternoon recess on the playground. He was observed to maneuver easily across the playground equipment; climbing up stairs, hanging from bars, dropping to ground, and balancing. ▮ appeared to enjoy playing on the playground equipment, but was not observed to be interested in the children playing around him. He was redirected from playing with the woodchips when he became fixated on them. ▮ transitioned easily off the playground when recess was over and to the parking lot. He required 4 prompts to climb into the car with his backpack. He was not non-compliant but would drop his backpack on the ground prior to climbing in the car.

| INTERVIEWS |
| --- |

A.    Home
Mr. and Mrs. Fulsang provided the following information through a questionnaire (12/2010).
*Strengths:* ▮ is affectionate and very huggy. He likes puzzles, water (shower and swimming), OT play (playground equipment), and his tricycle.

Page 7 of 48

P161

Confidential Pupil Record                Fulsang,
Date of Report: 02/04/2011             Date of Birth: 03/14/2006

*Challenges:* Communication difficulty makes ▆▆ frustrated. He has started picking all of the leaves off of the bushes. Also, tearing paper to little pieces (books too). He seems to be more obstructive as he gets bigger.
*Goals:* 1) Speech/Verbal Communication
   2) Potty Training #2
   3) Taking care of himself (dressing/bathroom)
   4) Getting his own food and drink
   5) Getting him to join in activities

Mrs. ▆▆ provided the following information (1/28/2011) in an interview with the School Psychologist. ▆▆ currently receives parent funded services through ACES 4 times per week for 2 hours per day. She feels that their program is good and provides ▆▆ with the special attention that he needs.

Self-Help: ▆▆ continues to have difficulty having bowel movements in the toilet independently. They have him on a bathroom schedule at home. ▆▆ requires assistance to get dressed, but sometimes he is able to put on his underwear by himself. Mrs. Fulsang noted that she tries to give ▆▆ the opportunity to dress himself, but with 3 children to tend to, sometimes she doesn't have the time to allow him to do it himself. ▆▆ is able to eat with a fork and will give his plate when he is finished to take into the kitchen. He is able to drink out of a water bottle or cup when given the opportunity. He is sometimes able to open the water bottle independently.

Play: ▆▆ plays with many different toys. He loves to ride his tricycle and put parts on toys. He will sometimes make corresponding noises when playing with toys. He also likes to play with his baby sister's toys (butterfly). ▆▆ is able to imitate simple behaviors such as putting hand on tummy and clapping. He can sometimes point to pictures in books when requested. ▆▆ is able to put puzzles together and match faces (i.e. happy, sad, eyes open/closed). ▆▆ demonstrates appropriate gate and walks similar to his father.

Social: ▆▆ makes good eye contact with his mother, but does not always have good eye contact with others (i.e. therapist). He needs to be reminded to look at objects that he is working with. He often stares off in the room. ▆▆ sometimes demonstrates appropriate emotions relative to events, but Mrs. Fulsang was not sure whether his emotion was directly related or if it was by chance. ▆▆ does not demonstrate any fears at this time.

Sensitivity to Stimulation: ▆▆ demonstrates under sensitivity at times. For instance, he does not show a reaction to hot water. ▆▆ demonstrates appropriate activity levels. He is able to play outdoors for long lengths of time. He enjoys going to the park, taking baths, and taking walks on the beach and with the dog. ▆▆ used to be very sensitive to sounds and become upset. He continues to have sound sensitivity, but will cover his ears and/or leave the room when there are loud noises (i.e. baby crying). ▆▆ used to be a picky eater, but now he eats a variety of foods such as chicken, steak, apple sauce, etc. He does not like to eat whole fruits and vegetables, but will eat pureed fruits such as apple or strawberry sauce.

Routines/Obsession: ▆▆ has a schedule that he follows in the morning, which includes brushing teeth, taking shower, getting dressed, and eating breakfast, but he does not become upset if the schedule is changed. However, Mrs. Fulsang has noticed that ▆▆ becomes jealous when his baby sibling gets attention. ▆▆ currently has an obsession with tearing items such as flowers, leaves, and paper into small pieces.

Page 8 of 48

P162

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsang,
Date of Birth: 03/14/2006

| INTELLECTUAL FUNCTIONING |
|---|

*Intelligence tests measure only a portion of the competencies involved with human intelligence. The intelligence results are best seen as predicting performance in school and reflecting the degree to which children have mastered predominant cultural values and symbols. Please also note that standardized cognitive measures with preschool students are often difficult to administer due to the child's immaturity. Cognitive structures are continuing to develop in the preschool years and the following results may not represent long term cognitive abilities.*

### Previous Testing Results:

Developmental Assessment of Young Children (DAYC)
Date: 11/2008      ACES

| Developmental Domain | Age Equivalency |
|---|---|
| Cognitive | 16 Months |
| Communication | 9 Months |
| Social-Emotional | 13 Months |
| Physical Development | 18 Months |
| Adaptive Behavior | 17 Months |

Developmental Assessment of Young Children (DAYC-Cognitive)
Date: 02/2009      NMUSD

| Standard Score | Percentile | Age Equivalency |
|---|---|---|
| 72 | 3 | 16 months |

Transdisciplinary Play Based Assessment, 2nd Edition (TPBA-2)
Date: 02/2009      NMUSD

| Attention | achieved mastery at 7 months of age but had skills scattered up to 11 months. |
|---|---|
| Memory | achieved mastery at 5 months with skills scattered up to 9 months. |
| Problem Solving | achieved mastery at 7 months with skills scattered up to 10 months. |
| Social Cognition | was unable to achieve a baseline at 4 months; although he had skills up to 5 months. |
| Complexity of Play | achieved mastery at 6 months with skills scattered up to 9 months. |
| Conceptual Knowledge | achieved mastery at 7 months. |
| Literacy | achieved mastery at 8 months with skills scattered up to 18 months. |

### Current Testing Results:

Mullen Scales of Early Learning – AGS Edition

The Mullen Scales of Early Learning-AGS Edition is an individually administered comprehensive measure of cognitive functioning for infants and preschool children with ages from birth through 68 months. The Mullen Scales assess a child's abilities in visual, linguistic and motor domains, and distinguish between receptive and expressive processing. The Mullen Scales of Early Learning consists of four cognitive scales- Visual Reception, Fine Motor, Receptive Language, and Expressive Language. Each cognitive scale covers the age range of birth

Page 9 of 48

P163

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsang, ▆
Date of Birth: 03/14/2006

through 68 months. A composite score, called the Early Learning Composite (ELC), is derived from the T scores of the four cognitive scales.

| Subscales | T Score (Avg. = 50 std. dev. = ± 10) | Age Equivalent | Descriptive Category |
|---|---|---|---|
| Visual Receptive | 20 | 17 months | Very Low |
| Fine Motor | 20 | 26 months | Very Low |
| Receptive Language | 20 | 16 months | Very Low |
| Expressive Language | 20 | 5 months | Very Low |
|  | Standard Score (Avg. = 100 std. dev. = ± 15 |  |  |
| Early Learning Composite (ELC) | 49 (range 40-58) | ... | Very Low |

*Note: The ELC has a mean of 100 and a standard deviation of 15. The ELC is comprised of the Visual Receptive, Fine Motor, Receptive Language, and Expressive Language subtests. The Subtest Scaled Scores have a mean of 50 and a standard deviation of 10.*

The Mullen Scales of Early Learning presents age-equivalent scores in four domains: Visual Reception, Fine Motor, Receptive Language, and Expressive Language. This scale is designed for children, and it allows the examiner to evaluate the child's relative strengths and abilities. The Visual Receptive scale is designed to measure visual processing, visual discrimination, and to a lesser degree visual memory. The child is not required to speak during the visual memory task, and fine motor demands are minimal. The Fine Motor scale assesses fine motor coordination through tasks of planning and control. The Receptive Language scale examines a child's ability to understand verbal communication and language. The Receptive Language tasks usually require the child to point, and require minimal verbal responses. Finally, the Expresses Language scale requires simple comprehension of directions, auditory discrimination, and concept formation.

The Early Learning Composite is a measure of general cognitive ability and includes scores from the four cognitive Scales. On this administration of the Mullen Scales of Early Learning, ▆'s Early Learning Composite standard score is 49 and his percentile rank is 1, which falls in the Very Low range. There is a confidence interval at 95%, in which his true score is likely to fall within the range of 40-58.

VISUAL RECEPTION SCALE

▆ Visual Reception Scale accomplishments placed him at the 17-month level and in developmental stage 5. Milestones at this stage include demonstration of spatial awareness and form perception, as well as rapid development in visual organization. Results indicated that he obtained a T score of 20 and a percentile rank of 1 for this Scale, functioning in the Very Low range for his age.

▆ matched at least one set of objects and sorted spoons and blocks into separate containers. However, he did not yet match by shape or match at least two sets of pictures.

Page 10 of 48

P164

AR 0713

444

Confidential Pupil Record                                                        Fuisang,
Date of Report: 02/04/2011                                          Date of Birth 03/14/2006

## FINE MOTOR SCALE

████ obtained a T score of 20 and a percentile rank of 1 on the Fine Motor Scale. This indicated functioning at the Very Low range for this Scale. He performed at a 26-month level, developmental stage 6, which focuses on use of alternate bilateral hand patterns and increased control and strength in the arm, wrist, and hand.

████ could not build a four-block tower (imitating a model) or copy a simple shape. But he could stack up to nine blocks and string 3 or more beads on a shoelace.

## RECEPTIVE LANGUAGE SCALE

Results indicated that ████ functioned at the Very Low range on the Receptive Language Scale at a 16-month level, in developmental stage 5. At this level, children typically begin to respond to verbal requests without gestures, and comprehend questions relative to the physical regularities in the environment. His T score on this Scale was 20 and his percentile rank was 1.

████ accomplished tasks such as: following related commands such as "Stand up and get the ball," or follows instructions involving two actions and showing understanding of words such as "in". He had difficulty understanding action words like "eating," sleeping," and "washing," and other action words, prepositions such as "in" or "beside", and pointing in response to questions like "Show me what we sit on," or other object functions.

## EXPRESSIVE LANGUAGE SCALE

████ Expressive Language Scale T score was 20 and his percentile rank was 1. He functioned at the Very Low range on skills for his age. At the 5-month level, developmental stage 2, expressive language abilities include production of varied and controlled vocalizations, including babbling.

On his last two successful activities, ████ made "ah, eh, m," or other vocalizations and voluntarily babbled "bu, bu, bu," and other similar sounds. ████ could not produce the consonant sounds "p, d, k," and other similar consonant sounds or vocalize "dada," or "gaga," and other two-syllable sounds.

The Developmental Assessment of Young Children (DAYC Cognitive). The DAYC is used to identify developmental delays or deficits in children (from birth through 5 years, 11 months) who may benefit from early intervention.

|       | Standard Score | Percentile | Age Equivalency |
|-------|----------------|------------|-----------------|
| Total | <50            | <0.1       | 21 months       |

The DAYC-Cognitive Subtest was administered via observations, parent and/or teacher report. Certain items on the DAYC-Cognitive were not administered in a standardized fashion and therefore results should be interpreted with caution.

On the DAYC-Cognitive Ejner obtained an Age Equivalency Score of 21 months. Many of the items (7) were endorsed by parents, but may not have been observed during assessment observations. A standard score could

Confidential Pupil Record                                                                    Eulsang, █
Date of Report: 02/04/2011                                                          Date of Birth: 03/14/2006

not be derived as ██████ was unable to complete the minimum number of items required for his age. The age equivalency score is derivd by calculating the average normative group's score at each 6 month interval. ██████ received an Age Equivalency Score of 15 months based on skills observed during testing and observation in the classroom.

The following criteria were obtained by ██████ per parent reported but not observed by the examiners: retrieves an object seen hidden under or behind a single barrier, demonstrates understanding of functional relationship (e.g., puts person in car and pushes car; combs hair with brush), demonstrates use of everyday items (e.g., pretends to drink from a cup), manages 3 to 4 toys by setting one aside when given a new toy, looks at storybook pictures with adult, naming or pointing to simple objects upon request, and matches simple shapes, such as circle, square, triangle.

Some of the items ██████ demonstrated during the assessment were his ability to match an object to its picture, roll wheeled toys, place a small object into small container, and stack more than 7 blocks.

██████ has made personal growth since the last time that the DAY-C was administered. In January of 2009, ██████ obtained a raw score of 23 and this time (January 2011) he obtained a raw score of 28.

| ADAPTIVE BEHAVIOR |
|---|

*Adaptive behavior is the ability to adapt to and manage one's surroundings. Although its definition varies, the concept generally refers to an individual's ability to effectively meet social and community expectations for personal independence, physical needs, and interpersonal relationships. The ability to cope with the demands of the environment; includes self-help, communication, and social skills. In general, behavior that enables the individual to "fit in" with their environment and peers.*

*Previous Testing Results:*
Adaptive Behavior Assessment System-Second Edition (ABAS-2)
Date: 02/2009          NMUSD

| Domain Areas | Composite Score/Scaled Scores | %ile Rank | 95% Confi- dence Interval | Classification |
|---|---|---|---|---|
| General Adaptive Composite | 53 | 0.1% | 48-58 | Extremely Low |
| Conceptual | 53 | 0.1% | 46-60 | Extremely Low |
| Communication | 1 | | | Extremely Low |
| Functional Pre Academics | 2 | | | Extremely Low |
| Self-Direction | 5 | | | Borderline |
| Social | 59 | 0.3% | 50-68 | Extremely Low |
| Leisure | 4 | | | Borderline |
| Social | 3 | | | Extremely Low |
| Practical | 55 | 0.1% | 48-62 | Extremely Low |
| Community Use | 3 | | | Extremely Low |
| Home Living | 2 | | | Extremely Low |
| Health and Safety | 4 | | | Borderline |
| Self Care | 3 | | | Extremely Low |
| Motor | 5 | | | Borderline |

Page 12 of 48

P166

AR 0715

Confidential Pupil Record                                              Fulsang
Date of Report: 02/04/2011                                       Date of Birth: 03/14/2006

### *Current Testing Results:*

The *Adaptive Behavior Assessment System- Second Edition (ABAS-II)* was used to obtain a complete assessment of adaptive skills functioning. The ABAS-II provides a comprehensive norm-referenced assessment of adaptive skills for individuals ages birth to 89 years. It provides for assessment by multiple respondents, evaluates functioning across multiple settings, and contributes to a complete assessment of the daily functional skills of an individual. It is used to identify any strengths and limitations and to document and monitor the individual's performance over time in order to develop an appropriate plan. It assesses four domains of adaptive behavior including conceptual, social, practical, and a general adaptive composite. A standard score between 90 and 109 is considered to be in the average range. The rating scales were completed by Aneida Fulsang (mother).

| Domain Areas | Composite Score | Percentile Rank | 95% Confidence Interval | Classification |
|---|---|---|---|---|
| General Adaptive Composite | 44 | <0.1 | 39-49 | Extremely Low |
| Conceptual | 50 | <0.1 | 43-57 | Extremely Low |
| Social | 48 | <0.1 | 39-57 | Extremely Low |
| Practical | 43 | <0.1 | 26-50 | Extremely Low |

| Skill Areas | Scaled Score | Classification | Skill Area Descriptions |
|---|---|---|---|
| | | | **Conceptual Domain** |
| Communication | 1 | Extremely Low | Speech, language and listening skills needed for communication with other people including vocabulary, responding to questions, conversation skills, and nonverbal communication skills. |
| Functional Pre Academics | 1 | Extremely Low | Basic pre-academic skills that form the foundations for reading, writing, mathematics, and other skills needed for daily, independent functioning, including letter recognition, counting, and drawing simple shapes. |
| Self-Direction | 4 | Extremely Low | Skills needed for independence, responsibility, and self-control, including making choices about food and clothing, starting and completing tasks, following a daily routine, and following directions. |
| | | | **Social Domain** |
| Leisure | 1 | Extremely Low | Skills needed for engaging in and planning leisure and recreational activities, including playing with others, engaging in recreation at home, and following rules of games. |
| Social | 1 | Extremely Low | Skills needed to interact socially and get along with other people including having friends, showing and recognizing emotions, assisting others, and using manners. |
| | | | **Practical Domain** |
| Community Use | 1 | Extremely Low | Skills needed for functioning and appropriate behavior in the community, including getting around in the community, expression of interest in activities outside the home, and recognition of different facilities. |
| Home Living | 1 | Extremely | Skills needed for basic care of a home or living setting or a school |

Page 13 of 48

P167

Confidential Pupil Record                                          Fulsang, █████
Date of Report: 02/04/2011                                Date of Birth: 03/14/2006

| | | Low | or classroom setting, including cleaning, straightening, helping adults with household tasks, taking care of personal possessions. |
|---|---|---|---|
| Health & Safety | 1 | Extremely Low | Skills needed for protection of health and to respond to illness and injury, including following safety rules, showing caution using meds, and keeping out of physical danger. |
| Self-Care | 2 | Extremely Low | Skills needed for personal care including eating, dressing, bathing, toileting, grooming, and hygiene. |
| Motor | 2 | Extremely Low | Basic fine and gross motor skills needed for locomotion, manipulation of the environment and the development of more complex activities such as sports including sitting, pulling up to a standing position, walking, fine motor control, kicking. |

**PARENT REPORT:**

█████ obtained a score of 44 on the *General Adaptive Composite*. His true score is likely to fall within the range of 39-49 at a 95% level of confidence. Relative to individuals of comparable age, █████ currently is functioning at the less than the 0.1% percentile and his overall level of adaptive behavior can be described as being in the Extremely Low range of functioning. There are three components of the GAC level; the Conceptual Composite, Social Composite, and the Practical Composite. █████ did not demonstrate any significant strengths and/or weaknesses in his adaptive profile; however his strongest performance was in the area of Self-Direction.

The Conceptual Composite measures skills in the areas of communication, functional academics, and self-direction. █████ obtained a score of 50. His true score is likely to fall within the range of 43-57 at a 95% level of confidence. █████ currently is functioning in the less than 0.1% percentile and his overall level of conceptual functioning can be described as being in the Extremely Low range of functioning.

The Social Composite is a measure of skills in leisure and social skills. █████ obtained a score of 48. His true score is likely to fall within the range of 39-57 at a 95% level of confidence. █████ is functioning in less than 0.1% percentile and his overall level of social functioning can be described as being in the Extremely Low range of functioning.

The Practical Composite is a measures of skills in the areas of community, school living, health, safety, and self-care. █████ obtained a score of 43. His true score is likely to fall within the range of 26-50 at a 95% level of confidence. Relative to individuals of comparable age, █████ currently is functioning in the less than 0.1% percentile and his overall level of practical functioning can be described as being in the Extremely Low range.

Page 14 of 48

P168

AR 0717

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          718 of 1332

Confidential Pupil Record                                              Fulsang, ▇
Date of Report: 02/04/2011                                      Date of Birth: 03/14/2006

## PRE-ACADEMICS/READINESS SKILLS

### · Previous Testing Results:

Assessment, Evaluation, and Programming System, *Second Edition* (AEPS-R)
Date: 02/2009                    NMUSD

|                   | Gross Motor | Adaptive | Cognitive | Social |
|-------------------|-------------|----------|-----------|--------|
| Area Raw Score    | 103         | 41       | 58        | 15     |
| Possible Score    | 110         | 64       | 116       | 50     |
| Area Percent Score| 94%         | 64%      | 50%       | 30%    |

Summary:
▇ demonstrated relative strength in the following pre-academic areas: object permanence, beginning pre-literacy skills, and matching shapes on an inset puzzle with prompting ▇ demonstrated areas of unique need in; matching pictures, motor imitation, safety awareness, response to name, cause and effect play, and visual regard.

### Current Testing Results:

Student: ▇ Fulsang          DOB: 3/14/06          Age: 4 yrs, 10 months
Examiner: Leah Steinman    Date(s) Observed: 1/27/11; 1/28/11

Assessment Tools:    HELP Strands Curriculum Based Assessment Birth to Three; Teacher Observation(s); Parent Interview; Review of Records

The HELP (derived from "Hawaii Early Learning Profile") is a curriculum based assessment for use with children ages birth to 6 years who are reaching developmental milestones at the appropriate ages or for children who are exhibiting developmental delays. The HELP can be used for assessment and early identification, as program intervention and an instructional teaching resource, for parent involvement, and for team approach and as a training guide. The HELP is divided into the following developmental areas; cognitive strands, language strands, gross motor strands, fine motor strands, social strands, and self-help strands. Each area is broken down into a progression of skills.

### Cognitive

Development of Symbolic Play:
▇ can play 2-3 minutes with a single toy, and can slide toy or object on hard surface. He is beginning to engage in simple relational play which includes combining 2 different but related objects (i.e. dog stuffed animal and plastic dog bone).

*Performing within the 9-12 month age level*
*1/1 items*

Page 15 of 48

P169

AR 0718

449

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsang, ███
Date of Birth: 03/14/2006

*1/1 items at the 10-15 month age level (emerging but not considered as fully party of repertoire. Requires multiple trials)*

**Spatial Relationships:**
███ is able to look from one object to another, reaches and grasps object, anticipates visually the trajectory of a slowly moving object, and a fast moving object. He can take objects out of a container, is able to rotate objects to find the functional side, and does throw objects. He is able to put three or more objects into a container (blocks into a cup), looks at place where ball rolls out of sight, builds tower using two cubes, and can make detours to retrieve objects. He is also able to complete three-four piece puzzle of familiar objects (number train puzzle).

*Performing within the 12-18 month age level*
*1/1 items*
*1/1 items at the 30-36 month level. (emerging but not considered as fully part of repertoire. Requires multiple trials)*

**Concepts – Pictures:**
███ is emerging to match objects from pictures from a field of three. He has been observed to initially grab items from his left before looking at the item. Once prompted to look and with a high rate of reinforcement he was able to match the items in 4/10 trials. When presented with a book of family members that has been in the student library for the past few months, ███ able to identify his mother from a field of three women, and his father from a field of three males. ███ was observed to look at a picture book that included pictures, look at named pictures when named, would pat the pictures of named items, and seemed to enjoy looking at a couple pictures in a book in the student library.

*Performing within the 14-15 month age level*
*1/1 items*
*1/1 items 19-27 month level. (emerging but not considered as fully part of repertoire. Requires multiple trials)*

**Problem Solving**

**Means-Ends:**
███ is able to reach for second object purposefully, works for desired out of reach object, retains two of three objects offered, and retains two and reaches for 3rd object. ███ is able to overcome an obstacle to obtain an object. He is able to invert a small container spontaneously to obtain a tiny object. He was not observed to retrieve an object using other materials. He was not observed to use locomotion to regain object and resume play.

*Performing within the 13.5-19 month age level*
*1/1 items*
*0/1 items at the 17-24 month age level*

Page 16 of 48

P170

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsang,
Date of Birth: 03/14/2006

**Cause and Effect:**

████ is able to continue a familiar activity by initiating movements involved (being tickled), shows an interest in sounds of objects (i.e. bell), and is able to grab a toy or adult's hand to restart an activity (i.e. blow up ball). He was not observed to guide an action on a toy manually (rather than using attached lever such as the car ramp). ████ was observed to attempt to restart a mechanical toy, but was not successful. After a demonstration he would attempt to restart but gave up and held toy. He is emerging in this skill.

*Performing within the 12-15 month age level*
*1/1 items*
*1/1 items at the 18-22 month age level (emerging but not considered as fully party of repertoire. Requires multiple trials)*


## Language – Receptive

**Understanding the Meaning of Words:**

████ does watch the speaker's eyes and mouth, and responds to his name when it's called (by a familiar staff member) by looking at the speaker. Although ████ does look at the staff when his name is called, he does not vocalize. He was not observed to respond when his name was called by a less familiar examiner during the speech assessment. ████ listens selectively to familiar words, and knows what "no no" means and reacts.

*Performing at the 9-12 month age level*
*0/1 items*

**Body Parts:**

████ s able to imitate pointing to different body parts, but is not able to independently identify body parts.

*No Solid Skills starting at the 15+19 month age level*
*0/1 items*


## Social-Emotional

**Development of Self:**

████ does make approach movements to a mirror. He does look but is not consistently able to vocalize to own name. He has been observed to smile at his mirror image, ████ sometimes responds playfully to mirror, but he also looked at it from atypical angles (sides). ████ does show like/dislike for certain people, objects, and/or places. He can display independent behavior, and can be defiant in his behavior when being redirected. .

*Performing within the 15 – 16 month age level*
*1/1 items*
*1/1 items at the 19 – 24 month age level (emerging but not considered as fully part of repertoire.)*

Page 17 of 48

P171

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsang,████
Date of Birth: 03/14/2006

**Expression of Emotions and Feelings:**

██ does respond when socially approached by familiar adult, he laughs, squeals, and vocalizes pleasure and displeasure attitudes. He sometimes responds to facial expressions. ████ can show fear and insecurity with previously accepted situations (the bathroom, soccer field). He is able to express affection towards his parents, and staff members, shows a wide variety of emotions, and feels easily frustrated (has a difficult time being able to recover and move on within a short period of time). He does not attempt to comfort others in distress. He recognizes several staff members in addition to immediate family, and is able to identify himself in a mirror. ████ was able to recognize himself in a photo in a field of three in 3/10 trials (30%).

*Performing within the 15-16 month age level*
*1/1 items*
*1/1 items at the 19-24 month age level (emerging but not considered as fully part of repertoire.)*

**Learning Rules and Expectations:**

██ does show anticipatory excitement, and exhibits some difficulty with transitions. He sometimes distinguishes between friendly and angry voices, and sometimes demonstrates understanding of what 'no-no' means and reacts appropriately. He can act impulsively, and is unable to recognize rules. He does hand back a toy to an adult, and with positional prompting will place the item where it belongs; treasure chest, or puzzle box.

*Performing within the 12-15 month age level*
*2/2 items*
*1/3 items at the 12-18 month age level*
*1/3 items at the 24-30 month age level*
*1/3 items at the 30-36 month age level*
*1/3 items at the 30-36 month age level*

**Social Interactions and Play:**

██ will establish eye contact with adults, and will respond with smile when socially approached. He is not able to consistently vocalize in response to adult talk and smile. ████ does enjoy social play (i.e. tickles), and sometimes repeats enjoyable activities. When involved in social play (i.e. hugs, tickles) ████ can be physically aggressive and throw his body on the adult that is reinforcing him to indicate his pleasure. When presented with wind up toys, ████ will watch the item move, then stop the item (a spinner). He did show interest in the item. ████ able to give toys to familiar adults upon request, after hearing "all done, clean up, or my turn".

*Performing within the 6-10 month age level*
*2/2 items*
*0/2 items at the 9-12 month age level*
*1/2 items at the 12 -15 month age level*
*1/2 items at the 24-30 month age level*

Page 18 of 48

P172

Confidential Pupil Record                                                              Fulsang ▉
Date of Report: 02/04/2011                                                Date of Birth: 03/14/2006

## Self Help

### Independent Feeding:

▉ is able to hold both a spoon and fork, and bring both items to his mouth with minimal spilling. Although he is able to use these utensils, he predominantly eats with his hands and requires maximum prompting to use his fork when appropriate. He has been observed to refuse some foods (swipes with hand). He does not always distinguish between edible and non-edible objects, and has been observed to put toys and books in his mouth. He can (at times) play with his food, hold cup in one hand, have definite food preferences, and can unwrap food items (cookies, Cheetos). After being told to clean up after snack and lunch, ▉ is able to clean up his snack/lunch tray by throwing it in the trash can with minimal prompting.

*Performing within the 29.5-31.5 month age level*
*1/1 items*

### Toileting:

▉ is beginning to understand the bathroom routine, and hand washing routine. ▉ is not able to indicate the need to use the toilet, but will eliminate in the toilet when taken throughout the day. With the routine broken down by individual step, and with maximum prompting from a staff member, he is able to complete the bathroom and hand washing routine. ▉ is able to independently walk into the bathroom and stand by the urinal. He requires physical prompting to pull his pants up and down all of the way. He has been observed to only move his pants down slightly and then quickly pull them back up again before he gets a chance to fully eliminate. Once the toileting routine is complete, ▉ is able to complete the hand washing routine independently.

*Performing within the 18-24 month age level*
*2/2 items*
*1/2 items at the 24-36 month age level*

## Fine Motor

### Pre-Writing:

▉ can mark paper with crayons, scribble spontaneously, and imitate circular, horizontal and vertical strokes. He is beginning to visually attend more to his paper during art projects.

*Performing within the 24-30 month age level*
*1/1 items*

### Block Construction:

▉ can place one block on top of another without balancing, and can build a tower using four cubes. He was not observed to build a tower using six cubes, nor could he imitate a three block train using cubes.

*Performing within the 18-22 month age level*
*1/1 items*

Page 19 of 48

P173

AR 0722

453

Confidential Pupil Record                                          Fulsang,
Date of Report: 02/04/2011                          Date of Birth: 03/14/2006

Assessments:

Educational Assessment –1/27/11 and 1/28/11
The following observations were made as it relates to ▮▮ pre-academic/readiness skills:

- When presented with a ball and slinky, ▮▮ was asked to make a choice either by vocalizing and/or touching the preferred item, he was able to make a choice by touching desired item.
- ▮▮ was observed to watch the teacher during circle time, but required specific individual instruction to join into the activities.  With verbal and physical prompting ▮▮ will carry out some of the movements during the good morning song (clapping, moving arms, pointing).
- When transitioning to the bathroom, ▮▮ was observed to wine and or cry in 2/4 of the times.
- ▮▮ required maximum reinforcement to remain calm during circle time.  He broke out in spontaneous screaming while the book Brown Brear, Brown Bear was being read.
- ▮▮ required maximum prompting from staff to transition during center rotations.

Conclusion:
▮▮ demonstrates general and cognitive skills in the following areas including; matching colors and objects from a field of four, putting together a 3-piece puzzle, attending to adult and 1-step imitation.

The IEP team has determined that ▮▮ presents with unique educational needs in the following areas; behavior, self help, social/emotional development, readiness skills.

The following unique educational needs were identified and will be addressed in the IEP:

- Behavior
  o Transitions
  o Compliance

- Social/Emotional
  o Functional Play

- Readiness
  o Body Parts-Identify
  o Imitation Skills

- Self Help
  o Utensil use
  o Toileting Behavior #1
  o Toileting Behavior #2

Page 20 of 48

P174

AR 0723

454

ADMINISTRATIVE RECORD FOR MATTER 2012050785        02/25/2014                    724 of 1332

Confidential Pupil Record                                                    Fulsang,
Date of Report: 02/04/2011                                              Date of Birth: 03/14/2006

| SPEECH AND LANGUAGE/COMMUNICATION |
| --- |

### Previous Testing Results:

Rossetti Infant-Toddler Language Scale (RITLS)
Date: 02/2009        NMUSD.

| Subdomain | Age-Equivalent |
| --- | --- |
| Language Comprehension | No basal established<br>Scatter of 6/9 items at 6-9 months<br>Scatter of 4/12 items at 9-12 months |
| Language Expression | No basal established<br>Scatter of 4/7 items at 6-9 months<br>Scatter of 3/8 items at 9-12 months |

### Current Testing Results:

DATES OF TESTING: 1/20/2011, 1/26/2011, 1/27/2011
SPEECH/LANGUAGE PATHOLOGIST: Kathy Murphy, Ph.D., CCC-SLP

### BACKGROUND

███ is a 4; 10 year-old boy who currently attends preschool at Mariners Elementary in a Special Day Class for preschoolers with an eligibility for Autistic-like behaviors, ███ lives with his mother, father, older brother, and younger brother. English is the primary language spoken in his home. Please see his cumulative records for additional background information.

The purpose of this assessment is to determine current levels of language functioning in order to provide additional information relative to communication and educational needs prior to ███ upcoming transition in May 2011 to kindergarten. A speech and language evaluation was completed across three sessions: January 20, 26 and 27, 2011.

### BEHAVIORAL OBSERVATIONS:

███ was cooperative during the evaluation and attempted all tasks presented with modeling and prompting. He was more able to sustain attention and remain seated when the testing included concrete objects and familiar reinforcers. Between tasks, he was provided an opportunity to have preferred items, including play with a squishy ball or a favorite snack. After a brief break, he was easily redirected to complete testing.

Testing measures were modified to encourage participation and consistency with response. Results of standardized tests were used diagnostically in combination with observations and informal assessment procedures to appropriately assess ███ s speech/language performance. The results are deemed representative of his present speech, language and communication skills.

Page 21 of 48

P175

AR 0724

455

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsang,█████
Date of Birth: 03/14/2006

ASSESSMENTS USED
Preschool Language Scales-Fourth Edition (PLS-4) (Zimmerman, Steiner, & Pond, 2002)
Communication and Symbolic Behavior Scales *Developmental Profile* (CSBS DP) (Wetherby & Prizant, 2002)
Symbolic Play Scale (Westby, 1990)

EVALUATION

Speech and Articulation

Formal testing was not possible due to ████ limited speech and verbal behaviors. The following was based on observational data collected in January 2011. ████ produces a very limited range of spontaneous vocalizations. These consist mostly of open-tract vowels (e.g. "ahhh," "uhh," "ooo") with some strings of varied vowel productions. The primary consonant he produces is in a string of consonant-vowel, reduplicated form (e.g. "ma ma ma ma"). He produced this form in multiple intonations to communicate increased frustration, in which his production increases in volume, nasality, and rate. However, these do not yet conform to intonation patterns consistent with spoken conversational English or sound like ████ is talking in sentences.

Although the majority o ████ vocalizations include the consonantal sound /m/, ████ does produce one word-like or performative form associated with requesting, "mo/ ma." Typically he produces this form following an adult prompt of "Want more?" and/or when presented with a preferred food item. It is becoming more phonetically stable and may be emerging as a true first word. The consonantal phonemes produced during the assessment period include /m/, /b/, and /n/. These follow developmental normative data and are typically among the first sounds to be produced in young children. Other phonemes have been observed and noted in previous reports, including /d/ and /v/, but have not been observed in the current educational setting.

In addition, ████ consonant-vowel strings are rarely produced in a more sophisticated or variegated forms typically emerging after prior to words. This type babbling precedes jargon but includes an alternating pattern of varied consonants and vowels (e.g. bamanana). In addition to the open tract vowels discussed previously, ████ has been observed to produce vowel strings that include vowel sounds similar to "oo" as in *boo* and "ee" as in *bee*. Even with repeated kinesthetic prompting and high rates of reinforcement for vocalization attempts, ████ did not imitate any words or additional sounds during the assessment period or while engaged in classroom activities. At this time, ████ verbal behavior is very restricted and most similar to typically developing children aged nine to twelve months.

Voice and Fluency

████ voice and fluency were unable to be assessed directly due to his limited vocal behavior. However, he does demonstrate ability to vary pitch, nasality, rate, and loudness when vocalizing. His breath support seems adequate to support speech due to the prolonged and louder strings of vocalizations produced when frustrated or agitated. His pitch range varies from a lower, whiny nasal sound when protesting or frustrated to a higher-pitched squeal before emotional states of excitement and/or cries. This ability to vary pitch, rate and volume additionally serve to strengthen verbal communicative attempts by more adequately communicating ████ present emotional state.

Page 22 of 48

P176

AR 0725

456

Confidential Pupil Record                                                                    Fulsang█
Date of Report: 02/04/2011                                                    Date of Birth: 03/14/2006

**Functional Communication System and Pragmatic Language:**

Portions of the **Communication and Symbolic Behavior Scales** *Developmental Profile* (CSBS DP)
(Wetherby & Prizant, 2002) were administered on January 19, 2011 to assess █ general functional
communication system. Different and enticing *Communication Temptations* and other preferred activities were
presented in multiple and fun trials to sample a wide range of Ejner's behaviors. The CSBS DP is a screening
and evaluation tool to measure communicative competence (use of eye gaze, gestures, words, sounds,
understanding and play) of young children ages six months to six years who have a functional communication
age between six and 24 months.

During the more structured portion of this session █ was presented three trials of four different
*Communication Temptations*. The intent of these opportunities was to provide nonverbal opportunities which
entice a child to use communicative acts. The examiner more specifically evaluates a child's use of intentional
communication, or a combination of eye gaze plus vocalizations and gestures, to signal needs, requests or
desires. These temptations included bubble play, balloons, wind-up toys, and a favorite snack in a tightly
closed jar. Each required █ to make choices, request for more, and ask for assistance. This session was
videotaped to provide a closer examination of his skills.

Of the 12 total trials, █ appropriately looked to the adult and either vocalized or gestured with a reach, point,
giving object to adult, or other acceptable indicating behaviors in 7 trials. Early communicative behaviors play
three primary roles: *behavior regulation, social interaction,* and *joint attention*. He was only observed to
communicate for the purpose of behavior regulation, and he demonstrated the highest frequency of
communicative behaviors that included an eye gaze to his partner when requesting the preferred snack and
during interactive balloon play. During bubble play, he observed bubble blowing but was not engaged or
requested continued play; he looked to the partner during only one of these three trials when the play was
introduced. During play with wind-up toys, he did not look to his communicative partner to rewind toys after
their movement ceased but did look during the initial demonstration of how the toy worked. He took the
different toys, visually explored them, and attempted to start them again. He did not seem to recognize his
partner was able to restart the toy nor requested her help during the repeated trials.

During the three opportunities for balloons, █ demonstrated a more frequent communicative rate and wider
range of communicative behaviors. The play initiated with the clinician stretching the balloon, blowing it up,
and letting the air out slowly making a noise. During the initial set of three communicative opportunities, █
first chose a balloon and eagerly anticipated and requested more play. █ sustained gaze to the partner and a
shared interest in this interaction for more than three minutes. In three subsequent trials due to his high interest,
he retrieved the balloon after its release toward the ceiling with assistance by following the clinician's distal
point in two of the three later trials. Approximately 20 minutes later, the clinician reintroduced this interactive
play. █ excitedly rose from his chair and squealed, demonstrating and anticipating the expected play
sequence.

█ also produced a high rate of communicative behaviors with accompanying gaze to his partner in all
presentations of the preferred treat, Ritz crackers, in a jar. He reached for the jar and attempted to open the jar.
When unsuccessful opening the jar, he pushed the jar toward the clinician, he vocalized "mamama" in both final
two trials, and signed "more" during one trial and "more eat" during the third trial.

Page 23 of 48

Confidential Pupil Record                                                                                  Fulsang█
Date of Report: 02/04/2011                                                                   Date of Birth: 03/14/2006

The videotaped session lasted a total of 36 minutes and included additional opportunity to view a wider range of
opportunities to elicit and observe █████ repertoire of communicative behaviors. A summary of the overall
communicative/ social/ play behaviors follows.

- A total of 13 verbal behaviors or vocalizations were produced by ████ during this period; a rate of
  approximately one behavior per three minutes. All but one of these was "mamama" with varied
  intonation; the lone exception was the squeal noted when he was anticipating a highly preferred play
  interaction. Although in every occurrence, ████ seemed to produce "mamama" when he was requesting
  recurrence or "more.'
- ████ demonstrated varying abilities to sustain attention, from less than 3 seconds with a book to 1:46
  minutes with simple cube blocks and 2:52 minutes during play with graduated, stacking cups.
- He was redirected three of the four times he stood up from the table unexpectedly by the simple verbal
  command, sit down, i.e. 75% accuracy.
- He correctly followed a distal point to an object more than three feet away in 60% of the opportunities;
  he required physical orientation of his body in two of the opportunities.
- When a simple hand was extended with the verbal prompt "all done," ████ complied and returned the
  object to the clinician in more than 80% of the opportunities.
- Following a demonstration of a blowing a party horn, ████ spontaneously gestured with two taps to his
  upper chest, "my turn." He repeated this two more times during play with the horn, a new object.
- In four presentations of two preferred objects (i.e. different type squishy balls) for self-directed play,
  ████ demonstrated an accurate, consistent use of an indicative point to choose an object. However,
  during this set of trials, the clinician withheld items until ████ demonstrated an alternating, referencing
  eye gaze between the object and the clinician. He paired eye gaze with an indicative point to the
  preferred object in only four of his 12 attempts (33%). During previous trials with the Ritz cracker
  snack and balloon play, the partner was more critical to the activity and in her role to meet ████'s
  needs, ████ communicative behavior included an eye gaze to his partner in 66%- 100% of the
  opportunities.

Additional observations support that ████ minimally uses a "functional communication system" to signal his
needs to the familiar adults in his environment. Almost all of his communicative attempts serve the function to
regulate the behaviors of other; he has rarely been observed to spontaneously use communicative behaviors for
the purpose of sharing joint attention or social interaction. Among the sign and understood gestures included in
his functional communication system, ████ uses the sign "more" and "eat" spontaneously during mealtime to
request preferred foods. These are rarely generalized outside this setting or activity. Once verbally and
physically prompted that the meal time is done and it is time to clean up his table area, ████ will imitate a
familiar sign communicating that he is "all done." Other sign or understood gestures include a wrist-flap or
whole hand wave when he is prompted to say "bye/ hi," two taps to his chest during structured turn-taking
activities to signal "my turn," and occasionally protesting by shaking his head "no" plus pushing items away/
giving item back to adult partner.

Frequently ████ communicates his needs outside of structured, routine activities by directly touching and
guiding the adult, e.g. he might gently tap the adults hand, sometimes look at the adult, and then touch object to
activate/ open/ manipulate. When the adult pauses prior to responding, ████ is more likely to look to his partner
and repeat his communicative attempt. When unsuccessful, he may vocalize and become increasingly nasal and
louder as his frustration grows.

Page 24 of 48

P178

AR 0727

Confidential Pupil Record                                       Fulsang █
Date of Report: 02/04/2011                                Date of Birth: 03/14/2006

Staff reports that recently he touched behind his ear and then tapped the staff's hand, indicating that he wanted her to rub behind his ear. Similar successful communicative efforts were observed by the clinician during preferred socio-communicative routines. After several times of the clinician hiding a favorite squishy ball under his shirt and asking "where is the ball," █ tapped his stomach and then gave the ball to the clinician. When she did not respond immediately and paused, █ lifted his shirt and touched her hand. This demonstrated an understanding of the expected play behavior of each partner and simple reciprocity.

During the assessment session and throughout other observations █ used and maintained eye gaze most appropriately during highly engaging, preferred socio-communicative play and meal routines. This clinical impression was supported in the close analysis of the videotaped 36- minute session. █ demonstrates an ability to change his affect during these activities by gently smiling, but he most often displays few changes in emotional state across most school days. He sometimes will seem upset when he is denied access to a preferred item with changes in facial expression, but he has become more effective in communicating his emotion state (mad, frustrated, excited) with the recent addition of intonation changes in his vocalizations.

In addition to functional communication described previously, █ is beginning to use some symbolic augmentative communication. A simple communication system that relies on photographic images of items has facilitated █ ability to make choices. Although not yet consistent, he searches a limited field and recognizes preferred items. He continues to have difficulty in discriminating preferred from non-preferred items when they share common visual details. For example, if pretzels (most preferred) are not available, he chooses carrots instead of other preferred items (goldfish). He is beginning to understand the consequence for choosing non-preferred items and is beginning to tolerate these foods on his lips or in small quantities (e.g. raisins and carrots.) He persists at his choices, but he is not yet demonstrating any protesting communicative behaviors when making choices of less preferred foods (i.e shaking his head "no".) Although thirsty and able to choose the actual item when desired, █ is not yet able to identify icon pictures for juice or water. His accuracy gradually increases during each session, but most of the photo pictures and icons are reintroduced and paired each session with their actual items. For example in a recent session, █ was not able to pair the photo cards with any of the six initial food/ drink items, but he became very successful pairing the photo of pretzels with pretzels at more than 80%. He required models/ prompts for more than 60% opportunities across all other items.

Social Pragmatics and Play:

A closer observation of █ play skills using the Symbolic Play Scale (Westby, 1990) suggested that █ play skills are most similar to a typically developing young child aged 13-17 months, or at Stage II on the Westby tool. Skills demonstrated at this level include purposeful exploration of toys and attempting to discover how toys operate and handing over toys when unable to operate. During administration of the CSBS- DP, █ attempted to operate the various wind-up toys independently before handing them to the clinician. █ favorite toys include squishy sensory balls of all sizes, and his favorite quiet activities include simple puzzles and stringing beads. He is not yet consistently demonstrating behaviors associated at Stage III for children 17-19 months. These play behaviors include simple pretend play drinking from a cup, going to sleep, using common objects appropriately, tool use to reach toys, and finding toys that have been hidden. During portion of the CSBS- DP and PLS-4, █ was presented a series of familiar toys to see if he might spontaneously display these simple pretend functional play behaviors that he observes in his daily life. He was given an Elmo, doll and bear with a few familiar items required for sleeping and eating (e.g. blanket dish,

Page 25 of 48

P179

Confidential Pupil Record                                    Fulsang, ▮
Date of Report: 02/04/2011                     Date of Birth: 03/14/2006

spoon, cup, pot). He did not demonstrate any of these early pretend play behaviors spontaneously and did not respond to either direct verbal prompts to perform an action (e.g. ▮ time to feed Elmo) or regarding the figure's state (e.g. The bear is sleepy. Time for bed, bear.)

Observations suggest that his play skills are continuing to develop and expand. When presented a field of objects, ▮ demonstrated an emerging ability to combine two objects by simply placing one inside another, such as a figure inside a car or cup inside a bowl. After initially picking up most toys, he typically manipulates them in the air, twisting them from side-to-side. If a toy was more familiar, ▮ played more appropriately, including rolling a ball across the table, pushing a car, or building a tower of blocks, turning pages in a board book. With direct teaching during the play center and repeated opportunities for practice, ▮ is able to demonstrate a 2-step sequence when supported. Recently this included demonstrating a puppy eating a bone, drinking water from a bowl, and using a brush appropriately to groom the puppy.

During group observations, ▮ seems to tolerate a shared space with peers present during exploratory play opportunities, but he does not spontaneously offer materials to others or reference peers during play. ▮ does not attempt to engage others or share items during play for social purposes unless prompted with both verbal and physical prompts. He is not yet been observed to intentionally seek an interaction with peers, either in a small group environment with familiar peers or during larger group opportunities on the playground when a wider array of activities and peers are available to engage.

Language:

The Preschool Language Scales-Fourth Edition (PLS-4) (Zimmerman, Steiner, & Pond, 2002) was administered on January 26- 27, 2011 to assess ▮'s receptive and expressive language skills in addition to providing an index of his general language abilities. This tool is a norm-referenced, standardized tool appropriate for children from birth to six years, 11 months. His performance results were compared to typically developing peers aged 4; 6- 4;11 years. His ability to demonstrate specific, early skills could be determined through clinician observation, report, or through elicitation, i.e. many did not require him to perform under a stricter standardization format. Results are as follows:

Additional PLS-4 Chart included on page 46-48 of this report.

| Subtest | Raw Score | Standard Score | Percentile Rank | Age Equivalency |
|---|---|---|---|---|
| Auditory Comprehension-*English* | 19 | 50 | 1 | 1;1 years |
| Expressive Communication-*English* | 19 | 50 | 1 | 1;1 years |
| Total Language Score-*English* | 38 | 50 | 1 | 1;1 years |

(Mean standard score = 100; Normal limits is considered within +/- 1 standard deviation (15) and includes the range of standard scores from 85-115.)

▮'s performance on both subtests totaled a Raw Score of 38. This yielded a Standard Score of 50 and a Percentile Rank of 1, or similar to general language skills of a typically developing one year, one month-old child. Results suggest that ▮ has severely delayed language skills when compared to his same-aged peers. Please see a comprehensive review of his performance in an addendum to this report.

Page 26 of 48

P180

AR 0729

460

Confidential Pupil Record              Fulsang, ██
Date of Report: 02/04/2011             Date of Birth: 03/14/2006

**Auditory Comprehension**: This portion of the PLS-4 was administered to evaluate how much language a child understands. ██ achieved a Raw Score of 19 correct items which yielded a Standard Score of 50 and a Percentile Rank of 1. Results suggest that his current abilities to understand language are similar to that of a typically developing one year, one month- old child. A summary of abilities that were observed, elicited or reported by staff are included in the chart on pages 46-48.

**Expressive Communication**: This portion of the PLS-4 was administered to evaluate how much language a child communicates with others. ██ achieved a Raw Score of 19 correct items which yielded a Standard Score of 50 and a Percentile Rank of 1. Results suggest that his current abilities to understand language are similar to that of a typically developing one year, one month- old child. A summary of abilities that were observed, elicited or reported by staff are included in the chart on pages 46-48.

OBSERVATIONS/SUMMARY/IMPRESSIONS:

██ is a 4 years, 10 months preschool boy who demonstrates significant delays in his speech, social development, and language skills. Results from this assessment suggest that his general communication profile is similar to a typically-developing young child between 12-15 months, ██ uses functional communication including eye gaze with signs, gestures, vocalizations, and other indicating behaviors to direct others effectively in meeting his needs. He rarely demonstrates communicative behaviors for purposes other than behavioral regulation of others and is particularly successful in requesting choices and indicating preferred items. With repeated learning opportunities ██ is beginning to demonstrate improved skills when matching photos with objects and during 1-2 sequenced play with familiar, functional objects. His verbal behaviors continue to be restricted in range, but he is using other vocal dimensions (pitch, rate, volume, nasality) to augment his communicative attempts with information about his emotional state.

---

| FINE MOTOR AND SENSORY PROCESSING |
| --- |

*Previous Testing Results:*

Non-standardized Assessment Summary
Date: 02/2009   NMUSD

Due to ██ behavior, standardized testing could not be completed. Clinical observations by all of the multi-disciplinary team members indicate ██ demonstrated delays in his fine motor development when compared with his same age peers. These delays are expected to interfere with his ability to access curriculum in an appropriate educational setting.
During the assessment ██ demonstrated a very low arousal level which his mother reported to be typical. Clinical observations of his sensory processing indicated poor sensory registration and or modulation are also likely to contribute to his difficulties with maintaining an arousal level appropriate for the activity, situation, and or experience. It is likely that his differences in sensory processing will interfere with his ability to access curriculum in an appropriate educational setting.

Page 27 of 48

P181

Confidential Pupil Record                                                              Fulsang, ▮
Date of Report: 02/04/2011                                              Date of Birth: 03/14/2006

### *Current Testing Results:*

**Behavioral Observations and Organization of Behavior**

    ▮ has demonstrated the ability to participate in both gross and fine motor activities during large group occupational therapy. However, his participation can be inconsistent depending on the type of day he is having. For example, if he is having an off day, ▮ may resist or cry during preferred activities such as swings or the obstacle course. When he resists activities and shows distress, he requires encouragement and additional time to calm down before participating in activities. In class, Ms. Steinman indicated that ▮ occasionally transitions smoothly to new activities, and occasionally follows class rules and routines. ▮ is also reported to have a lower arousal level or alertness during his school day which can impact his participation. His alertness level has improved since he began preschool, but he continues to require alerting activities throughout his day, such as using a t-stool to sit on during centers, jumping on the trampoline, and playing actively on the playground equipment.

**Sensori-Motor Development**

**Gross Motor:**

    When playing in the occupational therapy clinic, ▮ is able to demonstrate good endurance, balance, and motor coordination to climb over bolsters and swing on the trapeze in an obstacle course. ▮ is able to throw a beanbag into a tire with an overhand throw with verbal prompts for attention to task▮ can jump on a trampoline and walk over step stones without stepping off. On the playground, he is able to pedal a tricycle, climb a ladder, and slide down the slide with good postural control. He can climb monkey bars with some assistance. ▮ teacher, Ms. Steinman, does not have concerns with ▮ ability to maneuver himself around in the classroom or playground, such as getting into his chair, or climbing on playground equipment. ▮ parents also reported that accessing playground equipment is a strength for him. Overall, ▮ currently has the gross motor skills to be able to access the playground equipment and participate in classroom activities.

**Fine Motor:**

    Administration of the Peabody Developmental Motor Scales-2 (Fine Motor Subtests; grasping and visual motor integration) was used to formally assess ▮ educational fine motor skills. Test items include various cutting, building, lacing, grasping, and copying tasks. Standard scores provide the clearest indication of a child's performance but clinical observations of a child using their hands to manipulate small objects and manage tools are also very helpful when attempting to establish the child's present level of skill development. During administration of the PDMS-2, non-standardized methods were used, such as repeated demonstrations. His scores are represented in the following chart:

### *January 2011: PDMS-2*

| Subtests | Raw Score | Standard Scores | Age in Months | Description of Performance |
|---|---|---|---|---|
| Grasping | 42 | 3 | 20 to 27 months | Very Poor |
| Visual Motor Integration | 102 | 4 | 28 months | Poor |

Page 28 of 48

P182

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsang,█████
Date of Birth: 03/14/2006

### Standard Score Interpretation

| Standard Score | Performance | % Included in Bell-Shaped Distribution |
|---|---|---|
| 17-20 | Very Superior | 2.34 |
| 15-16 | Superior | 6.87 |
| 13-14 | Above Average | 16.12 |
| 8-12 | Average | 49.51 |
| 6-7 | Below Average | 16.12 |
| 4-5 | Poor | 6.87 |
| 1-3 | Very Poor | 2.34 |

During the assessment, █████ demonstrated functional hand skills and strength to be able to pick up small beads, and stack one-inch blocks with an open web space. He was able to twist the lid to open a container. █████ was able to use a pincer grasp to pick up small items such as beans with his arm off the table. He is able to transition 2 beans from the palm of his hand to the tips of his fingers, demonstrating good translational skills. When drawing with a marker █████ used his right hand more than his left, and demonstrated a variety of grasps, including a quadrupod grasp and a pronated grasp. █████ independently uses a pronated grasp, but when positioned, he can maintain a quadrupod. Although █████ grasping score is categorized as being very poor according to testing criteria, he has the hand skills to be able to participate in typical fine motor activities within a preschool curriculum. It is recommended that a functional grasp be encouraged and reinforced within his educational setting.

During the assessment, █████ demonstrated poor visual motor integration skills based on his age. He was able to imitate vertical and horizontal strokes as well as circular scribbles, but this ability is inconsistent. He was able to stack 10 one inch blocks to build a tower, but was unable to imitate block designs such as a train or bridge. █████ was able to complete a form board and place 3 shapes into the correct hole. He was able to string 4 beads and lace 3 holes, demonstrating good bilateral hand skills █████ was able to snip one time on the paper without holding the paper with his hand and then ripped the paper. He was able to imitate banging a spoon in a cup during testing.

In the classroom █████ is able to trace large letters of the week with repeated practice. He has been observed to make 5 continuous cuts on paper as well as cut out a circle and on a straight line, but this skill is inconsistent. █████ does not always hold his paper or place his scissors in his hand independently when participating in cutting activities. He should continue to be encouraged to hold his paper independently during cutting activities in his educational environment. His visual attention for fine motor tasks, such as coloring, drawing, and painting is about 4-5 seconds, which could influence his independence with these tasks. Overall, █████ is demonstrating beginning foundational skills for visual-motor skills to be able to participate in his educational setting.

Page 29 of 48

P183

**AR 0732**

463

Confidential Pupil Record.                                                    Fulsang██
Date of Report: 02/04/2011                                      Date of Birth: 03/14/2006

## Sensory Processing

Sensory processing refers to the handling of sensory information (vestibular, proprioceptive, tactile, auditory, visual, olfactory, and gustatory) within the nervous system (the way that our bodies interpret sensory information from the environment). The following section will review the different areas of sensory processing based on clinical observations, parent report, and teacher report. Clinical observations are based on the child's interactions with a variety of sensory motor play equipment in the occupational therapy clinic.

Sensorimotor History Questionnaire for Preschools – completed by Ms. Steinman, ██ teacher.
Sensorimotor History Questionniare for Preschoolers

| Subscale | Sample Questions |
|---|---|
| Self Regulation (Activity Level and Attention) | Frequently irritable? Overly active and hard to calm down? Restless and fidgety during time when quiet concentration is required? |
| Sensory Processing of Touch | Dislike being bathed or having his hands, face, or hair washed? Frequently bump and push other children and may play too rough? Tend to withdraw from a group or seem irritable in close quarters? |
| Sensory Processing of Movement – Underreactive | Prefer fast-moving carnival or playground rides, spinning equipment, not becoming dizzy or seem less dizzy than others? Enjoy getting into an upside-down position? |
| Sensory Processing of Movement – Overreactive | Tend to avoid swings or slides or use them with hesitation? Dislike trying new movement activities or has difficulty learning them? |
| Motor Maturity (Motor Planning and Coordination) | Avoid trying new play activities and prefer to play games that he is confident at? Seem clumsy and bump into things easily? Use two hands for tasks that require two hands such as holding down the paper while drawing, holding the cup and pouring? |

### Score Interpretation

| Subscale | Ejner's score | Normal | At-Risk |
|---|---|---|---|
| Self Regulation (Activity Level and Attention) | 2 | 0-2 | 3-6 |
| Sensory Processing of Touch | 2 | 0-2 | 3-9 |
| Sensory Processing of Movement - Underreactive | 4 | 0-2 | 3-4 |
| Sensory Processing of Movement - Overreactive | 0 | 0 | 1-7 |
| Motor Maturity (Motor Planning and Coordination) | 4 | 0-3 | 4-15 |

The Sensorimotor History Questionnaire for Preschoolers is a questionnaire that was validated on 3 and 4 years olds and asks a variety of yes/no questions. Ms. Steinman completed the following sections on the Questionnaire: Self-Regulation (Activity Level and Attention), Sensory Processing of Touch, Sensory Processing of Movement, and Motor Maturity (Motor Planning and Coordination). According to Ms. Steinman, ██ demonstrated typical performance on his Self Regulation, Sensory Processing of Touch, and Sensory Processing of Movement Over-reactivity. Based on Ms. Steinman's information, ██ participates appropriately in these areas.

In the area of Sensory Processing of Movement Under-reactivity, ██ received a score of 4 which placed him in the at risk category. Ms. Steinman indicated that ██ prefers fast-moving, spinning equipment and seems

Page 30 of 48

P184

AR 0733

464

Confidential Pupil Record                                                    Fulsang,
Date of Report: 02/04/2011                                    Date of Birth: 03/14/2006

less dizzy than others after spinning, especially likes movement experiences such as bouncing, using a rocking chair or being turned in a swivel chair, and enjoys getting into upside down position.

In the area of Motor Maturity or Motor Planning and Coordination, ███ received a score 4 which also placed him in the at risk category. Ms. Steinman reported that ███ does not consistently use two hands for tasks that require two hands, has difficulty getting dressed, has difficulty with large muscle activities such as riding a tricycle and jumping on two feet, eats in a sloppy manner, and does not spontaneously choose to do activities involving the use of tools. During the assessme███ was observed to have difficulty using two hands during cutting activities. He would benefit from continued practice with his motor skills so that they become more automatic in his classroom environment.

Sensory Processing Measure-Preschool School Form and Home Form – completed by Ms. Steinman, ███ teacher, and Mr. and Mrs. Fulsang, ███ s parents.

The SPM-P is a standardized rating scale used to assess sensory processing issues, praxis, and social participation in preschool aged children. According to the SPM-P manual, children with autism are expected to show elevated scores on the SPM-P Social Participation and Planning and Ideas scales. Also, sensory processing difficulties are common in individuals with autism, and with children who have moderate to severe autism it is not uncommon to see all SPM-P scales elevated in the Definite Dysfunction range. The results from the SPM-P can help guide intervention and sensory processing strategies for the child with autism.

SPM-P School Form completed by Ms. Steinman

|                       | Raw Score | T Score | Interpretive Range   |
|-----------------------|-----------|---------|----------------------|
| Social Participation  | 34        | 75      | Definite Dysfunction |
| Vision                | 22        | 73      | Definite Dysfunction |
| Hearing               | 20        | 72      | Definite Dysfunction |
| Touch                 | 24        | 75      | Definite Dysfunction |
| Body Awareness        | 16        | 63      | Some Problems        |
| Balance and Motion    | 20        | 80      | Definite Dysfunction |
| Planning and Ideas    | 35        | 80      | Definite Dysfunction |
| Total Sensory Systems | 114       | 73      | Definite Dysfunction |

SPM-P Home Form completed by Mr. and Mrs. Fulsang

|                       | Raw Score | T Score | Interpretive Range   |
|-----------------------|-----------|---------|----------------------|
| Social Participation  | 20        | 68      | Some Problems        |
| Vision                | 18        | 60      | Some Problems        |
| Hearing               | 14        | 60      | Some Problems        |
| Touch                 | 30        | 70      | Definite Dysfunction |
| Body Awareness        | 14        | 60      | Some Problems        |
| Balance and Motion    | 14        | 58      | Typical              |
| Planning and Ideas    | 19        | 71      | Definite Dysfunction |
| Total Sensory Systems | 98        | 66      | Some Problems        |

Typical Range = T Score between 40-59
Some Problems = T Score between 60-69
Definite Dysfunction = T Score between 70-80

Page 31 of 48

P185

AR 0734

465

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsang, ▮
Date of Birth: 03/14/2006

Social Participation
According to Ms. Steinman on the school form, ▮ has definite dysfunction in social participation. For example, ▮ never willingly plays with peers in a variety of games and activities and occasionally participates appropriately in circle time. According to Mr. and Mrs. Fulsang on the home form ▮ has some problems with social participation. For example, ▮ occasionally plays with friends cooperatively and frequently participates appropriately in family outings and gatherings. ▮ has been observed to be social with adults during preferred activities, however, he rarely interacts appropriately with his peers.

Visual Processing
Both Ms. Steinman and ▮ father saw difficulties related to the visual system. They both agreed that ▮ enjoys watching objects move and that he has trouble paying attention if there is a lot to look at. In the classroom, it would be important to decrease the amount of visual stimuli, especially when having him complete a task that requires increased attention.

Hearing or Auditory Processing
According to Ms. Steinman on the school form ▮ has a definite dysfunction in auditory processing. She reported that ▮ frequently makes noises, hums, sings, or yells during quiet class time, and frequently appears unable to follow verbal directions. These difficulties appear related more to his ability to understand a verbal direction and his receptive language. He also will yell or cry at times during quiet class time, but it does not appear related to him seeking auditory input. In the classroom, ▮ does not appear to demonstrate auditory defensive behaviors that would impact his ability to participate in the classroom environment.

According to Mr. and Mrs. Fulsang, ▮ appears to demonstrate some problems with his auditory processing. He indicated that ▮ frequently seems bothered by ordinary household sounds, such as the vacuum cleaner, hair dryer, or toilet flushing ▮ has been seen to touch his ears and sometimes cover his ears in the classroom, but it does not appear to be a defensive behavior or prevent him from participating in classroom activities.

Touch or Tactile Processing
▮ appears to be processing tactile input in a functional way in his educational environment. His tactile system does show some signs of both under-responsivity with regard to his reported high pain tolerance and over-responsivity mostly related to his distress with self-care activities at home such as combing hair, brushing teeth, cutting fingernails. In the classroom, ▮ never shows distress when playing with sensory materials on his hands and participates actively in art projects in the classroom. He appears to enjoys handling sensory materials and often seeks out sensory materials to play with in his hands. Playing with sensory materials such as shaving cream or paint may also be a strategy to increase ▮ arousal level or alertness. His tactile processing in the classroom environment is not an area of concern at this time.

Body Awareness or Proprioceptive Processing
Proprioception is an awareness of oneself gained through the muscles and joints and through other receptors within our own bodies. This awareness allows us to understand the position in space of various body parts. On the SPM-P the Body Awareness Scale assesses proprioceptive-seeking behaviors (seeks intense inputs into the muscles and joints through pushing, pulling, jumping, hanging), and disordered proprioception in which the child is unable to judge and control the forcefulness of his motions.

Page 32 of 48

P186

AR 0735

466

Confidential Pupil Record                                                    Fulsang,
Date of Report: 02/04/2011                                          Date of Birth: 03/14/2006

███ demonstrates some problems with his proprioceptive processing based on both the home and school forms. Both Mr. and Mrs. Fulsang and Ms. Steinman report that ███ chews and mouths on objects in the home and classroom, which is a sensory seeking behavior. Ms. Steinman notes that ███ occasionally has difficulties grading his force such as accidentally breaking crayons, closing scissors forcefully, and handles containers too roughly. Mr. and Mrs. Fulsang also reports similar problems with grading force appropriately with occasional difficulties grasping objects inappropriately or petting animals forcefully. These behaviors are proprioceptive in nature, and therefore participating in proprioceptive activities on a regular basis both at home and at school, such as jumping on the trampoline, swinging on the monkey bars, and climbing on the playground structures, would be important for ███

Balance and Motion or Vestibular Processing
The vestibular system processes sensory information relative to gravity, movement and head position through information provided by the receptors within the inner ear. It responds to changes in head position to help us keep our balance and understand where our body is in space. This system is constantly "checking in" with our eyes, muscles, and joints to keep us oriented to gravity and how we balance and move our bodies. The Balance and Motion Scale on the SPM-P addresses the following vestibular processing issues: excessive seeking of intense vestibular input, poor postural control, and problems with the perception of body movements in space.

According to Mr. and Mrs. Fulsang on the home form, ███ has typical vestibular processing. For example, he reports that ███ never shows poor coordination or appear to be clumsy, and never leans on other people or furniture when sitting or when trying to stand up. According to Ms. Steinman ███ has a definite dysfunction in the area of vestibular processing. Ms. Steinman indicated that ███ always has difficulty moving body to rhythm, frequently likes to lean on walls, furniture, or other people for support when sitting and standing, and frequently swings excessively. ███ exhibits vestibular seeking behaviors as well as problems with the perception of his body in space in the school environment. These behaviors appear due to a lower arousal level. It is recommended that ███ be provided with opportunities for movement within his educational setting, since he may require more movement than most to reach an optimal arousal level. Also, it has been seen that ███ responds well to sitting on a T-Stool during center time to provide him with some additional movement to increase his arousal level or alertness for activities.

Planning and Ideas or Praxis
Praxis is the ability to conceptualize, plan, and organize movements in order to complete unfamiliar motor tasks. It is a higher level cognitive function that depends on the effective tactile, proprioceptive and vestibular processing. On the Planning and Ideas Scale in the SPM-P, the items address ideation (the ability to create a concept of a novel task) and motor planning (the ability to organize and plan novel actions).

Both Ms. Steinman and Mr. and Mrs. Fulsang report difficulties in the area of planning and ideas. ███ appears to struggle with ideation, or the ability to create a mental image of a novel task, such as coming up with new ideas during play. For example ███ has difficulty during recess coming up with novel activities to play when he is not guided or facilitated by an adult. When left alone to play, he has been observed to pick up wood chips or sand and shake them in his hands as well as rip leaves from plants. His parents also report that ███ has started picking leaves off of bushes, and tearing paper and books into little pieces. He also has difficulties with motor planning, the ability to organize and plan novel actions, such as completing tasks with multiple steps. In the classroom, ███ has difficulty sequencing everyday routines independently, has difficulty consistently using both hands to complete activities, and requires repeated demonstrations and repetitions in order to learn a

Page 33 of 48

P187

Confidential Pupil Record                                                                    Fulsang, ▉
Date of Report: 02/04/2011                                                          Date of Birth: 03/14/2006

new skill. Recently, ▉ has been observed to make some good gains in the area of motor imitation. For example, he is now able to imitate novel one-step actions such as tapping his head, clapping, and rolling playdough in his classroom environment. ▉ also has the ability to throw a bean bag at a target with about 70% accuracy while swinging, demonstrating adequate motor planning and visual attention during this activity. ▉ has developed his motor planning skills for gross motor activities such as playing on playground equipment, traversing over obstacle courses in the occupational therapy clinic, and using the trapeze to swing onto another swing. However, he continues to have difficulty with his ideational motor planning as well as motor planning for cognitive activities.

Overall, ▉ appears to demonstrate difficulties in the areas of vestibular and proprioceptive processing related to his arousal or alertness level in the school environment. Providing vestibular and proprioceptive based activities throughout ▉ daily routine may help him organize his sensory system to be able to participate in his educational setting. Additional alerting activities in the classroom such as tactile materials (shaving cream), crunchy, chewy, and sour foods, and giving tickles, may also be beneficial.

Summary of Occupational Therapy Assessment Results
In summary, an occupational therapy assessment was performed in order to assess how ▉ educational fine motor skills and sensory processing influence his ability to access curriculum in an appropriate educational setting. The role of an occupational therapist in the school setting is to support and develop functional performance in educationally related activities in the least restrictive environment for identified special education students. ▉ is currently functioning below age level in his visual-motor skills. However, he demonstrates good hand strength and manipulation skills to motorically be able to participate in fine motor activities. ▉ continues to have difficulty maintaining an optimal arousal level for learning in the classroom, demonstrating a lower arousal or alertness level in the school environment. It would be beneficial for ▉ to participate in activities that increase his alertness level as part of his daily routine in the school environment.

| SOCIAL-EMOTIONAL FUNCTIONING |
| --- |

*Social-emotional functioning is how the person responds to social situations (e.g., if and how the person plays with others) and how the person responds to emotional situations (e.g., how he/she expresses emotions).*

The Behavior Assessment System for Children, Second Edition (BASC-2)
Date: 02/2009      NMUSD

| Composites/ Subtests | T-Scores 50 = Avg. | Percentiles 50 = Avg. | Description |
| --- | --- | --- | --- |
| Externalizing Problems | 46 | 38 | Average |
| Hyperactivity | 48 | 51 | Average |
| Aggression | 44 | 30 | Average |
| Internalizing Problems | 33 | 2 | Average |
| Anxiety | 38 | 7 | Average |
| Depression | 35 | 4 | Average |
| Somatization | 38 | 10 | Average |
| Behavioral Symptoms Index | 54 | 69 | Average |
| Atypicality | 69 | 94 | At-Risk |
| Withdrawal | 62 | 88 | At-Risk |

Page 34 of 48

P188

AR 0737

468

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsan █████
Date of Birth: 03/14/2006

| | | | |
|---|---|---|---|
| Attention Problems | 58 | 79 | Average |
| *Clinical Scales* | *41-59 = Average* | *60-69 = At-Risk* | *70+ = Clinically Significant* |
| | | | |
| Adaptive Skills | 36 | 7 | At-Risk |
| Adaptability | 52 | 56 | Average |
| Social Skills | 28 | 1 | Clinically Significant |
| Act. of Daily Living | 37 | 11 | At-Risk |
| Functional Comm. | 37 | 10 | At-Risk |
| *Adaptive Scales* | *40 + = Average* | *30-40 = At-Risk* | *20-29 = Clinically Significant* |

The Childhood Autism Rating Scale (CARS)
Date: 02/2008          NMUSD

| CARS | Range (1-4) | Descriptor |
|---|---|---|
| *I. Relating to People* | 3.5 | *Moderately to severely abnormal relationships* |
| *II. Imitation* | 3.5 | *Moderately to severely abnormal imitation responses* |
| *III. Emotional Response* | 2.0 | *Mildly abnormal emotional responses* |
| *IV. Body Use* | 2.0 | *Mildly abnormal body use* |
| *V. Object Use* | 3.5 | *Moderately to severely inappropriate use of toys* |
| *VI. Adaptation to Change* | 2.5 | *Mildly to Moderately abnormal adaptation to change* |
| *VII. Visual Response* | 3.0 | *Moderately abnormal visual response* |
| *VIII. Listening Response* | 3.0 | *Moderately abnormal listening response* |
| *IX. Taste, Smell, and Touch Response and Use* | 2.5 | *Mildly to Moderately abnormal use of/response to taste, smell and touch* |
| *X. Fear or Nervousness* | 2.0 | *Mildly abnormal fear or nervousness* |
| *XI. Verbal Communication* | 3.5 | *Moderately to severely abnormal verbal communication* |
| *XII. Nonverbal Communication* | 3.5 | *Moderately to severely abnormal use of nonverbal communication* |
| *XIII. Activity Level* | 2.0 | *Mildly abnormal activity level* |
| *XIV. Level/Consistency of Intellectual Response* | 3.0 | *Moderate abnormal intellectual functioning* |

Page 35 of 48

P189

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     739 of 1332

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsaug, ███
Date of Birth: 03/14/2006

| XV. General Impressions | 3.0 | Moderate Autism |
| Overall Score | 42.5 | (moderate to some moderate-severe ranges) |

### Current Assessment Results:

**Childhood Autism Rating Scale, Second Edition-Standard Version (CARS2-ST)**
The *Childhood Autism Rating Scale, Second Ed.-Standard Version (CARS2-ST)* is an observation tool utilized to determine a total score, which relates to probability of autistic-like behaviors. The *CARS2-ST* was completed due to documented concerns related to ███ atypical behaviors in the areas of social functioning, emotion response, body and object use, and verbal communication.

The *CARS2-ST* was completed based on school psychologist observation, teacher input and parent input. The manual indicates that the *CARS2-ST* should be used with students who have an estimated overall IQ of below 80 (below the average range), and who have low verbal skills. Based on current assessments, ███ IQ was well below the average range and his verbal skills are significantly delayed.

A note of caution in regards to the *CARS2-ST*: This is a subjective measure which may vary between raters. This examiner gave a score based on severity of behavior reported by the respondent and/or observed. Scores range from 1 (which indicates typical) to 4 (which indicates most severe).

| Category | Rating Score (1-4) | Descriptor |
|---|---|---|
| 1. Relating to People | 3 | Moderately abnormal relationship |
| Observations: ███ demonstrates aloofness and requires prompts to gain his attention. He does not frequently initiate interactions. | | |
| 2. Imitation | 3.5 | Moderately to Severely abnormal imitation |
| Observations: ███ is beginning to demonstrate immediate physical imitations, but does not consistently imitate sounds or words. | | |
| 3. Emotional Response | 4 | Severely abnormal emotional response. |
| Observations: ███ has difficulty regulating his emotions after he becomes escalated. Some days his emotions can be elevated throughout the day despite the use of calming strategies. | | |
| 4. Body Use | 3.5 | Moderately to severely body use. |
| Observations: ███ demonstrates frequent finger/hand movements and walking. Additionally, he was observed to walk with a flat foot. | | |
| 5. Object Use | 3.5 | Moderately to severely inappropriate interest in, or use of, toys and other objects. |
| Observations ███ focuses on insignificant parts of toys and will repetitively move some part of the object. | | |
| 6. Adaptation to Change | 1 | Age-appropriate adaptation to change |
| Observations: ███ accepts changes in routine without undue stress. | | |
| 7. Visual Response | 3 | Moderately abnormal visual response |
| Observations ███ must be reminded frequently to look at what he is doing. He stares into space and does not look people in the eye. | | |

Page 36 of 48

P190

AR 0739

470

Confidential Pupil Record                                                      Fulsang ■■■
Date of Report: 02/04/2011                                          Date of Birth: 03/14/2006

| 8. Listening Response | 3 | Moderately abnormal listening response |
|---|---|---|
| Observations: ■■■ sometimes underreacts (i.e. loud noises did not distract him or did not orient to name at times) or overreacts to sounds. | | |
| 9. Taste, Smell, and Touch Response and Use | 4 | Severely abnormal use of, and response to, taste, smell, and touch. |
| Observations: ■■■ continues to be a picky eater due to textures (i.e. whole fruit). He is constantly touching things and continues to put inedible objects in his mouth. At times, he has been oblivious to pain (i.e. hot water or peer stepping on hand). | | |
| 10. Fear or Nervousness | 1.5 | Normal ear or nervousness |
| Observations: ■■■ does not demonstrate any unusual fears. | | |
| 11. Verbal Communication | 4 | Severely abnormal verbal communication |
| Observations: ■■■ does not use meaningful speech. | | |
| 12. Nonverbal Communication | 3.5 | Moderately to severely abnormal use of nonverbal |
| Observations: ■■■ has difficulty understanding the nonverbal communication of others, but is demonstrating emerging nonverbal communication (i.e. taking mom's hand to show her what he wants, and pointing to a correct object from a field of 1). | | |
| 13. Activity Level | 2.5 | Mildly to moderately abnormal activity level |
| Observations: At school, ■■■ may be quite lethargic and want to lay or sit around all day. At home, Mrs. Fulsang indicated that he is not overly active, but has enough energy to play outside on outings. | | |
| 14. Level and Consistency of Intellectual Response | 2 | Mildly abnormal intellectual functioning |
| Observations: ■■■er demonstrates a deficit in his intellectual functioning and his skills appear fairly evenly delayed across all areas. | | |
| 15. General Impressions | 4 | Severe autism spectrum disorder |
| Observations: ■■■ shows many symptoms of an autism spectrum disorder. | | |

In summarizing his category ratings, ■■■ score on the CARS-ST was 46 which fell in the "Severe Symptoms of Autism Spectrum Disorder" severity group. When his symptoms were compared to individuals with autism spectrum diagnosis of all ages his score was in the 84th percentile with a T-score of 60. When his symptoms were compared to individuals with autism spectrum diagnosis between the ages of 2 to 12 years of age his score was also in the 84th percentile with a T-score of 60.

RELATIONSHIP BETWEEN BEHAVIOR AND ACADEMIC AND SOCIAL FUNCTIONING
Education Code, § 56327(d)
*Maladaptive behavior often interferes with the acquiring of mental, academic, social, and personal skills. Maladaptive behaviors can include, but are not limited to: emotional withdrawal, temper tantrums, negativity and defiance, physical aggression, eloping, self-injurious behavior, and destruction of another's property.*

■■■ continues to work on maintaining calm behavior to participate in classroom activities. He was observed to demonstrate physical aggression towards his peers one time during the assessment process.

Page 37 of 48

P191

AR 0740

471

Confidential Pupil Record                                          Fulsang,
Date of Report: 02/04/2011                          Date of Birth: 03/14/2006

## THE EFFECTS OF ENVIRONMENTAL, CULTURAL OR ECONOMIC DISADVANTAGE, IF ANY
### Education Code, § 56327(g)

Economic disadvantage is not suspected,        currently attends preschool and is receiving additional parent-funded behavioral support afterschool. At this time it is not estimated that        environment has negatively impacted his developmental growth at school. Culture has also been considered. The results in this report are not negatively impacted by cultural differences.

## ANALYSIS OF ELIGIBILITY: AUTISTIC-LIKE BEHAVIORS
### (C.C.R., § 3030(g).)

A child meets the eligibility criteria for autistic-like behaviors if a child exhibits any combination of the following autistic-like behaviors:

- *An inability to use oral language for appropriate communication.*
- *A history of extreme withdrawal or relating to people inappropriately and continued impairment in social interaction from infancy through early childhood.*
- *An obsession to maintain sameness.*
- *Extreme preoccupation with objects or inappropriate use of objects or both.*
- *Extreme resistance to controls.*
- *Displays peculiar motoric mannerisms and motility patterns.*
- *Self-Stimulating, ritualistic behavior.*

- *An inability to use oral language for appropriate communication.*
According to the current assessment,        does not use oral language to demonstrate his needs and wants.

    meets this criterion.

- *A history of extreme withdrawal or relating to people inappropriately and continued impairment in social interaction from infancy through early childhood.*

    appears to enjoy interactions with adults, but doesn't demonstrate appropriate social skills with his peers or adults. He is often aloof. Interactions require persistent attempts from an adult or peer to gain        attention.

    meets this criterion.

- *An obsession to maintain sameness.*
    does not demonstrate aversive reactions to changes in his routine. He transitions between planned and unplanned activities,

    does not meet this criterion.

Page 38 of 48

P192

AR 0741

472

Confidential Pupil Record                                              Fulsang,
Date of Report: 02/04/2011                                  Date of Birth: 03/14/2006

- *Extreme preoccupation with objects or inappropriate use of objects or both.*

███ does not demonstrate functional or symbolic play with toys independently. This is an emerging skill as he is currently working on putting a person in a car and pushing the car. He usually focuses on insignificant parts of a toy (i.e. pulling strands repeatedly on ball).

███ meets this criterion.

- *Extreme resistance to controls.*

███ responds to simple familiar one step directives. He easily transitions out of reinforcement time when given a gestural (hand out) or verbal ("all done") prompt.

███ does not meet this criterion.

- *Displays peculiar motoric mannerisms and motility patterns.*
███ walks with flat foot. He also demonstrates hand flapping and head shaking movements.

███ meets this criterion.

- *Self-stimulating, ritualistic behavior.*
███ demonstrates self-stimulating behavior (hand flapping) and playing with parts of toys repeatedly (pulling strings on ball).

███ meets this criterion.

███ has made great improvements in his functioning but continues to demonstrate autistic-like characteristics that adversely affect his educational performance. He continues to benefit from special education services.

The assessments results indicate that ███ meets the eligibility criteria for autistic-like behaviors. However, the IEP team must take into account all the relevant material which is available on a child to determine the degree of impairment, if any, and whether a child requires special education. Therefore, the determinations regarding eligibility and educational programming shall be made by the IEP team.

> **ANALYSIS OF ELIGIBILITY:**
> **INTELLECTUAL DISABILITY (ID): Federal Law/MENTAL RETARDATION (MR) California Law**
> Education Code, §56339; §C.C.R. 3030(h)

> A pupil has a significantly below average general intellectual functioning existing concurrently with deficits in adaptive behavior and manifested during the developmental period, which adversely affects a pupil's educational performance.

Page 39 of 48

P193

AR 0742

473

Confidential Pupil Record                                                    Fulsang
Date of Report: 02/04/2011                                          Date of Birth: 03/14/2006

In October of 2010, the Federal Law changed the use of the term Mental Retardation to Intellectual
Disability (Rosa's Law); however, as of this report California has not yet adopted the new term.

*The Association of Intellectual and Developmental Disabilities (AAIDD) provided the following criteria on the
website (www.aaidd.org):*

*Intellectual disability is a disability characterized by significant limitations both in intellectual functioning and
in adaptive behavior, which covers many everyday social and practical skills. This disability originates before
the age of 18.*

*Intellectual functioning—also called intelligence—refers to general mental capacity, such as learning,
reasoning, problem solving, and so on.*

*One criterion to measure intellectual functioning is an IQ test. Generally, an IQ test score of around 70 or as
high as 75 indicates a limitation in intellectual functioning.*

*Standardized tests can also determine limitations in adaptive behavior, which comprises three skill types:*

- *Conceptual skills—language and literacy; money, time, and number concepts; and self-direction.*
- *Social skills—interpersonal skills, social responsibility, self-esteem, gullibility, naïveté (i.e., wariness),
  social problem solving, and the ability to follow rules/obey laws and to avoid being victimized.*
- *Practical skills—activities of daily living (personal care), occupational skills, healthcare,
  travel/transportation, schedules/routines, safety, use of money, use of the telephone.*

*The American Association of Mental Retardation (AAMR) manual (2002b), now referred to as American
Association of Intellectual and Developmental Disabilities (AAIDD), provided an operational definition for
limitations in adaptive behavior. For the diagnosis of mental retardation, significant limitations in adaptive
behavior should be established through the use of standardized measures normed on the general population,
including people with disabilities and people without disabilities. On these standardized measures, significant
limitations in adaptive behavior are operationally defined as performance that is at least two standard
deviations below the mean of either (a) one of the following three types of adaptive behavior: conceptual,
social, or practical, or (b) an overall score on a standardized measure of conceptual, social, and practical
skills.*

*The DSM-IV-TR defines mental retardation as a significantly subaverage general intellectual functioning
(Criterion A) that is accompanied by significant limitations in adaptive functioning in at least two of the
following skill areas: communication, self-care, home living, social/interpersonal skills, use of community
resources, self-direction, functional academics, work, leisure, health and safety (Criterion B). The onset must
occur before age 18 years (Criterion C)*

██████ was administered the Mullen, which is a standardized, individually administered comprehensive measure
of cognitive functioning for infants and preschool children with ages from birth through 68 months. ████
obtained an Early Learning Composite score of 49 (skills scattered from 5th month to 26th month range), ████
rate of learning was also measured using the DAY-C, which is used to identify developmental delays or deficits
in children (from birth through 5 years, 11 months) who may benefit from early intervention. Based on

Page 40 of 48

P194

ADMINISTRATIVE RECORD FOR MATTER 2012050785        02/25/2014        744 of 1332

Confidential Pupil Record                                                    Fulsang
Date of Report: 02/04/2011                                          Date of Birth: 03/14/2006

observation and parent report, ▮ obtained a standard score of less than 50 which indicated that he was functioning between the 16 and 26 month range.

The ABAS-II is a standardized measure of adaptive behavior. The areas measured by the ABAS-II correspond to the specifications identified by the American Association on Mental Retardation (AAMR; 1992, 2002b) and the *Diagnostic and Statistical Manual of Mental Disorders-4th Edition-Text Revision*. The ABAS-II manual quotes that the DSM-IV criteria for a diagnosis of mental retardation required significant limitations in at least two adaptive skill areas. The DSM-IV criteria does not operationally define significant limitations in skill areas; however the ABAS-II manual indicated the possible criterion of 2 or more standard deviations below the mean (score of 70 and below). Based on this criterion the ABAS-II results indicated significant adaptive behavior deficits (two standard deviations below the mean) for Ejner in all adaptive areas.

Current assessment data indicated that ▮'s intellectual and adaptive behavior deficits adversely affect educational performance.

The assessments results indicate that ▮ meets the eligibility criteria for Intellectual Disability/Mental Retardation, due to his significant deficits in intellectual functioning concurrently with deficits in adaptive functioning. However, the IEP team must take into account all the relevant material which is available on a child to determine the degree of a child's impairment, if any, and whether he requires special education. Therefore, the determinations regarding eligibility and educational programming shall be made by the IEP team.

| ANALYSIS OF ELIGIBILITY: SPEECH AND LANGUAGE IMPAIRED |
| :---: |
| Education Code, §56333 (c) |

A pupil has a language or speech disorder as defined in Section *56333(c)* of the Education Code, and it is determined that the pupil's disorder meets one or more of the following criteria. ▮ does meet eligibility criteria for SLI.

*1. Articulation Disorder*
(a) The pupil displays reduced intelligibility or an inability to use the speech mechanism that significantly interferes with communication and attracts adverse attention. Significant interference in communication occurs when the pupil's production of single or multiple speech sounds on a developmental scale of articulation competency is below that expected for his or her chronological age or developmental level and which adversely affects educational performance;

(b) The pupil does not meet the criteria for an articulation disorder if the sole assessed disability is an abnormal swallowing pattern.

▮*s speech development and articulation skills severely delayed.*

*2. Abnormal voice*

A pupil has an abnormal voice which is characterized by persistent, defective voice quality, pitch or loudness.

*\*No concerns were observed or reported with Ejner's voice quality.*

Page 41 of 48

P195

AR 0744

475

Confidential Pupil Record                                                       Fulsang█████
Date of Report: 02/04/2011                                          Date of Birth: 03/14/2006

### 3. *Fluency Disorders*

A pupil has a fluency disorder when the flow of verbal expression including rate and rhythm adversely affects communication between the pupil and listener.

> *\*No concerns were observed or reported with fluency.*

### 4. *Language Disorder*

The pupil has an expressive or receptive language disorder when he or she meets one of the following criteria:

(a) The pupil scores at least 1.5 standard deviations below the mean, or below the 7th percentile, for his or her chronological age or developmental level on two or more standardized tests on one or more of the following areas of language development: morphology, syntax, semantics, or pragmatics. When standardized tests are considered to be invalid for the specific pupil, the expected language performance level shall be determined by alternative means as specified on the assessment plan; or

(b) The pupil scores at least 1.5 standard deviations below the mean, or below the 7th percentile, for his or her chronological age or developmental level on one or more standardized tests in one of the areas listed in subsection (a) and displays inappropriate or inadequate usage of expressive or receptive language as measured by a representative spontaneous or elicited language sample of a minimum of 50 utterances. The language sample must be recorded or transcribed and analyzed, and the results included in the assessment report. If the pupil is unable to produce this sample, the language, speech, and hearing specialist shall document why a 50-utterance sample was not obtainable and the contexts in which attempts were made to elicit the sample. When standardized tests are considered to be invalid for the specific pupil, the expected language performance level shall be determined by alternative means as specified on the assessment plan.

(c) The language or speech disorder must be judged by the IEP Team to interfere with the pupil's ability to benefit from the educational program.

> *█████ demonstrates significantly delayed communication skills across linguistic domains.*

| SUMMARY |
|---|

█████ is a 4 year 10 month old adorable boy in Mrs. Steinman's ABA SDC preschool classroom at Mariners Elementary School (NMUSD). The District conducted an initial assessment of █████ in February of 2009 and he qualified under the eligibility category of Autistic-like. The eligibility of Mental Retardation was considered, but due to limited exposure to preschool/daycare setting, he was not found eligible. The team recommended that the eligibility for mental retardation be monitored while █████ receives additional researched based intervention services to address his delays.

Overall █████ current cognitive functioning is judged to fall within the very low range with visual and receptive language skills falling at the 16-17[th] month range, expressive language skills at the 5th month range, and fine motor skills scattered up to 26th month range according to the Mullen. Based on parent report on the

Page 42 of 48

P196

Confidential Pupil Record                                                              Fulsang, █████
Date of Report: 02/04/2011                                                    Date of Birth: 03/14/2006

DAY-C his skills fell at the 15 month range based on observation and the 21 month range based on parent report and observation. █████ continues to demonstrate deficits in his rate of learning and intellectual profile; however, it is important to note the personal growth from the assessment in January of 2009. █████ cognitive ability based on informal play based assessment ranged from the 4 month level (social cognition) up to to the 18 month level (some literacy skills scattered into 18 month range) range, █████ has obtained more skills since his last assessment in January of 2009. Overall, █████ is demonstrating a delay of at least 32 months (2 years 8 month █████ demonstrates adaptive skills deficits in all areas.

The academic assessment indicated that █████ demonstrates general and cognitive skills in the following areas including; matching colors and objects from a field of four, putting together a 2-piece puzzle, attending to adult and 1-step imitation. The IEP team has determined that █████ presents with unique educational needs in the following areas; behavior, self help, social/emotional development, readiness skills.

█████ is a 4 years, 10 months preschool boy who demonstrates significant delays in his speech, social development, and language skills. Results from this assessment suggest that his general communication profile is similar to a typically-developing young child between 12-15 months. █████ uses functional communication including eye gaze with signs, gestures, vocalizations, and other indicating behaviors to direct others effectively in meeting his needs. He rarely demonstrates communicative behaviors for purposes other than behavioral regulation of others and is particularly successful in requesting choices and indicating preferred items. With repeated learning opportunities, █████ is beginning to demonstrate improved skills when matching photos with objects and during 1-2 sequenced play with familiar, functional objects. His verbal behaviors continue to be restricted in range, but he is using other vocal dimensions (pitch, rate, volume, nasality) to augment his communicative attempts with information about his emotional state.

█████ is currently functioning below age level in his visual-motor skills. However, he demonstrates good hand strength and manipulation skills to motorically be able to participate in fine motor activities. █████ continues to have difficulty maintaining an optimal arousal level for learning in the classroom, demonstrating a lower arousal or alertness level in the school environment.

The assessments results indicate that █████ meets the eligibility criteria for Autistic-like Behaviors, Intellectual Disability/Mental Retardation, and Speech and Language Impairment. However, the IEP team must take into account all the relevant material which is available on a child to determine the degree of impairment, if any, and whether a child requires special education. Therefore, the determination regarding eligibility and educational programming shall be made by the IEP team.

| RECOMMENDATIONS |
| --- |

1. The assessment results will be shared with the IEP team to determine if █████ continues to be eligible for special education.

2. If the IEP team determines that █████ continues to be eligible for special education, the IEP team shall further determine whether █████ impairment(s) requires instruction, services, or both, which cannot be provided with modification of the regular school program.

Page 43 of 48

P197

AR 0746

477

Confidential Pupil Record                                                    Fulsang, ███
Date of Report: 02/04/2011                                          Date of Birth: 03/14/2006

3. If ███'s educational needs require more than modification of the regular school program, the IEP team shall discuss appropriate special education programming in light of his unique needs.

4. The following unique educational needs were identified and will be addressed in the IEP:

- Behavior
  - o Transitions
  - o Compliance
- Social/Emotional
  - o Functional Play
- Readiness
  - o Body Parts-Identify
  - o Imitation Skills
- Self Help
  - o Utensil use
  - o Toileting Behavior #1
  - o Toileting Behavior #2
- Fine Motor
  - o Visual Attention to Projects
- Sensory Processing was noted as a weakness, but does not require direct service as it is addressed in the curriculum.
- Communication
  - o Expanding his augmentative communication skills to more successfully communicate a wider range of needs
  - o Increasing his verbal comprehension of simple directions and familiar, functional objects
  - o Increasing his overall rate of communicative behavior to improve effective and efficiency
  - o Establishing a set of socio- interactive routines to share and enjoy with familiar partners.

5. It would be beneficial for ███ to participate in activities that increase his alertness level as part of his daily routine in the school environment.

6. ███ would benefit from an instructional setting where functional communication deficits can be addressed on a daily basis within a structured setting.

Page 44 of 48

P198

AR 0747

Confidential Pupil Record                                                              Fulsang,
Date of Final Report: 02/04/2011                                          Date of Birth: 03/14/2006

The following staff members have contributed to this multidisciplinary team report:

Dated: February 4th, 2011          Signature _____
                                    Eby Kent
                                    School Psychologist, M.S., PPS, LEP # 3101


                                    Signature _____
                                    Leah Steinman
                                    Special Day Class Teacher, BA


                                    Signature _____
                                    Kathy Murphy
                                    Speech-Language Pathologist, PhD, CCC-SLP
                                    California License #14203


                                    Signature _____
                                    Jennie Ni
                                    Occupational Therapist M.S., OTR/L NBCOT certification #1049884
                                    CA License #7462


                                    Signature _____
                                    Brooke Beverage, OTS
                                    Occupational Therapist Student


                                    Signature _____
                                    Denise Ellis
                                    School Nurse, R.N., MSN

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          749 of 1332

Confidential Pupil Record
Date of Report: 02/04/2011

Fuisang
Date of Birth: 03/14/2006

## SUMMARY: PLS-4 Results

| Age Range-PLS-4 | Auditory Comprehension | | | Expressive Communication | | |
|---|---|---|---|---|---|---|
| | % correct | Items correct | Items incorrect | % correct | Items correct | Items incorrect |
| Birth-2 months | 100% | 1. glances momentarily at a person that talks to him 2. enjoys caregiver's attention 3. reacts to sounds other than voices in environment 4. looks 2 seconds to speaker | | 100% | 1. demonstrates a suck/swallow reflex 2. vocalizes soft, throaty sounds 3. responds to a speaker by smiling | |
| 3-5 months | 100% | 1. turns head to locate sound 2. actively searches to find sound/music in class) 3. discriminates one sound from another 4. mouths objects | | 100% | 1. varies pitch, length or volume of cries 2. vocalizes pleasure/displeasure of sounds 3. vocalizes when talked to and moves arms and legs | |
| 6-8 months | 75% | 1. shakes objects in play 2. interrupts activity when you call his name 3. anticipates what will happen next | 1. actively search for source of sound when the source is not visible | 100% | 1. protests by gesturing or vocalizing 2. vocalizes two different vowel sounds 3. vocalizes two different consonantal sounds 4. combines sounds to make a syllable | |
| 9-11 months | 100% | 1. looks at objects people the caregiver calls attention to 2. understands what you want when you extend hands and say "come with me" 3. responds to no 4. understands a specific word or phrase | ¦ -- ¦ | 100% | 1. seeks attention from others 2. plays simple games 3. communicates nonverbally, using gestures, pushing or pulling behaviors | ¦ -- ¦ |

Page 46 of 48

P200

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsang,
Date of Birth: 03/14/2006

| Age | % | | | % | | |
|---|---|---|---|---|---|---|
| 12-17 months | 75% | *1. uses more than one object in play*<br>*2. follows routine and familiar directions w/ cues*<br>*3. demonstrates appropriate use of simple objects (ball, car, blocks)* | 1. identify familiar objects from a group of objects | 71% | *1. vocalizes without arms moving*<br>*2. participates with another person in play routine for 1-2 minutes*<br>*3. babbles two syllables together*<br>*4. initiates turn-taking social routine*<br>*5. extends toy to another; to show others* | 1. has vocabulary of 1 word<br>2. produces 5 consonants |
| 1½-2 yr. | 25% | *1. understood inhibitory words* | 1. identify pictures of familiar objects<br>2. identify body parts<br>3. understand verbs in context | 20% | *1. uses vocalizations & gestures to request toys/food* | 1. imitate words<br>2. use 5-10 words<br>3. produce CV, CVC, CVCV<br>4. babble with inflections similar to adult speech |
| 2-2½ yr. | 0% | | 1. identify clothing (shoes, pants, socks)<br>2. recognize actions in pictures<br>3. comprehend the spatial concepts "in/out"<br>4. understand pronouns "me, my, your" | 0% | | 1. name 6 pictures of objects<br>2. use words more than gestures to communicate; PR<br>3. ask "what's that?" questions<br>4. use words to request, label, ask "more", and to get a person's attention<br>5. use a variety of word combinations in sentences |

Page 47 of 48

P201

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                          751 of 1332

Confidential Pupil Record
Date of Report: 02/04/2011

Fulsang,
Date of Birth: 03/14/2006

| Age | % | Skills | % | Skills |
|---|---|---|---|---|
| 2½ – 3 yr. | 0% | 1. understand object use<br>2. understand part/ whole relationships<br>3. understand simple descriptive concepts<br>4. follow 2-step commands without cues | 0% | 1. use plural –s<br>2. answer what and where questions<br>3. combine 3 words in spontaneous speech<br>4. no –ing verb tense<br>5. use different nouns, verbs and modifiers |
| 3 – 3½ yr. | 0% | 1. understand quantity words; "one, some, all"<br>2. understand pronouns "he, she, his, her"<br>3. understand negatives, i.e. "baby not crying" | 0% | 1. tell how an object is used<br>2. use 4-5 word sentences<br>3. use possessive –s<br>4. count 1-7<br>5. name 8 pictured objects |
| 3½ – 4 yr. | 0% | 1. identify colors<br>2. identify categories<br>3. make inferences<br>4. understand picture analogies<br>5. understand more/ most | 0% | 1. answer questions logically<br>2. use words that describe physical state, i.e., tired, thirsty, hungry<br>3. complete analogies, i.e., ice cream is cold. Fire is ___<br>4. answer questions about hypothetical events, i.e., what would you do if you got food on your shirt? |
| 4 – 4½ yr. | 0% | 1. understand expanded sentences<br>2. understand qualitative concepts (tall, long, short)<br>3. understand qualitative concepts (shapes)<br>4. understand spatial concepts | 0% | 1. respond to where questions; e.g. where do you play?<br>2. name objects by description<br>3. complete analogies; e.g. I sit on a chair; I sleep in a bed |

Page 48 of 48

P202

AR 0751

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     752 of 1332

# Newport-Mesa Unified School District
## Individualized Education Program
### COVER PAGE

Page 1 of 34

**Student Information**

Student: Fulsang,

| Name: First | Middle | Last |
|---|---|---|
| | J | Fulsang |

Social Security #:    Student ID #: 145793

Address: 5016 River Av    Apt. #:

DOB: 02/14/2006   Age: 4   Grade: Pre   Gender: Male

City/State/Zip: Newport Beach CA 92663

District of Residence: Newport-Mesa Unified School District

Local School (based on residence): Mariners Elementary

Newport-Mesa Unified School District

District of Attendance:   School of Attendance: Mariners Preschool

**Parent/Guardian Information**

Eric Fulsang

Name of Parent/Surrogate/Guardian

Address: 5016 River Av, Newport Beach, CA, 92663

Name of Parent/Surrogate/Guardian

Aneda Fulsang

Address: 5016 River Av, Newport Beach, CA, 92663

Telephone: 949-633-4139 (home) (work) (cell)

Telephone: 949-633-4139 (home) (work) (cell)

Home Language: English

Student's Primary Language: English

Registration materials Determined by:

**A. Initial Entry into Special Ed.: 02/12/2009**
(This date will not change and reflects FIRST IEP date in district where initial placement was made)

**B. Timeline Information (Dates)**
- Date of This Meeting: 02/04/2011
- Next Meeting Date: 06/24/2011
  (See Meeting Notes page for details)
- Next Annual Review: 02/04/2012
- Date of Last Evaluation: 02/04/2011
  (Date that IEP team met to consider eligibility)
- Next 3-yr. Review Due: 02/04/2014

**C. Purpose of Meeting**
- Primary: Annual Review
- Secondary: Assessment results

Meeting Tape Recorded? ☐ Yes ☒ No

**D. Eligible**
- Primary Disability: AUT–Autistic Like
- Secondary Disability: SLI–Speech/Lang Impairment

Offer declined. See section "SE 16 – PARTICIPANTS and CONSENT" for details.

**E. Educational Rights Held by:** Parent/Guardian

**F. Assessment (Accommodations page, section C)**
Participation in Statewide assessment programs:
- CAHSEE Outside Test Group
- STAR: See Accommodations Supports and Services

**G. English Language Learner:** ☐ Yes ☒ No
English Language Level:

**H. Interpreter / Translation Request**
- Interpreter Requested? ☐ Yes ☐ No
- Translation of IEP Requested? ☐ Yes ☐ No

**I. Residence:** ☐ Parent or legal guardian

**J. Ethnicity:** White

**K. Preschool Setting:** Early childhood special education

**L. Non-District Funded Agency Services:** ☐ Yes ☒ No

Eligible for mental health services: ☐ Yes ☒ No
Mental health services language included: ☐ Yes ☒ No

| **H. Program and Services Recommended and Offered** | Projected Start | End | Location (Site) | Setting | Mode (Interaction, Delivery) | Frequency | | Minutes Per Session | See Notes (SE 15) |
|---|---|---|---|---|---|---|---|---|---|
| *Indicates Primary Service | | | | | | | | | |
| DC public integrated | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 1* | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | Yes |
| Language and speech | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 15 min = 0.25 hrs | Yes |

ITP not required for this student.

Special Transportation? ☒ Yes, specify: Curb to Curb (Round Trip)   See Notes Page

Extended School Year (ESY): ☐ Yes. On the Notes Page (SE 17), identify details of the ESY Offer, or reason why ESY is not offered.

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils' progress. E.C. 56345.10

EXHIBIT 5-13
10/15/13

SE

P203

**AR 0752**

483

Newport-Mesa Unified School District
Individualized Education Program

Page  2  of  34

**INFORMATION CONSIDERED**

Student: Fulsang,

Present performance includes results of the most recent assessments:
☐ State ☐ District-wide ☑ Classroom ☐ Alternate Assessments ☐ IEE

Special factors related to low incidence disabilities were considered: ☑ N/A ☐ Yes

Describe how student's identified disability affects involvement & progress in general curriculum. Or, for preschooler, how the disability affects the child's participation in appropriate activities:

____ has social/behavioral, intellectual, fine motor, adaptive, and language deficits that negatively impact his ability to participate in the general curriculum.

Documentation of General Education Interventions
Initial Placement: ☑ No ☐ Yes   If yes is checked, this section must be addressed.
*The following general education resources were utilized or considered prior to placement in Special Education*

Referred for :   Parent
Initial Eval By: _____

Parent Consent Recd Date for  12/08/2008
Previous Eval:

Evaluation Delay Reason:   Official school break of more than five days:

Evaluation Delay Other Reason: _____

Previous
Referral Date:  09/02/2008

☐ Early Intervention

Current

SE 11 (8-06)

P204

**AR 0753**

484

Newport-Mesa Unified School District
Individualized Education Program
INFORMATION CONSIDERED

Page   3   of   34

Current

**Student:** Fulsang

**Health/Medical:**

He is in good general health, has no known allergies, and takes no daily medications. Mother states he is a "good eater and likes school very much".

There have been no new health issues since the last assessment was completed on 1-16-09. ▮▮ has been to his Dentist in the last month without any concerns. He has not required a sick visit to his Primary Care Physician in over a year.

Parents indicated at the IEP meeting that ▮▮ had an EEG 2/2010. Results indicated that he does not have Epilepsy or seizures.

| | |
|---|---|
| **Vision:** | Vision screening consisted of tracking a bright light right to left, left to right and up and down. Convergence was observed when both eyes simultaneously moved inward as object moved closer to his nose. Mother has no concern about his vision. |

Date of Testing:   01/26/2011

| | |
|---|---|
| **Hearing:** | Hearing screening results were difficult to obtain with state mandated headphone screening. ▮▮ was not a candidate to wear the headphones due to his inability to comprehend the rationale for the testing. He was sensitive to the door opening and turned his gaze toward the door as it was opening. He also looked right when he heard a desk drawer close. His health RN has a report from Newport Audiology dated 5-7-08 indicates a speech and language delay with normal middle ear function. According to Elinor's initial NMUSD Health and Developmental History dated 1-16-09, results from the Newport Audiology evaluation were "sufficient to rule out a hearing loss." Parent senses his hearing to be intact. |

Date of Testing:   01/26/2011

**Health Care Plan Location:**

Parent concerns and priorities for the education of the student:

Parents have expressed concern for ▮▮ Speech/Verbal Communication, self/help skills, and engaging in activities.

**Input from General Education Teacher:**

General Education teacher was not in attendance as ▮▮ is a preschool age student.

SE 11 (8-06)

P205

Page 4 of 34

Current

Newport-Mesa Unified School District
Individualized Education Program
INFORMATION CONSIDERED

Student: Fuisang

Student Learning Strengths/Preferences:
enjoys water activities (swimming and shower), physical activities (playground equipment and bicycle) and puzzles. He responds well to consistent reinforcement.

Behavior:
Currently, student's behavior impedes learning of self or others and behavior interventions are needed:     ☐ No   ☒ Yes

Regular discipline procedures apply
☒ Behavior Goals
☐ Behavior Support Plan
☐ Behavior Intervention Plan

SE 11 (8-06)

P206

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page    5    of    34

Student: Fulsang,

AREA OF NEED: Readiness

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Puzzle | ▓ will demonstrate understanding of completing 5, three piece interconnected puzzles in 80% of opportunities across 3 days of data collection. | Met | |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▓ demonstrates strengths in the following pre-academic areas: nesting cups, matching colors, matching objects, and fine motor skills (building a block tower, and spontaneously scribbles on paper). | ▓ demonstrates areas of unique need in identifying parts, and motor imitation. |

Goal(s) Needed?   Yes

Goal #   1          Goal Name:  Body Parts

Baseline Performance:*(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* ▓ is able to initiate touching different body parts, but is not able to independently identify body parts.

ANNUAL GOAL:
▓ will receptively identify (by pointing to/touching) 2 body parts (head, and nose) on himself after a verbal instruction (show me head) in 4/5 opportunities across 3 data collection sessions.

Begin Date: 02/04/2011          End Date: 02/04/2012

Content Standard: DRDP# 1
Identity of Self

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher-records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|

No Benchmarks/Objectives.

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345:10*

SE 12 (8-06)                                                                        Current

P207

Page   6   of   34

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Readiness

Goal # 2     Goal Name:  Motor Imitation

Begin Date: 02/04/2011     End Date: 02/04/2012

Content Standard: DROP #13
Following increasingly complex instructions

Baseline Performance: (Quantifiable data from assessment, observation, work samples and/or progress on prior goals)
When working one on one with a staff member, ___ is currently imitating non-verbal actions 75% of the time.  During large group activities, ___ is currently imitating novel non-verbal actions 50% of the time. ___ is not currently imitating 2-step non-verbal actions.

ANNUAL GOAL:
___ will imitate 4 out of 6 2-step non-verbal actions without prompts, with 80% across 3 data collection sessions.

Evaluation Method(s):
☐Performance assessment
☐Work sample analysis
☑Teacher observation/data
☐Parent/Guardian observation
☐Standardized assessment
☐Commercially-made tests
☐Teacher-made tests
☐Teacher records
☐Data Collection
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☑Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. EC, 56345.10

SE-12 (8-06)

P208

Current

AR 0757

488

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 7 of 34

Student: Fulsang, ▮

AREA OF NEED: Self Help/Domestic

Progress on Prior Goals:

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Hand Washing Routine | ▮ will participate in a hand washing routine in his educational setting (i.e. get soap; turn water on, wet hands, turn water off, dry hands) in 4/5 opportunities across 3 days of data collection. | Met | |
| Toileting Routine | ▮ will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 4/5 opportunities across 3 data collection sessions. | Progressing Towards | 50 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ is able to complete the toileting routine with prompting from staff. With the routine broken down by individual step, and with maximum prompting from a staff member, he is able to complete the bathroom routine. He is independently participating in the hand washing routine. | ▮ is beginning to understand the bathroom routine, and is independently completing the hand washing routine. ▮ is not able to indicate the need to use the toilet, but will eliminate in the toilet when taken throughout the day. ▮ is able to independently walk into the bathroom and stand by the urinal. He requires physical prompting to pull his pants up and down all of the way. He has been observed to only move his pants down slightly and then quickly pull them back up again before he gets a chance to fully eliminate. Once the toileting routine is complete, ▮ able to complete the hand washing routine independently. |

Goal(s) Needed?   Yes

*Notes: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SET), at least as often as parents are informed of their non-disabled pupils' progress. E.C. 56345.10

SE 12 (8-05)

P209

Current:

AR 0758

489

Page  8  of  34

# Newport-Mesa Unified School District
## Individualized Education Program
### NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Self Help/Domestic

Goal # 1          Goal Name: *Bathroom 1*          Begin Date: 02/04/2011          End Date: 02/04/2012

Content Standard: DRDP #37
Personal care routine

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* is able to independently walk into the bathroom and stand by the urinal. He requires physical prompting to pull his pants up and down all of the way. He has been observed to only move his pants down slightly and then quickly pull them back up again before he gets a chance to fully eliminate.

**ANNUAL GOAL:**
will pull his pants all the way down after approaching the urinal during the bathroom routine in 4 out of 5 opportunities across across 3 data collection sessions.

Evaluation Method(s):
- ☐ Performance assessment
- ☑ Work sample analysis
- ☑ Teacher observation/data
- ☐ Parent/Guardian observation
- ☐ Standardized assessment
- ☐ Commercially-made tests
- ☐ Teacher-made tests
- ☐ Teacher records
- ☐ Data Collection
- ☐ Other

Person(s) Responsible:
- ☐ Student
- ☑ Special Education Teacher
- ☐ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Regional Center
- ☐ Department of Rehab
- ☐ Parent
- ☐ Mental Health Provider
- ☐ Other

### Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| No Benchmarks/Objectives | | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. (EC 56345.1)*

SE 12 (8-05)

P210

Current

AR 0759

490

Page  9  of  34

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang

AREA OF NEED: Self Help/Domestic

Goal # 2    Goal Name:  Bathroom 2    Begin Date: 02/04/2011    End Date: 02/04/2012

Baseline Performance:(*Quantitative data from assessment, observation, work samples and/or progress on prior goals*) is able to independently walk into the bathroom and stand by the urinal. He requires physical prompting to pull his pants up and down all of the way. He has been observed to only move his pants down slightly and then quickly pull them back up again before he gets a chance to fully eliminate.

ANNUAL GOAL:
will wait until the appropriate time during the bathroom routine (after full urination) to pull his pants up in 4 out of 5 opportunities across 3 data collection sessions.

Content Standard: DRDP # 37
Personal Care Routines

Evaluation Method(s):
☐Performance assessment
☐Work sample analysis
☑Teacher observation/data
☑Parent/Guardian observation
☐Standardized assessment
☐Commercially-made tests
☐Teacher-made tests
☐Teacher records
☐Data Collection
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☐Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☑Mental Health Provider
☐Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Current

SE 12: (8-05)

P211

AR 0760

491

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          761 of 1332

Newport-Mesa Unified School District

Individualized Education Program

NEEDS/GOALS

Page __10__ of __34__

Student: Fuisang,

AREA OF NEED: *Self Help/Domestic*

| Goal # 3 | Goal Name: Utensil Use | Begin Date: 02/04/2011 | End Date: 02/04/2012 |
|---|---|---|---|

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
▇ currently uses his hands to eat his food. He has been observed to play with his food by smearing it on the table and his clothes. With maximum prompting from staff and with resistant behavior (pushing away with hand, whining) ▇ will use his fork.

Content Standard: DROP # 37
Personal care routine

**ANNUAL GOAL:**
▇ will independently eat at least 50% of his snack/lunch using a utensil (when utensil is appropriate) in 4/5 observed opportunities across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|---|---|---|---|
| | | | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of the non-disabled pupil's progress. Ed. §56345.10*

Current

SE-12 (8-06)

P212

AR 0761

492

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 11 of 34

Student: Fuisang,

AREA OF NEED: Behavior

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Calming Strategy | will initiate take deep breaths (i.e. calming strategy) during a structured setting 50% of the time across 3 days of data collection. | Progressing Towards | 20 |
| Respond to name | will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 4/5 opportunities across 3 days of data collection. | Met | |
| Safety Awareness | will stop, and gaze in the direction of the speaker when his name is called and he is instructed to stop 80% of the time across 3 days of data collection. | Met | |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| There has been a significant reduction in the duration and severity ▓ behaviors. Screaming/wining behaviors are seen during times of frustration and during non-prefered activities. Although ▓ is non-compliant during these behaviors, he is not showing aggression toward staff and students. ▓ is able to respond to his name when it is called from across the room by a ▓ staff member, and is responding in the classroom when his name is called and it is paired with the word "stop or freeze." | ▓ demonstrates areas of unique need in compliance and transitioning. |

Goal(s) Needed?   Yes

*"Reflect: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils' progress. E.C. 56345.10*

SE 12 (8-06)

Current.

P213

AR 0762

493

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 12 of 34

Student: Fulsang,

AREA OF NEED: Behavior

Goal # 1    Goal Name: Compliance

Begin Date: 02/04/2011    End Date: 02/04/2012

Baseline Performance: (*Quantitative data from assessment, observation, work samples and/or progress on prior goals*)
With prompting from staff it currently takes [ ] on average of 20 seconds to attempt to following known instructions. He will look to staff to and reach out to receive physical prompting.

Content Standard: DRDP#13
Follows increasingly complex instructions

ANNUAL GOAL:
[ ] will increase his rate of compliance by following known instructions (stand up, sit down, check in, etc.) within 5 seconds given, without incidents of maladaptive behaviors (e.g. ignoring, screaming, and whining) in 4/5 trials across across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

P214

AR 0763

494

Current.

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  13  of  34

Student: Fuisang, [ ]

AREA OF NEED: Behavior

Goal # 2          Goal Name:  Transitioning

Begin Date: 02/04/2011          End Date: 02/04/2012

Content Standard: DROP #13
Follows increasingly complex instructions

Baseline Performance: *Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
We have been working on [ ] stopping to the word "freeze." He is pausing 60% of the time, but is will not orient toward the speakers face without adult prompting. [ ] requires adult prompting to stay with the group and appropriately transition from one activity to another.

ANNUAL GOAL:
[ ] will transition from one location to another without eloping from the group (stay on playground, stay with class from one location to another and transition between centers) 80% of the opportunities time over  across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language
   Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward annual goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Current

P215

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 14 of 34

Student: Fulsang, ▮

AREA OF NEED: Social/Emotional

Progress on Prior Goals:

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Peer interaction | ▮ will hand a peer an object given one verbal instruction 80% of the time across 3 days of data collection. | Progressing Towards | 60 |
| Visual Regard | ▮ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 3 days of data collection. | Met | |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ is able to make contact with a staff member when his name is called, and when showing or requesting an object or picture. During social games, ▮ will hand a peer an object if paired with a verbal instruction and gestural prompt. ▮ enjoys cause and effect toys, and sensory stimulating toys (squish balls), and will share them with staff members. He is beginning to show interest in dinosaurs, cars, and tools. | ▮ demonstrates areas of unique need in functional play, and staying in a group. |

Goal(s) Needed?   Yes

SE 12 (8-46)

Notice: A pupil's parents will be regularly informed of the pupil's progress toward annual goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

Current

P216

AR 0765

496

Page  15  of  34

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Social/Emotional

Goal # 1     Goal Name: "Functional Play

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
When presented with new toys/items, ___ has been observed to hold them up and stare at them rather than functionally use them in play. He requires prompting to appropriately use a familiar play item/toy (dinosaur, train, doll, stuffed animal, etc.) for it's intended purpose. After items are more familiar and steps are performed ___ is able to imitate some 2-step play (feed dog a bone, and put fireman in truck and push).

ANNUAL GOAL:
___ will use a functional play item/toy (e.x. hammer, saw, push car, telephone) within a classroom theme for its intended purpose in 4/5 opportunities across 3 data collection sessions.

Begin Date: 02/04/2011     End Date: 02/04/2012

Content Standard: DRDP #6
Building cooperative play with other children

Evaluation Method(s):
☐Performance assessment
☐Work sample analysis
☑Teacher observation/data
☐Parent/Guardian observation
☐Standardized assessment
☐Commercially-made tests
☐Teacher-made tests
☐Teacher records
☐Data Collection
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☐Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

Benchmarks/Objectives
| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils' progress. EC 56345.1)

SE 12 (8-06)

P217

Current

AR 0766

497

Page 16 of 34

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, █

AREA OF NEED: Social/Emotional

Goal # 2    Goal Name: Group

Begin Date: 02/04/2011    End Date: 02/04/2012

Content Standard: DROP #11
Shared use of space and materials

Baseline Performance: (*Quantitative data from assessment, observation, work samples and/or progress on prior goals*)
If a staff member is not close by, █ has been observed to elope from groups of peers throughout the day (on the playground, center rotations, group games).

ANNUAL GOAL:
█ will remain in a group (circle time, centers, music, exploratory, treasure chest area, etc.) with his peers for 4 minutes with 80% accuracy across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils' progress. E.C. 56345.10

Current

SE 12 (8-06)

P218

AR 0767

498

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 17 of 34

Student: Fulsang,

AREA OF NEED: Speech and Language

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/L functional communication | During familiar semi-structured activities (snack and choice making) following one presentation of expected communicative behaviors, ▮ will independently combine two communicative gestures (from a set of five targeted behaviors) to request or indicate choices in three out of five opportunities across three data collection sessions. | Progressing Towards | 50 |
| S/L matching pictures/ objects | ▮ will independently match a real object (3-D) with a photograph of that item (2-D), using 3 foods and 3 toys, in 4/5 opportunities across three data collection sessions. | Progressing Towards | 65 |
| S/L rate of comm | ▮ will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 4 various activities. | Progressing Towards | 66 |
| S/L receptive vocabulary | ▮ will demonstrate understanding of 5 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | Progressing Towards | 10 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ overall functional communication system it continues to be very restricted. Through a combination of picture cards, common gestures, indicating behaviors, vocalizations, direct contact with adult, and gaze to his partner, ▮ is able to communicate basic needs and requests to his partner. During highly preferred activities, he demonstrates most consistent use of eye gaze and a higher rate of communication. | ▮ is not yet demonstrating consistent use of his communication system to signal a wider range of needs to his communicative partners. He demonstrates very delayed receptive language abilities and has limited foundational skills for building an expanded symbolic communication system that utilizes icons and/or picture cards with actual actions and objects. He continues to require multiple repitions paired with highly motivating items to acquire new skills. His protesting behaviors are typically less appropriate swiping, but he is beginning to imitate adult models of shaking head to communicate "no" more frequently. |

Goal(s) Needed?   Yes

*Notes: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

P219

AR 0768

499

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 18 of 34

Student: Fulsang,

AREA OF NEED: Speech and Language

Goal # 1     Goal Name: Action- location pictures

Begin Date: 02/04/2011     End Date: 02/03/2012

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals) is not demonstrating a working functional communication system to signal his needs; "need to go to the bathroom", "I'm hungry", or "I'm tired." This goal is to target an emerging use of photo cards to introduce appropriate actions in context.

Content Standard:

ANNUAL GOAL:
When presented with three photos of familiar daily actions in different settings, [____] will identify and match accurately the photo picture of himself in the given functional space (e.g. using the bathroom/ eating at the table/ laying down on the mat or bed) when presented these options in vivo with an average of 50% accuracy during a two-week collection period.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☐ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab.
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives
| Name | Description | Target Date |
|---|---|---|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. (E.C. 56345.1)

SE 12 (8-05)

Current

P220

AR 0769

500

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 19 of 34

Student: Fulsang, E▮

AREA OF NEED: Speech and Language

Goal # 2          Goal Name: Matching pictures/ objects:

Begin Date: 02/04/2011          End Date: 02/03/2012

Content Standard:

Baseline Performance -:*(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
This goal has initially been addressed on a limited basis. ▮ is able to match and choose photo
pictures of preferred foods with consistency (pretzels, goldfish crackers) and is becoming more
tolerant when he makes an incorrect choice. He is less successful with toys but can find a
preferred ball and car.

ANNUAL GOAL:
▮ will independently match a set of 10 identified real objects (3-D) familiar to the classroom
environment with a photograph of that item (2-D) from a field of three with 60% accuracy
opportunities across data collected in a two-week period.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☐ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language
    Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab.
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals. Via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE -12 (8-06)

Current

P221

AR 0770

501

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 20 of 34

Student: Fulsang, ▮

AREA OF NEED: Speech and Language

Goal # 3          Goal Name: Protesting          Begin Date: 02/04/2011          End Date: 02/03/2012

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
is able to consistently imitate an adult model shaking his/ her head, but he has not been observed to signal this intent independently and typically swipes items he does not off the table.

Content Standard:

ANNUAL GOAL:
During the semi-structured routine of meals in the classroom ▮ will respond independently with the protesting behavior shaking his head "no" to indicate that he does not want a non-preferred food/drink item after it is visually presented and he is asked "do you want XXX" with an average of 50% of the opportunities during a two-week data collection period.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | No. Benchmarks/Objectives | Target Date |
|---|---|---|---|
| | | | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupils' progress. EC, 56345.1b

SE 12 (8-06)

Current

P222

AR 0771

502

Case: 15-56452, 07/05/2016, ID: 10039501, DktEntry: 21-1, Page 227 of 278

Student: Fulsang,

AREA OF NEED: Speech and Language

## Newport-Mesa Unified School District
### Individualized Education Program
### NEEDS/GOALS

Page 21 of 34

Goal # 4     Goal Name: Receptive Instructions

Begin Date:02/04/2011     End Date:02/03/2012

Content Standard:

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
Following an adult model and/or prompts for action, ▄▄ is able to complete these simple commands as modeled. He is most successful in "give me XXX" when the hand is extended but is not discriminating or completing directions without prompts.

ANNUAL GOAL:
During semi-structured tasks, ▄▄ will discriminate among the two targeted verbal instructions and follow the given direction with an average of 50% accuracy across data collected in a two week period. (Targeted Instructions: Give me XXX, and Touch XXX.)

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☐ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

### Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| No Benchmarks/Objectives | | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SET7), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10.

SE 12 (8-06)

P-223

Current

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 22 of 34

Student: Fulsang,

AREA OF NEED: Fine Motor

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| F/M Scissors | will be able to use loop scissors to make 5 continuous cuts across paper independently, 4 out of 5 trials across 3 educational sessions. | Met | |
| Visual Attention to Projects | will demonstrate improved visual attention and appropriate use of materials to be able to participate in a painting and/or coloring art project for 7 seconds independently, 3 out of 5 trials across 3 educational sessions. | Progressing Towards | 50 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| has good hand strength and manipulation skills for fine motor activities. He has been observed to initiate vertical and horizontal strokes as well as circular scribbles. With repeated practice, he is beginning to trace large letters. is able to open and close scissors independently and cut paper when he is interested. Once positioned, maintain a quadruped grasp. | continues to have difficulty with his visual attention for art projects, such as coloring and painting. |

Goal(s) Needed?    Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress, E.C. 56345.10*

SE 12 (8-06)

Current

P224

AR 0773

504

Page   23   of   34

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fuisang, [redacted]

AREA OF NEED: Fine Motor

| Goal # 1 | Goal Name: Visual Attention to Projects | Begin Date: 02/04/2011 | End Date: 02/03/2012 |
|---|---|---|---|

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
[redacted] is able to visually attend to his paper for 3-5 seconds during art projects at this time.

Content Standard:

**ANNUAL GOAL:**
[redacted] will demonstrate improved visual attention and appropriate use of materials to be able to participate in a painting and/or coloring art project for 8 seconds independently, 3 out of 5 trials across 3 educational sessions.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

SE 12 (8-06)

P225

Current

**AR 0774**

505

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  24  of  34

Student: Fuisang ▓

AREA OF NEED: Sensory Processing

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/P Motor Planning | In order to demonstrate improved motor planning skills for classroom activities, ▓ will be able to imitate 5 novel one-step motor-actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration and verbal prompting with 80% accuracy over charted opportunities. | Met | |
| S/P Visual Attention | In order to demonstrate improved visual attention and motor planning, ▓ will be able to throw a beanbag into a target while swinging on a swing independently with 80% accuracy over charted opportunities. | Progressing Towards | 90 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| Overall, ▓ has good gross motor skills to participate in activities on the playground and the occupational therapy clinic. ▓ enjoys playing with a variety of messy materials, such as shaving cream, paint, and sensory balls. ▓ has learned the ability to imitate one-step motor actions, such as tapping his head, clapping, and putting his hands on hips. ▓ demonstrates improved alertness with participation in vestibular and proprioceptive based activities, such as sitting on a T-stool during center activities, going upside-down, spinning himself on the sit-n-spin, and bouncing on the therapy ball. | |

Goal(s) Needed?    Addressed in Curriculum

*Note: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. EC: 56345(b)*

SE-12: (8-05)

P226

Current

AR 0775

506

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS

Page ___25___ of ___34___

Student: Fulsang,

**A. Federal Setting**

Federal Setting School:

Federal Setting Preschool:  Separate Class

**B. Assessment Information**

The following ☐tests ☐evaluations ☐records ☐reports were used to determine the students eligibility and/or Special Education services:

•Adaptive Behavior Assessment System-2nd Edition (ABAS-II); •Childhood Autism Rating Scale-2nd Edition Standard Version (CARS-2ST); •Clinical observations of eye-hand usage, postural responses, attention to task, neuromuscular development, sensory processing (registration, integration and modulation), motor planning and environmental interactions; •Communication and Symbolic Behavior Scales Developmental Profile (CSBS DP); •Developmental Assessment of Young Children (DAYC); •The HELP (derived from "Hawaii Early Learning Profile"); •Mullen Scales of Early Learning AGS Edition; •The Peabody Developmental Motor Scales-2 (PDMS-2), the fine motor subtests (grasping and visual motor integration); •Preschool Functional Educational Checklist completed by Leah Steinman, teacher; •Preschool Language Scales-Fourth Edition (PLS-4) •Sensory Processing Measure-Preschool School Form completed by Leah Steinman, Erica's teacher; •Sensory Processing Measure-Preschool Home Form completed by Eric Fulsang, father; •Sensorimotor History Questionnaire for Preschoolers completed by Leah Steinman, teacher; •Symbolic Play Scale Review Receipts

**C. Support for Transition**

ITP not required for this student.

Grade Level Change N/A          Program Type N/A

School Type: N/A

Description of supports for transition:

**D. Participation in General Education**

☑Academic          ☑Elective;
☐Other

To what extent is the student not in the general education setting?  In your discussion, include such things as: class activities, school activities, issues related to possible "harmful effects" of placement:

General education limits ____ ability to participate, and he requires additional support and smaller class size.

Explain why services that the student is to receive can not be provided in the general education setting.

____ deficits and identified unique educational needs require intensive specialized instruction that cannot be fully addressed through participation in general education. Due to these deficits ____ cannot fully benefit from a general education setting.

Q2          % of time outside the regular education classroom for special education services

**E. English Language Learner Information:**          ☑No          ☐Yes

**F. Options**

Considered          Recommended

| | General Education |
|---|---|
| ☑ | Designated Instruction and Services |
| ☐ | Resource Services (consult/collaborative) |
| ☐ | Resource Specialist Program |
| ☐ | Special Day Class |
| ☑ | Referral for County Program Consideration |
| ☐ | Non-Public School |
| ☐ | State Special School Referral |
| ☐ | Home/Hospital |
| ☐ | Instruction in non-classroom setting |
| ☐ | Alternative Education |
| ☐ | Other |

SE 13 (6-03)

P227

Current

AR 0776

507

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS

Page 26 of 34

Student: Fulsang,

G. Discussion of LRE and Placement

ProgramVService
* indicates Primary Service

| | Projected Start | End | Location (Site) | Setting | Mode (Intervention; Delivery) | | Frequency | Min/hrs Per Session | See Notes (SE 15) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | *02/04/2011 | 08/24/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | 02/04/2011 | 08/24/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/04/2011 | 08/24/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/04/2011 | 08/24/2011 | Public Preschool | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | Yes |
| Language and speech | 02/04/2011 | 08/24/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 15 min = 0.25 hrs | Yes |

(Services provided per school schedule and calendar. Non-student days are excluded.)

| Service | Provider: | Notes: |
|---|---|---|
| SDC public integrated | District service/enrollment | 2/04/2011-6/24/2011: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar with mainstreaming occurring 2 days a week (Tuesdays and Thursdays) for 3.75 hours each day. |
| Language and speech | District service/enrollment | 2/4/11-6/24/11 Group speech therapy 1 x 30 minutes per week. Services to be delivered across classroom activities to facilitate use and learning of targeted skills. |
| Occupational therapy | District service/enrollment | 2/4/11 - 6/24/11 - Small Group Occupational therapy 1 x30 minutes per week in the classroom setting. |
| Occupational therapy' | District service/enrollment | 2/2/11- 6/24/11: Occupational therapy consultation with the teacher 1x30 minutes per month to address alertness in the classroom environment. |
| Language and speech | District service/enrollment | 2/4/11- 6/24/11 Individual speech therapy 2x15 minutes per week. Services to be delivered across classroom activities to facilitate use and learning of targeted skills. |

Current

SE 13 (8-03)

P228

Page __27__ of __34__

## Newport-Mesa Unified School District
### Individualized Education Program
### ACCOMMODATIONS, SUPPORTS AND SERVICES

Student: Fulsang, [redacted]

**A. Participation in Statewide and District Assessment Programs:**

Participation in Statewide assessment programs:

| | |
|---|---|
| CAHSEE: | Outside Test Group |
| STAR English Language Arts: | Outside Test Group |

| | |
|---|---|
| STAR Math: | Outside Test Group |
| STAR History: | Outside Test Group |

| | |
|---|---|
| STAR Science: | Outside Test Group |
| STAR Writing: | Outside Test Group |

Tests identified accommodations/modifications are necessary for enabling the student to demonstrate knowledge, ability, skills, or mastery, and should be consistent with those identified in the instructional setting to give the student access to the curriculum.

Specific variations, accommodations and modifications to be used in testing:

| Type of Variation, Accommodation or Modification | CAHSEE | English Lang Arts | Math | Science | History | Writing | CELDT | District Testing | Classroom Tests |
|---|---|---|---|---|---|---|---|---|---|

☐ Student will take the Standards-based Tests in Spanish (STS) using CST variations/accommodations/modifications listed above.

Note: Students participation in the California Physical Fitness Tests will receive the Variations, Accommodations, or Modifications listed above, if they directly apply to the testing situation. (Refer to the Testing Variations, Accommodations, and Modifications chart published by the California Department of Education.)

☐ Desired Results Developmental Profile to be used (ages 3-5)     Test Type:

Adaptations allowed:

ABA Scabees classroom
Care plan for routine by school nurse

**B. Program modifications, supplementary aids, and accommodations (including effect on grading) for the student to progress in general education and/or activities:**

**C. Supports / modifications provided to school personnel to enable student to advance toward attaining annual goals, progress in general education and/or activities, and be educated and participate with other children with and without disabilities (i.e. trainings, materials):**

Considered but not required

Current

SE 13 (8-03)

P229

AR 0778

509

**Newport-Mesa Unified School District**
Individualized Education Program
ACCOMMODATIONS, SUPPORTS AND SERVICES

Page 28 of 34

Student: Fulsang

D. Physical Education:
General Ed

E. Low Incidence Disability: ☑ No ☐ Yes, see Notes Page

F. Consideration of Assistive Devices and Services:
Does the student require assistive devices and/or services to make progress toward IEP goals at this time? ☑ No ☐ Yes, the following is/are recommended:

Devices, services and curricular interventions currently available at the school site can meet the student's needs at this time: ☐ Yes ☐ No, see Notes page.

G. Promotion/Retention (Grades 2 - 9):
Not Applicable (outside of grade range)

Current Performance (Grades 2 - 9):
Student is meeting the standards identified above: ☐ Yes ☐ No, see Notes page.

H. High School Completion Plan (must be 16 years old or younger if appropriate)

☑ Not Applicable
- Notice: Algebra I or the equivalent is required to earn a regular high school diploma.
- Notice: Effective with the graduating class of 2006, in addition to completing the district course of study, all students in California must pass the California High School Exit Exam (CAHSEE) to earn a regular high school diploma.

1. The requirements for high school graduation have been explained to me:
☐ Student Initials (if appropriate) _____ Date: _____
☐ Parent Initials _____ Date: _____

2. At this time, student is working toward earning:
☐ Certificate: will have completed course of study or reached maximum age
☐ Diploma: will have met all general education graduation requirements
REQUIREMENTS FOR GRADUATION WITH A DIPLOMA
1. Credits: Total required: _____ Currently has earned: _____

2. California High School Exit Exam (CAHSEE)
| Area | Pass OR Waiver | | Date |
|------|------|------|------|
| Math | ☐ Pass | ☐ Waiver | |
| English/Language Arts | ☐ Pass | ☐ Waiver | |

3. Anticipated date of high school completion:

Current

SE 13 (8-03)

P230



Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Page __29__ of __34__

Student: Fuisang,

**MEETING SUMMARY:**

**TAPE RECORDING (SE 9):**
Meeting Tape Recorded? ☐ Yes ☒ No

**MEETING DURATION (SE 9):**
Scheduled: 2/4/2011; 2:00 pm
Start: 2:05 pm
End: 5:10 pm

**INTRODUCTIONS (SE 9):**
Introductions were made at the beginning of the meeting. The following team members were present: Mrs. Stickman, Mrs. Kent, Mrs. Murphy, Mrs. NI, Mrs. Beverage, Mr. Huffman, and Mr. Fuisang

**REVIEW OF PARENTAL PROCEDURAL SAFEGUARDS (SE 9 has Parental Acknowledgement)**
☑ Parent waived reading and/or review of Parental Procedural Safeguards
Parents were presented with a hard copy.

**PURPOSE OF THE MEETING (SE 6, SE 9):**
Review results of Multidisciplinary assessment and annual review.

**STUDENT AND PARENT/GUARDIAN INFORMATION VERIFICATION (SE 9):**
Birth certificate and proof of residency on file with the district

**PRESENT LEVELS OF PERFORMANCE (SE 11):**
The multidisciplinary assessment results were shared with parents, as well as his current progress on goals.

**PROGRESS ON PRIOR GOALS (SE 10):**
Progress on prior goals were reviewed.
___ has met 7 out of 19 of his goals. 1/1 readiness, 1/2 social emotional, 2/3 behavior goals, 1/1 Self Help/Domestic, 2/3 Self Help/Domestic, 1/2 Speech and language, 1/2 Sensory processing, 1/2 fine motor.

SE 13 (8-03)

Current

P231

511

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Page 30 of 34

Student: Fulsang █████

EVALUATION RESULTS – Summary of Outcomes from:
SE 7 Assessment Plan
SE 32 Multidisciplinary Team Assessment Report
SE 32 Assessment Documentation – Specialist
SE 34 Assessment Documentation – Teacher
SE 35 Documentation of Learning Disability Discrepancy using Non-standardized Assessment Data

█████ is a 4 year 10 month old adorable boy in Mrs. Stelkmars's ABA SDC preschool classroom at Mariners Elementary School (NMUSD). The District conducted an initial assessment of █████ in February of 2009 and he qualified under the eligibility category of Autistic-like. The eligibility of Mental Retardation was considered, but due to limited exposure to █████ receives additional researched based intervention services to address his delays.

Overall █████ current cognitive functioning is judged to fall within the very low range with visual and receptive language skills falling at the 16-17th month range. expressive language skills at the 20 month range, and fine motor skills scatter up to 28th month range according to the Mullen and LAYC. █████ continues to demonstrate deficits in his rate of learning and intellectual profile; however, it is important to note the growth from the assessment in January of 2009. █████ cognitive ability based on informal play based assessment ranged from the 4 month level up (social cognition) to the 16 (some literary skills scattered (up 18 month) month range and based on parent report on the DAY-C fell at the 15 month range based on observation and the 21 month range based on parent report and observation. It is important to note that he had obtained more skills since his last assessment in January of 2009. Overall █████ is demonstrating a delay of at least 32 months (2 years 9 months). █████ demonstrates adaptive skills deficits in all areas.

The academic assessment indicated that █████ demonstrates general and cognitive skills in the following areas including: matching colors and objects from a field of four, putting together a 3-piece puzzle, attending to adult and 1-step instruction. The IEP team has determined that █████ remains with unique educational needs in the following areas; behavior, self-help, social/emotional development, readiness skills.

█████ is at 4 years, 10 months preschool boy who demonstrates significant delays in his speech, social development, and language skills. Results from this assessment suggest that his general communication profile is similar to a typically-developing young child between 12-16 months. █████ uses functional communication including eye gaze with signs, gestures, vocalizations, and other indicating behaviors to direct others effectively in meeting his needs. He rarely demonstrates communicative behaviors for purposes other than behavioral regulation (others) and is particularly successful in requesting choices and indicating preferred items. With repeated learning opportunities, █████ is beginning to demonstrate improved skills when matching objects and during 1-2 sequenced play with familiar, functional objects. His verbal behaviors continue to be restricted in range, but he is using other vocal dimensions (pitch, rate, volume, nasality) to augment his communicative attempts with information about his emotional state.

█████ is currently functioning below age level in his visual-motor skills. However, he demonstrates good hand strength and manipulation skills to motorically be able to participate in fine motor activities. █████ continues to have difficulty maintaining an optimal arousal level for learning in the classroom, demonstrating a lower amount of alertness level in the school environment.

ELIGIBILITY SUMMARY (for Initials and Triennials (SE 45 -22))
The assessments results indicate that █████ meets the eligibility criteria for Autistic-like Behaviors, Intellectual Disability/Mental Retardation, and Speech and Language impairment.

GOALS AND OBJECTIVES (SE 02))
Goals/benchmarks were presented and incorporated into this document for all identified areas of unique needs.

Current

SE 15 (3-03)

P232

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    782 of 1332



Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Page 31 of 34

Student: Fulsang,

PROGRAM CONSIDERATIONS – Consideration of General Ed Participation, Placement, Services, Transition, LRE and ELL (SE 13):
The IEP team recommends the following Free Appropriate Public Education (FAPE) offer is as indicated:

*2/4/2011-06/24/2011 DIS Speech/Language 2 times per week for 30 min. sessions individual.

*2/4/2011-06/24/2011 DIS Speech/Language 1 times per week for 30 min. sessions in a small group not to exceed three students.

*2/4/2011-06/24/2011 Participation in an ABA SDC (Seahorse) class for 5 days a week/5 hours 15 minutes daily. At the time of this IEP mainstreaming occurs every Tuesday- Thursday with neighborhood friends from 8:30 am-12:45pm (4 hours. 10 minutes.)

*2/4/2011-06/24/2011 Occupational Therapy (OT)– OT 1x/30 minutes per week in a small group at Mariners Elementary as per the traditional school year calendar.

*2/4/2011-06/24/2011 Occupational Therapy (OT)– OT 1x/30 minutes per month consultation with special eduction teacher.

ACCOMMODATIONS, SUPPORTS AND SERVICES (SE 14):
Section F, CONSIDERATION OF ASSISTIVE DEVICES AND SERVICES

SPECIAL TRANSPORTATION (SE 9):
Rationale:
☐ qualifies for curb to curb transportation due to age and disability

EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES RECOMMENDED AND OFFERED (SE 9):
Rationale:

| Program/Service *indicates Primary Service | Projected Start | End | Anticipated Location (Site) | Setting | Mode | Frequency | Min/Hrs Per Session |
|---|---|---|---|---|---|---|---|

NOTICE: An IEP Addendum meeting will be held in the event that a change to the above-described Program/Services is necessary.

NEXT IEP MEETING (SE 9):
The next IEP meeting will be held before June 24, 2011. The next IEP meeting will be Kindergarten transition meeting to be held before June 24, 2011.

Current

SE-15 (8-03)

P233

AR 0782

513

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Page 32 of 34

**Student: Fulsang**

ADDITIONAL NOTES:
The team reviewed the assessment results and identified the following unique educational needs:

*Speech and Language
-Receptive Instruction
-Protesting
-Matching
-Action-location Pictures

*Readiness
-Motor Imitation
-Body Parts

*Behavior
-Transitioning
-Compliance

*Social/Emotional
-Group
-Functional Play

*Fine Motor
-Visual attention to project

Ms. Stehman, SDC teacher indicated that ▮ has increased his independence; however he does not demonstrate all parts of the bathroom routine consistently and independently ▮ is stable to understand and respond to his name. He words such as "freeze" ▮ does better with deep breaths instead of imitations. He has made significant increases in his self control (i.e. hitting, biting, etc.). He is able to demonstrate when he does not like something (i.e. screaming, whining) which is an improvement, but the team would like to shape his responses to a more appropriate response. ▮ is doing well handling back reinforcement.

Ms. Murphy, SLP indicated that ▮ has made good progress toward his goals but was not able to meet them. He is demonstrating better eye contact. He is doing better matching 2D to 3D items but not consistently. He is attempting to communicate during preferred activities, but has difficulty maintaining the attention.

Ms. Bevarage, OTS, indicated that ▮ met his scissor goal. He did not meet his visual attention goal so he only is able to attend for 5 seconds to a project rather than the proposed 7 seconds. ▮ met his motor planning goal. He progressed toward his visual attention and motor attention goal. He was able to demonstrate the skill slightly less than 80% of the time.

Mr. and Mrs. Fulsang were concerned that ▮ would be placed with the general population for kindergarten. Team discussed that this placement would be based on his unique needs. Mr. and Mrs. Fulsang indicated that ▮ has made great growth, especially in his motor skills. ▮ is able to ride a bicycle, swing on bars, etc.

Mr. and Mrs. Fulsang were concerned what fine motor skills could be addressed in a fifteen minute session. The team indicated that ▮ attention span was taken into consideration when determining the length of sessions. Mrs. Ni indicated that specific skills are addressed during the session. The consolidation time will be to assure that his amount level is at an appropriate level and to give suggestions to the team.

Mrs Ni and Mrs. Beverage projected the new goals in the area of fine motor and service recommendations. Parents were in agreement with the proposed goals and services. Mrs. Ni and Mrs. Beverage were excused from the meeting at 4:20 pm.

In regards to the transition goal, the team discussed that at this point ▮ does not see the benefit of being in the group.

Mrs. Stehman reviewed proposed services. Mrs. Stehman noted that ▮ is showing interest in reinforcement items that are not necessarily sensory driven (i.e. car and dinosaurs, a squishy and light up ball). This is a perfect opportunity to help ▮ health ▮ appropriate play skills. Mrs. Murphy noted that the team is using video modeling to teach the students play sequences (i.e. walking the dog, feeding the dog, etc.) and functional play ▮ has first experience to group interaction wasn't necessarily positive has it was with his older brother who would take away all of his toys.

Mrs. Murphy reviewed proposed goal. ▮ is not at the symbolic play level yet. Two dimensional photographs will be used to help ▮ associate his needs with the situation to begin to

SE 15 (8-03)

P234

Current

514

Newport-Mesa Unified School District
Individualized Education Program

Page 33 of 34

**MEETING NOTES**

**Student: Fulsang,** ███

develop functional communication. ███ does not consistently show appropriate pretext to an item (i.e. head shake). Currently, he will swipe items out of his area instead of appropriately communicates. At this time, ███ does not discriminate many receptive instructions in his environment. The team would like to focus on very important receptive phrases (i.e. point, give me) in combination with the body gesture. Mrs. Fulsang indicated that he is beginning to work on this at home. Mrs. Murphy indicated that the reason these goals were picked is because they are foundational skills that ███ need to develop to increase his quality of functional communication and these skills will be addressed by other team members (i.e. SDC teacher).

Mrs. Stellman and Mrs. Murphy proposed their level of service.

Mr. and Mrs. Fulsang would like to know what they can do so that ███ has more direct service (3 hour of individual speech therapy per week-direct). ███ does not do well in groups and does better in individual settings. They have not seen a lot of growth in the communication ability. They are concerned that the window of opportunity is closing. He noted that at the last IEP they had expressed concern with the level of direct service. They accepted the District's offer at that time, and feel it with the level of service recommended by the team, but they have not seen appropriate progress. In ███ case, FAPE is not necessarily what it would be to his peers in his class, ███ is not at the same level or typical in his communication skills as his peers and requires more direct services. They do not feel that the level of service offered is appropriate at this time.

The team will forward this information to the Harbor Zone coordinator to address the parents concerns regarding the level of Speech and Language services offered. The zone coordinator will contact the parents in a timely manner.

The DRDP assessment is given twice a year; in October and March, and it is given to 3-, 4-, and 5-year old preschool children.

There are two formats:
1. DRDP-R (revised) for preschool to Kindergarten
2. DRDP access, birth to Kindergarten

Test selection: DRDP-Access

Which ever test is administered in the fall, must be administered in the spring. We are to select the developmentally appropriate test.

FYI

Participation in the DRDP assessment allows California to comply with the federal law, allow educators to better monitor programs by tailoring education and training programs for staff, to assist teachers in providing parents with additional information regarding their child's growth and development.

███ will be kindergarten eligible next fall (2011). A transition IEP will be held by June 24, 2011 to determine appropriate program, services, and placement for extended school year (ESY) and next school year (2011-2012).

| FOLLOW-UP ACTIVITY | PERSON RESPONSIBLE | DATE DUE |
|---|---|---|
| | | Current |

SE-15 (8-03)

P235

515

Page 34 of 34

Draft

**Newport-Mesa Unified School District**
**Individualized Education Program**
**PARTICIPANTS AND CONSENT**

Student: Fulsang

**A. PARTICIPANTS**

The following were participating in the development of this Individualized Educational Program:

** Indicates participants not required. ✦ student is attending Adult Transition program.

| | Signature / Date | | Signature / Date |
|---|---|---|---|
| Fulsang, Eric | | Fulsang, Anelda | |
| Father | | Mother | 2/4/11 |
| Ni, Jennie | 2/4/11 | Murphy, Kathy M. | |
| Occupational Therapist | | Speech/Language | |
| Coughlin, Pam | | Kent, Elly | |
| Administrator | | Psychologist | |
| Steinman, Leah | 2/4/11 | Berenger, Brooke | |
| Special Ed Teacher | Case carrier | OTS | or student |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION**

*Please initial each applicable statement below:*

I have been advised of and given a copy of the special Education Procedural Safeguards.
I had an opportunity to participate and help develop this IEP.
I request a copy of this Individualized Education Program to be provided in my primary language.
I have received a copy of the IEP and assessments (if any).
I understand that services are provided following the District adopted calendar.

Did the school district facilitate parent involvement as a means of improving services and results for your child?

☐ Yes ☐ No ☐ No Response

☐ I CONSENT to this Individualized Education Program.

☑ I CONSENT to this Individualized Education Program EXCEPT the following: _____ ☐ I DO NOT CONSENT to this Individualized Education Program.

☐ Meeting was not completed and a follow up will/has been scheduled to finalize IEP

☐ Meeting completed, parent will review documents and provide a response to the offer of FAPE

☐ Student is not eligible for special education services

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language. If my native language is not written, this information will be translated orally or manually.

Parent/Guardian: _____ Date: _____

Parent/Guardian: _____ Date: _____

**C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS**

☐ Parent/Guardian agreed to waive advanced written notice
☑ IEP Meeting Notice sent on 12/06/2010. Follow-up notice: _____ Final Notice Letter: _____
☐ Parent/Guardian unable to attend and was sent a copy of IEP; Parent Rights and Procedural Safeguards. Date: _____

§E 15 (8-03)

P236

AR 0785

516





# NEWPORT-MESA Unified School District

2985-A Bear Street ● Costa Mesa ● California 92626 ● (714) 424-5000
BOARD OF TRUSTEES
Dana Black ● Dave Brooks ● Michael Collier
Walt Davenport ● Martha Fluor ● Judy Franco ● Karen Yelsey
Jeffrey C. Hubbard, Ed. D., Superintendent

Mailing Address: P.O. Box 1368
Newport Beach, CA 92663-1368

February 16th, 2011

Re: ▮ Fulsang DOB: 3/14/2006

Sent via US Post Office Certified & Regular

Mr. and Mrs. Fulsang
5016 River Ave
Newport Beach, CA 92663

Dear Mr. and Mrs. Fulsang,

In accordance with the provisions of Section 300.503 of the Code of Federal Regulations, this shall serve as notice of proposed/refused actions by the Newport Mesa School District with regard to your son ▮ (34.C.F.R §.300.503.)

The IEP team convened on February 04, 2011 for ▮ Annual Individualized Education Program (IEP) meeting. During the course of the meeting you requested that ▮ speech and language services be increased, specifically to 3 hours of direct service a week. In response to this request the district denies parent request for an increase in speech and language services on the grounds that at this time the District believes that current offer of FAPE listed below is appropriate for him, and that it will provide ▮ with educational benefit in the least restrictive environment.

The IEP team recommended the following Free Appropriate Public Education (FAPE) offer is as indicated:

*2/4/2011-06/24/2011 DIS Speech/Language 2 times per week for 30 min. sessions Individual.

*2/4/2011-06/24/2011 DIS Speech/Language 1 times per week for 30 min. sessions in a small group not to exceed three students.

*2/4/2011-06/24/2011 Participation in an ABA SDC (Seahorse) class for 5 days a week/5 hours 15 minutes daily. At the time of this IEP mainstreaming occurs every

P237

AR 0786

517

Tuesday- Thursday with neighborhood friends from 8:35 am-12:45pm (4 hours. 10 minutes.)

*2/4/2011-06/24/2011 Occupational Therapy (OT): - OT 1x/30 minutes per week in a small group at Mariners Elementary as per the traditional school year calendar.

*2/4/2011-06/24/2011 Occupational Therapy (OT): - OT 1x/30 minutes per month consultation with special education teacher.

In addition to the above offer of services the following goals and objectives were offered as they are related ███████ areas of unique need, and are addressed in the program and service recommendations mentioned above:

        (1) Speech/Language (Action-Location Picture)
        (2) Speech/Language (Matching pictures/objects)
        (3) Speech/Language (Protesting)
        (4) Speech/Language (Receptive instructions)
        (5) Behavior (Compliance)
        (6) Behavior (Transitioning)
        (7) Fine Motor (Visual Attention to Projects)
        (8) Self Help/Domestic (Bathroom 1)
        (9) Self Help/Domestic (Bathroom 2)
        (10) Self Help/Domestic (Utensil Use)
        (11) Readiness (Body Parts)
        (12) Readiness (Motor Imitation)
        (13) Social/Emotional (Functional Play)
        (14) Social/Emotional (Group)

When making it decision regarding the parents request the District considered all available and relevant information including but not limited to:

- Review of N-MUSD Confidential File
- IEP Document 02/2009, 05/2009, 02/2010, 04/2010, 15/2010, 06/2010, 11/2010, 02/2011
- Developmental Assessment from Interagency Assessment Center; 06/2008
- Progress Report from ACES, Inc. (Aces Comprehensive Educational Services); 12/2008
- Progress Report from ACES, Inc.; 02/2009
- NMUSD Preschool Multidisciplinary Evaluation; 02/2009,
- Multidisciplinary Evaluation 2/2011
- NMUSD Care Plan- Mouthing Objects; 02/2009
- Review of Health and Developmental Records
- Newport-Mesa Audiology, Balance & Ear Institute, Inc., report of a Diagnostic Pediatric Audiological Evaluation dated 5/7/08.
- Hoag Memorial Hospital report of a Newborn Physical/Progress Notes dated 3/18/06
- Review of Health and Developmental History

P238

- Adaptive Behavior Assessment System-2nd Edition (ABAS-II).
- Childhood Autism Rating Scale- 2nd Edition Standard Version (CARS-2ST)
- Clinical observations of eye/hand usage, postural responses, attention to task, neuromuscular development, sensory processing (registration, integration and modulation), motor planning and environmental interactions.
- Communication and Symbolic Behavior Scales Developmental Profile (CSBS DP)
- Developmental Assessment of Young Children (DAYC)
- The HELP (derived from "Hawaii Early Learning Profile")
- Mullen Scales of Early Learning AGS Edition
- The Peabody Developmental Motor Scales-2 (PDMS-2), the fine motor subtests (grasping and visual motor integration).
- Preschool Functional Educational Checklist completed by Leah Steinman, ████ teacher.
- Preschool Language Scales-Fourth Edition (PLS-4)
- Sensory Processing Measure – Preschool School Form completed by Leah Steinman ████ teacher.
- Sensory Processing Measure – Preschool Home Form completed by Eric Fulsang, ████ father.
- Sensorimotor History Questionnaire for Preschoolers completed by Leah Steinman, ████ teacher.
- Symbolic Play Scale

In sum, the district believes that the February 4th, 2011 IEP offers ████ a Free Appropriate Public Education (FAPE). Please know that the District believe that our program will serve your son well, consistent with the requirements of the federal Individuals with Disabilities Act (IDEA) and analogous with California law. If however you feel a dispute exists, you have the right to request a due process hearing before the Office of Administrative Hearings to resolve the dispute. The District can in turn respond in a due process hearing to establish that it has offered an appropriate program. (Educ. Code, § 56346 (b).

Please be advised that the parents of a child with a disability have protection under the federal parental rights and procedural safeguards set forth in Title 34 CFR Section 300.503. Another copy is enclosed with this letter. In the alternative, a copy can be accessed at http://www.nmusd.k12.ca.us/depts/sped/parents.rights.php. The sources which you may contact to obtain assistance in understanding the provisions of the procedural safeguards are:

Newport-Mesa Unified School District
Executive Director of Special Education
220 23rd Street Bldg. A
Costa Mesa, CA 92627
Telephone: 949-515-6768

California Department of Education
721 Capitol Mall
Sacramento, CA 95814-4785

P239

http://www.cde.ca.gov/spbranch/sed

Office of Administrative Hearings
Special Education Unit
2349 Gateway Oaks Dr., Suite 200
Sacramento, CA 95833-4231
Fax: (916) 263-0554

Sincerely,

Scott Huffman
Special Education Coordinator – NMUSD
Phone: 949-515-6776  Fax: 949-515-6760
Email: shuffman@nmusd.us

Cc:    Ann Huntington, Executive Director of Special Education, NMUSD
       Pam Coughlin, Principal Mariners Elementary School

Enclosures:   Parents Rights and Procedural Safeguards

P240

Page   1   of   34

# Newport-Mesa Unified School District
## Individualized Education Program
### Addendum to Individualized Education Program
#### Dated: 02/04/2011

Student: Fulsang,

School of Attendance: Mariners Preschool          District of Attendance: Newport-Mesa Unified School District          Grade: Pre

Date of Meeting: 03/08/2011          Meeting Notification Sent: 02/22/2011

Additional Purpose: Discuss Speech and Language Services that          Meeting Tape Recorded: No
were proposed on IEP FAPE offer on 2/4/11.

Summary of Additions, Deletions, Changes  (if any) made to the original pages of the IEP. The amended IEP follows.

| IEP Page | Section or Location | Action | Summary of Change | Change Date |
|---|---|---|---|---|
| Accommodations, Supports and Services Page | SLP services | Change | Addition of SLP service time | 03/08/2011 |

**Additional notes:**

3/8/11

The meeting began at 2:00p.m., those in attendance included classroom teacher Leah Steinman, Special Education Coordinator Scott Huffman, Speech-language pathologist Kathy Murphy and the father, Eric Fulsang. Parents previously waived participation of full IEP team; the principal and a general ed preschool teacher were not present. Parents waived a review and/or an additional copy of parent procedural rights.

The purpose of the addendum IEP today was to discuss Speech and Language Services that were proposed on IEP FAPE offer on 2/4/11. The second purpose was to discuss the parents' request of more individual services for speech-language therapy.

Discussion included a review of learning speech and language within the naturalistic context of the school environment, and Kathy Murphy's collaboration with classroom staff. Mr. Fulsang had explained that he has concerns that ████ limited individual services. Since attending NMUSD schools ████ has had limited speech/language therapy and progress. Coordinator suggested that we could move forward with the FAPE offer in the ████ Section of the most recent IEP in February 2011. This is an issue of individual services of 30 minutes total per week. Coordinator proposed that the IEP team should meet in 45–60 days to review progress. The classroom team noted that ████ has already made progress toward newly adopted goals; the parents had agreed to the proposed goals. Zone Coordinator briefly utilized the process when parents do not agree with a team's FAPE offer. Dad processed his concerns on the limited time for developing more sophisticated communication skills. Coordinator outlined that the team develops a program based a students unique needs. It was noted that the team requested an early assessment to ensure that they had the strong understanding of his skill levels in order to identify needs, develop appropriate goals, and a recommend in program. Although outside experts may recommend a different program, they are not necessarily aware of the curriculum strengths and collaborative nature of the staff.

Mr. Fulsang was appreciative of the teams efforts, he noted that he and his wife. He noted his own son's more significant needs and skill levels when compared to classmates. Zone Coordinator reviewed how documents outlining best practice are incorporated into programming and how a student's identified needs drive a proposed program.

The reconsideration of FAPE for speech-language services from 3/8/2011– 8/24/2011 is 2x30 minutes/ individual group per week. This is the same offer was outlined in the letter from Coordinator.

The parents would like to take document/s home for review at this junk.

The offer is as indicated:

*2/4/2011–08/24/2011 DIS Speech/Language 2 lines per week for 30 min. sessions individual.

*2/4/2011–08/24/2011 DIS Speech/Language 1 times per week for 30 min. sessions in a small group not to exceed three students.

*2/4/2011–08/24/2011 Participation in an ABA SDC (Seahorse) class for 5 days a week 4½ hours 15 minutes daily. At the time of this IEP mainstreaming occurs every Tuesday-Thursday with neighborhood friends from 8:35 am–12:45pm (4 hours, 10 minutes)

The meeting was adjourned at 3:45 p.m.

┌──────────────────────────────────────────────────────────┐
│ *Notice: A parent/ parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special │
│ Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10 │
└──────────────────────────────────────────────────────────┘

SE 9-Addendum (8-03)

P241

EXHIBIT
S-15
0 15 13
PENAD 800-631-6989

521

AR 0790

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     791 of 1332

Page 2 of 34

# Newport-Mesa Unified School District
## Individualized Education Program
### COVER PAGE

**Student: Fulsang**

**Student Information**

| | | | |
|---|---|---|---|
| Name: First J | Middle | Last Fulsang | |
| Social Security # | | DOB 03/14/2006 | Age 5 |
| Student ID # 145793 | | Grade Pre | Gender Male |
| Address 5016 River Av | | City/State/Zip Newport Beach CA 92663 | |
| District of Residence Newport-Mesa Unified School District | | | |
| School of Attendance Mariners Elementary | | | |
| District of Attendance Newport-Mesa Unified School District | | Local School (based on residence): Mariners Preschool | |

**Parent/Guardian Information**

Name of Parent/Surrogate/Guardian: Eric Fulsang
Address: 5016 River Av, Newport Beach, CA, 92663
Telephone: 949-838-4133 (home)(work)(cell)

Name of Parent/Surrogate/Guardian: Anoka Fulsang
Address: 5016 River Av, Newport Beach, CA, 92663
Telephone: 949-838-4133 (home)(work)(cell)

Student's Primary Language: English  Home Language: English

Registration materials Determined by: INPHD/Mamá

**A. Initial Entry into Special Ed.:** 02/12/2009
*(This date will not change and reflects FIRST IEP date in district where initial placement was made)*

**Timeline Information (Dates)**
- Date of This Meeting: 02/04/2011
- Next Meeting Date: 06/24/2011
  *(See Meeting Notes page for details)*
- Next Annual Review: 02/04/2012
- Date of Last Evaluation: 02/04/2011
  *(Date that IEP team met to consider eligibility)*
- Next 3 yr. Review Due: 02/04/2014

**C. Purpose of Meeting**
- Primary: Annual Review
- Secondary: Assessment results

**Meeting Tape Recorded?** ☐ Yes ☑ No

**D. Eligible**
Primary Disability: AUT-Autistic Like
Secondary Disability(ies):
SLI-Speech/Lang Impairment

Eligible for mental health services: ☐ Yes ☑ No
Mental health services language included: ☐ Yes ☑ No

**E. Educational Rights Held by:** Parent/Guardian

**F. Assessment** (Accommodations page, section C)
Participation in Statewide assessment programs:
CAHSEE: See Accommodations Supports and Services
STAR: See Accommodations Supports and Services

**G. English Language Learner:** ☐ Yes ☑ No
English Language Level:

**H. Interpreter / Translation Request**
Interpreter Requested? ☐ Yes ☑ No
Translation of IEP Requested? ☐ Yes ☑ No

**J. Ethnicity** White
**K. Residence** Parent or legal guardian
**K. Preschool Setting** Early childhood special education
**L. Non-District Funded Agency** ☐ Yes ☑ No
Services

**M. Program and Services Recommended and Offered** ☑ Offer declined. See section "SE 16 – PARTICIPANTS and CONSENT" for details.
*Indicates Primary Service

| Program/Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction/Delivery) | Frequency | | Minutes Per Session | See Notes (SE 16) |
|---|---|---|---|---|---|---|---|---|---|
| SDC-public integrated | * | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| occupational therapy | | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| occupational therapy | | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | Yes |
| Language and speech | | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 30 min = 0.50 hrs | Yes |

*(Services provided per school schedule and calendar. Non-student days are excluded.)*

ITP not required for this student.

**Special Transportation:** ☐ Yes, specify: Curb to Curb (Round Trip) ☑ No  See Notes Page

**Extended School Year (ESY):** ☐ Yes ☑ No  On the Notes Page (SE16) identify details of the ESY Offer, or reason why ESY is not offered.

Did Not Sign

Additional Meeting(s)

SE 9 (8-03)

P242

Newport-Mesa Unified School District
Individualized Education Program

Page 3 of 34

**Student:** Fulsang

## INFORMATION CONSIDERED

Present performance includes results of the most recent assessments:

☐ State ☐ District-wide ☒ Classroom ☐ Alternate Assessments ☐ IEE

Describe how student's identified disability affects involvement & progress in general curriculum. Or, for preschooler, how the disability affects the child's participation in appropriate activities:

█ has social/behavioral, intellectual, fine motor, adaptive, and language deficits that negatively impact his ability to participate in the general curriculum.

**Health/Medical:**
He is in good general health, has no known allergies, and takes no daily medication. Mother states he is a "good eater and likes school very much".

There have been no new health issues since the last assessment was completed on 1-16-09 █ has been to his Dentist in the last month without any concerns. He has not required a sick visit to his Primary Care Physician in over a year.

Parents indicated at the IEP meeting that █ had an EEG 2/2010. Results indicated that he does not have Epilepsy or seizures.

**Vision:** Vision screening consisted of tracking a bright light to left, left to right and up and down. Convergence was observed when both eyes simultaneously moved inward as object moved closer to his nose. Mother has no concern about his vision.

Date of Testing: 01/26/2011

**Hearing:** Hearing screening results were difficult to obtain with state mandated headphone screening, █ was not a candidate to wear the headphones due to his inability to comprehend the rationale for the testing. He was sensitive to the door opening and turned his gaze towards the door as it was opening. He also looked right when he heard a desk drawer close. His health (he has a report from Newport Audiology dated 5-2-08) indicate a speech and language delay with normal middle ear function bilaterally. According to the Initial NMUSD Health and Developmental History dated 1-16-09, results from the Newport Audiology evaluation were "sufficient to rule out a hearing loss." Parent agrees his hearing to be intact.

Date of Testing: 01/26/2011

**Health Care Plan Location:**

---

Special factors related to low incidence disabilities were considered: ☒ N/A ☐ Yes

**Behavior:**
Currently, student's behavior impedes learning of self or others and behavior interventions are needed: ☐ No ☒ Yes

Regular discipline procedures apply

☒ Behavior Goals
☐ Behavior Support Plan
☐ Behavior Intervention Plan

Documentation of Initial Placement
Initial Placement: ☒ No ☐ Yes *If yes is checked, this section must be addressed. The following general education resources were utilized or considered prior to placement in Special Education*

Referred for: Parent Previous: 09/02/2008
Initial Eval By:    Referral Date:

Parent Consent Rec'd Date for 12/08/2008 ☐ Early Intervention
Previous Eval:

Evaluation Delay Reason: Official school break of more than five days

Evaluation Delay Other Reason:

Did Not Sign

SE 11 (8-06)

P243

523

AR 0792



Page ___4___ of ___34___

Newport-Mesa Unified School District
Individualized Education Program
INFORMATION CONSIDERED

Student: Fuisang

Parent concerns and priorities for the education of the student:
Parents have expressed concern for ▉▉▉ Speech/Verbal Communication, self/help skills, and engaging in activities.

Input from General Education Teacher:
General Education teacher was not in attendance as ▉▉▉ is a preschool age student.

Student Learning Strengths/Preferences:
▉▉▉ enjoys water activities (swimming and shower), physical activities (playground equipment and tricycle) and puzzles. He responds well to consistent reinforcement.

Did Not Sign

SE 11 (8-06)

P244

AR 0793

524

Newport-Mesa Unified School District
Individualized Education Program.
NEEDS/GOALS

Page  5  of  34

Student: Fuisang,

AREA OF NEED: Readiness

Progress on Prior Goals

| Goal | Description | Progress |
|---|---|---|
| Puzzle | will demonstrate understanding of completing 5, three piece interconnected puzzles in 80% of opportunities across 3 days of data collection. | Met |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| demonstrates strengths in the following pre-academic areas: nesting cups, matching colors, matching objects, and fine motor skills (building a block tower, and spontaneously scribbles on paper). | demonstrates areas of unique need in identifying parts, and motor imitation, |

Goal(s) Needed?  Yes

Goal #  1     Goal Name:  Body Parts

Begin Date: 02/04/2011     End Date: 02/04/2012.

Content Standard: DROP# 1

Identity of Self

Baseline Performance:*(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* is able to imitate touching different body parts, but is not able to independently identify body parts.

Evaluation Method(s):
- ☐ Performance assessment
- ☐ Work sample analysis
- ☑ Teacher observation/data
- ☐ Parent/Guardian observation
- ☐ Standardized assessment
- ☐ Commercially-made tests
- ☐ Teacher-made tests
- ☐ Teacher/records
- ☐ Data Collection
- ☐ Other

ANNUAL GOAL:
will receptively identify (by pointing to/touching) 2 body parts (head, and nose) on himself after a verbal instruction (show me head) in 4/5 opportunities across 3 data collection sessions.

Person(s) Responsible:
- ☐ Student
- ☑ Special Education Teacher
- ☐ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Regional Center
- ☐ Department of Rehab
- ☑ Parent
- ☐ Mental Health Provider
- ☐ Other

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|---|---|---|---|
|  |  |  |  |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of the non-disabled pupil's progress. E.C. 56345.10.*

Did Not Sign

SE 12; (8-06)

P245

Page ___6___ of ___34___

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fuisang, ▮

AREA OF NEED: Readiness

Goal # 2    Goal Name: Motor Imitation

Begin Date: 02/04/2011    End Date: 02/04/2012.

Content Standard: DRDP #13
Followings increasingly complex instructions

**Baseline Performance:** (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
When working one on one with a staff member, ▮ is currently imitating non-verbal actions 75% of the time. During large group activities, ▮ is currently imitating novel non-verbal actions 50% of the time. ▮ is not currently imitating 2-step non-verbal actions.

**ANNUAL GOAL:**
▮ will imitate 4 out of 6 2-step non-verbal actions without prompts, with 80% across 3 data collection sessions.

| Evaluation Method(s): | Person(s) Responsible: |
|---|---|
| ☐ Performance assessment | ☐ Student |
| ☐ Work sample analysis | ☑ Special Education Teacher |
| ☑ Teacher observation/data | ☐ Speech/Language Pathologist |
| ☐ Parent/Guardian observation | ☐ Adapted PE Teacher |
| ☐ Standardized assessment | ☐ Occupational Therapist |
| ☐ Commercially-made tests | ☐ Physical Therapist |
| ☐ Teacher-made tests. | ☐ General Education Teacher |
| ☐ Teacher records | ☐ Regional Center |
| ☐ Data Collection | ☐ Department of Rehab |
| ☐ Other | ☐ Parent |
|  | ☐ Mental Health Provider |
|  | ☐ Other |

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

Did Not Sign

SE 12 (8-06)

P246

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page ___7___ of ___34___

Student: Fulsang, ▮

AREA OF NEED: Self Help/Domestic

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Hand Washing Routine | ▮ will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 4/5 opportunities across 3 days of data collection. | Met | |
| Toileting Routine | ▮ will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 4/5 opportunities across 3 data collection sessions. | Progressing Towards | 50 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ is able to complete the toileting routine with prompting from staff. With the routine broken down by individual step, and with maximum prompting from a staff member, he is able to complete the bathroom routine. He is independently participating in the hand washing routine. | ▮ is beginning to understand the bathroom routine, and is independently completing the hand washing routine. ▮ is not able to indicate the need to use the toilet, but will eliminate in the toilet when taken throughout the day. ▮ is able to independently walk into the bathroom and stand by the urinal. He requires physical prompting to pull his pants up and down all of the way. He has been observed to only move his pants down slightly and then quickly pull them back up again before he gets a chance to fully eliminate. Once the toileting routine is complete, ▮ is able to complete the hand washing routine independently. |

Goal(s) Needed?    Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual/Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)                                                                                     Did Not Sign

P247

AR 0796

527

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page ___8___ of ___34___

Student: Fulsang, [REDACTED]

AREA OF NEED: Self Help/Domestic

**Goal # 1     Goal Name: Bathroom 1**

Begin Date: 02/04/2011     End Date: 02/04/2012

Content Standard: DRDP #37
Personal care routine

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
[REDACTED] is able to independently walk into the bathroom and stand by the urinal. He requires physical prompting to pull his pants up and down all of the way. He has been observed to only move his pants down slightly and then quickly pull them back up again before he gets a chance to fully eliminate.

**ANNUAL GOAL:**
[REDACTED] will pull his pants all the way down after approaching the urinal during the bathroom routine in 4 out of 5 opportunities across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|------|-------------|--------------------------|-------------|
|      |             |                          |             |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C.56345.10*

SE 12 (8-06)

Did Not Sign

P248

528

Page ___9___ of ___34___

**Newport-Mesa Unified School District**
**Individualized Education Program**
**NEEDS/GOALS**

Student: Fulsang, ▇▇▇

AREA OF NEED: Self Help/Domestic

Goal # 2          Goal Name: Bathroom 2

Begin Date: 02/04/2011          End Date: 02/04/2012

Content Standard: DRDP # 37
Personal Care Routines

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals) ▇▇▇ is able to independently walk into the bathroom and stand by the urinal. He requires physical prompting to pull his pants up and down all of the way. He has been observed to only move his pants down slightly and then quickly pull them back up again before he gets a chance to fully eliminate.

ANNUAL GOAL-
▇▇▇ will wait until the appropriate time during the bathroom routine (after full urination) to pull his pants up in 4 out of 5 opportunities across across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☑ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation.
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| No Benchmarks/Objectives | | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 37), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.(a)

SE 32 (8-06)

Did Not Sign

P249

AR 0798

529

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page __10__ of __34__

Student: Fulsang, ▮

AREA OF NEED: Self Help/Domestic

| Goal # 3 | Goal Name: Utensil Use | Begin Date: 02/04/2011 | End Date: 02/04/2012 |

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
▮ currently uses his hands to eat his food. He has been observed to play with his food by smearing it on the table and his clothes. With maximum prompting from staff and with resistant behavior (pushing away with hand, whining) ▮ will use his fork.

Content Standard: DRDP # 37
Personal care routine

ANNUAL GOAL:
▮ will independently eat at least 50% of his snack/lunch using a utensil (when utensil is appropriate) in 4/5 observed opportunities across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☑ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|

No Benchmarks/Objectives

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual/Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Did Not Sign

SE 12 (8-05)

P250

**AR 0799**

530

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page 11 of 34

Student: Futsang,

AREA OF NEED: Behavior

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|------|-------------|----------|------------|
| Calming Strategy | ■ will imitate take deep breaths (i.e. calming strategy) during a structured setting 50% of the time across 3 days of data collection. | Progressing Towards | 20 |
| Respond to name | ■ will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 4/5 opportunities across 3 days of data collection. | Met | |
| Safety Awareness | ■ will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 80% of the time across 3 days of data collection. | Met. | |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|-----------|-------|
| There has been a significant reduction in the duration and severity of ■ behaviors. Screaming/whining behaviors are seen during times of frustration and during non-preferred activities. Although ■ non compliant during these behaviors, he is not showing aggression toward staff and students. ■ is able to respond to his name when it is called from across the room by a familiar staff member, and is responding in the classroom when his name is called and it is paired with the word "stop or freeze." | ■ demonstrates areas of unique need in compliance and transitioning. |

Goal(s) Needed?    Yes.

Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56045.10

SE 12 (8-06)

Did Not Sign

P251

AR 0800

531

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 12 of 34

Student: Fulsang,

AREA OF NEED: Behavior

Goal # 1    Goal Name: Compliance

Begin Date: 02/04/2011    End Date: 02/04/2012

Content Standard: DRDP#13
Follows increasingly complex instructions

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)

With prompting from staff it currently takes ☐ an average of 20 seconds to attempt to following known instructions. He will look to and reach out to receive physical prompting.

ANNUAL GOAL:

☐ will increase his rate of compliance by following known instructions (stand up, sit down, check in, etc.)within 5 seconds given, without incidents of maladaptive behaviors (e.g. ignoring, screaming, and whining) in 4/5 trials across across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name: | Description | Target Date |
|---|---|---|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Did Not Sign

P.252

AR 0801

532

Page 13 of 34

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, █████

AREA OF NEED: Behavior

Goal # 2    Goal Name: Transitioning

Begin Date: 02/04/2011     End Date: 02/04/2012

Content Standard: DROP #13
Follows increasingly complex instructions

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
We have been working on █ stopping to the word "freeze." He is pausing 80% of the time, but is will not orient toward the speakers face without adult prompting. █ requires adult prompting to stay with the group and appropriately transition from one activity to another.

ANNUAL GOAL:
█ Will transition from one location to another without eloping from the group (stay on playground, stay with class from one location to another, and (transition between centers) 80% of the opportunities time over across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual/Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Did Not Sign

P253

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page ___14___ of ___34___

Student: Futsang, ▮▮▮▮▮

AREA OF NEED: Social/Emotional

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Peer Interaction | ▮▮ will hand a peer an object given one verbal instruction 80% of the time across 3 days of data collection. | Progressing Towards | 60 |
| Visual Regard | ▮▮ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 3 days of data collection. | Met | |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮▮ is able to make contact with a staff member when his name is called, and which showing or requesting an object or picture. During social games ▮▮ will hand a peer an object if paired with a verbal instruction and gestural prompt.<br><br>▮▮ enjoys cause and effect toys, and sensory stimulating toys (squish balls), and will share them with staff members. He is beginning to show interest in dinosaurs, cars, and tools. | ▮▮ demonstrates areas of unique need in functional play, and staying in a group. |

Goal(s) Needed?  Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Did Not Sign

P254

AR 0803

534

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 15 of 34

Student: Fulsang,

AREA OF NEED: Social/Emotional

Goal # 1     Goal Name: Functional Play

Begin Date: 02/04/2011     End Date: 02/04/2012

Content Standard: DRDP #6
Building cooperative play with other children

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
When presented with new toys/items ▮ has been observed to hold them up and stare at them rather than functionally use them in play. He requires prompting to appropriately use a familiar play item/toy (dinosaur, train, doll, stuffed animal, etc.) for it's intended purpose. After items are more familiar and steps are performed ▮ is able to imitate some 2-step play/feed dog a bone, and put fireman in truck and push).

ANNUAL GOAL:
▮ will use a functional play item/toy (e.x. hammer, saw, push car, telephone) within a classroom theme for its intended purpose in 4/5 opportunities across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☑ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives
| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Did Not Sign

SE-12 (8-06)

P255

Page   16   of   34

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, ▮

AREA OF NEED: Social/Emotional

Goal #   2          Goal Name:  Group

Begin Date: 02/04/2011                    End Date: 02/04/2012

Content Standard: DRDP #11
Shared use of space and materials

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
If a staff member is not close by, ▮ has been observed to elope from groups of peers
throughout the day (on the playground, center rotations, group games).

ANNUAL GOAL:
▮ remain in a group (circle time, centers, music, exploratory, treasure chest area, etc.) with
his peers for 4 minutes with 80% accuracy across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language
     Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab.
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. EC. 56345.10*

SE 12 (8-06)

Did Not Sign

P256

AR 0805

536

Newport-Mesa Unified School District

Individualized Education Program

NEEDS/GOALS

Page 17 of 34

Student: Fulsang, ▉

AREA OF NEED: Speech and Language

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/L functional communication | During familiar semi-structured activities (snack and choice making) following one presentation of expected communicative behaviors, ▉ will independently combine (two communicative gestures (from a set of five targeted behaviors) to request or indicate choices in three out of five opportunities across three data collection sessions. | Progressing Towards | 50 |
| S/L matching pictures/ objects | Independently match a real object (3-D) with a photograph of that item (2-D), using 3 foods and 3 toys, in 4/5 opportunities across three data collection sessions. | Progressing Towards | 65 |
| S/L rate of comm | Will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 4 various activities. | Progressing Towards | 66 |
| S/L receptive vocabulary | will demonstrate understanding of 5 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | Progressing Towards | 10 |

Present Levels of Academic Achievement and Functional Performance (from assessment, observation, work samples and/or progress on prior goals)

| Strengths | Needs |
|---|---|
| ▉ overall functional communication system is improving although it continues to be very restricted. Through a combination of picture cards, common gestures, indicating behaviors, vocalizations, direct contact with adult, and gaze to his partner, ▉ is able to communicate basic needs and requests to his partner. During highly preferred activities, he demonstrates most consistent use of eye gaze and a higher rate of communication. | ▉ is not yet demonstrating consistent use of his communication system to signal a wider range of needs to his communicative partners. He demonstrates very delayed receptive language abilities and has limited foundational skills for building an expanded symbolic communication system that utilizes icons and/or picture cards with actual actions and objects. He continues to require multiple repetitions paired with highly motivating items to acquire new skills. His protesting behaviors are typically less appropriate swiping, but he is beginning to imitate adult models of shaking head to communicate "no" more frequently. |

Goal(s) Needed?    Yes

SE 12 (8-06)

*Notice: A pupil's parents will be regularly informed of this pupil's progress toward goals via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of non-disabled pupil's progress. E.C. 56345.10

Did Not Sign

P257

537

Page __18__ of __34__

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fuisang, ▮

AREA OF NEED: Speech and Language

Goal # __1__          Goal Name: Action- location pictures

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* ▮ is not demonstrating a working functional communication system to signal his needs; "need to go to the bathroom", "I'm hungry," or "I'm tired." This goal is to target an emerging use of photo cards to introduce appropriate actions in context.

ANNUAL GOAL:
When presented with three photos of familiar daily actions in different settings ▮ will identify and match accurately the photo picture of himself in the given functional space (e.g. using the bathroom/ eating at the table/ laying down on the mat or bed) when presented these options in vivo with an average of 50% accuracy during a two-week collection period.

Begin Date: 02/04/2011          End Date: 02/03/2012

Content Standard:

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☐ Teacher observation/data
☐ Parent/Guardian observation.
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher records
☑ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist.
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent.
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|------|-------------|--------------------------|-------------|
|      |             |                          |             |

* Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals. Via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

P SE 12 (8-06)

Did Not Sign

P258

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Futsang,

AREA OF NEED: Speech and Language

Page __19__ of __34__

Goal # 2          Goal Name: Matching pictures/ objects

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
This goal has initially been addressed on a limited basis. ███ able to match and choose photo pictures of preferred foods with consistency (pretzels, goldfish crackers) and is becoming more tolerant when he makes an incorrect choice. He is less successful with toys but can find a preferred ball and car.

ANNUAL GOAL:
███ Independently match a set of 10 identified real objects (3-D) familiar to the classroom environment with a photograph of that item (2-D) from a field of three with 80% accuracy opportunities across data collected in a two-week period.

Benchmarks/Objectives
No Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
|      |             |             |

Begin Date: 02/04/2011          End Date: 02/03/2012

Content Standard:

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☐ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Did Not Sign

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

P259

AR 0808

539

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 20 of 34

Student: Fulsang,

AREA OF NEED: Speech and Language

Goal # 3          Goal Name: Protesting

Begin Date: 02/04/2011          End Date: 02/03/2012

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
_____ able to consistently imitate an adult model shaking his/ her head, but he has not been observed to signal this intent independently and typically swipes items he does not off the table.

ANNUAL GOAL:
During the semi-structured routine of meals in the classroom, _____ will respond independently with the protesting behavior  shaking his head "no" to indicate that he does not want a non-preferred food/ drink item after it is visually presented and he is asked "do you want XXX" with an average of 50% of the opportunities during a two-week data collection period.

Content Standard:

Evaluation Method(s):
☑ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☑ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| No Benchmarks/Objectives | | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

P260

Did Not Sign

540

Newport-Mesa Unified School District

Individualized Education Program

NEEDS/GOALS

Page 21 of 34

Student: Fulsang,

AREA OF NEED: Speech and Language

| Goal # 4 | Goal Name: Receptive instructions | Begin Date: 02/04/2011 | End Date: 02/03/2012 |

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
Following an adult model and/or prompts for action, _____ is able to complete these simple commands as modeled. He is most successful in "give me XXX" when the hand is extended but is not discriminating or completing directions without prompts.

ANNUAL GOAL:
During semi-structured tasks, _____ will discriminate among the two targeted verbal instructions and follow the given direction with an average of 50% accuracy across data collected in a two week period. (Targeted instructions: Give me XXX, and Touch XXX.)

Content Standard:

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☐ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☑ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
| --- | --- | --- |
| | No Benchmarks/Objectives | |

*[Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10]*

Did Not Sign

SE 12:(8-06)

P261

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 22 of 34

Student: Fuasang,

AREA OF NEED: Fine Motor

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| F/M Scissors | will be able to use loop scissors to make 5 continuous cuts across paper independently, 4 out of 5 trials across 3 educational sessions. | Met | |
| Visual Attention to Projects | will demonstrate improved visual attention and appropriate use of materials to be able to participate in a painting and/or coloring art project for 7 seconds independently, 3 out of 3 trials across 3 educational sessions. | Progressing Towards | 50 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| has good hand strength and manipulation skills for fine motor activities. He has been observed to initiate vertical and horizontal strokes as well as circular scribbles. With repeated practice, he is beginning to trace large letters. is able to open and close scissors independently and cut paper when he is interested. Once positioned, can maintain a quadrupod grasp. | continues to have difficulty with his visual attention for art projects, such as coloring and painting. |

Goal(s) Needed?     Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. (E.C. 56345.10)*

Did Not Sign

SE 12 (3-06)

P262

Page 23 of 34

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Fine Motor

Goal # 1     Goal Name: Visual Attention to Projects

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
is able to visually attend to his paper for 3-5 seconds during art projects at this time.

Begin Date: 02/04/2011

End Date: 02/03/2012

Content Standard:

ANNUAL GOAL:
will demonstrate improved visual attention and appropriate use of materials to be able to participate in a painting and/or coloring art project for 3 seconds independently, 3 out of 5 trials across 3 educational sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other:

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent:
☐ Mental Health Provider
☐ Other:

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|------|-------------|--------------------------|-------------|
|      |             |                          |             |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

P263

Did Not Sign

AR 0812

543

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 24 of 34

Student: Fulsang,

AREA OF NEED: Sensory Processing

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/P Motor Planning | In order to demonstrate improved motor planning skills for classroom activities, (such as rolling playdough, pulling ▮ will playdough, stomping feet, clapping hands), given one demonstration and verbal prompting with 80% accuracy over charted opportunities. be able to imitate 5 novel one-step motor actions, | Met: | 90 |
| S/P Visual Attention | In order to demonstrate improved visual attention and motor planning, ▮ be able to throw a beanbag into a target while swinging on a swing independently with 80% accuracy over charted opportunities. | Progressing Towards | |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| Overall, ▮ has good gross motor skills to participate in activities on the playground and the occupational therapy clinic. ▮ enjoys playing with a variety of messy materials, such as shaving cream, paint, and sensory balls. ▮ has learned the ability to imitate one-step motor actions, such as tapping his head, clapping, and putting his hands on hips. ▮ demonstrates improved alertness with participation in vestibular and proprioceptive based activities, such as sitting on a T-stool during center activities, going upside down, spinning himself on the siide-spin, and bouncing on the therapy ball. | |

Goal(s) Needed?   Addressed in Curriculum

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. EC. 56345.10

SE 12(8-06)

Did Not Sign

P264

544

Page 25 of 34

**Newport-Mesa Unified School District**
Individualized Education Program
PROGRAM CONSIDERATIONS

Student: Fulsang,

**A. Federal Setting**

Federal Setting School:

Federal Setting Preschool:   Separate Class

**B. Assessment Information**

The following ☐ tests ☐ evaluations ☐ records ☐ reports  were used to determine the student's eligibility and/or Special Education services:

-Adaptive Behavior Assessment System-2nd Edition (ABAS-II); -Childhood Autism Rating Scale- 2nd Edition Standard Version (CARS-2ST); -Clinical observations of eye/hand usage, postural responses, attention to task, neuromuscular development, sensory processing (registration, integration and modulation), motor planning and environmental interactions; -Communication and Symbolic Behavior Scales Developmental Profile (CSBS DP); -Developmental Assessment of Young Children (DAYC); -The HELP (derived from "Hawaii Early Learning Profile"); -Mullen Scales of Early Learning AGS Edition; -The Peabody Developmental Motor Scales-2 (PDMS-2), the fine motor subtests (grasping and visual-motor integration); -Preschool Functional Educational Checklist completed by Leah Stahman, teacher; -Preschool Language Scales-Fourth Edition (PLS-4); -Sensory Processing Measure- Preschool School Form completed by Leah Stahman, [  ] teacher; -Sensory Processing Measure- Preschool Home Form completed by Eric Fulsang, father; -Sensori-motor History Questionnaire for Preschoolers, completed by Leah Stahman, [  ] teacher; -Symbolic Play Scale Review Records

**C. Support for Transition**

ITP not required for this student.

Grade Level Change: N/A          Program Type: N/A

School Type: N/A

Description of supports for transition:

**D. Participation in General Education**
☑ Academic   ☑ Electives
☐ Other

To what extent is the student *not* in the general education setting?  In your discussion, include such things as: class activities, school activities, issues related to possible "harmful effects" of placement.

General education limits [  ] ability to participate, and he requires additional support and smaller class size.

Explain why services that the student is to receive can not be provided in the general education setting.

[  ] deficits and identified unique educational needs require intensive specialized instruction that cannot be fully addressed through participation in general education.  Due to these deficits [  ] cannot fully benefit from a general education setting.

62     % of time outside the regular education classroom for special education services

**E. English Language Learner Information:**     ☑ No     ☐ Yes

**F. Options**

| Considered | | Recommended |
|---|---|---|
| ☑ | General Education | ☐ |
| ☑ | Designated Instruction and Services | ☐ |
| ☐ | Resource Services (consult/collaborative) | ☐ |
| ☐ | Resource Specialist Program | ☐ |
| ☑ | Special Day Class | ☑ |
| ☐ | Referral for County Program Consideration | ☐ |
| ☐ | State Special School Referral | ☐ |
| ☐ | Non-Public School | ☐ |
| ☐ | Home/Hospital | ☐ |
| ☐ | Instruction in non-classroom setting | ☐ |
| ☐ | Alternative Education | ☐ |
| ☐ | Other | ☐ |

SE 13 (5-03)

P265

Did Not Sign

545

Page 26 of 34

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS

Student: Fulsang

### G. Discussion of LRE and Placement

| Program/Service * Indicates Primary Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction; Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 16) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | Yes |
| Language and speech | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 30 min = 0.50 hrs | Yes |

(Services provided per school schedule and calendar. Non-student days are excluded.)

| Service | Provider: | Notes: |
|---|---|---|
| SDC public integrated | District service/enrollment | 2/04/2011-6/24/2011: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar with mainstreaming occurring 2 days a week (Tuesdays and Thursdays) for 3.75 hours each day. |
| Language and speech | District service/enrollment | 2/4/11-6/24/11 Group speech therapy 1 x 30 minutes per week. Services to be delivered across classroom activities to facilitate use and learning of targeted skills. |
| Occupational therapy | District service/enrollment | 2/4/11 - 6/24/11 x Small Group Occupational therapy 1 x30 minutes per week in the classroom setting. |
| Occupational therapy | District service/enrollment | 2/3/11-6/24/11 Occupational therapy consultation with the teacher 1x30 minutes per month to address alertness in the classroom environment. |
| Language and speech | District service/enrollment | 2/4/11-6/24/11 Individual speech therapy 2x30 minutes per week. Services to be delivered across classroom activities to facilitate use and learning of targeted skills. |

Did Not Sign

SE 13 (8-03)

P266

**AR 0815**

546

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     816 of 1332

Newport-Mesa Unified School District
Individualized Education Program
ACCOMMODATIONS, SUPPORTS AND SERVICES

Page 27 of 34

**Student: Fuisang,** ▮▮▮▮

**A. Participation in Statewide and District Assessment Programs:**

Participation in Statewide assessment programs:

CAHSEE:                         Outside Test Group

STAR English Language Arts:     Outside Test Group          STAR Math:      Outside Test Group     STAR Science:   Outside Test Group

                                                            STAR History:   Outside Test Group     STAR Writing:   Outside Test Group

Tests identified accommodations/modifications are necessary for enabling the student to demonstrate knowledge, ability, skills, or mastery, and should be consistent with those identified in the instructional setting to give the student access to the curriculum.

Specific variations, accommodations and modifications to be used in testing:

| Type of Variation, Accommodation or Modification | CAHSEE | English Lang Arts | Math | Science | History | Writing | CELDT | District Testing | Classroom Tests |
|---|---|---|---|---|---|---|---|---|---|

☐ Student will take the Standards-based Tests in Spanish (STS) using CST variations/accommodations/modifications listed above.

Note: Students participation in the California Physical Fitness Tests will receive the Variations, Accommodations, or Modifications listed above, if they directly apply to the testing situation. (Refer to the Testing Variations, Accommodations, and Modifications chart published by the California Department of Education)

☐ Desired Results Developmental Profile to be used (Ages 3-5)          Test Type:

Variations allowed:

**B.** Program modifications, supplementary aids, and accommodations (including effect on grading) for the student to progress in general education and/or activities:

ABA Seahorse classroom
Care Plan for mouthing by school nurse

**C.** Supports / modifications provided to school personnel to enable student to advance toward attaining annual goals, progress in general education and/or activities, and be educated and participate with other children with and without disabilities. (i.e. trainings, materials):

Considered but not required

Did Not Sign

SE 13 (8-03)

P267

**AR 0816**

547

## Newport-Mesa Unified School District
### Individualized Education Program
### ACCOMMODATIONS, SUPPORTS AND SERVICES

Page __28__ of __34__

Student: Fulsang, ▮▮▮▮

**D. Physical Education:**
General Ed

**E. Low Incidence Disability:** ☑ No ☐ Yes, see Notes Page

**F. Consideration of Assistive Devices and Services:**
Does the student require assistive devices and/or services to make progress toward IEP goals at this time? ☑ No ☐ Yes, the following is/are recommended:

Devices, services and curricular interventions currently available at the school site can meet the student's needs at this time: ☐ Yes ☐ No, see Notes page.

**G. Promotion/Retention (Grades 2 - 9):**
Not Applicable (outside of grade range)

**Current Performance (Grades 2 - 9):**

Student is meeting the standards identified above: ☐ Yes ☐ No, see Notes page.

**H. High School Completion Plan (must be 16 years old or younger if appropriate)**

☑ Not Applicable

- Notice: Algebra I or the equivalent is required to earn a regular high school diploma.
- Notice: Effective with the graduating class of 2006, in addition to completing the district course of study, all students in California must pass the California High School Exit Exam (CAHSEE) to earn a regular high school diploma.

1. The requirements for high school graduation have been explained to me:

☐ Student Initials (if appropriate) _____ Date: _____

☐ Parent Initials _____ Date: _____

2. At this time, student is working toward earning:

☐ Certificate: will have completed course of study or reached maximum age

☐ Diploma: will have met all general education graduation requirements

REQUIREMENTS FOR GRADUATION WITH A DIPLOMA

1. Credits: Total required: _____ Currently has earned: _____

2. California High School Exit Exam (CAHSEE)

| Area | Pass OR Waiver | | Date |
|---|---|---|---|
| Math | ☐ Pass | ☐ Waiver | _____ |
| English/Language Arts | ☐ Pass | ☐ Waiver | _____ |

3. Anticipated date of high school completion: _____

Did Not Sign

SE 13 (8-03)

P268

AR 0817

548

Page 29 of 34

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Student: Fulsang, [redacted]

MEETING SUMMARY

TAPE RECORDING (SE 9):
Meeting Tape Recorded? ☐Yes ☑No

MEETING DURATION (SE 8):
Scheduled: 2/4/2011; 2:00 pm
Start: 2:05 pm
End: 5:10 pm

INTRODUCTIONS (SE 8):
Introductions were made at the beginning of the meeting. The following team members were present: Mrs. Steinman, Mrs. Kent, Mrs. Murphy, Mrs. Ni, Mrs. Beverage, Mr. Huffman, and Mr. Fulsang

REVIEW OF PARENTAL PROCEDURAL SAFEGUARDS (SE 16 has Parental Acknowledgement)
☑Parent waived reading and/or review of Parental Procedural Safeguards
Parents were presented with a hard copy.

PURPOSE OF THE MEETING (SE 8, SE 9):
Review results of Multidisciplinary assessment and annual review.

STUDENT AND PARENT/GUARDIAN INFORMATION VERIFICATION (SE 9):
Birth certificate and proof of residency on file with the district

PRESENT LEVELS OF PERFORMANCE (SE 11):
The multidisciplinary assessment results were shared with parents, as well as his current progress on goals.

PROGRESS ON PRIOR GOALS (SE 10):
Progress on prior goals were reviewed.
[redacted] has met 7 out of 16 of his goals, 1/2 Self Help/Domestic, 2/3 behavior goals, 1/1 readiness, 1/2 social emotional, 0/4 Speech and language, 1/2 Sensory processing, 1/2 fine motor.

Did Not Sign

SE 13 (8-03)

P269

ADMINISTRATIVE RECORD FOR MATTER 2012050785    02/25/2014    819 of 1332

Page ___30___ of ___34___

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Student: Fuisang ▮

EVALUATION RESULTS – Summary of Outcomes from:
SE 7 Assessment Plan
SE32 Multidisciplinary Team Assessment Report
SE33 Assessment Documentation – Specialist
SE34 Assessment Documentation – Teacher
SE 35 Documentation of Learning Disability Discrepancy using Non-standardized Assessment Data

▮ is a 4 year 10 month old adorable boy in Mrs. Stahmann's ABA SDC preschool classroom at Mariners Elementary School (NMUSD). The District conducted an initial assessment of ▮ in February of 2009 and he qualified under the eligibility category of Autistic-like. The eligibility of Mental Retardation was considered, but due to limited exposure to preschool/daycare setting. The team recommended that the eligibility for mental retardation be monitored while ▮ receives additional researched based intervention services to address his delays.

Overall, ▮ current cognitive functioning is judged to fall within the very low range with visual and receptive language skills falling at the 15-17th month range, expressive language skills at the 25th month range, and fine motor skills scatter up to 28th month range according to the Mullen and DAYC. ▮ continues to demonstrate deficits in his rate of learning and intellectual profile; however, it is important to note the growth from the assessment in January of 2009. ▮'s cognitive ability based on informal play based assessment ranged from the 4 month level (at social cognition) to the 18 (some literacy) skills scattered into 19 month (social range) and based on parent report on the DAYC fell at the 15 month range based on observation and the 21 month range based on parent report and observation. It is important to note that he has obtained more skills since his last assessment in January of 2009. Overall, ▮ is demonstrating a delay of at least 32 months (2 years, 8 months). ▮ demonstrates adaptive skills deficits in all areas.

The academic assessment indicated that ▮ demonstrates general and cognitive skills in the following areas including: matching colors and objects from a field of four, putting together a 3-piece puzzle, attending to adult and 1-step instruction. The IEP team has determined that ▮ presents with unique educational needs in the following areas: behavior, self help, social/emotional development, readiness skills.

▮ is currently a 4 years, 10 months preschool boy who demonstrates significant delays in his speech, social development, and language skills. Results from this assessment, suggest that his general communication profile is similar to a typically-developing young child between 12-15 months. ▮ uses functional communication including eye gaze with signs, gestures, vocalizations, and other indicating behaviors to direct others effectively in meeting his needs. He rarely demonstrates communicative behaviors for purposes other than behavioral regulation of others and is particularly successful in requesting choices and indicating preferred items. With repeated learning opportunities, ▮ is beginning to demonstrate improved skills when matching photos with objects and during 1-2 sequenced play with familiar, functional objects. His verbal behaviors continue to be reduced in range, but he is using other vocal dimensions (pitch, rate, volume, nasality) to augment his communicative attempts with information about his emotional state.

▮ is currently functioning below age level in his visual-motor skills. However, he demonstrates good hand strength and manipulation skills to motorically be able to participate in fine motor activities. ▮ continues to have difficulty maintaining an optimal arousal level for learning in the classroom, demonstrating a lower arousal or alertness level in the school environment.

ELIGIBILITY SUMMARY (for Initials and Triennials (SE19 – 22):
The assessments results indicate the ▮ meets the eligibility criteria for Autistic-like Behaviors, Intellectual Disability/Mental Retardation, and Speech and Language Impairment.

GOALS AND OBJECTIVES (SE 12):
Goals/benchmarks were presented and incorporated into this document for all identified areas of unique needs.

SE 15 (3-03)

Did Not Sign

P270

Newport-Mesa Unified School District
Individualized Education Program

**MEETING NOTES**

Page _31_ of _34_

**Student: Fullsang**

PROGRAM CONSIDERATIONS - Consideration of General Ed Participation, Placement, Services, Transition, LRE and ELL (SE 13):
The IEP team recommends the following Free-Appropriate Public Education (FAPE) offer is as indicated:

*2/4/2011-05/24/2011 DIS Speech/Language 2 times per week for 30 min. sessions individual.

*2/4/2011-05/24/2011 DIS Speech/Language 1 times per week for 30 min. sessions in a small group not to exceed three students.

*2/4/2011-05/24/2011 Participation in an ABA SDC (Seahorse) class for 5 days a week/5 hours 15 minutes daily. At the time of this IEP mainstreaming occurs every Tuesday-Thursday with neighbourhood friends from 8:55 am-12:45pm (4 hours. 10 minutes.)

*2/4/2011-05/24/2011 Occupational Therapy (OT): - OT 1x30 minutes per week in a small group at Mariners Elementary as per the traditional school year calendar.

*2/4/2011-05/24/2011 Occupational Therapy (OT): - OT 1x30 minutes per month consultation with special education teacher.

**ACCOMMODATIONS, SUPPORTS AND SERVICES (SE 14):**
Section F. CONSIDERATION OF ASSISTIVE DEVICES AND SERVICES

**SPECIAL TRANSPORTATION (SE 9):**
Rationale:
☐ qualifies for curb to curb transporation due to age and disability

**EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES RECOMMENDED AND OFFERED (SE 9):**
Rationale:

| Program/Service  *Indicates Primary Service | Projected Start | End | Anticipated Location (Site) | Setting | Mode | Frequency | Minutes Per Session |
|---|---|---|---|---|---|---|---|
| | | | | | | | Did Not Sign |

**NEXT IEP MEETING (SE 9):**
The next IEP meeting will be Kindergarten transition meeting to be held before June 24, 2011.
NOTICE: An IEP Addendum meeting will be held in the event that a change to the above-described Program/Services is necessary.

SE 15 (8-03)

P271

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          821 of 1332

Page 32 of 34

# Newport-Mesa Unified School District
## Individualized Education Program
### MEETING NOTES

**Student:** Fuisang

**ADDITIONAL NOTES:**
The team reviewed the assessment results and identified the following unique educational needs:

*Speech and Language
 -Receptive Instruction
 -Protesting
 -Matching
 -Action-location Pictures

*Readiness
 -Motor Imitation
 -Body Parts

*Behavior
 -Transitioning
 -Compliance

*Social/Emotional
 -Group
 -Functional Play

*Fine Motor
 -Visual attention to project

Ms. Stelman, SDC teacher indicated that ▌ has increased his independence; however he does not demonstrate all parts of the bathroom routine consistently and independently. ▌ is able to undress and respond to his name and words such as "freeze". ▌ does better with deep breaths instead of initiations. He has made significant increases in his self control (i.e. biting, kicking, etc.) He is able to demonstrate when he does not like something (i.e. screaming, whining) which is an improvement, but the team would like to shape his responses to a more appropriate response. ▌ is doing well handing back reinforcement.

Ms. Murphy, SLP indicated that ▌ has made good progress toward his goals but was not able to meet them. He is demonstrating better eye contact. He is doing better matching 2D to 3D items but not consistently. He is attempting to communicate during preferred activities, but has difficulty maintaining the attention.

Ms. Beverage, OTS, indicated that ▌ met his scissor goal. He did not meet his visual attention goal as he only is able to attend for 5 seconds to a project rather than the proposed 7 seconds. ▌ met his motor planning goal. He progressed toward his visual attention and motor attention goal. He was able to demonstrate the skill slightly less than 80% of the time.

Mr. and Mrs. Fuisang were concerned that ▌ would be placed with the general population for kindergarten. Team discussed that his placement would be based on his unique needs. Mr. and Mrs. Fuisang indicated that ▌ has made great growth, especially in his motor skills. ▌ is able to ride a bicycle, swing on bars, etc.

Mr. and Mrs. Fuisang were concerned that fine motor skills could be addressed in a fifteen minute session. The team indicated that ▌'s situation span was taken into consideration when determining the length of sessions. Mrs. Ni indicated that specific skills are addressed during the session. The consultation time will be to ensure that his arousal level is at an appropriate level and to give suggestions to the team.

Mrs. Ni and Mrs. Beverage proposed the new goals in the area of fine motor and service recommendations. Parents were in agreement with the proposed goals and services. Mrs. Ni and Mrs. Beverage were excused from the meeting at 4:20 pm.

In regards to the transition goal, the team discussed that at this point ▌ does not see the benefit of being in the group.

Ms. Stelman reviewed proposed services. Mrs. Stelman noted that ▌ is showing interest in older children items that are not necessarily sensory driven (i.e. car and dinosaur vs. a registry and light up balls. This is a perfect opportunity to bring in appropriate play skills. Mrs. Murphy noted that the team is using video modeling to teach the students play sequences (i.e. walking the dog, feeding the dog, etc.) and functional play skills. Mr. Fuisang noted that ▌ first experience to group interaction wasn't necessarily positive has it was with his older brother who would take away all of his toys.

Mrs. Murphy reviewed proposed goal. ▌ is not at the symbolic play level yet. Two dimensional photographs will be used to help ▌ associate his needs with the situation to begin to

Did Not Sign

SE 15 (8-03)

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                               822 of 1332

Newport-Mesa Unified School District

Individualized Education Program

Page  33  of  34

## MEETING NOTES

Student: Fulsang, █████

develop functional communication, █████ does not consistently show appropriate protest to an item (i.e. head shake). Currently, he will swipe items out of this area instead of appropriately communicating. At this time, █████ does not discriminate many receptive instructions in his environment. The team would like to focus on very important receptive phrases (i.e. join, give me) in combination with his body parts. Mrs. Fulsang indicated that he is beginning to work on this at home. Mrs. Murphy indicated that the reason (these goals were placed is because they are foundational skills that █████ will need to develop to increase his quality of functional communication and these skills will be addressed by other team members (i.e. SDC teacher).

Mrs. Steinman and Mrs. Murphy proposed their level of service.

Mr. and Mrs. Fulsang would like to know what they can do so that █████ has more direct service (3 hour of individual speech therapy per week-direct). █████ does not do well in groups and does better in individual settings. They have not seen a lot of growth in his communication ability. They are concerned that the window of opportunity is closing. He noted that at the last IEP they had expressed concern with the level of direct service. They accepted the District's offer at that time, and tried ji with the level of service recommended by the team, but they have not seen appropriate progress. In █████ case, FAPE is not necessarily what it would be for his peers in his class, █████ is not at the same level or typical in his communication skills as his peers and requires more direct services. They do not feel that the level of service offered is appropriate at this time.

The team will forward this information to the Harbor Zone coordinator to address the parents concerns regarding the level of Speech and Language services offered. The zone coordinator will contact the parents in a timely manner.

The DRDP assessment is given twice a year, in October and March, and is given to 3, 4, and 5 year old preschool children.

There are two formats:
1. DRDP-R (revised) for preschool to Kindergarten
2. DRDP access, birth to Kindergarten

Which ever test is administered in the fall, must be administered in the spring. We are to select the developmentally appropriate test.

Test selection: DRDP-Access

FYI

Participation in the DRDP assessment allows California to comply with the federal law, allow educators to better monitor programs by tailoring education and training programs for staff, to assist teachers in providing parents with additional information regarding their child's growth and development.

█████ will be kindergarten eligible next fall (2011). A transition IEP will be held by June 24, 2011 to determine appropriate program, services, and placement for extended school year (ESY) and next school year (2011-2012).

| FOLLOW-UP ACTIVITY | PERSON RESPONSIBLE | DATE DUE |
|---|---|---|
| | | |
| | | |

SE 15 (8-03)                                                                                Did Not Sign

P273

553

AR 0822

Page ___35___ of ___35___

**Newport-Mesa Unified School District**
**Individualized Education Program**
**PARTICIPANTS AND CONSENT**

Student: Fulsang

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Educational Program:    ** Indicates participants not required if student is attending Adult Transition program.

| Name | Role | Signature / Date |
|---|---|---|
| Fulsang, Eric | Father | Signature / Date 3/8/11 |
| Huffman, Scott | Administrator | Signature / Date |
| Murphy, Kathy M. | Speech/Language | Signature / Date 3/8/11 |
| Steinman, Leah | Case Carrier | Signature / Date 3/8/11 |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION**    *Please initial each applicable statement below:*

[X] I have been advised of and given a copy of the special Education Procedural Safeguards.

[X] I had an opportunity to participate and help develop the IEP.

[X] I request a copy of this Individualized Education Program to be provided in my primary language.

[X] I have received a copy of the IEP and assessments (if any).

[X] I understand that services are provided following the District adopted calendar.

Did the school district facilitate parent involvement as a means of improving services and results for your child?:
[X] Yes    [ ] No    [ ] No Response

[ ] I CONSENT to this Individualized Education Program.

[ ] I CONSENT to this Individualized Education Program EXCEPT for the following:

[ ] I DO NOT CONSENT to this Individualized Education Program.

[ ] Meeting was not completed and a follow up will/has been scheduled to finalize IEP

[X] Meeting completed, parent will review documents and provide a response to the offer of FAPE

[ ] Student is not eligible for special education services

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language; if my language is not written, this information will be translated orally or manually.

Parent/Guardian: _____ Date: _____

Parent/Guardian: _____ Date: _____

**C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS**

[ ] Parent/Guardian agreed to waive advanced written notice

[ ] IEP Meeting Notice sent on: _____ Follow-up notice: _____ Final Notice Letter: _____

[ ] Parent/Guardian unable to attend and was sent a copy of IEP, Parent Rights and Procedural Safeguards. Date: _____

SE 15 (8-03)

Draft

P274

AR 0823

554