**Docket No. 15-56452**

*In the*

# United States Court of Appeals

*for the*

# Ninth Circuit

E.F., a Minor, By and Through His Parents Eric Fulsang and Aneida Fulsang,
ERIC FULSANG and ANEIDA FULSANG,

*Plaintiffs-Appellants,*

v.

NEWPORT MESA UNIFIED SCHOOL DISTRICT,

*Defendant-Appellee.*

_____

*Appeal from a Decision of the United States District Court for the Central District of California,*
*No. 8:14-cv-00455-CJC-RNB · Honorable Cormac J. Carney*

## SUPPLEMENTAL EXCERPTS OF RECORD
## VOLUME III OF IV – Pages 555 to 834

S. DANIEL HARBOTTLE, ESQ.
SYDNEY BLAAUW, ESQ.
HARBOTTLE LAW GROUP
18401 Von Karman Avenue, Suite 200
Irvine, California 92612
(949) 428-8780 Telephone
(949) 428-8779 Facsimile
dharbottle@harbottlelaw.com
sblaauw@harbottlelaw.com

*Attorneys for Appellee,*
*Newport Mesa Unified School District*

 COUNSEL PRESS · (800) 3-APPEAL          PRINTED ON RECYCLED PAPER 

# TABLE OF CONTENTS

| Docket Entry | Description | Page |
|---|---|---|

**VOLUME I OF IV – Pages 1 to 281**

| Docket Entry | Description | Page |
|---|---|---|
| 46 | Declaration of S. Daniel Harbottle in Support of Newport-Mesa Unified School District's Motion for Summary Judgment, Filed July 14, 2015 | 1 |
| | Exhibit A | 5 |
| | Exhibit B | 68 |
| | Exhibit C | 74 |
| | Exhibit D | 83 |
| | Exhibit E | 88 |
| | Exhibit F | 91 |
| | Exhibit G | 97 |
| | Exhibit H | 108 |
| | Exhibit I | 121 |
| | Exhibit J | 133 |
| | Exhibit K | 144 |
| | Exhibit L | 156 |
| | Exhibit M | 169 |
| | Exhibit N | 173 |
| 45 | Newport-Mesa Unified School District's Statement of Uncontroverted Facts and Conclusions of Law in Support of its Motion for Summary Judgment, Filed July 14, 2015 | 201 |
| 13 | Notice of Lodging Administrative Record, Filed August 18, 2014 | |
| | Complaint | 210 |
| | Stipulation Motion to Amend with First Amended Request for Due Process Hearing | 241 |

(CONTINUED IN VOLUME II)

**VOLUME II OF IV – Pages 282 to 554**

13    Notice of Lodging Administrative Record,
Filed August 18, 2014 (CONTINUED FROM VOLUME I)

| | |
|---|---|
| Student's Prehearing Conference Statement | 282 |
| Hearing Exhibit List | 292 |
| Student's Exhibit S1 – IEP Dated 2/9/10 | 296 |
| Student's Exhibit S2 – IEP Addendum Dated 4/15/10 | 329 |
| Student's Exhibit S7 – IEP Addendum Dated 6/21 110 | 363 |
| Student's Exhibit S9 – IEP Addendum Dated 11 /23/10 | 399 |
| Student's Exhibit 12 – District's Multidisciplinary Assessment | 435 |
| Student's Exhibit S13 – IEP Dated 2/4/ 11 | 483 |
| Student's Exhibit S14 – Letter Dated 2/16/11 | 517 |
| Student's Exhibit S15 – IEP Addendum Dated 3/8/11 | 521 |

(CONTINUED IN VOLUME III)

**VOLUME III OF IV – Pages 555 to 834**

13    Notice of Lodging Administrative Record,
Filed August 18, 2014 (CONTINUED FROM VOLUME II)

| | |
|---|---|
| Student's Exhibit Sl7 – IEP Addendum Dated 4/19/11 | 555 |
| Student's Exhibit Sl8 – Progress Report On Goals | 591 |
| Student's Exhibit S20 – IEP Dated 2/1/12 & 2/29/12 | 595 |
| Student's Exhibit S23 – Letter Dated 4/ 17/12 | 628 |
| Student's Exhibit S25 – Interim Settlement Agreement | 633 |
| Student's Exhibit S26 – Augmentative and Alternative Communication Evaluation of Ms. Seldin | 635 |
| Student's Exhibit S27 – IEP dated 1/23/13 | 645 |
| Student's Exhibit S29 – Occupational Therapy I Sensory Diet | 683 |
| Student's Exhibit S30 – District's Functional Behavioral Assessment Report | 686 |
| Student's Exhibit S31 – District's Independence Facilitator Assistance Evaluation | 697 |
| Student's Exhibit S36 – Kindergarten Report Card | 708 |

District's Exhibit D7 = IEP Addendum dated 5/21/10   709

District's Exhibit Dl2 – Progress Report on Goals   744

District's Exhibit Dl6 – Assessment Plan dated 12/6/l0   748

District's Exhibit D24 – Progress Report on Goals   750

District's Exhibit D28 – Progress Report on Goals   753

District's Exhibit D41 – Email dated 1/29/13   757

District's Exhibit D45 – IEP Addendum dated 5/2/13   759

District's Exhibit D46 – Progress Report on Goals   801

District's Exhibit D47 – AAC training for Student   804

District's Exhibit D48 – Resume of Karrie Anderson   806

District's Exhibit D50 – Resume of Lucinda Bottorf   812

District's Exhibit D51 – Resume of Katherine Bums   814

District's Exhibit D52 – Resume of Tim Chen   815

District's Exhibit D53 – Resume of Maureen B. Cottrell   817

District's Exhibit D55 – Resume of Bonnie C. Hinton   819

District's Exhibit D56 – Resume of Eby I. Kent   826

District's Exhibit D57 – Resume of Daniela Angela Manea   829

District's Exhibit D58 – Resume of Kathleen Mulligan Murphy   830

(CONTINUED IN VOLUME IV)

**VOLUME IV OF IV – Pages 835 to 1069**

13   Notice of Lodging Administrative Record,
Filed August 18, 2014 (CONTINUED FROM VOLUME II)

District's Exhibit D59 – Resume of Jennie Wong Ni   835

District's Exhibit D60 – Resume of Lila Seldin   837

District's Exhibit D61 – Resume of Leah DeNisi   839

Transcript of: Due Process Hearing Before ALJ Darrell Lepkowsky – Witnesses for Student: 1. Eric Fulsang; 2. Katherine Bums   840

Transcript of: Due Process Hearing Before ALJ
Darrell Lepkowsky – Witnesses for Student: 1. Aneida
Fulsang; 2. Elizabeth Hughes                                    887

Transcript of: Due Process Hearing Before ALJ
Darrell Lepkowsky – Witnesses for Student: 1. Cynthia
Cottier; 2. Lila Seldin; 3. Tim Chia Chen                      922

Transcript of: Due Process Hearing Before ALJ
Darrell Lepkowsky – Witnesses for Student: 1. Aneida
Fulsang; 2. Kathleen Mulligan Murphy                          942

Transcript of: Due Process Hearing Before ALJ
Darrell Lepkowsky – Witnesses for Student: 1. Kathleen
Murphy; 2. Leah Steinman-DeNisi;  3. Karrie Anderson;
4. Maureen Cottrell                                            957

Transcript of: Due Process Hearing Before ALJ
Darrell Lepkowsky – Witnesses for Student: 1. Katherine
Bums – Witnesses for District: 2. Donna Manea; 3. Jennie Ni;
4. Eby Kent; 5. Lucinda Bottorf                              1028

Transcript of: Due Process Hearing Before ALJ
Darrell Lepkowsky – Witnesses for Student: 1. Aneida
Fulsang;  2. Eric Fulsang – Witnesses for District: 3. Bonnie
Hinton; 4. Maureen Cottrell,  5 . Tammy White               1054

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014

EXHIBIT
S-17
10 | 9 | 13

FERLAG 800-631-6989

## Newport-Mesa Unified School District
### Individualized Education Program
### Addendum to Individualized Education Program
Dated: 02/04/2011

Page   1   of   36

Student: Fulsang

School of Attendance: Mariners Preschool                    Grade: Pre

Date of Meeting: 04/19/2011
Additional Purpose: Kindergarten transition meeting

District of Attendance:  Newport-Mesa Unified School District

Meeting Notification Sent: 04/11/2011
Meeting Type Recorded: No

Summary of Additions, Deletions, Changes   (if any) made to the original pages of the IEP. The amended IEP follows.

| IEP Page | Section or Location | Action | Summary of Change | Change Date |
|---|---|---|---|---|
| Cover Page | Timeline | Change | Next meeting date | 04/19/2011 |
| Program Considerations Page | Programs/Services | Addition | Occupational Therapy services for Kindergarten | 04/19/2011 |
| Accommodations, Supports and Services Page | Programs/Services | Addition | FAPE offer in notes | 04/19/2011 |
| Program Considerations Page | Programs/Services | Addition | program changes-ABA Kinder class | 04/19/2011 |
| Meeting Notes | Notes | Addition | Notes from meeting | 04/19/2011 |
| Meeting Notes | ESY offer | Addition | summer program offer | 04/19/2011 |

Additional notes:

Kinder Transition Meeting Notes:

An addendum IEP meeting was held today to discuss and determine appropriate program, services and location beginning 9/6/11 through the annual IEP meeting for ██ Fulsang.

Introductions were made: Bethany Allen, (General Education teacher), Leah Steinman (ABA preschool teacher and current case carrier), Kathy Murphy (SLP), Kelli Burns (ABA elementary teacher), Kristy Becker (Admin Designee/school psychologist-Eastbluff), Alexandra Sweasy (OT) and Eric and Arelda Fulsang (parents).

The IEP team is holding a transition IEP meeting from preschool to kindergarten. Team reviewed current goals and objectives. Team recommended an ABA classroom placement the upcoming 2011 school kindergarten year at Eastbluff Elementary.

██ Steinman discussed the current ABA program for ██'s preschool.

██ Kindergarten teacher discussed the program that is being offered at Eastbluff/if EL-She teaches the current ABA K-classroom on the Eastbluff school campus.

The school day and special services were discussed.

The 2011-12 school year at Eastbluff Elementary begins Tuesday, 9/6/11 from 8:40 am to 3:10 pm, 4 days a week (M/T/Th/F, With an early release on Wednesdays at 1:40 p.m.

Classroom (current, preschool):
4/19/2011-4/24/2011: Participation in an ABA SDC (Seaborg) preschool class at Mariners Elementary for 5 days per week, 5 hours and 15 minutes a day per the traditional school year calendar.

The ESY 2011 offer was also recommended for ██. It includes the following:

*6/23/2011-7/26/11: Participation in a Seaborg SDC classroom with up to 10 students displaying Autistic-like characteristics. One special education teacher and 2 instructional assistants; 5 days a week, 4 hours per day at Woodland Elementary.

*6/23/11-7/26/11 DIS Speech Includes 1-30 minute group session and 1-15 minute individual session per week.

*6/23/11-7/26/11 Occupational Therapy to occur 1-30 minute group session per week.

*Notice: A pupil's parent will be regularly informed of the pupil's progress towards goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled-pupil's progress. E.C. 56345.10

SE 9-Addendum (8-03)

P278

555

AR 0824

Newport-Mesa Unified School District
Individualized Education Program
Addendum to Individualized Education Program

Page  2  of  36

Student: Fuisang ▮

*7/27/11-8/10/11 August Maintenance program, small group, 2 days per week, 4 hours per day.

The IEP team recommends the following Free Appropriate Public Education (FAPE) offer as indicated:

*4/19/2011-6/24/2011 Participation in an ABA SDC (Seahorse) class at Harper with 1 Special Education Teacher and 2 assistants for 5 days a week/5 hours 15 minutes daily. Mainstreaming occurs every Tuesday, Wednesday and Thursday with neighborhood friend's participation from 8:45 am-2:45 pm (approximately four hours). *8/9/11 - 2/25/2012 Enrolled in a SDC-ABA kindergarten class at Eastbluff Elementary, five days per week, per the traditional school year calendar. M/T/Th/F 8:40 a.m.-2:10 p.m., Wednesdays 8:40 a.m.-1:40 p.m.

*4/19/2011-06/24/2011 DIS Speech/Language 2 times per week for 30 min. individual sessions.
* (9/2011-06/24/2011 DIS Speech/Language 1 time per week for 30 min. session in a small group.

*9/11 - 02/03/12 DIS Speech/ Language 2 times per week for 30-minute sessions in a small group.
9/6/11 - 02/03/12 DIS Speech/ Language 2 times per week for 15- minute individual sessions.

*4/19/2011-06/24/2011 Occupational Therapy (OT):- OT 1x/30 minutes per week in a small group at Maykees Elementary as per the traditional school year calendar.

*4/19/2011-06/24/2011 Occupational Therapy (OT):- OT 1x/30 minutes per month consultation with special education teacher.

9/6/11 - 2/3/12  Occupational Therapy (OT):- OT 1x/30 minutes per week in a small group on the school campus as per the traditional school year calendar.
9/6/11 - 11/30/11  OT Consultation 1x/30 minutes per month with the special educational teacher as per the traditional school year calendar.

Parents reported that they will be going to Brazil to visit family over the entire summer (2 months). Parent concerns included:individual speech time (see previous IEP addendum notes). Also, parents report they would like ▮ to work on developing his independent life skills as well as functional communication skills.

Stay put SLP services include 1x30 minutes group and 2x15 minutes individual.

SE 9-Addendum (8-03)

Current

P279

556

**Newport-Mesa Unified School District**

**Individualized Education Program**

**COVER PAGE**

Page 3 of 36

**Student Information**

| | | | |
|---|---|---|---|
| Name: First Fulsang | Middle J | Last Fulsang | DOB 03/14/2005 | Age 5 |

Social Security #    Student ID # 145793    Grade Pre    Gender Male

Address 5016 River Av    Apt. #    City/State/Zip Newport Beach   CA 92663

District of Residence Newport-Mesa Unified School District    Local School (based on residence) Mariners Elementary

District of Attendance Newport-Mesa Unified School District    School of Attendance Mariners Preschool

**Parent/Guardian Information**

Eric Fulsang

Name of Parent/Surrogate/Guardian

5016 River Av, Newport Beach, CA, 92663

Address    949-838-4139 (home) (work) (cell)

Amelia Fulsang

Name of Parent/Surrogate/Guardian

5016 River Av, Newport Beach, CA, 92663

Address    Telephone 949-838-4139 (home) (work) (cell)

English

Registration materials    Telephone English

Determined by    Home Language

**A.** Initial Entry into Special Ed.: 02/72009
(This date will not change and reflects FIRST IEP date in district where initial placement was made)

**B.** Timeline Information (Dates):
Date of This Meeting: 02/04/2011
Next Meeting Date: 02/03/2012
(See Meeting Notes page for details)
Next Annual Review: 02/04/2012
Date of Last Evaluation: 02/04/2011
(Date that IEP team met to consider eligibility)
Next 3 yr. Review Due: 02/04/2014

**G.** Purpose of Meeting:
Primary: Annual Review
Secondary: Assessment results

Meeting Tape Recorded?  ☐ Yes  ☑ No

**D.** Eligible  ☑ Yes  ☐ No
Primary Disability: AUT-Autistic Like
Secondary Disability:
S11-Speech/Lang Impairment

Eligible for mental health services:  ☐ Yes  ☑ No
Mental health services language included:  ☐ Yes  ☑ No

**E.** Educational Rights Held by:
Parent/Guardian

**F.** Assessment (Accommodations page, section C)
Participation in Statewide assessment programs:
CAHSEE: Outside Test Group
STAR: See Accommodations Supports and Services

**Student's Primary Language** ☑ Yes ☐ No

**G.** English Language Learner;
English Language Level;

**H.** Interpreter / Translation Request
Interpreter Requested?  ☐ Yes  ☑ No
Translation of IEP Requested?  ☐ Yes  ☑ No

**I.** Residence  Parent or legal guardian

**J.** Ethnicity  White

**K.** Preschool Setting  Early childhood special education

**L.** Non-District Funded Agency  ☐ Yes  ☑ No
Services

Additional Meeting(s)

Current

SE 9 (8-03)

P280

AR 0826

557

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     827 of 1332

Newport-Mesa Unified School District
Individualized Education Program
COVER PAGE

Page __4__ of __36__

Student: Fulsang

III. Program and Services Recommended and Offered     ☐ Offer declined. See section "SE 16 • PARTICIPANTS and CONSENT" for details.

| Program/Service *Indicates Primary Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction; Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 15) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 09/06/2011 | 02/03/2012 | Special Ed | Special Ed | Group; Direct | 5 | per week | 390 min = 6.50 hrs | Yes |
| SDC public integrated | * 02/04/2011 | 02/24/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | Yes |
| Language and speech | 02/06/2011 | 02/03/2012 | Special Ed | Special Ed | Group; Direct | 2 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 02/06/2011 | 02/03/2012 | Special Ed | Special Ed | Individual; Direct | 2 | per week | 15 min = 0.25 hrs | Yes |
| Occupational therapy | 09/06/2011 | 02/03/2012 | Special Ed | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 09/06/2011 | 11/09/2011 | Special Ed | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | Yes |

(Services provided per school schedule and calendar. Non-student days are excluded.)

ITP not required for this student.

Special Transportation:     ☐ No     ☑ Yes, specify: Curb to Curb (Round Trip)

Extended School Year (ESY):     ☐ No     ☑ Yes. On the Notes Page (SE 15) identify details of the ESY Offer, or reason why ESY is not offered.

See Notes Page

SE 9 (8-03)

Current

P281

Newport-Mesa Unified School District
Individualized Education Program
INFORMATION CONSIDERED

Page 5 of 36

**Student: Fulsang:**

Present performance includes results of the most recent assessments:
☐ State ☐ District-wide ☑ Classroom ☐ Alternate Assessments ☐ IEE

Describe how student's identified disability affects involvement & progress in general curriculum. Or, for preschooler, how the disability affects the child's participation in appropriate activities:

▮ has social/behavioral, intellectual, fine motor, adaptive, and language deficits that negatively impact his ability to participate in the general curriculum.

**Health/Medical:**

▮ is in good general health, has no known allergies, and takes no daily medications. Mother states he is a "good eater and likes school very much".

There have been no new health issues since the last assessment was completed on 1-15-09. ▮ has been to his Dentist in the last month without any concerns. He has not required a sick visit to his Primary Care Physician in over a year.

Parents indicated at the IEP meeting that ▮ had an EEG 2/2/10. Results indicated that he does not have Epilepsy or seizures.

Date of Testing: 01/26/2011

**Vision:** Vision screening conducted of tracking a bright light right to left, left to right and up and down. Convergence was observed when both eyes simultaneously moved inward as object moved closer to his nose. Mother has no concern about his vision.

**Hearing:** Hearing screening results were difficult to obtain with state mandated hearing screening. ▮ was not a candidate to wear the headphones due to his inability to comprehend the rationale for the testing. He was sensitive to the door opening and turned his gaze towards the door as it was opening. He also looked up when he heard a desk drawer close. His health file has a record from Newport Audiology dated 6-7-08 indicates a speech and language delay with normal middle ear function bilaterally. According to Elena's Initial NMUSD Health and Developmental History dated 1-15-09, results from the Newport Audiology evaluation were "sufficient to rule out a hearing loss." Parent reports his hearing to be intact.

Date of Testing: 01/26/2011

**Health Care Plan Location:**

**Behavior:**

Special factors related to low incidence disabilities were considered: ☑ N/A ☐ Yes

Currently, student's behavior impedes learning of self or others and behavior interventions are needed: ☐ No ☑ Yes

Regular discipline procedures apply:

☑ Behavior Goals
☐ Behavior Support Plan
☐ Behavior Intervention Plan

**Documentation of Initial Placement:**

Initial Placement: ☑ No ☐ Yes   *If yes is checked, this section must be addressed.*

*The following general education resources were utilized or considered prior to placement in Special Education*

Referred for   Parent
Initial Eval By:   Parent

Parent/Consent Recd Date for   12/02/2008    Previous    08/02/2008
Previous Eval:    Referral Date:

Evaluation Delay Reason:   Official school break of more than five days    ☐ Early Intervention

Evaluation Delay Other Reason:

SE 11 (8-06)

P282

Current

Page ___6___ of _36_

Newport-Mesa Unified School District
Individualized Education Program
INFORMATION CONSIDERED

Student: Fuisang ▮

Parent concerns and priorities for the education of the student:
Parents have expressed concern for ▮ Speech/Verbal Communication, self/help skills, and engaging in activities.

Input from General Education Teacher:
General Education teacher was not in attendance as ▮ is a preschool age student.

Learning Strengths/Preferences:
▮ enjoys water activities (swimming and shower), physical activities (playground equipment and bicycle) and puzzles. He responds well to consistent reinforcement.

SE 11 (8-06)                                                                 Current

P283

AR 0829

560

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page 7 of 36

Student: Fulsang

AREA OF NEED: Readiness

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Puzzle | ▮ demonstrate understanding of completing 5, three piece interconnected puzzles in 80% of opportunities across 3 days of data collection. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ demonstrates strengths in the following pre-academic areas; nesting cups, matching colors, matching objects, and fine motor skills (building a block tower, and spontaneously scribbles on paper). | ▮ demonstrates areas of unique need in identifying parts, and motor imitation. |

Goal(s) Needed?  Yes

Goal #  1     Goal Name:  Body Parts

Begin Date: 02/04/2011     End Date 02/04/2012

Content Standard: DRDP# 1
Identity of Self

Baseline Performance:*(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
▮ is able to imitate touching different body parts, but is not able to independently identify body parts.

ANNUAL GOAL:
▮ will receptively identify (by painting to/touching) 2 body parts (head, and nose) on himself after a  verbal instruction (show me head) in 4/5 opportunities across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection:
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives:

| Name | Description | No Benchmarks/Objectives | Target Date |
|---|---|---|---|
| | | | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

Current

SE*12 (8-06)

P284

AR 0830

561

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page ___8___ of ___36___

Student: Fuisang ▮

AREA OF NEED: Readiness

Goal # 2     Goal Name: Motor Imitation

Begin Date: 02/04/2011     End Date: 02/04/2012

Content Standard: DRDP #13
Followings increasingly complex instructions

**Baseline Performance:** (*Quantitative data from assessment, observation, work samples and/or progress on prior goals*)
When working one on one with a staff member ▮ is currently initiating non-verbal actions 75% of the time.  During large group activity ▮ is currently imitating novel non-verbal actions 50% of the time. ▮ is not currently initiating 2-step non-verbal actions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☑ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**ANNUAL GOAL:**
▮ will imitate 4 out of 6 2-step non-verbal actions without prompts, with 80% across 3 data collection sessions.

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. EC, 56345.10*

SE 12 (8-05)     Current

P285

Case: 15-56452, 07/05/2016, ID: 10039501, DktEntry: 21-2, Page 14 of 285

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  9  of  36

Student: Fulsang,

AREA OF NEED: Self Help/Domestic

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Hand Washing Routine | [ ] will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 4/5 opportunities across 3 days of data collection. | Met | |
| Toileting Routine | [ ] will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 4/5 opportunities across 3 data collection sessions. | Progressing Towards | 50 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| [ ] is able to complete the toileting routine with prompting from staff. With the routine broken down by individual step, and with maximum prompting from a staff member, he is able to complete the bathroom routine.. He is independently participating in the hand washing routine. | [ ] is beginning to understand the bathroom routine, and is independently completing the hand washing routine. [ ] is not able to indicate the need to use the toilet, but will eliminate in the toilet when taken throughout the day. [ ] is able to independently walk into the bathroom and stand by the urinal. He requires physical prompting to pull his pants up and down all of the way. He has been observed to only move his pants down slightly and then quickly pull them back up again before he gets a chance to fully eliminate. Once the toileting routine is complete, [ ] is able to complete the hand washing routine independently. |

Goal(s) Needed?   Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. EC: 56345.10

SE 12:(8-05)

Current

P286

**AR 0832**

563

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    833 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page   10   of   36

Student: Fuisang,

AREA OF NEED: Self Help/Domestic

Goal # 1          Goal Name:  Bathroom 1

Begin Date: 02/04/2011          End Date: 02/04/2012

Content Standard: DRDP #37
Personal care routine.

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
■ is able to independently walk into the bathroom and stand by the urinal. He requires physical prompting to pull his pants up and down all of the way. He has been observed to only move his pants down slightly and then quickly pull them back up again before he gets a chance to fully eliminate.

ANNUAL GOAL:
■ will pull his pants all the way down after approaching the urinal during the bathroom routine in 4 out of 5 opportunities across across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | No. Benchmarks/Objectives | Target Date |
|------|-------------|---------------------------|-------------|
|      |             |                           |             |

*Project: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE.12 (8-05)

Current

P287

564

AR 0833

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     834 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page __11__ of __36__

Student: Fulsang,

AREA OF NEED: Self Help/Domestic

Goal # 2     Goal Name:  Bathroom 2     Begin Date: 02/04/2011     End Date: 02/04/2012

Baseline Performance: *Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
▇ is able to independently walk into the bathroom and stand by the urinal. He requires physical prompting to pull his pants up and down all of the way. He has been observed to only move his pants down slightly and then quickly pull them back up again before he gets a chance to fully eliminate.

Content Standard: DRDP # 37.
Personal Care Routines

ANNUAL GOAL:
▇ will wait until the appropriate time during the bathroom routine (after full urination) to pull his pants up in 4 out of 5 opportunities across across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
|  | No Benchmarks/Objectives |  |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (3-06)

Current.

P288

AR 0834

565

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page 12 of 36

Student: Fulsang,

AREA OF NEED: Self Help/Domestic

Goal # 3    Goal Name: Utensil Use

Begin Date: 02/04/2011    End Date: 02/04/2012

Content Standard: DRDP #37
Personal care routine

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
▓ currently uses his hands to eat his food. He has been observed to play with his food by smearing it on the table and his clothes. With maximum prompting from staff and with resistant behavior (pushing away with hand, whining) ▓ will use his fork.

**ANNUAL GOAL:**
▓ will independently eat at least 50% of his snack/lunch using a utensil (when utensil is appropriate) in 4/5 observed opportunities across 3 data collection sessions.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☑ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☑ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | No Benchmarks/Objectives | Target Date |
|---|---|---|---|
| | | | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

Current

SE 12 (8-06)

P289

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 13 of 36

Student: Fulsang, ▮
AREA OF NEED: Behavior

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Calming Strategy | ▮ will initiate take deep breaths (i.e. calming strategy) during a structured setting 80% of the time across 3 days of data collection. | Progressing Towards | 20 |
| Respond to name | ▮ will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 4/5 opportunities across 3 days of data collection. | Met | |
| Safety Awareness | ▮ will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 80% of the time across 3 days of data collection. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| There has been a significant reduction in the duration and severity of ▮ behaviors. Screaming/whining behaviors are seen during times of frustration and during non-preferred activities. Although ▮ is non compliant during these behaviors, he is not showing aggression toward staff and students. ▮ is able to respond to his name when it is called from across the room by a familiar staff member, and is responding in the classroom when his name is called and it is paired with the word "stop or freeze." | ▮ demonstrates areas of unique need in compliance and transitioning. |

Goal(s) Needed?   Yes

*"Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress, E.C. 56345.10*

SE 12 (8-05)

Current

P290

Page 14 of 36

**Newport-Mesa Unified School District**
*Individualized Education Program*
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Behavior

| Goal # 1 | Goal Name: Compliance |
|---|---|

Begin Date: 02/04/2011     End Date: 02/04/2012

Content Standard: DRDP#13
Follows increasingly complex instructions

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
With prompting from staff it currently takes ▢ an average of 20 seconds to attempt to following known instructions. He will look to staff and reach out to receive physical prompting.

**ANNUAL GOAL:**
▢ will increase his rate of compliance by following known instructions (stand up, sit down, check in, etc.) within 5 seconds given, without incidents of maladaptive behaviors (e.g. ignoring, screaming, and whining) in 4/5 trials across across 3 data collection sessions.

**Evaluation Method(s):**
- ☐ Performance assessment
- ☐ Work sample analysis
- ☑ Teacher observation/data
- ☐ Parent/Guardian observation
- ☐ Standardized assessment
- ☐ Commercially-made tests
- ☐ Teacher-made tests
- ☐ Teacher records
- ☐ Data Collection
- ☐ Other

**Person(s) Responsible:**
- ☐ Student
- ☑ Special Education Teacher
- ☐ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Regional Center
- ☐ Department of Rehab
- ☐ Parent
- ☐ Mental Health Provider
- ☐ Other

**Benchmarks/Objectives**

| Name | Description | No Benchmarks/Objectives | Target Date |
|---|---|---|---|
| | | | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Current

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 15 of 36

Student: Fulsang, ▮

AREA OF NEED: Behavior

Goal #: 2    Goal Name: Transitioning

Begin Date: 02/04/2011    End Date: 02/04/2012

Baseline Performance: (*Quantitative data from assessment, observation, work samples and/or progress on prior goals*) We have been working on ▮ stopping to the word "freeze." He is pausing 60% of the time, but is will not orient toward the speakers face without adult prompting. ▮ requires adult prompting to stay with the group and appropriately transition from one activity to another.

Content Standard: DROP #13
Follows increasingly complex instructions

ANNUAL GOAL:
▮ will transition from one location to another without eloping from the group (stay on playground, stay with class from one location to another, and transition between centers) 80% of the opportunities time over across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|------|-------------|--------------------------|-------------|
|      |             |                          |             |

*Note: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

Current

SE 12 (8-05)

P292

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page   16   of   36

Student: Fulsang,

AREA OF NEED: Social/Emotional

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Peer Interaction | Will hand a peer an object given one verbal instruction 80% of the time across 3 days of data collection. | Progressing Towards | 60 |
| Visual Regard | Will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 3 days of data collection. | Met | |

Present Levels of Academic Achievement and Functional Performance (from assessment, observation, work samples and/or progress on prior goals)

| Strengths | Needs |
|---|---|
| Is able to make contact with a staff member when his name is called, and when showing or requesting an object or picture. During social games,    will hand a peer an object if paired with a verbal instruction and gestural prompt. enjoys cause and effect toys, and sensory stimulating toys (squish balls), and will share them with staff members. He is beginning to show interest in dinosaurs, cars, and tools. | demonstrates areas of unique need in functional play, and staying in a group. |

Goal(s) Needed?    Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-05)

Current

P293

AR 0839

Page  17  of  36

## Newport-Mesa Unified School District
### Individualized Education Program
### NEEDS/GOALS

Student: Fulisang

AREA OF NEED: Social/Emotional

Goal # : 1          Goal Name:  Functional Play

Begin Date: 02/04/2011          End Date: 02/04/2012

Content Standard: DRDP #6
Building cooperative play with other children

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
When presented with new toys/items █ has been observed to hold them up and stare at them rather than functionally use them in play. He requires prompting to appropriately use a familiar play item/toy (dinosaur, train, doll, stuffed animal, etc.) for it's intended purpose. After items are more familiar and steps are performed █ is able to imitate some 2-step play (feed dog a bone, and put fireman in truck and push).

**ANNUAL GOAL:**
█ will use a functional play item/toy (e.x. hammer, saw, push car, telephone) within a classroom theme for its intended purpose in 4/5 opportunities across 3 data collection sessions.

**Evaluation Method(s):**
☑ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab.
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**          No Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
|      |             |             |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of the/non-disabled pupils progress. E.C. 56345.10*

SE 12 (8-06)

P294

AR 0840

571

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                          841 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page   18   of   36

Student: Fuisang,

AREA OF NEED: Social/Emotional

Goal # 2          Goal Name: Group

Begin Date: 02/04/2011          End Date: 02/04/2012

Content Standard: DRDP #11
Shared use of space and materials

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
If a staff member is not close by, ▓ has been observed to elope from groups of peers
throughout the day (on the playground, center rotations, group games).

**ANNUAL GOAL:**
▓ will remain in a group (circle time, centers, music, exploratory, treasure chest area, etc.) with
his peers for 4 minutes with 80% accuracy across 3 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other:

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|------|-------------|--------------------------|-------------|
|      |             |                          |             |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special
Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress, E.C. 56345.10

SE 12 (8-05)

Current

P295

Page 19 of 36

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Speech and Language

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|------|-------------|----------|------------|
| S/L functional communication | During familiar semi-structured activities (snack and choice making) following one presentation of expected communicative behaviors ▮ will independently combine two communicative gestures (from a set of five targeted behaviors) to request or indicate choices in three out of five opportunities across three data collection sessions. | Progressing Towards | 50 |
| S/L matching pictures/ objects | ▮ will independently match a real object (3-D) with a photograph of that item (2-D), using 3 foods and 3 toys, in 4/5 opportunities across three data collection sessions. | Progressing Towards | 65 |
| S/L rate of comm | ▮ will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 4 various activities. | Progressing Towards | 66 |
| S/L receptive vocabulary | ▮ will demonstrate understanding of 5 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | Progressing Towards | 10 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

Strengths: ▮ overall functional communication system is improving although it continues to be very restricted. Through a combination of picture cards, common gestures, indicating behaviors, vocalizations, direct contact with adult, and gaze to his partner, ▮ is able to communicate basic needs and requests to his partner. During highly preferred activities, he demonstrates most consistent use of eye-gaze and a higher rate of communication.

Needs: ▮ is not yet demonstrating consistent use of his communication system to signal a wider range of needs to his communicative partners. He demonstrates very delayed receptive language abilities and has limited foundational skills for building an expanded symbolic communication system that utilizes icons and/or picture cards with actual actions and objects. He continues to require multiple repititions paired with highly motivating items to acquire new skills. His protesting behaviors are typically less appropriate swiping, but he is beginning to imitate adult models of shaking head to communicate "no" more frequently.

Goal(s) Needed?  Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)    Current

P296

AR 0842

573

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page 20 of 36

Student: Fulsang,

AREA OF NEED: Speech and Language

| Goal # 1 | Goal Name: Action- location pictures | Begin Date: 02/04/2011 | End Date: 02/03/2012 |

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* ▮ is not demonstrating a working functional communication system to signal his needs; "need to go to the bathroom", "I'm hungry," or "I'm tired." This goal is to target an emerging use of photo cards to introduce appropriate actions in context.

Content Standard:

**ANNUAL GOAL:**
When presented with three photos of familiar daily actions in different settings ▮ will identify and match accurately the photo picture of himself in the given functional space (e.g. using the bathroom/ eating at the table/ laying down on the mat or bed) when presented these options in vivo with an average of 50% accuracy during a two-week collection period.

Evaluation Method(s):
- ☐ Performance assessment
- ☐ Work sample analysis
- ☐ Teacher observation/data
- ☐ Parent/Guardian observation
- ☐ Standardized assessment
- ☐ Commercially-made tests
- ☐ Teacher records
- ☐ Teacher-made tests
- ☑ Data Collection
- ☐ Other

Person(s) Responsible:
- ☐ Student
- ☑ Special Education Teacher
- ☑ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Regional Center
- ☐ Department of Rehab
- ☐ Parent
- ☐ Mental Health Provider
- ☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|

No Benchmarks/Objectives

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

P297

574

AR 0843

Page 21 of 36

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fuisang, ▮

AREA OF NEED: Speech and Language

Goal # 2    Goal Name: Matching pictures/ objects

| Begin Date: 02/04/2011 | End Date: 02/03/2012 |

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* This goal has initially been addressed on a limited basis. ▮ is able to match and choose photo pictures of preferred foods with consistency (pretzels, goldfish crackers) and is becoming more tolerant when he makes an incorrect choice. He is less successful with toys but can find a preferred ball and car.

Content Standard:

ANNUAL GOAL:
▮ will independently match a set of 10 identified real objects (3-D) familiar to the classroom environment with a photograph of that item (2-D) from a field of three with 60% accuracy opportunities across data collected in a two-week period.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☐ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|------|-------------|--------------------------|-------------|

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

P298

575

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page ___22___ of ___36___

Student: Fulsang, ▮▮▮

AREA OF NEED: Speech and Language

Goal # 3      Goal Name: Protesting      ☑ Applies to ESY

Begin Date: 02/04/2011     End Date: 02/03/2012

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
▮▮▮ is able to consistently imitate an adult model shaking his/ her head, but he has not been observed to signal this intent independently and typically swipes items he does not off the table.

**Content Standard:**

ANNUAL GOAL:
During the semi-structured routine of meals in the classroom, ▮▮▮ will respond independently with the protesting behavior shaking his head "no" to indicate that he does not want a non-preferred food/ drink item after it is visually presented and he is asked "do you want XXX" with an average of 50% of the opportunities during a two-week data collection period.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

P299

AR 0845

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page ___23___ of ___36___

Student: Fulsang

AREA OF NEED: Speech and Language

Goal # 4          Goal Name: Receptive instructions          ☑ Applies to ESY

Begin Date: 02/04/2011          End Date: 02/03/2012

Content Standard:

Baseline Performance/*Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
Following an adult model and/or prompts for action, ▧ is able to complete these simple commands as modeled. He is most successful in "give me XXX" when the hand is extended but is not discriminating or completing directions without prompts.

ANNUAL GOAL:
During semi-structured tasks, ▧ will discriminate among the two targeted verbal instructions and follow the given direction with an average of 60% accuracy across data collected in a two week period. (Targeted instructions: Give me XXX, and Touch XXX.)

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☑ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☑ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives
| Name | Description | Target Date |
| --- | --- | --- |
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Current

P300

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 24 of 36

Student: Fulsang, ▮

AREA OF NEED: Fine Motor

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| F/M Scissors | ▮ will be able to use loop scissors to make 5 continuous cuts across paper independently, 4 out of 5 trials across 3 educational sessions. | Met | |
| Visual Attention to Projects | ▮ will demonstrate improved visual attention and appropriate use of materials to be able to participate in a painting and/or coloring art project for 7 seconds independently, 3 out of 5 trials across 3 educational sessions. | Progressing Towards | 50 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ has good hand strength and manipulation skills for fine motor activities. He has been observed to imitate vertical and horizontal strokes as well as circular scribbles. With repeated practice, he is beginning to trace large letters. ▮ is able to open and close scissors independently and cut paper when he is interested. Once positioned, ▮ can maintain a quadrupod grasp. | ▮ continues to have difficulty with his visual attention for art projects, such as coloring and painting. |

Goal(s) Needed?   Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress, E.C. 56345.10*

SE 12 (8-06)

Current

P301

**AR 0847**

578

Page  25  of  36

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Fine Motor

Goal #  1     Goal Name:  Visual Attention to Projects

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
is able to visually attend to his paper for 3-5 seconds during art projects at this time.

ANNUAL GOAL:
will demonstrate improved visual attention and appropriate use of materials to be able to participate in a painting and/or coloring art project for 8 seconds independently, 3 out of 5 trials across 3 educational sessions.

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|------|-------------|--------------------------|-------------|
|      |             |                          |             |

Begin Date: 02/04/2011          End Date: 02/03/2012

Content Standard:

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☑ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Current

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

P302

579

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     849 of 1332

Page 26 of 35

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Sensory Processing

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/P Motor Planning | In order to demonstrate improved motor planning skills for classroom activities, [ ] will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration and verbal prompting with 80% accuracy over charted opportunities. | Met | |
| S/P Visual Attention | In order to demonstrate improved visual attention and motor planning, [ ] will be able to throw a beanbag into a target while swinging on a swing independently with 80% accuracy over charted opportunities. | Progressing Towards | 90 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals).*

| Strengths | Needs |
|---|---|
| Overall [ ] has good gross motor skills to participate in activities on the playground and the occupational therapy clinic. [ ] enjoys playing with a variety of messy materials, such as shaving cream, paint, and sensory balls. [ ] has learned the ability to imitate one-step motor actions, such as tapping his head, clapping, and putting his hands on hips. [ ] demonstrates improved alertness with participation in vestibular and proprioceptive based activities, such as sitting on a T-stool during center activities, going upside down, spinning himself on the site-n-spin, and bouncing on the therapy ball. | |

Goal(s) Needed?     Addressed in Curriculum

*Notice: A pupil's parent/s will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual/Special Education Goals (SE 17), at least as often as parents are informed of the/non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-05)

Current

P303

AR 0849

580

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          850 of 1332

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS

Page 27 of 36

Student: Fuisang

**A. Federal Setting**

Federal Setting School:

Federal Setting Preschool:     Separate Class

**B. Assessment Information**

The following ☐ tests ☑ evaluations ☐ records ☐ reports were used to determine the student's eligibility and/or Special Education services:

Adaptive Behavior Assessment System-2nd Edition (ABAS-II); Childhood Autism Rating Scale-2nd Edition Standard Version (CARS-2ST); Clinical observations of eye/hand usage, postural responses, attention to task, neuromuscular development, sensory-processing (registration, integration and modulation), motor planning and environmental interactions; Communication and Symbolic Behavior Scales Developmental Profile (CSBS DP); Developmental Assessment of Young Children (DAYC); The HELP (derived from "Hawaii Early Learning Profile"); Helen Scales of Early Learning-AGS Edition; The Peabody Developmental Motor Scales-2 (PDMS-2), the fine motor subtests (grasping and visual-motor integration); Preschool Functional Educational Checklist completed by Leah Steinman, teacher; Preschool Language Scale-Fourth Edition (PLS-4); Sensory Processing Measure - Preschool Home Form completed by Eric Fuisang, teacher; Sensorimotor History Questionnaire for Preschoolers completed by Leah Steinman, teacher; Symbolic Play Scale
Review Records

**C. Support for Transition**

ITP not required for this student.

Grade Level Change: N/A          Program Type: N/A

School Type: N/A

Description of supports for transition:

**D. Participation in General Education**

☑ Academic          ☑ Elective
☐ Other

To what extent is the student not in the general education setting? In your discussion, include such things as: class activities, school activities, issues related to possible "harmful effects" of placement.

General education limits _____ ability to participate, and he requires additional support and smaller class size.

Explain why services that the student is to receive can not be provided in the general education setting.

deficits and identified unique educational needs require intensive specialized instruction that cannot be fully addressed through participation in general education. Due to these deficits cannot fully benefit from a general education setting.

62 _____ % of time outside the regular education classroom for special education services

**E. English Language Learner Information:**     ☑ No     ☐ Yes

**F. Options**

| | Considered | Recommended |
|---|---|---|
| General Education | ☑ | ☑ |
| Designated Instruction and Services | ☑ | ☑ |
| Resource Services (consult/collaborative) | ☐ | ☑ |
| Resource Specialist Program | ☐ | ☑ |
| Special Day Class | ☐ | ☐ |
| Referral for County Program Consideration | ☐ | ☐ |
| Non-Public School | ☐ | ☐ |
| State Special School Referral | ☐ | ☐ |
| Home/Hospital | ☐ | ☐ |
| Instruction in non-classroom setting | ☐ | ☐ |
| Alternative Education | ☐ | ☐ |
| Other | ☐ | ☐ |

SE 13 (8-03)

Current

P304

AR 0850

581

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     851 of 1332

## Newport-Mesa Unified School District
## Individualized Education Program
### PROGRAM CONSIDERATIONS

Student: Fuksang, [ ]

**G. Discussion of LRE and Placement**

* Indicates Primary Service

| Program/Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction; Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 16) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public-integrated | * 09/06/2011 | 02/03/2012 | Special Ed | Special Ed | Group; Direct | 5 | per week | 390 min = 6.50 hrs | Yes |
| SDC public-integrated | * 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 2 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/04/2011 | 06/24/2011 | Public Preschool | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | Yes |
| Language and speech | 09/06/2011 | 02/03/2012 | Special Ed | Special Ed | Group; Direct | 2 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 09/06/2011 | 02/03/2012 | Special Ed | Special Ed | Individual; Direct | 2 | per week | 15 min = 0.25 hrs | Yes |
| Occupational therapy | 09/06/2011 | 02/03/2012 | Special Ed | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 09/06/2011 | 11/30/2011 | Special Ed | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | Yes |

(Services provided per school schedule and calendar; Non-student days are excluded.)

| Service | Provider; Notes |
|---|---|
| SDC public-integrated | District service/enrollment | Participation in ABA SDC classroom at Eastbluff Elementary School 5 days a week(6 hours and 30 minutes a day, Wednesdays are early dismissal and students are in school for 5 hours. Mainstreaming occurs with general education students for the following: recess and lunch for 45 min. daily, 45 min for computer time per week, music for 30 min per week, |
| SDC public integrated | District service/enrollment | 2/04/2011-6/24/2011: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar with mainstreaming occurring 2 days a week (Tuesdays and Thursdays) for 3.75 hours each day. |
| Language and speech | District service/enrollment | 2/4/11-6/24/11 Group speech therapy 1 x 30 minutes per week. Services to be delivered across classroom activities to facilitate use and learning of targeted skills. |
| Language and speech | District service/enrollment | 2/4/11- 6/24/11 Individual speech therapy 2x30 minutes per week. Services to be delivered across classroom activities to facilitate use and learning of targeted skills. |
| Occupational therapy | District service/enrollment | 2/4/11 - 6/24/11: Small Group Occupational therapy 1 x30 minutes per week in the classroom setting. |
| Occupational therapy | District service/enrollment | 2/3/11- 6/24/11: Occupational therapy consultation with the teacher 1x30 minutes per month to address alertness in the classroom environment. |
| Language and speech | District service/enrollment | 9/6/11- 2/3/12 DIS services two times per week for 30 minutes per session in a small group setting to be provided within classroom setting to facilitate generalization of targeted goals/ skills. |
| Language and speech | District service/enrollment | 9/6/11- 2/3/12 DIS services two times per week for 15 minutes per session in an individual testing and may vary in campus locations to facilitate acquisition of targeted functional skills in naturalistic occurring opportunities. |
| Occupational therapy | District service/enrollment | 9/6/11 - 2/3/12: Small group Occupational Therapy services 1x/week for 30 minutes on the school campus as per the traditional school year calendar. |
| Occupational therapy | District service/enrollment | 9/6/11 - 11/30/11: Occupational Therapy consultation 1x30 minutes per month with the special educational teacher as per the traditional school year calendar. |

SE 13 (8-03)

Current

AR 0851

582

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     852 of 1332

Newport-Mesa Unified School District
Individualized Education Program
ACCOMMODATIONS, SUPPORTS AND SERVICES

Page   29   of   36

Student: Fuisang,

**A- Participation in Statewide and District Assessment Programs:**

Participation in Statewide assessment programs:

CAHSEE:                    Outside Test Group                    STAR Math:      Outside Test Group          STAR Science:      Outside Test Group
STAR English Language Arts: Outside Test Group                  STAR History:   Outside Test Group          STAR Writing:       Outside Test Group

Tests identified accommodations/modifications are necessary for enabling the student to demonstrate knowledge, ability, skills, or mastery, and should be consistent with those identified in the instructional setting to give the student access to the curriculum.

Specific variations, accommodations and modifications to be used in testing:

| Type of Variation, Accommodation or Modification | CAHSEE | English Lang Arts | Math | Science | History | Writing | CELDT | District Testing | Classroom Tests |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

☐ Student will take the Standards-based Tests in Spanish (STS) using CST variations/accommodations/modifications listed above.

Note: Students participation in the California Physical Fitness Tests will receive the Variations, Accommodations, or Modifications listed above, if they directly apply to the testing situation. (Refer to the Testing Variations, Accommodations, and Modifications chart published by the California Department of Education).

☐ Desired Results Developmental Profile to be used (Ages 3-5)          Test Type:

Adaptations allowed:

**B. Program modifications, supplementary aids, and accommodations (including effect on grading) for the student to progress in general education and/or activities:**

ABA Seahorse classroom
Case plan for mainlining by school nurse

C. Supports / modifications provided to school personnel to enable student to advance toward attaining annual goals, progress in general education and/or activities, and be educated and participate with other children with and without disabilities (i.e., trainings, materials):

Considered but not required

SE 13 (8-03)

Current

P306

AR 0852

583

Newport-Mesa Unified School District
Individualized Education Program
ACCOMMODATIONS, SUPPORTS AND SERVICES

Page __30__ of __36__

**Student:** Fulsang,

**D: Physical Education**
General Ed

**E: Low Incidence Disability:**  ☑ No    ☐ Yes, see Notes Page

**F: Consideration of Assistive Devices and Services:**
Does the student require assistive devices and/or services to make progress toward IEP goals at this time?    ☑ No    ☐ Yes, the following is/are recommended:

Devices, services and curricular interventions currently available at the school site can meet the student's needs at this time:    ☐ Yes    ☐ No, see Notes page.

**G: Promotion/Retention (Grades 2 - 9):**
☐ Not Applicable (outside of grade range)

**Current Performance (Grades 2 - 9):**
Student is meeting the standards identified above: ☐ Yes    ☐ No, see Notes page.

**H: High School Completion Plan (must be 16 years old or younger if appropriate)**
☑ Not Applicable

- Notice: Algebra I or the equivalent is required to earn a regular high school diploma.
- Notice: Effective with the graduating class of 2006, in addition to completing the district course of study, all students in California must pass the California High School Exit Exam (CAHSEE) to earn a regular high school diploma.

**1. The requirements for high school graduation have been explained to me:**
☐ Student Initials (if appropriate)                 Date: _____
☐ Parent Initials                                    Date: _____

**2. At this time, student is working toward earning:**
☐ Certificate: will have completed course of study or reached maximum age
☐ Diploma: will have met all general education graduation requirements

**REQUIREMENTS FOR GRADUATION WITH A DIPLOMA**
1. Credits: Total required: _____     Currently has earned: _____

2. California High School Exit Exam (CAHSEE)

| Area | Pass OR Waiver | | |
|---|---|---|---|
| Math | ☐ Pass | ☐ Waiver | Date |
| English/Language Arts | ☐ Pass | ☐ Waiver | |

3. Anticipated date of high school completion: _____

SE 13 (8-03)

P307

Current

584

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          854 of 1332

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Page __31__ of __35__

Current

Student: Fuisang

**MEETING SUMMARY**

**TAPE RECORDING (SE 9):**  ☐ Yes  ☑ No
Meeting Tape Recorded?

**MEETING DURATION (SE 8):**
Scheduled: 2/4/2011; 2:00 pm
Start: 2:05 pm
End: 5:10 pm

**INTRODUCTIONS (SE 8):**
Introductions were made at the beginning of the meeting.  The following team members were present: Mrs. Steinman, Mrs. Kent, Mrs. Murphy, Mss. Ni, Ms. Beverage, Mr. Huffman, and Mr. Fuisang

**REVIEW OF PARENTAL PROCEDURAL SAFEGUARDS (SE 16 has Parental Acknowledgement)**
☑ Parent waived reading and/or review of Parental Procedural Safeguards
   Parents were presented with a hard copy.

**PURPOSE OF THE MEETING (SE 8, SE 9):**
Review results of Multidisciplinary assessment and annual review.

**STUDENT AND PARENT/GUARDIAN INFORMATION VERIFICATION (SE 9):**
Birth certificate and proof of residency on file with the district.

**PRESENT LEVELS OF PERFORMANCE (SE 11):**
The multidisciplinary assessment results were shared with parents, as well as his current progress on goals.

**PROGRESS ON PRIOR GOALS (SE 10):**
Progress on prior goals was reviewed.
has met 7 out of 16 of his goals. 1/2 Self Help/Domestic, 2/6 behavior/goals, 1/1 readiness, 1/2 social emotional,0/4 Speech and Language, 1/2 Sensory processing, 1/2 fine motor.

SE 13 (8-03)

P308

AR 0854

585

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     855 of 1332

# Newport-Mesa Unified School District
## Individualized Education Program
### MEETING NOTES

Page 32 of 36

**Student: Fulsang**

**EVALUATION RESULTS – Summary of Outcomes from:**

SE 7 Assessment Plan
SE 32 Multidisciplinary Team Assessment Report
SE 33 Assessment Documentation - Specialist
SE 34 Assessment Documentation - Teacher
SE 35 Documentation of Learning Disability Discrepancy using Non-Standardized Assessment Data

is a 4 year 10 month old adorable boy in Mrs. Shaibman's ABA SDC preschool classroom at Mariners Elementary School (NMUSD). The District conducted an initial assessment of ███ in February of 2009 and he qualified under the eligibility category of Autistic-like. The eligibility of Mental Retardation was considered, but due to limited exposure to preschool/daycare setting. The team recommended that the eligibility for mental retardation be monitored while ███ receives additional (researched based intervention services to address his delays.

**Overall** ███ current cognitive functioning is judged to fall within the very low range with visual and receptive language skills falling at the 16-17th month range, expressive language skills at the 21 month range, and fine motor skills scatter up to 28th month range according to the Mullen on DAYC. ███ continues to demonstrate deficits in his rate of learning and intellectual growth; however it is important to note the growth from the assessment in January of 2009. ███ provide ability based on informal play based assessment ranged from the 4 month level up (social cognition) to the 18 (some literacy skills scattered into 18 month range) and based on parent report on the DAYC fell at the 15 month range based on observation and the 21 month range based on parent report and observation. It is important to note that he has obtained more skills since his last assessment in January of 2009. Overall ███ is demonstrating a delay of at least 32 months (2 years 8 months). ███ demonstrates adaptive skills deficits in all areas.

The academic assessment indicated that ███ demonstrates general and cognitive skills in the following areas including: matching colors and objects from a field of four, putting together a 3-piece puzzle, attending to adult and 1-step task. The IEP team has determined that ███ presents with unique educational needs in the following areas; behavior, self help, social/emotional development, readiness skills.

███ is a 4 years, 10 months preschool boy who demonstrates significant delays in his speech, social development, and language skills. Results from this assessment suggest that his general communication profile is similar to a typically-developing young child between 12-16 months. ███ uses functional communication including eye gaze with signs, gestures, vocalizations, and other indicating behaviors to direct others efficiently in meeting his needs. He rarely ███ demonstrates communicative behaviors for purposes other than behavioral regulation of others and is particularly successful in requesting choices and indicating preferred items. With repeated learning opportunities ███ is beginning to demonstrate improved skills when matching photos with objects and during 1-2 experienced play with familiar, functional objects. His verbal behaviors continue to be replicated in range, but he is using observed vocal dimensions (pitch, rate, volume, nasality) to segment his communicative attempts with information about his emotional state.

███ is currently functioning below age level in his visual-motor skills. However, he demonstrates good hand strength and manipulation skills to motorically be able to participate in fine motor activities, ███ continues to have difficulty maintaining an optimal arousal level for learning in the classroom, demonstrating a lower aroused or alertness level in the school environment.

**ELIGIBILITY SUMMARY (for Initials and Triennials (SE 19 - 22):**

The assessments results indicate that ███ meets the eligibility criteria for Autistic-like Behaviors, Intellectual Disability/Mental Retardation, and Speech and Language Impairment.

**GOALS AND OBJECTIVES (SE 12):**

Goals/benchmarks were presented and incorporated into the document for all identified areas of unique needs.

SE 15 (8-03)

Current

P309

**AR 0855**

Page 33 of 36

# Newport-Mesa Unified School District
## Individualized Education Program
### MEETING NOTES

Student: Fulsang, ▓▓▓

**PROGRAM CONSIDERATIONS** – Consideration of General Ed Participation, Placement, Services, Transition, LRE and ELL (SE 10):
The IEP team recommends the following Free Appropriate Public Education (FAPE) offer is as indicated:

*2/4/2011–06/24/2011 DIS Speech/Language 2 lines per week for 30 min. sessions individual.

*2/4/2011–06/24/2011 DIS Speech/Language 1 lines per week for 30 min. sessions in a small group not to exceed three students.

*2/4/2011–06/24/2011 Participation in an ABA SDC (Seahorse) class for 5 days a week/5 hours 15 minutes daily. At the time of this IEP mainstreaming occurs every Tuesday–Thursday with neighborhood friends from 8:35 am–12:45pm (4 hours, 10 minutes.)

*2/4/2011–06/24/2011 Occupational Therapy (OT):– OT 1x30 minutes per week in a small group at Mariners Elementary as per the traditional school year calendar.

*2/4/2011–06/24/2011 Occupational Therapy (OT):– OT 1x20 minutes per month consultation with special education teacher.

**ACCOMMODATIONS, SUPPORTS AND SERVICES** (SE 14):
Section F. CONSIDERATION OF ASSISTIVE DEVICES AND SERVICES

**SPECIAL TRANSPORTATION** (SE 9):
Rationale:
▓▓ qualifies for curb to curb transportation due to age and disability

**EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES RECOMMENDED AND OFFERED (SE 9):**
Rationale:
To maintain skill levels and prevent regression of skills

| Program/Service * Indicates Primary Service | Projected Start | End | Anticipated Location (Site) | Setting | Mode | Frequency | | Min/Hrs Per Session |
|---|---|---|---|---|---|---|---|---|
| Occupational therapy | 06/23/2011 | 07/26/2011 | Special Ed | Special Ed | Group Direct | 1 | per week | 30 min = 0.50 hrs |
| Language and speech | 06/23/2011 | 07/26/2011 | Special Ed | Special Ed | Group Direct | 1 | per week | 30 min = 0.50 hrs |
| Language and speech | 06/23/2011 | 07/26/2011 | Special Ed | Special Ed | Individual Direct | 1 | per week | 15 min = 0.25 hrs |
| SDC-public-integrated | 06/23/2011 | 07/26/2011 | Special Ed | Special Ed | Group Direct | 5 | per week | 240 min = 4.00 hrs |
| Individual and small group instr. (aide) | 07/27/2011 | 08/11/2011 | Special Ed | Special Ed | Group Direct | 4 | per week | 240 min = 4.00 hrs |

NOTICE: An IEP Addendum meeting will be held in the event that a change to the above-described Program/Services is necessary.

**NEXT IEP MEETING (SE 9):**
The next IEP meeting will be Kindergarten transition meeting to be held before June 24, 2011.

SE 15 (8-03)

Current

P310

Case: 15-56452, 07/05/2016, ID: 10039501, DktEntry: 21-2, Page 39 of 285

Page ___34___ of __36

**Newport-Mesa Unified School District**
**Individualized Education Program**
**MEETING NOTES**

Student: Fulsang 

ADDITIONAL NOTES:
The team reviewed the assessment results and identified the following unique educational needs:

*Speech and Language
- Receptive instruction
- Responding
- Matching
- Action-location Pictures

*Readiness
- Motor Initiation
- Body Parts

*Behavior
- Transitioning
- Compliance

*Social/Emotional
- Group
- Functional Play

*Fine Motor
- Visual attention to project

Ms. Steinman, SDC teacher indicated that ▆ has increased his independence; however he does not demonstrate all parts of the bathroom routine consistently and independently. ▆ is able to understand and respond to his name and words such as "freeze". ▆ does better with deep breaths instead of imitations. He has made significant increases in his self control (i.e. hitting, biting, etc.). He is able to demonstrate when he does not like something (i.e. screaming, whining) which is an improvement, but the team would like to shape his responses to a more appropriate response. ▆ is doing well handing back reinforcement.

Ms. Murphy, SLP indicated that ▆ has made good progress toward his goals but was not able to meet them. He is demonstrating better eye contact. He is doing better matching 2D to 3D items but not consistently. He is attempting to communicate during preferred activities, but has difficulty maintaining the attention.

Ms. Beverage, OTS, indicated that ▆ met his scissor goal. He did not meet his visual attention goal as he only is able to attend for 5 seconds to a project rather than the proposed 7 seconds. ▆ met his motor planning goal. He progressed toward his visual attention and motor attention goal. He was able to demonstrate the skill slightly less than 50% of the time.

Mr. and Mrs. Fulsang were concerned that ▆ would be placed with the general population for kindergarten. Team discussed that the placement would be based on his unique needs. Mr. and Mrs. Fulsang indicated that ▆ has made great growth, especially in his motor skills. ▆ is able to ride a bicycle, swing on bars, etc.

Mr. and Mrs. Fulsang were concerned what fine motor skills could be addressed in a fifteen minute session. The team indicated that ▆ attention span was taken into consideration when determining the length of sessions. Mrs. N indicated that specific skills are addressed during the session. The consultation time will be to assure that his arousal level is at an appropriate level and to give suggestions to the team.

Mrs N and Mrs. Beverage proposed the next goals in the area of fine motor and service recommendations. Parents were in agreement with the proposed goals and services. Mrs. N and Mrs. Beverage were excused from the meeting at 9:20 pm.

In regards to the transition goal, the team discussed that at this point ▆ does not see the benefit of being in the group.

Mrs. Steinman reviewed proposed behavior services. Mrs. Steinman indicated that ▆ is showing interest in reinforcement items that are not necessarily sensory driven (i.e. car and dinosaurs, a squishy one and light up ball). This is a perfect opportunity to help teach acceptable play skills. Mrs. Murphy noted that the team is using video modeling to teach the students play sequences (i.e. walking the dog, feeding the dog, etc.) and functional play. ▆. Mr. Fulsang noted that this experience to group interaction wasn't necessarily positive has it was with his older brother who would take away all of his toys.

Mrs. Murphy reviewed proposed goal. ▆ is not at the symbolic play level yet. Two dimensional photographs will be used to help ▆ associate his needs with the situation to begin to

SE 15 (8-03)

Current

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     858 of 1332

# Newport-Mesa Unified School District
## Individualized Education Program

Page 35 of 36

### MEETING NOTES

**Student:** Fulsang

develop functional communication. ▮ does not consistently show appropriate protest to an item (i.e. head shake). Currently, he will swipe items out of his area instead of appropriately communicating. At this time, ▮ does not discriminate many receptive instructions in this environment. The team would like to focus on very important receptive phrases (i.e. pull, give me) in combination with his body parts. Mrs. Fulsang indicated that he is beginning to work on this at home. Mrs. Murphy indicated that the reason these goals were picked is because they are foundational skills that ▮ will need to develop to increase his quality of functional communication and these skills will be addressed by other team members (i.e. SDC teacher).

Mrs. Shibman and Mrs. Murphy proposed their level of service.

Mr. and Mrs. Fulsang would like to know what they can do so th ▮ ▮ has more direct service (3 hour of Individual speech therapy per week direct). ▮ does not do well in groups and does better in individual settings. They have not seen a lot of growth in his communication ability. They are concerned that the window of opportunity is closing. He noted that at the last IEP they had expressed concern with the level of direct service. They accepted the District's offer at that time, and later with the level of service recommended by the team, but they have not seen appropriate progress. In ▮ case, FAPE is not necessarily what it would be for his peers in his class. ▮ is not at the same level or typical in his communication skills as his peers and requires more direct service. They do not feel that the level of service offered is appropriate at this time.

The team will forward this information to the Harbor Zone coordinator to address the parents concerns regarding the level of Speech and Language services offered. The zone coordinator will contact the parents in a timely manner.

The DRDP assessment is given twice a year, in October and March, and it is given in 3, 4, and 5 year-old preschool children.

There are two formats:
1. DRDP-R (revised) for preschool to Kindergarten
2. DRDP access, birth to Kindergarten

Which ever test is administered in the fall, must be administered in the spring. We are to select the developmentally appropriate test.

Test selection: DRDP-Access

FYI

Participation in the DRDP assessment allows California to comply with the federal law, allow educators to better monitor programs by tailoring education and training programs for staff, to assist teachers in providing parents with additional information regarding their child's growth and development.

▮ will be Kindergarten eligible next fall (2011). A transition IEP will be held by June 24, 2011 to determine appropriate program, services, and placement for extended school year (ESY) and next school year (2011-2012).

| FOLLOW-UP ACTIVITY | PERSON RESPONSIBLE | DATE DUE |
|---|---|---|
| | | Current |

SE 15 (8-03)

P312

AR 0858

589

Case: 15-56452, 07/05/2016, ID: 10039501, DktEntry: 21-2, Page 41 of 285

Page 36 of 36

Draft

**Newport-Mesa Unified School District**
Individualized Education Program
PARTICIPANTS AND CONSENT

Student: Fulsang

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Educational Program:          ** Indicates participants that required if student is attending Adult Transition program.

| | Signature / Date | | Signature / Date |
|---|---|---|---|
| Fulsang, Eric | | Fulsang, Anelda | |
| Father | 4/19/11 | Mother | 4/19/11 |
| Becker, Kristy | | Burns, Katherine | |
| Administrator | 4/19/11 | Special Ed Teacher | 4/19/11 |
| Designer/Eastbluff | | ABA Kindergarten teacher | |
| Psychologist | | | |
| Sweany, Alexandra | DRU 4/19/11 | Shinman, Leah | SQ 4/19/11 |
| Occupational Therapist | | Special Ed Teacher | |
| Murphy, Kathy M. | 4/19/11 | Case carrier, preschool teacher | 4/19/11 |
| Speech/Language | Signature / Date | Bethany Allen | Signature / Date |
| | | General Ed Teacher | General Ed Teacher |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION**          Please initial each applicable consent below:

NO ☐ I have been advised of and given a copy of the special Education Procedural Safeguards.
NO ☐ I had an opportunity to participate and help develop the IEP.
☑ I requested a copy of this Individualized Education Program to be provided in my primary language.
☐ I have received a copy of the IEP and assessment(s) (if any).
☐ I understand that services are provided following the District adopted calendar.

Did the school district facilitate parent involvement as a means of improving services and results for your child?:
☐ Yes     ☒ No     ☐ No Response

☑ I CONSENT to this Individualized Education Program.
☐ I CONSENT to this Individualized Education Program EXCEPT for the following:
☐ I DO NOT CONSENT to this Individualized Education Program.
☐ Meeting was not completed and a follow up will has been scheduled to finalize IEP
☐ Meeting completed, parent will review documents and provide a response to the offer of FAPE.
☐ Student is not eligible for special education services

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language. If my language is not written, this information will be translated orally or manually.

Parent/Guardian: _____     Date: 6/19/11
Parent/Guardian: _____     Date: 4/19/11

**C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS**
☐ Parent/Guardian agreed to waive advanced written notice.
☑ IEP Meeting Notice sent on 04/07/2011     Follow-up notice: _____     Final Notice Letter: _____
☐ Parent/Guardian unable to attend and was sent a copy of IEP, Parent Rights and Procedural Safeguards. Date: _____

SE 15 (8-03)

P313

**AR 0859**

590

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          

  Newport-Mesa Unified School District

### PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/04/2011

Student Name: ▇ J. Fulsang                    School: Mariners Preschool
Progress Codes:
5 - Performance is at or above what is required to meet the goal by the next review.
4 - Progress has been made towards the goal. It appears that the goal will be met by the next IEP review.
3 - Progress has been made towards the goal, but the goal may not be met. Instructional strategies may need to be changed.
2 - Progress is not sufficient to meet this goal by the time the IEP is reviewed. An IEP review will be held immediately.
1 - Your child did not work on this goal during the reporting period (see explanation below).

**Area of Need: Readiness**

Annual Goal: ▇ will receptively identify (by pointing to/touching) 2 body parts (head, and nose) on himself after a verbal instruction (show me head) in 4/5 opportunities across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▇ 2/7/11. We are currently working on identifying his head. He is receptively identifying (by pointing to/touching) his head after a verbal instruction (show me head) in 2/5 opportunities. |
| 06/24/2011 | 3 | ▇ is able to identify his head with 60% accuracy, and his nose with 20% accuracy. |

Annual Goal: ▇ will imitate 4 out of 6 2-step non-verbal actions without prompts, with 80% across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▇ 2/7/11. He has been working on this goal for a little over a month. We are currently working on the following 2-step non-verbal actions:<br>Head/Nose, Head/Tummy, Clap/Head, Nose/clap, Head/Knees, Head/Toes<br><br>▇ is currently doing the following with 40% accuracy:<br>Head/Nose, Head/Tummy, Clap/Head, Nose/clap,<br><br>He is not able to do the following:<br>Head/Knees, Head/Toes |
| 06/24/2011 | 4 | ▇ has improved in this area. He is currently imitating 4 out of 6 2-step non-verbal actions with 60% accuracy. |

**Area of Need: Self Help/Domestic**

Annual Goal: ▇ will wait until the appropriate time during the bathroom routine (after full urination) to pull his pants up in 4 out of 5 opportunities across across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 3 | New goals were introduced to ▇ 2/7/11. The staff is currently prompting ▇ at the appropriate time to pull up his pants up |
| 06/24/2011 | 4 | ▇ requires verbal prompting from staff to wait to pull up his pants, but with minimal verbal prompting he is waiting until the appropriate time for pull up his pants. |

Annual Goal ▇ will pull his pants all the way down after approaching the urinal during the bathroom routine in 4 out of 5 opportunities across across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▇ 2/7/11. We have been helping ▇ with lowering his pants all of the way, and then allowing him to independently pull his underwear all the way down. |
| 06/24/2011 | 4 | |

A pupil's parents will be regularly informed of the pupil's progress toward goals at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.(e)(3)

SE 17 (3-09)                                                    page 1 of 4

P314

AR 0860

  **Newport-Mesa Unified School District**

### PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/04/2011

Student Name: ███ Fulsang                    School: Mariners Preschool

Annual Goal: ███ will independently eat at least 50% of his snack/lunch using a utensil (when utensil is appropriate) in 4/5 observed opportunities across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ███ 2/7/11. ███ requires prompting to begin to use his utensils. If no prompt is given he will use his fingers for the entire meal. When working 1:1 with a staff member ███ will use his utensils for the duration of the meal. Once a staff member is not present he will choose to use his fingers. |
| 06/24/2011 | 4 | With consistent prompting from adult ███ is able to complete his entire meal with his fork. He is currently eating 20% of his meal before trying to use his fingers. |

Area of Need: Behavior

Annual Goal: ███ will increase his rate of compliance by following known instructions (stand up, sit down, check in, etc.) within 5 seconds given, without incidents of maladaptive behaviors (e.g. ignoring, screaming, and whining) in 4/5 trials across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ███ 2/7/11. With a high rate of consistent reinforcement ███ has increased his rate of compliance by following known instructions (stand up, sit down, check in, etc.) within 10 seconds given, without incidents of maladaptive behaviors. |
| 06/24/2011 | 4 | ███ is following known instructions (stand up, sit down, check in, etc.) within 5 seconds given, without incidents of maladaptive behaviors (e.g. ignoring, screaming, and whining) 40% of the time. |

Annual Goal: ███ will transition from one location to another without eloping from the group (stay on playground, stay with class from one location to another, and transition between centers) 80% of the opportunities time over across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ███ 2/7/11. ███ is transitioning without eloping from the group 20% of the time. |
| 06/24/2011 | 4 | ███ is transitioning with the group 40% of the time. |

Area of Need: Social/Emotional

Annual Goal: ███ will use a functional play item/toy (e.x. hammer, saw, push car, telephone) within a classroom theme for its intended purpose in 4/5 opportunities across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ███ 2/7/11. With a high rate of consistent reinforcement ███ will imitate the use of a hammer, saw, and shopping cart. |
| 06/24/2011 | 4 | In class ███ has been observed to use a toy saw, push car, soil along with a shovel and bucket, and telephone within a play theme and for their intended purpose. |

Annual Goal ███ will remain in a group (circle time, centers, music, exploratory, treasure chest area, etc.) with his peers for 4 minutes with 80% accuracy across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ███ 2/7/11. We are currently working on ███ remaining with the group on the playground. He has been observed to stay with the group for up to 2 minutes before attempting to wonder off and play on his own. |
| 06/24/2011 | 4 | With the use of a token board and a high rate of reinforcement ███ is staying with the group for up to 3 minutes before requiring a break. |

Area of Need: Speech and Language

SE 17 (3-09)                                                                 page 2 of 4

P315

  Newport-Mesa Unified School District

## PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/04/2011

Student Name: ▮▮▮ Fulsang                    School: Mariners Preschool

**Annual Goal:** ▮▮ will independently match a set of 10 identified real objects (3-D) familiar to the classroom environment with a photograph of that item (2-D) from a field of three with 60% accuracy opportunities across data collected in a two-week period.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | This goal was recently introduced and include a wider variety of functional objects in the classroom: (example) chair, table, library, cup, blocks, circle, treasure chest, mat, cubby, sink, backpack, calm down area, yellow line (a transition line outside). These are being systematically taught and referenced, however ▮▮ is already able to find blocks and calm down chair with minimal support. |
| 06/24/2011 | 4 | Many of these targeted items may be changed in his new classroom setting. However, he is able to identify and identify the sink, trashcan, backpack, scissors, markers and many food items to its corresponding 2-D photo. |

**Annual Goal:** During semi-structured tasks, ▮▮ discriminate among the two targeted verbal instructions and follow the given direction with an average of 50% accuracy across data collected in a two week period. (Targeted instructions: Give me XXX, and Touch XXX.)

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▮▮ 2/7/11. We are currently teaching this discrimination and physically prompting "touch xxx" (tap object) and "give me" (opening palm face up and pointing to it). He is more successful with "give me," but he is responding and imitating models for "touch xxx." |
| 06/24/2011 | 4 | ▮▮ is making strong progress toward differentiating and discriminating between directions to touch xxx or give me xxxx. During mixed trials, his accuracy is more than 1/3 correct. |

**Annual Goal:** When presented with three photos of familiar daily actions in different settings, ▮▮ will identify and match accurately the photo picture of himself in the given functional space (e.g. using the bathroom/ eating at the table/ laying down on the mat or bed) when presented these options in vivo with an average of 50% accuracy during a two-week collection period.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | This goal is in the instructional phase since being introduced in February 2011. EXAMPLE ▮▮ is told, ▮▮ is eating", "hungry" and shown the appropriate picture card ▮▮ is presented two actions at a time. He is physically prompted to select the picture of him in that corresponding location. |
| 06/24/2011 | 3 | ▮▮ is making limited progress toward this goal. Upon beginning in his new classroom environment, this goal may be rewritten using other strategies to signal individual needs. |

**Annual Goal:** During the semi-structured routine of meals in the classroom, ▮▮ will respond independently with the protesting behavior shaking his head "no" to indicate that he does not want a non-preferred food/ drink item after it is visually presented and he is asked "do you want XXX" with an average of 50% of the opportunities during a two-week data collection period.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | This goal was introduced in Febraury 2011 but may be mastered as written prior to his next annual. ▮▮ is consistently shaking his head no and successfully protesting with other, appropriate communicative behaviors. Although still learning across settings and activities, he is appropriately shaking or gesturing "no" in 50% of the opportunities at snack. |
| 06/24/2011 | 4 | ▮▮ is consistently signaling his protests more appropriately and has nearly met this goals. His gestural head shaking to respond "no" is very consistent and rarely requires modeling. |

Area of Need: Fine Motor

SE 17 (3-09)                                                                 page 3 of 4

P316

AR 0862

  Newport-Mesa Unified School District

## PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/04/2011

Student Name: ███ Fulsang          School: Mariners Preschool

Annual Goal: ███ will demonstrate improved visual attention and appropriate use of materials to be able to participate in a painting and/or coloring art project for 8 seconds independently, 3 out of 5 trials across 3 educational sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 3 | ███ is able to attend to his paper for about 3 to 5 seconds at a time. He has a difficult time with use of materials independently, especially paint and crayons, without one to one assistance. |
| 06/24/2011 | 4 | ███ has improved with his use of crayons and paint to participate more appropriately and to look at his paper. |

SE 17 (3-09)

page 4 of 4

P317

AR 0863

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014



EXHIBIT
864 of 1332
5-20
10/15/13

Newport-Mesa Unified School District
Individualized Education Program

Page 1 of 32

**COVER PAGE**

### Student Information

| | | |
|---|---|---|
| Name: First **Fuisang** | Middle **J** | Last **Fuisang** |
| Social Security # | Student ID # **145793** | DOB **02/14/2008** | Age **5** |
| | | Grade **K** | Gender **Male** |
| Address **5016 River Av** | City/State/Zip **Newport Beach CA 92663** | |
| District of Residence **Newport-Mesa Unified School District** | | |
| Local School (based on residence) **Newport Elementary** | | |
| District of Attendance **Newport-Mesa Unified School District** | School of Attendance **Eastbluff Elementary** | |

### Parent/Guardian Information

Name of Parent/Surrogate/Guardian **Eric Fuisang**
Address **5016 River Av, Newport Beach, CA, 92663**
Telephone (home) **949-838-4139** (work) (cell)

Name of Parent/Surrogate/Guardian **Arelda Fuisang**
Address **5016 River Av, Newport Beach, CA, 92663**
Telephone (home) **949-838-4139** (work) (cell)

Student's Primary Language **English**
Registration materials determined by

Home Language **English**

**A. Initial Entry into Special Ed.:** **02/12/2009**
*(This date will not change and reflects FIRST IEP date in district where initial placement was made)*

**B. Timeline Information (Dates):**
Date of This Meeting: **02/01/2012**
Next Meeting Date: *(See Meeting Notes page for details)* **07/31/2013**
Next Annual Review:
Date of Last Evaluation: **01/31/2013**
*(Date that IEP team met to consider eligibility)* **01/31/2011**
Next 3 yr. Review Due: **07/04/2014**

**C. Purpose of Meeting:**
Primary: **Annual Review**
Secondary:

Meeting Tape Recorded? ☐ Yes ☑ No

**D. Eligible**
Primary Disability: **AUT-Autistic Like**
Secondary Disability/ies: **MR/DD-Mental**
SLI-Speech/Lang Impairment

Eligible for mental health services? ☐ Yes ☑ No
Mental health services language included: ☐ Yes ☑ No

**E. Educational Rights Held by:** Parent/Guardian

**F. Assessment (Accommodations page, section C)**
Participation in Statewide assessment programs:
CAHSEE: Quickla Test Group
STAR: Outside Test Group

**G. English Language Learner:**
English Language Level: ☐ Yes ☑ No

**H. Interpreter / Translation Request**
Interpreter Requested? ☐ Yes ☑ No
Translation of IEP Requested? ☐ Yes ☑ No

**I. Residence** — Parent or legal guardian
**J. Ethnicity** — White
**K. Preschool Setting**
Early childhood special education ☐ Yes ☑ No
**L. Non-District Funded Agency Services**

Additional Meeting(s)

| | Mode (Interaction/Delivery) | Setting | Location (Site) | Frequency | | Min/Hrs Per Session | See Notes (SE 15) |
|---|---|---|---|---|---|---|---|
| | | | | | | |

**III. Program and Services Recommended and Offered**
*Indicates Primary Service

☐ Offer declined. See section "SE 16 = PARTICIPANTS and CONSENT" for details.

| Program/Service | Projected Start | End | Setting | Location (Site) | Mode (Interaction/Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 15) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public/integrated | * 02/01/2012 | 01/31/2013 | Special Ed | | Group; Direct | 5 | per week | 1860 min = 31.00 hrs | Yes |
| Occupational therapy | 02/01/2012 | 01/31/2013 | Special Ed | | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 02/01/2012 | 01/31/2013 | Special Ed | | Individual; Direct | 1 | per week | 15 min = 0.25 hrs | Yes |
| Language and speech | 02/01/2012 | 01/31/2013 | Special Ed | | Group; Direct | 2 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 02/01/2012 | 01/31/2013 | Special Ed | | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | Yes |

ITP not required for this student.

**Special Transportation:** ☐ No ☑ Yes, specify:
Rationale: ☐ Yes ☑ No
□ ties for curb to curb transportation due to age and disability

Setting **Special Ed**
Location (Site) **Curb to Curb (Round Trip)**

See Notes Page

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their/non-disabled pupil's progress. E.C. 56345.10*

SE 9 (8-403)

Current

P322

AR 0864

595

**Newport-Mesa Unified School District**
**Individualized Education Program**

Page  2  of  32

Student: Fuisang,

**INFORMATION CONSIDERED**

Present performance includes results of the most recent assessments:
☐ State  ☐ District-wide  ☑ Classroom  ☐ Alternate Assessments    ☐ IEE

Describe how student's identified disability affects involvement & progress in general curriculum.
Or, for preschooler, how the disability affects the child's participation in appropriate activities:
☐ has social/behavioral, intellectual, fine motor, adaptive, and language deficits that negatively impact his ability to participate in the general curriculum.

**Health/Medical:**
He is in good general health, has no known allergies, and takes no daily medications. Mother states he is a "good eater and likes school very much".

There have been no new health issues since the last assessment was completed on 1-18-08. Mother has been to his Dentist in the last month without any concerns. He has not required a sick visit to his Primary Care Physician in over a year.

Parents indicated at the IEP meeting that [ ] had an EEG 2/22/10. Results indicated that he does not have Epilepsy or seizures.

**Vision:**  Date of Testing: 01/28/2011
Vision screening considered of tracking a bright light right to left, left to right and up and down. Convergence was observed when both eyes simultaneously moved inward as object moved closer to his nose. Mother has no concern about his vision.

**Hearing:**  Date of Testing: 01/28/2011
Hearing screening results were difficult to obtain with state mandated headphones screening. [ ] is not a candidate to yield the headphones due to his inability to comprehend the rationale for the testing. He was sensitive to the door opening and turned his face towards the door as it was opening. He also looked right when he heard a desk drawer close. His health file has a report from Newport Beach dated SC-09 indicates a speech and language delay with normal middle ear functioning. Additionally, a Developmental History dated 1-18-08, results from the Newport Audiology evaluation were "sufficient to rule out a hearing loss". Parent expect his hearing to be intact.

**Health Care Plan Location:**

**Behavior:**
Currently, student's behavior impedes learning of self or others and behavior interventions are needed:
☐ No  ☑ Yes

Regular discipline procedures apply
☑ Behavior Goals
☐ Behavior Support Plan
☐ Behavior Intervention Plan

**Special factors related to low incidence disabilities were considered:** ☑ N/A  ☐ Yes

If yes is checked, this section must be addressed.
**Documentation of Initial Placement:**
Initial Placement:  ☑ No  ☐ Yes
The following general education resources were utilized or considered prior to placement in Special Education:

Referred for:  Parent    Referral Date:  09/02/2008
Initial Eval By:    ☐ Early Intervening Services:

Parent Consent Rec'd Date for:  12/05/2008
Previous Eval:

Evaluation Delay Reason:  Official school break of more than five days

Evaluation Delay Other Reason:

SE.11 (8-06)

Current:

P323

AR 0865

596

Case: 15-56452, 07/05/2016, ID: 10039501, DktEntry: 21-2, Page 48 of 285

Page 3 of 32

Current

## Newport-Mesa Unified School District
### Individualized Education Program
### INFORMATION CONSIDERED

**Student: Fulsang,** ▮

**Parent concerns and priorities for the education of the student:**
▮ is a cooperative and very affectionate child. He's a good looking boy. He likes to use his ipad. Parents say that he understands what they say. His challenges indicated by his parents are: potty training and communication (both verbal and non verbal). Parents would like to see ▮ meet the following goals this year: potty training, initiating potty training without a prompt, and the goal to teach ▮ to read and write.

**Input from General Education Teacher:**
▮ is observed as being a happy child. He does not interact much with his peers. He seems to enjoy being around others though. He displays deficits which would limit his progress in a general education classroom.

**Student Learning Strengths/Preferences:**
▮ does best in small instructional environments. He understands the behavior token system and seems to respond to it. When attending, ▮ can match pictures of items that are the same. He will independently come in to the classroom and begin working on a puzzle.

SE 11 (8-06)

P324

597

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     867 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 4 of 32

Student: Fuisang, ███

**AREA OF NEED:** Readiness

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Body Parts | ███ will receptively identify (by pointing to/touching) 2 body parts (head, and nose) on himself after a verbal instruction (show me head) in 4/5 opportunities across 3 data collection sessions. | Progressing Towards | 60 |
| Motor Imitation | ███ will imitate 4 out of 6 2-step non-verbal actions without prompts, with 80% across 3 data collection sessions. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ███ will independently get a simple puzzle, sit at a table and put it together. He can imitate simple block building. During small group instruction he will imitate two step motor actions. | See behavior goals for motor imitation. ███ continues to show a unique need in the area of identifying body parts. |

**Goal(s) Needed?** Yes

**Goal #** 1     **Goal Name:** Body Parts     ☑ Applies to ESY     **Begin Date:** 02/01/2012     **End Date:** 01/31/2013

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* When presented with different opportunities to identify his head and nose, ███ will contently touch his nose. Data shows ███ is able to touch is nose, however when asked to touch his head he will touch his nose. Different strategies have been attempted to support

**Content Standard:**
To improve readiness in order to access the core curriculum.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**ANNUAL GOAL:**
███ will match body parts: head, nose, stomach (beginning with pictures of his own, moving on to pictures of a different head, nose and stomach) with 80% accuracy across two weeks of data collection.

**Benchmarks/Objectives:**

| Name | Description | Target Date |
|---|---|---|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Current



ADMINISTRATIVE RECORD FOR MATTER 2012050785        02/25/2014        868 of 1332

Page ___5___ of ___32___

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

Current

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-05)

P326

AR 0868

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page    6    of    32

Student: Fuisang,

AREA OF NEED: Self Help/Domestic

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Bathroom 1 | will pull his pants all the way down after approaching the urinal during the bathroom routine in 4 out of 5 opportunities across 3 data collection sessions. | Met | |
| Bathroom 2 | will wait until the appropriate time during the bathroom routine (after full urination) to pull his pants up in 4 out of 5 opportunities across 3 data collection sessions. | Met. | |
| Utensil Use: | will independently eat at least 50% of his snack/lunch using a utensil (when utensil is appropriate) in 4/5 observed opportunities across 3 data collection sessions. | Progressing Towards | 55 |

Present Levels of Academic Achievement and Functional Performance (from assessment, observation, work samples and/or progress on prior goals)

Strengths                                                        Needs
is able to complete the toileting routine independently. He has demonstrated     displays needs  in requesting the restroom when needed.
the ability to use utensils at meal times when the food he is eating is preferred.

Goal(s) Needed?   Yes

Goal #   1          Goal Name:   Bathroom                          Begin Date: 02/01/2012        End Date: 01/31/2013

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)   ☑ Applies to ESY
Currently       does not independently request the restroom.       Content Standard:

ANNUAL GOAL:
Using a visual aide,       will request to use the restroom through out his school day with 50%
accuracy across two weeks of data collection.

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|---|---|---|---|
| | | | |

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Standardized observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Current

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE-12 (8-06)

P327

600

AR 0869



Page ___7___ of ___32___

Current

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-05)

P328

AR 0870

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page ___8___ of ___32___

Student: Fuisang, ▉

AREA OF NEED: Behavior

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Compliance | ▉ will increase his rate of compliance by following known instructions (stand up, sit down, check in, etc.) within 5 seconds given, without incidents of maladaptive behaviors (e.g. ignoring, screaming, and whining) in 4/5 trials across across 3 data collection sessions. | Met | |
| Transitioning | ▉ will transition from one location to another without eloping from the group (stay on playground, stay with class from one location to another, and transition between centers) 80% of the opportunities time over across 3 data collection sessions. | Met | |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▉ will comply within 5 seconds 80% of opportunities without displaying non-compliant behaviors if it is a more preferred activity. He will stay with the group during transitions or go to where he is directed to go. | ▉ demonstrates areas of unique need in motor imitation, and independently navigating through out his day and tolerating his shoes and socks on through out the school day. |

Goal(s) Needed? Yes

*Reflect: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE '17), at least as often as parents are informed of their non-disabled pupil's progress. EC. 56345.10

SE 12 (6-05)

Current

P329

AR 0871

602

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page    9    of    32

Student: Fuisang, ▮▮

AREA OF NEED: Behavior

Goal # 1    Goal Name: Attending    ☑ Applies to ESY

Baseline Performance:*(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
Currently ▮▮ attends to an activity for less than a minute before disengaging.

ANNUAL GOAL:
During instructional time, ▮▮ will attend to the activity being presented (body towards activity, engaging in activity as needed) for 2 consecutive minutes across two weeks of data collection.

Benchmarks/Objectives:

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

Begin Date: 02/01/2012    End Date: 01/31/2013

Content Standard:
To improve readiness in order to access the core curriculum.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☑ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. EC, 56345.10

SE 12 (8-06)    Current

P330

**AR 0872**

603

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 10 of 32

Student: Fulsang, ▊

AREA OF NEED: Behavior

Goal # 2    Goal Name: Daily Routines.

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
Currently ▊ is able to match pictures to locations in the classroom (line up, circle area, sink).
He does not yet able to use a visual schedule at school to fully navigate through his school day.

ANNUAL GOAL:
Through out the school day, ▊ will independently navigate through his day using a visual
schedule with 80% accuracy across two weeks of data collection.

Begin Date: 02/01/2012    End Date: 01/31/2013

Content Standard:
To improve readiness in order to access core
curriculum.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other:

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language
 Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other:

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10*

SE 12 (8-06)

P331

Current

AR 0873

604

Page 11 of 32

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Behavior

Goal # 3        Goal Name: Motor Imitation        ☑ Applies to ESY

Baseline Performance: *Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
During small group instruction, [ ] will imitate two non verbal actions. During circle time with an instruction to imitate three non verbal actions, [ ] will imitate the first one an then stop.

ANNUAL GOAL:
During large group instruction, [ ] will imitate 3 consecutive movements with 80% accuracy across two week of data collection.

Begin Date: 02/01/2012        End Date: 01/31/2013

Content Standard:
To improve readiness in order to access the core curriculum.

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☑ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

P332

605

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page __12__ of __32__

Student: Fudsang, ▮▮

AREA OF NEED: Social/Emotional

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Functional Play | ▮▮ will use a functional play item/toy (e.x. hammer, saw, push car, telephone) within a classroom theme for its intended purpose in 4/5 opportunities across 3 data collection sessions. | Progressing Towards | 50 |
| Group | ▮▮ will remain in a group (circle time, centers, music, exploratory, treasure chest area, etc.) with his peers for 4 minutes with 80% accuracy across 3 data collection sessions. | Met | |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮▮ is able to make contact with a staff member when his name is called, and when showing or requesting an object or picture. During social games, ▮▮ will hand a peer an object if paired with a verbal instruction and gestural prompt. ▮▮ enjoys cause and effect toys, and sensory stimulating toys (squish balls), and will share them with staff members. He is beginning to show interest in dinosaurs, cars, and tools. | ▮▮ demonstrates areas of unique need in identifying emotions, turn taking and waiting. |

Goal(s) Needed?   Yes

*Notice: A pupil's parents will be regularly Informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of the/f non-disabled pupil's progress. E.C. 56345.10

SE 12 (6-06)

Current

P333

**AR 0875**

606

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 13 of 32

Student: Fulsang, █████

AREA OF NEED: Social/Emotional

Goal # 1    Goal Name: Emotions    ☑ Applies to ESY

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
During small group instruction ████ is unable to identify emotions at this time.

Begin Date: 02/01/2012    End Date: 01/31/2013

Content Standard:
To improve readiness in order to access the core curriculum.

ANNUAL GOAL:
During small group instruction, when presented with a picture of an emotional state ████ will match the appropriate emotional state with the corresponding picture with 80% accuracy of given opportunities across two week of data collection.

Evaluation Method(s):
☐ Performance assessment
☐ Work-sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives      No Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
|      |             |             |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. EC. 56345.10

SE 12 (8-06)

Current

P334

**AR 0876**

607

Page  14  of  32

# Newport-Mesa Unified School District
## Individualized Education Program
### NEEDS/GOALS

Student: Fudsang, ▮

AREA OF NEED: Social/Emotional

Goal # : 2        Goal Name: Morning/Afternoon routine        ☑ Applies to ESY

**Baseline Performance:** (*Quantitative data from assessment, observation, work samples and/or progress on prior goals*) When prompted, ▮ will unzip his back pack in the morning but will not follow through with the rest of the morning unpacking routine. In the afternoon ▮ requires hand over had support to complete the packing up routine.

**ANNUAL GOAL:**
▮ will independently complete the morning and afternoon routine (unzipping his backpack, getting his folder, putting it in the correct spot; finding his cubby, getting his folder, putting it in his back pack and zipping it up) in with 80% accuracy across two weeks of data collection.

**Benchmarks/Objectives**

| Name | Description | No Benchmarks/Objectives | Target Date |
|------|-------------|--------------------------|-------------|
|      |             |                          |             |

Begin Date: 02/01/2012        End Date: 01/31/2013

**Content Standard:**
To improve readiness in order to access the core curriculum.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☑ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

P335

AR 0877

608

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 15 of 32

Student: Fulsang,

AREA OF NEED: Social/Emotional

Goal # 3     Goal Name: Waiting     ☑ Applies to ESY

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
When there is a preferred food near ▇ he will grab the food and put it in his mouth without waiting. This food is usually a peers food.

ANNUAL GOAL:
During snack time or lunch, when a highly preferred food is near him, ▇ will wait with calm ready hands (not grabbing peers food) with 80% accuracy of given opportunities across two weeks of data collection.

Begin Date: 02/01/2012     End Date: 01/31/2013

Content Standard:
To improve readiness in order to access the core curriculum.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (3-06)

Current

P336

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          879 of 1332

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page  16  of  22

Student: Fulsang,

AREA OF NEED: Speech and Language

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Action- location pictures | When presented with three photos of familiar daily actions in different settings, ▊ will identify and match accurately the photo picture of himself in the given functional space (e.g. using the bathroom/ eating at the table/ laying down on the mat or bed) when presented these options in vivo with an average of 50% accuracy during a two-week collection period. | Met | |
| Matching pictures/ objects | ▊ will independently match a set of 10 identified real objects (3-D) familiar to the classroom environment with a photograph of that item (2-D) from a field of three with 60% accuracy opportunities across data collected in a two-week period. | Met | |
| Protesting | During the semi-structured routine of meals in the classroom, ▊ will respond independently with the protesting behavior shaking his head "no" to indicate that he does not want a non-preferred food/ drink item after it is visually presented and he is asked "do you want XXX" with an average of 50% of the opportunities during a two-week data collection period. | Met | |
| Receptive Instructions | During semi-structured tasks, ▊ will discriminate among the two targeted verbal instructions and follow the given direction with an average of 50% accuracy across data collected in a two week period. (Targeted Instructions: Give me XXX, and Touch XXX.) | Met | |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▊ overall functional communication system continues to expand but is very restricted. Change requires maximal support. However, through a combination of picture cards, common gestures, increasing behaviors, vocalizations, direct contact with adult, and gaze to his partner, he is able to communicate basic needs and requests to his partner. He is consistently identifying preferred items (pointing or selecting PECS), protesting (shakes head or pushes item away), and signaling more (sign) and eat (sign). He is demonstrating comprehension of the functional locations and objects required in his school setting with maximal learning efforts and in structured lessons. ▊ is now attending to simple photos in 3-inch square size formats and has transitioned to demonstrating a knowledge of items in a smaller 2-inch square format. The required foundational skills for building an expanded symbolic communication system that utilizes icons and/or picture cards with actual actions and objects is emerging. | ▊ continues to demonstrate very delayed receptive language abilities and requires multiple repitions paired with high levels of reinforcement to acquire new skills. He is not yet pairing names with familiar staff members. He is not yet consistently associated and the relationship between visual systems/ PECS/ AAC and its role in directing the behavior or gaining him access to preferred activities/ items. Only during snack when preferred foods are available does he independently seek PECS/ AAC to communicate preferences. |

Goal(s) Needed?     Yes

*Notice: A qualify parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

SE 12 (8-06)

P337

AR 0879

610

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     880 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 17 of 32

Student: Fulsang, ▮

AREA OF NEED: Speech and Language

Goal # 1    Goal Name: "Break time"    ☑ Applies to ESY    Begin Date: 02/01/2012    End Date: 01/31/2013

Baseline Performance: *Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
▮ is not currently using any visual support to indicate "break time" and is typically directed with gestural support to the designated location or desired object.

Content Standard:

ANNUAL GOAL:
During semi-structured learning times after being told by staff ▮ you can take a break", i.e unstructured time for self-directed play, ▮ will independently present a specific break card/PECS/AAC to signal the beginning of his break to the staff in 60% of the opportunities in which data is collected during a two-week period.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17). At least as often as parents are informed of their nonhandicapped pupils progress, EC 56342.10*

Current

SE-12 (8-06)

P338

AR 0880

Page 18 of 32

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, ███

AREA OF NEED: Speech and Language

Goal # 2    Goal Name: Actions in locations    Begin Date: 02/01/2012    End Date: 01/31/2013

Content Standard:

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals) ███ is just beginning to demonstrate knowledge of common tasks (with approximately 60% accuracy) to be completed in three given areas within class setting when presented the picture of him performing the expected task in the location. Example: lining up, washing hands, calm sitting at table for work.

ANNUAL GOAL:
During structured learning opportunities in which a simple phrase (e.g. "Show me ███ lining up") is paired with one with five familiar daily actions in different school settings through PECS/ AAC and high levels of reinforcement are provided, ███ will demonstrate receptive knowledge of the associated action in the noted location and phrase by moving to the noted location and performing the appropriate expected action included in picture with an average of 60% accuracy during a two-week collection period.

Evaluation Method(s):
☐ Performance assessment
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other
☐ Work sample analysis

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Mental Health Provider
☐ Parent
☐ Other

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|------|-------------|--------------------------|-------------|

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

P839

612

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          882 of 1332

Page 19 of 32

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Speech and Language

Goal # 3     Goal Name: Names and faces     ☑ Applies to ESY

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
does not presently demonstrate understanding of familiar staff names unless he is provided maximal prompting and support.

ANNUAL GOAL:
During structured learning opportunities in which three pictures through PECS/ AAC are presented in a field and high levels of reinforcement are provided, [redacted] will identify a minimum of three familiar adult staff and two family members with an average of 80% accuracy in the trials in which he is asked to "Touch (name)" in data collected in a two-week period.

Begin Date: 02/01/2012     End Date: 01/31/2013.

Content Standard:

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☑ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | No Benchmarks/Objectives | Target Date |
|------|-------------|--------------------------|-------------|
|      |             |                          |             |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. §56345.10*

SE 12 (8-06)

Current

P340

**AR 0882**

613

ADMINISTRATIVE RECORD FOR MATTER 2012050785    02/25/2014    883 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 20 of 32

Student: Fulsang, [redacted]

AREA OF NEED: Speech and Language

Goal # 4    Goal Name: Out-of-seat directions    ☑ Applies to ESY

Begin Date: 02/01/2012    End Date: 01/31/2013

Content Standard:

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* [redacted] is now able to put away his placemat after snack and throw paper in the trash when given pointing/ gestural prompts and presented with a visual with approximately 50% accuracy. He is not yet able to complete other common and familiar out-of-seat directions without maximal support.

**ANNUAL GOAL:**
During structured learning tasks in which high levels of reinforcement are provided and he is provided a visual through PECS/ AAC of one of four familiar locations to place the object, [redacted] will complete the given targeted direction with an average of 50% accuracy across data collected in a two week period. Targeted instructions to include: "Put item in XXX" (e.g. trashcan, cubby, break area, library). Accuracy will not include return to seat but completion of direction. Actual target locations to be determined by IEP team.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other:

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

P341

Current

AR 0883

614

ADMINISTRATIVE RECORD FOR MATTER 2012050785    02/25/2014    884 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, ▮▮▮▮▮

Page 21 of 32

**AREA OF NEED: Fine Motor**

**Progress on Prior Goals:**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Visual Attention to Projects | ▮▮ Will demonstrate improved visual attention and appropriate use of materials to be able to participate in a painting and/or coloring art project for 8 seconds independently, 3 out of 5 trials across 3 educational sessions. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮▮ demonstrates the ability to imitate pre-writing horizontal, vertical lines, and is emerging with a circle with start and end. Given reinforcement, ▮▮ will attend to projects, ▮▮ ▮▮ cons sessions effectively, and is working on cutting on a 1/2 inch thick straight line. | ▮▮ is not consistently able to cut across a 1/2 inch thick line, without deviating more than 1/2 inch from the boundary. ▮▮ does not copy pre-writing shapes, rather only imitates. ▮▮ does not always use his dominant hand and would benefit from continued fine motor skill development to facilitate and carry over in self help related items. |

Goal(s) Needed?    Yes

Goal #  1    Goal Name: Pre-Writing Copying    ☑ Applies to ESY    Begin Date: 02/01/2012    End Date: 01/31/2013

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* ▮▮ imitates a horizontal and vertical line approximately 80% of the time, and imitates circles with ▮▮ start and point. ▮▮ is copying pre-writing shapes, nor choosing to consistently use his dominant hand when copying. ▮▮ copies pre-writing shapes approximately 80% of the time when attending.

**ANNUAL GOAL:** To demonstrate improved visual motor integration skills, ▮▮ ▮▮ will copy the following pre-writing shapes: horizontal/vertical line and circle (clear start and to circle), in 70% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members.

**Content Standard:**

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Current

P342

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 22 of 32

Student: Fuusand[...]

AREA OF NEED: Fine Motor

Goal # 2     Goal Name: Scissor Skills     ☑ Applies to ESY

Begin Date: 02/01/2012     End Date: 01/31/2013

Content Standard:

Baseline Performance: *Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
[...] is able to grip with scissors and cut across a paper, however he does not cut within 1/4 inch from the line. [...]cuts within 1/4 inch of the line approximately 25% of the time, given prompting and redirection for attention to task.

ANNUAL GOAL:
To demonstrate improved visual motor coordination and motor planning skills [...] will cut across a 6 inch line (1/2 inch thick), deviating no more than 1/4 inch from the boundaries of the lines, in 60% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| | No Benchmarks/Objectives | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupils' progress; E.C. 56345.10

SE 12 (6-06)

Current

P343

AR 0885

616

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 23 of 32

Student: Fulsang ▓

AREA OF NEED: Mathematics

Progress on Prior Goals

| Goal | Description | No Prior Goals | Progress | % Achieved |
|---|---|---|---|---|

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

Strengths:    Needs
▓ has begun to match some numbers when he is attending. He is able to sort   ▓ displays a unique need in the area of receptively identifying numbers.
by color.

Goal(s) Needed?   Yes

Goal # 1    Goal Name: Receptively identifying number    ☑ Applies to ESY?    Begin Date: 02/01/2012    End Date: 01/31/2013

Baseline Performance *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
▓ has begun matching numbers 1-10 during small group instruction. He is not yet displaying
the ability to receptively identify numbers.

Content Standard:
To improve readiness in order to access the core
curriculum.

ANNUAL GOAL:
During small group instruction, ▓ will receptively identify numbers 1-5 with 50% accuracy
across two weeks of data collection.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher reports
☐ Data Collection
☐ Other

Person(s) Responsible:
☑ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General-Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|---|---|---|---|

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special
Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress, EC. 56345.10

SE 12 (8-06)

Current

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page __24__ of __32__

Student: Fulsang, ▮

AREA OF NEED: Language Arts
Progress on Prior Goals

| Goal | Description | No Prior Goals | Progress | % Achieved |
|---|---|---|---|---|

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ is able to large pictures that are the same. He can match letters when he is attending. | ▮ displays a unique need in receptively identifying letters. |

Goal(s) Needed?   Yes

**Goal # 1**     **Goal Name:** Letter identification     ☑ Applies to ESY

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
When attending ▮ can match the letters of the alphabet independently.

**ANNUAL GOAL:**
During small group instruction, ▮ will receptively identify the following letters: A, B, C, D, E with 80% accuracy of given opportunities across two weeks of data collection.

Benchmarks/Objectives

| Name | Description | No Benchmarks/Objectives | Target Date |
|---|---|---|---|
| | | | |

Begin Date: 02/01/2012        End Date: 01/31/2012

**Content Standard:**
To improve readiness in order to access the core curriculum.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Parent/Guardian observation
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher-records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)            Current

P345

Case: 15-56452, 07/05/2016, ID: 10039501, DktEntry: 21-2, Page 70 of 285

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS

Page 25 of 32

Student: Fulisang [redacted]

**A. Federal Setting**

Federal Setting School:          Regular classroom/Public day school

Federal Setting Preschool:

**B. Assessment Information**

The following were used to determine the student's eligibility and/or Special Education services:

☐ Evaluations          ☐ Records
☐ Reports              ☐ Tests

-Adaptive Behavior Assessment System-2nd Edition (ABAS-II); -Childhood Autism Rating Scale-2nd Edition Standard Version (CARS-2ST); -Clinical observations of eye/hand usage, postural responses, attention to task, neuromuscular development, sensory processing (registration, integration and modulation), motor planning and environmental interactions; -Communication and Symbolic Behavior Scales Developmental Profile (CSBS DP); -Developmental Assessment of Young Children (DAYC); -The HELP (derived from "Hawaii Early Learning Profile")-Mullen Scales of Early Learning AGS Edition; The Peabody Developmental Motor Scales-2 (PDMS-2); the fine motor subtests (grasping and visual-motor integration), -Preschool Functional Educational Checklist completed by Leah Steinman, teacher; -Sensory Processing Measure - Preschool (SPM-P); -Preschool Language Scales-Fourth Edition (PLS-4); -Sensory History Questionnaire for Preschoolers completed by Leah Steinman, teacher; -Sensorimotor History Questionnaire for Preschoolers completed by Eric Fulisang; -Symbolic Play Scale
Review Records

**C. Support for Transition**
ITP not required for this student.

Grade Level Change: N/A          Program Type:N/A
School Type: N/A

Description of supports for transition:

**D. Participation in General Education**
☑ Lunch, Recess, Passing          ☑ Electives
Periods
☐ Other

To what extent is the student not in the general education setting? In your discussion, include such things as: class activities, school activities, issues related to possible "harmful effects" of placement:

General education limits [redacted] ability to participate, and the requires additional support and smaller class size.

Explain why services that the student is to receive can not be provided in the general education setting.

☐ [redacted] deficits and identified unique educational needs require intensive specialized instruction that cannot be fully addressed through participation in general education. Due to these deficits [redacted] cannot fully benefit from a general education setting.

79  _____ % of time outside the regular education classroom for special education services

**E. English Language Learner Information:**      ☑ No      ☐ Yes

**F. Options**

| | Considered | Recommended |
|---|---|---|
| Alternative Education | ☐ | ☐ |
| County Program | ☐ | ☐ |
| Designated Instruction and Services | ☑ | ☑ |
| General Education | ☐ | ☐ |
| Home/Hospital | ☐ | ☐ |
| Instruction in non-classroom setting | ☐ | ☐ |
| Non-Public School | ☐ | ☐ |
| Other | ☐ | ☐ |
| Resource Services | ☐ | ☐ |
| Resource Specialist Program | ☐ | ☐ |
| Special Day Class | ☑ | ☑ |
| State Special School | ☑ | ☑ |
| Other | ☐ | ☐ |

SE 13 (8-03)

Current

P346

AR 0888

619

ADMINISTRATIVE RECORD FOR MATTER 2012050785      02/25/2014      889 of 1332

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS

Student: Fulsang

### G. Discussion of LRE and Placement

| Program/Service *Indicates Primary Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction; Delivery) | | Frequency | Min/Hrs Per Session | See Notes (SE #5) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | 02/01/2012 | 01/31/2013 | Special Ed | Special Ed | Group; Direct | 5 | per week | 1650 min = 21.00 hrs | Yes |
| Occupational therapy | 02/01/2012 | 01/31/2013 | Special Ed | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 02/01/2012 | 01/31/2013 | Special Ed | Special Ed | Individual; Direct | 2 | per week | 15 min = 0.25 hrs | Yes |
| Language and speech | 02/01/2012 | 01/31/2013 | Special Ed | Special Ed | Group; Direct | 2 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 02/01/2012 | 01/31/2013 | Special Ed | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | Yes |

(Services provided per school schedule and calendar. Non-student days are excluded.)

| Service | Provider: | Notes: |
|---|---|---|
| SDC public integrated | District service/enrollment | Participation in ABA SDC classroom at Eastbluff Elementary School 5 days a week/6 hours and 30 minutes a day. Wednesdays are early dismissal and students are in school for 5 hours. Mainstreaming occurs with general education students for the following: recess and lunch for 45 min. daily. 45 min for computer time per week. music for 30 min per week. |
| Occupational therapy | District service/enrollment | Group Occupational Therapy services 1x/week for 30 minutes to address fine motor skills within the classroom setting. |
| Language and speech | District service/enrollment | 2/1/12- 1/31/13 DIS services two times per week for 15 minutes per session in an Individual setting and may vary in campus locations to facilitate acquistion of targeted functional skills in naturalistic occuring opportunities. |
| Language and speech | District service/enrollment | 2/1/12- 1/31/13 DIS services two times per week for 30 minutes per session in a group setting to be provided within classroom setting to facilitate generalization of targeted goals/ skills. |
| Language and speech | District service/enrollment | 2/1/12- 1/31/13 A total of 30 minutes per month to consult with classroom staff for the purposes of discussing progress, developing appropriate strategies, and/or making changes to implemented communication system as needed. |

### EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES:

Rationale:
To maintain skill levels and prevent regression of skills

Extended School Year (ESY):  ☐ No  ☑ Yes

| Program/Service *Indicates Primary Service | Projected Start | End | Anticipated Location (Site) | Setting | Mode | | Frequency | Min/Hrs Per Session |
|---|---|---|---|---|---|---|---|---|
| Language and speech | 06/25/2012 | 07/24/2012 | Special Ed | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs |
| SDC public integrated | 06/25/2012 | 07/24/2012 | Special Ed | Special Ed | Group; Direct | 5 | per week | 240 min = 4.00 hrs |
| Language and speech | 06/25/2012 | 07/24/2012 | Special Ed | Special Ed | Individual; Direct | 1 | per week | 15 min = 0.25 hrs |
| Occupational therapy | 06/25/2012 | 07/24/2012 | Special Ed | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs |

NOTICE: An IEP Addendum meeting will be held in the event that a change to the above-described Program/Services is necessary.

SE 13 (8-03)

Current

P847

AR 0889

ADMINISTRATIVE RECORD FOR MATTER 2012050785    02/25/2014    890 of 1332

Page 27 of 32

## Newport-Mesa Unified School District
### Individualized Education Program
### ACCOMMODATIONS, SUPPORTS AND SERVICES

Student: Fulsang

**A. Participation in Statewide and District Assessment Programs:**

Participation in Statewide assessment programs:

| CAHSEE: | Outside Test Group | STAR Math: | Outside Test Group | STAR Science: | Outside Test Group |
| STAR English Language Arts: | Outside Test Group | STAR History: | Outside Test Group | STAR Writing: | Outside Test Group |

Tests identified accommodations/modifications are necessary for enabling the student to demonstrate knowledge, ability, skills, or mastery, and should be consistent with those identified in the instructional setting to give the student access to the curriculum.

Specific variations, accommodations and modifications to be used in testing:

| Type of Variation, Accommodation or Modification | CAHSEE | English Lang Arts | Math | Science | History | Writing | CELDT | District Testing | Classroom Tests |
|---|---|---|---|---|---|---|---|---|---|

☐ Student will take the Standards-based Tests in Spanish (STS) using CST variations/accommodations/modifications listed above.

Note: Students participation in the California Physical Fitness Tests will receive the Variations, Accommodations, or Modifications listed above, if they directly apply to the testing situation. (Refer to the Testing Variations, Accommodations, and Modifications chart published by the California Department of Education.)

☐ Desired Results/Developmental Profile to be used (Ages 3-5)    Test Type:

adaptions allowed:

**B. Program modifications, supplementary aids, and accommodations (including effect on grading) for the student to progress in general education and/or activities:**

Accommodations and curriculum modifications will be provided in Adid's special education classroom so that the level and pace of materials is appropriate. In addition, small group instruction, sensory strategies, and a specialized reinforcement system will be utilized as needed.

**C. Supports / modifications provided to school personnel to enable student to advance toward attaining annual goals, progress in general education and/or activities, and be educated and participate with other children with and without disabilities (i.e. trainings, materials):**

Considered but not required

SE 13 (8-03)

Current

P348

AR 0890

621

ADMINISTRATIVE RECORD FOR MATTER 2012050785    02/25/2014    891 of 1332

Page __28__ of __32__

## Newport-Mesa Unified School District
### Individualized Education Program
### ACCOMMODATIONS, SUPPORTS AND SERVICES

Student: Fuisang_____

**D. Physical Education:**
General Ed

**E. Low Incidence Disability:**    ☑ No    ☐ Yes

Does the student have a solely low incidence disability (for ages 0-2 only)?:    ☐ Yes    ☑ No

Blind/Visually-Impaired:    ☐ Yes    ☐ No

Appropriate Reading Medium:    ☐ Yes    ☐ No

Braille Instruction/Use:

Deaf/Hard of Hearing:    ☐ Yes    ☑ No

Describe communication Needs:

Describe opportunities for direct communication with peers and professional personnel in the child's language/communication mode that meets the child's needs, including the need for direct instruction, and is at student's academic level:

**Orthopedic Impairment:**    ☐ Yes    ☑ No

Consider for all students with low incidence disabilities:
specialized services, equipment, and materials consistent with state guidelines required for student to make progress toward IEP goal(s):

**F. Consideration of Assistive Devices and Services:**

Does the student require assistive devices and/or services to make progress toward IEP goals at this time?    ☑ No    ☐ Yes, the following is/are recommended:

Devices, services and curricular interventions currently available at the school site can meet the student's needs at this time:    ☐ Yes    ☐ No, see Notes page.

**G. Promotion/Retention (Grades 2 -9):**
Not Applicable (outside of grade range)

**Current Performance (Grades 2 -9):**    ☐ Yes    ☐ No, see Notes page.

Student is meeting the standards identified above:

---

**H. High School Completion Plan (must be 16 years old or younger if appropriate)**

☑ Not Applicable

- Notice:    Algebra I or the equivalent is required to earn a regular high school diploma.

- Notice:    The California Department of Education has waived the California High School Exit Exam (CAHSEE) graduation requirement for students with an active IEP, effective with the 2005-10 graduating class, if all other requirements are met.

**1. The requirements for high school graduation have been explained to me:**

☐ Student Initials (if appropriate): _____    Date: _____

☐ Parent Initials _____    Date: _____

**2. At this time, student is working toward earning:**

☐ Certificate: will have completed course of study or reached maximum age

☐ Diploma: will have met all general education graduation requirements
REQUIREMENTS FOR GRADUATION WITH A DIPLOMA

1. Credits: Total required: _____    Currently has earned: _____

2. California High School Exit Exam (CAHSEE)

| Area | | Pass OR Waiver | | Date: |
|---|---|---|---|---|
| Math | | ☐ Pass | ☐ Waiver | |
| English/Language Arts | | ☐ Pass | ☐ Waiver | |

3. Anticipated date of high school completion: _____

SE 13 (8-03)

P349

Current:

AR 0891

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     892 of 1332

Page __29__ of __32__

Current

**Newport-Mesa Unified School District**
Individualized Education Program
MEETING NOTES

Student: Fuitsang

**MEETING SUMMARY**

TAPE RECORDING (SE 9):
Meeting Tape Recorded?   ☐Yes  ☑No

MEETING DURATION (SE 8):
Scheduled:2/29/12
Start: 3:05 pm
End: 4:05 pm

INTRODUCTIONS (SE 8):
Introductions were made at the beginning of the meeting.

REVIEW OF PARENTAL PROCEDURAL SAFEGUARDS (SE 16 has Parental Acknowledgement)
☑Parent waived reading and/or review of Parental Procedural Safeguards
Parents were presented with a hard copy.

PURPOSE OF THE MEETING (SE 8, SE 9):
Annual review.

STUDENT AND PARENT/GUARDIAN INFORMATION VERIFICATION (SE 9):
Birth certificate and proof of residency on file with the district

PRESENT LEVELS OF PERFORMANCE (SE 11):
Present Levels were reviewed.

PROGRESS ON PRIOR GOALS (SE 10):
Progress on prior goals were reviewed.

GOALS AND OBJECTIVES (SE 12):
Goals/benchmarks were presented and incorporated into this document for all identified areas of unique needs.

PROGRAM CONSIDERATIONS - Consideration of General Ed Participation, Placement, Services, Transition, LRE and ELL (SE 13):
The IEP team recommends the following Free Appropriate Public Education (FAPE) offer is as indicated:
2/1/12-1/31/13:
SDC- ASA kindergarten class five days per week, per the traditional school year calendar.
SLP - consult 1x/ 30 minutes per month, group 1x/ 30 minutes per week, Individual 2x/ 45 minutes per week.
Occupational Therapy (OT): - OT group 1x/30 minutes per week within the classroom setting to address fine motor skills.

See ESY offer below for summer services.

SE 13 (8-03)

P350

AR 0892

623

ADMINISTRATIVE RECORD FOR MATTER 2012050785    02/25/2014    893 of 1332



Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Page   30   of   32

Current

Student: Fulsang,

ACCOMMODATIONS, SUPPORTS AND SERVICES (SE 14):
Section F. CONSIDERATION OF ASSISTIVE DEVICES AND SERVICES

SPECIAL TRANSPORTATION (SE 9):
is eligible for curb to curb transportation.

EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES RECOMMENDED AND OFFERED (SE 13):
5/28/12- 7/24/12
ESY- SDC ABA classroom 5 days/week 4 hours per day.
Speech: individual 1x/15 minutes per week, group 1x/30 minutes per week
OT: group 1x/30 minutes per week

NEXT IEP MEETING (SE 9):
The next IEP meeting will be held on or before 1/31/13.

SE*15 (6-03)

P351

AR 0893

624

ADMINISTRATIVE RECORD FOR MATTER 2012050785

02/25/2014

894 of 1332

Current

# Newport-Mesa Unified School District
## Individualized Education Program
### MEETING NOTES

Page ▢

Student: Fulsang: ▢

Part 1 IEP 2-14-12 ▢ Fulsang. The parents were not able to meet. The goals and services were discussed with the school portion of the IEP team. Another meeting will be scheduled for a part 2 IEP meeting to include the parents.

Part 2. The meeting began at 3:10pm. Introductions were made. ▢ parents, Kodi Burns- classroom teacher, Alexandra Sweany- OT, and Kathy Murphy- SLP , Principal Cheryl Beck and General Education Kindergarten Teacher Juliet Hilde joined the IEP matching midway.

Classroom teacher Kodi Burns began with a review of progress of goals in each domain and reviewed proposed goals, ▢ met 1/2 Readiness goals. Ms. Burns proposed a new goal for Body Parts that will include matching body part photos. ▢ met 2/3 Self-Help goals for the bathroom skills. He did not ▢ has bussal use goal. The team noted that this may be due to food preference. A new goal for bathroom skills was introduced ▢ targets requesting the bathroom independently. ▢ met 2/2 Behavior goals. Three new Behavior goals were introduced that target Attending, Daily Routines, and Motor imitation. ▢ met 1/2 Social Emotional goals. He did not meet his Functional Play goal. There new goals were introduced that target Emotions, Completing the classroom routines, and Waiting skills ▢ met next domain reviewed was Mathematics. Ms. Burns proposed new goal for Recognizing/identifying numbers. She then proposed a goal for Letter Identification in Language Arts. Parents and staff discussed questions and clarified goals as they were individually reviewed.

Mrs. Juliet Hilde then addressed any questions and concerns in the General Education Kindergarten curriculum. Parents had no questions. Ms. Burns then explained how ▢ attends special instructional opportunities in library, music, computer, and physical education in addition to recess and lunch. She was surprised following this review.

OT Alexandra Sweany reviewed progress and new goals. ▢ met 1/1 goal. She proposed two goals for Pre-Writing Copying and Scissors Skills.

SLP Kathy Murphy reviewed progress and new goals. ▢ met 4/4 goals. She then proposed four new goals: Requesting "Break time," Actions in locations, Names and Faces (currently ▢ is not able to identify teachers in the classroom or discriminate faces), Out-of-Seat Directions. Mrs. Fulsang said there is an application they use on ▢ personal Ipad that supports in identifying faces and names. Parents said that he is able to navigate through the Ipad independently. OT and SLP team discussed targeting a task that is less rote and more functional. Parents and Ms. Sweany discussed using undercounter for helping with sensory needs ▢ might have.

The IEP team recommends the following Free Appropriate Public Education (FAPE) offer as indicated:
2/17/12-2/01/13:
SDC- ABA kindergarten class five days per week, per the traditional school year calendar.
SLP -- consult 1x/ 30 minutes per month, group 2x/30 minutes per week, individual 2x/ 15 minutes per week.

Occupational Therapy (OT) - OT group 1x/30 minutes per week

ESY: SDC-ABA classroom 5 days/week 4 hours per day.
Speech: 1x/30 minute group and 1x18 minute individual per week.
OT group 1x/30 minutes per week.

| FOLLOW-UP ACTIVITY | PERSON RESPONSIBLE | DATE DUE |
|---|---|---|

SE 15 (8-03)

P352

625

**Newport-Mesa Unified School District**
**Individualized Education Program**
**PARTICIPANTS AND CONSENT**

Page __32__ of __32__

Student: Fulsang ▮

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Educational Program:          **indicates participants not required if student is attending Adult Transition program.

| | |
|---|---|
| Fulsang, Eric | Signature / Date |
| Father | |
| Beck, Cheryl | Signature / Date |
| ADMINISTRATOR | |
| Murphy, Kathy M. | |
| SPEECH_THERAPIST | Signature / Date |
| Juliet Hilde | |
| General Education          Kindergarten | Signature / Date |

| | |
|---|---|
| Fulsang, Aneida | Signature / Date |
| Mother | |
| Burns, Katherine | Signature / Date |
| SPECIAL_ED_TEACHER          Case Carrier | |
| Sweany, Alexandra | Signature / Date |
| OCCUPATIONAL_THERAP | Signature / Date |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION**

☑ I had an opportunity to participate and help develop the IEP.
☑ I have been advised of and given a copy of the special Education Procedural Safeguards.
☑ I have received a copy of the IEP and assessments (if any).
☑ I request a copy of this Individualized Education Program be provided in my primary language.
☑ I understand that services are provided following the District adopted calendar.
Did the school district facilitate parent involvement as a means of improving services and results for your child?:
☑ Yes          ☐ No          ☐ No Response

**Please initial each applicable statement below:**

____ ☑ I CONSENT to this Individualized Education Program.

____ ☑ I CONSENT to this Individualized Education Program EXCEPT for the following:

____ ☐ I DO NOT CONSENT to this Individualized Education Program.

____ ☐ Meeting was not completed and a follow up will/has been scheduled to finalize IEP

____ ☐ Meeting completed, parent will review documents and provide a response to the offer of FAPE

____ ☐ Student is not eligible for special education services

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language; if my language is not written, this information will be translated orally or manually.

If your child has Medi-Cal, health insurance benefits may be accessed by the District for applicable services such as OT, Speech and Language, etc.

Parent/Guardian: ____Eric Fulsang____          Date: __02/23/2012__

Parent/Guardian: _____          Date: _____

**C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS**

☐ Parent/Guardian agreed to waive advanced written notice          Follow-up notice:          Final Notice Letter
☑ IEP Meeting Notice sent on: __02/16/2012__          Parent Rights and Procedural Safeguards.          Date:
☐ Parent/Guardian unable to attend and was sent a copy of IEP,

SE 15 (8-03)

Current:

P353

Page    31    of    31

**Newport-Mesa Unified School District**
Individualized Education Program
**PARTICIPANTS AND CONSENT**

Student: Fulsang,

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Educational Program:          ** Indicates participants not required if student is attending Adult Transition program.

| Name | Signature / Date | Name | Signature / Date |
|---|---|---|---|
| Fulsang, Eric | | Fulsang, Aneida | |
| Father | 2-29-12 | Mother | 2-29-12 |
| Beck, Cheryl | | Burns, Katherine | 2-29-12 |
| ADMINISTRATOR | 2-29-12 | SPECIAL_ED_TEACHER | 2-29-2012 |
| Murphy, Kathy M. | | Sweany, Alexandra | |
| SPEECH_THERAPIST | 2-29-12 | OCCUPATIONAL_THERAP | |
| Juliet Hilde | | Case Carried | |
| General Education | Kindergarten | Signature / Date | |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION**

I had an opportunity to participate and help develop the IEP.
I have been advised of and given a copy of the special Education Procedural Safeguards.
I have received a copy of the IEP and assessments (if any).
I request a copy of this Individualized Education Program to be provided in my primary language.
I understand that services are provided following the District adopted calendar.
Did the school district facilitate parent involvement as a means of improving services and results for your child?:    ☑ Yes    ☐ No    ☐ No Response

Please indicate each applicable statement below:

☑ I CONSENT to this Individualized Education Program.

☐ I CONSENT to this Individualized Education Program EXCEPT for the following:

☐ I DO NOT CONSENT to this Individualized Education Program.

☐ Meeting was not completed and a follow up will/has been scheduled to finalize IEP

☐ Meeting completed, parent will review documents and provide a response to the offer of FAPE

☐ Student is not eligible for special education services

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language; if my language is not written, this information will be translated orally or manually.

If your child has Medi-Cal, health insurance, may be accessed by the District for applicable services such as OT, Speech and Language, etc.

Parent/Guardian: _____ Date: _____ 8/29/12
Parent/Guardian: _____ Date: _____

**C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS**

☐ Parent/Guardian agreed to waive advanced written notice          Follow-up notice:          Final Notice Letter:

☑ IEP Meeting Notice sent on:  02/16/2012

☐ Parent/Guardian unable to attend and was sent a copy of IEP, Parent Rights and Procedural Safeguards.    Date: _____

SE 15 (8-03)

*Current*  *(Draft)*

AR 0896



## NEWPORT-MESA Unified School District

*2985-A Bear Street • Costa Mesa • California 92626 • (714) 424-5000*

BOARD OF TRUSTEES

Dana Black • Dave Brooks • Michael Collier

Walt Davenport • Martha Fluor • Judy Franco • Karen Yelsey

Mailing Address: P.O. Box 1368
Newport Beach, CA 92663-1368

April 17, 2012

Eric and Aneida Fulsang
5016 River Ave.
Newport Beach, CA 92663

RE: ▮Fulsang (DOB: 3/14/06)

Dear Mr. & Mrs. Fulsang:

In accordance with the provisions of Section 300.503 of the Code of Federal Regulations, this shall serve as notice of proposed and refused actions by the Newport-Mesa Unified School District with regard to your son▮ (34.C.F.R § 300.503.)

The IEP team convened an Annual meeting on February 1, 2012. At the IEP meetings, the District offered the following free appropriate public education (FAPE) to▮ from February 1, 2012 until his annual review on or before January 31, 2012 at Eastbluff Elementary:

- Autism Specific Special Day Class (SDC), 5 days per week, 31 hours per week;
- OT, one session per week, group, 30 min. per session;
- Speech Language service, two individual sessions per week, 15 min per session, two group sessions per week, 30 min. per session and one session per month, 30 min. total, consultation;

The following program and services were recommended for the Extended School Year 2012 (ESY) session from June 26, 2012 to July 24, 2012:

- Autism Specific SDC 5 days per week, 4 hours per day;
- Speech Language therapy, one individual session per week, 15 minutes in length and one group session per week, 30 min per session.
- O.T., one group session per week, 30 minutes per session;

At the annual IEP meeting, the team recommended the following goals and objectives to address ▮ identified educational unique needs and to be addressed through the recommended program and services:

1. Readiness (body parts)
2. Self Help (bathroom skills)
3. Behavior (daily routines)

EXHIBIT

5-23

10/14/13

P359

AR 0898

628

4. Behavior (motor imitation)
5. Behavior (attending)
6. Social Emotional (emotions)
7. Social Emotional (waiting)
8. Social Emotional (morning/afternoon routine)
9. Speech Language (names and faces)
10. Speech Language (actions in locations)
11. Speech Language (out of seat directions)
12. Speech Language ("break time")
13. Fine Motor (scissor skills)
14. Fine Motor (copying)
15. Mathematics (receptive identification numbers)

At this meeting, the IEP team reviewed the goals that were implemented from February 4, 2011 until consent was received for goals proposed at the February 1, 2012 meeting. The staff indicated that ████ achieved the following:

Area of readiness: ████ met one of his two goals in this area; progress was at 60 out of 80% for the body parts goal.

Area of Self Help: ████ met two of his three goals in this area; progress was at 55% for the utensil use goal.

Area of Behavior: ████ met his two goals in this area.

Area of Self Help: ████ met one of his two goals in this area; progress was at 50% for the functional play goal.

Area of Speech and Language: ████ met his five goals in this area.

Area of Fine Motor: ████ met his one goal in this area.

At the Annual/Triennial IEP that was held on February 4, 2011, the staff reviewed the results of the following tests, measures and records and determined ████ abilities and functioning levels, and subsequently his unique educational needs. This information was also considered when the IEP team determined FAPE for ████.

Review of N-MUSD Confidential File
- IEP Document 02/2009, 05/2009, 02/2010, 04/2010, 15/2010, 06/2010, 11/2010
- Developmental Assessment from Interagency Assessment Center; 06/2008
- Progress Report from ACES, Inc. (Aces Comprehensive Educational Services); 12/2008
- Progress Report from ACES, Inc.; 02/2009
- NMUSD Preschool Multidisciplinary Evaluation; 02/2009
- NMUSD Care Plan- Mouthing Objects; 02/2009

Review of Health and Developmental Records
- Newport-Mesa Audiology, Balance & Ear Institute, Inc., report of a Diagnostic Pediatric Audiological Evaluation dated 5/7/08

2

- Hoag Memorial Hospital report of a Newborn Physical/Progress Notes dated 3/18/06

Review of Health and Developmental History

Parent Interview
- Interview with Mr. and Mrs. Fulsang with School Nurse on 1/26/2011
- Interview with Mrs. Fulsang with School Psychologist on 1/28/2011

School Staff Interview
- Interview with Mrs. Steinman with School Psychologist on 1/27/2011

Clinical Observations
- Classroom observation by School Psychologist on 1/13 and 1/27/2011
- Classroom observation by Special Day Class Teacher on 1/27 and 1/28/2011
- Recess observation by School Psychologist on 1/31/2011

Assessments Administered:
- Adaptive Behavior Assessment System-2nd Edition (ABAS-II)
- Childhood Autism Rating Scale- 2nd Edition Standard Version (CARS-2ST)
- Clinical observations of eye/hand usage, postural responses, attention to task, neuromuscular development, sensory processing (registration, integration and modulation), motor planning and environmental interactions.
- Communication and Symbolic Behavior Scales Developmental Profile (CSBS DP)
- Developmental Assessment of Young Children (DAYC)
- The HELP (derived from "Hawaii Early Learning Profile")
- Mullen Scales of Early Learning AGS Edition
- The Peabody Developmental Motor Scales-2 (PDMS-2), the fine motor subtests (grasping and visual motor integration).
- Preschool Functional Educational Checklist completed by Leah Steinman, █████ teacher.
- Preschool Language Scales-Fourth Edition (PLS-4)
- Sensory Processing Measure – Preschool School Form completed by Leah Steinman, █████ teacher.
- Sensory Processing Measure – Preschool Home Form completed by Eric Fulsang, █████ father.
- Sensorimotor History Questionnaire for Preschoolers completed by Leah Steinman █████ teacher.
- Symbolic Play Scale

On April 6, 2012, the District received your letter requesting the District provide the █████ with an individual, one to one, full time aide.

The District has reviewed your request and finds that █████ is making educational progress in his current placement with the current level of services recommended at his last IEP. The District have reviewed █████ progress on his goals and finds that █████ has master twelve of the 15 goals that were implemented by the Eastbluff staff since

3

P361

AR 0900

September 7, 2011, in which ▮▮▮ transitioned to a kindergarten program. With regards to the remaining three goals, ▮▮▮ was at fifty percent or higher mastery with them when the staff reviewed convened the annual review IEP on February 1, 2012.

The District believes that ▮▮▮ has made great progress this school year taking into account the transition period, that can occur for students as them matriculate from preschool to kindergarten at a differing campus. The District believes the current ABA special day class with a low ratio of students to adults is appropriate and capable of ensuring educational progress for ▮▮▮. Consequently, the District denies your request to provide ▮▮▮ with a one to one full time instructional assistant. The school staff will continue to monitor ▮▮▮ program to ensure he continues to progress in the educational setting.

At this time, the District believes that it has offered ▮▮▮ with FAPE, and that the IEP has been calculated to provide him with educational benefit, and is consistent with the requirements of the federal Individuals with Disabilities Education Act (IDEA) and analogous with California law. If however you feel a dispute exists, you have the right to request a due process hearing before the Office of Administrative Hearings to resolve the dispute. Please know however, the District can in turn respond in a due process hearing to establish that it has offered ▮▮▮ an appropriate program (Educ. Code, § 56346 (b).

As parents of a child with a disability, you have protection under the procedural safeguards of the IDEA and State law. I have enclosed a copy of these procedural safeguards. If you need further assistance to understand this letter and/or any other procedural safeguards under the state and federal special education laws, please contact myself, or

Newport-Mesa Unified School District
Ann Huntington
Executive Director of Special Education
2985 Bear Street
Costa Mesa, CA 92626
Telephone: (714) 424-5064

California Department of Education
721 Capitol Mall
Sacramento, CA 95814-4785
http://www.cde.ca.gov/spbranch/sed

Office of Administrative Hearings
Special Education Unit
2349 Gateway Oaks Drive, Ste. 200
Sacramento, CA 95833-4231

Please feel free to contact me at your earliest convenience if you have any further questions or concerns. I can be reached at (949) 515-6594.

Sincerely,

4

Maureen Cottrell
Special Education Coordinator

Attachments: Parent's Rights
Copy;          Ann Huntington, Executive Director, Special Education, NMUSD

5

P363

AR 0902

632



## INTERIM AGREEMENT
### OAH Case #2012050785
*Fulsang, Student v. Newport-Mesa Unified School District*

This Interim Agreement ("Agreement") is made by and between Newport-Mesa Unified School District ("District") and Eric and Anelda Fulsang ("Parents") for themselves, and on behalf of their minor son ██████ Fulsang ("Student"). Hereinafter, the District, the Parents and Student shall collectively be referred to as the "Parties."

### RECITALS

A.  ██████ Fulsang, by and through his Parents, filed a request for a special education due process hearing with the Office of Administrative Hearings ("OAH") on or about May 17, 2012;

B.  Since the filing of the request, the Parties have participated in discussions regarding all of the issues presented in the matter. In an effort to further settlement, the Parties have agreed to enter into this Interim Agreement.

IN CONSIDERATION for the promises contained herein, the Parties hereby agree on an interim basis as follows:

### AGREEMENT

1.  Recitals. The Parties incorporate the above Recitals as if fully restated in this Interim Agreement.

2.  Independent Educational Evaluation. The District agrees to fund an independent educational evaluation ("IEE") of Student, to be conducted by Dr. Lauren Franke. The IEE will consist of a file/record review, but may also include, at Dr. Franke's discretion, observations across environments; if requested by Dr. Franke, District will consider having staff collect data on identified Student behaviors of concern as part of the IEE. If requested by Dr. Franke, the District and Parents will consider the administration of additional assessments as part of the IEE. The assessment will be completed and an IEP team meeting will be convened no later than 60 days after full execution of this Interim Agreement. District agrees to review and consider this IEE and any other private assessments at this meeting.

3.  Consent to Assess. Parties agree that signature on this Interim Agreement constitutes consent to assess as described in paragraph 2 above.

4.  No Admissions. This Interim Agreement and the negotiations preceding it are not intended to be, nor shall they be, deemed, construed or treated in any respect as an admission of liability by the District or its governing board, officers, directors, employees, agents, attorneys, insurers, sureties, joint powers authorities, and other representatives.

5.  Successors and Assigns. This Agreement shall inure to the benefit of, and be binding upon, the Parties and their representatives, heirs, successors and assigns.

6.  Review of Agreement. The Parties, and each of them, acknowledge that they have discussed or had the opportunity to discuss the Agreement with their respective attorneys/representatives who have explained the Agreement to them and that the Parties, and each of them, acknowledge that they understand all of the terms and conditions of this Agreement. Each Party acknowledges that they are signing this Agreement entirely upon their own volition, individual judgment, belief, and knowledge.

P369

AR 0908

7.  **Construction.** This Agreement is to be construed fairly and not in favor of or against any party, regardless of which party or parties drafted or participated in the drafting of its terms. Any rule of construction that a document is to be construed against the drafting party shall not be applicable to this Agreement.

8.  **Counterparts.** Each Party, for itself, may execute a counterpart (i.e., a corresponding and identical copy) of this Agreement and the combined effect of all signed counterparts will be as if each Party had executed one Agreement document. A facsimile signature when accompanied by a cover sheet from that Party's attorney or representative will be deemed to be an original signature. This Agreement shall become binding and effective when all Parties have signed the Agreement, or a counterpart, and the governing board has approved or ratified the Agreement.

IN WITNESS WHEREOF, the Parties hereto have duly approved and executed this Interim Agreement consisting of 2 pages on the date set forth opposite their respective signature.

By: _____     Dated: 11/5/12
Eric Fulsang, for himself and on behalf
of his minor son, ▬▬ Fulsang

By: _____     Dated: 11/5/12
Anelda Fulsang, for herself and on behalf
of her minor son, ▬▬ Fulsang

NEWPORT-MESA UNIFIED SCHOOL DISTRICT

By: _____     Dated: 11-29-12
Ann Huntington
Director of Special Education

APPROVED AS TO FORM:

LAW OFFICES OF KATHLEEN M. LOYER, INC.

By: _____     Dated: 11/8/12
Kathleen Loyer, Attorney for Petitioners

HARBOTTLE LAW GROUP

By: _____     Dated: 11-29-12
Daniel Harbottle, Attorneys for
Newport-Mesa Unified School District

2

P370



EXHIBIT
S-26
10/24/13

## Augmentative and Alternative Communication Consultation Report

Name: ███████ ████████
DOB: ██/██/██, 6 years 9 months
School: Eastbluff Elementary
Case Carrier: Kadi Burns, SDC Teacher
Speech and Language Pathologist: Caitlin Johnson MA, CCC
Assistive Technology Specialist and Speech/Language Pathologist: ████████ ████████, MA, CCC
Dates of consultation and observation: 11/27/12 and 12/6/12 (10 pages)

### Background Information:
█████ is a 6 year 9 month boy referred for an augmentative and alternative communication (AAC) and assistive technology consultation to determine his current needs in these areas. █████ was seen at Eastbluff Elementary School.

### Previous Augmentative Alternative Communication (AAC) reports relevant to this consultation
Review of Cindy Cottier's Augmentative Alternative Communication AAC report dated July 18th 2012, indicates that █████ requires a functional AAC communication system. This report indicated that a dynamic screen with speech generated feedback such as an iPad or iPod touch may be functional for him at this time. The examiner stated that if the iPad or iPod Touch are considered they should be different in appearance from his current iPad system so his uses are for communication and not recreation activities. She also stated that it is evident that photographs in a limited field (4 to 9 photos) on this type of device may facilitate successful requests for items and actions. Other systems tried but not recommended include a Picture Exchange Communication System (PECS) and a static screen Speech generated device called the Go Talk and a SpringBoard Lite. These were not recommended secondary to his poor visual attention and less precise manner in which he used the devices.

### Previous Multidisciplinary Report Information relevant to this evaluation:
█████ triennial, dated 1/26/2012 indicated the following information and summaries.

█████ a 4 year 10 month old adorable boy, attended Mrs. Steinman's ABA SDC preschool classroom at Mariners Elementary School (NMUSD).

*Overall █████ current cognitive functioning is judged to fall within the very low range with visual and receptive language skills falling at the 16-17[th] month range, expressive language skills at the 5th month range, and fine motor skills scattered up to 26th month range according to the Mullen. █████ demonstrates deficits in his rate of learning and intellectual profile; however, it is important to note personal growth from the assessment in January of 2009. █████ cognitive*

1

P371

ability based on informal play based assessment ranged from the 4 month level (social cognition) up to to the 18 month level (some literacy skills scattered into 18 month range) range. ▮▮▮ has obtained more skills since his last assessment in January of 2009. Overall, ▮▮▮ is demonstrating a delay of at least 32 months (2 years 8 months). ▮▮▮ demonstrates adaptive skills deficits in all areas.

The academic assessment indicated that ▮▮▮ demonstrates general and cognitive skills in the following areas including; matching colors and objects from a field of four, putting together a 3-piece puzzle, attending to adult and 1-step imitation. The IEP team has determined that ▮▮▮ presents with unique educational needs in the following areas; behavior, self-help, social/emotional development, readiness skills.

▮▮▮ is a 4 years, 10 months preschool boy who demonstrates significant delays in his speech, social development, and language skills. Results from this assessment suggest that his general communication profile is similar to a typically-developing young child between 12-15 months. ▮▮▮ uses functional communication including eye gaze with signs, gestures, vocalizations, and other indicating behaviors to direct others effectively in meeting his needs. He rarely demonstrates communicative behaviors for purposes other than behavioral regulation of others and is particularly successful in requesting choices and indicating preferred items. With repeated learning opportunities, ▮▮▮ is beginning to demonstrate improved skills when matching photos with objects and during 1-2 sequenced play with familiar, functional objects. His verbal behaviors continue to be restricted in range, but he is using other vocal dimensions (pitch, rate, and volume, nasality) to augment his communicative attempts with information about his emotional state.

▮▮▮ is currently functioning below age level in his visual-motor skills. However, he demonstrates good hand strength and manipulation skills to motorically be able to participate in fine motor activities. ▮▮▮ continues to have difficulty maintaining an optimal arousal level for learning in the classroom, demonstrating a lower arousal or alertness level in the school environment.

The assessments results indicate that ▮▮▮ meets the eligibility criteria for Autistic-like Behaviors, Intellectual Disability/Mental Retardation, and Speech and Language Impairment.

Summary of significant medical or health findings on the Multidisciplinary Report dated 1/26/2011:
Information obtained from school health records, observation during screening, and parent phone interview on 1-26-11. Indicate that ▮▮▮ is in good general health, has no known allergies and takes no daily medications. Vision screening consisted of tracking a bright light right to left, left to right and up and down. Convergence was observed when both eyes simultaneously moved inward as object moved closer to his nose. Mother has no concern about his vision. Hearing screening results were difficult to obtain with state mandated headphone screening. ▮▮▮ was not a candidate to wear the headphones due to his inability to comprehend the rationale for the testing. He was sensitive to the door opening

2

P372

AR 0911

636

and turned his gaze towards the door as it was opening. He also looked right when he heard a desk drawer close. His health file has a report from Newport Audiology dated 5-7-08 indicates a speech and language delay with normal middle ear function bilaterally. According to ▮▮▮▮ initial NMUSD Health and Developmental History dated 1-16-09, results from the Newport Audiology evaluation were "sufficient to rule out a hearing loss". Parent agrees his hearing to be intact. Dental screening results reveal no visible caries or gum disease.

## IEP Accommodations/Modifications and Goals

▮▮▮▮ current accommodation statement indicates; Accommodations and curriculum modifications will be provided in ▮▮▮▮ special education classroom, so that the level and pace of materials is appropriate. In addition, small group instruction, sensory strategies, and a specialized reinforcement system will be utilized as needed.

▮▮▮▮ has goals in the following areas; Readiness (match body parts), Self help/domestic (requesting restroom using a visual aid), Behavior (Navigate using a visual schedule, imitate movements and attend to activity), and Social/Emotional (match emotional state pictures, wait calmly and complete morning and afternoon routines).

## Current Communication Status:

▮▮▮▮ communicates through vocalizations, eye gaze, proximity, gestures, walking adult to a requested area or item, sign language and some picture/photo exchanges. His symbolic communication appears to be emerging in the areas of picture exchanges for foods and producing the following sign language or sign language approximations; 'cracker', 'all done', and 'more'. He uses language to communicate request of items and actions, affirmation (head nod), rejections (head shake), recurrence (more) and cessation (all done). ▮▮▮▮ uses eye gaze for 'shared enjoyment' during co-active and interactive sessions when requesting items or actions with an AAC device or signing. His effective 'eye gaze' occurred with this AT consultant when he was in anticipation of an item (puzzle piece, food) or for shared enjoyment and continuing an interactive activity (jumping together).

## Physical Abilities and Positioning:

▮▮▮▮ is ambulatory. He does not have any specific seating or positioning needs. He has adequate fine motor skills to be able to push on the touch screen's photo in an ipod touch to activate the button with his left index finger.

## AAC Equipment Considered:

The following equipment and AAC devices were demonstrated or considered for ▮▮▮▮

| Device/System | Purpose |
| --- | --- |
| Picture Based Communication | Picture based communication is an AAC system designed to teach the exchange of pictures to help children quickly acquire a functional means of communication (e.g., Picture Communication Exchange Systems or 'PECS' or a photo communication book). |

3

P873

| Portable Photo/Picture Daily Schedule | A new portable photo schedule was introduced and is currently being used daily with ██████ This reinforces symbols to be used for improving █████ receptive language skills on a functional basis across partners and settings. The photos are wallet sized, in a sequential field of 3 photos per page and used across most daily transitions. |
|---|---|
| iPod Touch with Proloquo2go | Proloquo2go is a customizable communication app that can be programmed to multiple levels using either Symbol Stix symbols or real photos with text-to-speech. |
| iPod Touch with 'Choice board' communication application | Choice board application is a communicating app that can be customized. Its display is very similar to the picture exchange communication systems (PECS) used in his class. |
| iPad with Proloquo2go | This is a dynamic screen device with communication software applications. |
| Sign Language | Manual sign language |

**Results of Devices Considered**
The following device features were considered for ████
- use of digital photos, icons or words
- use of sentences to promote language development with a message bar
- dynamic display with multiple levels given gesture and physical modeling prompts
- ability to scroll across buttons on single pages
- ability to teach navigating across multiple pages
- use of synthesized or real voice (preferably child-like voice if synthesized)
- portability of device

**Picture Communication System**
████ uses a picture exchange communication system with a photo book for communication at school. It is reported that he uses it with limited success across settings but is more successful when requesting food.
It was reported that he is able to exchange or point to 4 photos for foods and toys from fields of 5 photos. It is reported that he does not look through his book for requests.
It is also reported that he was able to match photos to areas to complete routines such as hand washing, throwing away trash, circle time and some centers.

 

4

### Sign Language

█████ was observed to imitate simplified sign language of a few core words including 'more', 'help' and 'all done'. Fringe vocabulary signs are 'cracker' and 'toilet' (currently being shaped and reinforced). Most of the signs were imitated or with a verbal prompt (e.g. Are you all done?). The signs are approximations and not easily understood by an unfamiliar communication partner. Sign language as an exclusive means of communication is not recommended. However it should be continued to support communication when other symbolic communications are not available (photos, AAC devices etc...). █████ is able to imitate a head shake for 'no' and a nod for 'yes' but is inconsistent independently.

### iPod Touch with Proloquo2go

The iPod Touch with Proloquo2go application was trialed to determine if █████ would be able to access/select actual photos on a small portable speech generated device (SGD). The iPod is also a touch sensitive device that requires less force than a membrane display. This device is beneficial due to its size and ease of portability for students who require a communication system in all environments. The Proloquo2go is a customizable communication app that can be programmed to multiple levels using either Symbol Stix symbols or actual pictures with text-to-speech output. Results of this trial indicated that █████ was able to activate buttons using his left index finger when the setting was on a 'very large' button size (approximately ¾" x ¾"). █████ used this device to request items, see results below. Also, he was able to scroll through 4 to 6 or 7 photos to make choices. █████ was able to navigate from his 'eat' and 'play' folder to the specific items for requests 10 times given gesture modeling. However, he would need modeling from an adult therapeutically to navigate between page sets (foods, toys etc...) and to activate the sentence bar. It should be noted that he demonstrated 'eye contact' or 'eye gaze' after requesting when using the iPod Touch a few times in anticipation or receiving the item.



*iPod touch with proloquo2go*

   A summary of 82 of █████ communicative intents in requesting play choices (preferred puzzles) at school with the iPod touch device with the proloquo2 go application is below. █████ independently requested items 47% of the time. He also was able to independently scroll 5 times through 4 to 6 photos. He successfully repaired this communication breakdown a few times by repeatedly hitting the button. At times █████ would repeatedly push the requested photo followed by his eye gaze to his partner. This appeared to function as a clarification of his requests to his partner and to repair any possible communication breakdowns. Twenty-one of █████ 82 requests appeared to be

5

P375

AR 0914

inaccurate requests based upon him rejecting the requested item and him going to a new request /photo, touching the preferred choice or pushing away the puzzle. When requesting foods or a drink, ███ was more independent (81%) for his accurate choices. It should be noted that  the icon 'all done' was elicited 9 times in which ███ was able to push the icon and demonstrate understanding expression of this concept by either signing 'all done' or getting up from his seat appropriately.

**Play choices (6 different puzzle choices)**

| Prompt levels 82 utterances | Independent | Gesture prompts | Physical prompts |
|---|---|---|---|
| Requested with Augmentative Alternative Communication (AAC) | 39 (47% ) | 14 (17%) | 8 (10%) |
| Scrolled independently through 4 to 6 photos | 5 times in a field of 6 buttons to select his preferred puzzle | | |
| Navigated out of the proloquo2go application | 1 out of 82 responses | | |
| Inaccurate choices evident by ███ pushing away puzzle, touching a different puzzle piece or selecting another photo. | 21 (25%) | | |

**Food and Drink choices (3 snacks and 1 drink)**

| Prompt levels 36 utterances | Independent | Gesture prompts | Physical prompts |
|---|---|---|---|
| Requested with Augmentative Alternative Communication (AAC) | 29 (81%) | 5 (13%) | 2 (.05%) |
| Scrolled independently through 4 to 7 photos | 11 times in a field 4 to 7 buttons to select his preferred puzzle | | |

6

P376

| Navigated out of the proloquo2go application | 0 out of 36 responses | | |
|---|---|---|---|
| Inaccurate choices | 0 | | |

**Core words (All done)**

| Prompt levels 9 utterances | Independent | Gesture prompts | Physical prompts |
|---|---|---|---|
| All done Icon | 2 (22%) | 6 (66%) | 1 (.1%) |

It appears that this application would meet ██ communication needs including use of icons or pictures for communication, with auditory feedback. He would require extensive training/ modeling to be able to navigate between page sets. The staff would need to customize and to program the device at multiple levels.

The iPod Touch would provide ██ with an easily portable communication system that can be available to him at in the classroom, during various activities.

**IPod Touch with My Choice Board application**

The My Choice Board app using the iPod Touch was tried. My Choice Board is a communication app which is similar to a PECS system. The program provides a visual display of choices, which when one is selected, it is displayed on the 'I want' sentence strip. When the student touches the 'I want' sentence strip, the choice is then displayed on a full screen. The primary purpose of this app is to present a visual display of choices for the student with limited communication skills.



The My Choice Board app was considered because it presented a very clear visual display of the selected choice when the student touched the 'I want' button. The 2 hit sequence to access the 'I want____' request appeared to be difficult requiring consistent physical and gesture prompting with ██. Additionally ██ did not visually scan his choices which were very small (less than ½ "x ½ ") and appeared to select the photos in from a field of 5 randomly. The application also does not have text to speech and requires recordings of all items from staff members when programing it. This application is not recommended for ██ at this time.

7

P377

### The iPad from Apple with the software called Proloquo2go

The iPad from Apple with the software called Proloquo2go software was tried. The ipad photos appearance was set on a very large setting resulting in a field of 4 to 6 photos. This specialist modeled pushing the photo initially to help █████ use this to request.   It is reported that █████ uses an ipad at home for entertainment activities and at school for reinforcement. There are concerns and precautions of █████ using the ipad for communication and entertainment and that he may and has been observed to resist using it as a dedicated communication device. This resistance is typical of students using an ipad for leisure and entertainment activities. This ipad is not recommended at this time to support █████ communication needs due to this resistance, his tapping on the screen and limited portability.

It should be noted that █████ tapped repeatedly on the iPad with no communicative intent 6 times. It appears the tapping were sensory based and distracted him from communicating his basic wants and needs.



### Play choices (4 different puzzle choices)

| Prompt levels 46 utterances | Independent | Gesture prompts | Physical prompts |
|---|---|---|---|
| Requested with Augmentative Alternative Communication (AAC) | 15 (32% ) | 11 (23%) | 0 |
| Inaccurate choices | 20 (43%) | | |

### Food and drink choices

| Prompt levels Utterances | Independent | Gesture prompts | Physical prompts |
|---|---|---|---|
| Requested with Augmentative Alternative Communication (AAC) | 11 (61% ) | 3 (16%) | 0 |
| Inaccurate Choices | 4 (22%) | | |

### Computer Access

█████ was observed working with a computer literacy program called 'Star Fall'. He required maximum prompting in using a 'mouse' for clicking any pictures or

8

P378

AR 0917

642

letters. When given a single switch program he was able to touch the mouse's left side for a 'single click' to continue a fun song.

He was not able to use the mouse to navigate the screen or to follow the 'mouse pointer'. However he would point to the photos on the screen imitatively or with verbal prompts. It is reported that he uses his iPad for recreational software at home and is use to a 'touch screen'. A touch screen is recommended on a trial basis for computer access in his classroom.

Recommendations:

█████ is a sweet 6-year-old boy who presents with significant communication challenges. █████ currently uses facial expressions/gestures, proximity, simplified signs, picture exchange and word approximations to communicate his needs. Based on this consultation, the following recommendations are offered:

1. █████ should continue a multi-modalic approach to support his communication needs including picture symbols and sign language. It is critical for █████r to have photographs and symbols daily in his classroom and have the staff model this during functional activities, transitions and schedule changes. Consultation with the staff should include creating a 'symbol/photograph rich' educational environment. This approach includes the staff modeling AAC (photographs and symbols) during most activities. This may include; photographs used with in-task schedules (e.g. 'first____ then__'), communication activity boards supporting specific activities, or daily schedule changes (e.g. math, reading, recess, computer, library etc. ...)

2. A 4 to 6 week trial of a small portable speech generated dynamic screen device with communication software support such as the iPod Touch with the Proloquo2go application. This type of device is recommended for █████ to support his communication needs. Use of the iPod Touch will ensure portability of the device into the community and for all school/home activities. The following considerations should be made when programming this type of device:

   • Use of icons and photos set at 'very large' using child voice for text-to-speech.
   • The photos and icons should be presented in a field of 4 to 6 buttons. This application should be customized and programmed for █████ so he can easily navigate the device. The staff can model using this system in the classroom on a daily basis during functional activities (e.g. snack, leisure time, art, sensory play etc...). A reinforcement survey and activity scripts can be used to identify █████ preferred items and activities for functional and successful communication programming.
   • Device to be used solely for communication purposes as a dedicated communication device (i.e. not to be used with any other applications).

9

P379

- If this trial is successful, ███ should have access to this device to support his communication needs including; his communicative intents of requests, cessations, rejections and/or affirmations.
- The staff can model using this system in the classroom on a daily basis during functional activities (e.g. snack, leisure time, art, sensory play etc...).

2. The Assistive Technology Specialist will be available on an 'as needed' basis to provide AAC training and on-going support for ███ and his team.
3. A touch screen is recommended on a trial basis for computer access in his classroom.

Lila Seldin, M.A. CCC #5601
Speech-Language Pathologist/AT Consultant

10

P380

AR 0919

644

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014

EXHIBIT
S-27
10/19/13

**Newport-Mesa Unified School District**
Individualized Education Program

**COVER PAGE**

Page 1 of 37

Draft

**Student:** Fulsang, J

**Student Information**

| Name: First | Middle | Last |
|---|---|---|
| | J | Fulsang |

DOB 03/14/2005   Age 6

Social Security #   Student ID # 145793   Grade 01   Gender Male

Address 5016 River Av   City/State/Zip Newport Beach, CA 92663   Apt. #

District of Residence: Newport-Mesa Unified School District
Local School (based on residence): Newport Elementary
School of Attendance: Newport-Mesa Unified School District   Eastbluff Elementary

A. Initial Entry into Special Ed.: 02/12/2009
(This date will not change and reflects FIRST IEP date in district where initial placement was made)

B. Timeline Information (Dates)
Date of This Meeting: 01/23/2013
Next Meeting Date: 01/22/2014
(See Meeting Notes page for details)
Next Annual Review: 01/22/2014
Date of Last Evaluation: 02/04/2011
(Date that IEP team met to consider eligibility)
Next 3 yr. Review Due: 02/04/2014

C. Purpose of Meeting
Primary: Annual Review
Secondary: IEE record review

Meeting Tape Recorded?   ☐ Yes   ☑ No

**Parent/Guardian Information**
Eric Fulsang

Name of Parent/Surrogate/Guardian
5016 River Av, Newport Beach, CA 92663
Address   Telephone 949-838-4139 (home) (work) (cell)

Name of Parent/Surrogate/Guardian   Anelda Fulsang
5016 River Av, Newport Beach, CA 92663
Address   Telephone 949-838-4139 (home) (work) (cell)

Student's Primary Language: English   Home Language: English
Determined by: Registration materials

D. Eligible
Primary Disability: AUT-Autistic Like   ☑ Yes   ☐ No

Secondary Disability/ies:
MR/ID–Mental Retardation/Intellectual Disabilities
SLI–Speech/Lang Impairment

Eligible for mental health services:   ☐ Yes   ☑ No
Mental health services language included:   ☐ Yes   ☑ No

E. Educational Rights Held by: Parent/Guardian

F. Assessment (Accommodations page, section C)
Participation in Statewide assessment programs:
CAHSEE:   Outside Test Group
STAR:   Outside Test Group

G. English Language Learner:
English Language Level:

H. Interpreter / Translation Request
Interpreter Requested?   ☐ Yes   ☑ No
Translation of IEP Requested?   ☐ Yes   ☑ No

I. Residence: Parent or legal guardian
J. Ethnicity: White
K. Preschool Setting

L. Non-District Funded Agency Services   ☑ Yes   ☐ No

Additional Meeting(s)   ☐ Yes   ☑ No

**H. Program and Services Recommended and Offered**
☐ Offer declined. See section "SE 16 – PARTICIPANTS and CONSENT" for details.

* Indicates Primary Service

| Program/Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction; Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 15) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated * | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 1850 min = 31.00 hrs | Yes |
| Language and speech | 01/23/2012 | 02/15/2013 | Special Ed Classroom | Special Ed | Individual; Direct | 3 | per week | 20 min = 0.33 hrs | Yes |
| Language and speech | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Individual; Consult | 1 | per day | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Assistive Technology Services | 01/23/2013 | 03/27/2013 | Special Ed Classroom | Special Ed | Individual; Consult | 1 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Individual; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE*17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

P38   SE 9 (8-03)

AR 0920

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     921 of 1332

Page __2__ of __37__

Draft

## Newport-Mesa Unified School District
### Individualized Education Program
### COVER PAGE

See Notes Page

**Student:** Fulsang, █████
(Services provided per school schedule and calendar. Non-student days are excluded.)
ITP not required for this student.

Special Transportation:  ☐ No  ☑ Yes, specify:  Curb to Curb (Round Trip)
Rationale: ████ qualifies for curb to curb transportation due to age and disability

SPE 9 (8-03)

P382

AR 0921

646

Page   3   of   37

**Newport-Mesa Unified School District**
Individualized Education Program
INFORMATION CONSIDERED

Student:   Fulsang          □ IEE

Present performance includes results of the most recent assessments:
□ State   □ District-wide   ☑ Classroom   □ Alternate Assessments

Describe how student's identified disability affects involvement & progress in general curriculum.
Or, for preschooler, how the disability affects the child's participation in appropriate activities:
■ has socio/behavioral, intellectual, fine motor, adaptive, and language deficits that negatively impact his ability to participate in the general curriculum.

**Health/Medical:**
He is in good general health, has no known allergies, and takes no daily medications. Mother states he is a "good eater and likes school very much".

There have been no new health issues since the last assessment was completed on 1-16-09. ■ has been to the Dentist in the last month without any concerns. He has not required a sick visit to his Primary Care Physician in over a year.

Parents indicated at the IEP meeting that ■ had an EEG 2/2010. Results indicated that he does not have Epilepsy or seizures.

| | | Date of Testing: | 01/26/2011 |

**Vision:**   Vision screening consisted of tracking a bright,light right to left, left to right and up and down. Convergence was observed when both eyes simultaneously moved inward as object moved closer to his nose. Mother has no concern about his vision.

| | | Date of Testing: | 01/26/2011 |

**Hearing:**   Hearing screening results were difficult to obtain with ■. ■ did not tolerate headphone screening. ■ was not a candidate to wear the headphones due to his inability to comprehend the rationale for the testing. He was sensitive to the door opening and turned his gaze towards the door as it was opening. He also looked right when he heard a desk drawer close. His health file has a report from Newport Audiology dated 5-7-08 indicates a speech and language delay with normal middle ear function bilaterally. According to ■ initial NMUSD Health and Developmental History dated 1-16-09, results from the Newport Audiology evaluation were: "sufficient to rule out a hearing loss". Parent agrees his hearing to be intact.

**Health Care Plan Location:**

**Behavior:**
Currently, student's behavior impedes learning of self or others and behavior interventions are needed:   □ No   ☑ Yes

Regular discipline procedures apply

☑ Behavior Goals
□ Behavior Support Plan
□ Behavior Intervention Plan

**Documentation of Initial Placement:**
Initial Placement:   □ No   □ Yes   *If yes is checked, this section must be addressed.*
*This following general education resources were utilized or considered prior to placement in Special Education*

Referred for Initial Eval   Parent
By:

| Parent Consent Recd Date for Previous Eval: | 12/08/2008 | □ Early Intervening Services. |

Evaluation Delay Reason:   Official school break of more than five days

Evaluation Delay Other Reason:

| Previous | 09/02/2008 |
| Referral Date: |

Special factors related to low incidence disabilities were considered:   ☑ N/A   □ Yes

E-11 (8-06)

P383

Draft

647

Newport-Mesa Unified School District

Individualized Education Program

INFORMATION CONSIDERED

Page ___4___ of ___37___

**Student:**    Fulsang,

**Parent concerns and priorities for the education of the student:**

Parents report [redacted] strengths as: ipad, puzzles, swimming, maintaining attention in one on one situations, urinating in the toilet.  They report his challenges as: potty training (defecating in the toilet), speech, effective communication, requesting what he needs.  Parents would like to see the following goals met this year: complete potty training, request to go potty, prevent repetitive behavior by redirection, develop communication master plan.

**Input from General Education Teacher:**

[redacted] enjoys school.  He seems happy when he is at school and around other people.  He attends pull outs with the general education first grade class.  Academically he is far behind his peers.

**Student Learning Strengths/Preferences:**

[redacted] has shown improvement this year in following familiar 1 step directions.  He can match pictures, and imitate two step movements.  He enjoys putting puzzles together and enjoys social reinforcement from adults.  [redacted] uses some signs to communicate as well as pictures to request preferred items.

E 11 (8-06)

P382

Draft

Page ____5____ of ___37___

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fuisang, ▓▓▓

AREA OF NEED:          Readiness

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|------|-------------|----------|------------|
| Body parts | ▓▓▓ will match body parts: head, nose, stomach (beginning with pictures of his own, moving on to pictures of a different head, nose and stomach) with 80% accuracy across two weeks of data collection. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|-----------|-------|
| ▓▓▓ is able to match picture to picture of body parts.  He is also able to match up to 4 picture to line drawings of body parts to an actual photo picture of the corresponding body part. | |

Goal(s) Needed?          No

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Draft

SE 12 (8-06)

P383

AR 0924

649

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     925 of 1332

Page   6   of   37

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student:   Fulsang ▇

AREA OF NEED:   Self Help/Domestic

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Bathroom | Using a visual aide, ▇ will request to use the restroom through out his school day with 50% accuracy across two weeks of data collection. | Progressing Towards | 33 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| When provided with at least 3 picture choices during regular scheduled bathroom breaks, ▇ will choose a picture of the toilet independently.  He is able to complete the bathroom routine with minimal support. | ▇ does not independently request the restroom when in the classroom or other areas around school when it is not a regular bathroom break.  He also has not used an AAC device to make these requests yet, at this time.  He will not deficate into the toilet at school. |

Goal(s) Needed?          Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Draft

SE 12 (8-06)

P386

AR 0925

650

# Newport-Mesa Unified School District
## Individualized Education Program
### NEEDS/GOALS

Page: 7 of 37

Student: Fulsang ▮

AREA OF NEED: Behavior

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Attending | During instructional time, ▮ will attend to the activity being presented (body towards activity, engaging in activity as needed) for 2 consecutive minutes across two weeks of data collection. | Met | |
| Daily Routines | Through out the school day, ▮ will independently navigate through his day using a visual schedule with 80% accuracy across two weeks of data collection. | Met | |
| Motor Imitation | During large group instruction ▮ will imitate 3 consecutive movements with 80% accuracy across two week of data collection. | Progressing Towards | 48 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs: |
|---|---|
| ▮ attending during work time has improved. He will attend to activities for at least 2 consecutive minutes. He is able to use classroom visuals from his visual schedule to navigate through the class during center rotation and other in class activities. When called by his name, ▮ will follow familiar classroom instructions (sit down, throw in trash, come here, line up, etc). | ▮ will tap on the table and other objects during instructional time. When ▮ familiar choral classroom instructions are given to the entire class, ▮ does not consistently follow the instructions. When feeling frustrated or agitated, ▮ does not yet requests breaks independently. |

Goal(s) Needed?    Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE T7), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

P387

Draft

AR 0926

651

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          927 of 1332

Page ___8___ of __37__

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, [redacted]

AREA OF NEED: Behavior

Goal # 1      Goal Name: Choral Instructions

Baseline Performance: (*Quantitative data from assessment, observation, work samples and/or progress on prior goals*)

When the class is given familiar choral instructions (line up, go to circle time, wash hands, etc), [redacted] will respond to the instruction 25% of opportunities provided.

ANNUAL GOAL:
During classroom activities, [redacted] will follow familiar choral classroom instructions (line up, find snack, clean up, etc) in 80% of charted opportunities across two weeks of data collection.

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

☑ Applies to ESY

**Benchmarks/Objectives**

| Name | Description | Target Date: |
|------|-------------|--------------|
| B1 | During classroom activities, [redacted] will follow familiar choral classroom instructions (line up, find snack, clean up, etc) in 40% of charted opportunities across two weeks of data collection. | 06/21/2013 |
| B2 | During classroom activities, [redacted] will follow familiar choral classroom instructions (line up, find snack, clean up, etc) in 80% of charted opportunities across two weeks of data collection. | 11/13/2013 |

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 47), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

P385

AR 0927

652

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page    9    of    37

Draft

Student:  Fulsang, █████

AREA OF NEED:  Behavior

Goal # __2__        Goal Name:  Self Regualtion        ☑ Applies to ESY

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

Currently █████ is not able to reequst calming or sensory strategies. He will grab adults hands to press on his jaw or chin when he needs input. He will aslo cry and/or whine when needing sensory input. When prompted with the ASL sign for break, he will walk away from the activity and take a break. █████ enjoys tickles on his arms, squeezes and bounces on the big ball for sensory breaks. Currently he has been observed reqeusting a break 0% of opportunities provided.

ANNUAL GOAL:
When feeling aggitated, █████ use his AAC device to reqeust a calming/coping or sensory strategy (i.e. squeezes, tickels, bouncing, etc.) in 50% of chaned opportunities in a two week period.

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| B1 | During small group, █████ will receptively identify icons of two sensory strategies with 50% accuracy across a two week period. | 06/21/2013 |
| B2 | During small group, █████will receptively identify icons of three sensory strategies with 50% accuracy across a two week period. | 11/13/2013 |

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

Evaluation Method(s):
☐Performance assessment
☐Work sample analysis
☑Teacher observation/data
☐Standardized assessment
☐Commercially-made tests
☐Teacher-made tests
☐Teacher records
☐Data Collection
☐Other,

Person(s) Responsible:
☑Special Education Teacher
☐Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Mental Health Provider
☐Psychologist
☐District Specialist
☐Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress, E.C. 56345.10

SE 12 (8-06)

P389

AR 0928

653

Page   10   of   37

Draft

# Newport-Mesa Unified School District
Individualized Education Program
## NEEDS/GOALS

Student:   Fulsang, ▮

AREA OF NEED:   Behavior

Goal # 3          Goal Name:   Stimulatory Reduction          ☑ Applies to ESY

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

Baseline Performance: (*Quantitative data from assessment, observation, work samples and/or progress on prior goals*)

During a center rotation, when objects are present on the table, ▮ will work at the table without tapping the table or objects for an average of 2 minutes.

ANNUAL GOAL:

During table top activities, when objects are present, ▮ will sit for an average of 8 consecutive minutes with calm hands, not tapping the table or objects across two weeks of data collection.

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| B1 | During table top activities, when objects are present, ▮ will sit for 4 consecutive minutes with calm hands, not tapping the table or objects across two weeks of data collection. | 06/21/2013 |
| B2 | During table top activities, when objects are present, ▮ will sit for 6 consecutive minutes with calm hands, not tapping the table or objects across two weeks of data collection. | 11/13/2013 |

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Standardized assessment
☐ Data Collection
☐ Other

Person(s) Responsible:
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345;10

SE 12 (8-06)

P390

654

Page __11__ of __37__

# Newport-Mesa Unified School District
## Individualized Education Program
### NEEDS/GOALS

**Student:** Fulsang, ▮

**AREA OF NEED:** Social/Emotional

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Emotions | During small group instruction, when presented with a picture of an emotional state, ▮ will match the appropriate emotional state with the corresponding picture with 80% accuracy of given opportunities across two week of data collection. | Met | |
| Morning/Afternoon routine | ▮ will independently complete the morning and afternoon routine (unzipping his backpack, getting his folder, putting it in the correct spot; finding his cubby, getting his folder, putting it in his back pack and zipping it up) in with 80% accuracy across two weeks of data collection. | Met | |
| Waiting | During snack time or lunch, when a highly preferred food is near him, ▮ will wait with calm ready hands (not grabbing peers food) with 80% accuracy of given opportunities across two weeks of data collection. | Progressing Towards | 66 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ will respond when his name is called. He enjoys being with others and enjoys social reinforcement. He is able to complete his morning and afternoon routine activities independently. He knows and follows familiar classroom routines. He can make snack or reinforcement choices by pointing to the item that he wants as well as providing a picture of the item. He is making progress on raising his hand during snack time when he is ready for more. When attending he can match the same picture of an emotion. | Currently ▮ does not use an AAC device to make choices during break or snack time. ▮ does not show awareness of who his peers are. ▮ can not receptively identify his name at this time. |

**Goal(s) Needed?**    Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SSE T7), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

E 12 (8-06)

P391

Draft

**AR 0930**

655

**Newport-Mesa Unified School District**

Individualized Education Program

NEEDS/GOALS

Page  12  of  37

**Student:** Fulsang,

**AREA OF NEED:** Social/Emotional

**Goal # 1**    **Goal Name:**    Choices    ☑ Applies to ESY

**Begin Date:** 01/23/2013
**End Date:** 01/22/2014

**Content Standard:**

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

[  ] can make simple choices pictures of preferred items from a book or a strip using only the picture to make the request. He has shown success in receptive labeling preferred items in the classroom. When presented with an AAC device during consultation, [  ] was able to choose a preferred item 64% of opportunities provided.

**ANNUAL GOAL:**

When given a field of four choices, [  ] will select his preferred choice on an AAC device in 80% of charted opportunities across two weeks of data collection.

**Evaluation Method(s):**
[  ] Performance assessment
[  ] Work sample analysis
[☑] Teacher observation/data
[  ] Standardized assessment
[  ] Commercially-made tests
[  ] Teacher-made tests
[  ] Teacher records
[  ] Data Collection
[  ] Other

**Person(s) Responsible:**
[☑] Special Education Teacher
[  ] Speech/Language Pathologist
[  ] Adapted PE Teacher
[  ] Occupational Therapist
[  ] Physical Therapist
[  ] General Education Teacher
[  ] Mental Health Provider
[  ] Psychologist
[  ] District Specialist
[  ] Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| B1 | When given a field of four choices, [  ] will select his preferred choice on an AAC device in 70% of charted opportunities across two weeks of data collection. | 06/21/2013 |
| B2 | When given a field of four choices [  ] will select his preferred choice on an AAC device in 75% of charted opportunities across two weeks of data collection. | 11/13/2013 |

†Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. [E.C. 56345.10]

SE-12 (8-06)

Draft

P392

Page   13   of   37

Draft

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student:   Fuisang,  

AREA OF NEED:   Social/Emotional

Goal #   2    Goal Name:   Name Identification    ☑ Applies to ESY

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

**Baseline Performance:** (*Quantitative data from assessment, observation, work samples and/or progress on prior goals*)
When presented with a group of names ▮ will correctly identify his own name 26% of opportunities provided.

**ANNUAL GOAL:**
When given three names ▮ will receptively identify his written name in a field of four in 80% of charted opportunities across two weeks of data collection.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| B1 | When given four names, ▮ will match his name correctly in 80% of charted opportunities. | 06/21/2013 |
| B2 | When given three names ▮ will receptively identify his name in 60% of charted opportunities. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

P393

AR 0932

Page  14  of  37

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student:  Fulsang,

AREA OF NEED:  Social/Emotional

Goal #  3        Goal Name:        Peer mathching        ☑ Applies to ESY

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

Baseline Performance: (*Quantitative data from assessment, observation, work samples and/or progress on prior goals*)

Currently ▓ does not show awareness of who his peers are. When asked to find a peer or point to a specific peer's picture, ▓ will respond correctly 15% of opportunities provided.

ANNUAL GOAL:

▓ will match a picture of his peer, to the actual peer in 60% of charted opportunities across two weeks of data collection.

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| B1 | ▓ will match a picture of his peer to the same picture of his peer in 60% of charted opportunities across two weeks of data collection. | 06/21/2013 |
| B2 | ▓ will match a picture of his peer, to the actual peer in 40% of charted opportunities across two weeks of data collection. | 11/13/2013 |

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress; E.C. 56345.10

SE 12 (8-06)

Draft

P394

AR 0933

658

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     934 of 1332

Page 15 of 37

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, ▮

AREA OF NEED: Speech and Language

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|------|-------------|----------|------------|
| "Break time" | During semi- structured learning times after being told by staff ▮ you can take a break", i.e unstructured time for self- directed play ▮ will independently present a specific break card/PECS/AAC to signal the beginning of his break to the staff in 60% of the opportunities in which data is collected during a two-week period. | Met | |
| Actions in locations | During structured learning opportunities in which a simple phrase (e.g. "Show me ▮ lining up") is paired with one with five familiar daily actions in different school settings through PECS/ AAC and high levels of reinforcement are provided, ▮ will demonstrate receptive knowledge of the associated action in the noted location and phrase by moving to the noted location and performing the appropriate expected action included in picture with an average of 60% accuracy during a two-week collection period. | Met | |
| Names and faces | During structured learning opportunities in which three pictures through PECS/ AAC are presented in a field and high levels of reinforcement are provided, ▮ will identify a minimum of three familiar adult staff and two family members with an average of 60% accuracy in the trials in which he is asked to "Touch (name)" in data collected in a two-week period. | Met | |
| Out-of-seat directions | During structured learning tasks in which high levels of reinforcement are provided and he is provided a visual through PECS/ AAC of one of four familiar locations to place the object ▮ will complete the given targeted direction with an average of 50% accuracy across data collected in a two week period. Targeted instructions to include: "Put item in XXX" (e.g. trashcan, cubby, break area, library). Accuracy will not include return to seat but completion of direction. Actual target locations to be determined by IEP team. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

Strengths ▮ overall functional communication system continues to expand but is very restored. Change requires maximal support. However, through a combination of picture cards, common gestures, indicating behaviors, vocalizations, direct contact with adult, and gaze to his partner, ▮ is able to communicate basic needs and requests to his partner. He is consistently identifying preferred items (pointing or selecting PECS), protesting (shakes head or pushes item away), and signaling more (sign) and eat (sign). He demonstrates comprehension of the functional locations and objects required in his school setting with maximal learning efforts and in structured lessons. Using pictures within the familiar environment, ▮ is able to identify familiar and preferred adults. He is also able to follow directions within the classroom. He is able to follow familiar one-step directions within the classroom (lining up). He is able to follow familiar one-step directions within the classroom. The required foundational skills for building an expanded symbolic communication system that utilizes icons and/ or picture cards

Needs ▮ continues to demonstrate very delayed receptive language abilities and receptive multiple options paired with high levels of reinforcement to acquire new skills. While he is able to pair names with familiar adults members, he is not able to pair names with his peers. He is not yet consistently and independently recognizing the relationship between visual systems/ PECS/ AAC and its role in directing his behavior or gaining him access to preferred activities/ items.

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C.56345.10*

SE 12, (8-06)

P395

Draft

AR 0934

659

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 16 of 37

**Student:** Fulsang, ▮

**AREA OF NEED:** Speech and Language

with actual actions and objects is emerging. Also, he is beginning to use a visual schedule consistently in the classroom and is able, with prompting, to manipulate the calendar to indicate that an activity is next or that an activity has been completed.

**Goal(s) Needed?** Yes

| Goal #: 1 | Goal Name: Cessation | Begin Date: 01/23/2013 |
| --- | --- | --- |
| | | End Date: 01/22/2014 |

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
▮ is able to imitate "all done" as a sign language approximation. He also independently demonstrated cessation using AAC pictures in 22% of provided opportunities.

**Content Standard:**

**ANNUAL GOAL:**
When presented with communication opportunities within the classroom ▮ will use AAC to demonstrate cessation ("all done") in 50% of provided opportunities across 2 data collection sessions.

**Evaluation Method(s):**
- ☐ Performance assessment
- ☐ Work sample analysis
- ☑ Teacher observation/data
- ☐ Standardized assessment
- ☐ Commercially-made tests
- ☐ Teacher-made tests
- ☐ Teacher records
- ☐ Data Collection
- ☐ Other

**Person(s) Responsible:**
- ☐ Special Education Teacher
- ☑ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Mental Health Provider
- ☐ Psychologist
- ☐ District Specialist
- ☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
| --- | --- | --- |
| B1 | When presented with communication opportunities within the classroom, ▮ will use AAC to demonstrate cessation ("all done") in 35% of provided opportunities across 2 data collection sessions. | 06/21/2013 |
| B2 | When presented with communication opportunities within the classroom, ▮ will use AAC to demonstrate cessation. ("all done") in 45% of provided opportunities across 2 data collection sessions. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SIE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SIE 12 (8-06)

P396

Draft

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                              936.of 1332

Page 17 of 37

Draft

# Newport-Mesa Unified School District
## Individualized Education Program
### NEEDS/GOALS

**Student:** Fulsang, [redacted]

**AREA OF NEED:** Speech and Language

**Goal #** 2    **Goal Name:** Rejection

**Begin Date:** 01/23/2013
**End Date:** 01/22/2014

**Content Standard:**

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
[redacted] currently indicates rejection using physical gestures (shaking his head, pushing items away). He is not yet using AAC pictures to indicate rejection (0% of provided opportunities).

**ANNUAL GOAL:**
When presented with a non-preferred activity or object within the classroom, [redacted] will use AAC to demonstrate the intent of rejection ("I don't want it") in 50% of provided opportunities across 2 data collection sessions.

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| B1 | When presented with a non-preferred activity or object within the classroom, [redacted] will use AAC to demonstrate the intent of rejection ("I don't want it") in 20% of provided opportunities across 2 data collection sessions. | 06/21/2013 |
| B2 | When presented with a non-preferred activity or object within the classroom, [redacted] will use AAC to demonstrate the intent of rejection ("I don't want it") in 40% of provided opportunities across 2 data collection sessions. | 11/13/2013 |

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10*

SE 12 (8-06)

P397

Page  18  of  37

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fuisang, ▮

AREA OF NEED:   Speech and Language

Goal # 3        Goal Name:              Requesting Actions

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

Baseline Performance: (*Quantitative data from assessment, observation, work samples and/or progress on prior goals*)

To request actions, ▮ able to imitate the sign for "help" and will grab an adults hand and place it under his chin for sensory input. With the AAC device, ▮ requested action in 0% of provided opportunities.

**ANNUAL GOAL:**
When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.) ▮ will demonstrate the intent of requesting an action (help, swing, jump, sensory input) in 50% of provided opportunities across 2 data collection sessions.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| B1 | When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.) ▮ will demonstrate the intent of requesting an action (help, swing, jump, sensory input) in 20% of provided opportunities across 2 data collection sessions. | 05/21/2013 |
| B2 | When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.) ▮ will demonstrate the intent of requesting an action (help, swing, jump, sensory input) in 40% of provided opportunities across 2 data collection sessions. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress, E.C. 56345.10

SE 12 (8-06)

P398

Draft

AR 0937

662

Page __19__ of __37__

Draft

# Newport-Mesa Unified School District
## Individualized Education Program
### NEEDS/GOALS

Student: Fulsang, [REDACTED]

AREA OF NEED: Speech and Language

Goal # 4    Goal Name:    Requesting Objects

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

Currently [REDACTED] is able to request preferred objects (puzzles and edibles) using AAC. He requested food in 81% and puzzles in 47% of provided opportunities (average of 64%). He also points to desired objects and uses signs for "candy" and "cracker."

**ANNUAL GOAL:**

When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.) [REDACTED] will demonstrate the communicate the communicate intent of requesting an object using AAC in at least 2 different activities in 80% of provided opportunities across 2 data collection sessions.

**Evaluation Method(s):**
- ☐ Performance assessment
- ☐ Work sample analysis
- ☑ Teacher observation/data
- ☐ Standardized assessment
- ☐ Commercially-made tests
- ☐ Teacher-made tests
- ☐ Teacher records
- ☐ Data Collection
- ☐ Other

**Person(s) Responsible:**
- ☑ Special Education Teacher
- ☑ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Mental Health Provider
- ☐ Psychologist
- ☐ District Specialist
- ☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| B1 | When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.) [REDACTED] will demonstrate the communicate intent of requesting an object using AAC in at least 2 different activities in 70% of provided opportunities across 2 data collection sessions. | 06/21/2013 |
| B2 | When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.) [REDACTED] will demonstrate the communicate intent of requesting an object using AAC in at least 2 different activities in 75% of provided opportunities across 2 data collection sessions. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

P399

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    939 of 1332

## Newport-Mesa Unified School District
### Individualized Education Program
### NEEDS/GOALS

Page    20    of    37

Student:  Fulsang

AREA OF NEED:  Fine Motor

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Pre-Writing Copying | To demonstrate improved visual motor integration skills, ▮ will copy the following pre-writing shapes: horizontal/vertical line and circle (clear start/end to circle), in 70% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members. | Progressing Towards | 67 |
| Scissor Skills | To demonstrate improved visual motor coordination and motor planning skills, ▮ will cut across a 6 inch line (1/2 inch thick), deviating no more than 1/4 inch from the boundaries of the lines, in 60% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ demonstrates the ability to cut on a 6 in long line that is 1/2 in wide while staying with a 1/4 in from the boundaries. When attending he is able to imitate a vertical line, horizontal line and open ended circle. | ▮ demonstrates difficulties with boundary awareness. He is unable to trace ▮ letters of the alphabet. |

Goal(s) Needed?     Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12, (8-06)

Draft

P400

AR 0939

664

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page 21 of 37

Student: Fulsang, [redacted]

AREA OF NEED: Fine Motor

Goal # 1    Goal Name:    Pre-writing tracing

Begin Date: 01/23/2013
End Date: 01/22/2014

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

[redacted] demonstrates the ability to imitate a vertical, horizontal line and open ended circle, he is able to use a dot mark to fill in the dots for a letter that is approximately 6 inches.

Content Standard:

ANNUAL GOAL:

To demonstrate improved visual motor integration skills [redacted] will trace the letters of his first name (approximately 8 in., letters), in 70% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members.

**Evaluation Method(s):**
- ☐ Performance assessment
- ☐ Work sample analysis
- ☑ Teacher observation/data
- ☐ Standardized assessment.
- ☐ Commercially-made tests
- ☐ Teacher-made tests
- ☐ Teacher records
- ☑ Data Collection
- ☐ Other

**Person(s) Responsible:**
- ☑ Special Education Teacher
- ☐ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☑ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Mental Health Provider
- ☐ Psychologist
- ☐ District Specialist
- ☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| Benchmark 1 | To demonstrate improved visual motor integration skills, [redacted] will trace the letters of his first name (approximately 8 in., letters), in 50% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members. | 03/13/2013 |
| Benchmark 2 | To demonstrate improved visual motor integration skills, [redacted] will trace the letters of his first name (approximately 8 in., letters), in 60% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members. | 11/13/2013. |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

Draft

E 12 (8-06)

P401

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     941 of 1332

Page 22 of 37

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED:     Fine Motor

Goal # 2     Goal Name:     Scissors skills

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

Baseline Performance: (*Quantitative data from assessment, observation, work samples and/or progress on prior goals*)
■ demonstrates the ability to cut on a 1/2 in wide line that is 6 in. long staying within 1/4in from the given boundaries.

ANNUAL GOAL:
To demonstrate improved visual motor coordination and motor planning skills ■ will cut across a 10 inch line (1/4 inch thick), deviating no more than 1/4 inch from the boundaries of the lines, in 70% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

**Person(s) Responsible:**
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| Benchmark 1 | To demonstrate improved visual motor coordination and motor planning skills ■ will cut across a 10 inch line (1/4 inch thick), deviating no more than 1/4 inch from the boundaries of the lines, in 50% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members | 03/13/2013 |
| Benchmark 2 | To demonstrate improved visual motor coordination and motor planning skills, ■ will cut across a 10 inch line (1/4 inch thick), deviating no more than 1/4 inch from the boundaries of the lines, in 60% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

IE 12 (8-06)     Draft

P402

**AR 0941**

666

# Newport-Mesa Unified School District
## Individualized Education Program
### NEEDS/GOALS

Page __23__ of __37__

**Student:** Fulsang, ▮

**AREA OF NEED:** Mathematics

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Receptively identifying number | During small group instruction, ▮ will receptively identify numbers 1-5 with 60% accuracy across two weeks of data collection. | Progressing Towards | 40 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ can sort by colors. He's able to match his numbers up to 10. ▮ has shown some improvement in receptively identifying his numbers 1-5. He can receptively identify the numbers 1 and 2 with 60% accuracy. | -receptively identifying qualitative concepts |

**Goal(s) Needed?** Yes

**Goal #** 1     **Goal Name:** Quantitative Concepts     ☑ Applies to ESY

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
When presented with a quantitative ▮ will receptively identify quantitative concepts(big/little, full/empty) 17% of charted opportunities.

**ANNUAL GOAL:**
▮ will receptively identify qualitative concepts of big/little, empty/full in 50% of opportunities provided across two weeks of data collection.

**Begin Date:** 01/23/2013
**End Date:** 01/22/2014

**Content Standard:**

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| B1 | ▮ will receptively identify qualitative concepts of big/little, empty/full in 30% of opportunities provided across two weeks of data collection. | 06/21/2013 |
| B2 | ▮ will receptively identify qualitative concepts of big/little, empty/full in 40% of opportunities provided across two weeks of data collection. | 11/13/2013 |

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Draft

SE 12 (8-06)

P403

AR 0942

667

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page 24 of 37

**Student:** Fulsang, ▮

**AREA OF NEED:** Language Arts

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Letter Identification | During small group instruction, ▮ receptively identify the following letters: A, B, C, D, E with 80% accuracy of given opportunities across two weeks of data collection. | Progressing Towards | 57 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ can match letters. When attending to the letters in front of him he has shown some improvement in receptively identifying letters A and B. | -Identifying categories<br>-Matching action noun sentences that are similar. |

**Goal(s) Needed?** Yes

---

**Goal # 1**    **Goal Name:**    Agent/Action     **Begin Date:** 01/23/2013   **End Date:** 01/22/2014

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
When presented with a field of four agent action picture cards, ▮ will match the similar picture card 12% of provided opportunities.

**Content Standard:**

**ANNUAL GOAL:**
When presented with a picture of an agent action activity, out of a field of 4, ▮ will receptively match the action noun sentences to a similar action noun picture in 60% of opportunities provided across two weeks of data collection.

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| B1 | When presented with a picture of an action noun activity, ▮ will receptively match the agent action sentences to a similar action noun picture in 50% of opportunities provided across two weeks of data collection. | 06/21/2013 |
| B2 | When presented with a picture of an agent action activity, ▮ will receptively match the action noun sentences to a similar action noun picture in 60% of opportunities provided across two weeks of data collection. | 11/13/2013 |

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

P404

AR 0943

668

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 25 of 37

Student: Fulsang,

AREA OF NEED:      Language Arts

Goal # 2       Goal Name:           Categories          ☑ Applies to ESY

Begin Date: 01/23/2013
End Date: 01/22/2014

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

Content Standard:

When presented with quantitative concepts, ▮ will correctly identify 27% of opportunities provided.

ANNUAL GOAL:

When given pictures of familiar items (school supplies, clothing, animals, food, etc) in a field of 4, ▮ will separate them into the correct category in 80% of opportunities provided across two weeks of data collection.

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| B1 | When given objects from two different categories, ▮ will correctly separate the items into the appropriate category in 80% of charted opportunities. | 06/21/2013 |
| B2 | When given pictures out of three categories, ▮ will correctly separate the pictures into the appropriate category in 80% of charted opportunities. | 11/13/2013 |

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☑ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345;10

SE 12 (8-06)

P405

Draft

ADMINISTRATIVE RECORD FOR MATTER 2012050785    02/25/2014    945 of 1332

Page  26  of  37

**Newport-Mesa Unified School District**
**Individualized Education Program**
**PROGRAM CONSIDERATIONS**

Student:  Fulsang,

**A. Federal Setting**

Federal Setting School:    Regular classroom/Public day school

Federal Setting Preschool:

**B. Assessment Information**
The following were used to determine the student's eligibility and/or Special Education services:

☐ Tests              ☐ Evaluations
☐ Records            ☐ Reports

Adaptive Behavior Assessment System-2nd Edition (ABAS-II); Childhood Autism Rating Scale- 2nd Edition Standard Version (CARS-2ST); Clinical observations of eye/hand usage, postural responses, attention to task, neuromuscular development, sensory processing (registration, integration and modulation), motor planning and environmental interactions; Communication and Symbolic Behavior Scales Developmental Profile (CSBS DP); Developmental Assessment of Young Children (DAYC); The HELP (derived from "Hawaii Early Learning Profile"); Mullen Scales of Early Learning AGS Edition; The Peabody Developmental Motor Scales-2 (PDMS-2), the fine motor subtests (grasping and visual motor integration); Preschool Functional Educational Checklist completed by Leah Steinman, _____ teacher; Preschool Language Scales-Fourth Edition (PLS-4); Sensory Processing Measure - Preschool Home Form completed by Eric Fulsang, _____ teacher; Sensory Processing Measure- Preschool School Form completed by Leah Steinman, _____ teacher; Sensorimotor History Questionnaire for Preschoolers completed by Leah Steinman; Symbolic Play Scale Review Records

**C. Support for Transition**

Grade Level Change:    N/A
Program Type:          N/A
School Type:           N/A

Description of supports for transition:

ITP not required for this student.

**D. Participation in General Education**

☑ Lunch, Recess, Passing Periods    ☑ Electives
☐ Other

To what extent is the student not in the general education setting? In your discussion, include such things as: class activities, school activities, issues related to possible "harmful effects" of placement.

General education limits _____ ability to participate, and he requires additional support and smaller class size.

Explain why services that the student is to receive can not be provided in the general education setting.

_____ deficits and identified unique educational needs require intensive specialized instruction that cannot be fully addressed through participation in general education. Due to these deficits _____

79   % of time outside the regular education classroom for special education services

**E. English Language Learner Information:**

☑ No    ☐ Yes

**F. Options**

|  | Considered | Recommended |
|---|---|---|
| General Education | ☑ | ☐ |
| Designated Instruction and Services | ☑ | ☑ |
| Resource Services | ☑ | ☐ |
| Special Day Class | ☑ | ☑ |
| County Program | ☐ | ☐ |
| Non-Public School | ☐ | ☐ |
| State Special School | ☐ | ☐ |
| Home/Hospital | ☐ | ☐ |
| Instruction in non-classroom setting | ☐ | ☐ |
| Alternative Education | ☐ | ☐ |
| Other | ☐ | ☐ |
| Other | ☐ | ☐ |

Draft

SE 13 (8-03)

P406

AR 0945

670

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     946 of 1332

Newport-Mesa Unified School District
Individualized Education Program
PROGRAM CONSIDERATIONS

Page 27 of 37

Student: Fulsang

**G. Discussion of LRE and Placement**
* Indicates Primary Service

| Program/Service<br>* Indicates Primary Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction; Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 15) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 1860 min = 31.00 hrs | Yes |
| Language and speech | 01/23/2012 | 02/15/2013 | Special Ed Classroom | Special Ed | Individual; Direct | 3 | per week | 20 min = 0.33 hrs | Yes |
| Language and speech | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Individual; Consult | 1 | per day | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Assistive Technology Services | 01/23/2013 | 03/27/2013 | Special Ed Classroom | Special Ed | Individual; Consult | 1 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Individual; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |

(Services provided per school schedule and calendar. Non-student days are excluded.)

**Notes:**

| Service | Provider: |
|---|---|
| SDC public integrated | NMUSD |
| Language and speech | NMUSD |
| Language and speech | NMUSD |
| Occupational therapy | NMUSD |
| Language and speech | NMUSD |
| Assistive Technology Services | NMUSD |
| Language and speech | NMUSD |

Individual direct speech service (1/23/13-2/15/13) 3X20 min/week to introduce AAC device and begin facilitating communication with the device. Therapy will take place in the special ed setting.

The assistive technology specialist will consult in the classroom with the staff to provide training and support of ▬ AAC device, AAC systems and techniques.

**EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES:**
Rationale:
To maintain skill levels and prevent regression of skills

Extended School Year (ESY): ☐ No ☑ Yes

| Program/Service<br>* Indicates Primary Service | Projected Start | End | Anticipated Location (Site) | Setting | Mode | Frequency | | Min/Hrs Per Session |
|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 06/25/2013 | 07/23/2013 | Special Ed Classroom | Special Ed | Group; Direct | 5 | per week | 240 min = 4.00 hrs |

NOTICE: An IEP Addendum meeting will be held in the event that a change to the above-described Program/Services is necessary.

SE 13 (8-03)

P407

Draft

AR 0946

671

## Newport-Mesa Unified School District
### Individualized Education Program
### ACCOMMODATIONS, SUPPORTS AND SERVICES

Page 28 of 37

Draft

**Student:** Fulsang,

**A. Participation in Statewide and District Assessment Programs:**

Participation in Statewide assessment programs:

| | |
|---|---|
| CAHSEE: | Outside Test Group |
| STAR English Language Arts: | Outside Test Group |

| | |
|---|---|
| STAR Math: | Outside Test Group |
| STAR History: | Outside Test Group |

| | |
|---|---|
| STAR Science: | Outside Test Group |
| STAR Writing: | Outside Test Group |

Tests identified accommodations/modifications are necessary for enabling the student to demonstrate knowledge, ability, skills, or mastery, and should be consistent with those identified in the instructional setting to give the student access to the curriculum.

Specific variations, accommodations and modifications to be used in testing:

| Type of Variation, Accommodation or Modification | CAHSEE | English Lang Arts | Math | Science | History | Writing | CELDT | District Testing | Classroom Tests |
|---|---|---|---|---|---|---|---|---|---|

☐ Student will take the Standards-based Tests in Spanish (STS) using CST variations/accommodations/modifications listed above.

Note: Students participation in the California Physical Fitness Tests will receive the Variations, Accommodations, or Modifications listed above, if they directly apply to the testing situation. (Refer to the Testing Variations, Accommodations, and Modifications chart published by the California Department of Education)

☐ Desired Results Developmental Profile to be used (Ages 3-5)

Adaptations allowed:     Test Type:

**B. Program modifications, supplementary aids, and accommodations (including effect on grading) for the student to progress in general education and/or activities:**

Accommodations and curriculum modifications will be provided in ▮▮▮ special education classroom so that the level and pace of materials is appropriate. In addition, small group instruction, sensory strategies, and a specialized reinforcement system will be utilized as needed.

▮▮▮ team should continue a multi-modal augmentative alternative communication (AAC) approach to support his communication needs including, photos, picture symbols and sign language. The staff should model and encourage AAC receptively and expressively during functional activities, transitions and/or schedule changes. These systems may include visual schedules and communication books.

A 4 to 6 week trial of a small portable speech generated dynamic screen device with communication software support such as the iPod Touch with the Proloquo2go application for support of his communication goals.

**C. Supports / modifications provided to school personnel to enable student to advance toward attaining annual goals, progress in general education and/or activities, and be educated and participate with other children with and without disabilities (i.e. trainings, materials):**

The Assistive Technology Specialist will be available on an 'as needed' basis to provide AAC training and on-going support for ▮▮▮ and his team. AT specialist will provide 4 hours of training of IEP team on techniques and programming of ▮▮▮ AAC device.

SE 13 (8-03)

P408

AR 0947

672

**Newport-Mesa Unified School District**
**Individualized Education Program**

Page 29 of 37

Draft

**Student** ▮▮ Fulsang
**D. Physical Education:**
☑ General Ed

**E. Low Incidence Disability:** ☑ No ☐ Yes

Does the student have a solely low incidence disability (for ages 0-2 only)?: ☐ Yes ☐ No

**Blind/Visually/Impaired:** ☐ Yes ☑ No

**Appropriate Reading Medium:**
Braille Instruction/Use: ☐ Yes ☐ No

**Deaf/Hard of Hearing:** ☐ Yes ☑ No

**Describe communication Needs:**

Describe opportunities for direct communication with peers and professional personnel in the child's language/communication mode that meets the child's needs, including the need for direct instruction, and is at students academic level:

**Orthopedic Impairment** ☐ Yes ☑ No

**Consider for all students with low incidence disabilities:**
specialized services, equipment, and materials consistent with state guidelines required for student to make progress toward IEP goal(s):

**F. Consideration of Assistive Devices and Services:**

Does the student require assistive devices and/or services to make progress toward IEP goals at this time? ☐ No ☑ Yes, the following is/are recommended:

▮▮ team should continue a multi-modal augmentative alternative communication (AAC) approach to support his communication needs including, photos, picture symbols and sign language. The staff should model and encourage AAC receptively and expressively during functional activities, transitions and/or schedule changes. These systems may include visual schedules and communication books.

A 4 to 6 week trial of a small dynamic screen speech generated device such as the ipod touch with the communication software proloque 2 go is recommended.

Devices, services and curricular interventions currently available at the school site can meet the student's needs at this time:      ☑ Yes    ☐ No, see Notes page.

**G. Promotion/Retention (Grades 2 -9):**
☑ Not Applicable (outside of grade range)

Current Performance (Grades 2 - 9):

Student is meeting the standards identified above:      ☐ Yes    ☐ No, see Notes page.

**H. High School Completion Plan (must be 16 years old or younger if appropriate)**

- ☑ Not Applicable
- Notice: Algebra I or the equivalent is required to earn a regular high school diploma.
- Notice: The California Department of Education has waived the California High School Exit Exam (CAHSEE) graduation requirement for students with an active IEP, effective with the 2009-10 graduating class, if all other requirements are met.

1. The requirements for high school graduation have been explained to me:
☐ Student initials (if appropriate)     Date: _____
☐ Parent initials                        Date: _____

2. At this time, student is working toward earning:
☐ Certificate: will have completed course of study or reached maximum age.
☐ Diploma: will have met all general education graduation requirements

**REQUIREMENTS FOR GRADUATION WITH A DIPLOMA**

1. Credits: Total required: _____     Currently has earned: _____

2. California High School Exit Exam (CAHSEE)

| Area | Pass OR Waiver | | Date |
|---|---|---|---|
| Math | ☐ Pass | ☐ Waiver | _____ |
| English/Language Arts | ☐ Pass | ☐ Waiver | _____ |

3. Anticipated date of high school completion:

SE 13 (8-03)

P409

Case: 15-56452, 07/05/2016, ID: 10039501, DktEntry: 21-2, Page 125 of 285

Draft

Page 30 of 37

Newport-Mesa Unified School District
Individualized Education Program

P410

SE 13 (8-03)

AR 0949

674

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          950 of 1332

Page  31  of  37

Draft

# Newport-Mesa Unified School District
## Individualized Education Program
### MEETING NOTES

Student:     Fulsang

**MEETING SUMMARY**

**TAPE RECORDING (SE 9):**
Meeting Tape Recorded?          ☐ Yes  ☒ No

**MEETING DURATION (SE 8):**
Scheduled:    January 23, 2014
Start:        3:00pm
End:          5:00pm

**INTRODUCTIONS (SE 8):**
Introductions were made. Cheryl Beck-principal, Maureen Cottrell- Administrator, Tammy White- Administrator, Lila Seldin- AAC consultant and Speech and Language Pathologist, Caitlin Johnson- Speech and Language Pathologist, Tim Chen- Occupational Therapist, Lindsay Moore- General Education Teacher, Kadi Burns- SDC Teacher, Dr. Franke, District Attorney- Dan Harbottle, Parent, Attorney- Kathy Loyer.

**REVIEW OF PARENTAL PROCEDURAL SAFEGUARDS (SE 16 has Parental Acknowledgement)**
☑ Parent waived reading and/or review of Parental Procedural Safeguards.
  Declined review of rights.

**PURPOSE OF THE MEETING (SE 8, § SE 9):**
Annual review, IEE review, AAC consult review.

**STUDENT AND PARENT/GUARDIAN INFORMATION VERIFICATION (SE 9):**

**PRESENT LEVELS OF PERFORMANCE (SE 11):**
Present levels of performance were discussed.

**PROGRESS ON PRIOR GOALS (SE 10):**
Readiness goal was met. ▉ s progressing towards his self help/ toileting goal. Goal has been revised this year to reflect new communication system. 2 behavior goals were met (attending and daily routines). ▉ s progressing towards the motor imitation goal. 2 social emotional goal was met (morning/afternoon routines and matching emotions). 1 social goal is progressing towards (motor imitation). All four speech goals were met within the familiar classroom setting. ▉ met one OT goal (scissor skills) and is progressing towards the prewriting goal. ▉ is making progress toward his letter identification goal and his letter identification goal, these goals have not been met.

**GOALS AND OBJECTIVES (SE 12):**
New goals:
Behavior- Choral Instructions, Self Regulation, Stimulatory Behavior Reduction.
Social Emotional- Making Choices, Name Identification, Peer Matching, Speech- Cessation, Repetition, Requesting Actions, Requesting Objects.
OT- Scissor skills, prewriting.
Math- Quantitative concepts, Language Arts- Agent/Action and Identifying Categories.

SE 13 (8-03)

P411

AR 0950

675

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                                       951 of 1332



**Newport-Mesa Unified School District**

Individualized Education Program

**MEETING NOTES**

Page __32__ of __37__

Draft

Student: ___ Fülsang⬛

**ACCOMMODATIONS, SUPPORTS AND SERVICES (SE 14):**
Section F-CONSIDERATION OF ASSISTIVE DEVICES AND SERVICES
An AAC device was recommended to assist ⬛ in his communicative abilities in order to make progress toward goals.

**SPECIAL TRANSPORTATION (SE 9):**
⬛ is eligible for curb to curb transportation, however parents prefer to transport him to and from school.

**EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES RECOMMENDED AND OFFERED (SE 13):**
ESY is recommended for ⬛ to maintain progress made on IEP goals from the current school year. ESY recommendation is 5 days a week, 4 hours a day ABA classroom from 6/25/13-7/22/13.

**PARENT COMMENT/CONCERNS (SE 11, SE 9):**
⬛ Parents report ⬛ strengths as: ipad, puzzles, swimming, maintaining attention in one on one situations; urinating in the toilet. They report his challenges as: potty training (defecating in the toilet), speech, effective communication; requesting what he needs. Parents would like to see the following goals met this year: complete potty training, request to go potty, prevent repetitive behavior by redirection, develop communication master plan.

**NEXT IEP MEETING (SE 9):**
Next Annual IEP will be held on or before 1/22/14. Next Addendum IEP will be held to review the additional evaluation results, ⬛based on AF developed on 1/23/13.

SE 15 (8-03)

P412

AR 0951

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    952 of 1332

# Newport-Mesa Unified School District

## Individualized Education Program

### MEETING NOTES

Page 33 of 37

Student: Fulsang

The annual IEP meeting convened. Introductions were made. Procedural rights were presented to parents. Dr Franke shared her perspective after reviewing all records. She said that her recommendation would be for an FBA+ functional behavioral assessment, and that assistive technology be utilized. She said that based on what we know to date, pre-requisites are not necessary for consideration of use of AT devices. Mr Harbottle said the district can provide the parents with an assessment plan for an FBA, and that can be drafted and presented today. The staff asked if there were questions for Dr. Franke. The parent's attorney asked Dr. Franke if she would conduct the FBA and she said she does not have the time. Mr Harbottle said the District would conduct the assessment. The parent's attorney Mr. David asked Dr Franke if she saw the District. She was asked by Ms Loyer if she had anything to add to it. She said she did not.

Ms Seldin reviewed her AT report. Parents and Ms Loyer said they reviewed the consultation form and the report that Ms Seldin provided them in advance. She reviewed the devices that she trialed with the child. She said she felt the use of photos and they were used for programming. She shared how photos are used for at communication attempts. She said she would need to provide therapeutic modeling for use of the device. She said he is starting to shake his head for no and yes. His mother said that he is confused with yes and no regarding head shaking. Ms Seldin said that this can be hard to teach and how she has programmed the device to reject - I am all done, I don't want it etc. The smallest field was 4 to 6 items on a very large setting for icons. Ms Seldin responded to Ms Loyer's question about the size of the iTouch. She shared that children were able to utilize this. His mother said she has concerns with this size. Ms Seldin said that the device was not as successful with the iPad. She said there was more sensory input on the iPad. [ ] gang said that [ ] uses the iPad at home and Mr. Fulsang said that there was some self-limit behavior on the iPad. Ms Cottier thought how Ms Cottier thought how iPads would sort out use, i.e one for play and one for communication. Ms Seldin answered this. Ms Seldin and spoke to Ms Loyer's about the training that was recommended for AT. Ms Seldin said that is definitely recommended the therapeutic modeling across staff and with [ ]. Mr Harbottle asked for further clarification on how the modeling would be provided. He said that it seems appropriate for staff carry with one software and the parent has [ ] the parents [ ] is a non-conventional means for gaining attention. She shared the importance of modeling for each [ ] environment, and without that modeling, she noted growth can be less than expected. She stressed how the device would be used multiple times by the adult and then offered to the student for his use. The team discussed how the tool would be used by as a communicative device by adults in order to emphasize and continually use the device will [ ]

Tim Chen the OT joined the meeting at 3:30 pm. The team discussed the importance of having all team members utilizing the same strategies and modeling techniques. [ ] has a home program from RCOC and the supervisor and staff agreed with this. Ms Fulsang shared her perspective on his language needs.

The team agreed to proceed in the meeting with addressing goals addressed and proposed. Ms Burns began by reviewing readiness goal that was met. She reviewed the self help toileting goal and described the steps that [ ] is able to perform in the routine. She said that he is at 33% mastery. His mother said [ ] is not urinating at school over the last two dates. Ms Burns shared how [ ] has been using the urinal, due to bowel issues expressed by mother. He has not been sitting on the toilet at school, and over the last days he has not urinated at school. The team discussed how [ ] noticed interior issues. The parent's attorney asked for clarification on using the data. The supervisor gave input. Mr Harbottle asked questions and the parent responded. The supervisor said they are trying to find a very strong reinforcer. The team discussed suggestions. Ms White shared how the [ ] was eliminating in a diaper so there is a connection with removing the diaper and using the toilet. The supervisor shared strategies they are trying, including the strategies suggested by Ms White, but they are not working. Ms White suggested that at times it is necessary to back up and rebuild the association in a positive manner. Dr. Franke suggested that the routine toileting schedule might be re-teaching look a long time and said maybe a year. She said that they need to be looking at the entire schedule. And Ms White and Dr Franke discussed schedule. She shared that this is for parent's to discuss. The team discussed that if parents agree to putting [ ] in diapers, the toilet goal would be not be implemented. An Individual Health Care Plan will be developed by the School Nurse and attached to this IEP. The case plan will be provided to parents for them to review. The district will provide changing paper, private location for changing and gloves. Parents would provided diapers and any preferred soap for cleaning. Team agreed that the preferred changing position would be lying down and not standing. Ms Loyer will inform Ms Cotterill the parents agree to this plan.

Ms Burns reviewed the Behavior goals. [ ] met two of his three goals. He is progressing at 40% on the motor initiation goal. He is progressing at 24% on the second goal. Ms Burns reviewed the self regulation goal. Mr Chen OT gave input on how he can support this goal. The parents asked about what AAC device would be trialed. The team discussed that [ ] implemented. Ms Seldin answered this. The team discussed the AAC device with the contents of the device as recommended goals seen by parents within contents. Ms Seldin shared how the AAC device can go home once a waiver is signed for liability by request a mini iPad, that would take longer based on the District response and equipment on hand. Ms Seldin shared how the implementation of use of AAC device for the self-regulation goal when she makes attempts to vocalize his needs, i.e. crying, whining etc. Ms White, Mr Burns and Ms Seldin shared how the implementation can be progressive and how reinforcement can be provided along with video modeling. Ms Burns of prompt fading strategies. Ms Burns reviewed the slim reduction goal and how the good is for 45 min. Ms White spoke to how this goal. Ms White spoke to the former social emotional goals. She said that [ ] met two of his three goals. He is progressing with waiting goal at 65%. Ms Burns spoke of how [ ] needs to wait and cannot take another's snack. The parents shared what [ ] does at home. The father asked if there is a way to define his spaces. Ms Burns shared have designated areas and place mats. Ms Loyer could [ ] it goes beyond food. The parents shared

Draft

P413

SE 15 (8-03)

# Newport-Mesa Unified School District
## Individualized Education Program

**Student:** Fuisang, ■■■■■     Page 34 of 37

### MEETING NOTES

experiences related to him taking another's food. Ms White shared how closely tied this behavior is to communicating what he wants, when the item is in proximity.

Ms Franke shared how it is important is to set up the AAC device so there are non preferred icons for choice making. Ms Burns reviewed the proposed goal for name identification. The father expressed how this would be good for him. Ms Burns reviewed the proposed goal for matching pictures of peers.

Ms Johnson, SLP reviewed the SL goals. She gave examples of how he met each goal. Ms Johnson said that goals have been met in the classroom setting. Ms Johnson said that she is proposing goals based on use of the AAC device. Ms Johnson spoke on the importance of supporting his use of the device. Ms Fuisang shared how ■■ had some speech sounds in the past. She said she heard him saying the "r" sound last night and she thinks he was sleeping. She said she never heard him make this sound before. Ms Johnson said that she has heard him make the "m" sound with a picture of mother. The mother asked how the staff is addressing speech sounds. Dr Franke said that if the direction is to use the AAC that speech sounds should not be addressed as focusing on them diminishes the focus on AAC. The staff agreed. Ms Loyer reviewed this position with Ms Fuisang. The recommendation from this team is to work towards communication with the language with the use of AAC. The father shared his perspective with the importance of developing communication language. The staff and Ms Loyer shared that the AAC would continue to support ■■ to expressive language. Ms Seldin shared that research shows that AAC supports verbal communication and has potential expressive output. The staff and Ms Loyer shared the importance of continued modeling and Ms Seldin shared how she can see signing to communicate as well. The father shared that in his opinion the importance of having measurable progress and how he feels the use of AAC would show this progress. He said that in his opinion the private SL service that focused on verbal language did not pay off. Mr Harbottle and staff shared how in their experience they have seen students who demonstrate the intent to communicate once an AAC device is being implemented.

Ms Cottrell presented a time check and asked for parents to indicate what they would like to cover in the remaining time. The father said he wanted to have the FBA concluded. Ms Anderson asked what the plan was or staff could give the behaviors to be. Ms White said the purpose of FBA would be to determine and reactive. If parents expressed frustration with the process and their requests. Mr Harbottle reviewed the intent of the interim settlement agreement. He asked Dr Franke what other assessment might she consider. She suggested that sensory processing should be assessed. Mr Chen shared his perspective from working with him. Ms Cottrell said that a FBA and independence assistance assessment would be concluded. The parent shared that he would like to have all assessments considered. Ms Anderson expressed concerns with the use or not the use of the AAC and how this decision can have an impact during the assessment. Dr Franke said that in her opinion the AAC and the change to diapers should be made for 30 days and then this assessment should be conducted. She said that if she thinks the FBA should be conducted in less than 60 days. The parents said the FBA should be conducted during the day and then school will be closed for one week in Feb. Mr Harbottle shared the importance for taking the full 60 days for ensuring the data is accurate and comprehensive. Ms Loyer said she would agree to a time extension. Dr Franke shared that in her opinion the AAC and the change to diapers should be made for 30 days in Feb. He suggested proceeding with the assessment. Mr Fuisang said he now thinks how the AAC and diapering should not be implemented. Parents were critical toward staff and their efforts. Mr Harbottle spoke about the staffs ongoing involvement in this case and said the parents should not be so critical of them or the past.

The team agreed to proceed with the FBA and to proceed with the AAC and the move to diapers. Ms Loyer said that the parents are accepting the goals proposed in the IEP. Ms Loyer said that they plan or staff could consider the behaviors to be. Ms White said they would like to provide feedback in the future. And that they are in agreement with using the TouchVoice. Ms Seldin is recommending training to staff and parents. Home supervision of behavior service will be invited to the training. Ms Seldin reviewed her training recommendations.

Ms Loyer asked about the SL recommendation that Ms Cottrell made. Ms Johnson shared her recommendations for SL and outlined her recommendation for direct and consultation time. Ms Seldin reviewed her recommendation for independent levels of service, 1x20 min/week and 1x20 min/week individual direct and 3x20 min/week sessions individual to be given for a short term until mid March. Ms Johnson offered a change in service. Ms Seldin suggested reiterated her recommendation for AAC training and support.

## FREE AND APPROPRIATE PUBLIC EDUCATION (FAPE) OFFER:

FAPE:
**Classroom:** 5 days a week, SDC ASA classroom with general education opportunities during lunch, recess, music, computers, library and school assemblies.

**Speech:** 1X30 mins/week individual (1/23/13-1/22/14); 1X30 mins/week small group (1/23/13-1/22/14); 3X20 mins/week individual consultation (1/23/13-1/22/14); 3X20 mins/week individual direct (1/23/13-2/15/13).

**OT:** 30 minutes per week in a small group

**AT:** 30 minutes per week of assistive technology consultation in class from 1/23/13 to 3/27/13;
3 months per year of assistive technology service to be provided includes:
The Assistive Technology Specialist will be available on an 'as needed' basis to provide AAC training and on-going support for ■■■ and his team, AT specialist will provide 4 hours of training of IEP team on techniques and programming of ■■■ AAC devices.

P4.14

SE 15 (8-03)     Draft

AR 0953

678

ADMINISTRATIVE RECORD FOR MATTER 2012050785    02/25/2014    954 of 1332



Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Student: Fulsang

Page 35 of 37

Draft

| FOLLOW-UP ACTIVITY | PERSON RESPONSIBLE | DATE DUE |
|---|---|---|

SE 15 (8-03)

P416

Page __36__ of __37__

**Newport-Mesa Unified School District**

Individualized Education Program

**PARTICIPANTS AND CONSENT**

Student. ___Fulsang,___

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Educational Program:     \*\*Indicates participants not required if student is attending Adult Transition program.

| | | | | |
|---|---|---|---|---|
| Fulsang, Eric | Signature / Date | Fulsang, Anelda | | Signature / Date |
| **Father** | | **Mother** | | |
| Cottrell, Maureen | Signature / Date | Burns, Katherine | | Signature / Date |
| **Administrator** | | **Special Ed Teacher** | Case Carrier | |
| Johnson, Caitlin | Signature / Date | Chen, Tim | | Signature / Date |
| **Speech/Language Pathologist** | | **Occupational Therapist** | | |
| Anderson, Karrie | Signature / Date | Seldin, Lila | | Signature / Date |
| **Psychologist** | | **Speech/Language Pathologist** | | |
| Kathy Loyer | Signature / Date | Dr. Lauren Franke | | Signature / Date |
| **Lawyer** | Lawyer | **IEE Consultant** | IEE Consultant | |
| Dan Radodile | Signature / Date | Lindsay Moore | | Signature / Date |
| **District Lawyer.** | Lawyer | **General Education Teacher** | First Grade Teacher | |
| Maggie McCrow | Signature / Date | | | |
| **In home Program Supervisor** | | | | |
| | In home provider | Signature / Date | | |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION**

*Please initial each applicable statement below:*

☐ I have been advised of and given a copy of the special Education Procedural Safeguards.    ☐ I CONSENT to this Individualized Education Program.

☐ I had an opportunity to participate and help develop the IEP.    ☐ I CONSENT to this Individualized Education Program EXCEPT for the

☐ I request a copy of this Individualized Education Program to be provided in my primary language.    following:

☐ I have received a copy of the IEP and assessments (if any).    ☐ I DO NOT CONSENT to this Individualized Education Program.

☐ I understand that services are provided following the District adopted calendar.    ☐ Meeting was not completed and a follow up will/has been scheduled to

Did the school district facilitate parent involvement as a means of improving services and    finalize IEP

results for your child?:    ☐ Meeting completed, parent will review documents and provide a response to

☐ Yes    ☐ No    ☐ No Response    the offer of FAPE

☐ Student is not eligible for special education services

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language; if my language is not written, this information will be translated orally or manually.

If your child has Medi-Cal, health insurance benefits may be accessed by the District for applicable services such as OT, Speech and Language, etc.

Parent/Guardian: _____ Date: _____

Parent/Guardian: _____ Date: _____

**C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS**

☐ Parent/Guardian agreed to waive advanced written notice

SE 15 (8-03)

P416

Draft

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          956 of 1332

**Newport-Mesa Unified School District**

Individualized Education Program

PARTICIPANTS AND CONSENT

Page 37 of 37

Draft.

Student: Fulsang

IEP Meeting Notice sent on: 12/14/2012   Follow-up notice:   Final Notice Letter:

☑ IEP Meeting Notice sent on:

☐ Parent/Guardian unable to attend and was sent a copy of IEP, Parent Rights and Procedural Safeguards.   Date:

SE 16 (8-03)

P417

AR 0956

681

**Newport-Mesa Unified School District**
Individualized Education Program
PARTICIPANTS AND CONSENT

Page 33 of 34

**Student:** Fulsang,

## A. PARTICIPANTS

The following were participants in the development of this Individualized Educational Program:

** Indicates participants not required if student is attending Adult Transition program.

| | Signature / Date | | Signature / Date |
|---|---|---|---|
| Fulsang, Eric | | Fulsang, Arnold | 1-23-13 |
| **Father** | | **Mother** | |
| Cottrell, Maureen | 1-23-13 | Burns, Katherine | 1-23-13 |
| **Administrator** | | **Special Ed Teacher** | |
| Johnson, Caitlin | 1-23-13 | Chan, Tim | Case Carrier 1-23-13 |
| **Speech/Language Pathologist** | | **Occupational Therapist** | |
| Anderson, Karrie | | Stella, Lisa | 1-23-13 |
| **Psychologist** | 1-23-13 | **Speech/Language Pathologist** | |
| Kathy Logat | | Dr. Lauren Franke | 1-23-13 |
| **Lawyer** | Signature / Date | **Psychologist** | Signature / Date |
| Dan Harbottle | 1-23-13 | Lindsay Moore | 1-23-13 |
| **District Lawyer** | | **General Education Teacher** | First Grade Teacher |
| Maggie McGraw | Lawyer | | 1-23-13 |
| **In home Program Supervisor** | Infohed provider | | Signature / Date |

## B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION

- [ ] I had an opportunity to participate and help develop the IEP.
- [ ] I have been advised of and given a copy of the special Education Procedural Safeguards.
- [ ] I have received a copy of the IEP and assessments (if any).
- [ ] I request a copy of this Individualized Education Program to be provided in my primary language.
- [ ] I understand that services are provided following the District adopted calendar.

Did the school district facilitate parent involvement as a means of improving services and results for your child?:
- [ ] Yes   [ ] No   [ ] No Response

*Please initial ONE applicable statement below:*

- [ ] I CONSENT to this Individualized Education Program.
- [ ] I CONSENT to this Individualized Education Program EXCEPT for the following:
- [ ] I do NOT CONSENT to this Individualized Education Program.
- [ ] Meeting was not completed and a follow up will/has been scheduled to finalize IEP
- [ ] Meeting completed, parent will review documents and provide a response to the offer of FAPE.
- [ ] Student is not eligible for special education services

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language; if my language is not written, this information will be translated orally or manually.

If your child has Medi-Cal, health insurance benefits may be accessed by the District for applicable services such as OT, Speech and Language, etc.

Parent/Guardian: _____   Date: _____
Parent/Guardian: _____   Date: _____

## C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS:

- [ ] Parent/Guardian agreed to waive advanced written notice

SE 15 (8-03)

Draft





Newport-Mesa Unified School District
Special Education Department
Occupational Therapy

**Sensory Diet for** ███ **Fulsang**
*Strategies to support behavior in the school environment*

**Child's Name:** ███ Fulsang
**Date:** May 2013
**School:** East Bluff
**Teacher:** Katherine Burns

A "sensory diet" facilitates a student's self-regulation skills. These diets include various sensory activities that are carefully incorporated into a child's daily routine. Its purpose is to help keep the child's nervous system at the "just right" level to attend, to learn, and to practice skills. Since behaviors may not stem from sensory needs alone, sensory based strategies should be used in conjunction with language and behavioral strategies for more optimal outcomes,

The following is a list of activities and ideas that provide proprioceptive input to increase ███ organization of behavior so that he can be more functional in his school environment. Proprioceptive input refers to information from our muscles and joints, and provided feedback to allow us to know where our body is in space, where it is moving and how much force is being used. Deep pressure and "heavy work" activities (resistance against gravity) provide a great deal of proprioceptive input. This type of input is calming to the nervous system. It is recommended that ███ receive proprioceptive input on an ongoing basis during his school day to help facilitate appropriate interactions with peers, attention to task, and behavior. He may need an additional "sensory break" after long periods of sitting or concentration,

<u>Suggested sensory based activities for</u> ███
███ should be allowed to engage in some kind of heavy work (proprioceptive) activity every 20-30 minutes. Sensory breaks should be used as an antecedent, not a

P421

AR 0958

683

response to a negative or inappropriate behavior.  Examples of proprioceptive activities include:

❖ Chair push ups/ wall push offs (slow and steady).
❖ Having him carry books, lunch bucket, P.E. equipment, moving desks/chairs, etc.
❖ Have ████ give himself bear hugs

❖ Transitioning from centers to circle via walking with silly animal walks (i.e., bear crawls, crab walks, frog hops, and wheelbarrow walks) or tummy crawls (i.e. snake, seal, or snail).
❖ Stretching activities.
❖ Playing catch with weighted ball.
❖ Playing tug-o-war.
❖ Upper extremity push game.
❖ Jumping, skipping, or hopping when transitioning to centers.
❖ Hanging from the monkey bars.
❖ Actively pumping the swing.
❖ Circle time activities and songs that include movement
❖ Applying pressure to the top of his head/ shoulders.
❖ Play "human sandwich"- have ████ lie on his stomach on a soft surface and press down firmly on top of his body with a pillow or therapy ball.
❖ Weighted sweatshirt or blanket on lap/ over shoulders
❖ Pulling/ stretching thera-band.
❖ Manipulating resistive clay or putty.

### Schedule considerations for ████

**Before school:** ████ would greatly benefit from starting his day with engaging in movement and heavy work opportunities with parent prior to school starting or on the playground if he gets to school early.
**Morning work time:** Dependent on ████ state of arousal on a given day, he may benefit from engaging in movement and heavy work activities (refer to list above) at approximately *30 minute* intervals, or as deemed necessary by ████ teacher and/or aide. Adult facilitation may be needed to initiate appropriate activities.
**Recesses:** Recess opportunities are and ideal time for ████ to engage in strenuous physical activities to help organize his behavior. ████ should be encouraged to use the monkey bars, swings, bars and slides when on the playground.
**Afternoon work time:** Dependent on ████ state of arousal in afternoon, he should continue to engage in several of the movement activities described above at approximately *30 minute* intervals, or as deemed necessary by ████ teacher and/or aide.

P422

**Teacher's Role:**

The classroom environment that the teacher creates significantly influences a student's performance. The teacher should work together with the occupational therapist in order to make adjustments, modifications and adaptations to the sensory diet, as appropriate. When the desired outcome is - decrease student's state of arousal (level of alertness), the teacher may want to consider making changes in the environment (such as; playing classical musical quietly in the background, dimming the lights, etc.) or employ relaxation techniques (such as leading the class in deep breathing). Remember, the preceding was not an exhaustive list of suggestions, so be creative and try out some of your own ideas using the principles provided.

*Tim Chen, MA, OTR/L*
Registered/Licensed Occupational Therapist
Newport-Mesa Unified School District
(949)515-6940

P423

AR 0960



# NEWPORT MESA UNIFIED SCHOOL DISTRICT
## Special Education Department

## FUNCTIONAL BEHAVIORAL ASSESSMENT REPORT

School: Eastbluff Elementary School
Student: ███ Fulsang          DOB: 3.14.06          Age: 7-years, 1-month
Grade: 1
Assessment Team: Katherine Burns, BA  Special Education Teacher; Eliza DelPizzo, Ph.D., BCBA-D, Autism Specialist.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PRIVILEGED AND CONFIDENTIAL

*This report is confidential and for professional use only.*
*The contents may not be divulged to any person or agency without consent of the parent or legal guardian.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Purpose of Assessment

███ Fulsang was referred for an evaluation of socially-mediated environmental events associated with the occurrence of challenging behavior that are recurrent and an ongoing threat to physical safety or disruptive and distracting and interfere with learning. The assessment process focused on ███r in his classroom and related settings on his school campus. In addition, the assessment emphasized determination of the potential antecedents and motivation for the targeted challenging behavior. Most challenging behaviors are a function of multiple motivating factors.  Based on the assessment, the report delineates possible support strategies for ███ in the classroom.

## Evaluation Format

The assessment consisted of:
* Teacher Interview
* Descriptive assessment tools
* Direct observation in ███'s classroom and recess

Direct observation data were collected by Ms. Burns and her teaching staff (2 instructional aides) using data sheets on the following dates: 4.9.13, 4.10.13, 4.11.13, 4.12.13, 4.22.13, and 4.24.13. Additional direct observation data were collected by Eliza DelPizzo, autism specialist. There were a total of 6 days of data collection (range of 4.9.13 through 4.24.13). As a caveat, school was closed during NMUSD's spring break (week of 4.15.13), and no data were collected that week.

## Student Description

███ is a 7-year-old boy with a special education classification as Autistic-like. He attends Eastbluff Elementary School. ███ primary language is English. ███ has limited language abilities. He can use some signs. ███ consistently use 'all done,' 'more,' and an approximation of the sign for 'help' in the classroom. He can make the *mamama* sound, but he is unable to form the word.  The Team implemented training on an ITouch for ███ in February 2013.


███ can communicate his needs by:
* Use of gestures (e.g., head nod for 'yes' and 'no')
* Use of some sign language

1

P424

686

- Pointing to what he wants
- Taking a person by the hand and leading
- Using his ITouch – touching and scrolling

█ likes:
- Puzzles
- Fish crackers, gummy bears
- Trampoline
- Tickles, squeezes, smiles, and hugs

Socially, █ appears content with his surroundings at school, and was observed as socially aware, and responsive to his teacher, and her staff. █ enjoys social reward time from his Teacher and staff. █ does not connect to peers without staff support.

**Ecological Factors**

█ is a 1ˢᵗ grade student who currently participates in a full-day special day class (SDC) that utilizes the teaching and behavior-change strategies of Applied Behavior Analysis (ABA). █ SDC is clean, well lit, and spacious. At the time of this report, there were 8 students total (including █) in the ABA SDC class. The classroom is comprised of one credentialed special education teacher, and two behavior analyst interventionists (BAI) who all have training in ABA methodology and strategies. There is one additional BAI and one Instructional Facilitator each of who are assigned to an individual student within the classroom. All BAIs are trained and capable to collect reliable data. The teaching focus emphasizes the domains of academics, communication, and socialization with adults and peers. There is clarity of classroom routines, including visual schedules and visual aides (e.g., color –coded Center rotation cue cards). Instruction in small and large group is provided throughout the day during center rotations, structured play opportunities, large group instruction (e.g., Circle Time), and daily living skills (e.g., snack, lunch).

The classroom environment utilizes both auditory and visual cues to aid in communication. Currently, █ is learning to use an ITouch under the supervision of an Alternative Communication Specialist. █ was observed to hold the ITouch scroll through, and select an item with support from staff. The classroom utilizes both class wide and individual motivational systems to teach and maintain prosocial behavior. █ individual motivational system consists of a 5-item Token Board. Tokens are dispensed by staff, and █ is reinforced at a high rate when pre-determined, preferred rewards. █ understands the set contingencies, and readily uses his individual motivational system. The classroom utilizes both class wide and individual calming and self-control strategies to teach self-management for frustrating situations.

Challenging Behaviors addressed in this report, and their operational definitions:
- Pushing palm to chin: presses on chin with hand. █ presses his own hand, or the hand of another person
- Tapping: fingers to objects in a patterned 3 to 4-count sequence.
- Aggression: squeeze and twist of another person's wrist; grabbing another person's hand or wrist

Challenging behavior I: Pushing palm to chin

*Onset of target behavior:* Teacher reports pushing on chin occur when he wants something from staff, when he is holding another person's hand, or when he is asked to wait (e.g., in a line).

2

P425

Fulsang, ███     3

*Antecedents, setting events, and triggers:* Behavior is most likely to occur when ███ is waiting for an activity to start, or when instructed to perform a task. Behavior is not likely to occur when ███ is engaged with Teacher or staff, or when he has access to preferred items. Autism Specialist observed pushing on chin when ███ could not attain a desired item (e.g., a certain snack) while using his ITouch. Behavior appears to occur in the morning. Immediate triggers include:

- Waiting for an activity to begin
- When presented with an instruction
- When trying to communicate a need (e.g., a snack).

*Course of behavior:* Starts with ███ taking his hand and placing it under his chin, or reaching out and taking another person's hand and placing it under his chin. ███ then presses his hand (or the other person's hand) against the underside of his chin.

*Severity:* No bruises to the body or tissue damage were observed. On several observations ███ was observed to have feelings of frustration, and appeared distressed because he was unable to communicate (e.g., desire for a preferred snack).

*Consequences:* Staff instructed "hands down." Staff stated "calm hands" to ███ Behavior ceases.

*Environmental analysis (to help in the understanding of how the ecology affects behavior):* There are times during the school day where ███ is required to wait for an activity to begin (e.g., lining up), or wait for another student to engage in the lesson (e.g., circle). It is noted the length of time that ███ is required to wait is no more than any other student in his classroom.

**Verification: Pushing palm to chin**
Frequency data were collected by the classroom staff, and the Autism Specialist. An ABC Sequential Analysis was conducted. This is a naturalistic direct observation data collection model was used to collect functionally descriptive information on ███ challenging behavior.

Frequency of behavior per day:

| DATE | 4.9.1 3 | 4.10 .13 | 4.11 .13 | 4.12 .13 | ███ | 4.22. 13 | 4.2 4.1 3 |
|---|---|---|---|---|---|---|---|
| Pushing on chin | 9 | 4 | 5 | 0 | ███ | 4 | 3 |

Functional descriptions of the pushing palm to chin behavior:

| Date | Context/ Activity | Trigger (Antecedent) | Behavior | Consequence | Hypothesized Function |
|---|---|---|---|---|---|

3

| 4.9.13 9:16am | Morning Circle Time. Sitting on carpeted floor | Participated in 'Calendar." Prompted to sit down | Both his palms to his chin | Staff re-directed, and instructed "Calm hands" | Task Demand: function to escape a task |

| Date | Context/ Activity | Trigger (Antecedent) | Behavior | Consequence | Hypothesized Function |
|---|---|---|---|---|---|
| 4.9.13 2:20pm | Circle: stretch time | Instructed to touch ears to shoulder | Back of hand to chin | Staff re-directed to stretch | Task Demand: function to escape task |

| Date | Context/ Activity | Trigger (Antecedent) | Behavior | Consequence | Hypothesized Function |
|---|---|---|---|---|---|
| 4.10.13 11:00am | Center 2 | Waiting for instructor to begin | Pressed chin on hand | Stopped on his own | Intrinsic stimulation |

| Date | Context/ Activity | Trigger (Antecedent) | Behavior | Consequence | Hypothesized Function |
|---|---|---|---|---|---|
| 4.11.13 8:40am | Walking to flag deck | Holding teacher hand | Pressed teacher's hand to his chin | Teacher pulled her hand away | Intrinsic stimulation |

| Date | Context/ Activity | Trigger (Antecedent) | Behavior | Consequence | Hypothesized Function |
|---|---|---|---|---|---|
| 4.22.13 9:13am | Circle | SLP had IPAD -- for Calendar | Reached for SLP hand, and pushed SLP hand to his chin | Staff ignored the behavior, and re-directed to activity | Intrinsic stimulation |

| Date | Context/ Activity | Trigger (Antecedent) | Behavior | Consequence | Hypothesized Function |
|---|---|---|---|---|---|
| 4.24.13 9:17am | Circle | Teacher prompt to touch letter "Y" | Back of hand to chin | Staff interrupted and redirected | Task Demand: function to escape a task |

Interpretation:  Pushing palm to chin

*Hypothesized Functions of Behavior:* Based on functional assessment information there are several hypotheses which may illuminate the meaning and motivation of █████ behavior.

4

P427

AR 0964

Fulsang, █████  5

- It is possible the target behavior is a function of avoidance or escape from task demands, or avoidance or escape from unpleasant or uncomfortable situations.
- It is possible the target behavior is a function of █████ desire for a particular sensation that he likes.
- It is possible the target behavior is a function of the desire to gain access to adult attention. █████ may engage in the target behavior as a means to communicate his desire to engage with an adult. █████ may not yet possess the ability to engage in 'calming' strategies. █████ may not yet possess the ability to tolerate delay.

**Challenging behavior II: Tapping (3-4 tap sequence)**
*Onset of target behavior* █████ Teacher reports tapping occurs when he is putting a puzzle together.

*Antecedents, setting events, and triggers:* Behavior is most likely to occur when █████ is on a break. Behavior is not likely to occur when █████ is engaged in a task with his Teacher or one of his other staff. There is indication time of day is related to █████ engagement in tapping, that is mornings. It was observed he engages in Tapping more often when he has met his Token system goal, and he allowed a break from task. Immediate triggers include:
- Putting a puzzle together
- Use of manipulatives
- Walking

*Course of behavior:* Starts with █████ wiggling his fingers over the object, briefly touching the object with his fingers. █████ then places the object (e.g., puzzle piece) in place, and ceases wiggling his fingers. Alternatively █████ starts wiggling his fingers over the object, then ceases wiggling his fingers.

*Severity:* No bruises to the body or tissue damage were observed. No frustration behavior were observed.

*Consequences:* Staff instructs █████ ("calm hands"), and redirect to another activity. Staff ignores the tapping behavior, █████ stops engagement of the behavior on his own.

*Environmental analysis (to help in the understanding of how the ecology affects behavior):* There are times during the school day where █████ has access to a break from tasks, or is walking to-and-from activities (e.g., to the bathroom, out to recess). During break he has free access to preferred items and activities and tends to choose puzzles.

**Verification: Tapping**
Frequency data were collected by the classroom staff, and the Autism Specialist. An ABC Sequential Analysis was conducted. This is a naturalistic direct observation data collection model was used to collect functionally descriptive information on █████ challenging behavior.

**Frequency of behavior per day:**

5

| DATE | 4.9.1 3 | 4.10 .13 | 4.11 .13 | 4.12 .13 | ▓ | 4.22. 13 | 4.2 4.1 3 |
|---|---|---|---|---|---|---|---|
| Tapping (3-4 tap sequence) | 5 | 14 | 14 | 7 | ▓ | 2 | 13 |

Functional descriptions of the Tapping behavior:

| Date | Context/ Activity | Trigger (Antecedent) | Behavior | Consequence | Hypothesized Function |
|---|---|---|---|---|---|
| 4.9.13 9:05am | Circle Time. | Waiting for peers to sit | Tapping on his Token Board | Staff redirected "Calm hands" | Intrinsic stimulation |

| Date | Context/ Activity | Trigger (Antecedent) | Behavior | Consequence | Hypothesized Function |
|---|---|---|---|---|---|
| 4.9.13 9:15am | Break | Doing a puzzle on break | Tapping on puzzle prior to placing each piece in place | Staff redirected "Calm hands" | Intrinsic stimulation |

| Date | Context/ Activity | Trigger (Antecedent) | Behavior | Consequence | Hypothesized Function |
|---|---|---|---|---|---|
| 4.10.13 11:05am | Center: table activity | Putting picture on a folder | Taps on picture | Staff states "calm hands" | Intrinsic stimulation |

| Date | Context/ Activity | Trigger (Antecedent) | Behavior | Consequence | Hypothesized Function |
|---|---|---|---|---|---|
| 4.11.13 11:45am | Break | Doing puzzles | Tapping on puzzle prior to placing each piece in place | Staff ignored | Intrinsic stimulation |

| Date | Context/ Activity | Trigger (Antecedent) | Behavior | Consequence | Hypothesized Function |
|---|---|---|---|---|---|
| 4.22.13 10:53am | Center | Staff hands Ejner a picture to match | Tapping on picture | Staff redirected | Intrinsic stimulation |

| Date | Context/ Activity | Trigger (Antecedent) | Behavior | Consequence | Hypothesized Function |
|---|---|---|---|---|---|

6

P429

Fulsang, ███  7

| 4.24.13<br>11:55am | Clean up | Putting toys<br>away. | Tapping on<br>table | Staff redirected | Intrinsic<br>stimulation |

**Interpretation:** *Tapping:*
- *Hypothesized Functions of Behavior:* Based on functional assessment information there is a hypothesis which may illuminate the meaning and motivation of ███ behavior.
- It is possible the target behavior is a function of seeking sensory stimulation. It is possible Ejner is seeking a particular sensation he likes and receives a satisfying sensation from tapping his fingers on hard objects.

**Challenging behavior III: Aggression**
*Onset of target behavior:* ███ Teacher report aggression occurs when he is standing or sitting with staff. Note: The Autism Specialist did not observe aggressive behavior.

*Antecedents, setting events, and triggers:* Behavior is most likely to occur when ███ is either given a task to complete, or when he is waiting. Behavior occurs when he is in close proximity to another person, and is not likely to occur when ███ is not in close proximity to another person. There is no indication that time of day is related to ███ engagement in aggressive behavior, however it is reported that he engages in this behavior more often in the morning, Immediate triggers include:
- Direct instruction.
- A person in close proximity.

*Course of behavior:* Starts with ███ reaching for and taking a person's arm and wrist, then squeezes or pinches the other person's hand.

*Severity:* No bruises or tissue damage were reported by staff.

*Consequences:* Staff redirected ███ to an activity. Staff do not give ███ aggression verbal attention (e.g., staff do not reprimand). The staff do pull their arm and wrist away from ███ When the behavior occurred, staff sometime stated "calm hands" to ███

*Environmental analysis (to help in the understanding of how the ecology affects behavior):* There are times during the school day where ███ is required to be next to adults, and there are times when adults will instruct him.

**Verification: Aggression**
Frequency data were collected by the classroom staff. An ABC Sequential Analysis was conducted. This is a naturalistic direct observation data collection model was used to collect functionally descriptive information on ███ challenging behavior.

**Incidences and functional description of Aggressive behavior:**

7

P430

AR 0967

692

| Date | Context and Trigger | Topography of aggression | Consequence | Duration | Freq | Severity | Hypothesized function |
|---|---|---|---|---|---|---|---|
| 4.9.13 12:40p | Walking to restroom | Squeezed tightly on adult wrist; Pinched adult wrist | Staff Instructed Ejner to walk | < 1-min | 1 | No bruises or tissue damage were observed. | Intrinsic stimulation |
| 4.10.13 | | No occurrences | | | | | |
| 4.11.12 2:00p | Center (Social Games) | Squeezed on adult wrist | Staff continues with task | < 1-min | 1 | No bruises or tissue damage were observed. | Intrinsic stimulation |
| | Task demand ("find yellow triangle") | Squeezed on adult wrist | Staff continues with task | < 1-min | 1 | | Task demand; function to escape task |
| 4.12.13 10:00am | Snack; using iTouch to communicate | Grab staff | Staff redirected to proper communication button | < 1-min | 1 | No bruises or tissue damage were observed. | Task demand |
| 4.12.13 1:00p | Quiet time; Pushed table on floor | Grabbing staff on wrist | staff redirect to clean up | < 1-min | 1 | No bruises or tissue damage were observed. | Intrinsic stimulation |
| 4.22.13 9:05am | Morning check-in; prompted to find ▓ on the board | Grabbed Staff wrist - squeezed | staff redirect to complete task | < 1-min | 1 | No bruises or tissue damage were observed. | Task demand; function to escape task |
| 4.22.13 9:11am | Circle; prompted to move on to a square | Began whining then reached and grabbed for staff's wrist/arm and squeezed | Ignored and redirected | < 1-min | 1 | No bruises or tissue damage were observed. | Task demand; function to escape task |
| 4.22.13 9:14am | Circle; Activity: = calendar; sitting | Reached and grabbed Staff wrist and squeezed | Redirected | < 1-min | 1 | No bruises or tissue damage were observed. | Intrinsic stimulation |
| 4.22.13 9:17am | Circle; Activity: = calendar - counting | Reached and grabbed Staff wrist and squeezed | redirected to Calendar activity | < 1-min | 1 | No bruises or tissue damage were observed. | Task demand |
| 4.22.13 | Music: standing on bleachers | Squeezes Staff wrist | Redirected and instructed "Calm hands" | < 1-min | 1 | No bruises or tissue damage were observed. | Intrinsic stimulation |

8

P481

AR 0968

Fulsang, ██      9

| 4.24.13 11:15a | Center 3; Instructed to color | Grabbed Staff arm and squeezed | Staff redirected to color | < 1-min | 1 | No bruises or tissue damage were observed. | Task demand; function to escape task |
|---|---|---|---|---|---|---|---|

**Aggressive behavior:**
Eleven incidences of aggression were recorded across the 6 days of data collection. No incidences on 4.10.13. Staff report no incidences of bruises or tissue damage.

- 55% occurred during a task demand
- 45% occurred during no demand

**Interpretation : *Aggression***
- *Hypothesized Functions of Behavior:* Based on functional assessment information there are several hypotheses which may illuminate the meaning and motivation of ██ behavior.
  It is possible the target behavior is a function of escape from task demands, or escape from unpleasant or uncomfortable situations.
  It is possible the target behavior is a function of ██ desire is self-stimulation.
  It is possible the target behavior is a function of lack of communication abilities. ██ has very limited language and communication, ██ may engage in the target behavior as a means to communicate his desire to not engage in an activity or event. It may be his way of communicating his frustration toward an activity or event.

**Summary of Antecedents Associated with Challenging Behaviors**
**Setting Events**
- Task instruction times
- Wait times
- Walking past hard objects, for example a wall
- Limited ability to communicate needs and desires (e.g., ask for preferred snack)

**Triggers**
- Direct instruction
- Corrective feedback
- Inability to utilize his communication device, either the device is not working or ██ is unable to navigate the device.

**Impressions and Analysis of Meaning**

██ *Pushing to Chin* behavior is observed in the morning during Circle, which is a group structured teaching routine. ██ sits criss-cross on the rug with an adults and peers close by. His hands are not engaged with a task or activity. He sits with his hands on his lap, or at chin level. This behavior was not observed to interfere with learning, or with staff redirection (i.e., staff speaking "Calm hands" to him).

9

P432

███ *Tapping* behavior manifests itself in a consistent sequence, a 3-4 tap sequence, with no observed deviation ███ Tapping behavior consistently occurs when he engages with a hard object he can manipulate or while walking near a hard surface. This behavior was not observed to interfere with social interactions, nor with ███ ability to access the classroom curriculum. ███ is an attentive learner. He exhibits appropriate orientation to his Teacher especially during the smaller grouped Center rotations ███ was observed to engage in Tapping behavior in a morning across routines, including Circle, Center times, and Bathroom breaks. The mornings are a more structured demanding time of ███ school day which could account for the higher incidence of Tapping. Additionally, appropriate hands and body are targeted behaviors for earning tokens. Staff were observed to use the Token system appropriately, and staff do reward him when he is not engaging in Tapping.

███ *Aggression* manifests itself when he is asked to do something he does not want to do or when he is in close proximity to an adult (e.g., holding an adult's hand or sitting near an adult). All reported aggressive acts were toward adults, and none were toward peers. Currently, ███ aggressive behavior is mild, but there is some concern the frequency and /or intensity will increase without continued intervention. Since ███ is a student with very limited language and communication abilities, he may not always understand what others are trying to tell him, request of him, or direct him to do. Consequently, ███ may misperceive and misunderstand the communicative gestures and intentions of others and engage in aggression as a response. Also, he does not yet possess the ability to independently engage in 'calming' strategies during frustrating situations.

<u>Suggested Programming and Strategies based on current FBA</u>

- **Functional Communication**: continue with teaching functional communication using the ITouch. Continuation of successively shaping sounds into words.
  - *Directions / instructions in picture and verbal format* in order to increase ███'s ability to process information and successively follow through on instructions or demands. ███ attempts to escape tasks, and becomes easily frustrated when he cannot communicate his needs and desires. Continued communication training should be used in order to teach ███ to make use of appropriate communication responses (e.g., requesting delays, breaks, help, tangible items) in order to provide ███ more appropriate way to escape difficult demands, and access preferred items.

- **Environmental Enrichment**: Continuation of Reinforcer Assessments on a regular basis, including the development of new reinforcers. New reinforcers could take the place of puzzles.

- **Imitation and Early Play Skills**: Continuation of the expansion ███'s play skills to developmentally appropriate levels to help with the mitigation of stereotypy. This will include increasing toy variety and interest, and continuation of teaching functional play.

- **Relaxation Training**: Continuation of educating ███ on different types of calming and soothing strategies, including deep breathing techniques, and tension-release exercises (e.g., the Turtle Technique)

10

Fulsang, ███ 11

- **Response Cost Strategy:** A Response Cost system could utilize a token board. To start, a Response Cost system could delineate a specific time allotment. During this time, ███ is provided with tokens, and upon engagement of a target challenging behavior (e.g., pushing on chin), a token is removed from the board. At the end of the time period, ███'s reward for not engaging in the challenging behavior is based on number of tokens left on his board.

- **Token System + Planned Ignoring for aggression:** Continuation of strategies to teach ███ that challenging behavior (e.g., aggression) is no longer an effective means of getting his needs met. Specifically, *planned ignoring* may be incorporated with other teaching strategies (e.g., Token system for calm hands) where it will help to mitigate ███ use of aggression to recruit adult attention and communicate needs and desires.
  - Continue to issue demands in situations in which ███ is attempting to escape from task, requests or other demand situations
  - Place ███ at front during Circle near Teacher instead of next to staff

- **Verbal guidance & redirection:** Continuation of verbally informing and reminding ███ as to what he needs to do instead of using challenging behaviors that occur in order to gain access to escape, tangibles, or attention.
  - Continuation of slower speech for verbal directions

- **Continuation of teaching ITOUCH** (e.g., to gain adult attention, access preferred items, take break, request choice)

### Data collection

Data is recorded and maintained through daily and weekly data sheets by the classroom teaching staff.

Date of Report: 4.30.13

_____

Eliza DelPizzo, Ph.D., BCBA-D
Autism Specialist

_____

Katherine Burns, BA
Special Education Teacher

11

P434

AR 0971

696

Page 1 of 11
Date of Report: 5/2/2013

Fulsang,
Date of Birth: 3/14/2006

## Evaluation to Determine the Need for Special Circumstance Assistance Independence Facilitator Assistance



EXHIBIT

S-3/
10/24/13

CONFIDENTIAL

STUDENT: ▆▆ Fulsang
PARENTS: Eric and Aneida Fulsang
LANGUAGE: English
DATE OF REPORT: 5/2/2013

DOB: 3/14/2006      CA: 7 years

GRADE: 1

---

### Reason for Request

An IEP was held 1/23/2013, where Mr. and Mrs. Fulsang made a request for an independence facilitator (IF). The district agreed to conduct the evaluation. The signed assessment plan was received by the district on 4/1/2013.

### Education and Background

Excerpt taken from January 2011 evaluation

*Parents were first concerned with ▆▆ development at nine months of age as they noted some atypical behaviors such as head banging, odd repetitive behaviors, delayed speech, and limited eye contact. Parents also noted that the head banging behaviors no longer existed after that period. ▆▆ was referred to Regional Center of Orange County (RCOC) by their neighbors and pediatrician. He met eligibility for Early Start services on in June of 2008 under the category Developmental Delay.*

*He began receiving the following services through ACES; 10 hours of direct in home ABA therapy services, one hour of individual speech therapy, and one hour for parent trainings. He also received one hour of occupational therapy provided by United Cerebral Palsy (UCP). ▆▆ has no history of attending a preschool setting to date.*

*After his initial assessment by the NMUSD, ▆▆ began attending an SDC class in March of 2009 for 5 days per week for 315 minutes per day. He also received occupational therapy (OT) 1 time per week for 45 minutes (group; direct) and 1 time per week for 45 minutes (individual; direct) and language and speech services 2 times per week for 30 minutes each. The team recommended that ▆▆ attend ESY for the summer of 2009 with the following services; (6/30/2009-7/28/2009) ABA SDC class for 5 days a week for 240 minutes each, DIS Speech one time per week for 30 minutes group sessions, OT one time per week for 30 minutes group sessions and OT one time per week for 30 minutes individual sessions, and (7/29/09- 8/13/09) ABA SDC class for 2 days a week for 24 minutes each.*

*An addendum IEP was held on May 21, 2010. The following services were recommended; SDC class 5 days per week for 315 minutes per day, OT 1 time per week for 45 minutes (group; direct) and 2 times*

Confidential Pupil Record

P435

Page 2 of 11
Date of Report: 5/2/2013

Fulsang ▮▮
Date of Birth: 3/14/2006

*per week for 20 minutes each (individual; direct), and language and speech services 1 time per week for 30 minutes (group; direct) and 2 times per week for 15 minutes each (individual; direct). The team recommended that ▮▮ attend ESY for the summer of 2010 with the following services; (6/29/2010- 7/27/2010) ABA SDC class for 5 days a week for 4 hours daily, DIS Speech one time per week for 30 minutes group sessions, OT one time per week for 30 minutes group sessions and (7/28/10- 8/12/10) ABA SDC class for 2 days a week/4 hours daily.*

▮▮ transitioned from the ABA preschool classroom at Mariner's Elementary to the kindergarten classroom at Eastbluff Elementary in September 2011. The Eastbluff classroom that was recommended was a special day class, which also utilizes Applied Behavioral Analysis. Ejner is currently a 1st grade student at Eastbluff Elementary and is continuing to participate in the SDC ABA classroom. He receives to following services:

Current Services:
- Special Day Class – ABA Methodology
- Speech and language
  - 1 time per week, 30 minutes per session (individual)
  - 1 time per week, 30 minutes per session (group)
  - 1 time per month, 30 minutes (consult)
- Occupational Therapy
  - 1 time per week, 30 minutes per session (group)
- Regional Center ABA home services

Health/Physical Factors
The following summary of information was obtained from the Health and Developmental History questionnaire completed by the parent and by observation during screening. As reported from the 1/2011evaluation

HEALTH AND DEVELOPMENTAL HISTORY
- ▮▮ is a 4 yr 10 mo old who attends Pre- Kindergarten at Mariners Elementary School. He is in good general health, has no known allergies, and takes no daily medications. Mother states he is a "good eater and likes school very much".
- There have been no new health issues since the last assessment was completed on 1-16-09. ▮▮ has been to his Dentist in the last month without any concerns. He has not required a sick visit to his Primary Care Physician in over a year.
- Vision screening consisted of tracking a bright light right to left, left to right and up and down. Convergence was observed when both eyes simultaneously moved inward as object moved closer to his nose. Mother has no concern about his vision.
- Hearing screening results were difficult to obtain with state mandated headphone screening. ▮▮ was not a candidate to wear the headphones due to his inability to comprehend the rationale for the testing. He was sensitive to the door opening and turned his gaze towards the door as it was opening. He also looked right when he heard a desk drawer close. His health file has a report from Newport Audiology dated 5-7-08 indicates a speech and language delay with normal middle ear function bilaterally. According to ▮▮ initial NMUSD Health and Developmental History dated 1-16-09, results from the Newport Audiology evaluation were "sufficient to rule out a hearing loss". Parent agrees his hearing to be intact.
- Dental screening results reveal no visible caries or gum disease.
- The school nurse will provide ongoing health assessments and medical/nursing services as needed for this student.

2

P436

Page 3 of 11
Date of Report: 5/2/2013

Fulsang, ▮
Date of Birth: 3/14/2006

## Cognitive/ Developmental Factors
(Intellectual, Attentional, Language, and Motivational factors)

| Psychoeducational Domain | Date/Assessor | Test/Index | SS | Classification | |
|---|---|---|---|---|---|
| Cognitive | 11/2008 ACES (32 months) | DAYC | | . | |
| | | Cognitive | | 16 months | |
| | | Communication | | 9 months | |
| | | Social-Emotional | | 13 months | |
| | | Physical Development | | 18 months | |
| | | Adaptive Behavior | | 17 months | |
| Cognitive | 2/2009 NMUSD | DAYC | 72 | Poor | |
| Cognitive | 2/2009 NMUSD | TPBA-2 | | | |
| | | Attention | | Mastery at 7 months | |
| | | Memory | | Mastery at 5 months | |
| | | Problem Solving | | Mastery at 7 months | |
| | | Social Cognition | | Unable to achieve a baseline | |
| | | Complexity of Play | | Mastery at 6 months | |
| | | Conceptual Knowledge | | Mastery at 7 months | |
| | | Literacy | | Mastery at 8 months | |
| Cognition | 2/2011 NMUSD | Mullen | 49 | Very Low | |
| Cognition | 2/2011 | DAYC | <50 | Very Low | |
| Adaptive | 2/2009 NMUSD | ABAS 2 | 53 | Extremely Low | |
| Adaptive | 2/2011 NMUSD | ABAS 2 (parent) | 44 | Extremely Low | |
| Communication | 2/2009 | RITLS | | | |
| | | Comprehension | | No basal-scatter up to 12 months | |
| | | Expression | | No basal-scatter up to 12 months | |
| Communication | 2/2011 | PLS-4 | | | |
| | | Auditory Comprehension | 50 | Extremely Low | |
| | | Expressive Communication | 50 | Extremely Low | |

Confidential Pupil Record

P487

Page 4 of 11                                              Fulsang,
Date of Report: 5/2/2013                        Date of Birth: 3/14/2006

| | | Total Language | 50 | Extremely Low | |
|---|---|---|---|---|---|
| Fine Motor | 2/20011 NMUSD | PDMS- 2 | | | |
| | | Grasping | 3 | Very Poor | |
| | | Visual Motor Integration | 4 | Poor | |
| Social Emotional | 2/2008 NMUSD | CARS | | Moderate to Severe Range (42.5) | |
| Social Emotional | 2/2011 NMUSD | CARS | | Severe Range (46) | |

*Processing standard scores that fall within the low average to average ranges (81-109) fall within expected levels and do not warrant additional assessment. Estimates of general intellectual ability usually stabilize after two or more administrations in the primary grades (Canivez & Watkins, 2001). Behavior and social-emotional functioning are less stable due to the significant impact of setting and temporal events.*

Current Interventions

███ is currently receiving the following services:
- Special Day Class – ABA Methodology
- Speech and language
  o  1 time per week, 30 minutes per session (individual)
  o  1 time per week, 30 minutes per session (group)
  o  1 time per month, 30 minutes (consult)
- Occupational Therapy
  o  1 time per week, 30 minutes per session (group)
- Regional Center ABA home services

In addition, ███ currently recieves the following list of the interventions:
- Individualized reinforcement system
- Group/classroom reinforcement system
- Built in breaks
- Close proximity to an adult
- High rate of positive reinforcement
- Visual Schedule
- Priming/setting clear expectations
- Assistive technology device and programming
- Toileting schedule

Behavioral Targets
- Calm hands
- Following directions
- Participation (whole group and individual)

Reinforcers
- Edibles

4

P438

AR 0975

Page 5 of 11
Date of Report: 5/2/2013

Fulsang,
Date of Birth: 3/14/2006

- Ipad
- Puzzle
- Bubbles
- Social (praise, tickles)

## Classroom Structure & Class Schedule

is a 1st grade student at Eastbluff Elementary who currently participates in a full-day special day class (SDC). The SDC utilizes Applied Behavior Analysis (ABA) methodology and is designed for students who have met the eligibility criteria of autistic-like. At the time of this report, there were 8 students total (including       in the ABA SDC class. The classroom is comprised of one credentialed special education teacher, with advanced training in ABA methodology and two instructional assistants who have also participated in advanced training in ABA methodology. There are two additional aides in the classroom that have been assigned to specific students as part of their Individual Educational Programs. The classroom is designed to be highly structured and emphasize academics, communication, and socialization with adults and peers. Direct instruction is provided throughout the day during center rotations, structured play opportunities, group instruction (i.e. carpet), and daily living skills (i.e. snack, lunch, routines, etc.).

The environment utilizes both auditory and visual cues to aid in communication and learning. There is a high rate of reinforcement both classroom wide and individually.       receives access to reinforcers after he has filled up his token board.       behavioral targets are as follows: calm hands, following directions, and participation. He is reinforced at a high rate.       program includes close proximity to an adult.

Class Schedule
Monday, Tuesday, Thursday, Friday

8:38-8:50 Arrival/ Flag Deck
8:50-9:00 Movement/Bathroom
9:00-9:30 Morning Circle
9:30-9:55 Center Rotation #1 (Thursday PE 9:20-9:50)
10:00-10:25 Snack (Monday Music 9:55-10:25, Thursday Computers 9:55-10:25)
10:25-10:50 Recess/Bathroom
10:45-11:05 Center Rotation #2
11:05-11:25 Center Rotation #3 (Friday Library 11:30)
11:25-12:45 Center Rotation #4
11:45-11:50 Clean up the room
11:50-12:10 Whole Group
12:10-1:00 Lunch/Recess/Bathroom
1:00-1:30 Relaxation/Yoga
1:30-1:50 Read Aloud
1:50-2:30 Art/Developmental Centers/Sports(Thursday /Cooking (Friday)
2:30-2:35 Classroom Clean up
2:35-2:45 Afternoon snack
2:45-3:00 Recess
3:00-3:10 Pack-up and Dismissal

Wednesday

Confidential Pupil Record

P439

AR 0976

701

Page 6 of 11
Date of Report: 5/2/2013

Fulsang, ▮
Date of Birth: 3/14/2006

8:38-8:50 Arrival/ Flag Deck
8:50-9:00 Movement/Bathroom
9:00-9:30 Morning Circle
9:30-9:55 Center Rotation #1
10:00-10:25 Snack
10:25-10:50 Recess/Bathroom
10:45-11:05 Center Rotation #2
11:05-11:25 Center Rotation #3
11:25-12:45 Center Rotation #4
11:45-11:50 Clean up the room
11:50-12:10 Whole Group
12:10-1:00 Lunch/Recess/Bathroom
1:00-1:30 Relaxation/Yoga
1:30-1:40 Pack up/Dismissal

Observations/Data

Observation #1

4/8/2013 Recess Observation

▮ was observed by Karrie Anderson, School Psychologist during morning recess from 10:25 until 10:45.

The students left the classroom and walked over to the bathrooms. ▮ was observed to go into a stall and use the toilet independently. Ms. Burns stood next to the door, but did not provide any direction and/or support. When ▮ was finished he came out of the stall. Ms. Burns used hand over hand facilitation to wash and dry his hands.

When they were finished, they walked to the playground. ▮ selected to go to the swings where he remained throughout the 20 minute observation. One of the classroom aides took turns pushing ▮ and another peer on the swings. ▮ was noted to be solitary. He did not look to interact with his peers and/or the aide pushing him on the swings.

*Observation # 2*

4/10/2013 Classroom Observation

▮ was observed in his special education classroom by Karrie Anderson, School Psychologist. The observation was conducted from 9:20 until 9:50 during morning circle and centers.

9:20 – Circle Time
▮ was observed to be sitting directly in front of Ms. Burns who was leading circle time. ▮ token board was in front of him. He was reinforced 3 times by Ms. Burns. She placed a token on his token board and paired it with verbal praise. ▮ was reinforced for participating and attending. ▮ was noted to have a calm body. He sat with his legs crossed and his eyes forward. He was observed to tap the floor 3 separate times during circle time. The taps were brief and he was able to independently re-engage in the lesson.

9:25 – Break

6

P440

AR 0977

Page 7 of 11
Date of Report: 5/2/2013

Fulsang, ███
Date of Birth: 3/14/2006

Circle time was completed. All the kids were provided a break. ███ walked over and sat by himself at a table with wooden puzzles. He was observed to create a routine where he tapped on each puzzle piece using both index fingers a series of 2-4 times prior to placing the puzzle piece in the correct spot. ███ completed a total of four puzzles. ███ was also observed to engage in brief periods of staring off. When it was time to transition, he was able to leave a puzzle incomplete and walk over on the first request to the correct center.

**9:30 – Center**
███ was at center with one aide. He was presented with 2 objects at a time. One object was larger than the other object. He was then instructed, "Give me big or give me little." There were a total of 10 trials, using various objects (i.e. dice, horse, boat, etc.). ███ was observed to engage in tapping 1 time during the 6 minute trial.

**9:36 – Break**
███ return to the puzzle table. He was observed to engage in the self created routine of tapping on the puzzle pieces with both index fingers a series of 2-4 times prior to placing the puzzle piece in the correct spot. ███ was also heard to squeal while tapping. He completed four puzzles during his break.

**9:41- Center**
███ returned to the center on the first request. He was presented with 10 trials on the concept full/empty. There were two bowls placed in front of him. One bowl was full of small manipulatives the other bowl was empty. He was then instructed to, "Show me full or show me empty." ███ was observed to tap 3 times during the 2 minute trial.

**9:43 – Break**
███ first selected a book from the book shelf. He tapped on the cover of the book several times before placing it on the table and walking over to the puzzle table. At the puzzle table ███ engaged in the previous routine of tapping on puzzle pieces prior to placing them in their correct spot. ███ completed three puzzles.

**9:46 – Center**
███ returned to the center on the first request. He was presented with 10 additional trials on the concept full/empty. ███ was observed to tap on the table 1 time during the 4 minute trial and engage in one episode of staring off (duration of 3 seconds).

Notes: Overall, ███ was compliant. He followed directions 88% of the time. He was able to fully participate in all items that were presented to him. When given a choice, ███ was observed to use sign language to make a choice between break and edible. He was noted to visually check in the aide at the center on consistent basis. He was also noted to display awareness of noises within his environment. He covered his ears when another student was screaming, he turned and looked with the classroom door (when opened), and when another student was spinning in a chair which was noisy.

*Observation # 3*

4/11/2013 Recess Observation

Confidential Pupil Record

P441

**AR 0978**

Page 8 of 11
Date of Report: 5/2/2013

Fui* [redacted]:
Date of Birth: 3/14/2006

█████ was observed by Karrie Anderson, School Psychologist during 1ˢᵗ recess. The observation was conducted from 10:25- 10:45.

█████ walked from the bathroom over to the swings.  A classroom aide pushed him for approximately 7-8 minutes on the swing.  When the swing came to a halt, █████ got off the swings. He approached an aide and stood next to the aide for about 90 seconds before the two walked over to the play structure.  The aide encouraged █████ to climb on the climbing ladder. After he got down, he was observed to access several pieces of the playground equipment. He went down the slide (twice), walked across the horizontal ladder, and walked around the top of the structure, █████ was able to maintain safe and independent play on the play structure.  He did not look to interact with his peers, but demonstrated some level of awareness of others in his environment.  He was twice observed to move around peers who were climbing next to him.

*Observation #4*

**4/12/13 Classroom Observation**

█████ was observed in his special education classroom by Karrie Anderson, School Psychologist. The observation was conducted from 11:40 until 12:10 during centers.

Lesson: █████ and one other peer were sitting at a table engaged in a social activity of turn taking and social engagement.  The game consisted of matching various shapes and colors on a game board. There was one aide leading the center.

11:42 – Center

| Activity/Time | Following Directions | Turns |
|---|---|---|
| Colorama 11:42-11:46 | 78% | 4 |

█████ waited calmly in between his turn. He was not observed to tap or display any self stimulatory and/or maladaptive behavior.

11:46 – Break

█████ was presented with a wooden puzzle.  He dumped out the pieces and began to re-assemble the puzzle. █████ was observed to tap a series of 2-4 taps, using both index fingers on each puzzle piece prior to placing the puzzle pieces in their correct location.

11:48- Center

| Activity/Time | Following Directions | Turns |
|---|---|---|
| Colorama 11:48-11:54 | 75% | 7 |

█████ waited calmly in between his turn. He was not observed to tap or display any self stimulatory and/or maladaptive behavior.

11:54 – Break

█████ was provided with his talker, which was opened to the break folder.  He was asked what he wanted to for break, █████ was observed to make a selection (from a field of 4) for gummies (with 1 verbal

8

P442

AR 0979

704

Page 9 of 11
Date of Report: 5/2/2013

Fulsang,█
Date of Birth: 3/14/2006

prompt). He was presented with one gummy. After █ ate the gummy he picked up his talker and independently made a second request for more gummies.

11:57- Clean up/transition
█ was instructed to help clean up the board game, which he did by putting the shapes into the box. Ms. Burns then instructed him to go sit on the carpet for a whole group lesson.

12:00 – Carpet time
█ sat on the carpet. There were peers on either side of him. Ms. Burns led a lesson on the days of the week, which started with a song and then moved into counting the completed school year days by 10's, █ did not participate verbally, but he was observed to clap (as modeled by Ms. Burns) and sway to the music during the days of the week song. Ms. Burns played two short counting videos on the smartboard. █ was observed to orient his body toward the smartboard and demonstrate a high degree of interest and awareness. He tracked the videos and twice flicked his fingers in the air (with excitement). He was not observed to tap on the carpet and/or other nearby objects. He was observed to sway his head back and forth (3 times).

Notes: Overall, █ was compliant. He was able to fully participate in the game. At times he required more than one directive in order to follow a direction. █ body was calm throughout the 30 minute observation. He was reinforced (verbally and with his token board) for staying calm and maintaining engagement in the game.

*Observation # 5 ·*

**4/22/2013 Recess Observation**

█ was observed by Karrie Anderson, School Psychologist during morning recess from 10:25 until 10:45.

█ walked with his classmates and staff from the classroom to the playground. He walked over to the play structure where he was observed to stay for approximately 15 minutes of the observation. █ was able to independently access and engage with several features of the structure. He was observed to go down the slide (multiple times), climb up the climbing ladder, climb on the horizontal ladder, and walk up and down the stairs █ was solitary in his actions. He did not look to engage with peers, but did demonstrate awareness of others as he was observed to twice watch other kids for brief periods of time (less than 45 seconds) and move around other kids that were also on the structure.

In the last five minutes of the observation █ walked over to the swings. A classroom aide accompanied him over there. The aide pushed █ for the remainder of the observation.

*Observation # 6*

**4/25/13 Physical Education/Recess Observation**

█ was observed by Karrie Anderson, School Psychologist during Physical Education (PE) and morning recess. The observation was conducted from 10:15 until 10:45.

10:15
Setting: PE outside on the field

Confidential Pupil Record

P443

Page 10 of 11                                                                     Fulsang █████
Date of Report: 5/2/2013                                           Date of Birth: 3/14/2005

Class: General education 1st grade/2nd grade combo class.
Lesson: Soccer- trapping the soccer ball before kicking it to a partner.

When this examiner arrived to PE ████ was walking back (with an aide) from the bathroom. The students were paired off and passing soccer balls back and forth to each other. ████ and the aide joined a group of students. The group was comprised of 3 students and 2 aides. The aides facilitated kicking the soccer ball back and forth to each other. The level of facilitation ranged from verbal prompts to physical prompts. ████ appeared to enjoy kicking the ball as he was observed to smile and take initiative to kick the ball. Throughout the observation he kicked and the ball 12 times. He did not always look at the person he was kicking the ball to, but did consistently kick the ball.

10:25
The students were released for recess. ████ walked with two other students from his class over to the swings. He and a male peer from his class sat on the swings and were pushed by a classroom aide for the first 9 minutes. The aide then encouraged ████ and the peer to go down the slide and accompanied the boys to the play structure. The two boys went down the slide 3 times before the peer requested going back to the swings. ████ his peer, and the aide walked back to the swings and were pushed by the aide for the remainder of the observation.

Summary and Recommendations:

████ is currently a 1st grade student at Eastbluff Elementary. He was initially assessed and found eligible for special education in 2009. ████ current eligibility is under the criterion autistic-like, speech and language impaired, and mental retardation/intellectual disabilities. ████ services are as follows:
- Special Day Class – ABA Methodology
- Speech and language
  - 1 time per week, 30 minutes per session (individual)
  - 1 time per week, 30 minutes per session (group)
  - 1 time per month, 30 minutes (consult)
- Occupational Therapy
  - 1 time per week, 30 minutes per session (group)

Interventions are as follows:
In addition, ████ currently receives the following list of the interventions:
- Individualized reinforcement system
- Group/classroom reinforcement system
- Built in breaks
- Close proximity to an adult
- High rate of positive reinforcement
- Visual Schedule
- Priming/setting clear expectations
- Assistive technology device and programming
- Toileting schedule

████ was observed by Karrie Anderson, School Psychologist, a total of 6 times for the purpose of determining the extent at which ████ requires an Independence Facilitator. There were 2 classroom observations, 4 recess observations, and 1 PE observation. The classroom observations were each 30 minutes in length and were conducted at varying times within the school day. Observations during recess were each 20 minutes in length.

10

P444

AR 0981

706

Page 11 of 11                                                                                           Fulsang, █
Date of Report: 5/2/2013                                                               Date of Birth: 3/14/2006

█ classroom teacher reported █ is making progress on his behavioral, social-emotional, and academic goals and he is on target to meet the first benchmark for goals. █ speech pathologist reported progress on his speech and language goals. █ occupational therapist reported that he is making progress on his OT goals. █ teacher also reported that there have been no safety incidents this past academic year (2012-2013).

During observations, █ evidenced awareness within his environment in terms of watching others, orienting his head to noises, moving around other students on the play structure, and checking in visually with adults during center rotations and large group activities. During all observations and as reported by the classroom teacher, █ does have close access to an adult at all times during the school day in order to ensure his safety as well as facilitate programming and goals. The ABA classrooms are designed to have low teacher to student ratios (2:1). █ does present as a student who requires support throughout his day, therefore as noted, one of the interventions being utilized in █ s program ensures that he has close adult supervision at all times during the school day. Based upon the information derived from this assessment, current programming and levels of support are sufficient to ensure safety within the school day, access his educational program, and make progress on his targeted goals. Therefore, it is this examiner's opinion that █ DOES NOT warrant additional adult monitoring/support throughout his school day in the form of an independence facilitator. The information in this report should be used by the IEP team to make educational program decisions as necessary.

Dated:  5/2/2013

                                                Karrie Anderson M.A.
                                                School Psychologist
                                                Newport-Mesa Unified School District

Confidential Pupil Record

P445

AR 0982

707

EXHIBIT
PENGAD 800-631-6989
5-36
10/16/13

# Newport-Mesa Unified School District

## REPORT TO PARENTS - KINDERGARTEN

Student: [redacted] Fulsano Year: 2011-2012
Teacher: Burns Grade: K
School: Eastbluff Elementary Perm ID: 145793
Principal: Cheryl Beck BirthDate: 3/14/2006

Support Services
English Learner
GATE
Other

| | 1st | 2nd | 3rd |
|---|---|---|---|
| English Learner | | | |
| GATE | | | |
| Other | | | |

03/19/2012 to 06/22/2012

### EXPLANATION OF MARKS

English Language Development
5 Advanced
4 Early Advanced
3 Intermediate
2 Early Intermediate
1 Beginning

Effort
O Outstanding
S Satisfactory
N Needs Improvement

Achievement
4 Excellent Progress Toward Grade Level Standard (91-100%)
3 Good Progress Toward Grade Level Standard (75-90%)
2 Moderate Progress Toward Grade Level Standard (60-74%)
1 Limited Progress Toward Grade Level Standard (0-59%)
NA Not addressed this report period

| | | Reporting Period 1 | 2 | 3 |
|---|---|---|---|---|
| Reading | Effort | N | O | |
| Knows concepts of print | | 1 | 1 | |
| Names uppercase letters | | 1 | 1 | |
| Names lowercase letters | | 1 | 1 | |
| Phonemic Awareness | Effort | N | O | |
| Segments one-syllable words into sounds | | 1 | 1 | |
| Blends sounds into words | | 1 | 1 | |
| Identifies and produces rhyming words | | 1 | 1 | |
| Decoding and Word Recognition | Effort | N | O | |
| Matches sounds to letters | | 1 | 1 | |
| Reads high frequency words | | 1 | 1 | |
| Reads one-syllable (consonant-vowel-consonant) words | | 1 | 1 | |
| Comprehension | Effort | N | O | |
| Listen/uses pictures and context to make predictions | | 1 | 1 | |
| Retells familiar stories | | 1 | 1 | |
| Distinguishes fantasy from realistic text | | 1 | 1 | |
| Identifies characters, settings, and important events | | 1 | 1 | |
| Writing | Effort | N | O | |
| Uses letter/sound knowledge to express thoughts in writing | | 1 | 1 | |
| Writes consonant-vowel-consonant words | | 1 | 1 | |
| Writes uppercase letters correctly (form and placement) | | 1 | 1 | |
| Writes lowercase letters correctly (form and placement) | | 1 | 1 | |
| Listening and Speaking | Effort | N | O | |
| Understands and follows one- and two-step oral directions | | 1 | 1 | |
| Shares information and ideas in complete sentences | | 1 | 1 | |
| Recites short poems, rhymes, and songs | | 1 | 1 | |

| | | Reporting Period 1 | 2 | 3 |
|---|---|---|---|---|
| Mathematics | | | | |
| Number Sense | Effort | N | O | |
| Compares sets (equal to, more than, less than) | | 1 | 1 | |
| Counts orally | | 1 | 1 | |
| Names numerals | | 1 | 1 | |
| Writes numerals | | 1 | 1 | |
| Places numerals in order from 0-30 | | 1 | 1 | |
| Matches numerals to sets | | 1 | 1 | |
| Adds with objects (two numbers each less than 10) | | 1 | 1 | |
| Subtracts with objects (two numbers each less than 10) | | 1 | 1 | |
| Algebra and Functions | Effort | N | O | |
| Sorts and classifies objects by attribute | | 1 | 1 | |
| Measurement and Geometry | Effort | N | O | |
| Compares length, weight, and capacity of objects | | 1 | 1 | |
| Understands concepts of time | | 1 | 1 | |
| Names the days of the week | | 1 | 1 | |
| Identifies circle, triangle, square, rectangle, cube, sphere, cone | | 1 | 1 | |
| Statistics, Data Analysis, and Probability | Effort | N | O | |
| Understands and interprets graphs | | 1 | 1 | |
| Identifies, describes, and extends simple patterns | | 1 | 1 | |
| Social Science | Effort | N | O | |
| Content Knowledge | | 1 | 1 | |
| Science | Effort | N | O | |
| Content Knowledge | | 1 | 1 | |
| Adjunct Curriculum | | | | |
| Art | Effort | N | S | |
| Music | Effort | N | S | |
| Physical Education/Health | Effort | N | S | |
| Technology | Effort | N | S | |
| Penmanship | Effort | N | N | |
| Work Habits | | | | |
| Listens to Learn | Effort | N | N | |
| Follows Directions | Effort | N | N | |
| Uses time appropriately | Effort | N | N | |
| Works independently | Effort | N | N | |
| Demonstrates basic organizational skills | Effort | N | N | |
| Citizenship | | | | |
| Works, shares, and plays cooperatively | Effort | N | N | |
| Respects rights and property of others | Effort | N | S | |
| Demonstrates self-control | Effort | N | N | |
| Follows classroom rules | Effort | N | N | |

| | | Reporting Period 1 | 2 | 3 |
|---|---|---|---|---|
| Follows school rules | Effort | N | N | |
| English Language Development | | | | |
| Listening | | | | |
| Speaking | | | | |
| Reading | | | | |
| Writing | | | | |
| Intervention/Enrichment (Mark boxes as applicable) | | | | |
| If box is checked below, see comments or attached document for details. | | | | |
| Intervention | | | | |
| Enrichment | | | | |
| Retention/Promotion (Mark boxes as applicable) | | | | |
| Student at risk of retention | | | | |
| Student will be retained | | | | |

TEACHER COMMENTS

| ATTENDANCE | 1 | 2 | 3 |
|---|---|---|---|
| Days Enrolled | 51 | 65 | |
| Days Absent | 1 | 6 | |
| Days Tardy | 1 | 0 | |

P474

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014

EXHIBIT
1135 of 1332
10/24/13

Page 1 of 35

**Newport-Mesa Unified School District**
**Individualized Education Program**
**Addendum to Individualized Education Program**
Dated: 02/09/2010

Student: Fulsang, ▮

School of Attendance: Harper Preschool    District of Attendance: Newport-Mesa Unified School District    Grade: Pre

Date of Meeting: 05/21/2010    Meeting Notification Sent: 05/10/2010

Additional Purpose: Parent requested meeting to discuss ▮    Meeting Tape Recorded: No
OT and SL services.

Summary of Additions, Deletions, Changes (if any) made to the original pages of this IEP. The amended IEP follows.

| IEP Page | Section or Location | Action | Summary of Change | Change Date |
|---|---|---|---|---|
| Program Considerations Page | Program and Services | Deletion | 1x 30 min Ind OT/wk | 05/21/2010 |
| Program Considerations Page | Program and Services | Addition | 2x15 min Individual SL/wk | 05/21/2010 |
| Meeting Notes | Extended School Year | Deletion | 2x 240 per week for Aug program | 05/21/2010 |
| Meeting Notes | Extended School Year | Addition | 4x 240 per weeks for Aug program | 05/21/2010 |
| Program Considerations Page | Program and Services | Addition | 2 x 20 Ind OT/wk | 05/21/2010 |
| Needs/Goals Page(s) | Fine Motor-Prewriting goal | Change | revisions made to this goal | 05/21/2010 |
| Program Considerations Page | Program and Services | Deletion | 1x30 min Individual SL/wk | 05/21/2010 |

**Additional notes:**

Parents requested to hold an IEP meeting to discuss adding services for ▮ has made since he began his program. He said that he feels ▮ would benefit from individual therapy in OT and SL due to his behaviors. He would like to see a coordination between the school and private therapies. Mr. Fulsang asked about the transition for ▮ and Ms. Cottrell explained that the teacher for summer school for ▮ a teacher that is on our campus, and the teacher that will be ▮ teacher when he transitions to blankets.

Ms. Bottorf and Ms. Wiley, SLP said that ▮ uses three signs, eat, more and mine (though mine might not be demonstrated appropriately). Ms. Wiley and Ms. Botorf recently obtained permission to speak with this home behavior agency, ACES, funded by RCOC. The team, including Ms. Mamisi said that ▮ clearly understands more, and he understands eat, when it is demonstrated for him in the appropriate context. Ms. Wiley demonstrated how she uses Epier's PECS book for him to make requests. Ms. Wiley said that she thinks the picture cards are to abstract, and that she is transitioning to using photographs instead. Mr ▮ said that he sees how this system can be used for him to actively ask for something, which he said that ▮ has difficulty with. Ms. Fulsang said that he has been offering ▮ choices, which seems to decrease his frustration level when trying to get his needs met. Mr. Fulsang said that he was able to have ▮ say more, and that he heard him say I at the other day at the sports game. Mr. Fulsang said that he would like to see the emphasis also placed on expressive language. Ms. Botorf said that focus would be for him to communicate his needs, and that verbalizations are always paired with the use of pictures. She said that there is an importance placed on getting him to understand the value of communication devices. Ms. Wiley proposed a change with one of the small group SL sessions to 2x 15 Indiv/per week. His SL is now on a weekly basis:

1x30 small group
2x 15 min. Ind.

Mr. Fulsang asked if the could keep the 2x30 group per week, and add the 2x15 min. per week. Ms. Botorf said that she thinks that the current recommendation is appropriate for ▮ and that that would provide him with a session per week. Mr. Fulsang he wants to make sure the 15 min is completely direct time working with ▮ and that it not include set up or note taking. Ms. Cotrell and Ms. Botorf said the 15 min. would be all directly working with ▮. Mr ▮ reiterated that he wants ▮ to learn to speak.

Ms. Ni discussed her current therapy schedule and how one session is in the OT clinic (whole class for sensory and fine motor) and how the individual therapy has been provided in the clinic. Ms. Ni discussed a change with one goal, the prewriting goal, and she discussed changes with this goal with Mr. Fulsang. Ms. Ni also proposed changing her 1x30 min Ind. session to 2x 20 min. Ind per week. One of the individual sessions will be in the classroom focusing on fine motor and the other will be in the clinic focusing on sensory processing. The recommendation is now on a weekly basis:

1x45 min. large group in clinic
1x20 Ind. in the clinic
1x20 Ind in the classroom

The team discussed that ▮ can have difficulty transitioning to school after a short break away. He can also have difficulty transitioning to school even when coming consecutively. The team discussed that

Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 9-Addendum (8-03)      Current

NMUSD 0076

709

AR 1135



ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1136 of 1332

Current

Page 2 of 35

Newport-Mesa Unified School District
Individualized Education Program
Addendum to Individualized Education Program

Student: Fulsang █████
lately he has had an increase in behaviors, crying, noncompliance, unwillingness to join the groups, both small and large. This varies from day to day, as well as the intensity. Consequently, the recommendation for the August ABA program is for █████ to attend 4 days per week, for 4 hours each day. The August program runs M through Th, beginning on 7/29th through 8/13th.

SE 9-Addendum (6-03)

NMUSD 0077

AR 1136

710

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1137 of 1332

**Newport-Mesa Unified School District**
**Individualized Education Program**
**COVER PAGE**

Page 3 of 35

**Student Information**

Name: First J.   Middle   Fulsang,   Last

| DOB | Age |
|---|---|
| 03/14/2006 | 4 |

Grade: Pre    Gender: Male

Social Security #    Student ID # 146793

Address: 5016 River Av    Apt. #    City/State/Zip: Newport Beach CA 92663

District of Residence: Newport-Mesa Unified School District

Local School (based on residence): Newport Elementary

District of Attendance: Newport-Mesa Unified School District

School of Attendance: Harper Preschool

A. Initial Entry into Special Ed.: 02/12/2009
(This date will not change and reflects FIRST IEP date
in district where initial placement was made)

B. Timeline Information (Dates)
Date of This Meeting: 02/09/2010
Next Meeting Date: 02/09/2011
(See Meeting Notes page for details)
Next Annual Review: 02/09/2011
Date of Last Evaluation: 02/12/2009
(Date that IEP team met to consider eligibility)
Next 3 Yr. Review Due: 02/10/2012

C. Purpose of Meeting
Primary: Annual Review
Secondary:

Meeting Tape Recorded? ☐ Yes ☑ No

**Parent/Guardian Information**

Eric Fulsang

Name of Parent/Surrogate/Guardian: Eric Fulsang
Address: 5016 River Av, Newport Beach, CA, 92663

| | |
|---|---|
| | (home) |
| Telephone | 949-838-4139 (work) |
| | (cell) |

Name of Parent/Surrogate/Guardian: Aneida Fulsang
Address: ~~5016 River Av, Newport Beach, CA, 92663~~

| | |
|---|---|
| | (home) |
| Telephone | 949-838-4139 (work) |
| | (cell) |

Student's Primary Language: English    Home Language: English

Determined by: Registration materials

G. English Language Learner: ☐ Yes ☑ No
English Language Level:

H. Interpreter / Translation Request
Interpreter Requested? ☐ Yes ☑ No
Translation of IEP Requested? ☐ Yes ☑ No

I. Residence: Parent or legal guardian

J. Ethnicity: White

K. Preschool Setting: Early childhood special education

L. Agency Services: ☐ Yes ☑ No

D. Eligible
Primary Disability: AUT-Autistic Like

Eligible for mental health services: ☐ Yes ☑ No
Mental health services language included: ☐ Yes ☑ No

E. Educational Rights Held by: Parent

F. Assessment (Accommodations page, section C)
☐ Participation in Statewide assessment programs:
CAHSEE: Not to participate at all in a
STAR:
CMAC:

☐ Offer declined. See section 'SE 16 – PARTICIPANTS and CONSENT' for details.

**M. Program and Services Recommended and Offered**
*Indicates Primary Service

| Program/Service | Projected Start | End | Location (Site) | Setting | Mode (Interaction; Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 16) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 20 min = 0.33 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 45 min = 0.75 hrs | Yes |
| Language and speech | 05/21/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 15 min = 0.25 hrs | Yes |

(Services provided per school schedule and calendar. Non-student days are excluded.)

ITP not required for this student.

Special Transportation: ☑ Yes, specify: Curb to Curb (Round Trip)

Extended School Year (ESY): ☐ No ☑ Yes On the Notes Page (SE 15) identify details of the ESY Offer, or reason why ESY is not offered.
☐ No   See Notes Page

SE 9 (8-03)

Additional Meeting(s)

Current

NMUSD 0078

AR 1137

711

Newport-Mesa Unified School District
Individualized Education Program

**INFORMATION CONSIDERED**

Page __4__ of __35__

**Student: Fulsang**

Present performance includes results of the most recent assessments:
☐ State    ☐ District-wide    ☑ Classroom    ☐ Alternate Assessments    ☐ IEE

Special factors related to low incidence disabilities were considered: ☑ N/A    ☐ Yes

Describe how student's identified disability affects involvement & progress in general curriculum. Or, for preschooler, how the disability affects the child's participation in appropriate activities:

☐ has deficits and limits, in having identified unique educational needs, and he cannot fully benefit from a general education setting.

**Documentation of General Education Interventions**
Initial Placement: ☑ No    ☐ Yes    If yes is checked, this section must be addressed.
*The following general education resources were utilized or considered prior to placement in Special Education*

Referred By: Parent                    Referral Date: 08/02/2008

Date Parent Consent Received: 12/09/2008    ☐ Early Intervention

Evaluation Delay Reason:    Official school break of more than five days

Evaluation Delay Other Reason:

Third Birthday Delay Reason:

Third Birthday Delay Other Reason:

Infant Referred By:                    Infant Referral Date:

Infant Date Parent Consent Received:

Infant Initial Evaluation Date:

**Health/Medical:**
See SE 33 Form for Heath Summary.

Vision:    R-UTT; L-UTT; Both: 20/40, per McDowell Vision Screening Kit.    Date of Testing:    01/16/2009

Hearing:    R: pass; L: pass, per The Hear Kit    Date of Testing:    01/16/2009

**Parent concerns and priorities for the education of the student:**
Mr. and Mrs. Fulsang had concerns of █ tantrums developing into aggression. █ has begun to lay on the floor and kick the adult near him when he tantrums. They felt it may be due to a lack of communication skills.

**Input from General Education Teacher:**
A general education teacher was present to address any parent questions or concerns.

SE 11 (8-06)                                        Current

NMUSD 0079

**AR 1138**

712

Page 5 of 35

Current

Newport-Mesa Unified School District
Individualized Education Program
INFORMATION CONSIDERED

NMUSD

**Student: Fulsang**

**Student Learning Strengths/Preferences:**

able to hold onto an object while transition throughout the classroom environment. He will look at his communication partner 40% of the time, when his name is called. He is more aware of his surroundings and the people around him. He enjoys the magnet doodle, the view finder, ball popper, cars and plastic tubes. Is beginning to manipulate objects and toys throughout his educational day.

**Behavior:**

Currently, student's behavior impedes learning of self or others and behavior interventions are needed:      ☐ No      ☑ Yes

☑ Regular district discipline procedures apply          ☐ Behavioral contract
☐ Behavior Support Plan                                              ☐ Hughes Plan

SE 11 (8-06)

NMUSD 0080

**Newport-Mesa Unified School District**
**Individualized Education Program**
**NEEDS/GOALS**

Page 6 of 35

Student: Fuisang

**AREA OF NEED: Readiness**

**Progress on Prior Goals**

| Goal: | Description: | Progress: | % Achieved: |
|---|---|---|---|
| R- Matching | will match 6, 2-dimensional common object pictures to the corresponding 2-dimensional picture from a field of 4, with 80% accuracy across 3 data collection sessions. | Met | 48 |
| R- Motor Imitation | will imitate 3 familiar non-verbal actions without prompts, in 4/5 opportunities across 3 data collection sessions. | Progressing Towards | 48 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths: | Needs: |
|---|---|
| ___ has increased his attention during large and small group activities. He is able to scan across objects on a table to match the corresponding object or picture. He is able to match primary colors. He is beginning to ask for help by taking the adult's hand when something is too difficult for him. | ___ imitates 2 non verbal actions (eat & more). He is unable to distinguish the difference in sizes when presented with small and big items. ___ has a difficult time putting together a puzzle with 3 interconnected pieces. |

Goal(s) Needed?   **Yes**

Goal #  **1**    Goal Name:  Puzzle

Begin Date:02/09/2010    End Date: 02/08/2011

**Baseline Performance:***(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
___ is able to complete a board puzzle up to 6 pieces. He is able to manipulate the pieces to make them fit into the correct shape. He has a difficult time connecting interconnected puzzle pieces together. ___ is currently connecting two pieces together with positioning and gesture prompts.

**ANNUAL GOAL:**
___ will demonstrate understanding of completing 5, three piece interconnected puzzles in 80% of opportunities across 3 days of data collection.

**Content Standard:**

**Evaluation Method(s):**
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

**Person(s) Responsible:**
☐Student
☑Special Education Teacher
☐Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

**Benchmarks/Objectives**

| Name: | Description: | Target Date |
|---|---|---|
| A | ___ will demonstrate understanding of completing 1, three piece interconnected puzzle in 80% of opportunities across 3 days of data collection. | 06/25/2010 |
| B | ___ will demonstrate understanding of completing 3, three piece interconnected puzzles in 80% of opportunities across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1141 of 1332



Page ___7___ of ___35___

Current

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

NMUSD 0082

AR 1141

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  8  of  35

**Student:** Fulsang█

**AREA OF NEED:** Self Help/Domestic

**Progress on Prior Goals**

| Goal | Description | Needs | Progress | % Achieved |
|---|---|---|---|---|
| SH- Toileting Routi | █ will participate in a toileting routine in his educational setting (go to the restroom, calmly, pull down pants, sit on/stand at the toilet, pull pants up) in 4/5 opportunities across 5 data collection sessions. | | Progressing Towards | 44 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| █ is able to complete 2 out of the 4 toileting routine actions (go to the bathroom calmly, stand by toilet). He is also able to begin his hand washing routine █ He will get the soap, stand on stool and begin to wet his hands. | █ needs physical prompting in order to complete the bathroom rountine. He has a difficult time pulling his pants down and back up after he urinates. He also requires physical and gesture prompting to complete the hand washing routine. |

**Goal(s) Needed?**   Yes

**Goal #**  1          **Goal Name:**  Hand Washing Routine

**Begin Date:** 02/09/2010          **End Date:** 02/08/2011

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)* █ will walk over to the sink and wait for someone to point to the soap to get him started. He needs gesture prompting to complete the entire hand washing routine.

**Content Standard:**

**ANNUAL GOAL:**
█ will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 4/5 opportunities across 3 days of data collection.

**Evaluation Method(s):**
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | █ will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| B | █ will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10*

SE 12 (8-06)                                                          Current

NMUSD 0083

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1143 of 1332

Page    9    of    35

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fuisang,

AREA OF NEED: Self Help/Domestic

| Goal # 2 | Goal Name: Toileting Routine | Begin Date: 02/09/2010 | End Date: 02/08/2011 |
|---|---|---|---|

**Baseline Performance:** (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
is beginning to understand his bathroom routine. He will walk into the bathroom and stand by the urinal. He needs physical prompting to pull his pants up and down. He is at 44% accuracy of completing his bathroom routine.

**Content Standard:**

**ANNUAL GOAL:**
participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 4/5 opportunities across 3 data collection sessions.

**Evaluation Method(s):**
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 2/5 opportunities across 3 data collection sessions. | 06/25/2010 |
| B | will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 3/5 opportunities across 3 data collection sessions. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE T7), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

NMUSD 0084

**Newport-Mesa Unified School District**

Individualized Education Program

**NEEDS/GOALS**

Page 10 of 35

**Student:** Fuisang

**AREA OF NEED:** Behavior

### Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| B- Response to Name | respond when his name is called by pausing his activity and looking to the speaker in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 48 |
| B- Safety Awareness | will orient toward the speakers face when commanded stop, no, or other relevant instruction, without adult prompting, across 5 data collection sessions. | Progressing Towards | 65 |

### Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

**Strengths:**
When an adult is positioned in front of him and his name is called, will look in the direction of the speaker's face 90% of the time. He will also look in the direction of any loud noise including music or his peers.

**Needs:**
has recently (within the past 3 months) began to cry, kick and push anyone near him during a tantrum. He begins to cry during his educational day with no apparent antecedent. He exhibits a loud cry for up to 10 minutes at a time. During this tantrum his non compliant and aggressive.

**Goal(s) Needed?** Yes

**Goal #** 1    **Goal Name:** Calming Strategy

**Begin Date:** 02/09/2010    **End Date:** 02/08/2011

**Baseline Performance:***(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
will calm down when an adult takes him for a walk outside of the classroom. He is unable to calm him self down when an adult asks him to do so.

**Content Standard:**

**ANNUAL GOAL:**
will use a calming strategy (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 80% of the time across 3 days of data collection.

**Evaluation Method(s):**
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

### Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A | will use a calming strategy (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 60% of the time across 3 days of data collection. | 06/25/2010 |
| B | will use a calming strategy (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 70% of the time across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

NMUSD 0085

718

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1145 of 1332

Page   11   of   35

## Newport-Mesa Unified School District
### Individualized Education Program
### NEEDS/GOALS

Student: Fulsang

**AREA OF NEED: Behavior**

Goal #   2     Goal Name:   Safty Awareness

Begin Date: 02/09/2010      End Date: 02/08/2011

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
will look in the direction of the speaker 65% of the time when he is asked to stop or when someone says no with gesture prompts.

**ANNUAL GOAL:**
stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 80% of the time across 3 days of data collection.

**Content Standard:**

**Evaluation Method(s):**
- ☑ Observation (documentation)
- ☐ Pre-Post testing
- ☐ Work Samples
- ☐ Curriculum-Based Assessment
- ☐ Criterion Ref. Test(s)
- ☐ Data Collection
- ☐ Other

**Person(s) Responsible:**
- ☐ Student
- ☑ Special Education Teacher
- ☐ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Regional Center
- ☐ Department of Rehab
- ☐ Parent
- ☐ Mental Health Provider
- ☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| A | will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 60% of the time across 3 days of data collection. | 06/25/2010 |
| B | will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 70% of the time across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

NMUSD 0086

**AR 1145**

719

Student: Fulsang,

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  12  of  35

AREA OF NEED: Behavior

| Goal # 3 | Goal Name: Respond to name | Begin Date: 02/09/2010 | End Date: 02/08/2011 |

Baseline Performance:(Quantitative data from assessment, observation, work samples and/or progress on prior goals)
▓ will respond to his name 48% of the time. He has a difficult time looking at his
communication partner while he is engaged with a toy or activity.

Content Standard:

ANNUAL GOAL:
▓ will respond when his name is called by pausing his activity and looking to the speaker when
the speaker is within 3 steps of him in 4/5 opportunities across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | ▓ will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| B | ▓ will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special
Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

NMUSD 0087

720

AR 1146

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  13  of  35

**Student:** Fulsang █

**AREA OF NEED:** Social/Emotional

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|------|-------------|----------|-----------|
| S/E- Cause and Effec | █ will increase his repertoire of independent play to include 6 different cause and effect toys (used as intended), across 5 data collection sessions. | Met | |
| S/E- Visual Regard | █ will look at his communication partner when showing or requesting an object (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 5 data collection sessions. | Progressing Towards | 43 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths: | Needs: |
|------------|--------|
| █ has increased his desire to explore cause and effect toys throughout his educational setting. He will pick a toy up and begin to play with it independently. If something is too difficult for him to open or put together he will pull an adult's hand and place it on the item. █ is aware of his peers during large group activities. He will look in the direction of a peer when they are making loud noises. | █ will look at his communication partner while requesting or showing an object 43% of the time. During the classroom day when he requests an object the adult pauses and will physically prompt him by moving his shoulders to look at them. █ does not pass objects to his peers when asked to do so. He will drop them on the floor or hold on to them until he is physically prompted to give something to his peer. |

**Goal(s) Needed?**    Yes

SE 12 (8-06)

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Current

NMUSD 0088

**AR 1147**

721

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page   14   of   35

Student: Fulsang,

AREA OF NEED: Social/Emotional

Goal # 1        Goal Name: Visual Regard        Begin Date: 02/09/2010        End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
When ▮ is prompted to look, by the adult pausing and physically turning his body, he will look his communication partner in the eye 50% of the time.

Content Standard:

ANNUAL GOAL:
▮ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 3 days of data collection.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | ▮ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 2/5 opportunities across 3 days of data collection. | 06/25/2010 |
| B | ▮ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 3/5 opportunities across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1149 of 1332

**Newport-Mesa Unified School District**
**Individualized Education Program**
**NEEDS/GOALS**

Page  15  of  35

Student: Fulsang,

AREA OF NEED: Social/Emotional

Goal #  2          Goal Name:  Peer interaction

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
____ will look in the direction of a peer when they are making loud noises.  He needs hand over hand prompting to pass an object to a peer.

ANNUAL GOAL:
____ hand a peer an object given one verbal instruction 80% of the time across 3 days of data collection.

Begin Date: 02/09/2010          End Date: 02/08/2011

Content Standard:

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language
    Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | ____ will hand a peer an object given one verbal instruction 60% of the time across 3 days of data collection. | 06/25/2010 |
| B | ____ hand a peer an object given one verbal instruction 70% of the time across 3 days of data collection. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10*

SE 12 (8-06)

Current

NMUSD 0090

AR 1149

723

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1150 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page ___16___ of ___35___

Student: Fulsang _____

AREA OF NEED: Speech and Language

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| S/L- Expressive Voca | ___ will use speech, signs or picture icons to label (e.g., What is this?) or request (e.g. What do you want?) 8/10 objects or actions during structured activities across 3 educational sessions. | Met | |
| S/L- Following Direc | ___ will correctly follow 4/5 routine, single step verbal commands after no more than 2 presentations during educational activities (e.g., Sit down on the rug) across 5 sessions. | Met | |
| S/L- Gestures | ___ will increase his use of communicative gestures to include 2 movements/signals (e.g., pointing, patting, extended open palm) and use them appropriately as observed at least 3 times per educational sessions across 3 sessions. | Met | |
| S/L- Receptive Vocab | ___ will demonstrate understanding of 10 object labels by pointing to pictures or handing objects after Show me ___ 80% correct across 3 educational sessions. | Progressing Towards | 20 |
| S/L- Requesting | ___ use a word, sign or gesture to request /more/ of something or indicate /all done/ when he is finished with an activity after a verbal prompt (e.g. What do you want?) in 4/5 opportunities during structured activities of at least 5 minutes as observed across 3 educational sessions. | Progressing Towards | 50 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ___ has increased his use of gestures and pictures to communicate with others. His rate of communication has also increased. He demonstrates increased attention to play and language activities. During snack and lunch, ___ scans picture cards to request desired items. He is beginning to select the picture and pair it with a sign to request. ___ is imitating gestures during preferred speech activities (i.e. slinkies) and is beginning to move his mouth like the adult in familiar lang activities (i.e slinkies and old macdonald song). | ___ is not yet demonstrating verbal imitation. He is not yet identifying objects from a field of 3 when asked. He demonstrates limited means to communicate with others. He requires multiple reptitons paired with highly motivating items to acquire new skills. |

Goal(s) Needed?     Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

NMUSD 0091

**AR 1150**

724

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page  17  of  35

Student: Fulsang,

AREA OF NEED: Speech and Language

**Goal # 1**          Goal Name:  S/L receptive vocabulary

Begin Date: 02/09/2010          End Date: 02/08/2011

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
demonstrates understanding of "slinky" from a field of 3 when asked to identify.

**ANNUAL GOAL:**
will demonstrate understanding of 5 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection.

Content Standard:

**Benchmarks/Objectives**

| Name | Description: | Target Date |
|------|-------------|-------------|
| A. | will demonstrate understanding of 3 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | 06/25/2010 |
| B. | will demonstrate understanding of 4 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection. | 11/30/2010 |

**Evaluation Method(s):**
☑Observation (documentation)
☐Pre-/Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

**Person(s) Responsible:**
☐Student
☑Special Education Teacher
☑Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

Current

SE 12 (8-06)

NMUSD 0092

725

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1152 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page __18__ of __35__

Student: Fulsang

AREA OF NEED: Speech and Language

Goal # __2__          Goal Name:  S/L exp pictures

Begin Date: 02/09/2010          End Date: 02/08/2011

Baseline Performance:*(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
uses up to 10 picture symbols during snack and lunch activities to request food items.

Content Standard:

ANNUAL GOAL:
will increase his use of picture symbols to include 7 toys, 3 people, and 3 action words.

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A. | will increase his use of picture symbols to include 3 toys, 1 people, and 1 action words. | 06/25/2010 |
| B. | will increase his use of picture symbols to include 5 toys, 2 people, and 2 action words. | 11/30/2010 |

Evaluation Method(s):
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

Person(s) Responsible:
☐Student
☑Special Education Teacher
☑Speech/Language Pathologist
☐Adapted PE Teacher
☐Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

SE 12 (8-06)          Current

NMUSD 0093

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    1153 of 1332

Page ___19___ of ___35___

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fuisang;

AREA OF NEED: Speech and Language

Goal # 3          Goal Name: S/L exp phrases

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
hands single pictured objects to an adult to request desired food items.

| | Begin Date: 02/09/2010 | End Date: 02/08/2011 |
| | Content Standard: | |

ANNUAL GOAL:
will combine two pictures on a sentence strip to request preferred items 6 times during an activity, across 3 days of data collection.

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A. | will combine two pictures on a sentence strip to request preferred items 2 times during an activity, across 3 days of data collection. | 06/25/2010 |
| B. | will combine two pictures on a sentence strip to request preferred items 4 times during an activity, across 3 days of data collection. | 11/30/2010 |

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre-not testing
☑ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☑ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Current

NMUSD 0094

727

Page   20   of   35

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, ▮▮▮

AREA OF NEED: Speech and Language

| Goal #   4 | Goal Name:   S/L rate of comm |
|---|---|

Begin Date: 02/09/2010          End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals)
▮ uses a rate of communication of 1 act every 2 minutes to request snack and lunch items. He is not maintaining this rate across school day activities.

Content Standard:

ANNUAL GOAL:
▮ will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 4 various activities.

**Evaluation Method(s):**
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| A. | ▮ will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 2 activities. | 06/25/2010 |
| B. | ▮ will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 3 various activities. | 11/30/2010 |

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)                                                                    Current

NMUSD 0095

AR 1154

728

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1155 of 1332

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page 21 of 35

Student: Fulsang,

**AREA OF NEED:** Fine Motor

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Pincer Grasp | will use a refined pincer grasp when picking up 20 pinto beans, individually, off a table, 4 out 4 of 5 opportunities. | Met | |
| Prewriting | will imitate vertical and horizontal strokes, 4 out of 5 opportunities. | Progressing Towards | 30 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| is able to pick up objects with his fingers.  He is able to make circular scribbles on paper and is beginning to visually attend more to his paper during art projects.  has demonstrated interest in using loop scissors and is able to snip one time before letting go of the scissors. | needs to improve on his scissor use.  continues to need to work on his prewriting strokes. |

Goal(s) Needed?   Yes

Goal #  1     Goal Name:  F/M Prewriting

Begin Date: 02/09/2010     End Date:02/08/2011

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
is able to imitate a vertical line and horizontal line with about 40% accuracy.  He is able to imitate a horizontal line with about 20% accuracy.  He is able to make circular scribbles, but is not yet able to make a circle.

**ANNUAL GOAL:**
be able to trace a vertical line, horizontal line, and circle on a raised border (wikki stix, glue) line with verbal prompts, 4 out of 5 trials over charted opportunities.

**Content Standard:**

**Evaluation Method(s):**
☑Observation (documentation)
☐Pre-Post testing
☑Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

**Person(s) Responsible:**
☐Student
☑Special Education Teacher
☐Speech/Language Pathologist
☐Occupational Therapist
☑Adapted PE Teacher
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | will be able to trace a vertical line and horizontal line on a raised border (wikki stix, glue)line, with 1 physical prompt, 3 out of 5 trials over charted opportunities. | 06/25/2010 |
| B | will be able to trace a vertical line, horizontal line, and circle on a raised border (wikki stix, glue) line with 1 physical prompt, 4 out of 5 trials over charted opportunities. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress, E.C. 56345.10*

SE 12 (8-06)

Current

NMUSD 0096

AR 1155

729

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1156 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 22 of 35

Student: Fulsang

AREA OF NEED: Fine Motor

Goal # 2          Goal Name: F/M Scissors

Begin Date: 02/09/2010     End Date: 02/08/2011

Baseline Performance: (Quantitative data from assessment, observation, work samples and/or progress on prior goals) is able to hold loop scissors on his own and with guidance to hold the paper, and is able to snip one time.

Content Standard:

ANNUAL GOAL:
will be able to use loop scissors to make 5 continuous cuts across paper independently, 4 out of 5 trials across 3 educational sessions.

Evaluation Method(s):
☑ Observation (documentation)
☐ Pre/Post testing
☑ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

Person(s) Responsible:
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| A | will be able to use loop scissors to make 3 snips on paper after initial set-up, 4 out of 5 trials across 3 educational sessions. | 06/25/2010 |
| B | will be able to use loop scissors to make 3 continuous cuts across paper after initial set-up, 4 out of 5 trials across 3 educational sessions. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

NMUSD 0097

AR 1156

730

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1157 of 1332

Page 23 of 35

![NMUSD logo]

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang,

AREA OF NEED: Sensory Processing

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|------|-------------|----------|------------|
| Arousal | ___ will increase the number of signs of increased arousal (smile, eye contact, vocalizes, plays with peers, refrain from putting his head on the table) when provided with gross motor activities (such as movement on a therapy ball) in 4 out of 5 opportunities. | Met | |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths: | Needs: |
|------------|--------|
| ___ has demonstrated a much better arousal level and is more aware of his surroundings. He is now able to jump on a trampoline with two feet demonstrating better bilateral coordination skills. He is demonstrating improved ideation and motor planning to initiate a variety of activities in the clinic and participate appropriately, including swings, trapeze, scooterboard, and obstacle course. He has also demonstrated much improved postural control on a variety of swings. | ___ continues to need to work on his visual attention and higher level motor planning skills. |

Goal(s) Needed?     Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils' progress. E.C. 56345.10*

Current

SE 12 (8-06)

NMUSD 0098

AR 1157

731

ADMINISTRATIVE RECORD FOR MATTER 2012050785    02/25/2014    1158 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fuisang,

Page 24 of 35

AREA OF NEED: Sensory Processing

**Goal # 1**    **Goal Name:** S/P Motor Planning

Begin Date: 02/09/2010    End Date: 02/08/2011

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
does not consistently imitate simple motor actions. He is just beginning to imitate rolling
playdough. He has a difficult time imitating actions that relate to his own body, such as clapping
hands, or touching his head.

Content Standard:

**ANNUAL GOAL:**
In order to demonstrate improved motor planning skills for classroom activities, ▇ will be able to
imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping
feet, clapping hands), given one demonstration and verbal prompting with 80% accuracy over
charted opportunities.

**Evaluation Method(s):**
☑ Observation (documentation)
☐ Pre-Post testing
☐ Work Samples
☐ Curriculum-Based Assessment
☐ Criterion Ref. Test(s)
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Student
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Regional Center
☐ Department of Rehab
☐ Parent
☐ Mental Health Provider
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | In order to demonstrate improved motor planning skills for classroom activities, ▇ will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration and 3 physical prompts with 50% accuracy over charted opportunities. | 06/25/2010 |
| B | In order to demonstrate improved motor planning skills for classroom activities, ▇ will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration 1 physical prompt with 65% accuracy over charted opportunities. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

Current

NMUSD 0099

AR 1158

732

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1159 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 25 of 35

Student: Fuisang, ▮

AREA OF NEED: Sensory Processing

Goal #: 2          Goal Name: S/P Visual Attention

Begin Date: 02/09/2010          End Date: 02/08/2011

**Baseline Performance:** (Quantitative data from assessment, observation, work samples and/or progress on prior goals) ▮ does not always look when throwing at a target, and he does not always throw his beanbag at the right time while swinging on a swing. ▮ accuracy ranges from 30% to 50% accuracy when throwing at a target.

**ANNUAL GOAL:**
In order to demonstrate improved visual attention and motor planning, ▮ will be able to throw a beanbag into a target while swinging on a swing independently with 80% accuracy over charted opportunities.

**Content Standard:**

**Evaluation Method(s):**
☑Observation (documentation)
☐Pre-Post testing
☐Work Samples
☐Curriculum-Based Assessment
☐Criterion Ref. Test(s)
☐Data Collection
☐Other

**Person(s) Responsible:**
☐Student
☑Special Education Teacher
☐Speech/Language Pathologist
☐Adapted PE Teacher
☑Occupational Therapist
☐Physical Therapist
☐General Education Teacher
☐Regional Center
☐Department of Rehab
☐Parent
☐Mental Health Provider
☐Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| A | In order to demonstrate improved visual attention and motor planning, ▮ will be able to throw a beanbag into a target while swinging on a swing with verbal prompts as needed to attend to the target with 60% accuracy over charted opportunities. | 06/25/2010 |
| B | In order to demonstrate improved visual attention and motor planning, ▮ will be able to throw a beanbag into a target while swinging on a swing with two verbal prompts after initial instruction, 70% accuracy over charted opportunities. | 11/30/2010 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Current

**AR 1159**

733

**Newport-Mesa Unified School District**
Individualized Education Program
**PROGRAM CONSIDERATIONS**

Page 26 of 35

**Student:** Fulsang

**A. Federal Setting**

Federal Setting School:    Separate Class

Federal Setting Preschool:

**B. Assessment Information**
The following ☐tests ☐evaluations ☐records ☐reports were used to determine the student's eligibility and/or Special Education services:
Cariota Curriculum for Infants and Toddlers with Special Needs, (Third Edition)
Review Records
DRDP

**C. Support for Transition**
ITP not required for this student.
Grade Level Change N/A     Program Type:N/A
School Type: N/A
Description of supports for transition:

**D. Participation in General Education**
☑Lunch, Recess, Passing ☑School Day Activities Periods
☐Other

To what extent is the student *not* in the general education setting? In your discussion, include such things as: class activities, school activities, issues related to possible "harmful effects" of placement.
General education limits ▆ ability to participate, and he requires additional support and smaller class size.

Explain why services that the student is to receive can not be provided in the general education setting.

▆ deficits and identified unique educational needs require intensive specialized instruction that cannot be fully addressed through participation in general education. Due to these deficits ▆ cannot fully benefit from a general education setting.

62 % of time outside the regular education classroom for special education services

**E. English Language Learner Information:** ☑No ☐Yes

**F. Options**

| Considered | | Recommended |
|---|---|---|
| ☑ | General Education | |
| ☑ | Designated Instruction and Services | ☑ |
| ☑ | Resource Services (consult/collaborative) | ☑ |
| ☐ | Resource Specialist Program | |
| ☐ | Special Day Class | ☑ |
| ☑ | Referral for County Program Consideration | ☑ |
| ☐ | Non-Public School | |
| ☐ | State Special School Referral | |
| ☐ | Home/Hospital | |
| ☐ | Instruction in non-classroom setting | |
| ☐ | Alternative Education | |
| ☐ | Other | |

SE 13 (8-03)

Current

NMUSD 0101

734

**AR 1160**

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1161 of 1332

Page 27 of 35

**Newport-Mesa Unified School District**
**Individualized Education Program**
**PROGRAM CONSIDERATIONS**

Student: Fulsang, ▮▮▮

**G. Discussion of LRE and Placement**

| Program/Service<br>* Indicates Primary Service | Projected Start | End | Location (Site) | Setting | Mode<br>(Interaction; Delivery) | Frequency | | Min/Hrs Per Session | See Notes<br>(SE 16) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 5 | per week | 315 min = 5.25 hrs | Yes |
| Language and speech | * 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 20 min = 0.33 hrs | Yes |
| Occupational therapy | 02/09/2010 | 02/09/2011 | Public Preschool | Special Ed | Group; Direct | 1 | per week | 45 min = 0.75 hrs | Yes |
| Language and speech | 05/21/2010 | 02/09/2011 | Public Preschool | Special Ed | Individual; Direct | 2 | per week | 15 min = 0.25 hrs | Yes |

(Services provided per school schedule and calendar. Non-student days are excluded.)

| Service | Notes: |
|---|---|
| SDC public integrated | 2/09/2010-2/09/2011: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar with mainstreaming occurring 2 days a week (Tuesdays and Thursdays) for 3.75 hours each day (9-12:45pm). |
| Language and speech | 2/9/10-2/9/11: Group speech therapy 1 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar. Group size not to exceed 3 children including ▮▮▮ |
| Occupational therapy | 2/9/10 - 2/9/11: Individual Occupational Therapy 1 x30 minutes per week at the Harper Preschool, as per the traditional school year calendar. |
| Occupational therapy | 2/9/10 - 2/9/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. |
| Language and speech | Individual SL in the special day class, 15 min. per session. |

Program setting for infant service (for ages 0-2 only):

SE 13 (8-03)

Current

NMUSD 0102

ADMINISTRATIVE RECORD FOR MATTER 2012050785　　　02/25/2014　　　1162 of 1332

Page 28 of 35

**Newport-Mesa Unified School District**
**Individualized Education Program**
**ACCOMMODATIONS, SUPPORTS AND SERVICES**

Student: Fulsang,

**A. Participation in Statewide and District Assessment Programs:**

Participation in Statewide assessment program:

CAHSEE:　☐ Not to participate at all in any statewide assessment program

STAR English Language Arts:　Not to participate at all in any statewide assessment program

STAR Math:　Not to participate at all in any statewide assessment program

STAR History:　Not to participate at all in any statewide assessment program

STAR Science:　Not to participate at all in any statewide assessment program

STAR Writing:　Not to participate at all in any statewide assessment program

Tests identified accommodations/modifications are necessary for enabling the student to demonstrate knowledge, ability, skills, or mastery, and should be consistent with those identified in the instructional setting to give the student access to the curriculum.

Specific variations, accommodations and modifications to be used in testing:

| Type of Variation, Accommodation or Modification | CAHSEE | English Lang Arts | Math | Science | History | Writing | CELDT | District Testing | Classroom Tests |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

☐ Student will take the Standards-based Tests in Spanish (STS) using CST variations/accommodations/modifications listed above.

Note: Students participation in the California Physical Fitness Tests will receive the Variations, Accommodations, or Modifications listed above, if they directly apply to the testing situation. (Refer to the Testing Variations, Accommodations, and Modifications chart published by the California Department of Education.)

☐ Desired Results Developmental Profile to be used (Ages 3-5)　　Test Type:
Adaptions allowed:

**B. Program modifications, supplementary aides, and accommodations (including effect on grading) for the student to progress in general education and/or activities:**
ABA Seahorse classroom
Care plan for mouthing by school nurse

**C. Supports / modifications provided to school personnel to enable student to advance toward attaining annual goals, progress in general education and/or activities, and be educated and participate with other children with and without disabilities (i.e. trainings, materials):**
Considered but not required

SE 13 (8-03)

NMUSD 0103

Current

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1163 of 1332

Newport-Mesa Unified School District
Individualized Education Program
ACCOMMODATIONS, SUPPORTS AND SERVICES

Page 29 of 35

**Student: Fuisang,**

**D. Physical Education:**
General Ed

**E. Low Incidence Disability:** ☑ No  ☐ Yes, see Notes Page

**F. Consideration of Assistive Devices and Services:**
Does the student require assistive devices and/or services to make progress toward IEP goals at this time?  ☑ No  ☐ Yes, the following is/are recommended:
Devices, services and curricular interventions currently available at the school site can meet the students needs at this time:  ☐ Yes  ☐ No, see Notes page.

**G. Promotion/Retention (Grades 2 - 9):**
Not Applicable (outside of grade range)
Current Performance (Grades 2 - 9):
Student is meeting the standards identified above: ☐ Yes  ☐ No, see Notes page.

**H. High School Completion Plan (must be 16 years old or younger if appropriate)**

☑ Not Applicable

• Notice: Algebra I or the equivalent is required to earn a regular high school diploma.
• Notice: Effective with the graduating class of 2006, in addition to completing the district course of study, all students in California must pass the California High School Exit Exam (CAHSEE) to earn a regular high school diploma.

1. The requirements for high school graduation have been explained to me:
☐ Student Initials (if appropriate) _____ Date: _____
☐ Parent Initials _____ Date: _____

2. At this time, student is working toward earning:
☐ Certificate: will have completed course of study or reached maximum age
☐ Diploma: will have met all general education graduation requirements
REQUIREMENTS FOR GRADUATION WITH A DIPLOMA
1. Credits: Total required: _____  Currently has earned: _____
2. California High School Exit Exam (CAHSEE):

| Area | Pass OR Waiver | | Date |
|---|---|---|---|
| Math | ☐ Pass | ☐ Waiver | |
| English/Language Arts | ☐ Pass | ☐ Waiver | |

3. Anticipated date of high school completion: _____

SE 13 (8-03)

Current

NMUSD 0104

Page   30   of   35

Current

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Student: Fulsang,

**MEETING SUMMARY**

**TAPE RECORDING (SE 9):**
Meeting Tape Recorded?   ☐Yes   ☑No

**MEETING DURATION (SE 9):**
Scheduled: Tuesday February 9, 2009
Start: 2:30PM
End: 3:30PM

**INTRODUCTIONS (SE 9):**
Introductions were made at the beginning of the meeting. The following team members were present: Donna Manea, special education teacher; Heather Manns, general education teacher;
Melissa Willey, speech therapist; Maureen Cottrell, special education coordinator/principal.

**REVIEW OF PARENTAL PROCEDURAL SAFEGUARDS (SE 16) has Parental Acknowledgement)**
☑Parent waived reading and/or review of Parental Procedural Safeguards
Presented previously and reviewed

**PURPOSE OF THE MEETING (SE 8, SE 9):**
Conduct Annual IEP meeting

**STUDENT AND PARENT/GUARDIAN INFORMATION VERIFICATION (SE 9):**
Birth certificate and proof of residency on file with the district

**PROGRESS ON PRIOR GOALS (SE 10):**
Progress on prior goals were reviewed.

**EVALUATION RESULTS – Summary of Outcomes from:**
SE  7 Assessment Plan
SE 32 Multidisciplinary Team Assessment Report
SE 33 Assessment Documentation – Specialist
SE 34 Assessment Documentation – Teacher
SE 35 Documentation of Learning Disability Discrepancy using Non-standardized Assessment Data

Multidisciplinary Team Assessment Report

**PRESENT LEVELS OF PERFORMANCE (SE 11):**
Reviewed by specialist.

**ELIGIBILITY SUMMARY (for Initials and Triennials (SE 19 - 22)):**
▮ meets eligibility for Autistic-like behaviors under the California Education Code.

SE 13 (8-03)

NMUSD 0105

AR 1164

738

Page 31 of 35

Current

# Newport-Mesa Unified School District
## Individualized Education Program
### MEETING NOTES

**Student: Fulsang,** ▮

**GOALS AND OBJECTIVES (SE 12):**
Goals/benchmarks were presented and incorporated into this document for all areas for suspected disability

**PROGRAM CONSIDERATIONS - Consideration of General Ed Participation, Placement, Services, Transition, LRE and ELL (SE 13):**
Classroom:
2/09/10 - 2/09/11: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar.
Mainstreaming occurs every Tuesday and Thursday with neighborhood friends from 9am-12:45pm (3 hrs. 45 minutes); and daily for 30 minutes during gross motor/outdoor play.

Speech Services:
2/09/10 - 2/09/11: Group speech therapy 2 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar. Group size not to exceed 3 children including ▮

Occupational Therapy:
2/09/10 - 2/09/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool, as per the traditional school year calendar. Individual occupational therapy 1 x 30 minutes per week at Harper Preschool, as per the traditional school year calendar.

ESY:
6/29/10-7/27/10 ABA SDC class for 5 days a week/4 hours daily.

6/29/10-7/27/10 DIS Speech to occur one time per week, 30 min. group sessions

6/29/10-7/27/10 OT to occur one time per week, 30 min. group sessions.

7/28/10- 8/12/10 ABA SDC class for 2 days a week/4 hours daily.

**ACCOMMODATIONS, SUPPORTS AND SERVICES (SE 14):**
Section F. CONSIDERATION OF ASSISTIVE DEVICES AND SERVICES

**SPECIAL TRANSPORTATION (SE 9):**
Rationale:
▮ qualifies for curb to curb transportation due to age and disability

**EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES RECOMMENDED AND OFFERED (SE 9):**
Rationale:
▮ qualifies for Extended School Year (ESY) as maintenance for Summer 2010.

| Program/Service *Indicates Primary Service | Projected Start | End | Anticipated Location (Site) | Setting | Mode | Frequency | | Min/Hrs Per Session |
|---|---|---|---|---|---|---|---|---|
| SDC public integrated | * 06/30/2009 | 07/28/2009 | Public | Special Ed | Group; Direct | 5 | per week | 240 min = 4.00 hrs |
| Specialized academic instruction | 07/29/2009 | 08/13/2009 | Public | Special Ed | ; Direct | 4 | per week | 240 min = 4.00 hrs |
| Occupational Therapy | 06/29/2010 | 07/27/2010 | Public | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs |
| Language and speech | 06/29/2010 | 07/27/2010 | Public | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs |
| Language and speech | 06/29/2010 | 07/27/2010 | Public | Special Ed | Individual; Direct | 1 | per week | 15 min = 0.25 hrs |

NOTICE: An IEP Addendum meeting will be held in the event that a change to the above-described Program/Services is necessary.

SE 15 (8-03)

NMUSD 0106

739



Page  32  of  35

Current

Newport-Mesa Unified School District
Individualized Education Program
MEETING NOTES

Student: Fuisang,
NEXT IEP MEETING (SE 9):
Next Annual IEP to be held on or before 2/09/2011.

SE 15 (8-03)

NMUSD 0107

AR 1166

ADMINISTRATIVE RECORD FOR MATTER 2012050785  02/25/2014  1167 of 1332

Newport-Mesa Unified School District

Individualized Education Program

MEETING NOTES

Page 33 of 35

[NMUSD logo]

**Student: Fulsang,** ▮

**ADDITIONAL NOTES:**

An annual IEP was held today for ▮ Fulsang, Donna Manea, special and preschool teacher, reviewed ▮ progress on current goals. ▮ has met 1 out of 2 readiness goals, and Ms. Manea noted that ▮ has been scanning options more completely and using signs more precisely. She reported that he has met 1 out of 2 his social goals. Ms. Manea said that ▮ is not yet looking at his communication partner even though he is handing picture cards or materials. Mrs. Fulsang described that if she has food for him he will make eye contact to request. Mr. Fulsang said that if ▮ hears food (e.g. crunching) he will look but not to videos or other sounds. Linda Natzmer, school nurse, reviewed ▮'s past audiological test results and parents' concerns. She suggested that ▮ may be more responsive to audiological testing at this time and that family might consider an new referral for a hearing test. ▮ did not meet his 2 behavior goals and self help goal.

Melissa Wiley, SLP, reported on ▮ progress on his Speech and Language goals. He has met 3 out of 5 speech goals, including using PECS to request items, following routine, one-step directions, and using simple gestures. Ms. Wiley reported that ▮ is making progress in receptive vocabulary but has not yet been able to point to 8/10 items named. She said that ▮ is consistently using a sign for more at school. Mrs. Fulsang said he is beginning to sign all done at home. She also said that he is beginning to make new sounds at home which appear to be his attempt to sing songs and say Mom. Ms. Manea stated that ▮ appears to be very interested in music and singing in the classroom.

Jennie Ni, OT, reported that ▮ has met 1 out of 2 fine motor goals and he met his sensory processing goal. He is able to use a pincer grasp and can initiate a vertical stroke, but not yet a horizontal stroke. Ms. Ni reported that ▮ has met is sensory goal of arousal and said that he is responding sooner and more consistently to input in the environment and does not require extra movement to stay alert and participate.

The following unique educational needs were identified and reviewed with Mr. and Mrs. Fulsang:

*Readiness
 - Sorting by Size
 - Puzzles

 *Self-Help
 - Toileting Routine
 - Hand Washing Routine

*Behavior
 - Calming Strategy
 - Safty Awareness
 - Respond to Name

*Social/Emotional
 - Visual Regard
 - Peer Interaction

*Receptive Language
 - RVocabulary

*Expressive Language
 - EPicture
 - EPhrases

*Pragmatic Language
 - Rate of Communication
 - Fine Motor
 - Scissors
 - Prewriting

*Sensory Processing
 - Visual Attention
 - Motor Planning

Ms. Manea reviewed the proposed goals for this IEP. For Readiness, his goals include sorting objects by size and completing 3 piece puzzles. For Self Care, ▮ will be working toward participating in the hand washing routine as well as toileting routine. In Behavior, Ms. Manea described the goals for use of a calming strategy, safety awareness, and response to name. Under Social/Emotional, ▮ goals include increasing his visual regard during communication and handing objects to peers. Ms. Wiley presented the new goals for Speech and Language, including receptive vocabulary, use of picture symbols, combining 2 symbols on a sentence strip, and increasing his rate of initiating communication. Ms. Ni described ▮ proposed fine

SE 15 (8-03)    Current

741

ADMINISTRATIVE RECORD FOR MATTER 2012050785    02/25/2014    1168 of 1332

Newport-Mesa Unified School District
Individualized Education Program

## MEETING NOTES

Page __34__ of __35__

Student: Fuisang, ▮▮▮▮

Ms. Manea reviewed the proposed goals for this IEP. For Self Readiness, his goals include sorting objects by size and completing 3 piece puzzles. For Self Care, ▮▮▮ will be working toward washing routine as well as toileting routine. In Behavior, Ms. Manea described the goals for use of a calming strategy, safety awareness, and response to name. Under participating in the ▮▮▮▮ goals include increasing the visual regard during communication acts and handling objects to peers. Ms. Wiley presented the new goals for Speech and Language, Social/Emotional, ▮▮▮ goals include receptive vocabulary, use of picture symbols, combining 2 symbols on a sentence strip, and increasing his rate of initiating communication. Ms. Ni described ▮▮▮ proposed fine including receptive vocabulary, use of picture symbols, combining tracing lines, using scissors, motor planning and visual attention.
motor and sensory processing goals, including tracing lines, using scissors, motor planning and visual attention.

The IEP team recommends the following Free Appropriate Public Education (FAPE) offer:

Classroom:
2/09/10 - 2/09/11: Participation in ABA (Seahorse) SDC classroom on the Harper campus for 5 hours and 15 minutes daily, 5 days a week, per the traditional school year calendar. Mainstreaming occurs every Tuesday and Thursday with neighborhood friends from 9am-12-45pm (3 hrs. 45 minutes); and daily for 30 minutes during gross motor/outdoor play.

Speech Services:
2/09/10 - 2/09/11: Small group speech therapy 2 x 30 minutes per week at the Harper Preschool, as per the traditional school year calendar.

Occupational Therapy:
2/9/10 - 2/9/11: Large Group occupational therapy 1 x 45 minutes per week at the Harper Preschool. Individual occupational therapy 1 x 30 minutes per week at Harper Preschool, as per the traditional school year calendar.

ESY:
6/29/10-7/27/10 ABA SDC class for 5 days a week/4 hours daily.

6/29/10-7/27/10 DIS Speech to occur one time per week, 30 min. group sessions

6/29/10-7/27/10 OT to occur one time per week, 30 min. group sessions.

7/28/10- 8/12/10 ABA SDC class for 2 days a week/4 hours daily.

The DRDP assessment is given twice a year, in October and March, and it is given to 3, 4, and 5 year old preschool children.

There are two formats:

1. DRDP-R (Revised), for preschool to Kindergarten
2. DRDP access, birth to Kindergarten

Which ever test is given in the fall, must be administered in the spring. We are to select the developmentally appropriate test.

Test selection: DRDP-A

Participation in the DRDP assessment allows California to comply with the federal law, allow educators to better monitor programs by tailoring education and training programs for staff, to assist teachers in providing parents with additional information regarding their child's growth and development.

▮▮▮ qualifies for curb to curb transportation due to age and disability.

| FOLLOW-UP ACTIVITY | PERSON RESPONSIBLE | DATE DUE |
|---|---|---|

SE 15 (8-03)

Current

# Newport-Mesa Unified School District
## Individualized Education Program
### PARTICIPANTS AND CONSENT

Page  35  of  35

Current

**Student: Fulsang,** ▮

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Educational Program:        ** Indicates participants not required if student is attending Adult Transition program.

| | | |
|---|---|---|
| Fulsang, Eric | | |
| Father | Signature | |
| Cottrell, Maureen | | Signature |
| Administrator | Signature | |
| Ni, Jennie | | Signature |
| Occupational Therapist | Signature | |

| | | |
|---|---|---|
| Bottorf, Lucinda | | |
| Speech/Language | | Signature |
| Manea, Donna | | Signature |
| Special Ed Teacher | Case Carrier | |
| Wiley, Melissa | | Signature |
| Speech Pathologist | | |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION**    *Please initial each applicable statement below:*

___ I have been advised of and given a copy of the special Education Procedural Safeguards.

___ I had an opportunity to participate and help develop the IEP.

___ I request a copy of this Individualized Education Program to be provided in my primary language.

___ I have received a copy of the IEP and assessments (if any).

☑ I CONSENT to this Individualized Education Program.

☐ I CONSENT to this Individualized Education Program EXCEPT for the following:

_____

☐ I DO NOT CONSENT to this Individualized Education Program.

Did the school district facilitate parent involvement as a means of improving services and results for your child?

☑ Yes        ☐ No        ☐ No Response

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language; if my language is not written, this information will be translated orally or manually.

Parent/Guardian: _____        Date: _____

Parent/Guardian: _____        Date: _____

**C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS**

☐ Parent/Guardian agreed to waive advanced written notice

☑ IEP Meeting Notice sent on: 05/10/2010    Follow-up notice: _____    Final Notice Letter: _____

☐ Parent/Guardian unable to attend and was sent a copy of IEP, Parent Rights and Procedural Safeguards. Date: _____

SE 15 (6-03)

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014




Meeting on 11/23/10

Newport-Mesa Unified School District

## PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/09/2010

**Student Name:** ▮ Fulsang          **School:** Harper Preschool

**Progress Codes:**
5 - Performance is at or above what is required to meet the goal by the next review.
4 - Progress has been made towards the goal. It appears that the goal will be met by the next IEP review.
3 - Progress has been made towards the goal, but the goal may not be met. Instructional strategies may need to be changed.
2 - Progress is not sufficient to meet this goal by the time the IEP is reviewed. An IEP review will be held immediately.
1 - Your child did not work on this goal during the reporting period (see explanation below).

**Area of Need: Readiness**

**Annual Goal:** ▮ will demonstrate understanding of completing 5, three piece interconnected puzzles in 80% of opportunities across 3 days of data collection.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 4 | He is able to put together 3, three piece interconnected puzzle. |
| 06/10/2010 | 5 | ▮ is able to put together 5 three piece puzzles with 93% accuracy. |
| 11/17/2010 | 4 | Working on puzzles is one of ▮ preferred activities. After a demonstration ▮ is able to complete 5 three piece interconnected puzzles 75% of the time. When given the train number puzzle (preferred puzzle) ▮ is able to independently connect all 20 pieces. |

**Area of Need: Self Help/Domestic**

**Annual Goal:** ▮ will participate in a hand washing routine in his educational setting (i.e. get soap, turn water on, wet hands, turn water off, dry hands) in 4/5 opportunities across 3 days of data collection.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 4 | ▮ needs gesture or physical prompts to complete the hand washing routine. |
| 06/10/2010 | 4 | He is able to follow the hand washing routine with verbal instruction. |
| 11/17/2010 | 4 | ▮ is able to participate in handwashing routine with limited prompting 75% of the time. |

**Annual Goal:** ▮ will participate in a toileting routine in his educational setting (i.e. pull down pants, sit on/stand at the toilet, urinate in the toilet, pull pants up) in 4/5 opportunities across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 4 | He is able to complete the toileting routine with little to no prompting. |
| 06/10/2010 | 4 | ▮ is able to follow the toileting routine with gestural prompts and some physical prompts to pull his pants up. |
| 11/17/2010 | 3 | ▮ requires maximum assistance while going to the bathroom. Independently he will slightly move his pants down, and then immediately try to pull them back up again. He requires prompting from staff to stay at the urinal to complete urination, and to stay calm. ▮ will rush through the steps and not urinate, move hand into his stream of urine, and attempt to urinate outside of the urinal if assistance is not given. |

**Area of Need: Behavior**

*A pupil's parents will be regularly informed of the pupil's progress toward goals at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.(a)(3)*

SE 17 (3-09)                                                                                   page 1 of 4

NMUSD 0153

AR 1173

 Newport-Mesa Unified School District

### PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/09/2010

**Student Name:** ▇ Fulsang                    **School:** Harper Preschool

**Annual Goal:** ▇ will use a calming strategy (i.e. take deep breaths, squeeze a toy) and stop crying, when he is asked to calm down during a tantrum 80% of the time across 3 days of data collection.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 3 | He needs physical and gesture prompts to use the calming strategies. |
| 06/10/2010 | 3 | ▇ is making progress on this goal he is currently at 27% accuracy. |
| 11/17/2010 | 2 | ▇ currently requires maximum prompting to calm down. Once behaviors occur, ▇ is prompted to go to a designated calm down area. He returns to the group once he had calmed down. The duration of his tantrums (screaming, falling to the floor, and swiping) has decreased. He is not able to independently use a calming strategy. He is prompted through all of the steps. |

**Annual Goal:** ▇ will stop and gaze in the direction of the speaker when his name is called and he is instructed to stop 80% of the time across 3 days of data collection.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 4 | ▇ is currently at 69% accuracy on this goal. |
| 06/10/2010 | 4 | ▇ is at 50% accuracy on this goal. |
| 11/17/2010 | 3 | Within the classroom routine ▇ is responding to the words stop and freeze 60% of the time. Outside of the routine, or on the playground he requires maximum prompting to stop. |

**Annual Goal:** ▇ will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 4/5 opportunities across 3 days of data collection.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 4 | ▇ is currently at 66% accuracy. |
| 06/10/2010 | 4 | ▇ is able to respond when his name is called 65% of the time. |
| 11/17/2010 | 4 | ▇ will respond when his name is called by pausing his activity and looking to the speaker when the speaker is within 3 steps of him in 3/5 opportunities. |

**Area of Need:** Social/Emotional

**Annual Goal:** ▇ will make eye contact with his communication partner when showing or requesting an object or picture (during structured activities lasting at least 5 minutes) in 4/5 opportunities across 3 days of data collection.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 4 | ▇ is at 48% accuracy towards his goal. |
| 06/10/2010 | 4 | 40% of the time, ▇ is able to make eye contact when showing or requesting an item. |
| 11/17/2010 | 5 | ▇ eye contact in a small group (no more than 2 people) has greatly improved. He is make eye contact with his communication partner when requesting an object 75% of the time. |

**Annual Goal:** ▇ will hand a peer an object given one verbal instruction 80% of the time across 3 days of data collection.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 3 | ▇ is at 30% accuracy at this goal. We will change the strategies for this goal within the classroom settings. |
| 06/10/2010 | 4 | When instructed to do so, ▇ is able to hand his peer an object 57% of the time. |
| 11/17/2010 | 3 | In a highly structured activity with a visual (pointing to peer) paired with verbal instruction, ▇ will hand a peer an object 80% of the time. |

**Area of Need:** Speech and Language

SE 17 (3-09)                                                                    page 2 of 4

 Newport-Mesa Unified School District

## PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/09/2010

**Student Name:** ▮▮ Fulsang          **School:** Harper Preschool

**Annual Goal:** ▮▮ will demonstrate understanding of 5 familiar objects from a field of 3 when asked, in 80% of opportunities, across 3 days of data collection.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 4 | ▮ is making progress on this goal. |
| 06/10/2010 | 3 | ▮ is making progress on this goal but did not meet his June benchmark. He is able to consistently demonstrate understanding of /block/ and /cup/ and is learning /book/ as well. |
| 11/17/2010 | 3 | ▮ is familiar with classroom objects that are introduced with great frequency, within the classroom routine, and when accompanied with some level prompting (e.g. observing peers/teacher doing activity or using object). He is unable to identify these with consistency outside this type condition. |

**Annual Goal:** ▮▮ will increase his use of picture symbols to include 7 toys, 3 people, and 3 action words.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 5 | ▮ is using a variety of picture symbols including "pizza, juice, book, slinky, read, mr. potato head, cracker, eat, and drink." |
| 06/10/2010 | 4 | ▮ is currently using photographs of desired objects and it is much more successful than when previously used picture icons. |
| 11/17/2010 | 2 | Previous reporting suggests ▮ had met this skill, but he is unable to demonstrate this skill with objects (foundational skill). He requires some level of prompting in using photo pictures to accurately identify people, actions and toys. He is only identifying favorite objects when presented with choices. |

**Annual Goal:** ▮▮ will combine two pictures on a sentence strip to request preferred items 6 times during an activity, across 3 days of data collection.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 5 | ▮ combines 2 pictures during meal time to request "eat ____" and "drink ____." |
| 06/10/2010 | 4 | ▮ is able to combine pictures on a sentence strip such as "play slinky" or "want fish." ▮ still attempts to place two nouns on the sentence strip sometimes. |
| 11/17/2010 | 2 | Previous reporting suggests ▮ has met this goal, but he is unable to do this independently and consistently with a combination of indicating gestures/signs (foundational skill). |

**Annual Goal:** ▮▮ will increase his rate of communication across school day activities, by maintaining a rate of initiating 1 act per 2 minutes across 4 various activities.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 4 | ▮ is making progress on this goal throughout his day including during centers and at lunch. |
| 06/10/2010 | 4 | ▮ has met the June benchmark of being able to initiate at least one act of communication in 2 minutes during two activities: speech and math. |
| 11/17/2010 | 3 | ▮ regularly attempts to communicate his basic needs during snack/ eating, making choices, and during preferred sociocommunicative routines. He requires prompting to use his communicative abilities consistently across school activities. |

**Area of Need:** Fine Motor

**NMUSD 0155**

AR 1175

746

 Newport-Mesa Unified School District

**PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/09/2010**

Student Name: ███ Fulsang                    School: Harper Preschool

Annual Goal: ███ will be able to use loop scissors to make 5 continuous cuts across paper independently, 4 out of 5 trials across 3 educational sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 4 | ███ continues to work on using loop scissors. He is able to squeeze the scissors independently and make snips after initial set-up, but tends to let go of the scissors after making one snip. |
| 06/10/2010 | 5 | ███ is able to use loop scissors and regular scissors to make continuous cuts across paper. He is currently working on cutting on a line. |
| 11/17/2010 | 5 | ███ is able to use regular scissors to cut across paper. He is currently working on cutting on a line. |

Annual Goal: ███ will be able to trace a vertical line, horizontal line, and circle on a raised border (wikki stix, glue) line with verbal prompts, 4 out of 5 trials over charted opportunities.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 3 | ███ is still learning the concept of tracing. He is able to vertical lines, but is inconsistent. He continues to like to scribble. |
| 06/10/2010 | 4 | We have just begun using wikki stix to help ███ trace on a line. He is beginning to learn the concept. |
| 11/17/2010 | 3 | ███ continues to have difficulty understanding how to trace within a border. He has learned to trace on a raised border or wooden pieces using his finger with 50% accuracy. |

Area of Need: Sensory Processing

Annual Goal: In order to demonstrate improved visual attention and motor planning, ███ will be able to throw a beanbag into a target while swinging on a swing independently with 80% accuracy over charted opportunities.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 4 | When ███ attentive, he does very well with this goal. |
| 06/10/2010 | 4 | ███ currently requires 1 to 2 verbal prompts to throw beanbags into a target. |
| 11/17/2010 | 4 | ███ demonstrates good motor planning abilities to throw at a target while swinging. He does require verbal prompting for attention at times. |

Annual Goal: In order to demonstrate improved motor planning skills for classroom activities, ███ will be able to imitate 5 novel one-step motor actions, (such as rolling playdough, pulling playdough, stomping feet, clapping hands), given one demonstration and verbal prompting with 80% accuracy over charted opportunities.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/08/2010 | 4 | ███ was able to tap his head and clap his hands after demonstration and 1 to 2 physical prompts. A mirror was also utilized in order for ███ to see himself completing the activity which really helps. |
| 06/10/2010 | 4 | ███ has begun to imitate motor actions in the classroom and in the clinic. He has been seen to imitate clapping hands, rolling playdough, sign for swing, and tapping head. |
| 11/17/2010 | 4 | ███ has done very well with imitating one-step motor actions in the classroom. He is able to imitate clapping, touching a variety of body parts, stomping his feet, rolling playdough with only a visual demonstration and verbal prompt. |

SE 17 (3-09)                                                                    page 4 of 4

**NMUSD 0156**

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014





### Newport-Mesa Unified School District
### INDIVIDUALIZED EDUCATION PROGRAM
### ASSESSMENT PLAN

**Student Information**

| First Name | Middle Name | Last Name Fulsang | Date of Birth 03/14/2006 | Age 4 | Gender Male | Today's Date 12/06/2010 |
|---|---|---|---|---|---|---|
| Student ID # 145793 | Current School Mariners Preschool | | Current Grade Pre | Teacher Leah Steinman | | |

Primary Language: English          English Proficiency:

**TYPE OF ASSESSMENT**

☐ Initial   ☐ Annual   ☑ Triennial   ☐ Other

Dear Parent/Guardian:
The symbols listed in the left hand column indicate the areas to be assessed and the qualified professionals conducting these assessments. The tests and procedures used may include, but are not limited to, the examples listed in each section.

| LEGEND: | DN | – District Nurse | O/T | – Occupational Therapist | PSY | – Psychologist | SDC | – Special Day Class Teacher |
|---|---|---|---|---|---|---|---|---|
| | SLP | – Speech and Language Pathologist | | | | | | |

**SDC**   ACADEMIC/PRE-ACADEMIC ACHIEVEMENT - Assessment may include formal and/or informal measures of reading, written expression and math skills. Assessment may also include work samples, classroom observation and teacher interviews. Pre-academic assessment may include measures to determine your child's skill in matching, sorting and counting.

Questions to be addressed:
Is ▇ academic performance within the expected range compared to his cognitive functioning levels?

**SLP**   SPEECH/LANGUAGE - Assessment may include formal and/or informal measures of your child's ability to understand and use speech and language clearly and appropriately. Assessment may also include a formal language sample.

Questions to be addressed:
What are ▇ speech and language abilities as compared to his typically developing age-peers? What are his unique areas of need?

**PSY**   INTELLECTUAL DEVELOPMENT - Assessment may include procedures to assess cognitive skills that comprise general intellectual functioning. Intellectual functioning includes overall verbal and nonverbal cognitive abilities. The level and quality of skills may be determined from standardized cognitive tests, an analysis of their application in school-performance, work samples/academic history, standardized achievement tests, and developmental history.

Questions to be addressed:
What is ▇ intellectual functioning levels and profile?

**PSY, SLP**   SOCIAL/EMOTIONAL/ADAPTIVE BEHAVIOR - Assessment may include formal and/or informal measures of social, emotional and adaptive behavior including classroom observation, review of reports from outside agencies, interviews, checklists and rating scales.

Questions to be addressed:
Are there social-emotional or adaptive behavior deficits impacting his progress in the education setting?

**O/T, PSY**   PERCEPTUAL/PROCESSING - Assessment may include formal and/or informal measures of how your child processes the classroom instruction. Assessment may also include measures of your child's respective strengths and weaknesses in the learning processes of the following: Auditory processing, visual processing, sensory-motor skills, attention, association/conceptualization, and expression.

Questions to be addressed:
Are there processing deficits impacting ▇ progress in the academic setting?

What are ▇ sensory processing skills and how do they impact him in his educational setting?

**DN**   HEALTH/PHYSICAL STATUS - Assessment may include formal and/or informal measures of your child's growth and development patterns and current physical conditions that relate to school performance, which includes vision and hearing screening, developmental history and reports from your doctor. We may also need information from you about your child's medical history and behavioral patterns.

Questions to be addressed:
Update health and hearing/vision information

**O/T**   GROSS/FINE MOTOR DEVELOPMENT - Assessment may include formal and/or informal measures of your child's large muscle coordination (e.g., walking, running, sports, etc.) and small muscle coordination (e.g., cutting, drawing and writing).

Created at 12/09/2010 3:09 PM          SE 07 (8-03)          Page 1 of 2

**NMUSD 0197**

**AR 1179**

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    1180 of 1332

**Student Information**

| First Name | Middle Name | Last Name Fulsang | | Date of Birth 03/14/2006 | Age 4 | Gender Male | Today's Date 12/08/2010 |
|---|---|---|---|---|---|---|---|

Questions to be addressed:
What are ▇ fine motor abilities for participation in a preschool classroom?

CAREER/VOCATIONAL - Assessment may include formal and/or informal measures of your child's interests and/or abilities as they relate to future job and life skills, including pre-vocational skills.

Questions to be addressed:

OTHER -

Questions to be addressed:

**To the Parent:** Please provide your input. If you have name(s) and locations of persons or agencies who have completed testing on your child that you wish to be considered please list them here:

**PARENT APPROVAL OF PROPOSED ASSESSMENT PLAN:**

TESTING CANNOT BEGIN UNTIL THE ASSESSMENT PLAN IS SIGNED AND RETURNED. Please respond within 15 days. Your signature also verifies that you have received the notice of Special Education Parent Rights and Procedural Safeguards enclosed with this plan.

Please complete this notice          Leah Steinman
and return to:                       Mariners Preschool
                                     2100 Mariners Dr, Newport Beach, CA 92660

I have been informed that my child cannot be assessed for or placed in Special Education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language, if my language is not written, this information will be translated orally or manually. I further understand that my consent is voluntary and can be revoked at any time.

| I have had the opportunity to participate in assessment planning and I give my permission to conduct the assessment: | I have had the opportunity to participate in assessment planning: |
|---|---|
| _____ 12/31/10 | _____ |
| Parent/Guardian Signature        Date | Parent/Guardian Signature        Date |

| For District Use Only |
|---|
| Parent Consent Received Date: _____ |
| IEP Due Date: _____ |
| Parent Did Not Respond By: _____ |
| Parent Consent Declined Date: _____ |

Created at 12/09/2010 3:09 PM          SE 07 (8-03)                    Page 2 of 2

NMUSD 0198

749

AR 1180



EXHIBIT

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    1181 of 1332

*progress report meeting 3/15/11 ×* 

Newport-Mesa Unified School District

## PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/04/2011

**Student Name:** ██ J. Fuisang                     **School:** Mariners Preschool

Progress Codes:

5 - *Performance is at or above what is required to meet the goal by the next review.*

4 - *Progress has been made towards the goal. It appears that the goal will be met by the next IEP review.*

3 - *Progress has been made towards the goal, but the goal may not be met. Instructional strategies may need to be changed.*

2 - *Progress is not sufficient to meet this goal by the time the IEP is reviewed. An IEP review will be held immediately.*

1 - *Your child did not work on this goal during the reporting period (see explanation below).*

**Area of Need:** Readiness

**Annual Goal:** ██ will imitate 4 out of 6 2-step non-verbal actions without prompts, with 80% across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ██ 2/7/11. He has been working on this goal for a little over a month. We are currently working on the following 2-step non-verbal actions:<br>Head/Nose, Head/Tummy, Clap/Head, Nose/clap, Head/Knees, Head/Toes<br><br>██ is currenty doing the following with 40% accuracy:<br>Head/Nose, Head/Tummy, Clap/Head, Nose/clap,<br><br>He is not able to do the following:<br>Head/Knees, Head/Toes,. |

**Annual Goal:** ██ will receptively identify (by pointing to/touching) 2 body parts (head, and nose) on himself after a verbal instruction (show me head) in 4/5 opportunities across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ██ 2/7/11. We are currently working on identifying his head. He is receptively identifying (by pointing to/touching) his head after a verbal instruction (show me head) in 2/5 opportunities. |

**Area of Need:** Self Help/Domestic

**Annual Goal:** ██ will independently eat at least 50% of his snack/lunch using a utensil (when utensil is appropriate) in 4/5 observed opportunities across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ██ 2/7/11. ██ requires prompting to begin to use his utensils. If no prompt is given he will use his fingers for the entire meal. When working 1:1 with a staff member ██ will use his utensils for the duration of the meal. Once a staff member is not present he will choose to use his fingers. |

**Annual Goal:** ██ will wait until the appropriate time during the bathroom routine (after full urination) to pull his pants up in 4 out of 5 opportunities across across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 3 | New goals were introduced to ██ 2/7/11. The staff is currently prompting ██ at the appropriate time to pull up his pants up |

**Annual Goal:** ██ will pull his pants all the way down after approaching the urinal during the bathroom routine in 4 out of 5 opportunities across across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ██ 2/7/11. We have been helping ██ with lowering his pants all of the way, and then allowing him to independently pull his underwear all the way down. |

*A pupil's parents will be regularly informed of the pupil's progress toward goals at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.(e)(3)*

SE 17 (3-09)                                                                            page 1 of 3

NMUSD 0323

AR 1181



Newport-Mesa Unified School District

### PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/04/2011

**Student Name:** ▮ Fulsang                    **School:** Mariners Preschool

**Area of Need:** Behavior

**Annual Goal:** ▮ will increase his rate of compliance by following known instructions (stand up, sit down, check in, etc.)within 5 seconds given, without incidents of maladaptive behaviors (e.g. ignoring, screaming, and whining) in 4/5 trials across across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▮ 2/7/11. With a high rate of consistent reinforcement ▮ has increased his rate of compliance by following known instructions (stand up, sit down, check in, etc.)within 10 seconds given, without incidents of maladaptive behaviors. |

**Annual Goal:** ▮ will transition from one location to another without eloping from the group (stay on playground, stay with class from one location to another, and transition between centers) 80% of the opportunities time over across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▮ 2/7/11. ▮ is transitioning without eloping from the group 20% of the time. |

**Area of Need:** Social/Emotional

**Annual Goal:** ▮ will use a functional play item/toy (e.x. hammer, saw, push car, telephone) within a classroom theme for its intended purpose in 4/5 opportunities across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▮ 2/7/11. With a high rate of consistent reinforcement ▮ will imitate the use of a hammer, saw, and shopping cart. |

**Annual Goal:** ▮ will remain in a group (circle time, centers, music, exploratory, treasure chest area, etc.) with his peers for 4 minutes with 80% accuracy across 3 data collection sessions..

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▮ 2/7/11. We are currently working on ▮ remaining with the group on the playground. He has been observed to stay with the group for up to 2 minutes before attempting to wonder off and play on his own.l |

**Area of Need:** Speech and Language

**Annual Goal:** During semi-structured tasks, ▮ will discriminate among the two targeted verbal instructions and follow the given direction with an average of 50% accuracy across data collected in a two week period. (Targeted Instructions: Give me XXX, and Touch XXX.)

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▮ 2/7/11. We are currently teaching this discrimination and physically prompting "touch xxx" (tap object) and "give me" (opening palm face up and pointing to it). He is more successful with "give me," but he is responding and imitating models for "touch xxx." |

**Annual Goal:** During the semi-structured routine of meals in the classroom, ▮ will respond independently with the protesting behavior shaking his head "no" to indicate that he does not want a non-preferred food/ drink item after it is visually presented and he is asked "do you want XXX" with an average of 50% of the opportunities during a two-week data collection period.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | This goal was introduced in Febreuary 2011 but may be mastered prior to his next annual. ▮ is consistently shaking his head no and successfully protesting with other, appropriate communicative behaviors. Although still learning across settings and activities, he is appropriately shaking or gesturing "no" in 50% of the opportunities at snack. |

SE 17 (3-09)                                                                                    page 2 of 3

NMUSD 0324

751

  Newport-Mesa Unified School District 

**PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/04/2011**

| Student Name: | █ J. Fulsang | School: Mariners Preschool |
|---|---|---|

| **Annual Goal:** | █ will independently match a set of 10 identified real objects (3-D) familiar to the classroom environment with a photograph of that item (2-D) from a field of three with 60% accuracy opportunities across data collected in a two-week period. |
|---|---|

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | This goal was recently introduced and include a wider variety of functional objects in the classroom: (example) chair, table, library, cup, blocks, circle, treasure chest, mat, cubby, sink, backpack, calm down area, yellow line (a transition line outside). These are being systematically taught and referenced, however, █ is already able to find blocks and calm down chair with minimal support. |

| **Annual Goal:** | When presented with three photos of familiar daily actions in different settings, █ will identify and match accurately the photo picture of himself in the given functional space (e.g. using the bathroom/ eating at the table/ laying down on the mat or bed) when presented these options in vivo with an average of 50% accuracy during a two-week collection period. |
|---|---|

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | This goal is in the instructional phase since being introduced in February 2011. EXAMPLE: █ is told, "█ is eating", "hungry" and shown the appropriate picture card, █ is presented two actions at a time. He is physically prompted to select the picture of him in that corresponding location. |

**Area of Need:** Fine Motor

| **Annual Goal:** | █ will demonstrate improved visual attention and appropriate use of materials to be able to participate in a painting and/or coloring art project for 8 seconds independently, 3 out of 5 trials across 3 educational sessions. |
|---|---|

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 3 | █ is able to attend to his paper for about 3 to 5 seconds at a time. He has a difficult time with use of materials independently, especially paint and crayons, without one to one assistance. |

SE 17 (3-09)              page 3 of 3

NMUSD 0325

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014



EXHIBIT 332
D-28
10/24/13

 Newport-Mesa Unified School District

### PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/04/2011

**Student Name:** ▊▊ Fuisang          **School:** Eastbluff Elementary

Progress Codes:
- 5 - Performance is at or above what is required to meet the goal by the next review.
- 4 - Progress has been made towards the goal. It appears that the goal will be met by the next IEP review.
- 3 - Progress has been made towards the goal, but the goal may not be met. Instructional strategies need to be changed.
- 2 - Progress is not sufficient to meet this goal by the time the IEP is reviewed. An IEP review will be held immediately.
- 1 - Your child did not work on this goal during the reporting period (see explanation below).

**Area of Need: Readiness**

**Annual Goal:** ▊▊ will receptively identify (by pointing to/touching) 2 body parts (head, and nose) on himself after a verbal instruction (show me head) in 4/5 opportunities across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▊▊ 2/7/11. We are currently working on identifying his head. He is receptively identifying (by pointing to/touching) his head after a verbal instruction (show me head) in 2/5 opportunities. |
| 06/24/2011 | 3 | ▊▊ is able to identify his head with 80% accuracy, and his nose with 20% accuracy. |
| 11/14/2011 | 3 | ▊▊ requires a lot of prompting when asked to touch his nose or his head. He is able to imitate this repeat a few seconds after a trial. However, he is unable to generalize this skill to a different time when requested. Currently he is at a 25% accuracy identifying his head and 52% accuracy identifying his nose. |

**Annual Goal:** ▊▊ will imitate 4 out of 6 2-step non-verbal actions without prompts, with 80% across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▊▊ 2/7/11. He has been working on this goal for a little over a month. We are currently working on the following 2-step non-verbal actions: Head/Nose, Head/Tummy, Clap/Head, Nose/clap, Head/Knees, Head/Toes<br><br>▊▊ is currently doing the following with 40% accuracy: Head/Nose, Head/Tummy, Clap/Head, Nose/clap,<br><br>He is not able to do the following: Head/Knees, Head/Toes |
| 06/24/2011 | 4 | ▊▊ has improved in this area. He is currently imitating 4 out of 6 2-step non-verbal actions with 60% accuracy. |
| 11/14/2011 | 4 | ▊▊ is at a 69% accuracy with two step imitation skills. |

**Area of Need: Self Help/Domestic**

**Annual Goal:** ▊▊ will wait until the appropriate time during the bathroom routine (after full urination) to pull his pants up in 4 out of 5 opportunities across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 3 | New goals were introduced to ▊▊ 2/7/11. The staff is currently prompting ▊▊ at the appropriate time to pull up his pants up |
| 06/24/2011 | 4 | ▊▊ requires verbal prompting from staff to wait to pull up his pants; but with minimal verbal prompting he is waiting until the appropriate time for pull up his pants. |
| 11/14/2011 | 4 | When ▊▊ urinates he has been waiting until he is finished before pulling his pants up. The goal reads "after full urination" and there are many times during the day that ▊▊ will go to the restroom during designated times and he does not go. He is progressing toward this goal. |

*A pupil's parents will be regularly informed of the pupil's progress toward goals at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.(e)(3)*

SE 17 (3-09)                                                              page 1 of 4

NMUSD 0368

AR 1184



### Newport-Mesa Unified School District

## PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/04/2011

Student Name: � ▊ Fuisang                    School: Eastbluff Elementary

**Annual Goal:** ▊ will pull his pants all the way down after approaching the urinal during the bathroom routine in 4 out of 5 opportunities across across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▊ 2/7/11. We have been helping ▊ with lowering his pants all of the way, and then allowing him to independently pull his underwear all of the way down. |
| 06/24/2011 | 4 | |
| 11/14/2011 | 4 | ▊ is making progress toward this goal. He has been observed pulling his pants all the way down 77% of the time. |

**Annual Goal:** ▊ will independently eat at least 50% of his snack/lunch using a utensil (when utensil is appropriate) in 4/5 observed opportunities across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▊ 2/7/11. ▊ requires prompting to begin to use his utensils. If no prompt is given he will use his fingers for the entire meal. When working 1:1 with a staff member ▊ will use his utensils for the duration of the meal. Once a staff member is not present he will choose to use his fingers. |
| 06/24/2011 | 4 | With consistent prompting from adult ▊ is able to complete his entire meal with his fork. He is currently eating 20% of his meal before trying to use his fingers. |
| 11/14/2011 | 4 | When needed ▊ has been using untinsels to eat. He will not initate using the untensil immediately, but once prompted to use it he will use it through out the rest of his meal/snack independently. We will continue making progress on this goal. |

**Area of Need:** Behavior

**Annual Goal:** ▊ will increase his rate of compliance by following known instructions (stand up, sit down, check in, etc.)within 5 seconds given, without incidents of maladaptive behaviors (e.g. ignoring, screaming, and whining) in 4/5 trials across across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▊ 2/7/11. With a high rate of consistent reinforcement ▊ has increased his rate of compliance by following known instructions (stand up, sit down, check in, etc.)within 10 seconds given, without incidents of maladaptive behaviors. |
| 06/24/2011 | 4 | ▊ is following known instructions (stand up, sit down, check in, etc.)within 5 seconds given, without incidents of maladaptive behaviors (e.g. ignoring, screaming, and whining) 40% of the time. |
| 11/14/2011 | 4 | ▊ is at 63% accuracy on this goal. |

**Annual Goal:** ▊ will transition from one location to another without eloping from the group (stay on playground, stay with class from one location to another, and transition between centers) 80% of the opportunities time over across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▊ 2/7/11. ▊ is transitioning without eloping from the group 20% of the time. |
| 06/24/2011 | 4 | ▊ is transitioning with the group 40% of the time. |
| 11/14/2011 | 4 | ▊ rarely elpoes away from the class through out the day and is able to sit during circle time and center times. He is at a 78% accuracy on this goal. |

**Area of Need:** Social/Emotional

SE 17 (3-09)                                                                    page 2 of 4

NMUSD 0369



Newport-Mesa Unified School District

### PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/04/2011

**Student Name:** ▉ Fulsang    **School:** Eastbluff Elementary

**Annual Goal:** ▉ will use a functional play item/toy (e.x. hammer, saw, push car, telephone) within a classroom theme for its intended purpose in 4/5 opportunities across 3 data collection sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▉ 2/7/11. With a high rate of consistent reinforcement ▉ will imitate the use of a hammer, saw, and shopping cart. |
| 06/24/2011 | 4 | In class ▉ has been observed to use a toy saw, push car, soil along with a shovel and bucket, and telephone within a play theme and for their intended purpose. |
| 11/14/2011 | 3 | We will change strategies to help improve ▉ progress toward this goal. |

**Annual Goal:** ▉ will remain in a group (circle time, centers, music, exploratory, treasure chest area, etc.) with his peers for 4 minutes with 80% accuracy across 3 data collection sessions..

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▉ 2/7/11. We are currently working on ▉ remaining with the group on the playground. He has been observed to stay with the group for up to 2 minutes before attempting to wonder off and play on his own. |
| 06/24/2011 | 4 | With the use of a token board and a high rate of reinforcement ▉ is staying with the group for up to 3 minutes before requiring a break. |
| 11/14/2011 | 4 | ▉ is making progress toward this goal. He is able to remain in the area with his peers for at least 4 minutes with 78% accuracy. |

Area of Need:  Speech and Language

**Annual Goal:** ▉ will independently match a set of 10 identified real objects (3-D) familiar to the classroom environment with a photograph of that item (2-D) from a field of three with 80% accuracy opportunities across data collected in a two-week period.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | This goal was recently introduced and include a wider variety of functional objects in the classroom: (example) chair, table, library, cup, blocks, circle, treasure chest, mat, cubby, sink, backpack, calm down area, yellow line (a transition line outside). These are being systematically taught and referenced, however, ▉ is already able to find blocks and calm down chair with minimal support. |
| 06/24/2011 | 4 | Many of these targeted items may be changed in his new classroom setting. However, he is able to identify and identify the sink, trashcan, backpack, scissors, markers and many food items to its corresponding 2-D photo. |
| 11/14/2011 | 4 | ▉ is able to match foods,drinks, garbage can, scissors, and glue. He is beginning to match using simple PEC cards that represent symbolic simple line drawings with these objects. |

**Annual Goal:** During semi-structured tasks, ▉ will discriminate among the two targeted verbal instructions and follow the given direction with an average of 50% accuracy across data collected in a two week period. (Targeted Instructions: Give me XXX, and Touch XXX.)

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | New goals were introduced to ▉ 2/7/11. We are currently teaching this discrimination and physically prompting "touch xxx" (tap object) and "give me" (opening palm face up and pointing to it). He is more successful with "give me," but he is responding and imitating models for "touch xxx." |
| 06/24/2011 | 4 | ▉ is making strong progress toward differentiating and discriminating between directions to touch xxx or give me xxxx. During mixed trials, his accuracy is more than 1/3 correct. |
| 11/14/2011 | 4 | ▉ is making progress to this goal when working with familiar items targeted with those in prior goal. |

SE 17 (3-09)                             page 3 of 4

NMUSD 0370

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                      1187 of 1332



Newport-Mesa Unified School District

### PROGRESS REPORT OF ANNUAL SPECIAL EDUCATION GOALS FOR IEP DATED 02/04/2011

Student Name: ███ Fulsang                    School: Eastbluff Elementary

**Annual Goal:** When presented with three photos of familiar daily actions in different settings, ███ will identify and match accurately the photo picture of himself in the given functional space (e.g. using the bathroom/ eating at the table/ laying down on the mat or bed) when presented these options in vivo with an average of 50% accuracy during a two-week collection period.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | This goal is in the instructional phase since being introduced in February 2011. EXAMPLE: ███ is told, ███ is eating", "hungry" and shown the appropriate picture card, ███ is presented two actions at a time. He is physically prompted to select the picture of him in that corresponding location. |
| 06/24/2011 | 3 | ███ is making limited progress toward this goal. Upon beginning in his new classroom environment, this goal may be rewritten using other strategies to signal individual needs. |
| 11/14/2011 | 3 | This is difficult goal for ███ and he is not attending to differentiating details in two presented photos. The stimulus used in this goal will be modified but the goal may be changed if not effective. |

**Annual Goal:** During the semi-structured routine of meals in the classroom, ███ will respond independently with the protesting behavior shaking his head "no" to indicate that he does not want a non-preferred food/ drink item after it is visually presented and he is asked "do you want XXX" with an average of 50% of the opportunities during a two-week data collection period.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 4 | This goal was introduced in February 2011 but may be mastered as written prior to his next annual. ███ is consistently shaking his head no and successfully protesting with other, appropriate communicative behaviors. Although still learning across settings and activities, he is appropriately shaking or gesturing "no" in 50% of the opportunities at snack. |
| 06/24/2011 | 4 | ███ is consistently signaling his protests more appropriately and has nearly met this goals. His gestural head shaking to respond "no" is very consistent and rarely requires modeling. |
| 11/14/2011 | 4 | ███ is using head shaking to protest or indicate "no" more appropriately across activities and may reach this goal prior to annual. |

**Area of Need:** Fine Motor

**Annual Goal:** ███ will demonstrate improved visual attention and appropriate use of materials to be able to participate in a painting and/or coloring art project for 8 seconds independently, 3 out of 5 trials across 3 educational sessions.

| Progress Date | Progress Code | Comments |
|---|---|---|
| 03/10/2011 | 3 | ███ is able to attend to his paper for about 3 to 5 seconds at a time. He has a difficult time with use of materials independently, especially paint and crayons, without one to one assistance. |
| 06/24/2011 | 4 | ███ has improved with his use of crayons and paint to participate more appropriately and to look at his paper. |
| 11/14/2011 | 4 | Given prompts and reinforcement throughout, ███ is progressing with this goal. |

SE 17 (3-09)                                                            page 4 of 4

NMUSD 0371



**From:** Maureen Cottrell [mailto:mcottrell@nmusd.us]
**Sent:** Tuesday, January 29, 2013 10:49 AM
**To:** kmloyer@education-law.com
**Cc:** Dan Harbottle
**Subject:** IEP for EF

Kathy,

Here is the IEP for ██████ Fulsang.  In our meeting you had indicated Mr. and Mrs. Fulsang consent to all goals, the services that were continued, and the revised SL services, as well as the implementation of the I Touch.  Please let me know if this remains consistent or if you are in disagreement with any component.  Staff will begin full implementation today, unless you indicate otherwise.  Thank you.

*Maureen Cottrell*
*Director, Special Education*
*Resolution Support*

*Office (949) 515-6594*

NMUSD 0472

AR 1188

*Fax (949) 515-6764*

*220 23rd St., Building D*
*Costa Mesa, CA 92627*

*CONFIDENTIALITY NOTICE:*
*This e-mail communication and any attachments, including documents, files, or previous e-mail messages, constitute electronic communications within the scope of the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq. This e-mail communication may contain non-public, confidential or legally privileged information intended for the sole use of the designated recipient(s). The unauthorized and intentional interception, use, copy or disclosure of such information, or attempt to do so, is strictly prohibited and may be unlawful under applicable laws. 18 U.S.C. § 2511. If you have received this e-mail communication in error, please immediately notify the sender by return e-mail and delete the original e-mail from your system.*

2

NMUSD 0473

AR 1189

Page 1 of 41

# Newport-Mesa Unified School District
## Individualized Education Program
### Addendum to Individualized Education Program
Dated: 01/23/2013

**Student:** Fulsang, ▮▮▮

School of Attendance: Eastbluff Elementary    District of Attendance: Newport-Mesa Unified School District    Grade: 01

Date of Meeting: 05/02/2013    Meeting Notification Sent: 04/26/2013

Additional Purpose: Review additional assessments    Meeting Tape Recorded: Yes

**Summary of Additions, Deletions, Changes**    (if any) made to the original pages of the IEP. The amended IEP follows.

| IEP Page | Section or Location | Action | Summary of Change | Change Date |
|---|---|---|---|---|
| Program Considerations Page | Services | Addition | OT Consult | 05/02/2013 |
| Program Considerations Page | Services | Addition | Assistive Tech consult | 05/02/2013 |

**Additional notes:**

Parents are waiving general education teacher as well as principal. Introductions were made. Agenda was presented and reviewed.

Dr. Elba DelPizzo began review of the FBA. Kathy Loyer asked for clarification of how the data requested relates to the data she received. Teacher indicated the data sent was classroom data and team will investigate the limited amount of data sent and will follow up. Dr. DelPizzo reported the team began collecting additional data reflective of the targets indicated in the FBA assessment plan.

These behavioral targets included:
1. Pressing his palm to his chin or pressing another person's palm to chin
2. Tapping fingers to objects
3. Aggression: squeeze and twist of another persons hands or wrist.

Dr. DelPizzo reported that none of the target behaviors were evident at a significantly disruptive level. Dr. DelPizzo then began review of each behavior the observed antecedents for each behavior, the description of intensity of the behavior and the consequence for the behavior.

Antecedents to the pressing behavior included:
1. waiting
2. presentation of instruction
3. when trying to communicate

Frequency of behavior per day was presented along with the antecedent, behavior, consequence (ABC) data. Mr. Fulsang asked what was different about the 12th (a day when the behavior did not occur) than the other days when there was a pattern of occurance. Dr. DelPizzo indicated she would refer to her data for relevant variability.

Mr. Harbottle asked for clarification regarding the duration of the data collection. Dr. DelPizzo indicated the data was not solely collected by her and that the data was collected by the staff throughout the day each day on all behavior.

When discussing the functions of the behavior, Mr. Fulsang indicated he sees the tapping behavior as a more pleasureable response but the pressing as more related to frustration and often appears to be a means of communication.

Parent asked if this data included when ▮▮▮ held another persons hand and pressed it to his chin in the agression data. It was clarified that pressing another individuals hand to his chin was included in pressing not in agression data.

Ms. Loyer asked of there is communication support facilitated when he is experiencing frustration. The team indicated communication support was not always provided under these conditions but behavioral systems were in place and the team is still in the teaching process to develop more effective communication for ▮▮▮ Ms. Loyer asked if a BIP was created as a result of the FBA. Dr. DelPizzo indicated a BIP was not created as the FBA reviews the possible functions of the targeted behaviors and the IEP team can recommend IEP revisions as necessary.

Assessment of the agressive behavior was reviewed with potential functions of this behavior identified as:
1. escape avoid

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 9-Addendum (8-03)

EXHIBIT
D-45
10/15/13

Draft

759

Newport-Mesa Unified School District
Individualized Education Program
Addendum to Individualized Education Program

Student: Fulsang, [redacted]

2. self-stimulation
3. communication of frustration

Dr. DelPizzo also reviewed strategies to respond to the problematic behavior.
Ms. Loyer asked if tapping should be targeted as it has not been reported as disrupting instruction. Ms. Loyer expressed concern that the behaviors addressed in the FBA are not interferring except for aggression and did not see any conclusion made in the FBA for responding the behavior. Ms. Loyer also expressed that in her view the behaviors are directly related to communication requiring 1:1 aide to facilitate the development of communiction skills. Mr. Harbottle pointed out the report does reflect the need for functional communication.

Mr. Fulsang requested the team move next to review of the Sensory Diet recommendations for [redacted] Mr. Chin reviewed the sensory diet strategies in the OT report. Parent asked for clarifiction as to if some of the strategies would be employed with the whole clas or if they would just be provided for [redacted] It was clarified by the teacher and OT that [redacted] can access the calming area on the recommended 20 min. schedule without interference to the whole group. Mr. Fulsang commented that it appeared these strategies sound like a "preventitive strike" as opposed to a reactive response and the team agreed.

Ms. Anderson began review of the IF evaluation. Ms. Loyer indicated she has concern the family gave consent at the meeting but the evaluation was not conducted until the district received written consent. Mr. Harbottle interjected that disagreement to the level of consent will be noted. Additional disagreement can be discussed through scheduled mediation discussions.

Ms. Loyer asserted the desire to continue to have the discussion of disagreement regarding adequate parent input as this establishes documentation of concerns.

Ms. Loyer also commented concern thre was not an indication of Dr. Franke's input. It was clarified Dr. Franke's input was obtained and will be reviewed after completion of the review if the IF evaluation.

Ms. Anderson rcontinued the review of the evaluation and reported on the level of support available to [redacted] and indicated based on the level of adult student ratio additional 1:1 was not required to meet his safety, communication, or educational needs. The current staff ratio is 5 adults to 8 students.

Mr. Fulsang indicted there continues to be concerned with [redacted] functional communication support and teacher began explaining how the team has bee facilitating communiction.

Ms. Loyer expressed agreement with the teams focus current focus on communictaion but has concern about historical intensity. Mr. Fulsang indicated the desire for a more intensive protocol for addressing his communication needs to enhance his communication needs.
Ms. Loyer indicated in te past [redacted] has not received intensive ABA or speech and language and they are requesting intensity now.

Parent asked Ms. Anderson if she felt the current level of service was maximizing [redacted] opportunity for progress. Ms. Anderson indicated [redacted] is making progress towards meeting his IEP goals and does see the services as appropriate.

Ms. Seldin reported on the training and support provided to the team and family regarding use of the AAC device for continued cummunication deveopment.

Ms. White shared the input provided by Dr. Franke per phone conference. It was reported the IF evaluation and FBA were shared with Dr. Franke. The group including Dr. Franke, Tammy White, Karrie Anderson, and Eliza DelPizzo discussed the reports and recommendations. Dr. Franke expressed understanding and agreement with the reports. Within the conversation Dr. Franke recommended continued consultation regarding the functional communication AAC programming.

Ms. Cottrell asked if ann additional goals or services are recommended. The sensory Diet will be added to [redacted] routine facilitated by classroom staff and teacher with consultation by the OT.

ESY services were discusssed. Ms. Loyer asked about options for August services. Ms. Cottrell indicated further discussion regarding August services can be had but that currently there are not classroom programs available for school age students in august.

Ms. Loyer asked that AAC consult be added to the service line on the IEP as opposed to added as an accommodation. Ms. Seldin agreed to having consultation added to the service line.

Ms. Cottrell asked about the progress regarding toileting routine. Based on the discussion from the previous IEP the toileting routine and goal had been discontinued. The school team responded to a request from the home program team a toileting routine was reintroduced. The school team currently has developed a schedule for the routine and a task analysis. It is recommended the school team and the home team collaborate on the development of a specific protocol to be implemented consistently across environments.

The team will look into obtaining toileting information from Paul Dores.

AT/AAC consultations and trainings
As a result of the trainings and consultations, [redacted] is using his iPod touch across environments (home activities and school activities) with appropriate prompting from him team members.

[redacted] functional use of his AAC device includes functional requests of (actions and items), rejections (no thanks), cessations (all done) and recurrence (more) and him labeling 'bathroom'. [redacted] is responding to

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1192 of 1332

Draft

**Newport-Mesa Unified School District**

Individualized Education Program

Addendum to Individualized Education Program

Page  3  of  41

Student:          Fulsang, ███

questions to questions of personal needs and wants (do you want and what do you want questions) and location question of where are we (bathroom). School activities programmed include snack, art, leisure,
sensory requests etc~
Many of the team members are now able to program and customize ███ Ipod touch application of prelocua2ipo to help elicit functional communication. The team has been provided of the hierarchy of prompting
and certain 'dos' and 'don'ts' of AAC therapeutic approach.

Augmentative Alternative Communication trainings were offered and then occurred on the following dates:
AAC and iPod touch training for Kadi Burns (Teacher), Maggie (NPA supervisor) and ███ dad on 2/17/13 from 2:30 to 3:45.
AAC and iPod touch training for Kadi Burns (Teacher), Caitlin Johnson (SLP), Maggie (NPA supervisor), and Mom on 4/24/13 from 2:00 to 3:30, (Per ███ mom's request Maggie represented ███ mom at this
AAC and iPod touch training for Kadi Burns (Teacher). Notes were provided for home with an offer to do the training at a more convenient time for his mom and at home).
training because she was unable to attend.

Weekly, AT and AAC Consultations were scheduled and then occurred in the classroom with ███ and his school team (Kadi Burns Teacher, Caitlin Johnson SLP, Lila Seldin, AT/SLP)on the following dates:

2/4/13 30 min.
2/11/13 Absent
2/25/11 Community Based Instruction
3/4/13 Absent
3/11/13 30 min.
3/18/13 30 min.
3/25/13 30 min.
4/1/13 30 min.
4/8/13 30 min.

SE 9-Addendum (8-03)

**NMUSD 0501**

**AR 1192**

761

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1193 of 1332

Page 4 of 41

# Newport-Mesa Unified School District
## Individualized Education Program
### COVER PAGE

**Student Information**

Name: First **Fulsang,** Middle — Last — 7 Age

Social Security # — Student ID # 145793

Address: 5016 River Av — Apt. #

City/State/Zip: Newport Beach, CA 92663

DOB 02/14/2006 — Grade 01 — Gender Male

District of Residence: Newport-Mesa Unified School District
Local School (based on residence): Newport Elementary

District of Attendance: Newport-Mesa Unified School District
School of Attendance: Eastbluff Elementary

**Parent/Guardian Information**

Name of Parent/Surrogate/Guardian: Eric Fulsang
Address: 5016 River Av, Newport Beach, CA, 92663
Telephone: 949-838-4139 (home) (work) (cell)

Name of Parent/Surrogate/Guardian: Amelia Fulsang
Address: 5016 River Av, Newport Beach, CA, 92663
Telephone: 949-838-4139 (home) (work) (cell)

Student's Primary Language: English — Determined by: Registration materials
Home Language: English

A. Initial Entry into Special Ed.: 02/19/2009
(This date will not change and reflects FIRST date in District where initial placement was made)

B. Timeline Information (Dates):
Date of This Meeting: 01/23/2013
Next Meeting Date: 01/22/2014
(See Meeting Notes page for details)
Next Annual Review: 02/24/2014
Date of Last Evaluation: 02/26/2013
(Date that IEP team met to consider eligibility)
Next 3 yr. Review Due: 02/04/2014

C. Purpose of Meeting:
Primary: Annual Review
Secondary: IEP record review

Meeting Tape Recorded? ☐ Yes ☑ No

D. Eligible
Primary Disability:

Secondary Disability(ies):
MR/ID=Mental Retardation/Intellectual Disabilities
SLI=Speech/Lang Impairment

AUT=Autistic Like ☑ Yes ☐ No

E. Educational Rights Held by:
Parent/Guardian

F. Assessment (Accommodations page, section C)
Participation in Statewide assessment programs:
CAHSEE: Outside Test Group
STAR: Outside Test Group

G. English Language Learner:
English Language Level:

H. Interpreter / Translation Request:
Interpreter Requested? ☐ Yes ☑ No
Translation of IEP Requested? ☐ Yes ☑ No

I. Residence: Parent or legal guardian
J. Ethnicity: White
K. Preschool Setting:

L. Non-District Funded Agency Services ☑ Yes ☐ No
Regional Center

M. Program and Services Recommended and Offered ☐ Offer declined. See section "SE 16 - PARTICIPANTS and CONSENT" for details.

| Program/Service<br>* Indicates Primary Service | Projected Start | End | Location (Site) | Setting | Mode<br>(Interaction/ Delivery) | Frequency | | Min/Hr Per Session | See Notes<br>(SE 16) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public-integrated | * 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 1650 min = 31.00 hrs | Yes |
| Language and speech | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Individual; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Individual; Consult | 1 | per day | 30 min = 0.50 hrs | Yes |
| Language and speech | 01/23/2013 | 02/15/2013 | Special Ed Classroom | Special Ed | Individual; Direct | 3 | per week | 20 min = 0.33 hrs | Yes |
| Assistive Technology Services | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | Yes |

SE 9 (8-03)

Draft

NMUSD 0502

762

AR 1193

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014                    1194 of 1332

Draft

## Newport-Mesa Unified School District
### Individualized Education Program
### COVER PAGE

**Student:** Fulsang, ███████

| Occupational therapy | 05/02/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs |

Page __5__ of __41__

(Services provided per school schedule and calendar; Non-student days are excluded.)

ITP not required for this student.

Curb to Curb (Round Trip)          See Notes Page

**Special Transportation:** ☐ No ☑ Yes, specify:

**Rationale:** ███ qualifies for curb to curb transportation due to age and disability

SE 9 (8-03)

NMUSD 0503

Draft

# Newport-Mesa Unified School District
## Individualized Education Program
### INFORMATION CONSIDERED

Page  6  of  41

**Student:** Fujisang,

Present performance includes results of the most recent assessments:
☐ State ☐ Districtwide ☑ Classroom ☐ Alternate Assessments ☐ IEE

Describe how student's identified disability affects involvement & progress in general curriculum.
Or, for preschooler, how the disability affects the child's participation in appropriate activities:

☐ as social/behavioral, intellectual, fine motor, adaptive, and language deficits that negatively impact his ability to participate in the general curriculum.

**Health/Medical:**

He is in good general health, has no known allergies, and takes no daily medications. Mother states he is a "good eater and likes school very much".

There have been no new health issues since the last assessment was completed on 1-16-08. Mother has been to his Dentist in the last month without any concerns. He has not required a sick visit to his Primary Care Physician in over a year.

Parents indicated at the IEP meeting that ☐ had an EEG 2/2010. Results indicated that he does not have Epilepsy or seizures.

**Vision:**  Vision screening consisted of tracking a bright light right to left, left to right and up and down. Convergence was observed when both eyes simultaneously moved inward as object moved closer to his nose. Mother has no concern about his vision.

Date of Testing: 01/26/2011

**Hearing:**  Hearing screening results were difficult to obtain with state mandated headphone screening ☐☐☐ was not a candidate to wear the headphones due to his inability to comprehend the rationale for the testing. He was sensitive to the door opening and turned his gaze towards the door as it was opening. He also looked right when he heard a desk drawer close. His health file has a report from Newport Audiology dated 5-7-08 indicates a speech and language delay with normal middle ear function bilaterally. According to ☐ ☐ initial NMUSD Health and Developmental History dated 1-16-08, results from the Newport Audiology evaluation were "sufficient to rule out a hearing loss". Parent agrees his hearing to be intact.

Date of Testing: 01/26/2011

**Health Care Plan Location:**

---

Special factors related to low incidence disabilities were considered: ☑ N/A ☐ Yes

**Behavior:**
Currently, student's behavior impedes learning of self or others and behavior interventions are needed: ☐ No ☑ Yes

Regular discipline procedures apply
☑ Behavior Goals
☐ Behavior Support Plan
☐ Behavior Intervention Plan

**Documentation of Initial Placement:**
Initial Placement: ☐ No ☐ Yes    If yes is checked, this section must be addressed.
*The following general education resources were utilized or considered prior to placement in Special Education*

Referred for Initial Eval: Parent
By: _____

Parent Consent Recd Date for Previous Eval: 12/08/2008 ☐ Early Intervening Services

Previous Referral Date: 08/02/2008

Evaluation Delay Reason: Official school break of more than five days

Evaluation Delay Other Reason:

SE 11 (8-06)

NMUSD 0504

AR 1195

764



Page __7__ of __41__

Draft

**Newport-Mesa Unified School District**

Individualized Education Program

**INFORMATION CONSIDERED**

Student: __Fulsang__ ▮

**Parent concerns and priorities for the education of the student:**

Parents report ▮ strengths as; ipad, puzzles, swimming, maintaining attention in one on one situations, urinating in the toilet. They report his challenges as; potty training (defecating in the toilet), speech, effective communication, requesting what he needs. Parents would like to see the following goals met this year: complete potty training, request to go potty, prevent repetitive behavior by redirection, develop communication master plan.

**Input from General Education Teacher:**

▮ enjoys school. He seems happy when he is at school and around other people. He attends pull outs with the general education first grade class. Academically he is far behind his peers.

**Student Learning Strengths/Preferences:**

▮ has shown improvement this year in following familiar 1 step directions. He can match pictures, and imitate two step movements. He enjoys putting puzzles together and enjoys social reinforcement from adults. ▮ uses some signs to communicate as well as pictures to request preferred items.

SE 11 (8-06)

**NMUSD 0505**

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page 8 of 41

Student: Fulsang, ▮

AREA OF NEED: Readiness

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Body parts | ▮ will match body parts: head, nose, stomach (beginning with pictures of his own, moving on to pictures of a different head, nose and stomach) with 80% accuracy across two weeks of data collection. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ is able to match picture to picture of body parts. He is also able to match up to 4 picture to line drawings of body parts to an actual photo picture of the corresponding body part. | |

Goal(s) Needed?    No

SE 12 (8-06)

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

Draft

NMUSD 0506

766

AR 1197

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1198 of 1332

Page 9 of 41

Draft

## Newport-Mesa Unified School District
### Individualized Education Program
### NEEDS/GOALS

Student: Fulsang,

**AREA OF NEED:** Self Help/Domestic

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Bathroom | Using a visual aide, ▮ will request to use the restroom through out his school day with 50% accuracy across two weeks of data collection. | Progressing Towards | 33 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| When provided with at least 3 picture choices during regular scheduled bathroom breaks, ▮ will choose a picture of the toilet independently. He is able to complete the bathroom routine with minimal support. | ▮ does not independently request the restroom when in the classroom or other areas around school when it is not a regular bathroom break. He also has not used an AAC device to make these requests yet, at this time. He will not deficate into the toilet at school. |

Goal(s) Needed?    Yes

Goal #: 1
Goal Name: Toileting

Begin Date: 05/02/2013
End Date: 01/21/2014

Content Standard:
To improve readiness skills.

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
Currently ▮ is physically prompted to sign toilet before entering the bathroom.

**ANNUAL GOAL:**
During bathroom breaks and opportunities, ▮ will use AAC device to identify where he is at (bathroom) with 60% accuracy across two weeks of data collection.

**Evaluation Method(s):**
- ☐ Performance assessment
- ☐ Work sample analysis
- ☑ Teacher observation/data
- ☐ Standardized assessment
- ☐ Commercially-made tests
- ☐ Teacher-made tests
- ☐ Teacher records
- ☐ Data Collection
- ☐ Other

**Person(s) Responsible:**
- ☑ Special Education Teacher
- ☐ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Mental Health Provider
- ☐ Psychologist
- ☐ District Specialist
- ☐ Other

**Benchmarks/Objectives**

| Name | Description | ☐ No Benchmarks/Objectives | Target Date |
|---|---|---|---|
| | | | |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

NMUSD 0507

767

AR 1198

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page    10    of    41

Student:    Fulsang, ▉

AREA OF NEED:    Behavior

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Attending | During instructional time, ▉ will attend to the activity being presented (body towards activity, engaging in activity as needed) for 2 consecutive minutes across two weeks of data collection. | Met | |
| Daily Routines | Through out the school day, ▉ will independently navigate through his day using a visual schedule with 80% accuracy across two weeks of data collection. | Met | |
| Motor Imitation | During large group instruction, ▉ will imitate 3 consecutive movements with 80% accuracy across two week of data collection. | Progressing Towards | 48 |

**Present Levels of Academic Achievement and Functional Performance** (from assessment, observation, work samples and/or progress on prior goal(s)

| Strengths | Needs |
|---|---|
| ▉ attending during work time has improved.  He will attend to activities for at least 2 consecutive minutes.  He is able to use classroom visuals from his visual schedule to navigate through the class during center creation and other in class activities. When called by his name, ▉ will follow familiar classroom instructions (sit down, throw in trash, come here, line up, etc). | ▉ will tap on the table and other objects during instructional time. When familiar choral classroom instructions are given to the entire class, ▉ does not consistently follow the instructions. When feeling frustrated or agitated, ▉ does not yet requests breaks independently. |

Goal(s) Needed?    Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

NMUSD 0508

768

AR 1199

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1200 of 1332

Page 11 of 41

Draft

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, ■

AREA OF NEED: Behavior

Goal #: 1
Goal Name: Aggression

☑ Applies to ESY

Begin Date: 05/02/2013
End Date: 01/21/2014

Content Standard:
To improve readiness skills.

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

Currently ■ shows aggressive behaviors an average of 2 times per day. His aggressive behaviors consist of grabbing the arm or wrist of a nearby adult and squeezing. These behaviors are sometimes paired with crying and/or whining.

ANNUAL GOAL:
When showing beginning signs of escalation, ■ will use language (signs, aac, gestures) or calming strategies with no more than one physical prompt, in 60% of given opportunities across two weeks of data collection.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| B1 | When showing beginning signs of escalation, ■ will use language (signs, aac, gestures) or calming strategies with no more than 3 physical prompt, in 40% of given opportunities across two weeks of data collection. | 06/21/2013 |
| B2 | When showing beginning signs of escalation, ■ will use language (signs, aac, gestures) or calming strategies with no more than 2 physical prompt, in 50% of given opportunities across two weeks of data collection. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

NMUSD 0509

769

AR 1200

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 12 of 41

Draft

**Student:** Fulsang, ▮

**AREA OF NEED:** Behavior

**Goal #:** 2
**Goal Name:** Choral Instructions

**Begin Date:** 01/23/2013
**End Date:** 01/22/2014

☑ Applies to ESY

**Content Standard:**

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
When the class is given familiar choral instructions (line up, go to circle time, wash hands, etc), ▮ will respond to the instruction 25% of opportunities provided.

**ANNUAL GOAL:**
During classroom activities, ▮ will follow familiar choral classroom instructions (line up, find snack, clean up, etc) in 80% of charted opportunities across two weeks of data collection.

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| B1 | During classroom activities, ▮ will follow familiar choral classroom instructions (line up, find snack, clean up, etc) in 40% of charted opportunities across two weeks of data collection. | 06/21/2013 |
| B2 | During classroom activities, ▮ will follow familiar choral classroom instructions (line up, find snack, clean up, etc) in 80% of charted opportunities across two weeks of data collection. | 11/13/2013 |

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

ADMINISTRATIVE RECORD FOR MATTER 2012050785        02/25/2014        1202 of 1332

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page   13   of   41

Draft

Student: Fulsang, █████

AREA OF NEED:    Behavior

Goal #:    3
Goal Name:    Self Regulation

☑ Applies to ESY

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

Currently █████ is not able to request calming or sensory strategies. He will grab adults hands to press on his jaw or chin when he needs input. He will also cry and/or whine when needing sensory input. When prompted with the ASL sign for break, he will walk away from the activity and take a break. █████ enjoys tickles on his arms, squeezes and bounces on the big ball for sensory breaks. Currently he has been observed requesting a break 0% of opportunities provided.

ANNUAL GOAL:
When feeling agitated, █████ will use his AAC device to request a calming/coping or sensory strategy (i.e. squeezes, tickels, bouncing, etc.) in 50% of charted opportunities in a two week period.

Benchmarks/Objectives

| Name | Description | Target Date |
|------|-------------|-------------|
| B1 | During small group, █████ will receptively identify icons of two sensory strategies with 50% accuracy across a two week period. | 06/21/2013 |
| B2 | During small group, █████ will receptively identify icons of three sensory strategies with 50% accuracy across a two week period. | 11/13/2013 |

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

SE 12 (8-06)

NMUSD 0511

**AR 1202**

771

Page 14 of 41

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, ▮▮▮

AREA OF NEED:          Behavior

Goal #:          4
Goal Name:          Stimulatory Reduction

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

☑ Applies to ESY

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

During a center rotation, when objects are present on the table, ▮▮▮ will work at the table without tapping the table or objects for an average of 2 minutes.

ANNUAL GOAL:
During table top activities, when objects are present, ▮▮▮ will sit for an average of 8 consecutive minutes with calm hands, not tapping the table or objects across two weeks of data collection.

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| B1 | During table top activities, when objects are present, ▮▮▮ will sit for 4 consecutive minutes with calm hands, not tapping the table or objects across two weeks of data collection. | 06/21/2013 |
| B2 | During table top activities, when objects are present, ▮▮▮ will sit for 6 consecutive minutes with calm hands, not tapping the table or objects across two weeks of data collection. | 11/13/2013 |

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE T7), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

NMUSD 0512

AR 1203

772

Newport-Mesa Unified School District

Individualized Education Program

NEEDS/GOALS

Page 15 of 41

Student: Fulsang, ▇

AREA OF NEED: Social/Emotional

Progress on Prior Goals

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Emotions | During small group instruction, when presented with a picture of an emotional state, ▇ will match the appropriate emotional state with the corresponding picture with 80% accuracy of given opportunities across two week of data collection. | Met | |
| Morning/Afternoon routine | ▇ will independently complete the morning and afternoon routine (unzipping his backpack, getting his folder, putting it in the correct spot, finding his cubby, getting his folder, putting it in his back pack and zipping it up) in with 80% accuracy across two weeks of data collection. | Met | |
| Waiting | During snack time or lunch, when a highly preferred food is near him, ▇ will wait with calm ready hands (not grabbing peers food) with 80% accuracy of given opportunities across two weeks of data collection. | Progressing Towards | 66 |

Present Levels of Academic Achievement and Functional Performance *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▇ will respond when his name is called. He enjoys being with others and enjoys social reinforcement. He is able to complete his morning and afternoon routine activities independently. He knows and follows familiar classroom routines. He can make snack or reinforcement choices by pointing to the item that he wants as well as providing a picture of the item. He is making progress on raising his hand during snack time when he is ready for more. When attending he can match the same picture of an emotion. | Currently ▇ does not use an AAC device to make choices during break or snack time. ▇ does not show awareness of who his peers are. ▇ can not receptively identify his name at this time. |

Goal(s) Needed?    Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

Page 16 of 41

## Newport-Mesa Unified School District
### Individualized Education Program
### NEEDS/GOALS

Student: Fulsang, ▮

**AREA OF NEED:** Social/Emotional

☑ Applies to ESY

Goal #: 1
Goal Name: Choices

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

**Baseline Performance:** (*Quantitative data from assessment, observation, work samples and/or progress on prior goals*)

▮can make simple choices pictures of preferred items from a book or a strip using only the picture to make the request. He has shown success in receptive labeling preferred items in the classroom. When presented with an AAC device during consultation, ▮ was able to choose a preferred item 64% of opportunities provided.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

**ANNUAL GOAL:**
When given a field of four choices, ▮ will select his preferred choice on an AAC device in 80% of charted opportunities across two weeks of data collection.

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| B1 | When given a field of four choices, ▮ will select his preferred choice on an AAC device in 71% of charted opportunities across two weeks of data collection. | 06/21/2013 |
| B2 | When given a field of four choices, ▮ will select his preferred choice on an AAC device in 75% of charted opportunities across two weeks of data collection. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

SE 12 (8-06)

Draft

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1206 of 1332

**Newport-Mesa Unified School District**
Individualized Education Program
**NEEDS/GOALS**

Page 17 of 41

Draft

Student: Fulsang, ▮

AREA OF NEED:    Social/Emotional

☑ Applies to ESY

| | |
|---|---|
| Goal #: | 2 |
| Goal Name: | Name Identification |

Begin Dates: 01/23/2013
End Date: 01/22/2014

Content Standard:

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

When presented with a group of names, ▮ will correctly identify his own name 26% of opportunities provided.

**ANNUAL GOAL:**
When given three names, ▮ will receptively identify his written name in a field of four in 80% of charted opportunities across two weeks of data collection.

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| B1 | When given four names, ▮ will match his name correctly in 80% of charted opportunities. | 06/21/2013 |
| B2 | When given three names, ▮ will receptively identify his name in 60% of charted opportunities. | 11/13/2013 |

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

SE 12 (8–06)

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

NMUSD 0515

**AR 1206**

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page __18__ of __41__

Draft

Student: Fulsang, ▮

AREA OF NEED: Social/Emotional

Goal #: 3
Goal Name: Peer matching

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

☑ Applies to ESY

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
Currently ▮ does not show awareness of who his peers are. When asked to find a peer or point to a specific peer's picture, ▮ will respond correctly 15% of opportunities provided.

ANNUAL GOAL:
▮ will match a picture of his peer, to the actual peer in 60% of charted opportunities across two weeks of data collection.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| B1 | ▮ will match a picture of his peer to the same picture of his peer in 60% of charted opportunities across two weeks of data collection. | 06/21/2013 |
| B2 | ▮ will match a picture of his peer, to the actual peer in 40% of charted opportunities across two weeks of data collection. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 19 of 41

**Student:** Fulsang,

**AREA OF NEED:** Speech and Language

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| "Break time" | During semi- structured learning times after being told by staff ▮ you can take a break", i.e. unstructured time for self- directed play, ▮ will independently present a specific break card/PECS/AAC to signal the beginning of his break to the staff in 60% of the opportunities in which data is collected during a two-week period. | Met | |
| Actions in locations | During structured learning opportunities in which a simple phrase (e.g. "Show me lining up") is paired with one with five familiar daily actions in different school settings through PECS/ AAC and high levels of reinforcement are provided, ▮ will demonstrate receptive knowledge of the associated action in the noted location and phrase by moving to the noted location and performing the appropriate expected action included in picture with an average of 60% accuracy during a two-week collection period. | Met | |
| Names and faces | During structured learning opportunities in which three pictures through PECS/ AAC are presented in a field and high levels of reinforcement are provided, ▮ will identify a minimum of three familiar adult staff and two family members with an average of 60% accuracy in the trials in which he is asked to "Touch (name)" in data collected in a two-week period. | Met | |
| Out-of-seat directions | During structured learning tasks in which high levels of reinforcement are provided and he is provided a visual through PECS/ AAC of one of four familiar locations to place the object, ▮ will complete the given targeted direction with an average of 50% accuracy across data collected in a two week period. Targeted instructions to include: "Put item in XXX (e.g. trashcan, cubby, break area, library). Accuracy will not include return to seat but completion of direction. Actual target locations to be determined by IEP team. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ overall functional communication system continues to expand but is very restricted. Change requires maximal support. However, through a combination of picture cards, common gestures, indicating behaviors, vocalizations, direct contact with adult, and gaze to his partner, ▮ is able to communicate basic needs and requests to his partner. He is consistently identifying preferred items (pointing or selecting PECS), protesting (shakes head or pushes item away), and signaling more (sign) and eat (sign). He demonstrates comprehension of the functional locations and objects required in his school setting with maximal learning efforts and in structured lessons. Using picutres within the familiar environment, ▮ is able to identify familiar and preferred adults. He is also able to identify actions within familiar locations ▮ lining up). He is able to follow familiar one-step directions within the classroom. The required foundational skills for building an expanded symbolic communication system that utilizes icons and/ or picture cards | ▮ continues to demonstrate very delayed receptive language abilities and skills. While he is able to pair names with familiar adults members, he is not able to pair names with his peers. He is not yet consistently and independently recognizing the relationship between visual systems/ PECS/ AAC and its role in directing his behavior or gaining him access to preferred activities/ items. |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (6-06)

Draft

NMUSD 0517

**AR 1208**

777

Page 20 of 41

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

**Student:** Fulsang,

**AREA OF NEED:** Speech and Language

with actual actions and objects is emerging. Also, he is beginning to use a visual schedule consistently in the classroom and is able, with prompting, to manipulate the calendar to indicate that an activity is next or that an activity has been completed.

**Goal(s) Needed?** Yes

**Goal #:** 1
**Goal Name:** Cessation

**Begin Date:** 01/23/2013
**End Date:** 01/22/2014

**Content Standard:**

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

_____ is able to imitate "all done" as a sign language approximation. He also independently demonstrated cessation using AAC pictures in 22% of provided opportunities.

**ANNUAL GOAL:**
When presented with communication opportunities within the classroom, _____ will use AAC to demonstrate cessation ("all done") in 50% of provided opportunities across 2 data collection sessions.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☑ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| B1 | When presented with communication opportunities within the classroom, _____ will use AAC to demonstrate cessation ("all done") in 35% of provided opportunities across 2 data collection sessions. | 06/21/2013 |
| B2 | When presented with communication opportunities within the classroom, _____ will use AAC to demonstrate cessation ("all done") in 45% of provided opportunities across 2 data collection sessions. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

SE 12 (8-06)

Draft

NMUSD 0518

778

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1210 of 1332

Draft

## Newport-Mesa Unified School District
### Individualized Education Program
### NEEDS/GOALS

Page 21 of 41

**Student:** Fulsang, ▮

**AREA OF NEED:** Speech and Language

**Goal #:** 2
**Goal Name:** Rejection

**Begin Date:** 01/23/2013
**End Date:** 01/22/2014

**Content Standard:**

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
▮ currently indicates rejection using physical gestures (shaking his head, pushing items away). He is not yet using AAC pictures to indicate rejection (0% of provided opportunities).

**Evaluation Method(s):**
- ☐ Performance assessment
- ☐ Work sample analysis
- ☒ Teacher observation/data
- ☐ Standardized assessment
- ☐ Commercially-made tests
- ☐ Teacher-made tests
- ☐ Teacher records
- ☐ Data Collection
- ☐ Other

**Person(s) Responsible:**
- ☐ Special Education Teacher
- ☒ Speech/Language Pathologist
- ☐ Adapted PE Teacher
- ☐ Occupational Therapist
- ☐ Physical Therapist
- ☐ General Education Teacher
- ☐ Mental Health Provider
- ☐ Psychologist
- ☐ District Specialist
- ☐ Other

**ANNUAL GOAL:**
When presented with a non-preferred activity or object within the classroom, ▮ will use AAC to demonstrate the intent of rejection ("I don't want it") in 50% of provided opportunities across 2 data collection sessions.

**Benchmarks/Objectives:**

| Name | Description | Target Date |
|---|---|---|
| B1 | When presented with a non-preferred activity or object within the classroom, ▮ will use AAC to demonstrate the intent of rejection ("I don't want it") in 20% of provided op across 2 data collection sessions. | 06/21/2013 |
| B2 | When presented with a non-preferred activity or object within the classroom, ▮ will use AAC to demonstrate the intent of rejection ("I don't want it") in 40% of provided opprotunites across 2 data collection sessions. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

NMUSD 0519

**AR 1210**

779

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 22 of 41

**Student:** Fulsang:

**AREA OF NEED:** Speech and Language

**Goal #:** 3

**Goal Name:** Requesting Actions

☑ Applies to ESY

**Begin Date:** 01/23/2013
**End Date:** 01/22/2014

**Content Standard:**

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

To request actions, ▮ is able to imitate the sign for "help" and will grab an adults hand and place it under his chin for sensory input. With the AAC device, ▮ requested action in 0% of provided opportunities.

**ANNUAL GOAL:**
When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.), ▮ will demonstrate the intent of requesting an action (help, swing, jump, sensory input) in 50% of provided opportunities across 2 data collection sessions.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| B1 | When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.), ▮ will demonstrate the intent of requesting an action (help, swing, jump, sensory input) in 20% of provided opportunities across 2 data collection sessions. | 06/21/2013 |
| B2 | When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.), ▮ will demonstrate the intent of requesting an action (help, swing, jump, sensory input) in 40% of provided opportunities across 2 data collection sessions. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE-17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

NMUSD 0520

780

Page  23  of  41

Draft

# Newport-Mesa Unified School District
## Individualized Education Program
### NEEDS/GOALS

**Student:** Fulsang,

**AREA OF NEED:** Speech and Language

☑ Applies to ESY

**Goal #:** 4

**Goal Name:** Requesting Objects

**Begin Date:** 01/23/2013
**End Date:** 01/22/2014

**Content Standard:**

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

Currently, ▮ is able to request preferred objects (puzzles and edibles) using AAC. He requested food in 81% and puzzles in 47% of provided opportunities (average of 64%). He also points to desired objects and uses signs for "candy" and "cracker."

**ANNUAL GOAL:**
When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.) ▮ will demonstrate the communicate intent of requesting an object using AAC in at least 2 different activities in 80% of provided opportunities across 2 data collection sessions.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☐ Special Education Teacher
☑ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| B1 | When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.) ▮ will demonstrate the communicate intent of requesting an object using AAC in at least 2 different activities in 70% of provided opportunities across 2 data collection sessions. | 06/21/2013 |
| B2 | When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.) ▮ will demonstrate the communicate intent of requesting an object using AAC in at least 2 different activities in 75% of provided opportunities across 2 data collection sessions. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10*

SE 12 (8-06)

NMUSD 0521

Draft

Newport-Mesa Unified School District
Individualized Education Program
NEEDS/GOALS

Page 24 of 41

Student: Fulsang, ▮

AREA OF NEED: Fine Motor

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Pre-Writing Copying | To demonstrate improved visual motor integration skills, ▮ will copy the following pre-writing shapes: horizontal/vertical line and circle (clear ▮ and/end to circle), in 70% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members. | Progressing Towards | 67 |
| Scissor Skills | To demonstrate improved visual motor coordination and motor planning skills, ▮ will cut across a 6 inch line (1/2 inch thick), deviating no more than 1/4 inch from the boundaries of the lines, in 60% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members. | Met | |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ▮ demonstrates the ability to cut on a 6 in long line that is 1/2 in wide while staying with a 1/4 in from the boundaries. When attending he is able to imitate a vertical line, horizontal line and open ended circle. | ▮ demonstrates difficulties with boundary awareness. He is unable to trace letters of the alphabet. |

Goal(s) Needed?     Yes

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

NMUSD 0522

AR 1213

782

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1214 of 1332

Draft

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page 25 of 41

Student: Fulsang, ▮

AREA OF NEED: Fine Motor

Goal #: 1
Goal Name: Pre-writing tracing

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

▮ demonstrates the ability to imitate a vertical, horizontal line and open ended circle, he is able to use a dot mark to fill in the dots for a letter that is approximately 6 inches.

ANNUAL GOAL:
To demonstrate improved visual motor integration skills, ▮ will trace the letters of his first name (approximately 8 in. letters), in 70% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members.

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

Person(s) Responsible:
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

Benchmarks/Objectives

| Name | Description | Target Date |
|---|---|---|
| Benchmark 1 | To demonstrate improved visual motor integration skills, ▮ will trace the letters of his first name (approximately 8 in. letters), in 50% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members. | 03/13/2013 |
| Benchmark 2 | To demonstrate improved visual motor integration skills, ▮ will trace the letters of his first name (approximately 8 in. letters), in 60% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

NMUSD 0523

783

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Page 26 of 41

Student: Fulsang,

AREA OF NEED: Fine Motor

Goal #: 2
Goal Name: Scissors skills

Begin Date: 01/23/2013
End Date: 01/22/2014
Content Standard:

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
▢ demonstrates the ability to cut on a 1/2 in wide line that is 8 in. long staying within 1/4in from the given boundaries.

ANNUAL GOAL:
To demonstrate improved visual motor coordination and motor planning skills, ▢ will cut across a 10 inch line (1/4 inch thick), deviating no more than 1/4 inch from the boundaries of the lines, in 70% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☑ Data Collection
☐ Other

**Person(s) Responsible:**
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☑ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| Benchmark 1 | To demonstrate improved visual motor coordination and motor planning skills, ▢ will cut across a 10 inch line (1/4 inch thick), deviating no more than 1/4 inch from the boundaries of the lines, in 50% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members | 03/13/2013 |
| Benchmark 2 | To demonstrate improved visual motor coordination and motor planning skills, ▢ will cut across a 10 inch line (1/4 inch thick), deviating no more than 1/4 inch from the boundaries of the lines, in 60% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils' progress. E.C. 56345.10

SE 12 (8-05)

Draft

NMUSD 0524

**AR 1215**

784

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1216 of 1332

**Newport-Mesa Unified School District**
Individualized Education Program
**NEEDS/GOALS**

Page 27 of 41

Draft

**Student:** Futsang, ■

**AREA OF NEED:** Mathematics

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Receptively identifying number ■ | During small group instruction, ■ will receptively identify numbers 1-5 with 60% accuracy across two weeks of data collection. | Progressing Towards | 40 |

**Present Levels of Academic Achievement and Functional Performance** *(from assessment, observation, work samples and/or progress on prior goals)*

| Strengths | Needs |
|---|---|
| ■ can sort by colors. He's able to match his numbers up to 10. ■ has shown some improvement in receptively identifying his numbers 1-5. He can receptively identify the numbers 1 and 2 with 60% accuracy. | -receptively identifying quantitative concepts |

**Goal(s) Needed?**   Yes

**Goal #:** 1

**Goal Name:** Quantitative Concepts

☑ Applies to ESY          **Begin Date:** 01/23/2013
**End Date:** 01/22/2014

**Baseline Performance:** *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*

When presented with a quantitative, ■ will receptively identify quantitative concepts(big/little, full/empty) 17% of charted opportunities.

**Content Standard:**

**ANNUAL GOAL:**

■ will receptively identify quantitative concepts of big/little, empty/full in 50% of opportunities provided across two weeks of data collection.

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| B1 | ■ will receptively identify quantitative concepts of big/little, empty/full in 30% of opportunities provided across two weeks of data collection. | 06/21/2013 |
| B2 | ■ will receptively identify quantitative concepts of big/little, empty/full in 40% of opportunities provided across two weeks of data collection. | 11/13/2013 |

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupils progress. E.C. 56345.10

SE 12 (8-06)

NMUSD 0525

Page 28 of 41

**Newport-Mesa Unified School District**
Individualized Education Program
NEEDS/GOALS

Student: Fulsang, ▮

**AREA OF NEED:** Language Arts

**Progress on Prior Goals**

| Goal | Description | Progress | % Achieved |
|---|---|---|---|
| Letter identification | During small group instruction, ▮ will receptively identify the following letters: A, B, C, D, E with 80% accuracy of given opportunities across two weeks of data collection. | Progressing Towards | 57 |

**Present Levels of Academic Achievement and Functional Performance (from assessment, observation, work samples and/or progress on prior goals)**

| Strengths | Needs |
|---|---|
| ▮ can match letters. When attending to the letters in front of him he has shown some improvement in receptively identifying letters A and B. | -Identifying categories<br>-Matching action noun sentences that are similar. |

**Goal(s) Needed?** Yes

**Goal #:** 1
**Goal Name:** Agent/Action

**Begin Date:** 01/23/2013
**End Date:** 01/22/2014

**Content Standard:**

**Baseline Performance:** (Quantitative data from assessment, observation, work samples and/or progress on prior goals)

When presented with a field of four agent action picture cards, ▮ will match the similar picture card 12% of provided opportunities.

**ANNUAL GOAL:**

When presented with a picture of an agent action activity, out of a field of 4, ▮ will receptively match the action noun picture to a similar action noun picture in 60% of opportunities provided across two weeks of data collection.

**Benchmarks/Objectives**

| Name | Description | Target Date |
|---|---|---|
| B1 | When presented with a picture of an action noun activity, out of a field of 2, ▮ will receptively match the agent action sentences to a similar action noun picture in 60% of opportunities provided across two weeks of data collection. | 06/21/2013 |
| B2 | When presented with a picture of an agent action activity, out of a field of 3, ▮ will receptively match the action noun sentences to a similar action noun picture in 60% of opportunities provided across two weeks of data collection. | 11/13/2013 |

**Evaluation Method(s):**
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

**Person(s) Responsible:**
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other
☐ Occupational Therapist
☐ Physical Therapist

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

Draft

NMUSD 0526

**AR 1217**

Draft

**Newport-Mesa Unified School District**
Individualized Education Program
**NEEDS/GOALS**

Page 29 of 41

Student: Fulsang, ▮▮▮

AREA OF NEED: Language Arts

Goal #: 2
Goal Name: Categories

☑ Applies to ESY

Begin Date: 01/23/2013
End Date: 01/22/2014

Content Standard:

Baseline Performance: *(Quantitative data from assessment, observation, work samples and/or progress on prior goals)*
When presented with quantitative concepts, ▮▮▮ will correctly identify 27% of opportunities provided.

ANNUAL GOAL:
When given pictures of familiar items (school supplies, clothing, animals, food, etc) in a field of 4, ▮▮▮ will separate them into the correct category in 80% of opportunities provided across two weeks of data collection.

**Benchmarks/Objectives**

| Name | Description | Target Date |
|------|-------------|-------------|
| B1 | When given objects from two different categories, ▮▮▮ will correctly separate the items into the appropriate category in 80% of charted opportunities. | 08/21/2013 |
| B2 | When given pictures out of three categories, ▮▮▮ will correctly separate the pictures into the appropriate category in 80% of charted opportunities. | 11/13/2013 |

Evaluation Method(s):
☐ Performance assessment
☐ Work sample analysis
☑ Teacher observation/data
☐ Standardized assessment
☐ Commercially-made tests
☐ Teacher-made tests
☐ Teacher records
☐ Data Collection
☐ Other

Person(s) Responsible:
☑ Special Education Teacher
☐ Speech/Language Pathologist
☐ Adapted PE Teacher
☐ Occupational Therapist
☐ Physical Therapist
☐ General Education Teacher
☐ Mental Health Provider
☐ Psychologist
☐ District Specialist
☐ Other

*Notice: A pupil's parents will be regularly informed of the pupil's progress toward goals, via the Progress Report of Annual Special Education Goals (SE 17), at least as often as parents are informed of their non-disabled pupil's progress. E.C. 56345.10

SE 12 (8-06)

NMUSD 0527

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1219 of 1332

Page 30 of 41

Draft

## Newport-Mesa Unified School District
### Individualized Education Program
#### PROGRAM CONSIDERATIONS

Student: Fulsang, ▇

**A. Federal Setting**

Federal Setting School: Regular classroom/Public day school

Federal Setting Preschool:

**B. Assessment Information**

The following were used to determine the student's eligibility and/or Special Education services:

☐ Evaluations   ☐ Records
☐ Reports   ☐ Tests

-Adaptive Behavior Assessment System-2nd Edition (ABAS-II).; Childhood Autism Rating Scale- 2nd Edition Standard Version (CARS-2ST).; Critical observations of eye/hand usage, postural responses, attention to task, neuromuscular development, sensory processing (registration, integration and modulation), motor planning and environmental interactions.; Communication and Symbolic Behavior Scales Developmental Profile (CSBS DP) .; Developmental Assessment of Young Children (DAYC).; The HELP (derived from "Hawaii Early Learning Profile".; Mullen Scales of Early Learning AGS Edition.; The Peabody Developmental Motor Scales-2 (PDMS-2), the fine motor subsets (grasping and visual motor integration).; Preschool Functional Educational Checklist completed by Leah Steinman, ▇ teacher.; Preschool Language Scales-Fourth Edition (PLS-4).; -Sensory Processing Measure – ▇ teacher.; -Preschool Language Scales-Fourth Edition (PLS-4) .; -Sensory Processing Measure – Preschool Home form completed by Eric Fulsang, ▇ father.; -Sensorimotor History Questionnaire for Preschoolers completed by Leah Steinman, ▇ teacher.; Symbolic Play Scale
Review Records

**C. Support for Transition**

Grade Level Change:   N/A
Program Type:   N/A
School Type:   N/A

Description of supports for transition:

ITP not required for this student.

**D. Participation in General Education**

☑ Lunch, Recess, Passing   ☑ Electives
Periods
☐ Other

To what extent is the student not in the general education setting? In your discussion, include such things as: class activities, school activities, issues related to possible "harmful effects" of placement:
General education limits ▇ ability to participate, and he requires additional support and smaller class size.

Explain why services that the student is to receive can not be provided in the general education setting.
▇ deficits and identified unique educational needs require intensive specialized instruction that cannot be fully addressed through participation in general education. Due to these deficits ▇ cannot fully benefit from a general education setting.

79   % of time outside the regular education classroom for special education services

**E. English Language Learner Information:**

☑ No   ☐ Yes

**F. Options**

| Considered | | Recommended |
|---|---|---|
| ☐ Alternative Education | | ☐ |
| ☐ County Program | | ☐ |
| ☑ Designated Instruction and Services | | ☑ |
| ☑ General Education | | ☐ |
| ☐ Home/Hospital | | ☐ |
| ☐ Instruction in non-classroom setting | | ☐ |
| ☐ Non-Public School | | ☐ |
| ☐ Other | | ☐ |
| ☐ Resource Services | | ☐ |
| ☑ Special Day Class | | ☑ |
| ☐ State Special School | | ☐ |
| ☐ Other | | ☐ |

SE 13 (8-03)

**Newport-Mesa Unified School District**
**Individualized Education Program**

Page 31 of 41

Student: Fulsang, [redacted]

## G. Discussion of LRE and Placement

| Program/Service<br>*Indicates Primary Service | Projected Start | End | Location (Site) | Setting | Mode<br>(Interaction; Delivery) | Frequency | | Min/Hrs Per Session | See Notes (SE 16) |
|---|---|---|---|---|---|---|---|---|---|
| SDC public/Integrated * | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 1860 min = 31.00 hrs | Yes |
| Language and speech | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Individual; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Occupational therapy | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs | Yes |
| Language and speech | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Individual; Consult | 1 | per day | 30 min = 0.50 hrs | Yes |
| Language and speech | 01/23/2013 | 02/15/2013 | Special Ed Classroom | Special Ed | Individual; Direct | 3 | per day | 20 min = 0.33 hrs | Yes |
| Assistive Technology Services | 01/23/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | |
| Occupational therapy | 05/02/2013 | 01/22/2014 | Special Ed Classroom | Special Ed | Individual; Consult | 1 | every month | 30 min = 0.50 hrs | |

(Services provided per school schedule and calendar. Non-student days are excluded.)

**PROGRAM CONSIDERATIONS**

| Service | Provider: | Notes: |
|---|---|---|
| SDC public/Integrated | NMUSD | |
| Language and speech | NMUSD | |
| Language and speech | NMUSD | |
| Occupational therapy | NMUSD | |
| Language and speech | NMUSD | |
| Language and speech | NMUSD | |
| Assistive Technology Services | NMUSD | |
| Occupational therapy | NMUSD | |

EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES:

Rationale:
To maintain skill levels and prevent regression of skills

Extended School Year (ESY):   ☐ No   ☑ Yes

SE 13 (8-03)

Draft

NMUSD 0529

**AR 1220**

789

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1221 of 1332

Page 32 of 41

**Newport-Mesa Unified School District**
Individualized Education Program
PROGRAM CONSIDERATIONS

Student: Fulsang, ▮

| Program/Service * Indicates Primary Service | Projected Start | End | Anticipated Location (Site) | Setting | Mode | Frequency | | Min/Hrs Per Session |
|---|---|---|---|---|---|---|---|---|
| Language and speech | 06/25/2013 | 07/23/2013 | Special Ed Classroom | Special Ed | Individual; Direct | 1 | per week | 30 min = 0.50 hrs |
| Occupational therapy | 06/25/2013 | 07/23/2013 | Special Ed Classroom | Special Ed | Group; Direct | 1 | per week | 30 min = 0.50 hrs |
| SDC public integrated | • 06/25/2013 | 07/23/2013 | Special Ed Classroom | Special Ed | Group; Direct | 5 | per week | 240 min = 4.00 hrs |

NOTICE: An IEP Addendum meeting will be held in the event that a change to the above-described Program/Services is necessary.

SE 13 (8-03)

Draft

NMUSD 0530

AR 1221

790

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1222 of 1332

Page __33__ of __41__

Draft

# Newport-Mesa Unified School District
## Individualized Education Program
### ACCOMMODATIONS, SUPPORTS AND SERVICES

**Student:** Fulsang, ▮

**A. Participation in Statewide and District Assessment Programs:**

Participation in Statewide assessment programs:

| CAHSEE: | Outside Test Group | STAR Math: | Outside Test Group | STAR Science: | Outside Test Group |
| STAR English Language Arts: | Outside Test Group | STAR History: | Outside Test Group | STAR Writing: | Outside Test Group |

Tests identified accommodations/modifications are necessary for enabling the student to demonstrate knowledge, ability, skills, or mastery, and should be consistent with those identified in the instructional setting to give the student access to the curriculum.

Specific Variations, accommodations and modifications to be used in testing:

| Type of Variation, Accommodation or Modification | CAHSEE | English Lang Arts | Math | Science | History | Writing | CELDT | District Testing | Classroom Tests |
|---|---|---|---|---|---|---|---|---|---|

☐ Student will take the Standards-based Tests in Spanish (STS) using CST variations/accommodations/modifications listed above.

Note: Students participation in the California Physical Fitness Tests will receive the Variations, Accommodations, or Modifications listed above, if they directly apply to the testing situation. (Refer to the Testing Variations, Accommodations, and Modifications chart published by the California Department of Education.) .

☐ Desired Results Developmental Profile to be used (Ages 3-5)          **Test Type:**

**Adaptations allowed:**

**B. Program modifications, supplementary aids, and accommodations (including effect on grading) for the student to progress in general education and/or activities:**

Accommodations and curriculum modifications will be provided in ▮ special education classroom so that the level and pace of materials is appropriate. In addition, small group instruction, sensory strategies, and a specialized reinforcement system will be utilized as needed.

▮ team should continue a multi-modals; augmentative/alternative communication (AAC) approach to support his communication needs including, photos, picture symbols and sign language. The staff should model and encourage AAC receptively and expressively during functional activities, transitions and/or schedule changes. These systems may include visual schedules and communication books.

A 4 to 6 week trial of a small portable speech generated dynamic screen device with communication software support such as the iPod Touch with the Prologuo2go application for support of his communication goals.

**C. Supports / modifications provided to school personnel to enable student to advance toward attaining annual goals, progress in general education and/or activities, and be educated and participate with other children with and without disabilities (i.e. trainings, materials):**

The Assistive Technology Specialist will be available on an 'as needed' basis to provide AAC training and on-going support for ▮ and his learn on techniques and programming of ▮ AAC device.

SE 13 (8-03)

NMUSD 0531

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014          1223 of 1332

Draft

## Newport-Mesa Unified School District
### Individualized Education Program
### ACCOMMODATIONS, SUPPORTS AND SERVICES

Page 34 of 41

Student: Fulsang, ▊

**D. Physical Education:**
General Ed

**E. Low Incidence Disability:** ☒ No ☐ Yes
Does the student have a solely low incidence disability (for ages 0-2 only)?: ☐ Yes ☒ No

Blind/Visually Impaired: ☐ Yes ☒ No
Appropriate Reading Medium:
Braille Instruction/Use: ☐ Yes ☐ No
Deaf/Hard of Hearing: ☐ Yes ☒ No
Describe communication Needs:

Describe opportunities for direct communication with peers and professional personnel in the child's language/communication mode that meets the child's needs, including the need for direct instruction, and is at student's academic level:

**Orthopedic Impairment** ☐ Yes ☒ No

Consider for all students with low incidence disabilities:
specialized services, equipment, and materials consistent with state guidelines required for student to make progress toward IEP goal(s):

**F. Consideration of Assistive Devices and Services:**
Does the student require assistive devices and/or services to make progress toward IEP goals at this time? ☐ No ☒ Yes, the following is/are recommended:
▊ team should continue a multi-modalic augmentative alternative communication (AAC) approach to support his communication needs including, photos, picture symbols and sign language. The staff should model and encourage AAC receptively and expressively during functional activities, transitions and/or schedule changes. These systems may include visual schedules and communication books.
A small dynamic screen speech generated device such as the ipod touch with the communication software prologuo 2 go is recommended.
Devices, services and curricular interventions currently available at the school site can meet the student's needs at this time: ☒ Yes ☐ No, see Notes page.

**G. Promotion/Retention (Grades 2 - 9):**
Not Applicable (outside of grade range).

Current Performance (Grades 2 - 9):
Student is meeting the standards identified above: ☐ Yes ☐ No, see Notes page.

**H. High School Completion Plan (must be 16 years old or younger if appropriate)**
☒ Not Applicable
- Notice: Algebra I or the equivalent is required to earn a regular high school diploma.
- Notice: The California Department of Education has waived the California High School Exit Exam (CAHSEE) graduation requirement for students with an active IEP, effective with the 2009-10 graduating class. If all other requirements are met.

1. The requirements for high school graduation have been explained to me:
   ☐ Student Initials (if appropriate) _____ Date: _____
   ☐ Parent Initials _____ Date: _____

2. At this time, student is working toward earning:
   ☐ Certificate: will have completed course of study or reached maximum age
   ☐ Diploma: will have met all general education graduation requirements
   REQUIREMENTS FOR GRADUATION WITH A DIPLOMA
   1. Credit: Total required: _____ Currently has earned: _____

2. California High School Exit Exam (CAHSEE)

| Area | Pass OR Waiver | | Date |
|------|------|------|------|
| Math | ☐ Pass | ☐ Waiver | |
| English/Language Arts | ☐ Pass | ☐ Waiver | |

3. Anticipated date of high school completion: _____

SE 13 (8-03)

NMUSD 0532

AR 1223

792

ADMINISTRATIVE RECORD FOR MATTER 2012050785        02/25/2014                    1224 of 1332

Page _35_ of _41_

Draft

**Newport-Mesa Unified School District**
Individualized Education Program

SE 13 (8-03)

NMUSD 0533

AR 1224

Page __36__ of __41__

Draft

## Newport-Mesa Unified School District
### Individualized Education Program
### MEETING NOTES

Student: Fulsang, ▮

**MEETING SUMMARY**
TAPE RECORDING (SE 9):
Meeting Tape Recorded?    ☐ Yes   ☑ No

**MEETING DURATION (SE 9):**
Scheduled:    January 23, 2014
Start:    3:00pm
End:    5:00pm

**INTRODUCTIONS (SE 9):**
Introductions were made. Cheryl Beck principal, Maureen Cottrell- Administrator, Tammy White- Administrator, Lila Sedlin- AAC consultant and Speech and Language Pathologist, Caitlin Johnson- Speech and Language Pathologist, Tim Chen- Occupational Therapist, Lindsay Moore- General Education Teacher, Kadi Burns- SDC Teacher, Dr. Franke, District Attorney- Dan Harbottle, Parent Attorney- Kathy Loyer.

**REVIEW OF PARENTAL PROCEDURAL SAFEGUARDS (SE 19 has Parental Acknowledgement)**
☑ Parent waived reading and/or review of Parental Procedural Safeguards
   Declined review of rights.

**PURPOSE OF THE MEETING (SE 8, SE 9):**
Annual review, IEE review, AAC consult review.

**STUDENT AND PARENT/GUARDIAN INFORMATION VERIFICATION (SE 9):**

**PRESENT LEVELS OF PERFORMANCE (SE 11):**
Present levels of performance were discussed.

**PROGRESS ON PRIOR GOALS (SE 10):**
Readiness goal was ▮met▮ is progressing towards his self help/ toileting goal. Goal has been revised this year to reflect new communication system. 2 behavior goals were met (attending and daily routines), ▮ is progressing towards his motor imitation goal, 2 social emotional goal was met (morning/afternoon routines and matching emotions). 1 social goal is progressing towards (motor imitation). All four speech goals were met within the familiar classroom setting. ▮met one OT goal (scissor skills) and is progressing towards his prewriting goal. ▮ is making progress toward his letter identification goal and his letter identification goal, these goals have not been met.

**GOALS AND OBJECTIVES (SE 12):**
New goals:
Behavior- Choral instructions, Self Regulation, Stimulatory Behavior Reduction.
Social Emotional- Making Choices, Name Identification, Peer Matching. Speech- Cessation, Rejection, Requesting Actions, Requesting Objects.
OT- Scissor skills, prewriting.
Math- Quantitative concepts, Language Arts- Agent/Action and Identifying Categories.

SE 13 (8-03)

NMUSD 0534

794

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1226 of 1332

Page  37  of  41

Draft

# Newport-Mesa Unified School District
## Individualized Education Program
### MEETING NOTES

**Student:** Fulsang, ▮▮

**ACCOMMODATIONS, SUPPORTS AND SERVICES (SE 14):**
Section F. CONSIDERATION OF ASSISTIVE DEVICES AND SERVICES
An AAC device was recommended to assist ▮▮ in his communicative abilities in order to make progress toward goals.

**SPECIAL TRANSPORTATION (SE 9):**
▮▮ is eligible for curb to curb transportation, however parents prefer to transport him to and from school.

**EXTENDED SCHOOL YEAR (ESY) PROGRAM AND SERVICES RECOMMENDED AND OFFERED (SE 13):**
ESY is recommended for ▮▮ to maintain progress made on IEP goals from the current school year. ESY recommendation is 5 days a week, 4 hours a day ABA classroom from 6/25/13-7/23/13.

**PARENT COMMENTS/CONCERNS (SE 13, SE 9):**
Parents report ▮▮ strengths as: ipad, puzzles, swimming, maintaining attention in one on one situations, urinating in the toilet. They report his challenges as: potty training (defecating in the toilet), speech, effective communication, requesting what he needs. Parents would like to see the following goals met this year: complete potty training, request to go potty, prevent repetitive behavior by redirection, develop communication master plan.

**NEXT IEP MEETING (SE 9):**
Next Annual IEP will be held on or before 1/22/14. Next Addendum IEP will be held to review the additional evaluation results, based on AP developed on 1/23/13.

SE 15 (8-03)

NMUSD 0535

Student: Fulsang, [redacted]

The annual IEP meeting convened. Introductions were made. Procedural rights were presented to parents. Dr Franke shared her perspective after reviewing all records. She said that her recommendation would be for an FBA- functional behavioral assessment, and that assistive technology be utilized. She said that based on what we know to date, pre-requisites are not necessary for consideration of use of AT devices. Mr Harbottle said the district can provide the parents with an assessment plan for an FBA, and that can be drafted and presented today. The staff asked if there were questions for Dr. Franke. The parent's attorney asked Dr. Franke if she would conduct the FBA and she said she does not have the time. Mr Harbottle said the Distrct would conduct the assessment. The parent's attorney Ms. Loyer asked Dr Franke if she saw the AT report that was conducted privately. She said she did. She was asked by Ms Loyer if she had anything to add to it. She said she did not.

Ms Seldin reviewed her AT report. Parents and Ms Loyer said they reviewed the consultation form and the report that Ms Seldin provided them in advance. She reviewed the devices that she tried with [redacted] She said she recommends the ITouch and provided reasons for this. Mr Harbottle asked for more information, and Ms Seldin shared how the ITouch is programmed and used by staff. She said that [redacted] like the use of photos and they were used for programming. She shared how photos are used for all communication attempts. She said he would need to provide therapeutic modeling for use of the device. She said he is starting to shake his head for no and yes. His mother said that he is confused with yes and no regarding head shaking. Ms Seldin said that this can be hard to teach and how she has programmed the device to reject- I am all done, I don't want it etc. The smallest field was 4 to 6 items on a very large setting for icons. Ms Seldin responded to Ms Loyer's question about the size of the ITouch. She shared that [redacted] was able to utilize this. His mother said she has concerns with this size. Ms Seldin said [redacted] was not as successful with the IPad. She said there was more sensory input on the IPad. Ms Fulsang said that [redacted] uses the IPad at home and Mr. Fulsang said that there is some self-stim behavior on the IPad. Ms Loyer reviewed how Ms Cottler thought two IPads would sort out use, i.e one for play and one for communication. Ms Seldin responded to this. Ms Seldin answered and spoke to Ms Loyer's about the training that was recommended for AT. Ms Seldin said that is definitely recommended the therapeutic modeling across staff and with [redacted] Mr Harbottle asked for further clarification on how the modeling would be provided. He said that it seems appropriate for starting with one software and the parents and Ms Loyer agreed. Ms White spoke about the use of systematic training across settings and persons and noted that this component is critical. The home program supervisor said that [redacted] is decreasing the self stim behavior at home with the IPad. The father shared that color and size distinction would be appropriate for [redacted] to separate playing with communication. Mr Fulsang asked about yes/no and asked about delayed speech with autism and the movement of the jaw. He demonstrated how he uses his jaw and howhe presses on his jaw. Dr Franke said that there could be a component with motor planning based on having autism but she said that there likely is not a connection. Mr Harbottle and Dr Franke share how the muscular aspects are separate from the neurological aspects. The parents said that there is not a problem with eating, drooling etc. which they noted would be more indicative of a motor planning issue. Dr Franke said that the gesture [redacted] makes is a non-conventional means for gaining attention. She shared the importance of modeling by each in [redacted] environment, and without that modeling, she noted growth can be less than expected. She stressed how the device would be used multiple times by the adult and then offered to the student for his use. The team discussed how the tool would be used by as a communicative device by adults in order to emphasize and continually use the device with [redacted]

Tim Chen the OT joined the meeting at 3:30 pm. The team discussed the importance of having all team members utilizing the same strategies and modeling techniques. [redacted] has a home program from RCOC and the supervisor and staff agreed with this. Ms Fulsang shared her perspective on his language needs.

The team agreed to proceed in the meeting with goals addressed and proposed. Ms Burns began by reviewing readiness goal that was met. She reviewed the self help toileting goal and described the steps that [redacted] is able to perform in the routine. She said that he is at 33% mastery. His mother said that [redacted] is not urinating at school over the last two dates. Ms Burns shared how [redacted] has been using the urinal, due to bowel issues expressed by mother, he has been sitting on the toilet at school, and over the last two days he has not't urinated at school. The team discussed the bowel retentive issues. The father is concerned about this and potential medical related issues. Dr Franke asked questions and the parent gave input. Mr Harbottle asked questions and the parent responded. The supervisor said they are trying to find a very strong reinforcer. The team discussed suggestions. Ms White shared how the [redacted] was eliminating in a diaper so there is a connection with removing the diaper and using the toilet. The supervisor shared strategies they are trying, including the strategies suggested by Ms. White, but they are not working. Ms White suggested that at times it is necessary to back up and rebuild the association in a positive manner. Dr. Franke suggested that the routine toileting schedule might be interfering with eliminating and the schedule might need to be dropped for a period of time. She shared her experience with other students, and Ms White and Dr Franke shared how the re-teaching took a long time and said maybe a year. She said that this would be to take away the control issue that [redacted] is feeling, and the he would be back in diapers and not on a toilet schedule. She shared that this is for parents to discuss. The team discussed that if parents agree to putting [redacted] in diapers, the toilet goal would be not be implemented. An Individual Health Care Plan will be developed by the School Nurse and attached to this IEP. The care plan will be provided to parents for them to review. The district will provide changing paper, private location for changing and gloves. Parents would provided diapers and any preferred soap for cleaning. Team agreed that the preferred changing position would be lying down and not standing. Ms Loyer will inform Ms Cottrell if the parents agree to this plan.

Ms Burns reviewed the Behavior goals. [redacted] met two of his three goals. He is progressing at 48% on the motor imitation goal. Ms Burns reviewed proposed goals and Mr. Harbottle, Ms White and parents gave input. Ms Burns reviewed the self regulation goal. Mr Chen OT gave input on how he can support this goal. The parents asked about what AAC device would be used. The team shared that the ITouch is recommended and that the District is ready to implement this device and related goals upon the parents written consent. Mr Harbottle said that if the parents request a mini IPad, that would take longer based on the District response and equipment on hand. Ms Seldin shared how the AAC device can go home once a waiver is signed for liability by parents for use in the home. Dr Franke expressed concerns with the implementation of use of an AAC device for the self-regulation goal when he makes attempts to vocalize his needs, i.e. crying, whining etc. Ms White, Ms Burns and Ms Seldin shared how the implementation can be progressive and how reinforcement can be provided along with video modeling. Ms Burns answered the intention of the goal asked by the home supervisor. The mother shared how she facilitates signs at home for communication. She said he is forgetting the signs. Ms White spoke of prompt fading strategies. Ms Burns reviewed the stim reduction goal and how the goal is for 8 min. Ms Burns reviewed the former social emotional goals. She said that [redacted] met two of his three goals. He is progressing with waiting goal at 66%. Ms Burns spoke of how [redacted] needs to wait and cannot take another's snack. The parents shared what [redacted] does at home. The father asked if there is a way to define his space. Ms Burns shared how the student have designated areas and place mats. Ms Loyer asked if this goes beyond food. The parents shared

Newport-Mesa Unified School District
Individualized Education Program

Page 39 of 41

MEETING NOTES

Student: Fulsang,

experiences related to him taking another's food. Ms White shared how closely tied this behavior is to communicating what he wants, when the item is in proximity.

Mr Franke shared how it is important is to set up the AAC device so there are non preferred icons for choice making. Ms Burns reviewed the proposed goal for choice making. The father expressed how this would be good for him. Ms Burns reviewed the proposed goal for matching pictures of peers.

Ms Johnson, SLP reviewed the SL goals. [   ] met his four goals. She gave examples of how he met each goal. His next goals have been met in the classroom setting. Ms Johnson said that she is proposing goals based on use of the AAC device. Ms Johnson spoke on the importance of supporting his use of the device. Ms Fulsang shared how [   ] had some speech sounds in the past. She said she heard him saying the "b" sound last night and she thinks he was sleeping. She said she never heard him make this sound before. Ms Johnson said that she has heard him make the "m" sound with a picture of mother. The mother asked how the staff is addressing speech sounds. Dr Franke said that if the direction is to use the AAC that speech sounds should not be addressed as focusing on them diminishes the focus on AAC. The staff agreed. Ms Loyer reviewed this position with Ms Fulsang. The recommendation from this team is to develop a functional communication system with the use of AAC. The father shared his perspective on developing a communication system with [   ]. The staff and Ms Loyer shared that the AAC would continue to expose [   ] to expressive language. Ms Seldin shared that research shows that AAC supports verbal communication and that potential expressive output. The staff and Ms Loyer shared the importance of continued modeling and Ms Seldin shared how she can use signing to communicate as well. The father shared that in his opinion the importance of having measurable progress and how he feels the use of AAC would show this progress. He said that in his opinion this AAC service that focused on verbal language did not pay off. Mr Harbottle and staff shared how in their experience they have seen students who demonstrate the intent to communicate once an AAC device is falling implemented.

Ms Cottrell presented a time check and asked for parents to indicate what they would like to cover in the remaining time. The father said he wanted to have the FBA conducted. Ms Anderson asked what the parents or staff consider the behaviors to be. Ms White said that the purpose of FBA would be to determine antecedents. Parents expressed frustration with the process and their requests. Mr Harbottle reviewed the intent of the interim settlement agreement. He asked Dr Franke what other assessment might she consider. She suggested that sensory processing should be assessed. Mr Cohen shared his perspective from working with him. Ms Cottrell said that a FBA and independence assistance assessment would be conducted. The parent shared that he would like to have all assessments considered. Ms Anderson expressed concerns with the use or not the use of the AAC and how this decision can have an impact during the assessment. Dr Franke shared that in her opinion the AAC and the change to diapers should be made for 30 days and then the assessment should be conducted. She said that otherwise the data would be meaningless. Ms Loyer said she thinks the FBA should be conducted in less than 60 days. The parents said that [   ] will be out of school for one week in Feb, and then school will be closed for one week in Feb. Ms Harbottle shared the importance for the full 60 days for ensuring the data is accurate and comprehensive. Ms Loyer said she would agree to a time extension. Mr Harbottle reviewed that based on the two weeks that [   ] will be out of school in Feb, that could extend the 60 day time line. He suggested proceeding with the assessment. Ms Fulsang said he now thinks how the AAC and diapering should not be implemented. Parents were critical toward staff and their efforts. Mr Harbottle spoke about the staffs ongoing involvement in this case and said the parents should not be so critical of them on the past.

The team agreed to proceed with the FBA and proceed with the AAC and the move to diapers. Ms Loyer said that the parents are accepting the goals proposed in the IEP. Ms Loyer said that they agree to implementation of all the goals although they would like to provide feedback in the future. And that they are in agreement with using the iTouch device. Ms Seldin is recommending training to staff and parents. Home supervisor of behavior service will be invited to the training. Ms Seldin reviewed her training recommendations.

Ms Loyer asked about the SL recommendation that Ms Cottler made. Ms Johnson shared her recommendations for SL and outlined her recommendations for direct and consultation time. Ms Seldin reiterated her consult time for implementation of the AAC. Ms Johnson shared her rationale for service. Ms Loyer asked that 3 x 20 min sessions individual be given for a short term - until mid March. Ms Johnson offered a change in service. Ms Seldin suggested reiterated her recommendation for AAC training and support.

FREE AND APPROPRIATE PUBLIC EDUCATION (FAPE) OFFER:

FAPE:
Classroom: 5 days a week, SDC ABA classroom with general education opportunities during lunch, recess, music, computers, library and school assemblies.

Speech: 1X30 mins/week individual (1/23/13-1/22/14); 1X30 mins/week small group (1/23/13-1/22/14); 1X30 mins/week individual consultation (1/23/13-1/22/14); 3X20 mins/week individual direct (1/23/13-2/15/13)

OT:30 minutes per week in a small group

AT:30 minutes per week of assistive technology consultation in class from 1/23/13 to 3/27/13;
Supports / modifications provided to school personnel include:
The Assistive Technology Specialist will be available on an 'as needed' basis to provide AAC training and on-going support for [   ] and his team. AT specialist will provide 4 hours of training of IEP team on techniques and programming of [   ] AAC device.

Draft

SE 15 (8-03)

NMUSD 0537

797

AR 1228

Draft

Newport-Mesa Unified School District
Individualized Education Program

Page 40 of 41

**MEETING NOTES**

| FOLLOW-UP ACTIVITY | PERSON RESPONSIBLE | DATE DUE |
|---|---|---|

Student: Fulsang,

SE 15 (8-03)

NMUSD 0538

AR 1229

ADMINISTRATIVE RECORD FOR MATTER 2012050785        02/25/2014        1230 of 1332

Draft

**Newport-Mesa Unified School District**
Individualized Education Program
PARTICIPANTS AND CONSENT

Page ___41___ of ___41___

Student: Fulsang, ▮▮▮

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Educational Program:   ** Indicates participants not required if student is attending Adult Transition program.

| | | Signature / Date | | | Signature / Date |
|---|---|---|---|---|---|
| Fulsang, Eric | | | Fulsang, Aneida | | |
| Father | | | Mother | | |
| White, Tammy | | | Soldin, Lilia | | |
| Administrator | | | Speech/Language Pathologist | | |
| Burns, Katherine | | | Anderson, Kerrie | | |
| Special Ed Teacher | Case Carrier | | Psychologist | | |
| Cottrell, Maureen | | | Johnson, Caitlin | | |
| Administrator | | | Speech/Language Pathologist | | |
| Chen, Tim | | | DelPizzo, Eliza | | |
| Occupational Therapist | | | Autism Specialist | | |
| Kathy Loyer | | | Dan Harbottle | | |
| Lawyer | | | Lawyer | | |
| | | | District Lawyer | | |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION**

☐ I had an opportunity to participate and help develop the IEP.
☐ I have been advised of and given a copy of the special Education Procedural Safeguards.
☐ I have received a copy of the IEP and assessments (if any).
☐ I request a copy of this Individualized Education Program to be provided in my primary language.
☐ I understand that services are provided following the District adopted calendar.

Did the school district facilitate parent involvement as a means of improving services and results for your child?.

☐ Yes   ☐ No   ☒ No Response

*Please initial ONE applicable statement below:*

____ ☐ I CONSENT to this Individualized Education Program.

____ ☐ I CONSENT to this Individualized Education Program EXCEPT for the following:

____ ☐ I DO NOT CONSENT to this Individualized Education Program.

____ ☐ Meeting was not completed and a follow up will/has been scheduled to finalize IEP

____ ☐ Meeting completed, parent will review documents and provide a response to the offer of FAPE.

____ ☐ Student is not eligible for special education services

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language; if my language is not written, this information will be translated orally or manually.

If your child has Medi-Cal, health insurance benefits may be accessed by the District for applicable services such as OT, Speech and Language, etc.

Parent/Guardian: _____   Date: _____

Parent/Guardian: _____   Date: _____

**C. DOCUMENTED EFFORTS TO CONTACT PARENT/GUARDIANS**

☐ Parent/Guardian agreed to waive advanced written notice
☐ IEP Meeting Notice sent on: __04/26/2013__ . Follow-up notice: _____ . Final Notice Letter: _____
☐ Parent/Guardian unable to attend and was sent a copy of IEP , Parent Rights and Procedural Safeguards.   Date: _____

SE 15 (8-03)

NMUSD 0539

**AR 1230**

799

ADMINISTRATIVE RECORD FOR MATTER 2012050785       02/25/2014       1231 of 1332

Newport-Mesa Unified School District
Individualized Education Program
PARTICIPANTS AND CONSENT

Page  38  of  38

Draft

Student:  Fidsang,

**A. PARTICIPANTS**

The following were participants in the development of this Individualized Educational Program:

| | | Signature / Date |
|---|---|---|
| Father | Fidsang, Eric | 5-2-13 |
| Administrator | White, Tammy | 5-2-13 |
| Special Ed Teacher | Burns, Katherine | 5/7/12 |
| Administrator | Cottrell, Maureen | 5/2/13 |
| Occupational Therapist | Chen, Tim | 5/2/13 |
| Lawyer | Kathy Loyer | 5/2/13 |

\*\* Indicates participants not required if student is attending Adult Transition program.

| | | Signature / Date |
|---|---|---|
| Mother | Fidsang, Amelia | Not in a position |
| Speech/Language Path | Saldin, Lita | 5-2-13 |
| Psychologist | Anderson, Kerrin | 5/2/13 |
| Speech/Language Pathologist | Johnson, Caitlin | 5/4/13 |
| Autism Specialist | DePizzo, Elisa | 5-2-13 |
| District Lawyer | Dan Harbottle | 5-2-13 |

**B. INFORMED CONSENT FOR PLACEMENT IN SPECIAL EDUCATION**

☐ I had an opportunity to participate and help develop the IEP.
☐ I have been advised of and given a copy of the Special Education Procedural Safeguards.
☐ I have received a copy of the IEP and assessment (if any).
☐ I request a copy of this Individualized Education Program to be provided in my primary language.
☐ I understand that services are provided following the District adopted calendar.

Did the school district facilitate parent involvement as a means of improving services and results for your child?

☐ Yes      ☐ No      ☒ No Response

I have been informed that my child cannot be assessed for or placed in special education and related services without my consent. I understand that I have a right to receive this notice of consent in writing in my native language; if my language is not written, this information will be translated orally or manually.

If your child has Medi-Cal, health insurance benefits may be accessed by the District for applicable services such as OT, Speech and Language, etc.

Parent/Guardian: _____     Date: _____

Parent/Guardian: _____     Date: _____

Please initial ONE applicable statement below:

_____ I CONSENT to this Individualized Education Program.

_____ I CONSENT to this Individualized Education Program EXCEPT for the following:

_____ I DO NOT CONSENT to this Individualized Education Program.

_____ Meeting was not completed and a follow up will/has been scheduled to finalize IEP

_____ Meeting completed, parent/s will review documents and provide a response to the offer of FAPE

_____ Student is not eligible for special education services

**C. DOCUMENTED EFFORTS TO CONTACT PARENTS/GUARDIANS**

☐ Parent/Guardian agreed to waive advanced written notice
☐ IEP Meeting Notice sent on:  04/26/2013     Follow-up notice:     Final Notice Letter:
☐ Parent/Guardian unable to attend and was sent a copy of IEP, Parent Rights and Procedural Safeguards.  Date:

SE 15 (8-03)

NMUSD 0540

800

AR 1231

ADMINISTRATIVE RECORD FOR MATTER 2012050785     02/25/2014     1232 of 1332



EXHIBIT
D-46
0/16/13

■ Fulsang Progress report 6/21/13

| Behavior Choral Instructions | During classroom activities, ▮ will follow familiar choral classroom instructions (line up, find snack, clean up, etc) in 80% of charted opportunities across two weeks of data collection. | 4 | ▮ responding to choral instructions in the classroom 74% of opportunities provided. |
|---|---|---|---|
| Stimulatory Reduction | During table top activities, when objects are present, ▮ will sit for an average of 8 consecutive minutes with calm hands, not tapping the table or objects across two weeks of data collection. | 4 | ▮ is currently participating in table top activities refraining from tapping on the table for an average of 3.6 minutes. |
| Self Regulation | When feeling aggitated, ▮ will use his AAC device to request a calming/coping or sensory strategy (i.e. squeezes, tickels, bouncing, etc.) in 50% of charted opportunities in a two week period. | 4 | We are currently in the teaching phase of this goal. With hand over hand support and modeling, ▮ will choose sensory strategies during small group time. When told a particular strategy to choose ▮ will select the correct strategy 60% of provided opportunities. He is learning what the calming strategies are at this time. We will continue working toward this goal, so that he will eventually utilize this when feeling agitated. |
| Social Emotional: Peer Matching | ▮ will match a picture of his peer, to the actual peer in 60% of charted opportunities across two weeks of data collection. | 4 | Last progress period ▮ was able to match the exact same picture of a peer to a peer with 100% accuracy. The next phase of this goal was having ▮ match different pictures of the same peer. Currently, he is able to do this 75% of provided opportunities. We will move on to the next phase of this goal, having him match the picture to the actual peer. |
| Name ID: | When given three names, ▮ will receptively identify his written name in a field of four in 80% of charted opportunities across two weeks of data collection. | 4 | When given names of students in his class ▮ will identify his name 100% of provided opportunities. When given names that all begin with the letter E, ▮ is successful 73% of provided opportunities. We will continue working toward this goal to ensure that ▮ is not only scanning the first letter of his name, but the entire name. |
| Choices | When given a field of four choices, ▮ will select his preferred choice on an AAC device in 80% of charted opportunities across two weeks of data collection. | 5 | On the AAC device, in the snack and break time folders, ▮ is able to identify his choice with at least 80% across two weeks of data collection. |
| Speech and | When presented with communication | 4 | ▮ is able to select preferred food |

[1036511.1]

NMUSD 0541

AR 1232

801

| Language Requesitng | opportunites in various classroom settings (e.g. snack, calendar time, language group etc.), ▮▮▮ will demonstrate the communicate intent of requesting an object using AAC in at least 2 different activities in 80% of provided opportunities across 2 data collection sessions. | | items and activities using his iTouch without modeling. He is able to scroll to preferred items and is beginning to manipulate between pages on the device. We are still in the teaching phase and will continue to make progress toward the goal. |
|---|---|---|---|
| Cessation | When presented with communication opportunities within the classroom, ▮▮▮ will use AAC to demonstrate cessation ("all done") in 50% of provided opportunities across 2 data collection sessions. | 3 | With modeling, ▮▮▮ will use the AAC device to indicate "all done." He is not yet doing so independently or consistently. He is using the device to indicate "all done" in approximately 20% of data collection opportunities. |
| Rejection | When presented with a non-preferred activity or object within the classroom, ▮▮▮ will use AAC to demonstrate the intent of rejection ("I don't want it") in 50% of provided opportunities across 2 data collection sessions. | 3 | ▮▮▮ continues to communicate rejection by pushing items away or crying. With a physical prompt, he is able to select "no thanks." We are still in the teaching phase. He is using the device in approximately 15% of charted opportunities. |
| Requesting Actions | When presented with communication opportunities in various classroom settings (e.g. snack, calendar time, language group etc.), ▮▮▮ will demonstrate the intent of requesting an action (help, swing, jump, sensory input) in 50% of provided opportunities across 2 data collection sessions. | 4 | ▮▮▮ is able to request actions using his iTouch as he selects sensory input activities (squeezes, hand tickles). He is able to do so without modeling. He is not yet requesting help. |
| Occupational Therapy Prewriting | To demonstrate improved visual motor integration skills, ▮▮▮ will trace the letters of his first name (approximately 8 in. letters), in 70% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members. | 4 | When ▮▮▮ is attending and focused, he can trace approximately 8 inch letters of his name. He requires some prompting. |
| Scissor Skills | To demonstrate improved visual motor coordination and motor planning skills, ▮▮▮ will cut across a 10 inch line (1/4 inch thick), deviating no more than 1/4 inch from the boundaries of the lines, in 70% of opportunities, over 2 consecutive weeks of charted opportunities, across 2 staff members. | 4 | When ▮▮▮ is attend to task, he cuts with fair accuracy. He demonstrates the ability to cut straight lines whiles staying within a ¼ inch from given boundaries. |
| Math | ▮▮▮ will receptively identify quatitative concepts of big/little, empty/full in 50% of opportunities provided across two weeks of data collection. | 4 | ▮▮▮ will appropriately identify big and little with 41% accuracy. He will identify full and empty with 44% accuracy. |
| Language | When given pictures of familiar items | 4 | In a field of three with actual objects, |

| | | | |
|---|---|---|---|
| Arts Categories | (school supplies, clothing, animals, food, etc) in a field of 4, ▆▆ will separate them into the correct category in 80% of opportunities provided across two weeks of data collection. | | ▆▆ will appropriately identify the appropriate category of the items 54% of provided opportunities. |
| Agent/Action | When presented with a picture of an agent action activity, out of a field of 4, ▆▆ will receptively match the action noun sentences to a similar action noun picture in 60% of opportunities provided across two weeks of data collection. | 4 | ▆▆ has made great progress with this goal. He is able to match the agent action pictures out of a field of 3 with more than 60% accuracy. We will continue working on this goal, adding in new agent action photos to ensure he is appropriately scanning the pictures and generalizing this skill. |

{1036511.1 }

NMUSD 0543

AR 1234

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014



AAC TRAINING FOR TEAM ▮

I.     Modeling on the ipod to support his receptive vocabulary.  He is learning symbolic communication using pictures and words.

II.    Prompt hierarchy, it's exciting to see ▮ follow our gestures and make choices. He is working towards being independent with many new vocabulary choices. This will take time. The new members should pick one activity to model the language functions (e.g. requests, rejections, all done). We are teaching him to go from page to page with our words and gestures.
       a.   physical and verbal
       b.   gesture and verbal
       c.   verbal

III.   Teach more than just nouns and keep these other 'mutual regulation words' in the same place on the bottom of each page.
       a.   No thanks
       b.   More
       c.   All done

IV.    Currently he is using the AAC to request actions, items, reject, etc. And beginning to respond to the following questions with support 'Do you want item or item?", "Are you all done?" Do you want more?" "Where are you- bathroom?" working on "what do you need?"

*AT/AAC consultations and trainings*
As a result of the trainings and consultations, ████ is using his IPod touch across environments (home activities and school activities) with appropriate prompting from him team members. ████ functional use of his AAC device includes functional requests of (actions and items), rejections (no thanks), cessations (all done) and recurrence (more) and him labeling 'bathroom'. ████ is responding to questions to questions of personal needs and wants (do you want and what do you want questions) and location question of where are we (bathroom). School activities programmed include snack, art, leisure, sensory requests etc...
Many of the team members are now able to program and customize ████ ipod touch application of proloquo2go to help elicit functional communication. The team has been provided of the hierarchy of prompting and certain 'dos' and 'don'ts' of AAC therapeutic approach.

*Weekly, AT and AAC Consultations were scheduled and then occurred in the classroom with* ████ *and his school team (Kadi Burns Teacher, Caitlin Johnson SLP, Lila Seldin, AT/SLP)on the following dates:*

2/4/13 30 min.
2/11/13 Absent
2/25/11 Community Based Instruction
3/4/13 Absent
3/11/13 30 min.
3/18/13 30 min.
3/25/13 30 min.
4/1/13 30 min.
4/8/13 30 min.

*Augmentative Alternative Communication trainings were offered and then occurred on the following dates:*
AAC and IPod touch training for Kadi Burns (Teacher), Maggie (NPA supervisor) and ████ dad on 2/17/13 from 2:30 to 3:45.
AAC and IPod touch training for Kadi Burns (Teacher), Caitlin Johnson (SLP), Maggie (NPA supervisor), and Mom on 4/24/13 from 2:00 to 3:30. (Per ████ mom's request Maggie represented ████ mom at this training because she was unable to attend. Notes were provided for home with an offer to do the training at a more convenient time for his mom and at home).

ADMINISTRATIVE RECORD FOR MATTER 2012050785       02/25/2014



# Karrie Anderson

## Experience

| Newport Mesa Unified School District | Costa Mesa, CA | 7/2005 – Present |
|---|---|---|

**School Psychologist**

Currently work as a member of a multidisciplinary team, with experiences ranging from preschool through high school. Core responsibilities include evaluating student's eligibility for special education services, monitoring student's Individualized Educational Plan (IEP) and making modifications as the team deems necessary. Provide behavioral interventions/strategies and collaborate with staff, families, and outside agencies. Facilitate community resources, providing academic, behavioral and social emotional support. Specific duties include, but are not limited to:

- Responsible for student assessment through formal measures (e.g. standardized tests) and informal measures (e.g. observations, record review, work samples, criterion referenced assessment, play based assessments, etc.)
- Serve as a member of the IEP team to present findings, propose goals and objectives, make program recommendations, and/or make necessary changes to existing programs.
- Team member of Student Study Team (SST) and Principal Intervention Council (PIC)
- Team member of the Behavioral Intervention Team
- Create and assist in the implementation and maintenance of individual and group behavior programming
- Oversee support staff who are assigned to specific students as part of their IEP's
- Responsible for data management for specific students (e.g. data collection, data summary). Use the data to guide the student's program
- Collaborate and consult with teaching staff to generate behavioral interventions, strategies, and support plans
- Collaborate with families and agencies
- Create and implement Behavior Intervention Plans (BIP) and Behavior Support Plans (BSP)
- Provide individual and group counseling services to students
- Provide community resources as applicable

## Education

| Florida Institute of Technology | Melbourne, FL | Enrolled |
|---|---|---|

Board Certified Behavior Analyst (BCBA) Program

| Azusa Pacific University | Azusa, CA | 2005 |
|---|---|---|

Masters of Arts in Education School Psychology
Pupil Personnel Services Credential

| California State University, Fullerton | Fullerton, CA | 1998 |
|---|---|---|

Bachelor of Science Human Services with a minor in Sociology
- Dean's List

{1036475.1 }

NMUSD 0546

AR 1237

## Professional Development

| | | |
|---|---|---|
| 10/7/2004 | TEACCH<br>9:00 -12:00<br>Mike Tischio | North Orange County SELPA |
| 10/13/2004 | Aspergers Syndrome Organization and Academic Strategies<br>8:30-11:30<br>Lou Ann Boyd | North Orange County SELPA |
| 10/21/2004 | Autism: The Basics and Beyond<br>4:00-8:00<br>Pauline Filipek, M.D. | Regional Center of Orange County |
| 11/1/2004 | ICON to I Can<br>8:30-3:30 each day<br>Barbara Bloomfield | Orange County Department of Education |
| 11/2/2004 | ICON to I Can<br>8:30-3:30<br>Barbara Bloomfield | Orange County Department of Education |
| 11/8/2004 | Comprehensive Assessment of Culturally and Linguistically Diverse Students<br>8:00-4:00<br>Samuel Ortiz, Ph.D | National Association of School Psychologists |
| 11/10/2004 | PECS<br>9:00-12:00<br>Mike Tischio | North Orange County SELPA |
| 11/12/2004 | WISC IV Training<br>8:00-12:00 | North Orange County SELPA |
| 11/16/2004 | Academic, Behavior, and Sensory Modifications<br>8:30-11:30<br>Lou Ann Boyd | North Orange County SELPA |
| 11/29/2004 | Emotional Disturbances: Assessment and Intervention<br>8:00-4:00<br>Perry Passaro, Ph.D. | The Orange County Association of School Psychologists |
| 12/8/2004 | Social Pragmatic Skills for Autistic Children<br>8:30-11:30<br>Lou Ann Boyd | North Orange County SELPA |
| 12/9/2004 | Behavior Assessment for Autistic Children<br>9:00-12:00<br>Mike Tischio | North Orange County SELPA |
| 1/27/2005 | Behavioral Assessment and Treatment of Challenging Behavior in Individuals with Autism: A Functional Ecological Approach<br>4:00-8:00<br>Michael Powers, Psy.D. | Regional Center of Orange County |

NMUSD 0547

AR 1238

807

| | | |
|---|---|---|
| 3/3/2005 | Primary, Secondary and Tertiary Prevention Strategies for Managing Student Behavior<br>10:30-6:00<br>Steven G. Little, Ph.D. | California Association of School Psychology |
| 7/5-6/2005 | Autism 2 day Didactic<br>8:00-4:00 | Autism Partnership |
| 8/2005-10/2005 | Understanding Autism<br>Three (3) semester credits | University of Laverne |
| 11/1/05 | Neuropsychological Disorders<br>8:00-4:00 | National Association of School Psychologists |
| 11/2005-4/2006 | Assessment Focus Academy, Autism Spectrum, Series 1<br>24 hours total<br>Lauren Frankie, Ph.D. | Orange County Department of Education |
| 11/1/2006 | Juvenile Bipolar Disorder: Essential for School Psychologist<br>8:00-12:00<br>Ron Russell, Ph.D | Diagnostic Center of Southern California |
| 11/16/2006 | Neuro-Developmental Disorders<br>8:00-4:00<br>John M. Ortiz, Ph.D. | Health Education Network, LLC |
| 10/2006-4/2007 | Assessment Focus Academy, Autism Spectrum, Series 2<br>12 hours total<br>Lauren Frankie, Ph.D. | Orange County Department of Education |
| 1/25-27/2007 | Winter Autism Conference     2 semester units | University of San Diego |
| 2/8/2007 | IDEA Conference<br>8:00-12:00<br>Caroline Zuc,<br>Attorney at Law | The Orange County Association of School Psychologists |
| 9/26/2007 | Documenting Mental Health Services<br>1:00 - 1:30 | Orange County Mental Health |
| 11/5/2007 | Manifestation and Determination<br>12:30- 2:30 Alan Newman,<br>Attorney at Law | Newport Mesa Unified School District |
| 11/30/2007 | Emotionally Disturbed (ED) Children Workshop<br>8:30 - 3:30<br>Terry J. Tibbetss, Ph.D, LEP | Orange County Association of School Psychologists |
| 12/11/2007 | Cognitive Characteristics of Children with Autism: Implications for Assessment and Programming<br>8:00 - 12:00<br>Judy Burkhartsmeyer, Ed.S., School Psychologist | Diagnostic Center of Southern California |
| 1/11/2008 | Juvenile Bipolar Disorder Workshop<br>8:00-3:00<br>Ron Russell, Ph.D | Orange County Association of School Psychologists |

NMUSD 0548

| 2/28/2008 | SLD Eligibility, RTI, Cognitive Processes & Interventions Under IDEA 2004 Workshop 9:00 -3:00 Jack A Naglieri, PH.D. | Orange County Association of School Psychologists |
|---|---|---|
| 10/7/2008 | Mental Health Disorders in Schools 8:30-1:30 Ron Russell, Ph.D. | Diagnostic Center of Southern California |
| 10/10/2008 | Child & Adolescent Psychopharmacology 9:30-2:30 Dr. Randy Busse, Ph.D | Orange County Association of School Psychologists |
| 1/29/2009 | Suicide Prevention 8:00 - 12:00 | Newport Mesa Unified School District |
| 5/1/2009 | Defining Autism from Brain to Mind Through Mice, Monkeys, and Men From Neurobiological and Neuropsychological Perspectives 8:30 - 2:20 Dr. Loren Martin Dr. Mary Jo Lang | Orange County Association of School Psychologists |
| 5/20/2009 | Ask the Doctor: Understanding the Role of Medication in Children with Behavioral Disorders 8:30-11:30 Joanne Weigel, M.D. | Diagnostic Center of Southern California |
| 9/1/2009 | Classroom Behavior Analysis, Good Observation Methodology, and Implementing Effective Behavior Intervention Plans 8:00 - 4:00 Dr. Lori Williams, Dr. Eliza Del Pizzo, Tammy White, Carla Williamson | Newport Mesa Unified School District |
| 10/15/2009 | Social Skills Facilitation 8:30 - 3:00 Dr. Lori Williams, Dr. Eliza Del Pizzo, Tammy White, Carla Williamson | Newport Mesa Unified School District |

NMUSD 0549

AR 1240

| 11/2/2009 | Data Collection: Why Do We Do It? 8:00 – 3:00 Dr. Lori Williams, Dr. Eliza Del Pizzo, Tammy White, Carla Williamson | Newport Mesa Unified School District |
|---|---|---|
| 11/17/2009 | Behavioral Analysis for Successfully Initiating Change (BASIC) 8:30 – 3:00 | Orange County Department of Education |
| 11/18/2009 | Behavioral Analysis for Successfully Initiating Change (BASIC) 8:30 – 3:00 | Orange County Department of Education |
| 12/10/2009 | Behavioral Strategies 9:00 – 4:00 Brian Iwata, Ph.D | Orange County Department of Education |
| 12/11/2009 | Behavioral Strategies 8:30 – 2:30 Brian Iwata, Ph.D | Orange County Department of Education |
| 2/23/2010 | Crisis Prevention Institute Training 8:00 – 3:00 Heidi McDowell Claudine Steck | Newport Mesa Unified School District |
| 3/1/2010 | Crisis Prevention Institute Training 8:00 – 3:00 Heidi McDowell Claudine Steck | Newport Mesa Unified School District |
| 3/3/2010 | Teaching Interaction day 1 8:00 – 3:00 Dr. Lori Williams, Dr. Eliza Del Pizzo, Tammy White, Carla Williamson | Newport Mesa Unified School District |
| 3/4/2010 | Teaching Interaction day 2 8:00 – 3:00 Dr. Lori Williams, Dr. Eliza Del Pizzo, Tammy White, Carla Williamson | Newport Mesa Unified School District |
| 5/20/2010 | RIAS/SMALSI/BRIEF Training 8:30 – 4:00 | Newport Mesa Unified School District |

NMUSD 0550

**AR 1241**

| 9/2008-6/2010 | Behavior Intervention Case Manager (BICM) Training 33 hours total | Orange County Department of Education |
|---|---|---|
| 10/14/2011 | Executive Functioning 8:30-11:00 Michael Haas, Ph.D | Orange County Association of School Psychologists |
| 10/14/2011 | Neuropsychology of TBI 12:30-3:00 Veronica Olvera, Psy.D | Orange County Association of School Psychologists |
| 10/25/2011 | CPI Training NMUSD 8:00-3:30 | Newport Mesa Unified School District |
| 5/14/2012 | Tourette Syndrome and Associated Disorders 8:00-3:00 Susan Conners | Orange County Association of School Psychologists |
| 10/15/2012 | Concepts and Principals of Behavior Analysis 3 semester units Jose Martinez-Diaz, Ph.D | Florida Institute of Technology BCBA program |
| 11/7/2012 | Suicide Prevention 9:00 - 3:00 | Orange County Association of School Psychologists |
| 1/15/2013 | Behavior Assessment and Program Evaluation 3 semester units Jose Martinez-Diaz, Ph.D | Florida Institute of Technology BCBA program |
| 4/15/2013 | Behavior Change Procedures and Ethics          3 semester units Jose Martinez-Diaz, Ph.D | Florida Institute of Technology BCBA program |
| 7/15/2013 | Advanced Topics in Applied Behavior Analysis          3 semester units Jose Martinez-Diaz, Ph.D | Florida Institute of Technology BCBA program |
| 10/3/2013 | CPI Training NMUSD 8:30-3:00 | Newport Mesa Unified School District |
| 10/15/2013 | Special Topics in Applied Behavior Analysis 3 semester units Jose Martinez-Diaz, Ph.D | Florida Institute of Technology BCBA program |

NMUSD 0551

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014



EXHIBIT 43 of 13

D-50
10/24/13

# Lucinda Bottorf, M.S., CCC-SLP

**EDUCATION**
B.A. Speech and Hearing Sciences
University of California, Santa Barbara (June, 1975)

M.S. Speech and Hearing Sciences
University of Washington (December, 1977)

**CERTIFICATION/LICENSE**
*Certificate of Clinical Competence, ASHA (10/78)
*State of California License for Speech Language
Pathology (4/87); LIC# SP-6662
*State of California Clear Speech-Language Pathology
Services Credential

**EXPERIENCE**
6/13 - present
Speech-Language Pathologist on Special Assignment
Harper Preschool Assessment Center
Newport-Mesa Unified School District

4/06 - 6/13
Speech-Language Pathologist
Harper Preschool Assessment Center
Newport-Mesa Unified School District

10/00 - 4/06
Director, Developmental Assessment and Resources
Regional Center of Orange County, Santa Ana, CA

7/96 - 10/00
Director, Speech and Language Services
Providence Speech and Hearing Center, Orange, CA

9/86 - 7/96
Speech-Language Pathologist; Coordinator of School
Services
Providence Speech and Hearing Center, Orange, CA

1/84 - 7/86
Speech and Language Consultant
Infant-Toddler Learning Project/Kennedy Center School
Peabody College, Nashville, TN

[1036581,1 ]

NMUSD 0557

AR 1243

Augmentative Communication Systems Specialist
Bill Wilkerson Hearing and Speech Center, Vanderbilt
University, Nashville, TN

2/79 – 11/83
Coordinator of Clinical Services
TRACE Research and Development Center
University of Wisconsin-Madison
Communication Systems Specialist
Communication Aids and Systems Clinic, U of W Madison
Hospitals and Clinics, Madison, WI

1/78 – 2/79
Speech-Language Pathologist
Madison Area Association for Retarded Citizens-
Developmental Centers, Madison, WI

**CURRENT AFFILIATIONS**    American Speech and Hearing Association
California Speech and Hearing Association

**PRESENTATIONS**
Formal presentations and workshops have been presented across a wide variety
of topics in the field of speech-language pathology, augmentative
communication systems and autism, at local, state and national meetings and
facilities for over 25 years.  A partial list of presentations available on request.

{1036581.1 }



## Katherine Burns




### Education and Certification
- Masters of Science in Special Education- May 2013, California State University Long Beach
- Education Specialist Credential –May 2010, California State University Long Beach
- Bachelor of Arts and Sciences, Psychology- May 2001, University of North Florida

### Volunteer Experience
Junior Achievement Volunteer – Teaching elementary students about finances, banking, and money
Lending Hands Champion- Volunteer representing my department, helping to set up food drives, charity walks, etc.

### Work Experience

**2009-present          Newport Mesa Unified School District Costa Mesa, CA**
Special Education Teacher Moderate/Severe ABA
- Educate students with autism using Applied Behavior Analysis, focusing on behaviors, academics, language skills, life skills and social skills.
- Plan, direct, monitor and evaluate instructional activities that promote student learning
- Collect, analyze and evaluate data on specific student learning goals
- Communicate and collaborate with principal, staff, and parents regarding student progress
- Manage instructional facilitators in the classroom

**2008-2009          Newport Mesa Unified School District Costa Mesa, CA**
ABA Instructional Facilitator Special Education
- Using Applied Behavior Analysis, assist two students with Autism in the classroom with daily activities focusing on behavior, academics and social skills
- Collect data on student progress and patterns
- Reinforce using a token economy for student behavior
- Support the least restrictive environment for the students as they are mainstreamed in the general ed class.
- Assist the classroom teacher

**2008-2009          Bee Academic Tutoring**
Tutor
- Assist students who have special needs with homework and academics
- Teach reading comprehension techniques to general ed students
- Communicate with parents and teachers to provide the best support to the students
- Monitor progress of students

**2007-2008          Anaheim City Unified School District Anaheim, CA**
Co Teacher
- Lead whole group instruction in math, language arts, science and social studies
- Lead small group instruction focusing on phonics and reading skills
- Lead small group instruction focusing on math
- Partner with regular classroom teacher creating lesson plans and teaching lessons that align with CA state standards
Substitute Teacher
- Maintain regular classroom management
- Teach students preschool- 5th grade
- Ensure safety and well being of students
- Assist students with educational needs

**2007-2008          Norwalk-La Mirada Unified School District Norwalk, CA**
Substitute Teacher
- Maintain regular classroom management
- Teach students preschool- 5th grade
- Ensure safety and well being of students
- Assist students with educational needs
- Substitute in special education classrooms

{1036445.1 }



EXHIBIT
D-52
10/24/13

# Tim Chen

| Education | | |
|---|---|---|
| | University of Southern California | Los Angeles, CA |
| | **M.A. in Occupational Therapy, 2003** | |
| | University of California, Irvine | Irvine, CA |
| | **B.A. in Psychology, 2000** | |

## Objective
- To provide Occupational Therapy treatment in a pediatric setting

## Fieldwork experience

**Level II**
Irvine Therapy Services          06/09/03-08/29/03          Irvine, CA

- Specialize in children with Sensory Integration
- Develop goals and treatment plans
- Treat full case load of clients with a variety of diagnoses
- Assist and observe assessments

**Level II**
Saddleback Memorial Medical Center     05/28/02-08/16/02     Laguna Hills, CA

- Acute care for adults
- Co-develop goals and treatment plans
- Perform evaluations, assessments and family training
- Collaborated with interdisciplinary team: physicians, physical therapists, speech therapists, and social workers

**Level I**
University of California, Irvine Medical Center     02/25/02-03/08/02     Orange, CA

- 1-week experience in Acute Rehab unit
- 1-week experience in Outpatient Center

**Level I**
University of California, Irvine Medical Center     11/05/01-11/09/01     Orange, CA

- Co-lead group therapy in psychiatric unit

## Languages
- Fluent in both Chinese and Taiwanese

NMUSD 0560

## Honors and Certifications

- Who's Who Among American High School Students     1994-1995
- American Red Cross CPR and First Aid certified
- Beckman Oral Motor Assessment & Intervention
- Making Sense-ory Out of Autism
- Alert Program
- Hands-On Sensory Integration Treatment for the Child with Autism: An Interdisciplinary Approach
- Non-Violent Crisis Intervention

## Volunteer experience

Hands on Hands Rehab Center     1999-2001     Costa Mesa, CA

- Prepare patients for treatment
- Set up modalities
- Front and back office work

## Professional memberships

- The American Occupational Therapy Association

## References

- Albert Chang, Lead Pediatrician at Huntington Beach Community Clinic AltaMed Health Services Corporation,
- Guy Fukushima, Clinical Coordinator Rehab Svcs at Saddleback Memorial Medical Center,
- Melanie Perez, Special Ed. Teacher at Peters Elementary School,

NMUSD 0561



# Maureen B. Cottrell

■ **PROFILE SUMMARY**

*Educator ♦ Leader ♦ Facilitator*

Visionary self-starter offering 18 years experience educating, motivating and empowering individuals and groups to reach developmental and organizational goals; expert in leading cross-functional teams to action and achievement; consistently successful in developing efficiency and quality initiatives, which drive organizational reform and educational performance improvements.

■ **SELECTED ACCOMPLISHMENTS**

*Organizational Leadership*

➤ Developer of systems and structures for communicating knowledge of the No Child Left Behind requirements and IDEA 2004 Amendments, Response to Intervention Three Tier Model, multidisciplinary identification and eligibility process, Free Appropriate Public Education in the Least Restrictive Environment, and Procedural Safeguards and Due Process;

➤ Provider of consultation and assistance to site principals and staff on defensible Individualized Education Programs, inclusionary practices and blended services, peer-reviewed research based methodology, which enhance the education of special education students in special and general education programs;

➤ Conductor of the State Coordinated Compliance, 2003 Review, Huntington Beach City School District and State Coordinated Compliance, 2007 Review, Newport-Mesa Unified School District;

*Training and Development*

➤ Facilitator of growth and development programs for staff in early reading preventative and corrective programs and district wide systems, collaborative inclusive site-based service delivery models, criterion and curricular based assessments, and writing defensible IEPs;

➤ Creator and presenter of diversity training to strengthen competencies in cross-cultural communications, to enhance client service and increase participant's effectiveness in managing and building multicultural teams in the workplace;

➤ Participant in two United States Department of Education, Office of Special Education and Rehabilitative Services funded demonstration projects, in collaboration with The George Washington University, which provided inclusive placement options for students with disabilities;

[1009787.1 ]

NMUSD 0562

**AR 1248**

**Maureen Cottrell**

## ■ PROFESSIONAL EXPERIENCE

NEWPORT-MESA UNIFIED SCHOOL SYSTEM
Coordinator/Principal    Costa Mesa, California 2005 to present
HUNTINGTON BEACH CITY SCHOOL DISTRICT
Program Specialist Administrator    Huntington Beach, California  2002 to 2005
LOS ANGELES UNIFIED SCHOOL DISTRICT
Transition Service Facilitator    Los Angeles, California  1999 to 2002
CORAM HEALTHCARE, INC.
Account Manager    Los Angeles, California  1997 to 1999
ALEXANDRIA CITY PUBLIC SCHOOLS
Early Childhood Special Educator    Alexandria, Virginia  1990 to 1997

## ■ EDUCATION & PROFESSIONAL ACTIVITIES

Master of Science, Administration• (2001) • Pepperdine University, Culver City, California

Master of Arts, Education and Human Development • (1990) • The George Washington University
Washington, District of Columbia

Bachelor of Arts, Earth Science • (1984) • University of Northern Colorado, Greeley, Colorado

*Credentials*
Professional Administrative Services Credential, State of California, October, 2015
Education Specialist Instruction Credential, State of California, October, 2015

*Certificate*
California Reading Certificate, University of California (in process)

*Additional Training*
Professional Learning Communities
Dynamic Indicators of Basic Early Literacy Skills
California Standards for the Teaching Profession • Facilitating Adaptive Change
Cognitive Coaching • Mike Schmoker's Results: The key to Continuous School Improvement
Facilitative Resolution Agreements • Creating Multicultural Learning Environments

*Associations*
Member, Council for Exceptional Children
Member, National Association of Elementary School Principals
Member, Association of Supervision and Curriculum Development

**REFERENCES AVAILABLE UPON REQUEST**

{1009787.1 }

**NMUSD 0563**

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1250 of 1332



# BONNIE C. HINTON, M.S., B.C.B.A

Newport Mesa Unified School District
425 18th Street
Costa Mesa, California 92627

## EDUCATION

- Master of Science, Special Education
  California State University, Long Beach
- Bachelor of Arts, Liberal Studies
  California State University, Long Beach

## CERTIFICATIONS / LICENSE

- California:  Level II Education Specialist Instruction Credential
- California: Board Certified Behavior Analyst
- California: Administrative Service Credential-In Progress

## PROFESSIONAL EXPERIENCE AND ACCOMPLISHMENTS

Autism Specialist
Newport Mesa Unified School District, Newport Beach, CA, 2009-Present

- Provide ABA consultation to special day, RSP and general education classroom teachers, Pre-K and Elementary School.
- Provide direct instruction to students with autism to support social and behavioral development.
- Utilize the Teaching Interactions method of social and behavioral skill development.
- Model ABA strategies and instructional methods to teachers and support staff.
- Consult with Special Education teachers and support staff to develop and implement effective systematic behavioral plans for students with Autism Spectrum Disorders involving challenging disruptive behaviors.
- Consult with Special Education teachers and support staff to develop and collect practical and informative data which reflect student progress and program efficacy
- Plan, direct, monitor, and evaluate ABA program at the pre-school level, including but not limited to daily program, ESY and home programs.
- Provide mentoring to teachers who are providing ABA supervision.
- Collaborate with Coordinators to assign instructional aides who have demonstrates aptitude in ABA.
- Supervise and consult with ABA trained instructional aides working in special and general education classrooms.  Consultation and supervision to include developing programs, modeling strategies, and evaluating the effectiveness of the program's implementation.
- Attend designated professional meetings in preparation for IEP meetings-observe program and review all proposed IEP goals and reports.
- Attend IEP meetings and assist team in presenting and developing individual student plans alongside special education teams that include site members, parents, advocates, non-public agency representatives, and Regional Center representatives.
- Collaborate with Autism Partnership and the S.U.C.C.E.S.S. Project to coordinate both initial and ongoing trainings to advance the ABA skills of teachers and instructional assistants.

NMUSD 0566

- Provide Staff development trainings for administrators, certificated and classified school district staff to enhance services for students with Autism Spectrum Disorders. (See Workshops/Presentations)

**Behavior Specialist**
Coast Speech Pathology and Associates, Garden Grove, Ca   2006-2010

- Develop and implement ABA programming individualized to young children with a variety of disabilities and learning delays.
- Provide consultation to speech pathologists working with students who present with behavioral challenges that limit their access to speech therapy activities.
- Design instructional materials and lesson plans to address individual student needs.
- Collect and analyze data to show student progress in identified areas of need.
- Create and present progress reports for speech pathologists, parents, and schools.
- Provide families with consultation and strategies related to behavioral and social concerns in the home and school environments.

**ABA Special Education Teacher**
Cypress School District, Cypress, California, 2005-2009

- Provided direct teaching in the areas of behavior, academics, social skills, and life skills to students with autism.
- Developed, implemented, and monitored progress of IEP goals and objectives.
- Developed lesson plans that extrapolated students' IEP objectives into motivating learning experiences.
- Developed Community Based Instruction (CBI) experiences on a monthly basis.
- Lead a school wide socialization program called "Best Buddies" that encouraged positive social interactions among students with and without disabilities.
- Performed standardized academic assessments, such as the Brigance Inventory and the Woodcock-Johnson.
- Performed authentic non standardized assessments to obtain present levels of functioning for students with autism.
- Collected and analyzed meaningful data on a daily basis to chart progress in the behavioral, academic, and social domains.
- Trained instructional assistants in ABA methodology, classroom routines, behavior management and interventions, and data collection.
- Organized and lead monthly meetings with classroom instructional assistants. Topics included individual student programming, ABA methodology, curriculum, and data collection.
- Assisted families with disability management and refer families to support agencies as needed.
- Assisted school psychologist in developing Functional Behavior Analyses, Behavior Support Plans, and Behavior Intervention Plans.
- Coordinated IEP schedules to include multiple team members, including DIS service providers, families, administrators, and interpreters.
- Organized, prepared, and distributed all IEP paperwork in a professional and timely manner.
- Coordinated a classroom teaching schedule that accommodated general education integration for all students
- Master Teacher for student in the Education Specialist Credential program at CSULB
- Union representative for the 2005-2006 and 2006-2007 school years.

**NMUSD 0567**

Lead In Home Behavioral Therapist and Classroom Assistant
Greater Anaheim SELPA, Cypress, Ca     2001-2005

- Conducted in home therapy sessions for students with autism, including work on all IEP goal areas (behavior, academics, social skills, and community based instruction).
- Implemented behavior plans as part of home intervention programs for students with autism
- Demonstrated behavioral strategies to families
- Participated in monthly clinic meetings for members of a student's intervention team to discuss student progress and continuing needs.
- Conducted in home therapy sessions including work on all IEP goal areas (behavior, academics, social skills, and community based instruction).
- Developed task analysis programs to teach activities of daily living.
- Modified core curriculum within the general education classroom to allow for meaningful participation of all students.
- Implemented behavior plans and systems in the general education classroom under the supervision of SELPA staff and special education teachers.

## ADDITIONAL TRAINING

Creating the Receptive Learner (October 2013). Presented by Ron Leaf, Autism Partnership.
*Autism Partnership,* Seal Beach, Ca

Bullying and ASD: The Perfect Storm (April 2013). Presented by Marlene Driscoll, Ron Leaf, and Mitch Taubman, Autism Partnership.
*Autism Partnership,* Seal Beach, Ca

Improving Quality of Life Outcomes Across the Lifespan for Individuals on the Autism Spectrum (February 2013). Presented by Dr. Peter F. Gerhardt and Dr. Erica R Holding.
*Regional Center of Orange County,* Santa Ana, Ca.

Verbal Behavior Assessment and Placement Program: VB-MAPP Made "Symple" (November 2012). Presented by LouAnne E. Boyd, Sucsess Project, Orange County Dept. of Education.
*Orange County Department of Education,* Costa Mesa, Ca.

Teaching Social Skills that Change Lives (April 2012). Presented by Marlene Driscoll, Ron Leaf, and Mitch Taubman, Autism Partnership.
*Autism Partnership,* Seal Beach, Ca

Behavioral Economics and Healthy Decision Making (February 2012). Presented by Gregory J. Madden, Utah State University
*CalABA 2012,* Anaheim, Ca

Perspective Taking and Social Skills Training in Individuals with Asperger's Syndrome (February 2012). Presented by Marianne L Jackson, California State University, Fresno
*CalABA 2012,* Anaheim, Ca

An Examination of the Relationship Between Deictic Frames and Outcomes on Traditional Theory of Mind Tests (February 2012). Presented by Dena Mendoza and Laura Barcelos, California State University, Fresno

NMUSD 0568

*CalABA 2012,* Anaheim, Ca

Deictic Frames as a Generalized Operant (February 2012). Presented by Amber Candido, University of Nevada, Reno
*CalABA 2012,* Anaheim, Ca

Balancing Intensive Behavior Social Skills Training with Naturalistic Opportunities for Generalization: Issues in Data Collection (February 2012). Presented by Laura Barcelos, Dena Mendoza, and Ali Barcellos, California State University, Fresno
*CalABA 2012,* Anaheim, Ca

Issues and Considerations in Staff Training of Autism Interventions (February 2012). Presented by April Worsdell, Coyne and Associates.
*CalABA 2012,* Anaheim, Ca

Efficacy of an Intensive Training Protocol in Teaching Staff to Implement Home-Based Behavioral Intervention Programs for Young Children with Autism (February 2012). Presented by Tiffany Bauer and Associates, Coyne and Associates.
*CalABA 2012,* Anaheim, Ca

Evaluation of a Model for Training Classroom Staff to Implement ABA-Based Teaching Techniques (February 2012). Presented by Melissa Evans, Coyne and Associates.
*CalABA 2012,* Anaheim, Ca

Problem-Solving Skill Acquisition: Training Program Supervisors for ABA-Based Service Delivery to Young Children with Autism (February 2012). Presented by Len Levin, Coyne and Associates.
*CalABA 2012,* Anaheim, Ca

Teaching Social Behavior to Children with Autism (February 2012). Presented by Angela Persicke, Center for Autism and Related Disorders.
*CalABA 2012,* Anaheim, Ca

Teaching Children with Autism to Detect and Respond Appropriately to Sarcasm (February 2012). Presented by Angela Persicke, Center for Autism and Related Disorders.
*CalABA 2012,* Anaheim, Ca

Teaching Socially Appropriate Deception to Children with Autism (February 2012). Presented by Ryan Bergstorm, Center for Autism and Related Disorders.
*CalABA 2012,* Anaheim, Ca

The Use of Activity Schedules to Promote Social and On-Task Behavior During a Game of Hide and Seek (February 2012). Presented by Matthew T Brodhead, Utah State University.
*CalABA 2012,* Anaheim, Ca

Teaching Social Skills to Children with Autism (February 2012). Presented by Misty L. Oppenheim-Leaf, Greatstrides Behavioral Consulting.
*CalABA 2012,* Anaheim, Ca

Teaching Children with Autism to Play Games Using the Teaching Interaction Procedure (February 2012). Presented by Misty L. Oppenheim-Leaf, University of Kansas and Justin B. Leaf, Autism Partnership.

**NMUSD 0569**

**AR 1253**

*CalABA 2012*, Anaheim, Ca

Utilizing Teaching Interactions to Facilitate Social Skills in the Natural Environment (February 2012). Presented by Alyne Kuyumjian and Mitch Taubman, Autism Partnership.
*CalABA 2012*, Anaheim, Ca

Comparing the Teaching Interaction Procedure to Social Stories for Teaching Social Skills to Children and Adolescents with Autism (Febrary 2012). Presented by Justin B Leaf, University of Kansas.
*CalABA 2012*, Anaheim, Ca

Working with Resistance (August 2010). Presented by Marlene Driscoll, M.A., M.F.T.
*Autism Partnership*, Seal Beach, Ca

Teaching Interactions: A Conversational Approach to Intervention (August 2010). Presented by Michele Jesner, M.A., M.F.T.
*Autism Partnership*, Seal Beach, Ca

ADHD and Autism: Does Identification + Intervention=Prevention? (March 2010). 4th Annual Joint Conference by UCI Child Development Center, Orange County Health Care Agency, and Orange County Department of Education.
*Orange County Department of Education*, Costa Mesa, Ca

What Every Teacher Should Know About Working with Students with Autistic Spectrum Disorders (March 2010). Presented by Mary Owens, Education Specialist.

Data Collection (November 2009). Presented by Marie Baba, NMUSD Autism Specialist.
*Newport Mesa Unified School District*, Costa Mesa, Ca

Teaching Interactions: 2 Day Hands on Workshop (October 2009). Presented by Tammy White, M. Ed, NMUSD Autism Specialist.
*Newport Mesa Unified School District*, Costa Mesa, Ca

Social Skills Facilitation for Learners with Higher-Functioning Autism and Asperger's Syndrome (October 2009). Presented by Tammy White, M. Ed, NMUSD Autism Specialist.
*Newport Mesa Unified School District*, Costa Mesa, Ca

Developing an ABA Program for Children with Autism Spectrum Disorder (August 2009). Presented by Marlene Driscoll, M.A., L.M.F.T.
*Autism Partnership*, Seal Beach, Ca

Reducing Severely Disruptive Behaviors (August 2009). Presented by Jennifer Styzens, M.S. BCBA.
*Autism Partnership*, Seal Beach, Ca

Beyond Greetings and Eye Contact: Development of Authentic and Meaningful Social Skills (Spring 2008). Presented by Marlene Driscoll, M.A. LMFT.
*Autism Partnership*, Seal Beach, Ca
Embracing Our Cultural Differences: Connecting Korean Students, Families, and Schools (November 2008). Presented by Mary Connor: President of Korean Academy for Educators, Dr. Jung Sun Park: California State University, Dominguez Hills, and Jung Hae Kim: Principal in LAUSD.

**NMUSD 0570**

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014          1255 of 1332

*Cypress School District,* Cypress, Ca

Los Alamitos Regional Autism Model Classroom Training (2007, 2008). Six week rotation in an ABA training classroom ran by teachers and staff from Autism Partnership.
*Los Alamitos Unified School District,* Los Alamitos, Ca

From Icon to I Can Two Day Workshop (Spring 2007). Presented by Barbara Bloomfield, M.A., Speech and Language Pathologist.
*S.U.C.S.E.S.S Project,* Costa Mesa, Ca

Inclusive Education: Tools for Success (August 2005). Presented by Glenda McHale, M.A., Greater Anaheim SELPA Program Specialist.
*Cypress School District,* Cypress, Ca

Behavior Analysis Successfully Initiating Change-BASIC (August 2005). Presented by Orange County Department of Education, Costa Mesa, Ca.

## WORKSHOPS / PRESENTATIONS

Hinton, B., Rumps, L., Spaulding, C. (August 2013) Applied Behavior Analysis 5 Day Hands On Workshop. Workshop for NMUSD special education aides, new ABA NMUSD teachers, and others interested in employment with NMUSD.
*Newport Mesa Unified School District,* Costa Mesa, California

Hinton, B., Rumps, L., (November 2012, March 2013) Success at Recess Part III: Let's Play. Workshop for NMUSD Behavior Analysis Interventionists
*Newport Mesa Unified School District,* Costa Mesa, California

Hinton, B., Rumps, L., Spaulding, C. (August 2012) Applied Behavior Analysis 5 Day Hands On Workshop. Workshop for NMUSD special education aides, new ABA NMUSD teachers, and others interested in employment with NMUSD.
*Newport Mesa Unified School District,* Costa Mesa, California

Hinton, B., Rumps, L., Spaulding, C. (February 2012) Data Collection: Putting Methods into Practice. Workshop for NMUSD Behavior Analysis Interventionists
*Newport Mesa Unified School District,* Costa Mesa, California

Hinton, B., Rumps, L., Spaulding, C. (November 2011, March 2012) Success at Recess Part II. Workshop for NMUSD Behavior Analysis Interventionists
*Newport Mesa Unified School District,* Costa Mesa, California

Hinton, B., Steck, C. (November 2010) Supporting Fully Included Students with Disabilities. Workshop for NMUSD Special Education Instructional Aides
*Newport Mesa Unified School District,* Costa Mesa, California

Hinton, B., Steck, C. (November 2010) Behavior and Social Skills Basics. Workshop for NMUSD Special Education Instructional Aides and Playground Supervisors
*Newport Mesa Unified School District,* Costa Mesa, California

Hinton, B., Rumps, L., Spaulding, C., (November 2010, March 2011) Success at Recess. Workshop for NMUSD Behavior Analysis Interventionists
*Newport Mesa Unified School District,* Costa Mesa, California

**NMUSD 0571**

Hinton, B., Leonard-Giesen, S., Rumps, L., (November 2010) Organizing and Implementing Ongoing Progress Monitoring Panel Presentation. Seminar presented to Education Specialist Credential Candidates at CSULB.
*California State University, Long Beach,* Long Beach, Ca

Hinton, B., Williams, L., White, T., Williamson, C. ( March 2010) "After the 5 day" Advanced Applied Behavior Analysis. Workshop for NMUSD ABA instructional assistants
*Newport Mesa Unified School District,* Costa Mesa, California

Hinton, B., White, T., (March 2010) Teaching Interactions: 2 Day Hands-On Workshop. Workshop presented for NMUSD teachers, Speech Pathologists, School Psychologists, and Administrators. *Newport Mesa Unified School District,* Costa Mesa, California

DelPizzo, E., Hinton, B., O'Gara-Smyth, M., Slater, S., (November 2009) 5 day Hands-On ABA Workshop. Presented to NMUSD teachers and support staff.
*Newport Mesa Unified School District* Newport Beach, Ca

Hinton, B., Williams, L., (November 2009) Autism Overview and District Support: Site Specific. Presented to NMUSD teachers and support staff at individual school sites.
*Newport Mesa Unified School District* Newport Beach, Ca

Hinton, B., O'Gara-Smyth, M., (September 2009) Behavior Basics and Breaking Down Curriculum for Students with Autism. Presented to NMUSD Resource Specialists.
*Newport Mesa Unified School District* Newport Beach, Ca

Hinton, B., Rumps, L., (June 2009) Inclusive Education: Tools for Success. Presented to Chapman University students.
*Chapman University* Orange, Ca

## PROFESSIONAL REFERENCES

Dr. Lori Williams, Ph.D.
Newport Mesa Unified School District
Coordinator of Autism Programs
425 East 18th St.
Costa Mesa, California, 92627
949-515-5850

Candy Barela
Newport Mesa Unified School District
Director, Special Education
220 23rd Street
Costa Mesa, Ca 92627
949-515-6769

Ellen Horvath, M.A. CCC-SLP
Coast Speech Pathology and Associates
General Partner and Speech Pathologist
12777 Valley View St. Suite 212
Garden Grove, Ca 92845
714-743-6495

Maureen Cottrell
Newport Mesa Unified School District
Director, Special Education
220 23rd Street
Costa Mesa, Ca 92627
949-515-6769

NMUSD 0572

ADMINISTRATIVE RECORD FOR MATTER 2012050785          02/25/2014



EXHIBIT
D-56
10/24/13

**Eby I. Kent, MS, LEP #3101**

ekent@nmusd.us

## EDUCATION:

| | |
|---|---|
| 09/2009 | **Applied Behavior Analysis Advanced Course Sequence**<br>Florida Institute of Technology<br>Degree: Preparing to sit for Board Certified Behavior Analyst Exam |
| 11/2005 | **CLAD Courses**<br>University of San Diego – San Diego, California |
| 07/2005 | **MASTER OF SCIENCE (M.S.), SCHOOL PSYCHOLOGY**<br>National University – Costa Mesa, California<br>Degree: M.S. 07/17/2005 |
| 08/2003 | **BACHELOR OF ARTS (B.A.), PSYCHOLOGY**<br>California State University, Long Beach – Long Beach, California<br>*Undergraduate Semester units: 121.5*<br>Degree: B.A. 8/22/2003 *Cum Laude Honors* |
| 06/2001 | **ASSOCIATES OF SCIENCE (A.S.), GENERAL**<br>Yuba Community College – Marysville, California<br>*Undergraduate Semester Units earned: 64.5* |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 08/2006-PRESENT | **SCHOOL PSYCHOLOGIST**<br>Newport-Mesa Unified School District, California |
| 07/2005-6/2006 | **SCHOOL PSYCHOLOGIST**<br>Corona-Norco Unified School District, California |
| 08/2004-07/2005 | **INTERN/SUBSTITUTE SCHOOL PSYCHOLOGIST**<br>Corona-Norco Unified School District, California |

{1036560.1}1

NMUSD 0573

AR 1257

## CONTINUING PROFESSIONAL DEVELOPMENT

| | |
|---|---|
| 10/2006 | Juvenile Bipolar Disorder: Essentials for School Psychologist Conference; Ron Russell, PhD |
| 11/2006 | Neuro-Developmental Disorders Conference; John M. Ortiz, PhD |
| 11/2006 | Applied Behavior Analysis and Discrete Trial Teaching – 2 Day Didactic Workshop; NMUSD and Autism partnership |
| 11-12/2006 | Applied Behavior Analysis and Discrete Trial Teaching – 5 Day Hands on Workshop; NMUSD and Autism partnership |
| 11/2007 | Fast Facts: Collaboration Strategies that Work in Special Education; John D. Cressey, PhD |
| 11/2007 | Emotionally Disturbed (ED) Children Conference; Terry J. Tibbetts, PHD, LEP |
| 2007-2008 | Assessment Focus Academy Tier One – 27 hour Training; Orange County Dept. of Ed. |
| 08/2008 | Writing Behavior Plans and IEP Goals Conference; NMUSD |
| 10/2008 | Social Skills Facilitation: Teaching Interactions Conference, NMUSD Autism Department |
| 10/2008 | Mental Health Disorders in Schools Conference, Ron Russell, PhD |
| 11/2008 | Cognitive Characteristics of Children with Autism: Implications for Assessment and Programming; Judi Burkhartsmeyer, Ed.S |
| 11/2008 | Mental Illness and Autism Spectrum Disorders in School-Aged Children – 2 Day Conference; Specturm Training Systems, INC |
| 2008-2009 | Assessment Focus Academy Tier Two – 12 hour Training; Orange County Dept. of Ed. |
| 02/2009 | AIMSweb Workshop – Implementing RtI at Your School District; Dr. Diane Donaldson, PhD |
| 09/2009 | Development and Implementation of Effective Behavior Plans; NMUSD Autism Department |
| 02/2011 | Response to Intervention (RtI) for SLD Eligibility Conference |
| 03/2011 | Socialization and Theory of Mind in Populations of At-Risk and Emotionally Disturbed Youth: Implications for Learning; OCASP Workshop |
| 10/2011 | Executive Functioning Training; Dr. Michael Hass |
| 10/2011 | Neuropsychology of Traumatic Brain Injury; Veronica Olvera |
| 11/2011 | Writing Legally Defensible Reports; D. Jeanne Anne Carriere |
| 01/2012 | Strategies for Supporting LGBTQ Youth; Dr. Kelly Kennedy |
| 01/2012 | Mental Health Disorders in School; Tim Halphide, MA, LMFT, LMFT |
| 01/2012 | Mental Health Legal Issues; Adam Newman, Atikinson, Andelson, Lya, Ruud and Romo |
| 05/2012 | Tourette Syndrome and Associated Disorders; Susan A. Conners |
| 08/2012 | Writing Legally Defensible IEP Goals to Ensure Student Outcomes; Harbottle Group |
| 08/2012 | Special Education Due Process Review; Harbottle Group |
| 08/2012 | Expressive Therapies in Schools, Kim Palmiotto, LEP, PsyD |
| 08/2012 | The Power of Groups: Solution-Focused Group Counseling in Schools; Leslie Cooley, PhD |
| 11/2012 | The Power of Groups: Solution-Focused Group Counseling in Schools (Part 2); Leslie Cooley, PhD |
| 11/2012 | N-MUSD Adopted Threat Assessment Manual Training; Ryan McGill |
| 01/2013 | Cognitive Behavior Therapy and Other Evidence Based Interventions for Depression and Anxiety in School-Aged Children; Melissa L. Holland, PhD |
| 08/2013 | Introduction to the Comprehensive Executive Function Inventory (CEFI) and an overview of the Cognitive Assessment System (CAS), Autism Spectrum Rating Scale (ASRS); Jack Naglieri, PhD |
| 09/2013 | Emotional Disturbance Eligibility; Dr. David Morrison |
| 09/2013 | Non-Violent Crisis Intervention; NMUSD |

{1036560.1}2

**NMUSD 0574**

## CERTIFICATIONS/LICENSE

**Licensed Educational Psychologist (LEP)**
License #3101
Expiration: 6/30/12

**Pupil Personnel Service (PPS) Credential**
Expiration: 6/1/2015

## PROFESSIONAL SOCIETIES

American Psychological Association (APA), Member
Association of Behavior Analysis (ABA), Member
California Association of School Psychologist (CASP), Member
National Association of School Psychologist (NASP), Member
National Honor Society in Psychology (Psi Chi)
Orange County Association of School Psychologists (OCASP), Board Member

## WORKSHOPS/PRESENTATIONS

Kent, E., Knott, L. (Fall 2009) Assessment for the Need for Special Circumstance Assistance. Workshop presented to *Newport-Mesa Unified School District* School Psychologists, Costa Mesa, California.

Kent, E., Knott, L. (Fall 2009) Behavior Assessment Plans, Functional Behavior Assessments, and Data Analysis. Workshop presented to *Newport-Mesa Unified School District* School Psychologists, Costa Mesa, California.

Delpizzo-Cheng, E., Kent, E., Yudin, S. (Fall 2006, Fall 2007, Spring 2008, Fall 2008, Spring 2009) Behavioral Parent Education for Parents of Preschool Children and Elementary Children with Autism. Workshop presented to families of *Newport-Mesa Unified School District,* Costa Mesa, California.

{1036560.1 }3

**NMUSD 0575**

**AR 1259**





dmanea@nmusd.us

## Daniela Angela Manea

| | |
|---|---|
| **Objective** | To use my education, skills and prior work experience in tasks that provide efficient, accurate, and reliable support in meeting professional goals and standards while serving as a dependable and valuable employee. |

| **Education** | | |
|---|---|---|
| | 2007-2010 | California State University Fullerton    Fullerton, CA<br>Graduated: Masters and Credential<br>Early Childhood Special Education |
| | 2005-2007 | California State University Fullerton    Fullerton, CA<br>Graduated: Bachelor of Science in Education |
| | 1998-2003 | Cypress College    Cypress, CA<br>Graduated: Associate of Arts Degree |

**Work Experience**

**Newport Mesa Unified School District (Costa Mesa)**
**Preschool SDC Teacher**
**December 2007 to Present**

- Data collecting
- Lesson planning
- Attending workshops/trainings
- Classroom management
- Parent communication

**Long Beach Unified School District (Long Beach, CA)**
**Intensive Behavioral Therapist**
**May 2006 to December 2007**

- Applied behavioral analysis for children with autism
- Shadowed children within a mainstream classroom setting
- Data entry throughout one on one at school or home session
- Participated in trainings such as; DTT, PECS, and the Token system

**Fountain Valley School District (Huntington Beach, CA)**
**Instructional Assistant, Discrete Trial Training Therapy**
**September 2004 to May 2006**

- Discrete Trial Training Therapy (DTT) for children with autism (3 – 5 years of age), including data collection
- Assisted with occupational therapy (e.g. eating, gross motor skills, etc.) and self help instruction
- Organized and analyzed social play interaction such as games, pretend play, and social stories
- Shadowing children with autism in a classroom setting

**Personal Accomplishments**

Volunteered to help with church activities
Baby sat children from the ages of six months to ten years old
Participated in a volleyball tournament to help children get involved socially
Organize family reunions and celebrations
The first woman in my family to go to college and graduate with a Bachelor of Science and Master's Degree

{1036634.1 }

**NMUSD 0576**

**AR 1260**

ADMINISTRATIVE RECORD FOR MATTER 2012050785      02/25/2014



# Kathleen Mulligan Murphy, Ph.D., CCC- SLP, BCBA- D
kmmurphy@nmusd.us

## EDUCATION
2012     Board Certified Behavior Analyst- Doctorate (BCBA- D) credential
       Completed professional series in Advanced Applied Behavioral Analysis- 15 graduate hours
       Florida Institute of Technology, Melbourne, FL
1997     Ph.D., Interdisciplinary Program in Speech and Hearing Science
       Arizona State University, Tempe, Arizona
1979     B.A., Journalism
       University of Arizona, Tucson, Arizona

## PROFESSIONAL and ACADEMIC EXPERIENCE
2012, Fall     Chapman University, Orange, CA
       Adjunct Professor, Graduate Program in Communication Science Disorders
       CSD 502: Clinical Procedures and Professional Issues

2011- present     123Apps4Me, Newport Beach, CA
       Co- Founder
       Developing a series of apps from "an inside the classroom perspective" with a special
       education teacher. The overall purpose of the apps is to improve behaviors and the
       program management of individuals with autism and special needs through more
       informed decision- making. The first app was available through iTunes Store on July 31,
       2012; app- *123 Token Me*.

2008- 2011     KiDA (Kids Institute for Development and Advancement), Irvine, California
       New program development, Speech- Language Pathologist
       Develop and implement initial programs for children with autism spectrum disorders
       (ASD), including (a) KiDA Block, a co- treat model implemented by speech- language
       pathologists/ occupational therapists for more significantly impacted children with
       autism, (b) Community Coaching, an individualized option for facilitating success in
       targeted social settings, and (c), Social skills programs for higher functioning adolescents
       with social- pragmatic disorders. The adolescent program was my primary responsibility
       the last two years with regularly scheduled community experiences to practice skills in a
       wide range of social, volunteer, and independent settings. Students volunteered monthly
       at Atria, and their responsibilities included beverage service at dinner and running an
       interactive group game.

2005-present     NEWPORT-MESA UNIFIED SCHOOL DISTRICT, Costa Mesa, California
       Speech- Language Pathologist
       Provide assessments and direct services for the treatment of speech/ language disorders
       for children enrolled in assigned NMUSD school sites. Additional responsibilities
       include regular collaboration with staff, weekly planning, record management, report
       writing, and maintaining current professional skill development. Primary work settings
       have been working collaboratively in Special Day classes for children with autism, from
       preschool to high school.

2008-09     Facilitator, Little Seahorse/ Starfish Program for Preschoolers with Autism
       The Little Seahorse/ Starfish preschool program was piloted in 2006 to improve services
       for preschoolers identified with ASD. The primary teaching staff members in these
       eleven inclusive preschool Special Day Classes are trained in positive behavioral
       strategies and rely on regular collaboration with a multi-disciplinarian staff. Personal
       responsibilities for this new position include supporting teachers in their implementation

KMM- resume                                         [1036544.1] 1

NMUSD 0577

of recommended best practice instructional strategies, monitoring the program/ curriculum integrity across classrooms, and facilitating the collaboration among preschool teaching and DIS staff across district campuses through regular site visits. Also co- develop staff trainings, coordinate the High Five Sports League (sports league for our preschoolers enrolled in the Little Seahorse/ Starfish program), collect outcome program data annually using a pre- post- design, and manage the "Neighborhood Friends" program.\*

*\*This is the program name for the group of typically developing preschoolers who enroll in the Special Day Classes and serve as peer models in play, language, behavior, and social skill development. This program is now fee-based, and more than 60 children were on the wait list for the upcoming school year when my responsibilities ended.*

**2004**    NEWPORT LANGUAGE AND SPEECH, Yorba Linda, California
<u>Pediatric Speech- Language Pathologist</u>
Provided evaluation and intervention for toddlers with speech and language delay

ARIZONA STATE UNIVERSITY, Tempe, Arizona
**1998-2003**    Faculty Research Associate, Infant Child Research Program
<u>Coordinator, Bilingual Training Program</u>
Served as coordinator of the Bilingual Training Program for graduate students in speech- language pathology from 2001- 2003. Responsibilities included disseminating program information, implementing curriculum and training program, and coordinating internship experiences. Also developed a continuing educational opportunity to address the professional community needs of speech- language pathologists employed in school settings. Each semester a nationally-recognized professional in speech-language pathology was invited to present current research on issues related to the diagnosis and treatment of speech- language disorders in children who speak English as a Second Language.
This position also included working with the State of Arizona Department of Education in the development of the paraprofessional program for speech-language pathology assistants to address the critical shortage of trained professionals in working with this population of children.

<u>Coordinator, Piper Trust Project</u>: *Facilitating language skills in preschool classrooms*
Worked in partnership with low performing school districts to improve the language-learning environment for all children enrolled in preschool classrooms. Served as the primary community- university liaison during the project's pilot year from 2002-2003 while working with twelve Phoenix Elementary #1 Elementary School District preschool classroom staffs. Efforts focused on facilitating the teachers' increased use of evidence-based language facilitation practices during interactions with all children, not only those identified with language impairment.

<u>Research staff</u>
Coordinated field research activities for pilot and experimental groups in the funded multi-year grant, *Using action research methodology to promote first and second language acquisition in Head Start preschool classrooms*, from 1999- 2001. The project incorporated the use of action- based research methodology to assist Head Start teachers in implementing evidence-based language facilitation practices for children with and without language impairment.

**1996-1998**    <u>Principal Investigator</u> *Integrating services for the treatment of speech disorders in the classroom*.
Funded through Department of Health and Human Services, Head Start Scholars Program, Grant #90YD0033, for a total award value of $ 30,000 ($15,000/ year). The

KMM- resume                                              [1036544.1] 2

**NMUSD 0578**

results provided initial efficacy data for the treatment of moderate- severe speech disorders in a classroom-based collaborative service delivery model. The investigation was conducted in cooperation with Southwest Human Development and Head Start programs in Maricopa County, Arizona.

1997-1998    Clinical Assistant Professor, ASU Speech and Hearing Clinic
Served as member of ASU clinical faculty. Trained and supervised graduate students providing treatment to clients with a wide range of speech disorders. Responsibilities also included coordinating graduate student clinical internships in public school settings.

1994-1996    Speech Language Pathologist, CFY
Provided assessment and intervention services for young children with speech language delay/ disorders in the Infant Child Research Program.

1993-1996    Research Assistant and Teaching Assistant
As doctoral graduate student at ASU, served as a research assistant and teaching assistant. Research experience in the Infant Child Research Program included data collection and analysis on various projects including emergence of intentional communication, computerized child language analysis system (CHILDES) and joint attentional behaviors in children with specific expressive language delay.

1995- 2003    Teaching faculty
Teaching experiences included complete teaching responsibilities for the following four courses: Phonetics, Observation, Articulation and Phonological Disorders, and Modifying Communicative Behavior. Served as primary co- instructor on two courses in a series: Bilingual Language Development, Bilingual Assessment and Intervention.

**PROFESSIONAL STATUS**
Certification of Clinical Competence in Speech Language Pathology, September 1997
    Membership: #09109292    Renewal 12/30/ 2013    Recertification 12/ 31/2015
California Professional Clear Clinical or Rehabilitative Services Credential
    Document #101130485    Expires 11/1/2015
Speech-Language Pathology and Audiology Board Professional License
    State of California: License Number: SP #14203    Expires: 6/30/2014
Board Certified Behavioral Analysis, September 2012
    Membership # 1-12-12366    Renewal: 9/30/ 2013    Recertification: 9/30/2015

**PROFESSIONAL AFFILIATIONS**
American Speech-Language-Hearing Association (ASHA)
California Speech-Language-Hearing Association (CSHA)
Behavior Analysts Credential Board (BACB)
California Applied Behavioral Analysts (CalABA)
Behavioral Analysts International Association (ABAI)

**PROFESSIONAL SERVICE**
Invited presenter (April 26- 27, 2013) Seventh Annual General/ Special Education Collaborative:
    Autism, Inclusion & Evidence- Based Practice, California State University- Fullerton
        *A SLP living in a ABA world: Crossing the divide*
Committee member, CSHA Marketing and Leadership Committee, September 2011- current
Co- Author, 2012 Personnel Issues Grant: Award to CSHA
        *Strategic Planning for Marketing the Professions*
Co- Author, 2013 Personnel Issues Grant: Award to CSHA
        *Changing Lives through Communication: The CSHA Community Responds*

KMM- resume                                    {1036544.1 }3

Invited author, CSHA magazine
  January 2012    *My Path to Collaboration*
  July 2012       *Designing a Plan for CSHA's Future: Calling all Members*
  January 2013    *Take a Look: Introducing CSHA's New Website*
Elected representative from California, Advisory council, ASHA (January 2011- December 2012)
Clinical training supervisor, graduate students in communication disorders, Chapman University
Editorial Consultant, American Journal of Speech Language Pathology, 2006

## SELECTED AWARDS

*An Evening for Autism honoree.* June 11, 2011, Newport Beach, CA. Chosen for efforts in making a difference in the local lives of individuals with autism. Proceeds to benefit five local charities.

*Chairperson's Award*, City of Costa Mesa Park and Recreation's Commission, May 2008.
First-time award recipient in recognition for the development of an after-school hours sports league for preschoolers with autism and their typically- developing peers.

*Super Star Award*, Newport- Mesa Unified School District School Board, February 2008.
Presented for outstanding contributions in programming and support for young children with autism.

*Exceptional Educator*, NMUSD Citizens Action Committee, 2006, 2007, 2008, 2009, 2010
Nominated by community families and recognized annually at a spring luncheon

## SELECTED PAPERS/ PRESENTATIONS (refereed)

Murphy, K. (November ,2013). *Motivate students & manage problem behaviors: The magic of token boards & positive behavioral strategies.* Technical clinical presentation to American Speech- Language Association, Chicago, IL.

Murphy, K. (July, 2013). *Establishing meaningful behavioral change: Teaching effective functional communication in naturalistic settings.* Poster presentation to National Autism Conference, Pennsylvania State University, State College, PA.

Swain, D., Murphy, K., Mandas, A., Montgomery, J., & Skelton, S. (March. 2013). *Is Anyone Listening? CSHA Responds to Member Needs.* Seminar presentation to California Speech- Language Association, Long Beach, CA.

Murphy, K. (May, 2012). *Facilitating joint attention and early communication skills in young children: A speech-language pathologist's perspective.* Poster presentation to the Association for Applied Behavioral Analysis annual conference, Seattle, WA.

Murphy, K., Conway, S., & DeNisi, L. (November, 2011). *Create a video: Teaching complex skills to preschoolers with autism.* Seminar presentation to the American Speech- Language Hearing Association, San Diego, CA.

DelPizzo- Cheng, E. & Murphy, K. (May, 2008). *Social competency in preschool learners with Autism: Comparing a norm-referenced measure and direct observation.* Poster presentation to the Association for Applied Behavioral Analysis annual conference, Chicago, IL

Murphy, K. (November, 2007). *Judging social competency in preschoolers with autism spectrum disorders.* Poster presentation to the American Speech- Language- Hearing Association annual conference, Boston, MA.

Wilcox, M.J., Murphy, K., & Thomas, S. (June, 2001). *Promoting first- and second-language acquisition for school success.* Presentation to the National Association for the Education of Young Children Professional Development Conference, Washington, D.C.

KMM- resume                                                        {1036544.1}4

**NMUSD 0580**

Wilcox, M.J., Murphy, K., Bacon, C. K., & Thomas, S. (November, 2000). *Promoting the use of language facilitation practices by Head Start teachers*. Poster presentation at the American Speech- Language-Hearing Association Convention, Washington, D.C.

Murphy, K., Thomas, S., & Wilcox, M.J. (December, 1999). *Promoting children's language development by strengthening home-school connections in Head Start preschool programs.* Poster presentation at Division of Early Childhood Conference. Washington, D.C.

Murphy, K., & Wilcox, M.J. (November, 1998). *Classroom-based intervention for preschoolers with phonological impairment.* Poster presentation at American Speech- Language- Hearing Association Convention, San Antonio, TX.

Murphy, K., Wilcox, M.J., & Givan S. (November, 1997). *Classroom-based intervention for severe phonological impairment: An efficacy study.* Presentation to the American Speech- Language- Hearing Association Convention, Boston.

Murphy, K. & Brown, J. (December, 1996). *Reaching articulation/ phonological goals: Intervention techniques for the preschool classroom.* Presentation to the American Speech- Language- Hearing Association Convention, Orlando.

## SPECIALIZED PROFESSIONAL EDUCATION
(does not include attendance to workshops and conferences)

April 2013     Nonviolent Crisis Intervention Training Program, Crisis Prevention Institute, Inc. (renewal)
Fall 2009      Supervision in Communication Disorders, 6 hour continuing education course
Summer 2006    Positive Behavioral Strategies, Didactic and 5-day clinical training, NMUSD

KMM- resume

{1036544.1 }5

**NMUSD 0581**

**AR 1265**